# EXHIBIT A

US011675073B2

(12) **United States Patent**     (10) **Patent No.:**   **US 11,675,073 B2**

Brodsky et al.     (45) **Date of Patent:**     **Jun. 13, 2023**

(54) **MODULAR PORTABLE ULTRASOUND SYSTEMS**

(71) Applicant: **Teratech Corporation**, Burlington, MA (US)

(72) Inventors: **Michael Brodsky**, Brookline, MA (US); **Alice M. Chiang**, Wayland, MA (US); **David Christopher Maurer**, Stoneham, MA (US); **William M. Wong**, Milton, MA (US)

(73) Assignee: **Teratech Corporation**, Burlington, MA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1177 days.

(21) Appl. No.: **16/197,754**

(22) Filed: **Nov. 21, 2018**

(65) **Prior Publication Data**

US 2019/0196011 A1    Jun. 27, 2019

**Related U.S. Application Data**

(63) Continuation of application No. 13/930,808, filed on Jun. 28, 2013, now Pat. No. 10,139,489, which is a

(Continued)

(51) **Int. Cl.**

| | |
|---|---|
| *A61B 8/00* | (2006.01) |
| *G01S 15/89* | (2006.01) |
| *G01S 7/52* | (2006.01) |

(52) **U.S. Cl.**

CPC ................ *G01S 15/89* (2013.01); *A61B 8/00* (2013.01); *A61B 8/4427* (2013.01); *A61B 8/4438* (2013.01); *A61B 8/58* (2013.01); *G01S 7/5208* (2013.01); *G01S 7/52082* (2013.01); *G01S 15/899* (2013.01); *A61B 8/4472* (2013.01); *A61B 2560/0456* (2013.01)

(58) **Field of Classification Search**

None

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,733,229 A | * | 3/1988 | Whitehead | .......... G06F 3/04842 |
| | | | | 345/20 |
| 5,199,299 A | | 4/1993 | Hughes et al. | |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| EP | 1215510 A2 | 6/2002 | |
| JP | 2002-000602 A | 1/2002 | |

(Continued)

OTHER PUBLICATIONS

European Search Report for EP Application 14195281.2 dated Mar. 27, 2015, pp. 1-9.

(Continued)

*Primary Examiner* — Patricia J Park

(74) *Attorney, Agent, or Firm* — McCarter & English, LLP

(57) **ABSTRACT**

The present invention relates to a lightweight, high resolution portable ultrasound system using components and methods to improve connectivity and ease of use. A preferred embodiment includes an integrated system in which the beamformer control circuitry can be inserted into the host computer as a peripheral or within the processor housing.

**55 Claims, 53 Drawing Sheets**



## US 11,675,073 B2

### Page 2

### Related U.S. Application Data

continuation of application No. 10/997,062, filed on Nov. 24, 2004, now abandoned.

(60) Provisional application No. 60/525,208, filed on Nov. 26, 2003.

### (56) References Cited

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,205,175 A | 4/1993 | Garza et al. | |
| 5,251,631 A | 10/1993 | Tsuchiko et al. | |
| 5,310,352 A | 5/1994 | Mroczkowski et al. | |
| 5,318,027 A | 6/1994 | Fukui | |
| 5,385,490 A | 1/1995 | Demeter et al. | |
| 5,417,578 A | 5/1995 | Mroczkowski et al. | |
| 5,460,595 A | 10/1995 | Hall et al. | |
| 5,487,386 A | 1/1996 | Wakabayashi et al. | |
| 5,497,661 A | 3/1996 | Stripf et al. | |
| 5,505,203 A | 4/1996 | Deitrich et al. | |
| 5,558,638 A | 9/1996 | Evers et al. | |
| 5,564,935 A | 10/1996 | Yagi et al. | |
| 5,615,678 A | 4/1997 | Kirkham et al. | |
| 5,617,864 A | 4/1997 | Stouffer et al. | |
| 5,617,866 A | 4/1997 | Marian, Jr. | |
| 5,630,419 A | 5/1997 | Ranalletta | |
| 5,656,124 A | 8/1997 | Krayenhagen et al. | |
| 5,678,551 A | 10/1997 | Stevens | |
| 5,820,549 A | 10/1998 | Marian, Jr. | |
| 5,865,650 A | 2/1999 | Marian, Jr. et al. | |
| 5,880,936 A | 3/1999 | Anderson | |
| 5,882,310 A | 3/1999 | Marian, Jr. | |
| 5,913,688 A | 6/1999 | Marian, Jr. | |
| 5,924,988 A | 7/1999 | Burris et al. | |
| 5,957,727 A | 9/1999 | Page, Jr. | |
| 5,997,479 A | 12/1999 | Savord et al. | |
| 6,007,490 A | 12/1999 | Pawluskiewicz | |
| 6,063,035 A | 5/2000 | Sakamoto et al. | |
| 6,106,472 A * | 8/2000 | Chiang | A61B 8/463 |
| | | | 600/447 |
| 6,117,084 A | 9/2000 | Green et al. | |
| 6,149,451 A | 11/2000 | Weber | |
| 6,162,093 A | 12/2000 | Sudol et al. | |
| 6,248,073 B1 | 6/2001 | Gilbert et al. | |
| 6,248,101 B1 * | 6/2001 | Whitmore, III | A61B 1/00149 |
| | | | 606/1 |
| 6,261,130 B1 | 7/2001 | Huynh et al. | |
| 6,312,381 B1 * | 11/2001 | Knell | A61B 8/488 |
| | | | 600/443 |
| 6,338,716 B1 | 1/2002 | Hossack et al. | |
| 6,364,839 B1 | 4/2002 | Little et al. | |
| 6,371,918 B1 | 4/2002 | Bunce | |
| 6,440,076 B1 | 8/2002 | Sudol et al. | |
| 6,447,451 B1 | 9/2002 | Wing et al. | |
| 6,450,958 B1 | 9/2002 | Linkhart et al. | |
| 6,457,898 B1 | 10/2002 | Donovan et al. | |
| 6,468,212 B1 | 10/2002 | Scott et al. | |
| 6,471,651 B1 | 10/2002 | Hwang et al. | |
| 6,500,120 B1 | 12/2002 | Anthony | |
| 6,500,126 B1 * | 12/2002 | Brock-Fisher | G01S 7/52079 |
| | | | 600/459 |
| 6,520,912 B1 | 2/2003 | Brooks et al. | |
| 6,524,244 B1 | 2/2003 | Knell et al. | |
| 6,530,887 B1 | 3/2003 | Gilbert et al. | |

| | | | |
|---|---|---|---|
| 6,569,101 B2 | 5/2003 | Quistgaard et al. | |
| 6,575,908 B2 | 6/2003 | Barnes et al. | |
| 6,602,194 B2 | 8/2003 | Roundhill et al. | |
| 6,659,955 B1 | 12/2003 | Marian, Jr. | |
| 6,669,633 B2 | 12/2003 | Brodsky et al. | |
| 6,689,055 B1 | 2/2004 | Mullen et al. | |
| 6,716,167 B1 | 4/2004 | Henderson et al. | |
| 6,780,154 B2 | 8/2004 | Hunt et al. | |
| 6,837,853 B2 | 1/2005 | Marian | |
| 6,969,352 B2 | 11/2005 | Chiang et al. | |
| 6,980,419 B2 | 12/2005 | Smith et al. | |
| 7,022,080 B2 | 4/2006 | Marian, Jr. | |
| 7,297,115 B2 | 11/2007 | Bates et al. | |
| 7,352,570 B2 | 4/2008 | Smith et al. | |
| 7,534,211 B2 | 5/2009 | Hwang et al. | |
| 7,591,786 B2 | 9/2009 | Holmberg et al. | |
| 7,849,250 B2 | 12/2010 | Diener et al. | |
| 8,088,071 B2 | 1/2012 | Hwang et al. | |
| 9,402,601 B1 | 8/2016 | Berger et al. | |
| 10,139,489 B2 | 11/2018 | Brodsky et al. | |
| 2002/0032380 A1 | 3/2002 | Acker et al. | |
| 2002/0035328 A1 | 3/2002 | Roundhill et al. | |
| 2002/0067359 A1 | 6/2002 | Brodsky et al. | |
| 2002/0077548 A1 | 6/2002 | Amemiya | |
| 2002/0138002 A1 | 9/2002 | Tarakci et al. | |
| 2002/0173721 A1 | 11/2002 | Grunwald et al. | |
| 2003/0013966 A1 | 1/2003 | Barnes et al. | |
| 2003/0036704 A1 | 2/2003 | Cerofolini | |
| 2003/0073894 A1 | 4/2003 | Chiang et al. | |
| 2003/0097071 A1 | 5/2003 | Halmann et al. | |
| 2003/0120153 A1 | 6/2003 | Erikson | |
| 2003/0195418 A1 | 10/2003 | Barnes et al. | |
| 2004/0002657 A1 * | 1/2004 | Marian | A61B 8/4438 |
| | | | 600/459 |
| 2004/0015079 A1 | 1/2004 | Berger et al. | |
| 2004/0152982 A1 | 8/2004 | Hwang et al. | |
| 2004/0179332 A1 | 9/2004 | Smith et al. | |
| 2005/0251035 A1 | 11/2005 | Wong et al. | |

#### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| WO | 2001/12068 A1 | 2/2001 | |
| WO | 2002/068992 A2 | 9/2002 | |

#### OTHER PUBLICATIONS

European Communication pursuant to Article 94(3) EPC for European Application No. 14195281.2 dated Apr. 16, 2019, pp. 1-5.

Cannon, ITT Industries. DL/DLM/DLD, Zero Insertion Force Connectors. ITT Industries, Inc., 76 pages, (1999).

Dallas Semiconductor, DS2433-Z01 4kbit 1-Wire EEPROM. Data sheet, retrieved from the Internet: www.pdfserv.maximic.com, Mar. 20, 2002, 2 pages.

FujiFilm, V-Universal Stand SonoSite, Inc. Retrieved online at: http://www.sonosite.com/accessories/h-universal-stand. 5 pages, (2013).

Philips, ClearVue 550 Ultrasound System. Retrieved online at: http://www.healthcare.philips.com. 1 page. Retrieved Jan. 22, 2013.

Samsung, MySono U6, General Specification. Retrieved online at: http://www.samsungmedisonusa.com/ultrasound/general-imaging/mysono-u6/. 16 pages, (2012).

European Office Action for Application No. 14195281.2, dated May 30, 2018. 4 pages.

* cited by examiner

U.S. Patent    Jun. 13, 2023    Sheet 1 of 53    US 11,675,073 B2



FIG. 1

FIG. 2

**U.S. Patent**    Jun. 13, 2023    Sheet 2 of 53    US 11,675,073 B2



*FIG. 3*

Case 1:25-cv-01149-MN    Document 1-1    Filed 09/15/25    Page 6 of 394 PageID #: 38



*FIG. 4A*

**U.S. Patent**      Jun. 13, 2023      **Sheet 4 of 53**      US 11,675,073 B2



*FIG. 4B*

170

Delay control for the 1st transducer ele.

Echos received by the 1st transducer ele.

Beam forming module for Receiver 1

174

Timing Control

172

Delay control for the 2nd transducer ele.

Echos received by the 2nd transducer ele.

176

180

178

Beam forming module for Receiver 2

Σ

FIR FILTER

Delay control for the n$^{st}$ transducer ele.

Echos received by the n$^{st}$ transducer ele.

Beam forming module for Receiver n

Sampling Cluster

182

Programmable delay

Multiplier

Clocks & Control

184

186

188

192

Multiple Beamforming Control Ck

Delay control for receiver n; beam 1

Delay control for receiver n; beam 2

Delay control for receiver n; beam k

190

Key:

Data          Clks & Control

FIG. 4C



FIG. 4D



FIG. 5A

FIG. 5B



*FIG. 6A*



*FIG. 6B*



FIG. 7



FIG. 8A



FIG. 8B



FIG. 9



FIG. 10A



FIG. 10B

310



FIG. 10C

390



FIG. 10D



COM BOX

FIG. 10E

FIG. 10F

U.S. Patent    Jun. 13, 2023    Sheet 15 of 53    US 11,675,073 B2



FIG. 11



FIG. 12



*FIG. 13A*    *FIG. 13B*



*FIG. 14*



FIG. 15A

Typical Transducer ID Chip Memory Map:

| Word Address | Bits 31-24 | Bits 23-16 | Bits 15-8 | Bits 7-0 |
|---|---|---|---|---|
| | | | | |
| IDENTIFICATION Segment | | | | |
| 0 | Major Revision # | Minor Revision # | Transducer Type ID# | |
| 1 | Transducer Serial # | | | |
| 2 to 7 | Reserved | Reserved | Reserved | Reserved |
| | | | | |
| USAGE Segment | | | | |
| 8 | Inauguration System Serial # | | Inauguration Date Code | |
| 9 | Recent System Serial # | | Recent System Date Code | |
| 10 | Previous System Serial # | | Previous System Date Code | |
| 11 | Cumulative Usage Counter | | | |
| 12 to 31 | Reserved | Reserved | Reserved | Reserved |
| | | | | |
| FACTORY Segment | | | | |
| 32 to 63 | Per Element Gain Adjustments: 256 Entries of 4 Bits Each. | | | |
| 64 to 95 | Per Element Propagation Delay Adjustments: 256 Entries of 4 Bits | | | |
| | | | | |
| USER Segment | | | | |
| 96 to 127 | Reserved For User Defined Calibration data | | | |
| | | | | |

*FIG. 15B*



*FIG. 15C*

560

Transducer A connector
566

Transducer A connector
568

Terason Transmit/Receive ASIC
562
digital control/programming inputs
High voltage transmitters/ low voltage receiver
analog receiver outputs

Terason Transmit/Receive ASIC
564
digital control/programming inputs
High voltage transmitters/ low voltage receiver
analog receiver outputs

digital programming bus

Receive Amplifiers and beamformers
565

FIG. 15D



FIG. 15E



FIG. 15F



FIG. 15G



**FIG.** *15 H*



**FIG.** *15 I*



FIG. 15J



FIG. 16



*FIG. 17A*



*FIG. 17B*



*FIG. 18*



**FIG. 19A**



**FIG. 19B**



FIG. 19C



*FIG. 20*



**FIG. 21A**



**FIG. 21B**



FIG. 22A

FIG. 22B



*FIG. 23A*



*FIG. 23B*



FIG. 24A

FIG. 24B

FIG. 24C

FIG. 24D

Case 1:25-cv-01149-MN    Document 1-1    Filed 09/15/25    Page 41 of 394 PageID #: 73



*FIG. 25*



FIG. 26A

FIG. 26B



FIG. 27A













FIG. 27B



FIG. 27C



FIG. 28A











Z-Z



FIG. 28B



FIG. 28C



*FIG. 29*



*FIG. 30*



FIG. 31A

FIG. 31B

FIG. 31C



1000

FIG. 31D



FIG. 31E



FIG. 32A

FIG. 31F



*FIG. 32B*



**FIG. 32C**



FIG. 32D



FIG. 33

**U.S. Patent**    Jun. 13, 2023    Sheet 53 of 53    US 11,675,073 B2



FIG. 34

US 11,675,073 B2

# MODULAR PORTABLE ULTRASOUND SYSTEMS

## CROSS REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. application Ser. No. 13/930,808, filed Jun. 28, 2013, which is a continuation of U.S. application Ser. No. 10/997,062 filed Nov. 24, 2004, which claims priority to U.S. Provisional Application No. 60/525,208 filed Nov. 26, 2003 entitled: MODULAR PORTABLE ULTRASOUND SYSTEMS.

## BACKGROUND OF THE INVENTION

Conventional ultrasound imaging systems typically include a hand-held probe coupled by cables to a large rack-mounted console processing and display unit. The probe typically includes an array of ultrasonic transducers which transmit ultrasonic energy into a region being examined and receive reflected ultrasonic energy returning from the region. The transducers convert the received ultrasonic energy into low-level electrical signals which are transferred over the cable to the processing unit. The processing unit applies appropriate beam forming techniques to combine the signals from the transducers to generate an image of the region of interest.

Typical conventional ultrasound systems include a transducer array each transducer being associated with its own processing circuitry located in the console processing unit. The processing circuitry typically includes driver circuits which, in the transmit mode, send precisely timed drive pulses to the transducer to initiate transmission of the ultrasonic signal. These transmit timing pulses are forwarded from the console processing unit along the cable to the scan head. In the receive mode, beamforming circuits of the processing circuitry introduce the appropriate delay into each low-level electrical signal from the transducers to dynamically focus the signals such that an accurate image can subsequently be generated.

There still remains a need to provide stand-alone processing ultrasound units with the necessary hardware, for example, connectors to enable truly portable ultrasound systems that can function on an independent platform. There is a need for an ultrasound transducer connector assembly with an electrical connector of minimal mechanical complexity, size and cost.

## SUMMARY OF THE INVENTION

The system and method of the present invention includes a hand held transducer probe that is connected by wire or wireless connection to a lightweight processing unit including a housing and internal circuitry for processing signals received from the probe. In a preferred embodiment the processing unit housing includes a display and manual and/or virtual controls that can control the display and processor operation, and a battery providing power to the processor housing and the transducer array. A preferred embodiment includes a console of a cart system to provide control features of the modular system.

In a preferred embodiment of the invention, the processor housing includes a transmit/receive (T/R) chip that communicates with the transducer array. A system controller communicates with the T/R chip, a local memory, a preamplifier/TGC chip, a charge domain beamformer circuit and a

standard high speed communication interface such as IEEE 1394 USB connection to a system processor.

A preferred embodiment of the invention includes a connector system to secure the cable from the transducer probe to the processor housing. The connector system preferably uses a smaller lightweight connector than prior art systems yet meeting the standard shielding and mechanical strength and integrity requirements for medical ultrasound imaging systems. A preferred embodiment of the invention includes a circuit that identifies the type of transducer array that has been connected to the housing. The circuit can be a single integrated circuit contained in the housing connector module that communicates with the processor and can include a memory storing calibration data for each probe. The display screen will display probe type information for the user. The connector system can include a connector actuator or lock that can be manually actuated by the user to secure the male and female connector elements. In a preferred embodiment a lever is rotated from a first position to a second position such that a cam element attached to the lever mates with a catch element on the cable connector element attached to the probe cable. The lever pulls the connector in and also operates to push the connector element out when actuated in the reverse direction thereby reducing the strain often caused by the user in pulling the cable connector element out of the housing connector element.

In accordance with a preferred embodiment, the method for performing an ultrasound scan on a region of interest of a patient includes connecting a probe to a portable processing unit with a connector system, locking the connector in place, employing the onboard identification circuit to identify the probe and display probe information on the display prior to the scan, entering patient information and performing the scan. Another preferred embodiment of the invention includes a cart system in which the processor housing and display can be connected or docked with a mobile station or cart having a control panel and a port assembly for receiving one or more transducer probes.

The foregoing and other features and advantages of the system and method for ultrasound imaging will be apparent from the following more particular description of preferred embodiments of the system and method as illustrated in the accompanying drawings in which like reference characters refer to the same parts throughout the different views.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** illustrates a portable ultrasound imaging system including a hand-held probe in accordance with a preferred embodiment of the present invention.

FIG. **2** illustrates a modular portable system having a hand-held ultrasound transducer connected to a processing and display unit in accordance with the present invention.

FIG. **3** illustrates a single board computer and beamformer circuits that form the processing unit in accordance with a preferred embodiment of the present invention.

FIGS. **4**A and **4**B illustrate block diagrams of preferred embodiments of a modular, portable ultrasound system including a hand-held transducer assembly interfacing with a processing unit having the beamformer electronics in accordance with the present invention.

FIG. **4**C illustrates a single chip, N-channel, time-multiplexed multiple beamforming processor with on-chip apodization and bandpass filter.

FIG. **4**D is a schematic block diagram of a particular embodiment of an integrated probe system.

US 11,675,073 B2

3

FIG. **5**A illustrates a view of a stand alone portable ultrasound processing and display unit in accordance with a preferred embodiment of the present invention.

FIG. **5**B illustrates an exploded view of the ultrasound processing and display unit shown in FIG. **5**A in accordance with a preferred embodiment of the present invention.

FIGS. **6**A and **6**B illustrate a 10-inch and 12-inch display, respectively, that can be 5 included in an ultrasound stand-alone unit in accordance with a preferred embodiment of the present invention.

FIG. **7** is a side view of an ultrasound processing and display unit in accordance with a preferred embodiment of the present invention.

FIGS. **8**A-**8**B illustrate views of a single board computer included in the ultrasound stand alone unit in accordance with a preferred embodiment of the present invention.

FIG. **9** illustrates a view of the configuration of the computer boards in a stand alone ultrasound unit in accordance with a preferred embodiment of the present invention.

FIGS. **10**A-**10**F illustrate views of the ultrasound processing unit configured for different applications such as different processing unit configured in different applications such as different original engineering manufacture (OEM) configurations and stand alone configurations in accordance with a preferred embodiment of the present invention.

FIG. **11** illustrates a schematic drawing of an analog board included in an ultrasound processing unit in accordance with a preferred embodiment of the present invention.

FIG. **12** illustrates a schematic view of a digital board and a power supply daughter board included in an ultrasound processing unit in accordance with a preferred embodiment of the present invention.

FIGS. **13**A-**13**B illustrate the pin assignment of an electrically erasable programmable read only memory (EE-PROM) and an electrically programmable read only memory integrated circuits, respectively, that can be included in the ultrasound processing unit in accordance with a preferred embodiment of the present invention.

FIG. **14** illustrates a semiconductor one-wire identification integrated circuit chip installed in transducer assemblies in accordance with a preferred embodiment of the present invention.

FIG. **15**A illustrates a view of a graphical user interface display screen showing the appropriate transducer parameters upon connection of a transducer probe with the ultrasound processing unit in accordance with a preferred embodiment of the present invention.

FIG. **15**B illustrates in tabular from characteristics of the ID chip system.

FIG. **15**C illustrates a process sequence using the ID Chip.

FIG. **15**D shows a circuit diagram for a multiple connector assembly in accordance with the invention.

FIG. **15**E illustrates a schematic circuit diagram for a multiplexed multiconnector system for transducer arrays.

FIG. **15**F illustrates another preferred schematic circuit diagram for a multiconnector system for transducer arrays.

FIG. **15**G shows a unitary control keypad for use in conjunction with e GUI of FIGS. **15**H-**15**I.

FIG. **15**H shows a graphical user interface (GUI) for controlling the scanning operations of the ultrasonic imaging system.

FIG. **15**I shows a graphical user interface (GUI) for controlling the processing operations of the ultrasonic imaging system.

FIG. **15**J shows a state diagram corresponding to the GUI of FIGS. **15**H-**15**I.

4

FIG. **16** illustrates an ultrasound processing unit and an ultrasound transducer connector in accordance with a preferred embodiment of the present invention.

FIGS. **17**A and **17**B illustrate views of an ultrasound transducer connector assembly in accordance with a preferred embodiment of the present invention.

FIG. **18** is an exploded view of the ultrasound transducer connector assembly illustrated in FIGS. **17**A and **17**B in accordance with a preferred embodiment of the present invention.

FIGS. **19**A, **19**B and **19**C illustrate detailed views of the ultrasound transducer connector assembly including sectional views in accordance with a preferred embodiment of the present invention.

FIG. **20** illustrates a view of an ultrasound processing unit with an ultrasound transducer connector assembly having a lock in accordance with a preferred embodiment of the present invention.

FIGS. **21**A and **21**B illustrate a close-up view of an ultrasound transducer connector assembly inserted into a ultrasound processing unit and a cut-away view of the inserted ultrasound transducer connector assembly, respectively, showing a sliding lever in accordance with a preferred embodiment of the present invention.

FIGS. **22**A and **22**B illustrate views of an ultrasound transducer connector assembly inserted into an ultrasound processing unit having a lever to secure the connector assembly in accordance with a preferred embodiment of the present invention.

FIGS. **23**A and **23**B illustrate further details of the lever and an exploded view of the lever assembly of an ultrasound processing unit in accordance with a preferred embodiment of the present invention.

FIGS. **24**A-**24**D illustrate different views of the ultrasound processing unit showing the ultrasound transducer connector assembly in accordance with a preferred embodiment of the present invention.

FIG. **25** illustrates a view of the ultrasound processing unit showing a partial view of the lever for the transducer connector assembly in accordance with a preferred embodiment of the present invention.

FIGS. **26**A and **26**B illustrate further views of the ultrasound processing unit showing the ultrasound transducer connector assembly in accordance with a preferred embodiment of the present invention.

FIGS. **27**A, **27**B, and **27**C illustrate views of an ultrasound transducer connector in accordance with a preferred embodiment of the present invention.

FIGS. **28**A-**28**C illustrate views of an ultrasound transducer connector that mates with the connector of FIGS. **27**A-**27**C in accordance with a preferred embodiment of the present invention.

FIG. **29** illustrates a schematic view of an ultrasound system including an ultrasound console having a remote hardware keypad in accordance with a preferred embodiment of the present invention.

FIG. **30** illustrates a console control keypad in accordance with a preferred embodiment of the present invention.

FIGS. **31**A-**31**F illustrate preferred embodiments of a modular ultrasound imaging system in accordance with the invention.

FIGS. **32**A-**32**D illustrate a preferred cart system for use in embodiment of a conjunction with a modular ultrasound imaging system in accordance with the inventors.

FIG. **33** illustrates a modular cart system having a plurality of transducer connectors,

US 11,675,073 B2

5

FIG. **34** is a schematic circuit diagram of a modular cart system in accordance with a preferred embodiment of the invention.

The foregoing and other objects, features and advantages of the invention will be apparent from the following more particular description of preferred embodiments of the invention, as illustrated in the accompanying drawings in which like reference characters refer to the same parts throughout the different views. The drawings are not necessarily to scale, emphasis instead being placed upon illustrating the principles of the invention.

DETAILED DESCRIPTION OF THE
INVENTION

Preferred embodiments of the present invention include modular, portable ultrasound 5 systems that can be used as a stand-alone system. The preferred embodiments integrate the display with the processing unit which is then connected to different ultrasound transducer probes. Preferred embodiments as described in U.S. patent application Ser. No. 10/386,360, filed on Mar. 11, 2003, the entire teachings of which are incorporated herein by reference, include a display integrated on the ultrasound transducer. The operator can easily view the image and operate the probe or scan head, as well as perform operations in the same local area with the other hand. The data/video processing unit is also compact and portable, and may be placed close to the operator or alternatively at a remote location. Optionally, in another embodiment, a display is also integrated into the data/video processing unit. The processing unit also provides an external monitor port for use with traditional display monitors.

FIG. **1** illustrates a preferred embodiment of a portable ultrasound imaging system **10** including a hand-held ultrasound transducer with integrated display and a portable processing unit. The ultrasound transducer **14** comprises any of the standard ultrasound transducer arrays. The interface **12** delivers signals from the array **14** to an interface processor housing **16** that can include a system controller and beamformer as described in detail below. A second cable interface **11** can include a Firewire® (IEEE 1394) connection delivering a beamformed representation for further processing to a personal computer **15**.

FIG. **2** illustrates a modular portable system having an ultrasound transducer connected to a processing and display unit in accordance with the present invention. In this preferred embodiment, the video and power wires for the display are integrated with the transducer data wires for the transducer to form a single cable assembly **24** that connects the ultrasound transducer to the portable data/video processing unit **26**.

The data/video processing unit **16** is compact and portable. In a preferred embodiment, the beamformer electronics is an integral part of the processing unit and communicating with a single board computer **110** using a Firewire® (IEEE 1394) cable as illustrated in FIG. **4A**.

FIG. **3** illustrates the single board computer and beamformer circuits that form the processing unit in accordance with a preferred embodiment of the present invention. FIGS. **4A** and **4B** illustrate block diagrams of preferred embodiments of a modular, portable ultrasound system including a hand-held transducer assembly interfacing with a processing unit in accordance with the present invention.

In a preferred embodiment, the beamformer electronics is moved inside the processing unit to further reduce the size and weight of the hand-held transducer as illustrated in FIG.

6

**4B**. The processing unit **138** can comprise a compact single board **44** computer and the 5 beamformer electronics as illustrated in FIG. **3**. The beamformer electronics includes a digital processing printed circuit board and an analog processing printed circuit board **48**. The beamforming electronics communicates with the single board computer via a Firewire® (IEEE 1394) chip.

An operating environment for the system includes a processing system with at least one high speed processing unit and a memory system. In accordance with the practices of persons skilled in the art of computer programming, the present invention is described with reference to acts and symbolic representations of operations or instructions that are performed by the processing system, unless indicated otherwise. Such acts and operations or instructions are sometimes referred to as being "computer-executed", or "processing unit executed."

It will be appreciated that the acts and symbolically represented operations or instructions include the manipulation of electrical signals by the processing unit. An electrical system with data bits causes a resulting transformation or reduction of the electrical signal representation, and the maintenance of data bits at memory locations in the memory system to thereby reconfigure or otherwise alter the processing unit's operation, as well as other processing of signals. The memory locations where data bits are maintained are physical locations that have particular electrical, magnetic, optical, or organic properties corresponding to the data bits.

The data bits may also be maintained on a computer readable medium including magnetic disks, optical disks, organic disks, and any other volatile or non-volatile mass storage system readable by the processing unit. The computer readable medium includes cooperating or interconnected computer readable media, which exist exclusively on the processing system or is distributed among multiple interconnected processing systems that may be local or remote to the processing system.

In an embodiment, the compact single board computer has a printed circuit board size of a 5¼ inch disk drive or a 3½ inch disk drive. One embodiment of the present invention uses a NOVA-7800-P800 single board computer in a 5¼ inch form factor, with a low power Mobile Pentium-III® 800 MHz processor, 512 Mbytes of memory, and has on board interface ports for Firewire® (IEEE 1394), local area network (LAN), Audio, integrated device electronics (IDE), personal computer memory card international association (PCMCIA) and Flash memories.

For some dedicated applications, the entire ultrasound system includes the hand-held ultrasound transducer with an integrated display and the portable data/video processing unit. The system can be operated without any controls other than power on/off. For other applications, the system is equipped with an optional operator interface such as buttons and knobs, either on the processing unit, or integrated in the transducer assembly, or both. The processing unit can provide an additional video output to drive an external monitor, or optionally an integrated display on the processing unit itself.

The microprocessor in FIG. **4B** provides the functionality for down conversion, scan conversion, M-mode, Doppler processing, color flow imaging, power Doppler, spectral Doppler and post signal processing.

FIG. **4C** illustrates a single chip, N-channel time-multiplexed beamforming processor with on-chip apodization and bandpass filter in accordance with a preferred embodiment of the present invention. Beamforming circuits in accordance with preferred embodiments are described in

US 11,675,073 B2

7

U.S. Pat. No. 6,379,304, issued on Apr. 30, 2002, the entire teachings of which are incorporated herein by reference.

FIG. **4**D is a schematic block diagram of a particular embodiment of an integrated probe system. The host computer **5** can be a commercially available personal computer having a microprocessor CPU **52** and a communications chipset **54**. A communications cable **41** is connected through a communications port **56** to the communications chipset **54**.

The front-end probe 3' includes a transducer head **32**, which can be an off-the-shelf commercial product, and an ergonomic hand-held housing **30**. The transducer head **32** houses the transducer array **28**. The housing **30** provides a thermally and electrically insulated molded plastic handle that houses the beamforming and control circuitry.

The beam forming circuitry, as shown, can be embodied in a pair of analog circuit boards **100**A, **100**B. Each analog circuit board **100**A, **100**B includes a respective transmit/receive chip **112**A, **112**B; a preamp/TGC chip **114**A, **114**B; a beamformer chip **116**A, **116**B; all of which are interconnected with a pair of the memory chips **115**A-1, **115**B-1, **115**A-2, **115**B-2 via an operational bus **159**A, **159**B. In a particular embodiment of the invention, the memory chips are Video Random Access Memory (VRAM) chips and the operational bus is 32 bits wide. Furthermore, preamp/TGC chips **114** and beamformer chips **116** operate on 32 channels simultaneously. The transmit/receive chips **112** include a 64 channel driver and a 64-to-32 demultiplexer.

The control circuitry, as shown in FIG. **4**D, is embodied in a digital circuit board **200**. The digital circuit board **201** includes a FireWire® chipset **220**, a system control chip **218** to control the scan head, and a memory chip **215**. In a particular embodiment of the invention, the memory chip **215** is a VRAM chip and the system control chip **218** is interconnected to the various memory chips **115**, **215** over a control bus **155**, which in this particular application is 16 bits wide.

As illustrated, the system control chip **218** provides scan head control signals to the transmit/receive chips **112**A, **112**B over respective signal lines **152**A, **152**B. The transmit/receive chips **112**A, **112**B energize the transducer array **28** over transmit lines **124**A, **124**B. Received energy from the transducer array **28** is provided to the transmit/receive chips **112**A, **112**B over receive lines **122**A, **122**B. The received signals are provided to the pre-amp/TGC chips **114**A, **114**B. After being amplified, the signals are provided to the beamformer chips **116**A, **116**B. Control signals are exchanged between the beamformer and the system controller over signal lines **154**A, **154**B to adjust the scan beam.

The standard FireWire® cable **41** includes a plurality of FireWire® signal lines **42** and a FireWire® power line **44**. In order to provide the necessary voltages, the FireWire® power line **44** is fed to an inline DC-DC converter **300**. The DC-DC converter **300** generates the necessary voltages and provides them over a plurality of power lines **46**. These new power lines **46** are repackaged with the FireWire® signal lines **49** in a custom cable **40'**. In the probe housing 3', the FireWire® signal lines **49** are connected to the FireWire® chipset **220** and the custom power lines **46** are connected to a power distributor **47**, which filters and distributes the various voltages over respective internal voltage lines **148**A, **148**B, **248**. In addition, the power distributor **48** may perform additional DC-DC conversions, as described in more detail below.

FIG. **5**A illustrates a view of a stand alone portable ultrasound processing and display unit in accordance with a preferred embodiment of the present invention. The processing unit includes a motherboard single board computer.

8

In a preferred embodiment, the motherboard has the following requirements that are fulfilled by a Pentium® M, 512 MB of RAM or more, 10 GB hard drive, hard drive-free configuration. It includes a flash memory (approximately 1 GB) with a larger RAM (approximately 1 GB). The display that can be integrated into the processing unit may include a 10-inch or 12-inch display, having 1024×768 resolution, 200 Nits brightness as a minimum (after touch screen), 250 desirable, 400:1 contrast ratio, and have a large viewing angle. The ultrasound module can be connected using a 6 pin Firewire® connection. The ultrasound module operates with 12 watt as maximum power.

The graphical user interface includes a touch screen having no drift, and providing for finger operation (no RF pens). The ports for the processing unit include at least 2 universal serial bus (USB) ports to connect an external keyboard, mouse, CDW, and an Ethernet port. The processing unit provides for battery operation, two hours minimum at peak processing power of 7 watt required for ultrasound.

A preferred embodiment of the processing unit provides for modularity with a removable processing unit **208** residing inside the ultrasound system. An ultrasound control pad module **212** and custom keyboard **204** can be made removable or configurable. The module **200** itself can also be used as an outside remote control module (USB or wireless) or as an OEM building block. The display module **202** can be made configurable (10-inch or 12-inch), Sun readable or configurable with different platforms. The module has a stand, as illustrated in FIG. **7**. There is a protective cover for the display and controls in accordance with a preferred embodiment of the present invention. The unit may be re-used as a stand. A probe holder may be located on the side or on the top of the unit. In alternate preferred embodiments, the probe holder may also be engaged from the side when needed. The probe holder is easy to clean. A handle is provided for ease of carrying the unit. A universal mount that accommodates different holders, for example, tripods, arms, stands, is provided in accordance with a preferred embodiment of the present invention. The ultrasound unit can be docked and is rugged.

FIG. **5**B illustrates an exploded view of the ultrasound processing and display unit shown in FIG. **5**A in accordance with a preferred embodiment of the present invention. The unit **200** includes the modular display **202**, the ultrasound processing unit **208** that includes the beamforming circuitry, a keyboard **204**, a control pad module **204**, a battery module **206** and the single board computer **214**.

FIGS. **6**A and **6**B illustrate a 10-inch and 12-inch display, respectively, that can be included in an ultrasound stand-alone unit in accordance with a preferred embodiment of the present invention. As described hereinbefore, the display in accordance with a preferred embodiment of the present invention provides a resolution of 1024×768 and a large viewing angle.

FIG. **7** is a side view of an ultrasound processing and display unit having a stand in accordance with a preferred embodiment of the present invention.

FIGS. **8**A-**8**B illustrates views of a single board computer included in the ultrasound stand alone unit in accordance with a preferred embodiment of the present invention. FIG. **8**A illustrates a view of a single board computer **270** used in the ultrasound portable unit. The interface ports of the single board are illustrated in detail in FIG. **8**B. The interfaces include video graphics adapter (VGA) **281**, a local area network (LAN) interface **282**, a IEEE 1394 interface **283** and a PS/2 bus interface **284** which has a microchannel architecture. Further, the interfaces include a universal serial

US 11,675,073 B2

9

bus (USB) interface 285, a COM1 interface 286 which is a serial communications port, a Personal Computer Memory Card International Association (PCMCIA) interface 297 for PC-cards and a CFII interface 288. FIG. 9 illustrates a view of the configuration 310 of the computer boards in a stand alone ultrasound unit in accordance with a preferred embodiment of the present invention. An analog board 312 is spaced from a digital board 322. A transducer socket 314 having a 160 pin socket is provided. A power supply daughter board 320 is provided and spaced from the analog and digital boards by a separator 316. A plurality of interfaces are also provided, for example, IEEE 1394 interface 318, and a Deutsch Industrie Norm (DIN) connector 324 which is a multipin connector conforming to the specifications of the German National Standards Organization.

FIGS. 10A-10F illustrate views of the ultrasound processing unit configured for different applications such as different processing unit configured in different applications such as different original engineering manufacture (OEM) configurations and stand alone configurations in accordance with a preferred embodiment of the present invention. A preferred embodiment includes the motherboard, display driver and ultrasound interface in the housing with the provisions for plug-in transducer arrays. An alternate embodiment includes stand-alone unit with a plug-in transducer array.

FIG. 10A illustrates an OEM configuration having a basic aluminum box with mounting holes. FIG. 10B illustrates the ultrasound processor inside a housing. FIG. 10C illustrates the ultrasound processing unit inside a PC drive bay. FIG. 10D illustrates an OEM configuration with a multiplexor. FIG. 10E is a view of a stand-alone configuration having an OEM housing, a single board computer, a LCD, and a battery module. FIG. 10F illustrates the processing unit that can be connected in an OEM configuration or be a stand-alone unit.

An interlock is included to sense if a probe is present and to determine the calibration coefficient in accordance with a preferred embodiment of the present invention. A one wire identification (ID) chip for identifying the transducer is included in accordance with a preferred embodiment of the present invention. The computer can be pre-programmed with signal conditioning for each probe in accordance with a preferred embodiment of the present invention. By effectively connecting the probe, the circuit identifies the probe and accesses the pre-programmed conditions for that probe. Calibration coefficients are stored for each probe in the memory of the processing unit. The system can include a multiplexor to provide multiple connection ports that allows for the connection of two or three probes to one system using a multiplexed interface.

FIG. 11 illustrates a schematic drawing of an analog board included in an ultrasound processing unit in accordance with a preferred embodiment of the present invention. A transducer connector is accommodated in region 452.

FIG. 12 illustrates a schematic view of a digital board 470 and a power supply daughter board 472 included in an ultrasound processing unit in accordance with a preferred embodiment of the present invention. Also provided is a mini-DIN interface 474, and IEEE 1394 interfaces 476, 484.

FIGS. 13A-13B illustrate the pin assignment of an electrically erasable programmable read only memory (EEPROM) and an electrically programmable read only memory integrated circuits, respectively, that can be included in the ultrasound processing unit in accordance with a preferred embodiment of the present invention.

10

FIG. 13A illustrates a 4096 bits, one-wire EEPROM that assures absolute identity as no two parts are alike. It includes a built-in multi-drop controller. The memory is partitioned into sixteen 256-bit pages for packetizing data. This EEPROM identifies and stores relevant information about each ultrasound transducer to which it is associated. It is easily interfaced with using a single port pin of a microcontroller. The 4 Kb, one-wire EEPROM can be, for example, but not limited to a DS2433 circuit provided by Dallas Semiconductor.

FIG. 13B illustrates, for example, a DS2502/5/6 UNW UniqueWare™ add only memory chip provided by Dallas Semiconductor. The EPROM can be a 1024 bits, 16 kbits or 65 kbits memory and can communicate with the economy of one signal plus ground.

Preferred embodiment of the medical ultrasound systems use many transducers depending upon the application. These systems also identify which transducer is attached at any given time in accordance with a preferred embodiment of the present invention.

In addition to identifying the transducer type, preferred embodiments also identify the individual probe of the same type, such that calibration information can be associated with a particular probe. The one-wire ID circuits described with respect to FIGS. 13A and 13B provide identification of each transducer and corresponding calibration information by installing the semiconductor one-wire identification chips in each transducer assembly as shown in FIG. 14. FIG. 14 illustrates a semiconductor one-wire identification integrated circuit chip installed in transducer assemblies in accordance with a preferred embodiment of the present invention.

Each ID chip has a unique serial number, plus a writable/readable memory for storage of calibration or additional identification data. In an ultrasound application of a preferred embodiment, the serial number and probe type information are accessed from memory upon probe insertion. The information is used to call up the appropriate transducer parameters and the new probe is then made available to the user on the display screen, as shown in FIG. 15A. FIG. 15A illustrates a view of a graphical user interface display screen showing the appropriate transducer parameters upon connection of a transducer probe with the ultrasound processing unit in accordance with a preferred embodiment of the present invention.

In addition to the identification, each transducer is unique and it is desirable to calibrate out these differences in accordance with a preferred embodiment of the present invention. Therefore, software executable instructions are provided by the ultrasound applications control for storing and retrieving individual calibration data to the ID chip. Examples of calibration differences can include electrical, acoustic and mechanical differences. These may be used, but are not limited to, procedures such as mounting of needle guides for biopsy, three-dimensional positioning sensing devices and transducer element variation calibration.

A method of probe type identification is usually provided by using multiple connector pins which are tied to logic zero or one. To differentiate between 32 probe types, 5 connector wires are required. In the one-wire method, only a single wire is required, and the data is passed between the probe and the host system serially.

The invention incorporates a read/writable non-volatile memory chip (ID chip) in the transducer termination board, as shown in FIG. 14. An example of the memory chip is the Dallas Semiconductor DS2433 One-wire Identification chip with 4096 bits of non-volatile storage. Other non-volatile

US 11,675,073 B2

11

read/writable memory can be used, but the One-wire chip has the advantage of using only one signal wire and one ground wire, and does not require additional pins for power supply.

The memory of the ID chip is organized as 128 words of 32 bits wide, divided into four segments: The IDENTIFICATION segment, the USAGE segment, the FACTORY segment and the USER segment shown in FIG. **15**B.

The IDENTIFICATION segment holds the information which identifies the transducer type and hardware revision and serial number. The Ultrasound Application reads these information when a transducer is attached to a system and performs the appropriate set up based on the transducer type and hardware revisions. This segment is written at the factory and is not modifiable by the user.

The USAGE segment holds the statistical information about the usage of the transducer. The first entry logs the serial number and date when the transducer is first used outside of the factory (the Inauguration System Serial # and Date code). The second and third entries in this segment logs the serial number and the date of the two systems most recently the transducer was attached to. The Date Code values are Julian date of the connection date minus the Julian date of Jan. 1, 2000. The 16 bit date code field can store dates of more than a century starting from the year 2000. The 16 but date code filed can store dates of more than a century starting from the year 2000. The fourth word of the USAGE segment is a counter which increments once per 5 minutes when a transducer is attached and activated in a system. These statistical information are updated in the field by the Ultrasound Application software, and is not modifiable by the user. The values are set to zeros before the transducer leaves the factory. These statistical information are read and recorded when a transducer is returned to the factory for service.

The FACTORY segment holds the factory calibration information for the transducer. Examples of factory calibration data are the per element gain and propagation delay fine adjustments. When a transducer is attached and activated by the Ultrasound Application, the application first reads the transducer ID information from the IDENTIFICATION segment and loads up the appropriate set ups for that particular transducer type. The application then reads the FACTORY segment and applies the fine adjustments to the transducer set up. This segment is written at the factory and is not modifiable by the user.

The USER segment is reserved for the end user to store post-factory calibration data. Example of post-factory calibration data are position information of needle guide brackets and 3-D position sensing mechanism. The USER segment is the only segment which the user application software can modify.

FIG. **15**C shows the software flow-chart of a typical transducer management module within the ultrasound application program.

When a TRANSDUCER ATTACHE event is detected, the Transducer Management Software Module first reads the Transducer Type ID and hardware revision information from the IDENTIFICATION Segment. The information is used to fetch the particular set of transducer profile data from the hard disk and load it into the memory of the application program. The software then reads the adjustment data from the FACTORY Segment and applies the adjustments to the profile data just loaded into memory. The software module then sends a TRANSDUCER ATTACHE Message to the main ultrasound application program, which uses the transducer profile already loaded and perform ultrasound imag-

12

ing. The Transducer Management Software Module then waits for either a TRANSDUCER DETACH event, or the elapse of 5 minutes. If a TRANSDUCER DETACH is detected, the transducer profile data set is removed from memory and the module goes back to wait for another TRANSDUCER ATTACHE event. If a 5 minutes time period expires without TRANSDUCER DETACH, the software module increments the Cumulative Usage Counter in the USAGE Segment, and waits for another 5 minutes period or a TRANSDUCER DETACH event.

There are many types of ultrasound transducers. They differ by geometry, number of elements, and frequency response. For example, a linear array with center frequency of 10 to 15 MHz is better suited for breast imaging, and a curved array with center frequency of 3 to 5 MHz is better suited for abdominal imaging.

It is often necessary to use different types of transducers for the same or different ultrasound scanning sessions. For ultrasound systems with only one transducer connection, the operator will change the transducer prior to the start of a new scanning session.

In some application, it is necessary to switch among different types of transducers during one ultrasound scanning session. In this case, it is more convenient to have multiple transducers connected to the same ultrasound system, and the operator can quickly switch among these connected transducers by hitting a button on the operator console, without having to physically detach and re-attach the transducers, which takes a longer time.

Traditionally, the switching among different connected transducers is implemented either by arrays of relays, or by arrays of high voltage Multiplexer integrated circuits. (switching between two 128-elements transducers). These relays or MUXIC's form an additional layer of circuits between the ultrasound transmitter/receiver circuits and the transducer connectors.

The present invention utilizes a system that performed a method of multi-transducer switching using multiple Transmit/Receive integrated circuits, without the use of relays or commercial multiplexer integrated circuits. A typical two transducer switching circuit using an integrated circuit in accordance with the invention is shown in FIG. **15**D.

The Transmit/Receive integrated circuit includes multiple channel devices with a programmable waveform generator and high voltage driver for each transducer element, and a receive routing circuit for each element pair. The receive output is programmable to receive from transducer element A or B of the element pair, or turned off. The outputs of multiple integrated circuits are wired together. Connection to different transducers in the same system **5** is achieved by programming the On/Off states of individual receive channels among the multiple integrated circuits, and by programming the transmit sequence of each of the transmit channels on all of the integrated circuits.

One advantage of this approach is the higher integration over the use of commercial available relays and multiplexer chips, especially when compared to a relay switching approach, because relays are mechanical devices and are generally larger. There are two versions of the these, Transmit/Receive integrated circuits, one version has 64 transducer element channels and another version has 32 transducer channels. This high channel count integration of at least 32 channels combined with the small high pin density transducer connector, allows implementation of a multiple transducer configuration in a very compact size.

Another advantage is the elimination of an extra circuit layer, when compared to the multiplexer chips approach.

US 11,675,073 B2

13

Typical commercial multiplexer chips suitable for ultrasound channel switching typically have an ON resistance of greater than 20 ohms (example, Supertex HV20220), and therefore have measureable attenuation of both the transmit and receive signals compared with a direct connection in a single transducer system. The present approach has identical transmit/receive circuit for single transducer system, or multiple transducers system, with no additional signal attenuation resulting from adding the multiple transducers switching function.

Yet another advantage of the present approach is the added ability to operate a very large element count transducer with a true full transmit aperture. For example, a 128 channel ultrasound engine can operate a **768** element linear array by adding a one to six multiplexer array. A traditional implementation using relays of multiplexers can switch among six segments of 128 elements each across the entire 768 elements at any one time. The present approach will have 768 programmable transmitter, and therefore can use any size of transmit aperture anywhere on transducer array, including using the entire 768 element at the same time. The ability to use larger than 128 element transmit aperture allows the ultrasound system to have better penetration and resolution, compared to systems that are limited to 128.

FIG. **15**G shows the unitary, directional keypad which provides a single operating position from which to control the ultrasonic imaging operations. The quantitative parameters may be in a range of discrete values, or may span a continuum. A control key **721**, employed in conjunction with the up arrow key **712** or down arrow key **714** allows an operator to toggle between two control tabs depicted in FIGS. **15**H and **15**I, as will be described further below. Since all keys **712**, **714**, **716**, **718** employed in controlling and selecting the ultrasonic imaging operations are accessible from a common operating position, an operator may focus on the ultrasonic image of the subject and on the hand-held probe, and need not be distracted by unwieldy controls. Traditional directional keypads allow only directional control to be applied by the directional keypads, and do not allow both qualitative and quantitative selection of operations from a common, unitary operating position accessible by a single hand.

FIGS. **15**H and **15**I show qualitative and quantitative selection of ultrasonic imaging operations via invoking the unitary directional keypad. Referring to FIG. **15**H, ultrasonic imaging operations applicable to scanning are shown. The scanning operations are directed to active acquisition of real-time, dynamic ultrasonic image data, and are typically applied as the hand-held probe is manipulated over the subject imaging area. A size operation **722** sets a series of predetermined defaults for other ultrasonic imaging operations. A small, medium, or large subject may be selected via the left **716** and right **718** arrow keys. A depth operation **724** allows selection of a depth parameter via the arrow keys. Focus is controlled by a focus **726** operation. Gain **728** control adjusts the TGC for all TGC settings **730***a*-**730***h*. TGC operations **730***a*-**730***h* adjusts amplification of return signals at varying depth, ranging from the least depth **730***a* to greatest depth **730***h*, via the arrow keys.

Referring to FIG. **15**I, ultrasonic imaging operations applicable to processing are shown. The processing operations may be applied to static real-time or frozen images. An inversion operation is controlled by the inversion **731** selection, and rotates the image via the arrow keys. Palette, smoothing, persistence, and mapping **734**, **736**, **738** and **741**, respectively are selected via the up and down arrow keys, and parameters selected via the arrow keys. Brightness and

14

contrast scales are selected via sliders **745** and **747**, respectively, and are changed using arrow keys.

FIG. **15**J shows a state diagram depicting transition between the ultrasonic imaging operations depicted in FIGS. **15**H and **15**I. Tab **1** operations are selected via the up and down arrow keys and transition according to the following state sequence: size **601**, depth **603**, focus **605**, Gain **607** and TGC degrees **609**, **611**, **612**, **614**, **616**, **618**, **621** and **622**. Similarly, the Tab **2** operations are selected according to the following sequence: invert **624**, palette **626**, smoothing **628**, persistence **631**, map **632**, brightness **634**, and contrast **636**. As indicated above, selection of operations may be toggled between Tab **1** and Tab **2** using control key and arrow keys.

The scanning operations shown in FIG. **15**H are displayed on Tab **1**. The processing operations shown in FIG. **15**I are displayed and selected on Tab **2**. Control is toggled between Tab **1** and Tab **2** using a combination of the control key and either the up or down arrow keys as shown by dotted lines **638***a* and **638***b*.

In general the use of medical ultrasound systems requires the user to have significant training and regular practice to keep skills at a high level. Another embodiment of the invention involves providing the user with an intuitive and simple way to use the interface, and with the ability to quickly and automatically set imaging parameters based on a software module. This enables general medical personnel with limited ultrasound experience to obtain diagnostic-quality images without having to adjust the controls. The "Quick Look" feature provides the user with a very simple mechanism of image optimization. It allows the user to simply adjust the image so as to obtain appropriate diagnostic image quality with one push of one button.

The benefits of programmed image parameters are many. The user no longer is required to adjust multiple controls in order to obtain a good image. Exams may be performed in a shorter period of time as a result. The use of this feature also results in more uniform images, regardless of the skills and expertise of the user. This approach is advantageous when performing exams under adverse circumstances such as emergency medical procedures performed in ambulances or remote locations.

The procedure involves the use of predefined histograms. Separate histograms are provided for different anatomical structures that are to be examined. The user chooses a structure, similar to the existing method of choosing a preset. Once the structure is chosen, the user places the transducer on the area of interest in the scanning window. At that time, pressing the selected control button triggers the system to adjust the system contrast and brightness control values so that a histogram of the gray levels in the image closely matches the corresponding pre-defined histogram for that structure. The result is an image of diagnostic image quality that is easily recreated.

The procedure is highly dependent upon the brightness and contrast controls. As a result, a preferred embodiment provides an independent control which allows the user to adjust for ambient lighting changes. In many applications the programmed parameters gets the user very close, but they may choose to fine tune the contrast and brightness.

FIG. **16** illustrates an ultrasound processing unit and an ultrasound transducer connector in accordance with a preferred embodiment of the present invention. An ultrasound transducer is coupled to its associated ultrasound processing unit **572** via a cable, which is routed into an ultrasound transducer connector assembly **574** and, mates with a cor-

US 11,675,073 B2

15                                                                              16

responding 5 terminal located on ultrasound console. A sliding lever is included to secure the connector to the processing unit.

FIGS. 17A and 17B illustrate views of an ultrasound transducer connector assembly in accordance with a preferred embodiment of the present invention. The ultrasound transducer connector assembly 18 shows a connector housing. FIG. 18 is an exploded view of the ultrasound transducer connector assembly illustrated in FIGS. 17A and 17B in accordance with a preferred embodiment of the present invention. An electrical connector 606 may have as many as 160 contacts. The connector assembly housing 604, 610 interfaces with a cable 602 which in turn is coupled to an ultrasound transducer.

FIGS. 19A, 19B and 19C illustrate detailed views of the ultrasound transducer connector assembly including sectional views in accordance with a preferred embodiment of the present invention. A cable 640 is attached to a first end of connector housing element 630. A close-up view 620 of connector assembly element 620 is seen in FIG. 19A. A side view 650 is shown in FIG. 19C.

The movable connector component has electrical contacts that mate with the stationary connector component having stationary electrical contacts on the processing unit. For mating, the movable connector component is brought towards the stationary connector component. Initially, there is a gap separating the movable electrical contacts from stationary electrical contacts, so that the contacts are not subjected to any friction or insertion force. A locking mechanism draws in the movable connector component which is received in a recess of the stationary connector component. The lever slides from right to left causing the movable connector component to close into the recess and contact the corresponding stationary electrical contacts to make an electrical connection. The ultrasound transducer connectors minimize the physical stress exerted upon their electrical contacts, thus avoiding wear and potential damage to the contacts.

FIG. 20 illustrates a view of an ultrasound processing unit with an ultrasound transducer connector assembly 674 having a lock 672 in accordance with a preferred embodiment of the present invention. FIGS. 21A and 21B illustrate a close-up view of an ultrasound transducer connector assembly inserted into a ultrasound processing unit and a cut-away view of the inserted ultrasound transducer connector assembly, respectively, showing a sliding lever in accordance with a preferred embodiment of the present invention. The connector is drawn in the end of the housing when inserted and locked and is ejected when detached. The connector assembly in accordance with a preferred embodiment of the present invention allows for a one-hand operation. A preferred embodiment of the present invention includes a sash lock similar to a window lock. The lever includes a lever action which also yields a significant mechanical advantage as it translates insertion force to a lateral action of the lock. The lever for the connector assembly is resistant to abusive use as it has rails which act with the lever to eliminate twists applied to the connector. A rotating catch is used to eject the connector after use.

FIGS. 22A and 22B illustrate views of an ultrasound transducer connector assembly inserted into an ultrasound processing unit 700 having a lever 732 shown in the detailed portion 720, to secure the connector assembly in accordance with a preferred embodiment of the present invention.

FIGS. 23A and 23B illustrate further details 730 of the lever 732 and an exploded view 740 of the lever assembly of an ultrasound processing unit in accordance with a preferred embodiment of the present invention. The lever assembly includes a spring 742 which being a resilient member, assists in drawing the lever 744 into the locked position. FIGS. 24A-24D illustrate several views of the ultrasound processing unit showing the ultrasound transducer connector assembly in accordance with a preferred embodiment of the present invention. Circuit boards are mounted in FIGS. 24B and 24C along with the connector assembly in accordance with the invention.

FIG. 25 illustrates a view of the ultrasound processing unit 800 showing a partial view of the lever for the transducer connector assembly in accordance with a preferred embodiment of the present invention.

FIGS. 26A and 26B illustrate further views 810, 820 of the ultrasound processing unit showing the ultrasound transducer connector assembly in accordance with a preferred embodiment of the present invention.

FIGS. 27A, 27B, and 27C illustrate views of an ultrasound transducer connector in accordance with a preferred embodiment of the present invention.

FIGS. 28A-28C illustrate views of an ultrasound transducer connector that mates with the connector of FIGS. 27A-27C in accordance with a preferred embodiment of the present invention. In a preferred embodiment the maximum voltage of the ultrasound transducer connector is 100 volts. The connector can include 160 or 240 circuits. The base plate protects the pins and rises up into position during printed circuit board insertion. In one embodiment the connector assembly includes, but is not limited to, a Molex® 53941 right angle docking station board-to-board shielded plug.

In this preferred embodiment the connector assembly includes, but is not limited to, a Molex® 54145 right angle docking station board-to-board shielded receptacle. The interlock can indicate that a probe has been inserted correctly.

FIG. 29 illustrates a system that includes a console 950 connected with a USB/PS/2 interface 952 to a host computer 960.

FIG. 30 illustrates a schematic diagram of an ultrasound console in accordance with a preferred embodiment of the present invention. A universal serial bus (USB) console is used for a remote hardware keypad. This hardware user interface in accordance with a preferred embodiment of the present invention displaces a software graphical user interface and allows any ultrasound imaging control function to be accessed via a control keypad. The controls are communicated with a host computer through a USB port.

In a preferred embodiment, the ultrasound console includes a USB device and USB Driver which is implemented with a FTDI USB245M controller chip, for example. This integrated chip is simple as it can be integrated into the console without requiring a custom device driver. The USB Console uses the FTDI supplied dynamic link library (DLL) device driver in accordance with a preferred embodiment of the present invention.

The console in accordance with a preferred embodiment of the present invention is made up of at least four types of hardware functions: buttons, potentiometers, trackball, and LEDs. The buttons are momentary switches. The architecture in accordance with a preferred embodiment of the present invention allows for 128 buttons. The potentiometers are either linear slide potentiometers for time gain control (TGC), or rotary dials for GAINs. Each potentiometer can have a position reading between 0 and 255. A digital potentiometer with clickers is considered to be a button, not a potentiometer in the preferred embodiments. One embodi-

US 11,675,073 B2

17

ment includes 11 potentiometers: 8 slide switches numbered from 0 to 7, for TGC and three rotary dial potentiometers numbered 8 to 10.

In a preferred embodiment, a trackball is a stand-alone unit which communicates with the host system via a PS/2 interface. The trackball does not go through the USB interface.

In a preferred embodiment, light emitting diodes (LEDs) are provided on the console and can be individually addressed to turn on or off. A preferred embodiment has 8 LEDs, numbered from 0 to 7, and the LEDs are located at the buttons #0 to 7 respectively.

A preferred embodiment includes a software interface protocol from the console to a host system. When a button is pressed or a potentiometer position is changed, a three byte message is sent from the console to the host. Tables 1 and 2 illustrate, respectively, the 5 message sent by using a button and a potentiometer in accordance with a preferred embodiment of the present invention.

TABLE 1

| | Button Message | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Bit 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
| Byte #0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Byte #1 | 0 | | | | Button number | | | |
| Byte #2 | X | X | X | X | X | X | X | X |

TABLE 2

| | Potentiometer Message | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Bit 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
| Byte #0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Byte #1 | 0 | | | | Potentiometer number | | | |
| Byte #2 | | | | Potentiometer position value | | | | |

The host may send a "Query" command to the console, and the console responds by sending Potentiometer Messages for every potentiometer on the console in accordance with a preferred embodiment of the present invention. Messages can be sent back-to-back in a preferred embodiment.

A preferred embodiment also includes a software interface protocol from a host system to a console. The host can send messages to the console to turn LEDs on/off, or to query the current readings of every potentiometer. Tables 3, 4 and 5 provide the LED-On message, LED-Off message and a query message, respectively, in accordance with a preferred embodiment of the present invention.

TABLE 3

| | LED-ON Message | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Bit 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
| Byte #0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Byte #1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| Byte #2 | 0 | | | | LED number | | | |

18

TABLE 4

| | LED-OFF Message | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Bit 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
| Byte #0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Byte #1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| Byte #2 | 0 | | | | LED number | | | |

TABLE 5

| | Query Message | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Bit 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
| Byte #0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Byte #1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Byte #2 | 0 | X | X | X | X | X | X | X |

FIG. 30 illustrates the USB console for remote key pad in accordance with a preferred embodiment of the present invention. It is a hardware user interface and allows any ultrasound imaging control function to be accessed via a "traditional" control key pad. The control keys include, trackball with right and left enter keys, dedicated Freeze/live key, dedicated Save key, 8 Slide potentiometers each with a lateral movement to control the TGC gain, dedicated overall B-mode gain control pot, dedicated overall Color Flow Imaging gain control potentiometer, dedicated overall Pulsed Wave Spectral Doppler gain control pot, dedicated B-mode selection key, dedicated Power Doppler-mode selection key, dedicated Color Flowing Imaging-mode selection key, dedicated Pulsed Wave Spectral Doppler selection key, dedicated M-mode selection key, and dedicated Triplex selection key.

An LED is provided on each mode selection key. Once a mode is selected by a user, the selected mode-control key lights up.

The basic module system of the present invention is an external peripheral 16, 26 to a personal computer as shown generally in FIGS. 1-3 or a basic system configuration of the system pairs it with an off-the-shelf notebook computer with a Firewire® port. An important advantage of this configuration is that the system gets its power from the notebook computer via the single Firewire® cable. No additional power supply is needed. The combination of the peripheral 16, 26 and the notebook computer can both run on the battery of the computer, making the system very portable.

The modular system can be structured as a transformable system: a fully portable ultrasound system consisting of the ultrasound module and a notebook computer in a single portable suitcase, and which can be converted into a full feature cart system for stationary use.

The suitcase configuration shown in FIGS. 31A-31F integrates the ultrasound module and the notebook computer into a single suitcase package. An off-the-shelf consumer notebook computer 1004 with control panel or keyboard 1008 and display 1006 is secured to the suitcase using a low cost molded bracket shaped 1005 for the particular notebook model. Alternate notebook computer models can be used with a different molded bracket.

As seen in FIG. 31F, the ultrasound module 1018 is situated in the base 1016 and base cover 1015 and top 1012. A handle 1002 can be extended from the housing base 1010 so that a user can carry the system with one hand. The system can be connected to, or dock with a console of a cart system seen in FIGS. 32A-32E this embodiment of the

US 11,675,073 B2

19

invention utilizes a mobile cart system for use in connection with a portable ultrasound imaging system.

The cart system **1100** uses a base assembly **1108** and a USB hub **1220**. The base assembly can be connected to a docking bay **1222** that receives the processor housing **1000**. A preferred embodiment of the docking bay system provides electrical interface connections between the base assembly and the processor Housing at docking connector **1205**. The base assembly can further include a control panel **1150** such that the user can control certain operations of the ultrasound system using control elements on the control panel **1150**.

The cart configuration docks the suitcase module **1000** to a cart **1100** with a full operator console **1118**. Once docked, the cart and the suitcase together forms a full feature roll-about system that may have other peripherals added, such as printers and video recorders. The docking mechanism is a simple, cable-less mating connection, very much like the desk top docking station for a notebook computer. This easy docking scheme allows the user to quickly attach or detach the suitcase to convert the system between stationary use (cart), and portable use.

The user console **1118** on the cart is designed with a USB interface. The electronics on the console gets its power from the USB bus, eliminating the need of additional power source. The user console is attached to the notebook computer via the USB port of the notebook computer, routed through the docking connector of the suitcase.

An alternate design of the user console **1118** duplicates the cart base console design in a smaller portable console with the same USB interface. This portable console can be 5 plugged into the suitcase without the cart.

With a USB powered console, the cart system can operate solely on notebook computer battery without the need for being connected to the wall AC power outlet, or, when the cart system is running on wall AC power, it can continue to operate during power outage.

The cart system duplicates many of the notebook computer peripheral ports so that the cart system has as much features as a full blown computer, such as network connection and printer ports. As shown in FIG. **34**, the cart system includes a portable system **1000** with computer **1004**, a power connector **1201**, USB connector **1202**, ethernet connector **1203**, microphone connector **1204**, docking connector **1205**, EKG connector **1208**, and transducer connector **1014**. The cart system further includes a cart **1100** having a cart assembly **1300** and a console **1118**. The cart assembly **1300** includes a USB hub **1320**, a printer **1340**, a VCR **1350**, an isolation transformer **1360**, an AC outlet **1326** and a notebook DC source **1324**. The console **1118** includes a power connector **1211**, an ethernet connector **1212**, a VSB connector **1213**, a USB hub **1220**, a control trackball **1150**, a microphone connector **1218** and an EUG connector **1214**.

In view of the wide variety of embodiments to which the principles of the present invention can be applied, it should be understood that the illustrated embodiments are exemplary only, and should not be taken as limiting the scope of the present invention. For example, the steps of the flow diagrams may be taken in sequences other than those described, and more or fewer elements may be used in the block diagrams. While various elements of the preferred embodiments have been described as being implemented in software, other embodiments in hardware or firmware implementations may alternatively be used, and vice-versa.

It will be apparent to those of ordinary skill in the art that methods involved in the system and method for determining and controlling contamination may be embodied in a computer program product that includes a computer usable

20

medium. For example, such a computer usable medium can include a readable memory device, such as, a hard drive device, a CD-ROM, a DVD-ROM, or a computer diskette, having computer readable program code segments stored thereon. The computer readable medium can also include a communications or transmission medium, such as, a bus or a communications link, either optical, wired, or wireless having program code segments carried thereon as digital or analog data signals.

The claims should not be read as limited to the described order or elements unless stated to that effect. Therefore, all embodiments that come within the scope and spirit of the following claims and equivalents thereto are claimed as the invention.

The invention claimed is:

1. An ultrasound imaging system including a mobile cart for a portable ultrasound display and processing device, the ultrasound imaging system comprising:

a handheld display and image processor housing having a first electrical connector;

a computer within the handheld display and image processor housing, the computer configured to operate an ultrasound application program including a transducer identification program segment that detects an attached transducer assembly;

a touch screen graphical user interface operable on the display and image processor housing, a display being mounted within the handheld display and image processor housing over the computer such that a user can view and operate the display;

a virtual control panel to actuate an ultrasound imaging operation using the display within the handheld display and image processor housing;

a beamformer connected to receive image signals from a transducer connector during an imaging procedure;

a memory and a battery within the handheld display and image processor housing;

a base assembly having a second electrical connector configured to electrically connect to the handheld display and image processor housing that can be detachably mounted onto the base assembly such that the handheld display and image processor housing is powered by the battery, the second electrical connector being connected to an external network connection and wherein the base assembly supports a control panel that separately operates the handheld display and image processor housing;

a plurality of transducer connection ports such that a plurality of transducers electrically connect to the ultrasound imaging system, the computer being configured to identify a selected transducer and to adjust system operation based on automatically set transducer parameters for the selected transducer wherein a user selects an anatomic structure for imaging to adjust the automatically set transducer parameters; and

a cart on which the base assembly is mounted, the cart including a wheel assembly.

2. The system of claim **1**, further comprising a cable-less interface configured to mate the handheld display and image processor housing to the cart.

3. The system of claim **1**, further comprising a plurality of control elements coupled to the cart configured to activate the display of image data on the display being mounted within the handheld display and image processor housing.

4. The system of claim **1**, further comprising an operator console coupled to the cart.

US 11,675,073 B2

21

**5**. The system of claim **1**, further comprising a control panel configured to receive a user command to control a plurality of control panel elements.

**6**. The system of claim **1**, wherein the cart further comprises a plurality of control elements to actuate the display.

**7**. The system of claim **1**, wherein the display further comprises a finger actuated touchscreen having a minimum display resolution of 1024×768.

**8**. The system of claim **1**, further comprising a modular computer circuit board.

**9**. The system of claim **1**, wherein the transducer connector further comprises a modular transducer connector.

**10**. The system of claim **1**, further comprising a transducer array within a transducer probe that is connected to the transducer connector with a cable.

**11**. The system of claim **1**, wherein the computer further comprises a processor configured to identify a transducer upon being connected to one of the plurality of transducer connector ports.

**12**. The system of claim **1**, wherein the computer further comprises a processor configured to display data on the display.

**13**. The system of claim **1** further comprising a processor configured to receive data from a plurality of selectable transducers during an ultrasound procedure.

**14**. The system of claim **1**, wherein the control panel further comprises a keypad coupled to the base assembly to actuate an ultrasound imaging operation using the handheld display and image processor housing.

**15**. The system of claim **1**, further comprising a switch to select between the plurality of transducer connectors.

**16**. The system of claim **1**, further comprising a transducer connector having at least a 160 pin socket.

**17**. The system of claim **1**, further comprising a transducer connector having a latching mechanism.

**18**. The system of claim **1**, further comprising a transducer connection circuit having a one wire identification chip.

**19**. The system of claim **1**, further comprising a transducer connector having a single wire connection.

**20**. The system of claim **1**, further comprising a transducer connector configured for bidirectional transfer of data in series between the transducer connector and the handheld display and image processor housing.

**21**. The system of claim **1**, further comprising a battery module for powering an electronic circuit.

**22**. The system of claim **1**, further comprising a battery module wherein a maximum operational power is 12 watts.

**23**. The system of claim **1**, further comprising a multiplexor for selecting a transducer for an imaging procedure.

**24**. The system of claim **1** wherein the handheld display and processor housing comprises a notebook computer.

**25**. The system of claim **1** wherein the computer adjusts beamformer operating parameters based on the transducer identification.

**26**. A handheld medical ultrasound imaging device comprising:

a plurality of handheld transducer assemblies, each transducer assembly including a probe housing, a transducer array, and a cable with a first transducer connector; and

a handheld portable processing unit connectable to each of the handheld transducer assemblies with the cable and the first transducer connector at one or more connectors on the processing unit, the processing unit having an integrated touch screen display that displays an ultrasound image wherein the integrated touch screen display is mounted integral with a processor operative in response to the integrated touch screen

22

display, a memory system, a battery, and an ultrasound beamformer processing circuit wherein the integrated touch screen display and the ultrasound beamformer processing circuit are communicably connected to the processor, the processor being operative in response to finger operation of the integrated touch screen display to operate a graphical user interface that displays a type for an attached transducer assembly and one or more corresponding automatically set imaging parameters, upon connection of the first transducer connector and selection of an anatomic structure to be imaged, on the integrated touch screen display, wherein the portable processing unit further comprises a plurality of computer programs including a scan conversion program, a Doppler processing program and a transducer identification program segment that detects the attached transducer assembly.

**27**. The handheld medical ultrasound imaging device of claim **26** wherein each transducer assembly further comprises a probe identification circuit that stores probe calibration information.

**28**. The handheld medical ultrasound imaging device of claim **27** wherein the probe identification circuit further comprises a programmable, writable and readable memory to store calibration information.

**29**. The handheld medical ultrasound imaging device of claim **26** wherein the handheld portable processing unit has a processor circuit board, a digital circuit board and an analog circuit board that are vertically stacked below the display; and

the handheld portable processing unit has a universal serial bus (USB) port and/or an Ethernet port.

**30**. The handheld medical ultrasound imaging device of claim **26** wherein the handheld portable processing unit further comprises a system controller connected to the beamformer processing circuit wherein the processing unit further comprises transmit/receive integrated circuits with at least 32 transducer channels; and the processing unit is operable without any controls other than power on/off.

**31**. The handheld medical ultrasound imaging device of claim **26** wherein the processing unit further comprises buttons adjacent the display, and the processing unit operates at 12 Watts at maximum power and wherein the processing unit is connectable to a keyboard.

**32**. The handheld medical ultrasound imaging device of claim **26** wherein the transducer array is connected to a transmit and receive circuit which is connected to a digital control circuit and the beamformer processing circuit; and

a first transducer has at least 160 pins with a pin pitch of 1 mm or less or has at least 250 pins with a pin pitch of 0.8 mm or less.

**33**. The handheld medical ultrasound imaging device of claim **26** wherein a plurality of different transducer assemblies having different operating frequencies and/or geometries can be attached to the processing unit, the processing unit having a plurality of transducer connectors; and

further comprising a transducer connector mechanism including a movable lever.

**34**. The handheld medical ultrasound imaging device of claim **26** further comprising a handle and a stand.

**35**. The handheld medical ultrasound imaging device of claim **26** wherein the display is a 10 inch display or wherein the display is a 12 inch display; and

the display has a minimum brightness of 200 Nits for viewing the touchscreen display.

**36**. The handheld medical ultrasound imaging device of claim **26** wherein the processor is mounted in the portable

US 11,675,073 B2

23

processing unit with the display, the processor configured to adjust the automatically set imaging parameters using different histograms corresponding to different selectable anatomic structures.

37. The handheld medical ultrasound imaging device of claim 26 further comprising a needle guide device and wherein the processing unit is configured with software instructions to perform a needle guide procedure.

38. The handheld medical ultrasound imaging device of claim 26 further comprising a probe identification circuit in each transducer assembly, the probe identification circuit including a readable, writeable memory, and further including a single wire identification circuit, wherein the probe identification circuit stores usage data, identification data and calibration data, the usage data including dates of use of the transducer assembly.

39. The handheld medical ultrasound imaging device of claim 26, further comprising a base assembly that receives the handheld portable processing unit, the handheld portable processing unit having a first docking connector that electrically connects to a second docking connector on the base assembly, the base assembly further comprising a cart, the cart further includes a power connector.

40. The handheld medical ultrasound imaging device of claim 39, further comprising a control console on the base assembly which is operationally connected to the processor and has a plurality of control elements configured to control an image processing operation of the processor to display ultrasound image data on the display.

41. A handheld medical ultrasound imaging device comprising:

at least one handheld transducer assembly to perform an imaging operation wherein the at least one transducer assembly includes a probe housing, a transducer array, and a cable with a first transducer connector; and

a handheld portable processing unit connectable to the at least one handheld transducer assembly with the cable and the first transducer connector at a processing unit connector, the processing unit having an integrated touch screen display that displays an ultrasound image wherein the integrated touch screen display is mounted integral with a processor operative in response to the integrated touch screen display, a memory system, a battery, the processor configured to communicate with an ultrasound beamformer processing circuit, the processor being operative in response to finger operation of the integrated touch screen display to operate a graphical user interface that displays one or more automatically set imaging parameters of the at least one transducer assembly upon connection of the first transducer connector to the processing unit connector and selection of an anatomical structure to be imaged, wherein the processor is configured to operate a plurality of computer programs including a scan conversion program, a Doppler processing program, an automatically set image parameter module and a transducer identification program segment that detects an attached transducer assembly.

42. The handheld medical ultrasound imaging device of claim 41 wherein each transducer assembly further comprises a probe identification circuit that stores probe calibration information.

43. The handheld medical ultrasound imaging device of claim 41 wherein the probe identification circuit further comprises a programmable, writable and readable memory to store calibration information.

24

44. The handheld medical ultrasound imaging device of claim 41 wherein the handheld portable processing unit has a processor circuit board, a digital circuit board and an analog circuit board that are vertically stacked below the display; and

the handheld portable processing unit has a universal serial bus (USB) port and/or an Ethernet port.

45. The handheld medical ultrasound imaging device of claim 41 wherein the handheld portable processing unit further comprises a system controller connected to the beamformer processing circuit wherein the processing unit further comprises transmit/receive integrated circuits with at least 32 transducer channels; and the processing unit is operable without any controls other than power on/off.

46. The handheld medical ultrasound imaging device of claim 41 wherein the processing unit further comprises buttons adjacent the display, and the processing unit operates at 12 Watts at maximum power and wherein the processing unit is connectable to a keyboard.

47. The handheld medical ultrasound imaging device of claim 41 wherein the transducer array is connected to a transmit and receive circuit which is connected to a digital control circuit and the beamformer processing circuit; and

a first transducer has at least 160 pins with a pin pitch of 1 mm or less or has at least 250 pins with a pin pitch of 0.8 mm or less.

48. The handheld medical ultrasound imaging device of claim 41 wherein a plurality of different transducer assemblies having different operating frequencies can each be attached to the processing unit, the processing unit having a plurality of transducer connectors; and

further comprising a transducer connector mechanism including a movable lever.

49. The handheld medical ultrasound imaging device of claim 41 further comprising a handle and a stand.

50. The handheld medical ultrasound imaging device of claim 41 wherein the display is a 10 inch display or wherein the display is a 12 inch display; and

the display has a minimum brightness of 200 Nits for viewing the touchscreen display.

51. The handheld medical ultrasound imaging device of claim 41 wherein the processor comprises a single board computer; and the processor processes Doppler image data that is displayed on the display.

52. The handheld medical ultrasound imaging device of claim 41 wherein the processing unit is configured with software instructions to perform a needle guide procedure.

53. The handheld medical ultrasound imaging device of claim 41 further comprising a probe identification circuit in each transducer assembly, the probe identification circuit including a readable, writeable memory, and further including a single wire identification circuit, wherein the probe identification circuit stores usage data, identification data and calibration data, the usage data including dates of use of the transducer assembly.

54. The handheld medical ultrasound imaging device of claim 41, wherein the at least one handheld transducer assembly further comprises the ultrasound beamformer processing circuit.

55. The handheld medical ultrasound imaging device of claim 41, wherein the automatically set imaging parameters for different anatomical structures comprise different histograms.

* * * * *

# EXHIBIT B

US012115023B2

(12) **United States Patent**
Chiang et al.

(10) **Patent No.:** US 12,115,023 B2
(45) **Date of Patent:** Oct. 15, 2024

(54) **TABLET ULTRASOUND SYSTEM**

(71) Applicant: **Teratech Corporation**, Burlington, MA (US)

(72) Inventors: **Alice M. Chiang**, Wayland, MA (US); **William M. Wong**, Milton, MA (US); **Noah Berger**, Sudbury, MA (US)

(73) Assignee: **Teratech Corporation**, Burlington, MA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 285 days.

(21) Appl. No.: **16/806,118**

(22) Filed: **Mar. 2, 2020**

(65) **Prior Publication Data**

US 2020/0268351 A1    Aug. 27, 2020

**Related U.S. Application Data**

(63) Continuation of application No. 13/838,694, filed on Mar. 15, 2013, now Pat. No. 10,667,790.
(Continued)

(51) **Int. Cl.**
*A61B 8/00* (2006.01)
*G01S 7/52* (2006.01)
(Continued)

(52) **U.S. Cl.**
CPC ............ *A61B 8/469* (2013.01); *A61B 8/4405* (2013.01); *A61B 8/4427* (2013.01);
(Continued)

(58) **Field of Classification Search**
CPC ..... A61B 8/469; A61B 8/4405; A61B 8/4427; A61B 8/4477; A61B 8/462; A61B 8/463;
(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,991,604 A    2/1991   Wurster et al.
5,311,095 A    5/1994   Smith et al.
(Continued)

FOREIGN PATENT DOCUMENTS

CN    101869484 A    10/2010
CN    102178547 A    9/2011
(Continued)

OTHER PUBLICATIONS

AMD Case Study. AMD embedded G-Series APU boosts 3-D visualization for portable ultrasound device. 3 pages. (2014).
(Continued)

*Primary Examiner* — Sanjay Cattungal
(74) *Attorney, Agent, or Firm* — McCarter & English, LLP

(57) **ABSTRACT**

Exemplary embodiments provide systems and methods for portable medical ultrasound imaging. Certain embodiments provide a multi-chip module for an ultrasound engine of a portable medical ultrasound imaging system, in which a transmit/receive chip, an amplifier chip and a beamformer chip are assembled in a vertically stacked configuration. Exemplary embodiments also provide an ultrasound engine circuit board including one or more multi-chip modules, and a portable medical ultrasound imaging system including an ultrasound engine circuit board with one or more multi-chip modules. Exemplary embodiments also provide methods for fabricating and assembling multi-chip modules as taught herein. A single circuit board of an ultrasound engine with one or more multi-chip modules may include 16 to 128 channels in some embodiments. Due to the vertical stacking arrangement of the multi-chip modules, a 128-channel ultrasound engine circuit board can be assembled within exemplary planar dimensions of about 10 cm×about 10 cm.

**27 Claims, 52 Drawing Sheets**



## US 12,115,023 B2

Page 2

### Related U.S. Application Data

(60) Provisional application No. 61/704,254, filed on Sep. 21, 2012, provisional application No. 61/615,627, filed on Mar. 26, 2012.

(51) **Int. Cl.**

| | |
|---|---|
| *G06F 3/0488* | (2022.01) |
| *A61B 8/06* | (2006.01) |
| *A61B 8/08* | (2006.01) |
| *G01S 15/89* | (2006.01) |

(52) **U.S. Cl.**
CPC ............ *A61B 8/4477* (2013.01); *A61B 8/462* (2013.01); *A61B 8/463* (2013.01); *A61B 8/465* (2013.01); *A61B 8/467* (2013.01); *A61B 8/468* (2013.01); *G01S 7/52074* (2013.01); *G01S 7/52082* (2013.01); *G01S 7/52084* (2013.01); *G06F 3/0488* (2013.01); *A61B 8/06* (2013.01); *A61B 8/08* (2013.01); *A61B 8/54* (2013.01); *G01S 15/8979* (2013.01); *H01L 2224/32145* (2013.01); *H01L 2224/32245* (2013.01); *H01L 2224/48091* (2013.01); *H01L 2224/48095* (2013.01); *H01L 2224/48247* (2013.01); *H01L 2224/48465* (2013.01); *H01L 2224/73265* (2013.01); *H01L 2924/181* (2013.01); *Y10T 29/49002* (2015.01)

(58) **Field of Classification Search**
CPC ......... A61B 8/465; A61B 8/467; A61B 8/468; A61B 8/06; A61B 8/08; A61B 8/54; G01S 7/52074; G01S 7/52082; G01S 7/52084; G01S 15/8979; G06F 3/0488; H01L 2224/32145; H01L 2224/32245; H01L 2224/48091; H01L 2224/48095; H01L 2224/48247; H01L 2224/48465; H01L 2224/73265; H01L 2924/181; Y10T 29/49002
See application file for complete search history.

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,381,794 A | | 1/1995 | Tei et al. |
| 5,487,388 A | | 1/1996 | Rello et al. |
| 5,598,845 A | | 2/1997 | Chandraratna et al. |
| 5,722,411 A | | 3/1998 | Suzuki et al. |
| 5,844,140 A | | 12/1998 | Seale |
| 6,059,727 A | | 5/2000 | Fowlkes et al. |
| 6,063,030 A | * | 5/2000 | Vara ........................ A61B 8/465 |
| | | | 600/440 |
| 6,106,472 A | | 8/2000 | Chiang et al. |
| 6,126,608 A | | 10/2000 | Kemme et al. |
| 6,131,459 A | | 10/2000 | Seale et al. |
| 6,146,331 A | | 11/2000 | Wong |
| 6,261,234 B1 | * | 7/2001 | Lin ......................... A61B 8/445 |
| | | | 600/463 |
| 6,371,918 B1 | | 4/2002 | Bunce |
| 6,425,865 B1 | | 7/2002 | Salcudean et al. |
| 6,447,451 B1 | | 9/2002 | Wing et al. |
| 6,450,958 B1 | | 9/2002 | Linkhart et al. |
| 6,468,212 B1 | * | 10/2002 | Scott ...................... A61B 8/463 |
| | | | 600/440 |
| 6,500,126 B1 | | 12/2002 | Brock-Fisher |
| 6,516,667 B1 | | 2/2003 | Broad et al. |
| 6,519,632 B1 | | 2/2003 | Brackett et al. |
| 6,520,912 B1 | | 2/2003 | Brooks et al. |
| 6,530,887 B1 | | 3/2003 | Gilbert et al. |
| 6,558,326 B2 | | 5/2003 | Pelissier |
| 6,569,102 B2 | | 5/2003 | Imran et al. |
| 6,575,908 B2 | | 6/2003 | Barnes et al. |
| 6,599,256 B1 | | 7/2003 | Acker et al. |

| | | | |
|---|---|---|---|
| 6,603,494 B1 | | 8/2003 | Banks et al. |
| 6,638,226 B2 | | 10/2003 | He et al. |
| 6,663,567 B2 | | 12/2003 | Ji et al. |
| 6,669,633 B2 | | 12/2003 | Brodsky et al. |
| 6,682,483 B1 | | 1/2004 | Abend et al. |
| 6,689,055 B1 | | 2/2004 | Mullen et al. |
| 6,719,698 B2 | | 4/2004 | Manor et al. |
| 6,760,755 B1 | | 7/2004 | Brackett |
| 6,761,689 B2 | | 7/2004 | Salgo et al. |
| 6,980,419 B2 | | 12/2005 | Smith et al. |
| 7,022,075 B2 | | 4/2006 | Grunwald et al. |
| 7,115,093 B2 | | 10/2006 | Halmann et al. |
| 7,338,450 B2 | | 3/2008 | Kristoffersen et al. |
| 7,352,570 B2 | | 4/2008 | Smith et al. |
| 7,457,672 B2 | | 11/2008 | Katsman et al. |
| 7,604,601 B2 | | 10/2009 | Altmann et al. |
| 7,736,313 B2 | | 6/2010 | Luo et al. |
| 7,736,314 B2 | | 6/2010 | Beach et al. |
| 7,794,398 B2 | | 9/2010 | Salgo |
| 8,235,903 B2 | | 8/2012 | Abraham |
| 8,241,220 B2 | | 8/2012 | Wilser et al. |
| 8,357,094 B2 | | 1/2013 | Mo et al. |
| 8,409,095 B1 | | 4/2013 | Marquis |
| 8,435,183 B2 | | 5/2013 | Barnes et al. |
| 8,659,507 B2 | | 2/2014 | Roncalez et al. |
| 8,925,386 B2 | | 1/2015 | Oshiki |
| 9,033,879 B2 | | 5/2015 | Urness et al. |
| 9,072,471 B2 | * | 7/2015 | Kato ...................... A61B 8/462 |
| 9,113,825 B2 | | 8/2015 | Chaggares et al. |
| 9,173,639 B2 | | 11/2015 | Ichioka et al. |
| 9,220,478 B2 | | 12/2015 | Smith et al. |
| 9,301,730 B2 | | 4/2016 | Poland |
| 9,314,225 B2 | * | 4/2016 | Steen ................... A61B 8/5207 |
| 9,386,964 B2 | | 7/2016 | Bagge |
| 9,460,499 B2 | | 10/2016 | McLaughlin et al. |
| 9,504,448 B2 | | 11/2016 | Cheng et al. |
| 9,597,008 B2 | | 3/2017 | Henkel et al. |
| 9,877,699 B2 | | 1/2018 | Chiang et al. |
| 9,962,143 B2 | | 5/2018 | Funakubo |
| 9,983,905 B2 | | 5/2018 | Tobias et al. |
| 9,986,972 B2 | | 6/2018 | Halmann et al. |
| RE46,931 E | | 7/2018 | McLaughlin et al. |
| 10,580,528 B2 | | 3/2020 | McLaughlin et al. |
| 10,667,790 B2 | | 6/2020 | Chiang et al. |
| 2002/0087061 A1 | | 7/2002 | Lifshitz et al. |
| 2002/0173721 A1 | | 11/2002 | Grunwald et al. |
| 2003/0013959 A1 | | 1/2003 | Grunwald et al. |
| 2003/0078501 A1 | | 4/2003 | Barnes et al. |
| 2003/0088182 A1 | | 5/2003 | He et al. |
| 2003/0097071 A1 | | 5/2003 | Halmann et al. |
| 2003/0139664 A1 | | 7/2003 | Hunt et al. |
| 2003/0195418 A1 | * | 10/2003 | Barnes ................... A61B 8/462 |
| | | | 600/437 |
| 2003/0212327 A1 | | 11/2003 | Wang et al. |
| 2004/0015079 A1 | | 1/2004 | Berger et al. |
| 2004/0059220 A1 | | 3/2004 | Mourad et al. |
| 2004/0138569 A1 | | 7/2004 | Grunwald et al. |
| 2004/0147840 A1 | | 7/2004 | Duggirala et al. |
| 2004/0150963 A1 | | 8/2004 | Holmberg et al. |
| 2004/0152982 A1 | | 8/2004 | Hwang et al. |
| 2004/0152986 A1 | | 8/2004 | Fidel et al. |
| 2004/0158154 A1 | | 8/2004 | Hanafy et al. |
| 2004/0193042 A1 | | 9/2004 | Scampini et al. |
| 2005/0085730 A1 | * | 4/2005 | Flesch ...................... A61B 8/12 |
| | | | 600/459 |
| 2005/0101864 A1 | | 5/2005 | Zheng et al. |
| 2005/0113690 A1 | | 5/2005 | Halmann et al. |
| 2005/0119574 A1 | | 6/2005 | Maerfeld et al. |
| 2005/0281444 A1 | | 12/2005 | Lundberg et al. |
| 2006/0020204 A1 | * | 1/2006 | Serra ...................... G01S 7/5208 |
| | | | 600/437 |
| 2006/0020206 A1 | | 1/2006 | Serra et al. |
| 2006/0058609 A1 | | 3/2006 | Olstad |
| 2007/0139873 A1 | | 6/2007 | Thomas et al. |
| 2007/0140424 A1 | | 6/2007 | Serceki |
| 2007/0161905 A1 | | 7/2007 | Munrow |
| 2007/0167709 A1 | | 7/2007 | Slayton et al. |
| 2008/0108899 A1 | | 5/2008 | Halmann et al. |
| 2008/0119731 A1 | | 5/2008 | Becerra et al. |

US 12,115,023 B2

Page 3

(56)　　　　　References Cited

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2008/0146922 A1 | 6/2008 | Steins et al. |
| 2008/0161686 A1 | 7/2008 | Halmann |
| 2008/0161688 A1 | 7/2008 | Poland et al. |
| 2008/0208047 A1 | 8/2008 | Delso |
| 2008/0208061 A1 | 8/2008 | Halmann |
| 2008/0215982 A1 | 9/2008 | Washburn et al. |
| 2008/0249414 A1 | 10/2008 | Yang et al. |
| 2009/0012401 A1 | 1/2009 | Steinbacher |
| 2009/0043195 A1 | 2/2009 | Poland |
| 2009/0054781 A1 | 2/2009 | Stonefield et al. |
| 2009/0125840 A1 | 5/2009 | Squilla et al. |
| 2009/0131793 A1 | 5/2009 | Stonefield et al. |
| 2009/0177086 A1 | 7/2009 | Steen |
| 2009/0198132 A1 | 8/2009 | Pelissier et al. |
| 2009/0275835 A1 | 11/2009 | Hwang et al. |
| 2010/0022890 A1 | 1/2010 | Fukukita et al. |
| 2010/0094132 A1 | 4/2010 | Hansen et al. |
| 2010/0145195 A1 | 6/2010 | Hyun |
| 2010/0160787 A1* | 6/2010 | Gorzitze ............... A61M 5/427 |
| | | 600/461 |
| 2010/0174189 A1 | 7/2010 | Abraham |
| 2010/0179428 A1 | 7/2010 | Pedersen et al. |
| 2010/0217123 A1 | 8/2010 | Eran et al. |
| 2010/0217128 A1* | 8/2010 | Betts .................... A61B 8/4254 |
| | | 345/184 |
| 2010/0305444 A1 | 12/2010 | Fujii et al. |
| 2011/0050594 A1 | 3/2011 | Kim et al. |
| 2011/0099513 A1 | 4/2011 | Ameline |
| 2011/0112399 A1 | 5/2011 | Willems et al. |
| 2011/0125022 A1 | 5/2011 | Lazebnik |
| 2011/0202889 A1 | 8/2011 | Ludwig et al. |
| 2011/0218436 A1 | 9/2011 | Dewey et al. |
| 2011/0230764 A1 | 9/2011 | Baba et al. |
| 2011/0237948 A1 | 9/2011 | Corn |
| 2011/0313292 A1 | 12/2011 | Kwak et al. |
| 2012/0010508 A1 | 1/2012 | Sokulin et al. |
| 2012/0029303 A1 | 2/2012 | Shaya |
| 2012/0053463 A1 | 3/2012 | Yoo |
| 2012/0065513 A1 | 3/2012 | Lee |
| 2012/0078108 A1 | 3/2012 | Kim et al. |
| 2012/0089024 A1 | 4/2012 | Hong |
| 2012/0095342 A1 | 4/2012 | Lee |
| 2012/0101378 A1 | 4/2012 | Lee |
| 2012/0108962 A1 | 5/2012 | Yoon |
| 2012/0108964 A1 | 5/2012 | Lee et al. |
| 2012/0112605 A1 | 5/2012 | Kim |
| 2012/0130244 A1 | 5/2012 | Kim |
| 2012/0133601 A1* | 5/2012 | Marshall ................. G06F 3/041 |
| | | 345/173 |
| 2012/0136252 A1 | 5/2012 | Cho |
| 2012/0136254 A1 | 5/2012 | Kim |
| 2012/0157836 A1 | 6/2012 | Kim |
| 2012/0157844 A1 | 6/2012 | Halmann |
| 2012/0157847 A1 | 6/2012 | Kim |
| 2012/0157848 A1 | 6/2012 | Kim |
| 2012/0179038 A1 | 7/2012 | Meurer et al. |
| 2012/0184849 A1 | 7/2012 | Sandstrom et al. |
| 2012/0190984 A1 | 7/2012 | Kim et al. |
| 2012/0209107 A1 | 8/2012 | Guo et al. |
| 2012/0215108 A1 | 8/2012 | Park et al. |
| 2012/0220873 A1 | 8/2012 | Hyun |
| 2012/0232399 A1 | 9/2012 | Lee |
| 2012/0265027 A1 | 10/2012 | Lee et al. |
| 2012/0265074 A1 | 10/2012 | Na et al. |
| 2012/0283605 A1 | 11/2012 | Lewis, Jr. |
| 2012/0288172 A1 | 11/2012 | Perrey et al. |
| 2012/0302883 A1 | 11/2012 | Kong et al. |
| 2012/0316444 A1 | 12/2012 | Shim et al. |
| 2013/0018265 A1 | 1/2013 | Kim et al. |
| 2013/0019193 A1 | 1/2013 | Rhee et al. |
| 2013/0072795 A1 | 3/2013 | Mo et al. |
| 2013/0072797 A1 | 3/2013 | Lee |
| 2013/0079627 A1 | 3/2013 | Lee |
| 2013/0144169 A1 | 6/2013 | Lee et al. |
| 2013/0144194 A1 | 6/2013 | Ahn et al. |
| 2013/0165783 A1 | 6/2013 | Kim et al. |
| 2013/0184578 A1 | 7/2013 | Lee et al. |
| 2013/0190624 A1 | 7/2013 | Beger et al. |
| 2013/0202169 A1 | 8/2013 | Lee et al. |
| 2013/0202174 A1 | 8/2013 | Lee |
| 2013/0218014 A1 | 8/2013 | Shim et al. |
| 2013/0218024 A1 | 8/2013 | Boctor et al. |
| 2013/0226001 A1* | 8/2013 | Steen .................. G01S 7/52096 |
| | | 600/447 |
| 2013/0226004 A1 | 8/2013 | Lee |
| 2013/0237811 A1 | 9/2013 | Mihailescu et al. |
| 2013/0237824 A1 | 9/2013 | Kim |
| 2013/0237828 A1 | 9/2013 | Lee et al. |
| 2013/0239052 A1* | 9/2013 | Moody .................... G06F 3/017 |
| | | 715/810 |
| 2013/0245449 A1 | 9/2013 | Barnes et al. |
| 2013/0253316 A1 | 9/2013 | Choi |
| 2013/0253323 A1 | 9/2013 | Kim |
| 2013/0261434 A1 | 10/2013 | Kim et al. |
| 2013/0261448 A1 | 10/2013 | Hyun et al. |
| 2013/0261459 A1 | 10/2013 | Na et al. |
| 2013/0324850 A1* | 12/2013 | Petruzzelli ............. A61B 8/465 |
| | | 600/407 |
| 2013/0328810 A1 | 12/2013 | Li et al. |
| 2013/0331694 A1 | 12/2013 | Barnes et al. |
| 2014/0009686 A1 | 1/2014 | Segal |
| 2014/0051984 A1* | 2/2014 | Berger ................... A61B 18/02 |
| | | 600/424 |
| 2014/0107435 A1 | 4/2014 | Sharf et al. |
| 2014/0111451 A1 | 4/2014 | Park et al. |
| 2014/0121524 A1 | 5/2014 | Chiang et al. |
| 2014/0164965 A1 | 6/2014 | Lee et al. |
| 2014/0180111 A1 | 6/2014 | Gopinathan et al. |
| 2014/0187946 A1 | 7/2014 | Miller et al. |
| 2014/0194742 A1 | 7/2014 | Sundaran Baby Sarojam et al. |
| 2014/0200456 A1 | 7/2014 | Owen |
| 2014/0237811 A1 | 8/2014 | Guercioni |
| 2014/0243614 A1 | 8/2014 | Rothberg et al. |
| 2014/0243669 A1* | 8/2014 | Halmann .............. G01S 7/5208 |
| | | 600/443 |
| 2014/0257104 A1 | 9/2014 | Dunbar et al. |
| 2014/0275976 A1 | 9/2014 | Moro |
| 2014/0296711 A1 | 10/2014 | Lee |
| 2014/0300720 A1 | 10/2014 | Rothberg |
| 2015/0182197 A1 | 7/2015 | Willems et al. |
| 2015/0238168 A1 | 8/2015 | Poland |
| 2015/0265252 A1* | 9/2015 | Chu ..................... A61B 8/5269 |
| | | 600/431 |
| 2015/0366536 A1 | 12/2015 | Courtney et al. |
| 2016/0110875 A1 | 4/2016 | Sugiyama et al. |
| 2016/0135786 A1 | 5/2016 | Mullen et al. |
| 2016/0174937 A1 | 6/2016 | Bakshi et al. |
| 2016/0228091 A1 | 8/2016 | Chiang et al. |
| 2016/0287214 A1 | 10/2016 | Ralovich et al. |
| 2017/0055951 A1 | 3/2017 | Messina et al. |
| 2017/0079551 A1 | 3/2017 | Henkel et al. |
| 2017/0095228 A1 | 4/2017 | Richard et al. |
| 2017/0095230 A1 | 4/2017 | Richard et al. |
| 2017/0095231 A1 | 4/2017 | Richard et al. |
| 2017/0143307 A1 | 5/2017 | Tahmasebi Maraghoosh |
| 2017/0150948 A1* | 6/2017 | Kanayama ............ A61B 8/488 |
| 2017/0360403 A1 | 12/2017 | Rothberg et al. |
| 2018/0168548 A1 | 6/2018 | Chiang et al. |
| 2018/0182096 A1 | 6/2018 | Grady et al. |
| 2019/0336101 A1 | 11/2019 | Chiang et al. |
| 2019/0365350 A1 | 12/2019 | Chiang |
| 2023/0181160 A1 | 6/2023 | Chiang et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 102525556 A | 7/2012 |
| CN | 102626324 A | 8/2012 |
| CN | 102636787 A | 8/2012 |
| CN | 102872542 A | 1/2013 |
| CN | 102930170 A | 2/2013 |
| CN | 102940507 A | 2/2013 |
| CN | 102988043 A | 3/2013 |
| CN | 103140175 A | 6/2013 |

## US 12,115,023 B2

Page 4

(56)                **References Cited**

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CN | 103876781 | A | 6/2014 |
| CN | 105611877 | A | 5/2016 |
| EP | 1016875 | A2 | 7/2000 |
| EP | 1239396 | A2 | 9/2002 |
| EP | 2422705 | A1 | 2/2012 |
| EP | 2425784 | A1 | 3/2012 |
| EP | 2453256 | A2 | 5/2012 |
| EP | 2455753 | A2 | 5/2012 |
| EP | 2468191 | A1 | 6/2012 |
| EP | 2575628 | A2 | 4/2013 |
| EP | 2599442 | A1 | 6/2013 |
| EP | 2605035 | A2 | 6/2013 |
| EP | 2637166 | A2 | 9/2013 |
| JP | 62-97539 | A | 5/1987 |
| JP | H11-508461 | A | 7/1999 |
| JP | 2003-190159 | A | 7/2003 |
| JP | 2004-530463 | A | 10/2004 |
| JP | 2005-137747 | A | 6/2005 |
| JP | 2006-68524 | A | 3/2006 |
| JP | 2008-18107 | A | 1/2008 |
| JP | 2008-515583 | A | 5/2008 |
| JP | 2008-536555 | A | 9/2008 |
| JP | 2009-45081 | A | 3/2009 |
| JP | 2009-119259 | A | 6/2009 |
| JP | 2009-525538 | A | 7/2009 |
| JP | 2009-183720 | A | 8/2009 |
| JP | 2009-240779 | A | 10/2009 |
| JP | 2010-131396 | A | 6/2010 |
| JP | 2010-220218 | A | 9/2010 |
| JP | 2011-72746 | A | 4/2011 |
| JP | 2011-87949 | A | 5/2011 |
| JP | 2011-104079 | A | 6/2011 |
| JP | 2011-200482 | A | 10/2011 |
| JP | 2012-24133 | A | 2/2012 |
| JP | 2012-101075 | A | 5/2012 |
| JP | 2013-043082 | A | 3/2013 |
| JP | 2013-111203 | A | 6/2013 |
| JP | 2013-172959 | A | 9/2013 |
| JP | 2016-087020 | A | 5/2016 |
| KR | 20120043642 | A | 5/2012 |
| KR | 20120047785 | A | 5/2012 |
| KR | 20120071319 | A | 7/2012 |
| KR | 20120097324 | A | 9/2012 |
| KR | 20120117714 | A | 10/2012 |
| KR | 20120137206 | A | 12/2012 |
| KR | 20120138478 | A | 12/2012 |
| KR | 20130011793 | A | 1/2013 |
| KR | 20130012501 | A | 2/2013 |
| KR | 20130012844 | A | 2/2013 |
| KR | 20130020035 | A | 2/2013 |
| KR | 20130020054 | A | 2/2013 |
| KR | 20130020371 | A | 2/2013 |
| KR | 20130022249 | A | 3/2013 |
| KR | 20130026041 | A | 3/2013 |
| KR | 20130030663 | A | 3/2013 |
| KR | 20130033717 | A | 4/2013 |
| KR | 20130036327 | A | 4/2013 |
| KR | 101269459 | B1 | 5/2013 |
| KR | 20130043702 | A | 5/2013 |
| KR | 20130054013 | A | 5/2013 |
| KR | 20130056676 | A | 5/2013 |
| KR | 101273585 | B1 | 6/2013 |
| KR | 20130059307 | A | 6/2013 |
| KR | 20130060007 | A | 6/2013 |
| KR | 20130066821 | A | 6/2013 |
| KR | 20130074398 | A | 7/2013 |
| KR | 20130074399 | A | 7/2013 |
| KR | 20130075458 | A | 7/2013 |
| KR | 20130075465 | A | 7/2013 |
| KR | 20130075472 | A | 7/2013 |
| KR | 20130075477 | A | 7/2013 |
| KR | 20130075481 | A | 7/2013 |
| KR | 20130075486 | A | 7/2013 |
| KR | 20130076031 | A | 7/2013 |
| KR | 20130076042 | A | 7/2013 |
| KR | 20130076054 | A | 7/2013 |
| KR | 20130076064 | A | 7/2013 |
| KR | 20130076071 | A | 7/2013 |
| KR | 20130076404 | A | 7/2013 |
| KR | 20130076428 | A | 7/2013 |
| KR | 20130077118 | A | 7/2013 |
| KR | 20130077121 | A | 7/2013 |
| KR | 20130077406 | A | 7/2013 |
| KR | 20130078935 | A | 7/2013 |
| KR | 20130078972 | A | 7/2013 |
| KR | 20130080640 | A | 7/2013 |
| KR | 20130081067 | A | 7/2013 |
| KR | 20130081626 | A | 7/2013 |
| KR | 20130081684 | A | 7/2013 |
| KR | 20130082267 | A | 7/2013 |
| KR | 20130083725 | A | 7/2013 |
| KR | 20130084049 | A | 7/2013 |
| KR | 20130087291 | A | 8/2013 |
| KR | 20130087478 | | 8/2013 |
| KR | 20130088478 | A | 8/2013 |
| KR | 20130089037 | A | 8/2013 |
| KR | 20130090038 | A | 8/2013 |
| KR | 20130094671 | A | 8/2013 |
| KR | 20130095160 | A | 8/2013 |
| KR | 20130095236 | A | 8/2013 |
| KR | 20130095505 | A | 8/2013 |
| TW | I378255 | | 12/2012 |
| TW | I380014 | | 12/2012 |
| TW | I406684 | | 9/2013 |
| WO | 2002/068992 | A2 | 9/2002 |
| WO | 2003/075769 | A1 | 9/2003 |
| WO | 2005/053664 | A2 | 6/2005 |
| WO | 2005/058168 | A2 | 6/2005 |
| WO | 2006/030378 | A1 | 3/2006 |
| WO | 2006/040697 | A1 | 4/2006 |
| WO | 2006/111871 | A1 | 10/2006 |
| WO | 2006/111874 | A2 | 10/2006 |
| WO | 2008/069021 | A1 | 6/2008 |
| WO | 2008/115312 | A2 | 9/2008 |
| WO | 2009/129845 | A1 | 10/2009 |
| WO | 2010/020939 | A2 | 2/2010 |
| WO | 2010/042282 | A1 | 4/2010 |
| WO | 2010/051587 | A1 | 5/2010 |
| WO | 2012/091518 | A2 | 7/2012 |
| WO | 2012/101511 | A2 | 8/2012 |
| WO | 2012/141550 | A2 | 10/2012 |
| WO | 2013/030746 | A1 | 3/2013 |
| WO | 2013/034175 | A1 | 3/2013 |
| WO | 2013/055707 | A1 | 4/2013 |
| WO | 2013/095032 | A1 | 6/2013 |
| WO | 2013/122320 | A1 | 8/2013 |
| WO | 2013/148730 | A2 | 10/2013 |
| WO | 2013/162244 | A1 | 10/2013 |
| WO | 2014/003404 | A1 | 1/2014 |
| WO | 2014/014965 | A1 | 1/2014 |
| WO | 2014/134316 | A1 | 9/2014 |
| WO | 2015/048327 | A2 | 4/2015 |
| WO | 2015/114484 | A1 | 8/2015 |
| WO | 2016/001865 | A1 | 1/2016 |
| WO | 2016/083985 | A1 | 6/2016 |
| WO | 2017/013511 | A1 | 1/2017 |
| WO | 2017/222970 | A1 | 12/2017 |

OTHER PUBLICATIONS

Dickson, Wireless communication options for a mobile ultrasound system. Thesis Submitted to the Faculty of Worcester Polytechnic Institute. 2008. 252 pages.

Lewandowski et al., Modular and scalable ultrasound platform with GPU processing. Conference Paper, Warsaw, Poland. 5 pages. (Oct. 2012).

Zhang et al., A software package for portavle three-dimensional ultrasound imaging. 2nd IEEE International Symposium on Biomedical Imaging: Nano to Macro. 2004;1:539-42.

alibaba.com, Chison SonoTouch 10 B&W HAndled Ultrasound Tablet With CE FDA. Shaanxi Aipu Medical Instrument Co., Ltd. 6 pages, (2014).

## US 12,115,023 B2

Page 5

(56)    **References Cited**

OTHER PUBLICATIONS

Basoglu et al., Applications of a next-generation programmable ultrasound machine. Proceedings SPIE Medical Imaging. 1 page, Abstract 3031, May 7, 1997.

Basoglu et al., Computing requirements of modern medical diagnostic ultrasound machines. Parallel Computing. Sep. 1998;24(9-10):1407-1431.

Brattain et al. Machine learning for medical ultrasound: status, methods, and future opportunities. Abdominal Radiology. Apr. 1, 2018;43(4):786-99.

Chison Medical Imaging Co., Ltd., Premarket Notification [510(k)] Summary. SonoTouch Series Diagnostic Ultrasound System. 11 pages, Aug. 2, 2012.

Esaote, MyLab Ultrasound Scanners, DICOM Conformance Statement, Document Version 6.3. May 21, 2010. 277 pages.

Esaote, MyLab Ultrasound Scanners, DICOM Conformance Statement, Document Version 6.5. Jul. 19, 2011. 278 pages.

Esaote, MyLab Ultrasound Scanners, DICOM Conformance Statement, Document Version 6.6. Mar. 1, 2012. 278 pages.

Felix et al., Biplane ultrasound arrays with integrated multiplexing solution for enhanced diagnostic accuracy in endorectal and transvaginal imaging. IEEE Ultrasonics Symposium, Sep. 18, 2005;4:2251-2254.

GE Healthcare Venue 40 Basic User Manual, Technical Publications Direction 5265930-100, Rev. 5. 288 pages (2008-2010).

Gray et al., Ultrasound-guided Regional Anesthesia, Current State of the Art. Anesthesiology. Feb. 2006;104:368-73.

Kang et al., Stereoscopic augmented reality for laparoscopic surgery. Surg Endosc. 2014;28(7):2227-2235.

Karadayi et al., Software-based Ultrasound Beamforming on Multicore DSPs. IEEE International Ultrasonics. Oct. 18-21, 2011, 14 pages.

Khuri-Yakub et al., Capacitive micromachined ultrasonic transducers for medical imaging and therapy. J Micromech Microeng. May 2011;21(5):54004, 11 pages.

NanoMaxx Ultrasound System—Sonosite—User Guide. 100 pages (2010).

Soma, Access Systems, Introducing AxoTrack™ Needle visualization as you've never seen it. Retrieved online at: SomaAccessSystems. com, 6 pages.

SonoTouch, The Revolution is at Hand, catalog. Retrieved online at: www.sonatouch.com. 4 pages.

SonoTouch, The Revolution is at Hand, SonoTouch 20 Operation Manual. 68 pages.

Stolka et al., Needle guidance using handheld stereo vision and projection for ultrasound-based interventions. Med Image Comput Comput Assist Interv. 2014;17(Pt 2):684-91.

Wygant et al., Beamforming and hardware design for a multichannel front-end integrated circuit for real-time 3D catheter-based ultrasonic imaging. Proceedings of SPiE. 2006;6147:61470A-1.

York et al., Ultrasound Processing and Computing: Review and Future Directions. Annu Rev Biomed Eng. 1999;1:559-588.

York, Architecture and Algorithms for a Fully Programmable Ultrasound System. A dissertation in partial fulfillment of the requirements for the Degree of Doctor of Philosophy, University of Washington. 141 pages, (1999).

International Preliminary Report on Patentability for Application No. PCT/US2013/033941, dated Oct. 1, 2014. 24 pages.

International Search Report and Written Opinion for Application No. PCT/US2013/0333941, dated Oct. 8, 2013. 32 pages.

Invitation to Pay Additional Fees for Application No. PCT/US2014/057516, dated Jan. 13, 2015. 6 pages.

U.S. Appl. No. 17/520,150, filed Nov. 5, 2021, 2022-0125407, Published.

Ultrasound Diagnostic System, Model: SonoTouch 20, Operator's Manual, Direction: CHUM-001a, Rev. 1.0, 98 pages, Oct. 13, 2012.

Dewaraja et al., GPU engine enhances ultrasound-detected brain motion calculations. OpenSystems Media. Retrieved online at: https://embeddedcomputing.com/application/healthcare/gpu-engine-enhances-ultrasound-detected-brain-motion-calculations. 5 pages, May 1, 2009.

U.S. Appl. No. 13/838,694, filed Mar. 15, 2013, U.S. Pat. No. 10,667,790, Issued.

U.S. Appl. No. 14/037,106, filed Sep. 25, 2013, U.S. Pat. No. 9,877,699, Issued.

U.S. Appl. No. 15/025,058, filed Mar. 25, 2016, 2016-0228091, Published.

U.S. Appl. No. 15/833,547, filed Dec. 6, 2017, U.S. Pat. No. 11,179,138, Issued.

U.S. Appl. No. 17/520,150, filed Nov. 5, 2021, U.S. Pat. No. 11,857,363, Issued.

U.S. Appl. No. 17/834,771, filed Jun. 7, 2022, 2022-0304661, Published.

U.S. Appl. No. 18/397,557, filed Dec. 27, 2023, Pending.

U.S. Appl. No. 16/461,581, filed May 16, 2019, 2019-0365350, Published.

U.S. Appl. No. 16/414,215, filed May 16, 2019, 2019-0336101, Published.

U.S. Appl. No. 16/938,515, filed Jul. 24, 2020, 2021-0015456, Published.

U.S. Appl. No. 18/090,316, filed Dec. 28, 2022, 2023-0181160, Published.

Shenzhen Mindray Bio-Medical Electronics Co., Ltd., Digital Ultrasonic Diagnostic Imaging System. installation Manual. 32 pages, (2007).

U.S. Appl. No. 17/834,771, filed Jun. 7, 2022, 2022-0304661, Allowed.

U.S. Appl. No. 18/397,557, filed Dec. 27, 2023, 2024-0148358, Published.

* cited by examiner

FIG. 1

Whole Tablet outside dimensions: 11" x 7.5" x 0.95"

Battery    110

104

6.5"

Multi-touch LCD
Display 9.2" x 5.1" or
7.76" x 5.82"

5¾"

Computer
Mother Board    106

112

Ultrasound Engine 6.5" x 5¾"    108

IEEE 1384 Firewire connection between
ultrasound engine and computer

102

100



FIG. 2A

FIG. 2B

302 — Tap

FIG. 3A

314 — Flick

FIG. 3G

304 — Pinch

FIG. 3B

316 — Rotate

FIG. 3H

306 — Flick

FIG. 3C

318 — Drag

FIG. 3I

308 — Rotate

FIG. 3D

320 — Press

FIG. 3J

310 — Double Tap

FIG. 3E

322 — Press & Tag

FIG. 3K

312 — Spread

FIG. 3F

324 — Palm

FIG. 3L



FIG. 4A



FIG. 4B



FIG. 4C



FIG. 5A



FIG. 5B



FIG. 5C



FIG. 5D



FIG. 6A



FIG. 6B



FIG. 6C



FIG. 6D



FIG. 6E



FIG. 7C

FIG. 7B

FIG. 7A



FIG. 8A

FIG. 8B

FIG. 8C



FIG. 9A



FIG. 9B



FIG. 10



FIG. 11A



FIG. 11B





FIG. 12



FIG. 13



FIG. 14A



FIG. 14B



FIG. 14C



FIG. 15



FIG. 16



FIG. 17



FIG. 18



Menu bar — 1902

Image display window — 1904

Image control bar — 1906

1900

2D *408*

Gain *410*

Color *412*

Store *414*

Split *416*

PW *418*

Beam Steer *420*

Annotation *422*

DR *424*

TV *426*

Map *428*

Needle Guide *430*

Tool bar 1908

FIG. 19



FIG. 20



FIG. 21



2200

2210

2212

2218

2214

3 ports Probe MUX

2216

2222

2226

2224

Extended Battery 2230

2228

2230

2232 Wheels

FIG. 22



FIG. 23



FIG. 24



FIG. 25A

FIG. 25B



FIG. 25C



FIG. 25D



FIG. 25E



FIG. 25F



2606
Flexible Frequency

2602
2D Image Window

2604
2D Scan Image

FIG. 26

2700
Tablet Display



2702
Flexible Frequency
Controls

2704
2D Image Window

2706
2D Image

2708
Scan Time
Sores Window

FIG. 27



**FIG. 28**

**FIG. 29**

FIG. 30

FIG. 31

Image Control 3106

Menu Bar 3104

Image Display Window 3102

3100

3108
3110
3112
3114
3116
3118
3122
3124
3126
3120
3128
3130

Image Scroll

uSmart3200T

terason

Vascular Access   Cook County Hospital   02/21/2013   12:40:17 AM   menu

107GB

MI 0.7
TIS <0.4
15L4
OM/B/2/M/TV3
Gn 50 DR 55
Depth 4 cm
27 Hz

Depth 4   +   −
2D Gain   +   −

Full Screen
Text
Split
ENV
CD   PWD
Freeze
Store
Optimize

FIG. 32

Case 1:25-cv-01149-MN    Document 1-1    Filed 09/15/25    Page 113 of 394 PageID #: 145

3300

Menu Bar 3302

Options center 3304

Patient Tab 3306

3308

3310

3312

Image Control 3318

uSmart3200T    New Patient    New Study    Study List...    Worklist...    Edit    8:42:03 PM menu 107GB

Accept — 3320

Last: Clinical Images    First:    Middle:    Gender: ☐ M

Patient ID:    Accession:    DOB: MM/dd/yyy ▼    ☐ F

Close Study — 3322

| Patient ID | Patient Name | DOB | Gender | Studies | |
|---|---|---|---|---|---|
| | Clinical Images | | | 1 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Patient Info 3314

◀◧◨◨◨▶

Print — 3324

Print Preview — 3326

Study Info

Exam Type: Vascular Acess ▼    Study ID:    Date Time: 02/19/2013 20:30:45

Institution:    Study Description:    Vascular Acess

Operation:    Height: ☐ ft ☐ in    Comment

Referring Physician:

Interpreting Physician:    Weight: ☐ lbs

Cancel — 3328

Study Info 3316

2D — 3330

Freeze — 3332

Store — 3334

FIG. 33



FIG. 34

FIG. 35

**U.S. Patent**   Oct. 15, 2024   Sheet 42 of 52   US 12,115,023 B2

Image Control Bar 3608

3610
3612
3614
3616
3618
3620
3622
3624

FIG. 36

Save
Save As
Print
Print Preview
Closed Study
2D
Freeze
Store

12:28:01 AM
menu
107GB

3600

Display 3606

Ultrasound Report

Emergency medicine Department

Cook Country Hospital

Patient Information

Patient:         Doe, John
Patient ID:      12345
Birth Date:      01/22/1966

Study Information

Study Date:      02/20/2013
Indications:
Abdominal Trauma
Comments:
Ultrasound Guidance was preformed for Vascular Access
A 20g Angiocath catheter was placed in the Basilic Vein.

Images

Report Tab 3604

Worksheet

Menu Bar 3602

uSmart3200T

FIG. 37A



FIG. 37B



FIG. 37C

**FIG. 38**

Image Control Bar 3828

8:53:06 PM
menu   107GB

3830 Thumbnail
3832 Sync − Start & End +
3834 Selection − 4 Images +
3836 Prev Image
3838 Next Image
3840 2D
3842 Pause
Store

3800

Setup Expanded 3804
Menu Bar 3802
3844
3806 3808 3810 3812 3814 3816 3818 3820 3822

uSmart320 | Setup

General | Display | Measurements | Annotation | Print | Store/Acquire | DICOM | Export | Study Info

Acquisition Length
● Time  3  seconds
○ Beat  2  beats
R-Wave Delay: 0  ms

Cine Length
● Time  3  seconds
○ Beat  2  beats
R-Wave Delay: 0  ms

Miscellaneous Options
☒ Beep after completion of acquisition
☒ Limit 30 frames per second

Disk Free Space
Highlight if disk free space is below
5  GB

Export Palette Selection
Default Monitor

□ Allow storing of image with no patient selected
☒ Enable retrospective acquisition  3846

3802 Store Acquire Info

OK   Cancel   Apply



FIG. 39A



FIG. 39B



FIG. 39C



FIG. 40



FIG. 41



FIG. 42



FIG. 43A

FIG. 43B



FIG. 44A



FIG. 44B

US 12,115,023 B2

**1**

# TABLET ULTRASOUND SYSTEM

## CROSS REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. application Ser. No. 13/838,694, filed Mar. 15, 2013, which claims priority to U.S. Provisional Application No. 61/615,627 filed Mar. 26, 2012 and also claims priority to U.S. Provisional Application No. 61/704,254 filed Sep. 21, 2012. All of the above applications are incorporated herein by reference in their entirety.

## BACKGROUND

Medical ultrasound imaging has become an industry standard for many medical imaging applications. In recent years, there has been an increasing need for medical ultrasound imaging equipment that is portable to allow medical personnel to easily transport the equipment to and from hospital and/or field locations, and more user-friendly to accommodate medical personnel who may possess a range of skill levels.

Conventional medical ultrasound imaging equipment typically includes at least one ultrasound probe/transducer, a keyboard and/or a knob, a computer, and a display. In a typical mode of operation, the ultrasound probe/transducer generates ultrasound waves that can penetrate tissue to different depths based on frequency level, and receives ultrasound waves reflected back from the tissue. Further, medical personnel can enter system inputs to the computer via the keyboard and/or the knob, and view ultrasound images of tissue structures on the display.

However, conventional medical ultrasound imaging equipment that employ such keyboards and/or knobs can be bulky, and therefore may not be amenable to portable use in hospital and/or field locations. Moreover, because such keyboards and/or knobs typically have uneven surfaces, they can be difficult to keep clean in hospital and/or field environments, where maintenance of a sterile field can be crucial to patient health. Some conventional medical ultrasound imaging equipment have incorporated touch screen technology to provide a partial user input interface. However, conventional medical ultrasound imaging equipment that employ such touch screen technology generally provide only limited touch screen functionality in conjunction with a traditional keyboard and/or knob, and can therefore not only be difficult to keep clean, but also complicated to use.

## SUMMARY

In accordance with the present application, systems and methods of medical ultrasound imaging are disclosed. The presently disclosed systems and methods of medical ultrasound imaging employ medical ultrasound imaging equipment that includes a handheld housing in a tablet form factor, and a touch screen display disposed on a front panel of the housing. The touch screen display includes a multi-touch touch screen that can recognize and distinguish one or more single, multiple, and/or simultaneous touches on a surface of the touchscreen display, thereby allowing the use of gestures, ranging from simple single point gestures to complex multipoint gestures, as user inputs to the medical ultrasound imaging equipment.

In accordance with one aspect, exemplary medical ultrasound imaging equipment includes a housing having a front panel and a rear panel, a touch screen display, a computer

**2**

having at least one processor and at least one memory, an ultrasound beamforming system, and a battery. The housing of the medical ultrasound imaging equipment is implemented in a tablet form factor. The touch screen display is disposed on the front panel of the housing, and includes a multi-touch LCD touch screen that can recognize and distinguish one or more single, multiple, and/or simultaneous touches on a surface of the touch screen display. The computer, the ultrasound beamforming system or engine, and the battery are operatively disposed within the housing. The medical ultrasound imaging equipment can use a Firewire® connection operatively connected between the computer and the ultrasound engine within the housing, and a probe connector having a probe attach/detach lever to facilitate the connection of at least one ultrasound probe/transducer. In addition, the exemplary medical ultrasound imaging equipment includes an I/O port connector and a DC power input.

In an exemplary mode of operation, medical personnel can employ simple single point gestures and/or more complex multipoint gestures as user inputs to the multi-touch LCD touch screen for controlling operational modes and/or functions of the exemplary medical ultrasound imaging equipment. Such single point/multipoint gestures can correspond to single and/or multipoint touch events that are mapped to one or more predetermined operations that can be performed by the computer and/or the ultrasound engine. Medical personnel can make such single point/multipoint gestures by various finger, palm, and/or stylus motions on the surface of the touch screen display. The multi-touch LCD touch screen receives the single point/multipoint gestures as user inputs, and provides the user inputs to the computer, which executes, using the processor, program instructions stored in the memory to carry out the predetermined operations associated with the single point/multipoint gestures, at least at some times, in conjunction with the ultrasound engine. Such single point/multipoint gestures on the surface of the touch screen display can include, but are not limited to, a tap gesture, a pinch gesture, a flick gesture, a rotate gesture, a double tap gesture, a spread gesture, a drag gesture, a press gesture, a press and drag gesture, and a palm gesture.

In accordance with an exemplary aspect, at least one flick gesture may be employed to control the depth of tissue penetration of ultrasound waves generated by the ultrasound probe/transducer. For example, a single flick gesture in the "up" direction on the touch screen display surface can increase the penetration depth by one (1) centimeter or any other suitable amount, and a single flick gesture in the "down" direction on the touch screen display surface can decrease the penetration depth by one (1) centimeter or any other suitable amount. Further, a drag gesture in the "up" or "down" direction on the touch screen display surface can increase or decrease the penetration depth in multiples of one (1) centimeter or any other suitable amount. Additional operational modes and/or functions controlled by specific single point/multipoint gestures on the touch screen display surface can include, but are not limited to, freeze/store operations, 2-dimensional mode operations, gain control, color control, split screen control, PW imaging control, cine/time-series image clip scrolling control, zoom and pan control, Doppler and 2-dimensional beam steering control, and/or body marking control. At least some of the operational modes and/or functions of the exemplary medical ultrasound imaging equipment can be controlled by one or more touch controls implemented on the touch screen display. Medical personnel can provide one or more specific

US 12,115,023 B2

single point/multipoint gestures as user inputs for specifying at least one selected subset of the touch controls to be implemented, as required and/or desired, on the touch screen display.

In accordance with another exemplary aspect, a press gesture can be employed inside a region of the touch screen display, and, in response to the press gesture, a virtual window can be provided on the touch screen display for displaying at least a magnified portion of an ultrasound image displayed on the touch screen display. In accordance with still another exemplary aspect, a press and drag gesture can be employed inside the region of the touch screen display, and, in response to the press and drag gesture, a predetermined feature of the ultrasound image can be traced. Further, a tap gesture can be employed inside the region of the touch screen display, substantially simultaneously with a portion of the press and drag gesture, and, in response to the tap gesture, the tracing of the predetermined feature of the ultrasound image can be completed.

By providing medical ultrasound imaging equipment with a multi-touch touchscreen, medical personnel can control the equipment using simple single point gestures and/or more complex multipoint gestures, without the need of a traditional keyboard or knob. Because the multi-touch touch screen obviates the need for a traditional keyboard or knob, such medical ultrasound imaging equipment is wasier to keep clean in hospital and/or field environments. Moreover, by providing such medical ultrasound imaging equipment in a tablet form factor, medical personnel can easily transport the equipment between hospital and/or field locations.

Certain exemplary embodiments provide a multi-chip module for an ultrasound engine of a portable medical ultrasound imaging system, in which a transmit/receive (TR) chip, a pre-amp/time gain compensation (TGC) chip and a beamformer chip are assembled in a vertically stacked configuration. The transmission circuit provides high voltage electrical driving pulses to the transducer elements to generate a transmit beam. As the transmit chip operates at voltages greater than 80V, a CMOS process utilizing a 1 micron design rule has been utilized for the transmit chip and a submicron design rule has been utilized for the low-voltage receiving circuits (less than 5V).

Preferred embodiments of the present invention utilize a submicron process to provide integrated circuits with sub-circuits operating at a plurality of voltages, for example, 2.5V, 5V and 60V or higher.

Thus, a single IC chip can be utilized that incorporates high voltage transmission, low voltage amplifier/TGC and low voltage beamforming circuits in a single chip. Using a 0.25 micron design rule, this mixed signal circuit can accommodate beamforming of 32 transducer channels in a chip area less than $0.7 \times 0.7$ (0.49) cm$^2$. Thus, 128 channels can be processed using four 32 channel chips in a total circuit board area of less than $1.5 \times 1.5$ (2.25) cm$^2$.

The term "multi-chip module," as used herein, refers to an electronic package in which multiple integrated circuits (IC) are packaged with a unifying substrate, facilitating their use as a single component, i.e., as a higher processing capacity IC packaged in a much smaller volume. Each IC can comprise a circuit fabricated in a thinned semiconductor wafer. Exemplary embodiments also provide an ultrasound engine including one or more such multi-chip modules, and a portable medical ultrasound imaging system including an ultrasound engine circuit board with one or more multi-chip modules. Exemplary embodiments also provide methods for fabricating and assembling multi-chip modules as taught herein. Vertically stacking the TR chip, the pre-amp/TGC

chip, and the beamformer chip on a circuit board minimizes the packaging size (e.g., the length and width) and the footprint occupied by the chips on the circuit board.

The TR chip, the pre-amp/TGC chip, and the beamformer chip in a multi-chip module may each include multiple channels (for example, 8 channels per chip to 64 channels per chip). In certain embodiments, the high-voltage TR chip, the pre-amp/TGC chip, and the sample-interpolate receive beamformer chip may each include 8, 16, 32, 64 channels. In a preferred embodiment, each circuit in a two layer beamformer module has 32 beamformer receive channels to provide a 64 channel receiving beamformer. A second 64 channel two layer module can be used to form a 128 channel handheld tablet ultrasound device having an overall thickness of less than 2 cm. A transmit multi-chip beamformer can also be used having the same or similar channel density in each layer.

Exemplary numbers of chips vertically integrated in a multi-chip module may include, but are not limited to, two, three, four, five, six, seven, eight, and the like. In one embodiment of an ultrasound device, a single multi-chip module is provided on a circuit board of an ultrasound engine that performs ultrasound-specific operations. In other embodiments, a plurality of multi-chip modules are provided on a circuit board of an ultrasound engine. The plurality of multi-chip modules may be stacked vertically on top of one another on the circuit board of the ultrasound engine to further minimize the packaging size and the footprint of the circuit board.

Providing one or more multi-chip modules on a circuit board of an ultrasound engine achieves a high channel count while minimizing the overall packaging size and footprint. For example, a 128-channel ultrasound engine circuit board can be assembled, using multi-chip modules, within exemplary planar dimensions of about 10 cm×about 10 cm, which is a significant improvement over the much larger space requirements of conventional ultrasound circuits. A single circuit board of an ultrasound engine including one or more multi-chip modules may have 16 to 128 channels in some embodiments. In certain embodiments, a single circuit board of an ultrasound engine including one or more multi-chip modules may have 16, 32, 64, 128 channels, and the like.

BRIEF DESCRIPTION OF THE DRAWINGS

The foregoing and other objects, aspects, features, and advantages of exemplary embodiments will become more apparent and may be better understood by referring to the following description taken in conjunction with the accompanying drawings, in which:

FIG. **1** is a plan view of exemplary medical ultrasound imaging equipment, in accordance with an exemplary embodiment of the present application;

FIGS. **2A** and **2B** are side views of the medical ultrasound imaging equipment of FIG. **1**;

FIGS. **3A**-**3L** illustrates exemplary single point and multipoint gestures that can be employed as user inputs to the medical ultrasound imaging equipment of FIG. **1**;

FIGS. **4A**-**4C** illustrate exemplary subsets of touch controls that can be implemented on the medical ultrasound imaging equipment of FIG. **1**;

FIGS. **5A** and **5B** are exemplary representations of a liver with a cystic lesion on a touch screen display of the medical ultrasound imaging equipment of FIG. **1**;

FIGS. **5C** and **5D** are exemplary representations of the liver and cystic lesion on the touch screen display of FIGS.

US 12,115,023 B2

5

5A and 5B, including a virtual window that corresponds to a magnified portion of the liver;

FIG. **6A** is an exemplary representation of an apical four (4) chamber view of a heart on the touch screen display of the medical ultrasound imaging equipment of FIG. **1**;

FIGS. **6B, 6C, 6D,** and **6E** illustrate an exemplary manual tracing of an endocardial border of a left ventricle of the heart on the touch screen display of FIG. **6A**;

FIGS. **7A-7C** illustrate an exemplary measurement of the size of the cystic lesion on the liver within the virtual window of FIGS. **5C** and **5D**;

FIGS. **8A-8C** illustrate an exemplary caliper measurement of the cystic lesion on the liver within the virtual window of FIGS. **5C** and **5D**;

FIG. **9A** illustrates one of a plurality of transducer arrays attached to the processor housing;

FIG. **9B** shows a transducer attach sequence in accordance with exemplary embodiments;

FIG. **10** shows a method of measuring heart wall motion;

FIG. **11A** is a detailed schematic block diagram of an exemplary embodiment of an ultrasound engine (i.e., the front-end ultrasound specific circuitry) and an exemplary embodiment of a computer motherboard (i.e., the host computer) of the exemplary ultrasound device illustrated in FIGS. **1** and **2A**;

FIG. **11B** illustrates an alternate embodiment in which the probe housing is separated from the interface housing by a cable.

FIG. **12** depicts a schematic side view of a circuit board including a multi-chip module assembled in a vertically stacked configuration;

FIG. **13** is a flowchart of an exemplary method for fabricating a circuit board including a multi-chip module assembled in a vertically stacked configuration;

FIG. **14A** is a schematic side view of a multi-chip module including four vertically stacked dies in which the dies are spacedly separated from one another by passive silicon layers with a 2-in-1 dicing die attach film (D-DAF);

FIG. **14B** is a schematic side view of a multi-chip module including four vertically stacked dies in which the dies are spacedly separated from one another by DA film-based adhesives acting as die-to-die spacers;

FIG. **14C** is a schematic side view of a multi-chip module including four vertically stacked dies in which the dies are spacedly separated from one another by DA paste or film-based adhesives acting as die-to-die spacers;

FIG. **15** is a flowchart of another exemplary method of die-to-die stacking using (a) passive silicon layers with a 2-in-1 dicing die attach film (D-DAF), (b) DA paste, (c) thick DA-film, and (d) film-over wire (FOW) including a 2-in-1 D-DAF;

FIG. **16** is a schematic side view of a multi-chip module including an ultrasound transmit/receive IC chip, an amplifier IC chip and an ultrasound beamformer IC chip vertically integrated in a vertically stacked configuration;

FIG. **17** is a detailed schematic block diagram of an exemplary embodiment of an ultrasound engine (i.e., the front-end ultrasound specific circuitry) and an exemplary embodiment of a computer motherboard (i.e., the host computer) provided as a single board complete ultrasound system;

FIG. **18** is a perspective view of an exemplary portable ultrasound system provided in accordance with exemplary embodiments;

FIG. **19** illustrates an exemplary view of a main graphical user interface (GUI) rendered on a touch screen display of the exemplary portable ultrasound system of FIG. **18**;

6

FIG. **20** is a top view of the medical ultrasound imaging equipment;

FIG. **21** illustrates a preferred cart system for a tablet ultrasound system in accordance with preferred embodiment of the invention;

FIG. **22** illustrates preferred cart system for a modular ultrasound imaging system in accordance with preferred embodiments of the invention;

FIG. **23** illustrates preferred cart system for a modular ultrasound imaging system in accordance with preferred embodiments of the invention;

FIG. **24** illustrates preferred cart system for a modular ultrasound imaging system in accordance with preferred embodiments of the invention;

FIGS. **25A-25B** illustrate a multifunction docking base for tablet ultrasound device;

FIG. **25C** shows a unitary control keypad for use in conjunction with the GUI of FIGS. **25D-25E**;

FIG. **25D** shows a graphical user interface (GUI) for controlling the scanning operations of the ultrasonic imaging system;

FIG. **25E** shows a graphical user interface (GUI) for controlling the processing operations of the ultrasonic imaging system;

FIG. **25F** shows a state diagram corresponding to the GUI of FIGS. **25D-25E**;

FIG. **26** illustrates a 2D imaging mode of operation with a modular ultrasound imaging system in accordance with the invention;

FIG. **27** illustrates a motion mode of operation with a modular ultrasound imaging system in accordance with the invention;

FIG. **28** illustrates a color Doppler mode of operation with a modular ultrasound imaging system in accordance with the invention;

FIG. **29** illustrates a pulsed-wave Doppler mode of operation with a modular ultrasound imaging system in accordance with the invention;

FIG. **30** illustrates a Triplex scan mode of operation with a modular ultrasound imaging system in accordance with the invention;

FIG. **31** illustrates a GUI Home Screen interface for a user mode of operation with a modular ultrasound imaging system in accordance with the invention;

FIG. **32** illustrates a GUI Menu Screen Interface for a user mode of operation with a modular ultrasound imaging system in accordance with the invention;

FIG. **33** illustrates a GUI Patient Data Screen Interface for a user mode of operation with a modular ultrasound imaging system in accordance with the invention;

FIG. **34** illustrates a GUI Pre-sets Screen Interface for a user mode of operation with a modular ultrasound imaging system in accordance with the invention;

FIG. **35** illustrates a GUI Review Screen Interface for a user mode of operation with a modular ultrasound imaging system in accordance with the invention;

FIG. **36** illustrates a GUI Report Screen Interface for a user mode of operation with a modular ultrasound imaging system in accordance with the invention;

FIGS. **37A-37C** illustrate a GUI Setup Display Screen Interface for a user mode of operation with a modular ultrasound imaging system in accordance with the invention;

FIG. **38** illustrates a GUI Setup Store/Acquire Screen Interface for a user mode of operation with a modular ultrasound imaging system in accordance with the invention;

US 12,115,023 B2

7

FIGS. **39**A-**39**C illustrate XY bi-plane probe comprising a two one-dimensional, ID multi-element arrays in accordance with a preferred embodiment of the invention;

FIG. **40** illustrates the operation of a bi-plane image forming xy-probe;

FIG. **41** illustrates the operation of a bi-plane image forming xy-probe;

FIG. **42** illustrates a high voltage driver circuit for a bi-plane image forming xy-probe;

FIGS. **43**A-**43**B illustrate simultaneous bi-plane evaluation of left ventricular condition; and

FIGS. **44**A-**44**B illustrate ejection fraction probe measurement techniques in accordance with preferred embodiments of the invention;

DETAILED DESCRIPTION

Systems and methods of medical ultrasound imaging are disclosed. The presently disclosed systems and methods of medical ultrasound imaging employ medical ultrasound imaging equipment that includes a housing in a tablet form factor, and a touch screen display disposed on a front panel of the housing. The touch screen display includes a multi-touch touch screen that can recognize and distinguish one or more single, multiple, and/or simultaneous touches on a surface of the touch screen display, thereby allowing the use of gestures, ranging from simple single point gestures to complex multipoint gestures, as user inputs to the medical ultrasound imaging equipment. Further details regarding tablet ultrasound systems and operations are described in U.S. application Ser. No. 10/997,062 filed on Nov. 11, 2004, Ser. No. 10/386,360 filed Mar. 11, 2003 and U.S. Pat. No. 6,969,352, the entire contents of these patents and applications are incorporated herein by reference. FIG. **1** depicts an illustrative embodiment of exemplary medical ultrasound imaging equipment **100**, in accordance with the present application. As shown in FIG. **1**, the medical ultrasound imaging equipment **100** includes a housing **102**, a touch screen display **104**, a computer having at least one processor and at least one memory implemented on a computer motherboard **106**, an ultrasound engine **108**, and a battery **110**. For example, the housing **102** can be implemented in a tablet form factor, or any other suitable form factor. The housing **102** has a front panel **101** and a rear panel **103**. The touch screen display **104** is disposed on the front panel **101** of the housing **102**, and includes a multi-touch LCD touch screen that can recognize and distinguish one or more multiple and/or simultaneous touches on a surface **105** of the touch screen display **104**. The computer motherboard **106**, the ultrasound engine **108**, and the battery **110** are operatively disposed within the housing **102**. The medical ultrasound imaging equipment **100** further includes a Firewire® connection **112** (see also FIG. **2**A) operatively connected between the computer motherboard **106** and the ultrasound engine **108** within the housing **102**, and a probe connector **114** having a probe attach/detach lever **115** (see also FIGS. **2**A and **2**B) to facilitate the connection of at least one ultrasound probe/transducer. In addition, the medical ultrasound imaging equipment **100** has one or more I/O port connectors **116** (see FIG. **2**A), which can include, but are not limited to, one or more USB connectors, one or more SD cards, one or more network ports, one or more mini display ports, and a DC power input.

In an exemplary mode of operation, medical personnel (also referred to herein as the "user" or "users") can employ simple single point gestures and/or more complex multipoint gestures as user inputs to the multi-touch LCD touch

8

screen of the touch screen display **104** for controlling one or more operational modes and/or functions of the medical ultrasound imaging equipment **100**. Such a gesture is defined herein as a movement, a stroke, or a position of at least one finger, a stylus, and/or a palm on the surface **105** of the touch screen display **104**. For example, such single point/multipoint gestures can include static or dynamic gestures, continuous or segmented gestures, and/or any other suitable gestures. A single point gesture is defined herein as a gesture that can be performed with a single touch contact point on the touch screen display **104** by a single finger, a stylus, or a palm. A multipoint gesture is defined herein as a gesture that can be performed with multiple touch contact points on the touch screen display **104** by multiple fingers, or any suitable combination of at least one finger, a stylus, and a palm. A static gesture is defined herein as a gesture that does not involve the movement of at least one finger, a stylus, or a palm on the surface **105** of the touch screen display **104**. A dynamic gesture is defined herein as a gesture that involves the movement of at least one finger, a stylus, or a palm, such as the movement caused by dragging one or more fingers across the surface **105** of the touch screen display **104**. A continuous gesture is defined herein as a gesture that can be performed in a single movement or stroke of at least one finger, a stylus, or a palm on the surface **105** of the touch screen display **104**. A segmented gesture is defined herein as a gesture that can be performed in multiple movements or stokes of at least one finger, a stylus, or a palm on the surface **105** of the touch screen display **104**.

Such single point/multipoint gestures performed on the surface **105** of the touch screen display **104** can correspond to single or multipoint touch events, which are mapped to one or more predetermined operations that can be performed by the computer and/or the ultrasound engine **108**. Users can make such single point/multipoint gestures by various single finger, multi-finger, stylus, and/or palm motions on the surface **105** of the touch screen display **104**. The multi-touch LCD touch screen receives the single point/multipoint gestures as user inputs, and provides the user inputs to the processor, which executes program instructions stored in the memory to carry out the predetermined operations associated with the single point/multipoint gestures, at least at some times, in conjunction with the ultrasound engine **108**. As shown in FIGS. **3**A-**3**L, such single point/multipoint gestures on the surface **105** of the touch screen display **104** can include, but are not limited to, a tap gesture **302**, a pinch gesture **304**, a flick gesture **306**, **314**, a rotate gesture **308**, **316**, a double tap gesture **310**, a spread gesture **312**, a drag gesture **318**, a press gesture **320**, a press and drag gesture **322**, and/or a palm gesture **324**. For example, such single point/multipoint gestures can be stored in at least one gesture library in the memory implemented on the computer motherboard **106**.

In accordance with the illustrative embodiment of FIG. **1**, at least one flick gesture **306** or **314** may be employed by a user of the medical ultrasound imaging equipment **100** to control the depth of tissue penetration of ultrasound waves generated by the ultrasound probe/transducer. For example, a dynamic, continuous, flick gesture **306** or **314** in the "up" direction, or any other suitable direction, on the surface **105** of the touch screen display **104** can increase the penetration depth by one (1) centimeter, or any other suitable amount. Further, a dynamic, continuous, flick gesture **306** or **314** in the "down" direction, or any other suitable direction, on the surface **105** of the touch screen display **104** can decrease the penetration depth by one (1) centimeter, or any other suitable amount. Moreover, a dynamic, continuous, drag gesture **318**

US 12,115,023 B2

9

in the "up" or "down" direction, or any other suitable direction, on the surface 105 of the touch screen display 104 can increase or decrease the penetration depth in multiple centimeters, or any other suitable amounts.

Additional operational modes and/or functions controlled by specific single point/multipoint gestures on the surface 105 of the touch screen display 104 can include, but are not limited to, freeze/store operations, 2-dimensional mode operations, gain control, color control, split screen control, PW imaging control, cine/time-series image clip scrolling control, zoom and pan control, Doppler and 2-dimensional beam steering control, and/or body marking control. At least some of the operational modes and/or functions of the medical ultrasound imaging equipment 100 can be controlled by one or more touch controls implemented on the touch screen display 104. Further, users can provide one or more specific single point/multipoint gestures as user inputs for specifying at least one selected subset of the touch controls to be implemented, as required and/or desired, on the touch screen display 104.

FIGS. 4A-4C depict exemplary subsets 402, 404, 406 of touch controls that can be implemented by users of the medical ultrasound imaging equipment 100 on the touch screen display 104. It is noted that any other suitable subset(s) of touch controls can be implemented, as required and/or desired, on the touch screen display 104. As shown in FIG. 4A, the subset 402 includes a touch control 408 for performing 2-dimensional (2D) mode operations, a touch control 410 for performing gain control operations, a touch control 412 for performing color control operations, and a touch control 414 for performing image/clip freeze/store operations. For example, a user can employ the press gesture 320 to actuate the touch control 408, returning the medical ultrasound imaging equipment 100 to 2D mode. Further, the user can employ the press gesture 320 against one side of the touch control 410 to decrease a gain level, and employ the press gesture 320 against another side of the touch control 410 to increase the gain level. Moreover, the user can employ the drag gesture 318 on the touch control 412 to identify ranges of densities on a 2D image, using a predetermined color code. In addition, the user can employ the press gesture 320 to actuate the touch control 414 to freeze/store a still image or to acquire a cine image clip.

As shown in FIG. 4B, the subset 404 includes a touch control 416 for performing split screen control operations, a touch control 418 for performing PW imaging control operations, a touch control 420 for performing Doppler and 2-dimensional beam steering control operations, and a touch control 422 for performing annotation operations. For example, a user can employ the press gesture 320 against the touch control 416, allowing the user to toggle between opposing sides of the split touch screen display 104 by alternately employing the tap gesture 302 on each side of the split screen. Further, the user can employ the press gesture 320 to actuate the touch control 418 and enter the PW mode, which allows (1) user control of the angle correction, (2) movement (e.g., "up" or "down") of a baseline that can be displayed on the touch screen display 104 by employing the press and drag gesture 322, and/or (3) an increase or a decrease of scale by employing the tap gesture 302 on a scale bar that can be displayed on the touch screen display 104. Moreover, the user can employ the press gesture 320 against one side of the touch control 420 to perform 2D beam steering to the "left" or any other suitable direction in increments of five (5) or any other suitable increment, and employ the press gesture 320 against another side of the touch control 420 to perform 2D beam steering to the "right"

10

or any other suitable direction in increments of five (5) or any other suitable increment. In addition, the user can employ the tap gesture 302 on the touch control 422, allowing the user to enter annotation information via a pop-up keyboard that can be displayed on the touch screen display 104.

As shown in FIG. 4C, the subset 406 includes a touch control 424 for performing dynamic range operations, a touch control 426 for performing Teravision™ software operations, a touch control 428 for performing map operations, and a touch control 430 for performing needle guide operations. For example, a user can employ the press gesture 320 and/or the press and drag gesture 322 against the touch control 424 to control or set the dynamic range. Further, the user can employ the tap gesture 302 on the touch control 426 to choose a desired level of the Teravision™ software to be executed from the memory by the processor on the computer motherboard 106. Moreover, the user can employ the tap gesture 302 on the touch control 428 to perform a desired map operation. In addition, the user can employ the press gesture 320 against the touch control 430 to perform a desired needle guide operation.

In accordance with the present application, various measurements and/or tracings of objects (such as organs, tissues, etc.) displayed as ultrasound images on the touch screen display 104 of the medical ultrasound imaging equipment 100 (see FIG. 1) can be performed, using single point/multipoint gestures on the surface 105 of the touch screen display 104. The user can perform such measurements and/or tracings of objects directly on an original ultrasound image of the displayed object, on a magnified version of the ultrasound image of the displayed object, and/or on a magnified portion of the ultrasound image within a virtual window 506 (see FIGS. 5C and 5D) on the touch screen display 104.

FIGS. 5A and 5B depict an original ultrasound image of an exemplary object, namely, a liver 502 with a cystic lesion 504, displayed on the touch screen display 104 of the medical ultrasound imaging equipment 100 (see FIG. 1). It is noted that such an ultrasound image can be generated by the medical ultrasound imaging equipment 100 in response to penetration of the liver tissue by ultrasound waves generated by an ultrasound probe/transducer operatively connected to the equipment 100. Measurements and/or tracings of the liver 502 with the cystic lesion 504 can be performed directly on the original ultrasound image displayed on the touch screen display 104 (see FIGS. 5A and 5B), or on a magnified version of the ultrasound image. For example, the user can obtain such a magnified version of the ultrasound image using a spread gesture (see, e.g., the spread gesture 312; FIG. 3F) by placing two (2) fingers on the surface 105 of the touch screen display 104, and spreading them apart to magnify the original ultrasound image. Such measurements and/or tracings of the liver 502 and cystic lesion 504 can also be performed on a magnified portion of the ultrasound image within the virtual window 506 (see FIGS. 5C and 5D) on the touch screen display 104.

For example, using his or her finger (see, e.g., a finger 508; FIGS. 5A-5D), the user can obtain the virtual window 506 by employing a press gesture (see, e.g., the press gesture 320; FIG. 3J) against the surface 105 of the touch screen display 104 (see FIG. 5B) in the vicinity of a region of interest, such as the region corresponding to the cystic lesion 504. In response to the press gesture, the virtual window 506 (see FIGS. 5C and 5D) is displayed on the touch screen display 104, possibly at least partially superimposed on the original ultrasound image, thereby providing the user with a

US 12,115,023 B2

**11**

view of a magnified portion of the liver **502** in the vicinity of the cystic lesion **504**. For example, the virtual window **506** of FIG. **5**C can provide a view of a magnified portion of the ultrasound image of the cystic lesion **504**, which is covered by the finger **508** pressed against the surface **105** of the touch screen display **104**. To re-position the magnified cystic lesion **504** within the virtual window **506**, the user can employ a press and drag gesture (see, e.g., the press and drag gesture **322**; FIG. **3**K) against the surface **105** of the touch screen display **104** (see FIG. **5**D), thereby moving the image of the cystic lesion **504** to a desired position within the virtual window **506**. In one embodiment, the medical ultrasound imaging equipment **100** can be configured to allow the user to select a level of magnification within the virtual window **506** to be 2 times larger, 4 times larger, or any other suitable number of times larger than the original ultrasound image. The user can remove the virtual window **506** from the touch screen display **104** by lifting his or her finger (see, e.g., the finger **508**; FIGS. **5**A-**5**D) from the surface **105** of the touch screen display **104**.

FIG. **6**A depicts an ultrasound image of another exemplary object, namely, an apical four (4) chamber view of a heart **602**, displayed on the touch screen display **104** of the medical ultrasound imaging equipment **100** (see FIG. **1**). It is noted that such an ultrasound image can be generated by the medical ultrasound imaging equipment **100** in response to penetration of the heart tissue by ultrasound waves generated by an ultrasound probe/transducer operatively connected to the equipment **100**. Measurements and/or tracings of the heart **602** can be performed directly on the original ultrasound image displayed on the touch screen display **104** (see FIGS. **6**A-**6**E), or on a magnified version of the ultrasound image. For example, using his or her fingers (see, e.g., fingers **610**, **612**; FIGS. **6**B-**6**E), the user can perform a manual tracing of an endocardial border **604** (see FIG. **6**B) of a left ventricle **606** (see FIGS. **6**B-**6**E) of the heart **602** by employing one or more multi-finger gestures on the surface **105** of the touch screen display **104**. In one embodiment, using his or her fingers (see, e.g., the fingers **610**, **612**; FIGS. **6**B-**6**E), the user can obtain a cursor **607** (see FIG. **6**B) by employing a double tap gesture (see, e.g., the double tap gesture **310**; FIG. **3**E) on the surface **105** of the touch screen display **104**, and can move the cursor **607** by employing a drag gesture (see, e.g., the drag gesture **318**; FIG. **3**I) using one finger, such as the finger **610**, thereby moving the cursor **607** to a desired location on the touch screen display **104**. The systems and methods described herein can be used for the quantitative measurement of heart wall motion and specifically for the measurement of ventricular dysynchrony as described in detail in U.S. application Ser. No. 10/817,316 filed on Apr. 2, 2004, the entire contents of which is incorporated herein by reference.

Once the cursor **607** is at the desired location on the touch screen display **104**, as determined by the location of the finger **610**, the user can fix the cursor **607** at that location by employing a tap gesture (see, e.g., the tap gesture **302**; see FIG. **3**A) using another finger, such as the finger **612**. To perform a manual tracing of the endocardial border **604** (see FIG. **6**B), the user can employ a press and drag gesture (see, e.g., the press and drag gesture **322**; FIG. **3**K) using the finger **610**, as illustrated in FIGS. **6**C and **6**D. Such a manual tracing of the endocardial border **604** can be highlighted on the touch screen display **104** in any suitable fashion, such as by a dashed line **608** (see FIGS. **6**C-**6**E). The manual tracing of the endocardial border **604** can continue until the finger **610** arrives at any suitable location on the touch screen display **104**, or until the finger **610** returns to the location of

**12**

the cursor **607**, as illustrated in FIG. **6**E. Once the finger **610** is at the location of the cursor **607**, or at any other suitable location, the user can complete the manual tracing operation by employing a tap gesture (see, e.g., the tap gesture **302**; see FIG. **3**A) using the finger **612**. It is noted that such a manual tracing operation can be employed to trace any other suitable feature(s) and/or waveform(s), such as a pulsed wave Doppler (PWD) waveform. In one embodiment, the medical ultrasound imaging equipment **100** can be configured to perform any suitable calculation(s) and/or measurement(s) relating to such feature(s) and/or waveform(s), based at least in part on a manual tracing(s) of the respective feature(s)/waveform(s).

As described above, the user can perform measurements and/or tracings of objects on a magnified portion of an original ultrasound image of a displayed object within a virtual window on the touch screen display **104**. FIGS. **7**A-**7**C depict an original ultrasound image of an exemplary object, namely, a liver **702** with a cystic lesion **704**, displayed on the touch screen display **104** of the medical ultrasound imaging equipment **100** (see FIG. **1**). FIGS. **7**A-**7**C further depict a virtual window **706** that provides a view of a magnified portion of the ultrasound image of the cystic lesion **704**, which is covered by one of the user's fingers, such as a finger **710**, pressed against the surface **105** of the touch screen display **104**. Using his or her fingers (see, e.g., fingers **710**, **712**; FIGS. **7**A-**7**C), the user can perform a size measurement of the cystic lesion **704** within the virtual window **706** by employing one or more multi-finger gestures on the surface **105** of the touch screen display **104**.

For example, using his or her fingers (see, e.g., the fingers **710**, **712**; FIGS. **7**A-**7**C), the user can obtain a first cursor **707** (see FIGS. **7**B, **7**C) by employing a double tap gesture (see, e.g., the double tap gesture **310**; FIG. **3**E) on the surface **105**, and can move the first cursor **707** by employing a drag gesture (see, e.g., the drag gesture **318**; FIG. **3**I) using one finger, such as the finger **710**, thereby moving the first cursor **707** to a desired location. Once the first cursor **707** is at the desired location, as determined by the location of the finger **710**, the user can fix the first cursor **707** at that location by employing a tap gesture (see, e.g., the tap gesture **302**; see FIG. **3**A) using another finger, such as the finger **712**. Similarly, the user can obtain a second cursor **709** (see FIG. **7**C) by employing a double tap gesture (see, e.g., the double tap gesture **310**; FIG. **3**E) on the surface **105**, and can move the second cursor **709** by employing a drag gesture (see, e.g., the drag gesture **318**; FIG. **3**I) using the finger **710**, thereby moving the second cursor **709** to a desired location. Once the second cursor **709** is at the desired location, as determined by the location of the finger **710**, the user can fix the second cursor **709** at that location by employing a tap gesture (see, e.g., the tap gesture **302**; see FIG. **3**A) using the finger **712**. In one embodiment, the medical ultrasound imaging equipment **100** can be configured to perform any suitable size calculation(s) and/or measurement(s) relating to the cystic lesion **704**, based at least in part on the locations of the first and second cursors **707**, **709**.

FIGS. **8**A-**8**C depict an original ultrasound image of an exemplary object, namely, a liver **802** with a cystic lesion **804**, displayed on the touch screen display **104** of the medical ultrasound imaging equipment **100** (see FIG. **1**). FIGS. **8**A-**8**C further depict a virtual window **806** that provides a view of a magnified portion of the ultrasound image of the cystic lesion **804**, which is covered by one of the user's fingers, such as a finger **810**, pressed against the surface **105** of the touch screen display **104**. Using his or her fingers (see, e.g., fingers **810**, **812**; FIGS. **8**A-**8**C), the user

US 12,115,023 B2

13

can perform a caliper measurement of the cystic lesion **804** within the virtual window **806** by employing one or more multi-finger gestures on the surface **105** of the touch screen display **104**.

For example, using his or her fingers (see, e.g., the fingers **810**, **812**; FIGS. **8A-8C**), the user can obtain a first cursor **807** (see FIGS. **8B**, **8C**) by employing a double tap gesture (see, e.g., the double tap gesture **310**; FIG. **3E**) on the surface **105**, and can move the cursor **807** by employing a drag gesture (see, e.g., the drag gesture **318**; FIG. **3I**) using one finger, such as the finger **810**, thereby moving the cursor **807** to a desired location. Once the cursor **807** is at the desired location, as determined by the location of the finger **810**, the user can fix the cursor **807** at that location by employing a tap gesture (see, e.g., the tap gesture **302**; see FIG. **3A**) using another finger, such as the finger **812**. The user can then employ a press and drag gesture (see, e.g., the press and drag gesture **322**; FIG. **3K**) to obtain a connecting line **811** (see FIGS. **8B**, **8C**), and to extend the connecting line **811** from the first cursor **807** across the cystic lesion **804** to a desired location on another side of the cystic lesion **804**. Once the connecting line **811** is extended across the cystic lesion **804** to the desired location on the other side of the cystic lesion **804**, the user can employ a tap gesture (see, e.g., the tap gesture **302**; see FIG. **3A**) using the finger **812** to obtain and fix a second cursor **809** (see FIG. **8C**) at that desired location. In one embodiment, the medical ultrasound imaging equipment **100** can be configured to perform any suitable caliper calculation(s) and/or measurement(s) relating to the cystic lesion **804**, based at least in part on the connecting line **811** extending between the locations of the first and second cursors **807**, **809**.

FIG. **9A** shows a system **140** in which a transducer housing **150** with an array of transducer elements **152** can be attached at connector **114** to housing **102**. Each probe **150** can have a probe identification circuit **154** that uniquely identifies the probe that is attached. When the user inserts a different probe with a different array, the system identifies the probe operating parameters.

FIG. **9B** shows a software flowchart **900** of a typical transducer management module **902** within the ultrasound application program.

When a TRANSDUCER ATTACH **904** event is detected, the Transducer Management Software Module **902** first reads the Transducer type ID **906** and hardware revision information from the IDENTIFICATION Segment. The information is used to fetch the particular set of transducer profile data **908** from the hard disk and load it into the memory of the application program. The software then reads the adjustment data from the FACTORY Segment **910** and applies the adjustments to the profile data just loaded into memory **912**. The software module then sends a TRANS-DUCER ATTACH Message **914** to the main ultrasound application program, which uses the transducer profile already loaded. After acknowledgment **916**, an ultrasound imaging sequence is performed and the USAGE segment is updated 918. The Transducer Management Software Module then waits for either a TRANSDUCER DETACH event **920**, or the elapse of 5 minutes. If a TRANSDUCER DETACH event is detected **921**, a message **924** is sent and acknowledged **926**, the transducer profile data set is removed **928** from memory and the module goes back to wait for another TRANSDUCER ATTACH event. If a 5 minutes time period expires without detecting a TRANS-DUCER DETACH event, the software module increments a Cumulative Usage Counter in the USAGE Segment **922**, and waits for another 5 minutes period or a TRANSDUCER

14

DETACH event. The cumulative usage is recorded in memory for maintenance and replacement records.

There are many types of ultrasound transducers. They differ by geometry, number of elements, and frequency response. For example, a linear array with center frequency of 10 to 15 MHz is better suited for breast imaging, and a curved array with center frequency of 3 to 5 MHz is better suited for abdominal imaging.

It is often necessary to use different types of transducers for the same or different ultrasound scanning sessions. For ultrasound systems with only one transducer connection, the operator will change the transducer prior to the start of a new scanning session.

In some applications, it is necessary to switch among different types of transducers during one ultrasound scanning session. In this case, it is more convenient to have multiple transducers connected to the same ultrasound system, and the operator can quickly switch among these connected transducers by hitting a button on the operator console, without having to physically detach and re-attach the transducers, which takes a longer time.

FIG. **10** illustrates an exemplary method for monitoring the synchrony of a heart in accordance with exemplary embodiments. In the method, a reference template is loaded into memory and used to guide a user in identifying an imaging plane (per step **930**). Next a user identifies a desired imaging plane (per step **932**). Typically an apical 4-chamber view of the heart is used; however, other views may be used without departing from the spirit of the invention.

At times, identification of endocardial borders may be difficult, and when such difficulties are encountered tissue Doppler imaging of the same view may be employed (per step **934**). A reference template for identifying the septal and lateral free wall is provided (per step **936**). Next, standard tissue Doppler imaging (TDI) with pre-set velocity scales of, say, +30 cm/sec may be used (per step **938**).

Then, a reference of the desired triplex image may be provided (per step **940**). Either B-mode or TDI may be used to guide the range gate (per step **942**). B-mode can be used for guiding the range gate (per step **944**) or TDI for guiding the range gate (per step **946**). Using TDI or B-mode for guiding the range gate also allows the use of a direction correction angle for allowing the Spectral Doppler to display the radial mean velocity of the septal wall. A first pulsed-wave spectral Doppler is then used to measure the septal wall mean velocity using duplex or triplex mode (per step **948**).

A second range-gate position is also guided using a duplex image or a TDI (per step **950**), and a directional correction angle may be used if desired. After step **950**, the mean velocity of the septal wall and lateral free wall are being tracked by the system. Time integration of the Spectral Doppler mean velocities **952** at regions of interest (e.g., the septum wall and the left ventricular free wall) then provides the displacement of the septal and left free wall, respectively.

The above method steps may be utilized in conjunction with a high pass filtering means, analog or digital, known in the relevant arts for removing any baseline disturbance present in collected signals. In addition, the disclosed method employs multiple simultaneous PW Spectral Doppler lines for tracking movement of the interventricular septum and the left ventricular fee wall. In additional, a multiple gate structure may be employed along each spectral line, thus allowing quantitative measurement of regional wall motion. Averaging over multiple gates may allow measurement of global wall movement.

US 12,115,023 B2

15

FIG. 11A is a detailed schematic block diagram of an exemplary embodiment of the ultrasound engine 108 (i.e., the front-end ultrasound specific circuitry) and an exemplary embodiment of the computer motherboard 106 (i.e., the host computer) of the ultrasound device illustrated in FIGS. 1 and 2A. The components of the ultrasound engine 108 and/or the computer motherboard 106 may be implemented in application-specific integrated circuits (ASICs). Exemplary ASICs have a high channel count and can pack 32 or more channels per chip in some exemplary embodiments. One of ordinary skill in the art will recognize that the ultrasound engine 108 and the computer motherboard 106 may include more or fewer modules than those shown. For example, the ultrasound engine 108 and the computer motherboard 106 may include the modules shown in FIG. 17.

A transducer array 152 is configured to transmit ultrasound waves to and receive reflected ultrasound waves from one or more image targets 1102. The transducer array 152 is coupled to the ultrasound engine 108 using one or more cables 1104.

The ultrasound engine 108 includes a high-voltage transmit/receive (TR) module 1106 for applying drive signals to the transducer array 152 and for receiving return echo signals from the transducer array 152. The ultrasound engine 108 includes a pre-amp/time gain compensation (TGC) module 1108 for amplifying the return echo signals and applying suitable TGC functions to the signals. The ultrasound engine 108 includes a sampled-data beamformer 1110 that the delay coefficients used in each channel after the return echo signals have been amplified and processed by the pre-amp/TGC module 1108.

In some exemplary embodiments, the high-voltage TR module 1106, the pre-amp/TGC module 1108, and the sample-interpolate receive beamformer 1110 may each be a silicon chip having 8 to 64 channels per chip, but exemplary embodiments are not limited to this range. In certain embodiments, the high-voltage TR module 1106, the pre-amp/TGC module 1108, and the sample-interpolate receive beamformer 1110 may each be a silicon chip having 8, 16, 32, 64 channels, and the like. As illustrated in FIG. 11, an exemplary TR module 1106, an exemplary pre-amp/TGC module 1108 and an exemplary beamformer 1110 may each take the form of a silicon chip including 32 channels.

The ultrasound engine 108 includes a first-in first-out (FIFO) buffer module 1112 which is used for buffering the processed data output by the beamformer 1110. The ultrasound engine 108 also includes a memory 1114 for storing program instructions and data, and a system controller 1116 for controlling the operations of the ultrasound engine modules.

The ultrasound engine 108 interfaces with the computer motherboard 106 over a communications link 112 which can follow a standard high-speed communications protocol, such as the Fire Wire (IEEE 1394 Standards Serial Interface) or fast (e.g., 200-400 Mbits/second or faster) Universal Serial Bus (USB 2.0 USB 3.0), protocol. The standard communication link to the computer motherboard operates at least at 400 Mbits/second or higher, preferably at 800 Mbits/second or higher. Alternatively, the link 112 can be a wireless connection such as an infrared (IR) link. The ultrasound engine 108 includes a communications chipset 1118 (e.g., a Fire Wire chipset) to establish and maintain the communications link 112.

Similarly, the computer motherboard 106 also includes a communications chipset 1120 (e.g., a Fire Wire chipset) to establish and maintain the communications link 112. The computer motherboard 106 includes a core computer-read-

16

able memory 1122 for storing data and/or computer-executable instructions for performing ultrasound imaging operations. The memory 1122 forms the main memory for the computer and, in an exemplary embodiment, may store about 4 GB of DDR3 memory. The computer motherboard 106 also includes a microprocessor 1124 for executing computer-executable instructions stored on the core computer-readable memory 1122 for performing ultrasound imaging processing operations. An exemplary microprocessor 1124 may be an off-the-shelf commercial computer processor, such as an Intel Core®-i5 processor. Another exemplary microprocessor 1124 may be a digital signal processor (DSP) based processor, such as one or more DaVinci™ processors from Texas Instruments. The computer motherboard 106 also includes a display controller 1126 for controlling a display device that may be used to display ultrasound data, scans and maps.

Exemplary operations performed by the microprocessor 1124 include, but are not limited to, down conversion (for generating I, Q samples from received ultrasound data), scan conversion (for converting ultrasound data into a display format of a display device), Doppler processing (for determining and/or imaging movement and/or flow information from the ultrasound data), Color Flow processing (for generating, using autocorrelation in one embodiment, a color-coded map of Doppler shifts superimposed on a B-mode ultrasound image), Power Doppler processing (for determining power Doppler data and/or generating a power Doppler map), Spectral Doppler processing (for determining spectral Doppler data and/or generating a spectral Doppler map), and post signal processing. These operations are described in further detail in WO 03/079038 A2, filed Mar. 11, 2003, titled "Ultrasound Probe with Integrated Electronics," the entire contents of which are expressly incorporated herein by reference.

To achieve a smaller and lighter portable ultrasound devices, the ultrasound engine 108 includes reduction in overall packaging size and footprint of a circuit board providing the ultrasound engine 108. To this end, exemplary embodiments provide a small and light portable ultrasound device that minimizes overall packaging size and footprint while providing a high channel count. In some embodiments, a high channel count circuit board of an exemplary ultrasound engine may include one or more multi-chip modules in which each chip provides multiple channels, for example, 32 channels. The term "multi-chip module." as used herein, refers to an electronic package in which multiple integrated circuits (IC) are packaged into a unifying substrate, facilitating their use as a single component, i.e., as a larger IC. A multi-chip module may be used in an exemplary circuit board to enable two or more active IC components integrated on a High Density Interconnection (HDI) substrate to reduce the overall packaging size. In an exemplary embodiment, a multi-chip module may be assembled by vertically stacking a transmit/receive (TR) silicon chip, an amplifier silicon chip and a beamformer silicon chip of an ultrasound engine. A single circuit board of the ultrasound engine may include one or more of these multi-chip modules to provide a high channel count, while minimizing the overall packaging size and footprint of the circuit board.

FIG. 11B is a schematic block diagram of a particular embodiment of an integrated probe system. The host computer 1135 can be a commercially available personal computer having a microprocessor CPU 1152 and a communications chipset 1154. A communications cable 1140C is connected through a communications port 1156 to the communications chipset 1154.

US 12,115,023 B2

17

The front-end probe **1103'** includes a transducer head **1132**, which can be an off-the-shelf commercial product, and an ergonomic hand-held housing **1130**. The transducer head **1132** houses the transducer array **1140**B. The housing **1130** provides a thermally and electrically insulated molded plastic handle that houses the beamforming and control circuitry.

The beamforming circuitry, as shown, can be embodied in a pair of analog circuit boards **1100**A, **1100**B. Each analog circuit board **1100**A, **1100**B includes a respective transmit/receive chip **1112**A, **1112**B; a preamp/TGC chip **1114**A, **1114**B; a beamformer chip **1116**A, **1116**B; all of which are interconnected with a pair of the memory chips **1115**A-**1**, **1115**B-**1**, **1115**A-**2**, **1115**B-**2** via an operational bus **1159**A, **1159**B. In a particular embodiment of the invention, the memory chips are Video Random Access Memory (VRAM) chips and the operational bus is 32 bits wide. Furthermore, preamp/TGC chips **1114**A, **1114**B and beamformer chips **1116**A, **1116**B operate on 32 channels simultaneously. The transmit/receive chips **1112**A, **1112**B include a 64 channel driver and a 64-to-32 demultiplexer.

The control circuitry, as shown in FIG. **11**B, is embodied in a digital circuit board **1102**B. The digital circuit board **1102**B includes a FireWire® chipset **1122**B, a system control chip **1118**B to control the scan head, and a memory chip **1115**B. In a particular embodiment of the invention, the memory chip **1115**B is a VRAM chip and the system control chip **1118**B is interconnected to the various memory chips **1115**A-**1**, **1115**A-**2** over a control bus **1155**, which in this particular application is 16 bits wide.

As illustrated, the system control chip **1118**B provides scan head control signals to transmit/receive chips **1112**A. **1112**B over respective signal lines **1152**A, **1152**B. The transmit/receive chips **1112**A, **1112**B energize the transducer array **1140**B over transmit lines **1124**A, **1124**B. Received energy from the transducer array **1140**B is provided to the transmit/receive chips **1112**A, **1112**B over receive lines **1122**A, **1122**B. The received signals are provided to the pre-amp/TGC chips **1114**A. **1114**B. After being amplified, the signals are provided to the beamformer chips **1116**A, **1116**B. Control signals are exchanged between the beamformer and the system controller over signal lines **1154**A, **1154**B to adjust the scan beam.

Returning to FIG. **11**B, the standard Fire Wire® cable **1140**C includes a plurality of Fire Wire® signal lines **1142**C and a FireWire® power line **1144**C. In order to provide the necessary voltages, the FireWire® power line **1144**C is fed to an inline DC-DC converter **1103**C. The DC-DC converter **1103**C generates the necessary voltages and provides them over a plurality of power lines **1146**C. These new power lines **1146**C are repackaged with the FireWire® signal lines **1142**C in a custom cable **1140'**. In the probe housing **1103'**, the Fire Wire® signal lines **1142**C are connected to the FireWire® chipset **1122**B and the custom power lines **1146**C are connected to a power distributor **1148**D, which filters and distributes the various voltages over respective internal voltage lines **1148**A, **1148**B, **1148**C. In addition, the power distributor **1148**D may perform additional DC-DC conversions, as described in more detail below.

FIG. **12** depicts a schematic side view of a portion of a circuit board **1200** including a multi-chip module assembled in a vertically stacked configuration. Two or more layers of active electronic integrated circuit components are integrated vertically into a single circuit. The IC layers are oriented in spaced planes that extend substantially parallel to one another in a vertically stacked configuration. In FIG. **12**, the circuit board includes an HDI substrate **1202** for supporting the multi-chip module. A first integrated circuit chip

18

**1204** including, for example, a first beamformer device is coupled to the substrate **1202** using any suitable coupling mechanism, for example, epoxy application and curing. A first spacer layer **1206** is coupled to the surface of the first integrated circuit chip **1204** opposite to the substrate **1202** using, for example, epoxy application and curing. A second integrated circuit chip **1208** having, for example, a second beamformer device is coupled to the surface of the first spacer layer **1206** opposite to the first integrated circuit chip **1204** using, for example, epoxy application and curing. A metal frame **1210** is provided for mechanical and/or electrical connection among the integrated circuit chips. An exemplary metal frame **1210** may take the form of a leadframe. The first integrated circuit chip **1204** may be coupled to the metal frame **1210** using wiring **1212**. The second integrated circuit chip **1208** may be coupled to the same metal frame **1210** using wiring **1214**. A packaging **1216** is provided to encapsulate the multi-chip module assembly and to maintain the multiple integrated circuit chips in substantially parallel arrangement with respect to one another.

As illustrated in FIG. **12**, the vertical three-dimensional stacking of the first integrated circuit chip **1204**, the first spacer layer **1206** and the second integrated circuit chip **1208** provides high-density functionality on the circuit board while minimizing overall packaging size and footprint (as compared to an ultrasound engine circuit board that does not employ a vertically stacked multi-chip module). One of ordinary skill in the art will recognize that an exemplary multi-chip module is not limited to two stacked integrated circuit chips. Exemplary numbers of chips vertically integrated in a multi-chip module may include, but are not limited to, two, three, four, five, six, seven, eight, and the like.

In one embodiment of an ultrasound engine circuit board, a single multi-chip module as illustrated in FIG. **12** is provided. In other embodiments, a plurality of multi-chip modules also illustrated in FIG. **12**. In an exemplary embodiment, a plurality of multi-chip modules (for example, two multi-chip modules) may be stacked vertically on top of one another on a circuit board of an ultrasound engine to further minimize the packaging size and footprint of the circuit board.

In addition to the need for reducing the footprint, there is also a need for decreasing the overall package height in multi-chip modules. Exemplary embodiments may employ wafer thinning to sub-hundreds micron to reduce the package height in multi-chip modules.

Any suitable technique can be used to assemble a multi-chip module on a substrate. Exemplary assembly techniques include, but are not limited to, laminated MCM (MCM-L) in which the substrate is a multi-layer laminated printed circuit board, deposited MCM (MCM-D) in which the multi-chip modules are deposited on the base substrate using thin film technology, and ceramic substrate MCM (MCM-C) in which several conductive layers are deposited on a ceramic substrate and embedded in glass layers that layers are co-fired at high temperatures (HTCC) or low temperatures (LTCC).

FIG. **13** is a flowchart of an exemplary method for fabricating a circuit board including a multi-chip module assembled in a vertically stacked configuration. In step **1302**, a HDI substrate is fabricated or provided. In step **1304**, a metal frame (e.g., leadframe) is provided. In step **1306**, a first IC layer is coupled or bonded to the substrate using, for example, epoxy application and curing. The first IC layer is wire bonded to the metal frame. In step **1308**, a spacer layer is coupled to the first IC layer using, for example, epoxy application and curing, so that the layers are

US 12,115,023 B2

19

stacked vertically and extend substantially parallel to each other. In step **1310**, a second IC layer is coupled to the spacer layer using, for example, epoxy application and curing, so that all of the layers are stacked vertically and extend substantially parallel to one another. The second IC layer is wire bonded to the metal frame. In step **1312**, a packaging is used to encapsulate the multi-chip module assembly.

Exemplary chip layers in a multi-chip module may be coupled to each other using any suitable technique. For example, in the embodiment illustrated in FIG. **12**, spacer layers may be provided between chip layers to spacedly separate the chip layers. Passive silicon layers, die attach paste layers and/or die attach film layers may be used as the spacer layers. Exemplary spacer techniques that may be used in fabricating a multi-chip module is further described in Toh C H et al., "Die Attach Adhesives for 3D Same-Sized Dies Stacked Packages," the 58th Electronic Components and Technology Conference (ECTC2008), pp. 1538-43, Florida, US (27-30 May 2008), the entire contents of which are expressly incorporated herein by reference.

Important requirements for the die attach (DA) paste or film is excellent adhesion to the passivation materials of adjacent dies. Also, a uniform bond-link thickness (BLT) is required for a large die application. In addition, high cohesive strength at high temperatures and low moisture absorption are preferred for reliability.

FIGS. **14A-14C** are schematic side views of exemplary multi-chip modules, including vertically stacked dies, that may be used in accordance with exemplary embodiments. Both peripheral and center pads wire bond (WB) packages are illustrated and may be used in wire bonding exemplary chip layers in a multi-chip module. FIG. **14A** is a schematic side view of a multi-chip module including four vertically stacked dies in which the dies are spacedly separated from one another by passive silicon layers with a 2-in-1 dicing die attach film (D-DAF). FIG. **14B** is a schematic side view of a multi-chip module including four vertically stacked dies in which the dies are spacedly separated from one another by DA film-based adhesives acting as die-to-die spacers. FIG. **14C** is a schematic side view of a multi-chip module including four vertically stacked dies in which the dies are spacedly separated from one another by DA paste or film-based adhesives acting as die-to-die spacers. The DA paste or film-based adhesives may have wire penetrating capability in some exemplary embodiments. In the exemplary multi-chip module of FIG. **14C**, film-over wire (FOW) is used to allow long wire bonding and center bond pads stacked die packages. FOW employs a die-attach film with wire penetrating capability that allows the same or similar-sized wire-bonded dies to be stacked directly on top of one another without passive silicon spacers. This solves the problem of stacking same or similar-sized dies directly on top of each other, which otherwise poses a challenge as there is no or insufficient clearance for the bond wires of the lower dies.

The DA material illustrated in FIGS. **14B** and **14C** preferably maintain a bond-line thickness (BLT) with little to no voiding and bleed out through the assembly process. Upon assembly, the DA materials sandwiched between the dies maintain an excellent adhesion to the dies. The material properties of the DA materials are tailored to maintain high cohesive strength for high temperature reliability stressing without bulk fracture. The material properties of the DA materials are tailored to also minimize or preferably eliminate moisture accumulation that may cause package reli-

20

ability failures (e.g., popcorning whereby interfacial or bulk fractures occur as a result of pressure build-up from moisture in the package).

FIG. **15** is a flowchart of certain exemplary methods of die-to-die stacking using (a) passive silicon layers with a 2-in-1 dicing die attach film (D-DAF), (b) DA paste, (c) thick DA-film, and (d) film-over wire (FOW) that employs a die-attach film with wire penetrating capability that allows the same or similar-sized wire-bonded dies to be stacked directly on top of one another without passive silicon spacers. Each method performs backgrinding of wafers to reduce the wafer thickness to enable stacking and high density packaging of integrated circuits. The wafers are sawed to separate the individual dies. A first die is bonded to a substrate of a multi-chip module using, for example, epoxy application and curing in an oven. Wire bonding is used to couple the first die to a metal frame.

In method (a), a first passive silicon layer is bonded to the first die in a stacked manner using a dicing die-attach film (D-DAF). A second die is bonded to the first passive layer in a stacked manner using D-DAF. Wire bonding is used to couple the second die to the metal frame. A second passive silicon layer is bonded to the second die in a stacked manner using D-DAF. A third die is bonded to the second passive layer in a stacked manner using D-DAF. Wire bonding is used to couple the third die to the metal frame. A third passive silicon layer is bonded to the third die in a stacked manner using D-DAF. A fourth die is bonded to the third passive layer in a stacked manner using D-DAF. Wire bonding is used to couple the fourth die to the metal frame.

In method (b), die attach (DA) paste dispensing and curing is repeated for multi-thin die stack application. DA paste is dispensed onto a first die, and a second die is provided on the DA paste and cured to the first die. Wire bonding is used to couple the second die to the metal frame. DA paste is dispensed onto the second die, and a third die is provided on the DA paste and cured to the second die. Wire bonding is used to couple the third die to the metal frame. DA paste is dispensed onto the third die, and a fourth die is provided on the DA paste and cured to the third die. Wire bonding is used to couple the fourth die to the metal frame.

In method (c), die attach films (DAF) are cut and pressed to a bottom die and a top die is then placed and thermal compressed onto the DAF. For example, a DAF is pressed to the first die and a second die is thermal compressed onto the DAF. Wire bonding is used to couple the second die to the metal frame. Similarly, a DAF is pressed to the second die and a third die is thermal compressed onto the DAF. Wire bonding is used to couple the third die to the metal frame. A DAF is pressed to the third die and a fourth die is thermal compressed onto the DAF. Wire bonding is used to couple the fourth die to the metal frame.

In method (d), film-over wire (FOW) employs a die-attach film with wire penetrating capability that allows the same or similar-sized wire-bonded dies to be stacked directly on top of one another without passive silicon spacers. A second die is bonded and cured to the first die in a stacked manner. Film-over wire bonding is used to couple the second die to the metal frame. A third die is bonded and cured to the first die in a stacked manner. Film-over wire bonding is used to couple the third die to the metal frame. A fourth die is bonded and cured to the first die in a stacked manner. Film-over wire bonding is used to couple the fourth die to the metal frame.

US 12,115,023 B2

21

After the above-described steps are completed, in each method (a)-(d), wafer molding and post-mold curing (PMC) are performed. Subsequently, ball mount and singulation are performed.

Further details on the above-described die attachment techniques are provided in Toh C H et al., "Die Attach Adhesives for 3D Same-Sized Dies Stacked Packages," the 58th Electronic Components and Technology Conference (ECTC2008), pp. 1538-43, Florida, US (27-30 May 2008), the entire contents of which are expressly incorporated herein by reference.

FIG. 16 is a schematic side view of a multi-chip module 1600 including a TR chip 1602, an amplifier chip 1604 and a beamformer chip 1606 vertically integrated in a vertically stacked configuration on a substrate 1614. Any suitable technique illustrated in FIGS. 12-15 may be used to fabricate the multi-chip module. One of ordinary skill in the art will recognize that the particular order in which the chips are stacked may be different in other embodiments. First and second spacer layers 1608, 1610 are provided to spacedly separate the chips 1602, 1604, 1606. Each chip is coupled to a metal frame (e.g., a leadframe) 1612. In certain exemplary embodiments, heat transfer and heat sink mechanisms may be provided in the multi-chip module to sustain high temperature reliability stressing without bulk failure. Other components of FIG. 16 are described with reference to FIGS. 12 and 14.

In this exemplary embodiment, each multi-chip module may handle the complete transmit, receive, TGC amplification and beam forming operations for a large number of channels, for example, 32 channels. By vertically integrating the three silicon chips into a single multi-chip module, the space and footprint required for the printed circuit board is further reduced. A plurality of multi-chip modules may be provided on a single ultrasound engine circuit board to further increase the number of channels while minimizing the packaging size and footprint. For example, a 128 channel ultrasound engine circuit board 108 can be fabricated within exemplary planar dimensions of about 10 cm×about 10 cm, which is a significant improvement of the space requirements of conventional ultrasound circuits. A single circuit board of an ultrasound engine including one or more multi-chip modules may have 16 to 128 channels in preferred embodiments. In certain embodiments, a single circuit board of an ultrasound engine including one or more multi-chip modules may have 16, 32, 64, 128 channels, and the like.

FIG. 17 is a detailed schematic block diagram of an exemplary embodiment of the ultrasound engine 108 (i.e., the front-end ultrasound specific circuitry) and an exemplary embodiment of the computer motherboard 106 (i.e., the host computer) provided as a single board complete ultrasound system. An exemplary single board ultrasound system as illustrated in FIG. 17 may have exemplary planar dimensions of about 25 cm×about 18 cm, although other dimensions are possible. The single board complete ultrasound system of FIG. 17 may be implemented in the ultrasound device illustrated in FIGS. 1, 2A, 2B, and 9A, and may be used to perform the operations depicted in FIGS. 3-8, 9b, and 10.

The ultrasound engine 108 includes a probe connector 114 to facilitate the connection of at least one ultrasound probe/transducer. In the ultrasound engine 108, a TR module, an amplifier module and a beamformer module may be vertically stacked to form a multi-chip module as shown in FIG. 16, thereby minimizing the overall packaging size and footprint of the ultrasound engine 108. The ultrasound engine 108 may include a first multi-chip module 1710 and

22

a second multi-chip module 1712, each including a TR chip, an ultrasound pulser and receiver, an amplifier chip including a time-gain control amplifier, and a sample-data beamformer chip vertically integrated in a stacked configuration as shown in FIG. 16. The first and second multi-chip modules 1710, 1712 may be stacked vertically on top of each other to further minimize the area required on the circuit board. Alternatively, the first and second multi-chip modules 1710, 1712 may be disposed horizontally on the circuit board. In an exemplary embodiment, the TR chip, the amplifier chip and the beamformer chip is each a 32-channel chip, and each multi-chip module 1710, 1712 has 32 channels. One of ordinary skill in the art will recognize that exemplary ultrasound engines 108 may include, but are not limited to, one, two, three, four, five, six, seven, eight multi-chip modules.

The ASICs and the multi-chip module configuration enable a 128-channel complete ultrasound system to be implemented on a small single board in a size of a tablet computer format. An exemplary 128-channel ultrasound engine 108, for example, can be accommodated within exemplary planar dimensions of about 10 cm×about 10 cm, which is a significant improvement of the space requirements of conventional ultrasound circuits. An exemplary 128-channel ultrasound engine 108 can also be accommodated within an exemplary area of about 100 cm².

The ultrasound engine 108 also includes a clock generation complex programmable logic device (CPLD) 1714 for generating timing clocks for performing an ultrasound scan using the transducer array. The ultrasound engine 108 includes an analog-to-digital converter (ADC) 1716 for converting analog ultrasound signals received from the transducer array to digital RF formed beams. The ultrasound engine 108 also includes one or more delay profile and waveform generator field programmable gate arrays (FPGA) 1718 for managing the receive delay profiles and generating the transmit waveforms. The ultrasound engine 108 includes a memory 1720 for storing the delay profiles for ultrasound scanning. An exemplary memory 1720 may be a single DDR3 memory chip. The ultrasound engine 108 includes a scan sequence control field programmable gate array (FPGA) 1722 configured to manage the ultrasound scan sequence, transmit/receiving timing, storing and fetching of profiles to/from the memory 1720, and buffering and moving of digital RF data streams to the computer motherboard 106 via a high-speed serial interface 112. The high-speed serial interface 112 may include Fire Wire or other serial or parallel bus interface between the computer motherboard 106 and the ultrasound engine 108. The ultrasound engine 108 includes a communications chipset 1118 (e.g., a Fire Wire chipset) to establish and maintain the communications link 112.

A power module 1724 is provided to supply power to the ultrasound engine 108, manage a battery charging environment and perform power management operations. The power module 1724 may generate regulated, low noise power for the ultrasound circuitry and may generate high voltages for the ultrasound transmit pulser in the TR module.

The computer motherboard 106 includes a core computer-readable memory 1122 for storing data and/or computer-executable instructions for performing ultrasound imaging operations. The memory 1122 forms the main memory for the computer and, in an exemplary embodiment, may store about 4 Gb of DDR3 memory. The memory 1122 may include a solid state hard drive (SSD) for storing an oper-

US 12,115,023 B2

23    24

ating system, computer-executable instructions, programs and image data. An exemplary SSD may have a capacity of about 128 GB.

The computer motherboard 106 also includes a microprocessor 1124 for executing computer-executable instructions stored on the core computer-readable memory 1122 for performing ultrasound imaging processing operations. Exemplary operations include, but are not limited to, down conversion, scan conversion, Doppler processing, Color Flow processing, Power Doppler processing, Spectral Doppler processing, and post signal processing. An exemplary microprocessor 1124 may be an off-the-shelf commercial computer processor, such as an Intel Core®-i5 processor. Another exemplary microprocessor 1124 may be a digital signal processor (DSP) based processor, such as DaVinci™ processors from Texas Instruments.

The computer motherboard 106 includes an input/output (I/O) and graphics chipset 1704 which includes a co-processor configured to control I/O and graphic peripherals such as USB ports, video display ports and the like. The computer motherboard 106 includes a wireless network adapter 1702 configured to provide a wireless network connection. An exemplary adapter 1702 supports 802.11g and 802.11n standards. The computer motherboard 106 includes a display controller 1126 configured to interface the computer motherboard 106 to the display 104. The computer motherboard 106 includes a communications chipset 1120 (e.g., a Fire Wire chipset or interface) configured to provide a fast data communication between the computer motherboard 106 and the ultrasound engine 108. An exemplary communications chipset 1120 may be an IEEE 1394b 800 Mbit/se interface. Other serial or parallel interfaces 1706 may alternatively be provided, such as USB3, Thunder-Bolt, PCIe, and the like. A power module 1708 is provided to supply power to the computer motherboard 106, manage a battery charging environment and perform power management operations.

An exemplary computer motherboard 106 may be accommodated within exemplary planar dimensions of about 12 cm×about 10 cm. An exemplary computer motherboard 106 can be accommodated within an exemplary area of about 120 cm².

FIG. 18 is a perspective view of an exemplary portable ultrasound system 100 provided in accordance with exemplary embodiments. The system 100 includes a housing 102 that is in a tablet form factor as illustrated in FIG. 18, but that may be in any other suitable form factor. An exemplary housing 102 may have a thickness below 2 cm and preferably between 0.5 and 1.5 cm. A front panel of the housing 102 includes a multi-touch LCD touch screen display 104 that is configured to recognize and distinguish one or more multiple and/or simultaneous touches on a surface of the touch screen display 104. The surface of the display 104 may be touched using one or more of a user's fingers, a user's hand or an optional stylus 1802. The housing 102 includes one or more I/O port connectors 116 which may include, but are not limited to, one or more USB connectors, one or more SD cards, one or more network mini display ports, and a DC power input.

The housing 102 includes or is coupled to a probe connector 114 to facilitate connection of at least one ultrasound probe/transducer 150. The ultrasound probe 150 includes a transducer housing including one or more transducer arrays 152. The ultrasound probe 150 is couplable to the probe connector 114 using a housing connector 1804 provided along a flexible cable 1806. One of ordinary skill in the art will recognize that the ultrasound probe 150 may

be coupled to the housing 102 using any other suitable mechanism, for example, an interface housing that includes circuitry for performing ultrasound-specific operations like beamforming. Other exemplary embodiments of ultrasound systems are described in further detail in WO 03/079038 A2, filed Mar. 11, 2003, titled "Ultrasound Probe with Integrated Electronics," the entire contents of which is expressly incorporated herein by reference.

FIG. 19 illustrates an exemplary view of a main graphical user interface (GUI) 1900 rendered on the touch screen display 104 of the portable ultrasound system 100 of FIG. 18. The main GUI 1900 may be displayed when the ultrasound system 100 is started. To assist a user in navigating the main GUI 1900, the GUI may be considered as including four exemplary work areas: a menu bar 1902, an image display window 1904, an image control bar 1906, and a tool bar 1908. Additional GUI components may be provided on the main GUI 1900 to, for example, enable a user to close, resize and exit the GUI and/or windows in the GUI.

The menu bar 1902 enables a user to select ultrasound data, images and/or videos for display in the image display window 1904. The menu bar 1902 may include, for example, GUI components for selecting one or more files in a patient folder directory and an image folder directory. The image display window 1904 displays ultrasound data, images and/or videos and may, optionally, provide patient information. The tool bar 1908 provides functionalities associated with an image or video display including, but not limited to, a save button for saving the current image and/or video to a file, a save Loop button that saves a maximum allowed number of previous frames as a Cine loop, a print button for printing the current image, a freeze image button for freezing an image, a playback toolbar for controlling aspects of playback of a Cine loop, and the like. Exemplary GUI functionalities that may be provided in the main GUI 1900 are described in further detail in WO 03/079038 A2, filed Mar. 11, 2003, titled "Ultrasound Probe with Integrated Electronics," the entire contents of which are expressly incorporated herein by reference.

The image control bar 1906 includes touch controls that may be operated by touch and touch gestures applied by a user directly to the surface of the display 104. Exemplary touch controls may include, but are not limited to, a 2D touch control 408, a gain touch control 410, a color touch control 412, a storage touch control 414, a split touch control 416, a PW imaging touch control 418, a beamsteering touch control 20, an annotation touch control 422, a dynamic range operations touch control 424, a Teravision™ touch control 426, a map operations touch control 428, and a needle guide touch control 428. These exemplary touch controls are described in further detail in connection with FIGS. 4A-4C.

FIG. 20 depicts an illustrative embodiment of exemplary medical ultrasound imaging equipment 2000, implemented in the form factor of a tablet in accordance with the invention. The table may have the dimensions of 12.5"× 1.25"×8.75" or 31.7 cm×3.175 cm×22.22 cm but it may also be in any other suitable form factor having a volume of less than 2500 cm³ and a weight of less than 8 lbs. As shown in FIG. 20, the medical ultrasound imaging equipment 2000, includes a housing 2030, a touch screen display 2010, wherein ultrasound images 2010, and ultra sound data 2040, can be displayed and ultrasound controls 2020, are configured to be controlled by a touchscreen display 2010. The housing 2030, may have a front panel 2060 and a rear panel 2070. The touchscreen display 2010 forms the front panel 2060, and includes a multi-touch LCD touch screen that can recognize and distinguish one or more multiple and or

US 12,115,023 B2

25                                                              26

simultaneous touches of the user on the touchscreen display **2010**. The touchscreen display **2010**, may have a capacitive multi-touch and AVAH LCD screen. For example, the capacitive multi-touch and AVAH LCD screen may enable a user to view the image from multi angles without losing resolution. In another embodiment, the user may utilize a stylus for data input on the touch screen.

Capacitive touchscreen module comprises an insulator for example glass, coated with a transparent conductor, such as indium tin oxide. The manufacturing process may include a bonding process among glass, x-sensor film, y-sensor film and a liquid crystal material. The tablet is configured to allow a user to perform multi-touch gestures such as pinching and stretching while wearing a dry or a wet glove. The surface of the screen registers the electrical conductor making contact with the screen. The contact distorts the screens electrostatic field resulting in measureable changes in capacitance. A processor then interprets the change in the electrostatic field. Increasing levels of responsiveness are enabled by reducing the layers and by producing touch screens with "in-cell" technology. "In-cell" technology eliminates layers by placing the capacitors inside the display. Applying "in-cell" technology reduces the visible distance between the user's finger and the touchscreen target, thereby creating a more directive contact with the content displayed and enabling taps and gestures to have an increase in responsiveness.

FIG. **21** illustrates a preferred cart system for a modular ultrasound imaging system in accordance with the invention. The cart system **2100** uses a base assembly **2122** including a docking bay that receives the tablet. The cart configuration **2100** is configured to dock tablet **2104** including a touch screen display **2102** to a cart **2108**, which can include a full operator console **2124**. After the tablet **2104** is docked to the cart stand **2108**, the system forms a full feature roll about system. The full feature roll about system may include, an adjustable height device **2106**, a gel holder **2110**, a storage bin **2114**, a plurality of wheels **2116**, a hot probe holder **2120**, and the operator console **2124**. The control devices may include a keyboard **2112** on the operator console **2124** that may also have other peripherals added such as a printer or a video interface or other control devices.

FIG. **22** illustrates a preferred cart system, for use in embodiments with a modular ultrasound imaging system in accordance with the invention. The cart system **2200** may be configured with a vertical support member **2212**, coupled to a horizontal support member **2028**. An auxiliary device connector **2018**, having a position for auxiliary device attachment **2014**, may be configured to connect to the vertical support member **2212**. A 3 port Probe MUX connection device **2016** may also be configured to connect to the tablet. A storage bin **2224** can be configured to attach by a storage bin attachment mechanism **2222** to vertical support member **2212**. The cart system may also include a cord management system **2226** configured to attach to the vertical support member. The cart assembly **2200** includes the support beam **2212** mounted on a base **2228** having wheels **2232** and a battery **2230** that provides power for extended operation of the tablet. The assembly can also include an accessory holder **2224** mounted with height adjustment device **2226**. Holders **2210** **2218** can be mounted on beam **2212** or on console panel **2214**. The multiport probe multiplex device **2216** connects to the tablet to provide simultaneous connection of several transducer probes which the user can select in sequence with the displayed virtual switch.

FIG. **23** illustrates preferred cart mount system for a modular ultrasound imaging system in accordance with the

invention. Arrangement **2300** depicts the tablet **2302**, coupled to the docking station **2304**. The docking station **2304** is affixed to the attachment mechanism **2306**. The attachment mechanism **2306** may include a hinged member **2308**, allowing for the user display to tilted into a user desired position. The attachment mechanism **2306** is attached to the vertical member **2312**. A tablet **2302** as described herein can be mounted on the base docking unit **2304** which is mounted to a mount assembly **2306** on top of beam **2212**. The base unit **2304** includes cradle **2310**, electrical connectors **2305** and a port **2307** to connect to the system **2302** to battery **2230** and multiplexor device **2216**.

FIG. **24** illustrates preferred cart system **2400** modular ultrasound imaging system in accordance with the invention in which tablet **2402** is connected on mounting assembly **2406** with connector **2404**. Arrangement **2400** depicts the tablet **2402**, coupled to the vertical support member **2408**, via attachment mechanism **2404** without the docking element **2304**. Attachment mechanism **2404** may include a hinged member **2406** for display adjustment.

FIGS. **25**A and **25**B illustrate a multi-function docking station. FIG. **25**A illustrates docking station **2502** and tablet **2504** having a base assembly **2506** that mates to the docking station **2502**. The tablet **2504** and the docking station **2502** may be electrically connected. The tablet **2504** may be released from docking station **2502** by engaging the release mechanism **2508**. The docking station **2502** may contain a transducer port **2512** for connection of a transducer probe **2510**. The docking station **2502** can contain 3 USB 3.0 ports, a LAN port, a headphone jack and a power connector for charging. FIG. **25**B illustrates a side view of the tablet **2504** and docking station **2502** having a stand in accordance with the preferred embodiments of the present invention. The docking station may include an adjustable stand/handle **2526**. The adjustable stand/handle **2526** may be tilted for multiple viewing angles. The adjustable stand/handle **2526** may be flipped up for transport purposes. The side view also illustrates a transducer port **2512** and a transducer probe connector **2510**.

FIG. **25**C shows the unitary, directional keypad which provides a single operating position from which to control the ultrasonic imaging operations. The quantitative parameters may be in a range of discrete values, or may span a continuum. A control key **721**, employed in conjunction with the up arrow key **713** or down arrow key **714** allows an operator to toggle between two control tabs depicted in FIGS. **25**D and **25**E, as will be described further below. Since all keys **713**, **714**, **716**, **718** employed in controlling and selecting the ultrasonic imaging operations are accessible from a common operating position, an operator may focus on the ultrasonic image of the subject and on the hand-held probe, and need not be distracted by unwieldy controls. Traditional directional keypads allow only directional control to be applied by the directional keypads, and do not allow both qualitative and quantitative selection of operations from a common, unitary operating position accessible by a single hand.

FIGS. **25**D and **25**E show qualitative and quantitative selection of ultrasonic imaging operations via invoking the unitary directional keypad. Referring to FIG. **25**D, ultrasonic imaging operations applicable to scanning are shown. The scanning operations are directed to active acquisition of real-time, dynamic ultrasonic image data, and are typically applied as the hand-held probe is manipulated over the subject imaging area. A size operation **2520** sets a series of predetermined defaults for other ultrasonic imaging operations. A small, medium, or large subject may be selected via

US 12,115,023 B2

27

the left **716** and right **718** arrow keys. A depth operation **2521** allows selection of a depth parameter via the arrow keys. Focus is controlled by a focus **2522** operation. Gain **2523** control adjusts the TGC for all TGC settings **2525***a*-**2525***h*. TGC operations **2525***a*-**2525***f* adjusts amplification of return signals at varying depth, ranging from the least depth **2525***a* to greatest depth **2525***h*, via the arrow keys.

Referring to FIG. **25**E, ultrasonic imaging operations applicable to processing are shown. The processing operations may be applied to static real-time or frozen images. An inversion operation is controlled by the inversion **2524** selection, and rotates the image via the arrow keys. Palette, smoothing, persistence, and mapping **2525**, **2526**, **2527** and **2528**, respectively are selected via the up and down arrow keys, and parameters selected via the arrow keys. Brightness and contrast scales are selected via sliders **2529** and **2530**, respectively, and are changed using arrow keys.

FIG. **25**F shows a state diagram depicting transition between the ultrasonic imaging operations depicted in FIGS. **25**D and **25**E. Tab 1 operations are selected via the up **713** and down **714** arrow keys and transition according to the following state sequence: size **2550**, depth **2551**, focus **2552**, Gain **2553** and TGC degrees **2554**, **2555**, **2556**, **2557**, **2558**, **2559**, **2560** and **2561**. Similarly, the Tab 2 operations are selected according to the following sequence: invert **2562**, palette **2563**, smoothing **2564**, persistence **2565**, map **2566**, brightness **2566**, and contrast **2567**. As indicated above, selection of operations may be toggled between Tab 1 and Tab 2 using control key and arrow keys.

The scanning operations shown in FIG. **25**D are displayed on Tab 1. The processing operations shown in FIG. **25**E are displayed and selected on Tab 2. Control is toggled between Tab 1 and Tab 2 using a combination of the control key and either the up **713** or down **714** arrow keys as shown by dotted lines **2569** and **2570**.

In general the use of medical ultrasound systems requires the user to have significant training and regular practice to keep skills at a high level. Another embodiment of the invention involves providing the user with an intuitive and simple way to use the interface, and with the ability to quickly and automatically set imaging parameters based on a software module. This enables general medical personnel with limited ultrasound experience to obtain diagnostic-quality images without having to adjust the controls. The "Quick Look" feature provides the user with a very simple mechanism of image optimization. It allows the user to simply adjust the image so as to obtain appropriate diagnostic image quality with one push of one button.

The benefits of programmed image parameters are many. The user no longer is required to adjust multiple controls in order to obtain a good image. Exams may be performed in a shorter period of time as a result. The use of this feature also results in more uniform images, regardless of the skills and expertise of the user. This approach is advantageous when performing exams under adverse circumstances such as emergency medical procedures performed in ambulances or remote locations.

The procedure involves the use of predefined histograms. Separate histograms are provided for different anatomical structures that are to be examined. The user chooses a structure, similar to the existing method of choosing a preset. Once the structure is chosen, the user places the transducer on the area of interest in the scanning window. At that time, pressing the selected control button triggers the system to adjust the system contrast and brightness control values so that a histogram of the gray levels in the image closely matches the corresponding pre-defined histogram for

28

that structure. The result is an image of diagnostic image quality that is easily recreated.

The procedure is highly dependent upon the brightness and contrast controls. As a result, a preferred embodiment provides an independent control which allows the user to adjust for ambient lighting changes. In many applications the programmed parameters gets the user very close, but they may choose to fine tune the contrast and brightness.

FIG. **26** illustrates a 2D imaging mode of operation with a modular ultrasound imaging system in accordance with the invention. The touch screen of table **2504** may display images obtained by 2-dimensional transducer probe using a 256 digital beamformer channels. The 2-dimensional image window **2602** depicts a 2-dimensional image scan **2604**. The 2-dimensional image may be obtained using flexible frequency scans **2606**, wherein the control parameters are represented on the tablet.

FIG. **27** illustrates a motion mode of operation with a modular ultrasound imaging system in accordance with the invention. The touch screen display of tablet **2700**, may display images obtained by a motion mode of operation. The touch screen display of tablet **2700**, may simultaneously display 2-dimensional **2706**, and motion mode imaging **2708**. The touch screen display of tablet **2700**, may display a 2-dimensional image window **2704**, with a 2-dimensional image **2706**. Flexible frequency controls **2702** displayed with the graphical user interface can be used to adjust the frequency from 2 MHz to 12 MHZ.

FIG. **28** illustrates a color Doppler mode of operation with a modular ultrasound imaging system in accordance with the invention. The touch screen display of tablet **2800** displays images obtained by color Doppler mode of operation. A 2-dimensional image window **2806** is used as the base display. The color coded information **2808**, is overlaid on the 2-dimensional image **2810**. Ultrasound-based imaging of red blood cells are derived from the received echo of the transmitted signal. The primary characteristics of the echo signal are the frequency and the amplitude. Amplitude depends on the amount of moving blood within the volume sampled by the ultrasound beam. A high frame rate or high resolution can be adjusted with the display to control the quality of the scan. Higher frequencies may be generated by rapid flow and can be displayed in lighter colors, while lower frequencies are displayed in darker colors. Flexible frequency controls **2804**, and color Doppler scan information **2802**, may be displayed on the tablet display **2800**.

FIG. **29** illustrates a pulsed wave Doppler mode of operation with a modular ultrasound imaging system in accordance with the invention. The touch screen display of tablet **2900**, may display images obtained by pulsed wave Doppler mode of operation. Pulsed wave Doppler scans produce a series of pulses used to analyse the motion of blood flow in a small region along a desired ultrasound cursor called the sample volume or sample gate **2012**. The tablet display **2900** may depict a 2-dimensional image **2902**, wherein the sample volume/sample gate **2012** is overlaid. The tablet display **2900** may use a mixed mode of operation **2906** to depict a 2-dimensional image **2902** and a time/Doppler frequency shift **2910**. The time/Doppler frequency shift **2910** can be converted into velocity and flow if an appropriate angle between the beam and blood flow is known. Shades of gray **2908** in the time/Doppler frequency shift **2910** may represent the strength of signal. The thickness of the spectral signal may be indicative of laminar or turbulent flow. The tablet display **2900** can depict adjustable frequency controls **2904**.

US 12,115,023 B2

29

FIG. 30 illustrates a triplex scan mode of operation with a modular ultrasound imaging system in accordance with the invention. The tablet display 3000 may include a 2-dimensional window 3002, capable of displaying 2-dimensional images alone or in combination with the color Doppler or directional Doppler features. The touch screen display of tablet 3000, may display images obtained by color Doppler mode of operation. A 2-dimensional image window 3002 is used as the base display. The color coded information 3004 is overlaid 3006 on the 2-dimensional image 3016. The pulsed wave Doppler feature may be used alone or in combination with 2-dimensional imaging or the color Doppler imaging. The tablet display 3000 may include a pulsed wave Doppler scan represented by a sample volume/sample gate 3008 overlaid over 2 dimensional image 3016 or the color code overlaid 3006, either alone or in combination. The tablet display 3000 may depict a split screen representing the time/Doppler frequency shift 3012. The time/Doppler frequency shift 3012 can be converted into velocity and flow if an appropriate angle between the insolating beam and blood flow is known. Shades of gray 3014 in the time/Doppler frequency shift 3012 may represent the strength of signal. The thickness of the spectral signal may be indicative of laminar or turbulent flow. The tablet display 3000 also may depict flexible frequency controls 3010.

FIG. 31 illustrates a GUI home screen interface 3100 for a user mode of operation with a modular ultrasound imaging system in accordance with the invention. The screen interface for a user mode of operation 3100 may be displayed when the ultrasound system is started. To assist a user in navigating the GUI home screen 3100, the home screen may be considered as including three exemplary work areas: a menu bar 3104, an image display window 3102, and an image control bar 3106. Additional GUI components may be provided on the main GUI home screen 3100, to enable a user to close, resize and exit the GUI home screen and/or windows in the GUI home screen.

The menu bar 3104 enables users to select ultra sound data, images and/or video for display in the image display window 3102. The menu bar may include components for selecting one or more files in a patient folder directly and an image folder directory.

The image control bar 3106 includes touch controls that may be operated by touch and touch gestures applied by the user directly to the surface of the display. Exemplary touch controls may include, but are not limited to a depth control touch controls 3108, a 2-dimensional gain touch control 3110, a full screen touch control 3112, a text touch control 3114, a split screen touch control 3116, a ENV touch control 3118, a CD touch control 3120, a PWD touch control 3122, a freeze touch control 3124, a store touch control 3126, and a optimize touch control 3128.

FIG. 32 illustrates a GUI menu screen interface 3200 for a user mode of operation with a modular ultrasound imaging system in accordance with the invention. The screen interface for a user mode of operation 3200 may be displayed when the menu selection mode is triggered from the menu bar 3204 thereby initiating ultrasound system. To assist a user in navigating the GUI home screen 3100, the home screen may be considered as including three exemplary work areas: a menu bar 3204, an image display window 3202, and an image control bar 3220. Additional GUI components may be provided on the main GUI menu screen 3200 to, for example enable a user to close, resize and exit the GUI menu screen and/or windows in the GUI menu screen.

30

The menu bar 3204 enables users to select ultra sound data, images and/or video for display in the image display window 3202. The menu bar 3204 may include touch control components for selecting one or more files in a patient folder directory and an image folder directory. Depicted in an expanded format, the menu bar may include exemplary touch control such as, a patient touch control 3208, a pre-sets touch control 3210, a review touch control 3212, a report touch control 3214, and a setup touch control 3216.

The image control bar 3220 includes touch controls that may be operated by touch and touch gestures applied by the user directly to the surface of the display. Exemplary touch controls may include, but are not limited to a depth control touch controls 3222, a 2-dimensional gain touch control 3224, a full screen touch control 3226, a text touch control 3228, a split screen touch control 3230, a needle visualization ENV touch control 3232, a CD touch control 3234, a PWD touch control 3236, a freeze touch control 3238, a store touch control 3240, and a optimize touch control 3242.

FIG. 33 illustrates a GUI patient data screen interface 3300, for a user mode of operation, with a modular ultrasound imaging system in accordance with the invention. The screen interface for a user mode of operation 3300 may be displayed when the patient selection mode is triggered from the menu bar 3302, when the ultrasound system is started. To assist a user in navigating the GUI patient data screen 3300, the patient data screen may be considered as including five exemplary work areas: a new patient touch screen control 3304, a new study touch screen control 3306, a study list touch screen control 3308, a work list touch screen control 3310, and a edit touch screen control 3312. Within each touch screen control, further information entry fields are available 3314, 3316. For example, patient information section 3314, and study information section 3316, may be used to record data.

Within the patient data screen 3300, the image control bar 3318, includes touch controls that may be operated by touch and touch gestures applied by the user directly to the surface of the display. Exemplary touch controls may include, but are not limited to accept study touch control 3320, close study touch control 3322, print touch control 3324, print preview touch control 3326, cancel touch control 3328, a 2-dimensional touch control 3330, freeze touch control 3332, and a store touch control 3334.

In general the use of medical ultrasound systems requires the user to have significant training and regular practice to keep skills at a high level. Another embodiment of the invention involves providing the user with an intuitive and simple way to use the interface, and with the ability to quickly and automatically set imaging parameters based on a software module. This enables general medical personnel with limited ultrasound experience to obtain diagnostic-quality images without having to adjust the controls. The "Quick Look" feature provides the user with a very simple mechanism of image optimization. It allows the user to simply adjust the image so as to obtain appropriate diagnostic image quality with one push of one button.

The benefits of programmed image parameters are many. The user no longer is required to adjust multiple controls in order to obtain a good image. Exams may be performed in a shorter period of time as a result. The use of this feature also results in more uniform images, regardless of the skills and expertise of the user. This approach is advantageous when performing exams under adverse circumstances such as emergency medical procedures performed in ambulances or remote locations.

US 12,115,023 B2

31

The procedure involves the use of predefined histograms. Separate histograms are provided for different anatomical structures that are to be examined. The user chooses a structure, similar to the existing method of choosing a preset. Once the structure is chosen, the user places the transducer on the area of interest in the scanning window. At that time, pressing the selected control button triggers the system to adjust the system contrast and brightness control values so that a histogram of the gray levels in the image closely matches the corresponding pre-defined histogram for that structure. The result is an image of diagnostic image quality that is easily recreated.

The procedure is highly dependent upon the brightness and contrast controls. As a result, a preferred embodiment provides an independent control which allows the user to adjust for ambient lighting changes. In many applications the programmed parameters gets the user very close, but they may choose to fine tune the contrast and brightness.

FIG. 34 illustrates a GUI patient data screen interface 3400, for a user mode of operation, with a modular ultrasound imaging system in accordance with the invention. The screen interface for a user mode of operation 3400 may be displayed when the pre-sets selection mode 3404 is triggered from the menu bar 3402 when the ultrasound system is started.

Within the pre-sets screen 3400, the image control bar 3408, includes touch controls that may be operated by touch and touch gestures applied by the user directly to the surface of the display. Exemplary touch controls may include, but are not limited to a save settings touch control 3410, a delete touch control 3412, CD touch control 3414, PWD touch control 3416, a freeze touch control 3418, a store touch control 3420, and a optimize touch control 3422.

FIG. 35 illustrates a GUI review screen interface 3500 for a user mode of operation, with a modular ultrasound imaging system in accordance with the invention. The screen interface for a user mode of operation 3500 may be displayed when the pre-sets expanded review 3504, selection mode 3404, is triggered from the menu bar 3502, when the ultrasound system is started.

Within the review screen 3500, the image control bar 3516, includes touch controls that may be operated by touch and touch gestures applied by the user directly to the surface of the display. Exemplary touch controls may include, but are not limited to a thumbnail settings touch control 3518, sync touch control 3520, selection touch control 3522, a previous image touch control 3524, a next image touch control 3526, a 2-dimensional image touch control 3528, a pause image touch control 3530, and a store image touch control 3532.

An image display window 3506, may allow the user to review images in a plurality of formats. Image display window 3506, may allow a user to view images 3508, 3510, 3512, 3514, in combination or subset or allow any image 3508, 3510, 3512, 3514, to be viewed individually. The image display window 3506 may be configured to display up to four images 3508, 3510, 3512, 3514, to be viewed simultaneously.

FIG. 36 illustrates a GUI Report Screen Interface for a user mode of operation with a modular ultrasound imaging system in accordance with the invention. The screen interface for a user mode of operation 3600 may be displayed when the report expanded review 3604, is triggered from the menu bar 3602, when the ultrasound system is started. The display screen 3606 contains the ultrasound report information 3626. The user may use the worksheet section within the

32

ultrasound report 3626, to enter in comments, patient information and study information.

Within the report screen 3600, the image control bar 3608, includes touch controls that may be operated by touch and touch gestures applied by the user directly to the surface of the display. Exemplary touch controls may include, but are not limited to a save touch control 3610, a save as touch control 3612, a print touch control 3614, a print preview touch control 3616, a close study touch control 3618, a 2-dimensional image touch control 3620, a freeze image touch control 3622, and a store image touch control 3624.

FIG. 37A illustrates a GUI Setup Screen Interface for a user mode of operation with a modular ultrasound imaging system in accordance with the invention. The screen interface for a user mode of operation 3700 may be displayed when the report expanded review 3704, is triggered from the menu bar 3702, when the ultrasound system is started.

Within the setup expanded screen 3704, the setup control bar 3744, includes touch controls that may be operated by touch and touch gestures, applied by the user directly to the surface of the display. Exemplary touch controls may include, but are not limited to a general touch control 3706, a display touch control 3708, a measurements touch control 3710, annotation touch control 3712, a print touch control 3714, a store/acquire touch control 3716, a DICOM touch control 3718, a export touch control 3720, and a study info image touch control 3722. The touch controls may contain display screen that allow the user to enter configuration information. For example, the general touch control 3706 contains a configuration screen 3724, wherein the user may enter configuration information. Additionally, the general touch control 3706 contains a section allowing user configuration of the soft key docking position 3726. FIG. 37B depicts the soft key controls 3752, with a right side alignment. The figure further illustrates that activation of the soft key control arrow 3750, will change the key alignment to the opposite side, in this case, left side alignment. FIG. 37C depicts left side alignment of the soft key controls 3762; the user may activate an orientation change by using the soft key control arrow 3760 to change the position to right side alignment.

Within the review screen 3700, the image control bar 3728, includes touch controls that may be operated by touch and touch gestures applied by the user directly to the surface of the display. Exemplary touch controls may include but are not limited to, a thumbnail settings touch control 3730, sync touch control 3732, selection touch control 3734, a previous image touch control 3736, a next image touch control 3738, a 2-dimensional image touch control 3740, and a pause image touch control 3742.

FIG. 38 illustrates a GUI Setup Screen Interface for a user mode of operation with a modular ultrasound imaging system in accordance with the invention. The screen interface for a user mode of operation 3800 may be displayed when the report expanded review 3804 is triggered from the menu bar 3802 when the ultrasound system is started.

Within the setup expanded screen 3804, the setup control bar 3844, includes touch controls that may be operated by touch and touch gestures applied by the user directly to the surface of the display. Exemplary touch controls may include, but are not limited to, a general touch control 3806, a display touch control 3808, a measurements touch control 3810, annotation touch control 3812, a print touch control 3814, a store/acquire touch control 3816, a DICOM touch control 3818, an export touch control 3820, and a study info image touch control 3822. The touch controls may contain display screen that allow the user to enter store/acquire

US 12,115,023 B2

33

information. For example, the store/acquire touch control **3816**, contains a configuration screen **3802**, wherein the user may enter configuration information. Additionally, the store/ acquire touch control **3802**, contains a section allowing user enablement of retrospective acquisition **3804**. When the user enables the store function, the system is defaulted to store prospective cine loops. If the user enables the enable retrospective capture, the store function may collect the cine loop retrospectively.

Within the setup screen **3800**, the image control bar **3828**, includes touch controls that may be operated by touch and touch gestures applied by the user directly to the surface of the display. Exemplary touch controls may include, but are not limited to a thumbnail settings touch control **3830**, sync touch control **3832**, selection touch control **3834**, a previous image touch control **3836**, a next image touch control **3838**, a 2-dimensional image touch control **3840**, and a pause image touch control **3842**.

FIGS. **39**A and **39**B illustrate an XY bi-plane probe consisting of two one dimensional, multi-element arrays. The arrays may be constructed where one array is on top of the other with a polarization axis of each array being aligned in the same direction. The elevation axis may be at a right angle or orthogonal to one another. Illustrated by FIG. **39**A, the array orientation is represented by arrangement **3900**. The polarization axis **3908** of both arrays are pointed in the z-axis **3906**. The elevation axis of the bottom array is pointed in y-direction **3902**, and the elevation axis of the top array is in the x-direction **3904**.

Further illustrated by FIG. **39**B, a one dimensional multi-element array forms an image as depicted in arrangement **3912**. A one-dimensional array with an elevation axis **3910** in a y-direction **3914** forms the ultrasound image **3914** on the x-axis **3904**, z-axis **3906**, plane. A one-dimensional array with the elevation axis **3910** in the x-direction **3904** forms the ultra sound image **3914** on the y-axis **3902**, z-axis **3906**. A one dimensional transducer array with elevation axis **3910** along a y-axis **3902** and polarization axis **3908** along a z-axis **3906** will result in an ultrasound image **3914** formed along the x **3904**, z **3906** plane. An alternate embodiment illustrated by FIG. **39**C depicts a one-dimensional transducer array with an elevation axis **3920** in a x-axis **904**, and a polarization axis **3922**, in the z-axis **3906**, direction. The ultrasound image **3924** is formed on the y **3902**, z **3906** plane.

FIG. **40** illustrates the operation of a bi-plane image forming xy-probe. FIG. **40** illustrates an array **4012** that has a high voltage applied for forming images. A high voltage driving pulses **4006**, **4008**, **4010**, may be applied to the bottom array **4004**, with a y-axis elevation. This application may result in generation of transmission pulses for forming the line one of the received image on the XZ plane, while keeping the elements of the top array **4002** at a grounded level.

FIG. **41** illustrates the operation of a bi-plane image forming xy-probe. FIG. **41** illustrates a array **4110**, that has a high voltage applied to it for forming images. A high voltage pulse **4102**, **4104**, **4106**, may be applied to the top array **4112**, with elevation in the x-axis, generating transmission pulses for forming the line one of the received image on the yz-plane, while keeping the elements of the bottom array **4014**, grounded **4108**.

FIG. **42** illustrates the circuit requirements of a bi-plane image forming xy-probe. The receive beamforming requirements are depicted for a bi-plane probe. A connection to receive the electronics **4202**, is made. Then elements from the select bottom array **4204**, and select top array **4208**, are

34

connected to share one connect to receive electronics **4202**, channel. A two to one mux circuit can be integrated on the high voltage driver **4206**, **4210**. The two-to one mux circuit can be integrated into high voltage driver **4206**, **4212**. One receive beam is formed for each transmit beam. The bi-plane system requires a total of 256 transmit beams for which 128 transmit beams are used for forming a XZ-plane image and the other 128 transmit beams are used for forming a YZ-plane image. A multiple-received beam forming technique can be used to improve the frame rate. An ultrasound system with dual received beam capabilities for each transmit beam two received beams can be formed. The bi-plane probe only needs a total of 128 transmit beams for forming the two orthogonal plane images, in which 64 transmit beams are used to form a XZ-plane image with the other 64 transmit beams for the YZ-plane image. Similarly, for an ultrasound system with a quad beam capability, the probe requires 64 transmit beams to form two orthogonal-plane images.

FIGS. **43**A-**43**B illustrate an application for simultaneous bi-plane evaluation. The ability to measure the LV mechanical dyssynchrony with echocardiograph can help identify patients that are more likely to benefit from Cardiac Resynchronization Therapy. LV parameters needed to be quantified are Ts-(lateral-septal), Ts-SD, Ts-peak, etc[4]. The Ts-(lateral-septal) can be measured on a 2D apical 4-chamber view Echo image, while the Ts-SD. Ts-peak (medial), Ts-onset (medial), Ts-peak (basal), Ts-onset (basal) can be obtained on two separated parasternal short-axis views with 6 segments at the level of mitral valve and at the papillary muscle level respectively-total 12 segments. FIG. **43**A-**43**B depicts an xy-probe providing apical four chamber **4304**, and apical two chamber **4302** images, to be viewed simultaneously.

FIGS. **44**A-**44**B illustrate ejection fraction probe measurement techniques. The biplane-probe provides for EF measurement, as visualization of two orthogonal planes ensure on-axis views are obtained. Auto-border detection algorithm, provides quantitative Echo results to select implant responders and guide the AV delay parameter setting. As depicted in FIG. **44**A, the XY probe acquires real-time simultaneous images from two orthogonal planes and the images **4402**, **4404** are displayed on a split screen. A manual contour tracing or automatic border tracing technique can be used to trace the endocardial border at both end-systole and end-diastolic time from which the EF is calculated. The LV areas in the apical 2CH **4402**, and 4CH **4404**, views, A1 and A2 respectively, are measured at the end of diastole and the end of systole. The LVEDV, left ventricular end-diastolic volume, and LVESV, left ventricular the end-systole volume, are calculated using the formula

$$V = \frac{8}{3\pi} \frac{A_1 A_2}{L}.$$

The ejection fraction is calculated by

$$EF = \frac{LVEDV - LVESV}{LVEDV}.$$

It is noted that the operations described herein are purely exemplary, and imply no particular order. Further, the operations can be used in any sequence, when appropriate, and/or can be partially used. Exemplary flowcharts are provided herein for illustrative purposes and are non-limiting

US 12,115,023 B2

**35**

examples of methods. One of ordinary skill in the art will recognize that exemplary methods may include more or fewer steps than those illustrated in the exemplary flowcharts, and that the steps in the exemplary flowcharts may be performed in a different order than shown.

In describing exemplary embodiments, specific terminology is used for the sake of clarity. For purposes of description, each specific term is intended to at least include all technical and functional equivalents that operate in a similar manner to accomplish a similar purpose. Additionally, in some instances where a particular exemplary embodiment includes a plurality of system elements or method steps, those elements or steps may be replaced with a single element or step. Likewise, a single element or step may be replaced with a plurality of elements or steps that serve the same purpose. Further, where parameters for various properties are specified herein for exemplary embodiments, those parameters may be adjusted up or down by $\frac{1}{20}$, $\frac{1}{10}$, $\frac{1}{5}$, $\frac{1}{3}$, $\frac{1}{2}$, etc., or by rounded-off approximations thereof, unless otherwise specified.

With the above illustrative embodiments in mind, it should be understood that such embodiments can employ various computer-implemented operations involving data transferred or stored in computer systems. Such operations are those requiring physical manipulation of physical quantities. Typically, though not necessarily, such quantities take the form of electrical, magnetic, and/or optical signals capable of being stored, transferred, combined, compared, and/or otherwise manipulated.

Further, any of the operations described herein that form part of the illustrative embodiments are useful machine operations. The illustrative embodiments also relate to a device or an apparatus for performing such operations. The apparatus can be specially constructed for the required purpose, or can incorporate a general-purpose computer selectively activated or configured by a computer program stored in the computer. In particular, various general-purpose machines employing one or more processors coupled to one or more computer readable media can be used with computer programs written in accordance with the teachings disclosed herein, or it may be more convenient to construct a more specialized apparatus to perform the required operations.

The foregoing description has been directed to particular illustrative embodiments of this disclosure. It will be apparent, however, that other variations and modifications may be made to the described embodiments, with the attainment of some or all of their associated advantages. Moreover, the procedures, processes, and/or modules described herein may be implemented in hardware, software, embodied as a computer-readable medium having program instructions, firmware, or a combination thereof. For example, one or more of the functions described herein may be performed by a processor executing program instructions out of a memory or other storage device.

It will be appreciated by those skilled in the art that modifications to and variations of the above-described systems and methods may be made without departing from the inventive concepts disclosed herein. Accordingly, the disclosure should not be viewed as limited except as by the scope and spirit of the appended claims.

What is claimed is:

1. A method of operating a cart mounted medical ultrasound imaging device, the cart-mounted medical ultrasound imaging device being mounted on a cart and including a multiport transducer connector that is connectable to one or more transducer probes wherein each transducer probe

**36**

includes a transducer in a handheld transducer housing, a tablet housing having a front panel, a computer in the tablet housing, the computer including at least one processor that controls an ultrasound imaging operation and at least one memory, a touch screen display for displaying an ultrasound image and for selectively performing a measurement of a displayed feature within the ultrasound image, the touch screen display positioned on the front panel, and wherein the computer communicates with a controller connected to an ultrasound beamformer processing circuit, the computer further communicating with a display controller connected to the touch screen display, the method comprising the steps of:

selecting a transducer of at least one transducer probe that is connected to the multiport transducer connector with a touch actuated input on the touch screen display to perform an ultrasound imaging procedure;

operating the selected transducer that communicates with the ultrasound beamformer processing circuit such that beamformed image data is processed and displayed on an ultrasound image display window area of the touch screen display that is powered by a battery carried on the cart, the touch screen display having a plurality of touch actuated icons outside the image display window area that operate imaging parameters wherein at least one of the touch actuated icons operates access to a patient data display window and at least one of the touch actuated icons can actuate a plurality of imaging parameter presets wherein each of the plurality of imaging parameter presets automatically sets imaging parameters for imaging of a touch selectable anatomic structure, the imaging parameter presets being selected from a touch actuated preset selection window that lists a plurality of anatomic structures;

receiving, at the computer, a first touch gesture input from the touch screen display that selects at least one of the imaging parameter presets corresponding to a selected anatomic structure; and

in response to a further touch gesture input from the touch screen display, altering at least one of the automatically set imaging parameters to adjust an imaging operation of the selected anatomic structure.

2. The method of claim 1 further comprising in response to a second input from the touch screen display, displaying a first cursor inside a region of a virtual window displaying a magnified image.

3. The method of claim 2 further comprising receiving, at the computer, a third input from the touch screen display, the third input being received inside the region of the virtual window.

4. The method of claim 3 wherein the third input corresponds to a drag gesture on the touch screen display.

5. The method of claim 3 further comprising in response to the third input from the touch screen display, moving the first cursor to a first location inside the region of the virtual window.

6. The method of claim 5 further comprising receiving, at the computer, a fourth input from the touch screen display, the fourth input being received at the first location inside the region of the virtual window.

7. The method of claim 6 wherein the fourth input corresponds to a press gesture against the touch screen display.

8. The method of claim 6 further comprising receiving, at the computer, a fifth input from the touch screen display, the fifth input being received substantially simultaneously with the fourth input.

US 12,115,023 B2

37

**9**. The method of claim **1** wherein the ultrasound beamformer processing circuit is within a handheld transducer housing wherein transducer signals are processed to apply delay settings, the delay settings being adjusted in response to a gesture against the touch screen display, the handheld transducer housing communicating with the at least one processor.

**10**. The method of claim **1** wherein the step of selecting a transducer further comprises using a touch actuated operation on the touch screen display and further comprising, in response to a further input on the touch screen display, displaying a first ultrasound image with a first transducer array and displaying a second ultrasound image with a second transducer array.

**11**. The method of claim **1** further comprising performing, by the computer, at least one measurement on the ultrasound image based at least in part on the first cursor at the first location.

**12**. A method of operating a cart-mounted medical ultrasound imaging device, the cart-mounted medical ultrasound imaging device being mounted on a cart and including a multiport transducer connector that is connectable to one or more transducer probes wherein each transducer probe includes a transducer in a handheld transducer housing, a tablet housing having a front panel, a computer in the tablet housing, the computer including at least one processor that controls an ultrasound imaging operation and at least one memory, a touch screen display for displaying an ultrasound image, the touch screen display positioned on the front panel, and wherein the computer communicates with a controller connected to an ultrasound beamformer processing circuit and communicates with a display controller connected to the touch screen display, the method comprising the steps of:

selecting a transducer of at least one transducer probe that is connected to the multiport transducer connector with a touch actuated input on the touch screen display to perform an ultrasound imaging procedure;

operating the selected transducer that communicates with the ultrasound beamformer processing circuit such that beamformed image data is processed and displayed on an ultrasound image display window area of the touch screen display being powered by a battery carried on the cart, the touch screen display having a plurality of touch actuated icons outside the image display window area that operate imaging parameters wherein one or more of the touch actuated icons operates access to a patient data display window and one or more imaging parameter presets that automatically set imaging parameters for imaging of a selected anatomic structure;

receiving, at the computer, a first touch gesture input from the touch screen display to open a preset selection window to select at least one imaging parameter preset for a selected anatomic structure; and

in response to a second touch gesture input from the touch screen display, altering at least one of the automatically set imaging parameters to adjust an imaging operation to display the anatomic structure on the ultrasound image display window area.

**13**. The method of claim **12** further comprising actuating third input on the touch screen display that corresponds to a drag gesture on the touch screen display.

**14**. The method of claim **13** further comprising actuating a fourth input on the touch screen display that corresponds to a press gesture against the touch screen display.

38

**15**. The method of claim **12** wherein the ultrasound beamformer processing circuit processes transducer signals to apply delay settings, the delay settings being adjusted in response to a gesture against the touch screen display.

**16**. The method of claim **12**, wherein the processing and display of the beamformed image data further comprises automatically tracing a border of an anatomical structure.

**17**. A method of operating a cart mounted medical ultrasound imaging system, comprising:

operating the cart mounted medical ultrasound imaging system that includes:

a multiport transducer connector that is connectable to one or more transducer probes wherein each transducer probe includes at least one transducer in a handheld transducer housing;

a touch screen display housing on the cart, the touch screen display housing including a touch screen display configured to display a plurality of touch actuated controls for control of ultrasound imaging procedures, the touch actuated controls configured to select an imaging mode and to select at least one transducer connected to the multiport transducer connector to perform an ultrasound imaging procedure, wherein the ultrasound imaging system is configured for a user to perform an ultrasound imaging procedure using at least one of a plurality of automatic imaging parameter presets stored for a corresponding plurality of touch selectable anatomic structures, a measurement of tissue being imaged, a selection of split screen viewing of ultrasound images and selection of a display window for entry of patient data, the touch screen display having a plurality of touch actuated icons that operate imaging parameters wherein at least one touch actuated icon operates access to the patient data display window;

a computer system mounted on the cart, the computer system including at least one processor that controls an ultrasound imaging procedure and at least one memory, and wherein the computer system communicates with an imaging controller connected to an ultrasound beamformer processing circuit, the computer further communicating with a display controller connected to the touch screen display; and

wherein the medical ultrasound imaging system is powered by a battery carried on the cart;

the method further comprising the steps of:

connecting a first transducer and a second transducer to the multiport transducer connector;

selecting an imaging procedure to be performed using at least one connected transducer with a touch actuated input on the touch screen display;

receiving, at the computer, a touch gesture input from the touch screen display that selects at least one of the automatic imaging parameter presets corresponding to an anatomic structure;

selecting the first connected transducer with a touch actuated input on the touch screen display to perform the selected ultrasound imaging procedure;

operating the selected first connected transducer that communicates with the ultrasound beamformer processing circuit such that beamformed image data is processed and a first ultrasound image is generated for display;

selecting the second connected transducer and operating the selected second connected transducer to generate a second ultrasound image for display; and

US 12,115,023 B2

**39**

displaying the first ultrasound image and the second ultrasound image in split screen format.

**18**. The method of claim **17** further comprising displaying at least four ultrasound images simultaneously on an ultrasound display.

**19**. The method of claim **17** further comprising receiving, at the computer, a further input from the touch screen display, the further input actuating imaging of a first image plane of a region and imaging of a second image plane of a region.

**20**. The method of claim **19** wherein the first transducer and the second transducer comprise a biplane transducer array.

**21**. The method of claim **17** wherein the first ultrasound image and the second ultrasound image are displayed in a split screen image display window of the touch screen display.

**22**. The method of claim **17** wherein the first ultrasound image and the second ultrasound image are simultaneously generated for display.

**40**

**23**. The method of claim **22** wherein the first transducer array and the second transducer array comprise a biplane transducer.

**24**. The method of claim **17** wherein the first transducer array comprises a first transducer probe and the second transducer array comprises a second transducer probe.

**25**. The method of claim **17** wherein the ultrasound beamformer processing circuit is within a tablet housing including the touch screen display wherein transducer signals are processed to apply delay settings, the delay settings being adjusted in response to a gesture against the touch screen display.

**26**. The method of claim **17** wherein the medical ultrasound imaging system is connected to a further display that displays ultrasound images generated with one or more connected transducers.

**27**. The method of claim **17** wherein a plurality of transducers connected to the multiport transducer connector generate a corresponding plurality of images during an imaging procedure that are viewed in split screen format.

\* \* \* \* \*

# EXHIBIT C

US012102480B2

## (12) United States Patent
### Chiang et al.

(10) **Patent No.:** US 12,102,480 B2
(45) **Date of Patent:** Oct. 1, 2024

(54) **TABLET ULTRASOUND SYSTEM**

(71) Applicant: **Teratech Corporation**, Burlington, MA (US)

(72) Inventors: **Alice Chiang**, Wayland, MA (US); **William M. Wong**, Milton, MA (US); **Noah Berger**, Sudbury, MA (US)

(73) Assignee: **Teratech Corporation**, Burlington, MA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **18/397,557**

(22) Filed: **Dec. 27, 2023**

(65) **Prior Publication Data**

US 2024/0148358 A1     May 9, 2024

### Related U.S. Application Data

(63) Continuation of application No. 17/520,150, filed on Nov. 5, 2021, now Pat. No. 11,857,363, which is a (Continued)

(51) **Int. Cl.**
    *A61B 8/00*          (2006.01)
    *A61B 8/08*          (2006.01)
    (Continued)

(52) **U.S. Cl.**
    CPC .......... *A61B 8/4427* (2013.01); *A61B 8/0841* (2013.01); *A61B 8/0883* (2013.01); (Continued)

(58) **Field of Classification Search**
    CPC ... A61B 8/4427; A61B 8/0841; A61B 8/0883; A61B 8/0891; A61B 8/4405; (Continued)

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,991,604 A | 2/1991 | Wurster et al. | |
| 5,311,095 A | 5/1994 | Smith et al. | |
| | (Continued) | | |

#### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CN | 101869484 A | 10/2010 | |
| CN | 102178547 A | 9/2011 | |
| | (Continued) | | |

#### OTHER PUBLICATIONS

alibaba.com, Chison SonoTouch 10 B&W Handled Ultrasound Tablet With CE FDA. Shaanxi Aipu Medical Instrument Co., Ltd. 6 pages, (2014).

(Continued)

*Primary Examiner* — Sanjay Cattungal
(74) *Attorney, Agent, or Firm* — McCarter & English, LLP

(57)          **ABSTRACT**

Exemplary embodiments provide systems and methods for portable medical ultrasound imaging. Preferred embodiments utilize a tablet touchscreen display operative to control imaging and display operations without the need for using traditional keyboards or controls. Certain embodiments provide ultrasound imaging system in which the scan head includes a beamformer circuit that performs far field sub array beamforming or includes a sparse array selecting circuit that actuates selected elements. Exemplary embodiments also provide an ultrasound engine circuit board including one or more multi-chip modules, and a portable medical ultrasound imaging system including an ultrasound engine circuit board with one or more multi-chip modules. Exemplary embodiments also provide methods for using a hierarchical two-stage or three-stage beamforming system, three dimensional ultrasound images which can be generated in real-time.

**20 Claims, 56 Drawing Sheets**



## US 12,102,480 B2

Page 2

### Related U.S. Application Data

continuation of application No. 15/833,547, filed on Dec. 6, 2017, now Pat. No. 11,179,138, which is a continuation of application No. 14/037,106, filed on Sep. 25, 2013, now Pat. No. 9,877,699, which is a continuation-in-part of application No. PCT/US2013/033941, filed on Mar. 26, 2013, which is a continuation-in-part of application No. 13/838,694, filed on Mar. 15, 2013, now Pat. No. 10,667,790.

(60) Provisional application No. 61/704,254, filed on Sep. 21, 2012, provisional application No. 61/615,627, filed on Mar. 26, 2012.

(51) **Int. Cl.**

| | |
|---|---|
| *G01S 7/52* | (2006.01) |
| *G01S 15/89* | (2006.01) |
| *G06F 3/0488* | (2022.01) |
| *G06F 3/04883* | (2022.01) |
| *G16H 30/20* | (2018.01) |
| *G16H 30/40* | (2018.01) |
| *G16H 40/63* | (2018.01) |
| *G16H 40/67* | (2018.01) |
| *H01L 25/065* | (2023.01) |
| *A61B 8/06* | (2006.01) |
| *A61B 8/13* | (2006.01) |

(52) **U.S. Cl.**
CPC .......... *A61B 8/0891* (2013.01); *A61B 8/4405* (2013.01); *A61B 8/4477* (2013.01); *A61B 8/4483* (2013.01); *A61B 8/461* (2013.01); *A61B 8/462* (2013.01); *A61B 8/463* (2013.01); *A61B 8/465* (2013.01); *A61B 8/467* (2013.01); *A61B 8/468* (2013.01); *A61B 8/469* (2013.01); *A61B 8/5207* (2013.01); *A61B 8/56* (2013.01); *A61B 8/565* (2013.01); *G01S 7/52019* (2013.01); *G01S 7/52023* (2013.01); *G01S 7/52074* (2013.01); *G01S 7/52082* (2013.01); *G01S 7/52084* (2013.01); *G01S 15/8925* (2013.01); *G06F 3/0488* (2013.01); *G06F 3/04883* (2013.01); *G16H 30/20* (2018.01); *G16H 30/40* (2018.01); *G16H 40/63* (2018.01); *G16H 40/67* (2018.01); *H01L 25/0657* (2013.01); *A61B 8/06* (2013.01); *A61B 8/08* (2013.01); *A61B 8/13* (2013.01); *A61B 8/4444* (2013.01); *A61B 8/54* (2013.01); *G01S 15/8979* (2013.01); *H01L 2224/32145* (2013.01); *H01L 2224/32245* (2013.01); *H01L 2224/48091* (2013.01); *H01L 2224/73265* (2013.01); *H01L 2225/0651* (2013.01); *H01L 2225/06575* (2013.01); *H01L 2924/181* (2013.01)

(58) **Field of Classification Search**
CPC ..... A61B 8/4477; A61B 8/4483; A61B 8/461; A61B 8/462; A61B 8/463; A61B 8/465; A61B 8/467; A61B 8/468; A61B 8/469; A61B 8/5207; A61B 8/56; A61B 8/565; A61B 8/06; A61B 8/08; A61B 8/13; A61B 8/4444; A61B 8/54; G01S 7/52019; G01S 7/52023; G01S 7/52074; G01S 7/52082; G01S 7/52084; G01S 15/8925; G01S 15/8979; G06F 3/0488; G06F 3/04883; G16H 30/20; G16H 30/40; G16H 40/63; G16H 40/67; H01L 25/0657; H01L 2224/32145; H01L 2224/32245; H01L 2224/48091; H01L 2224/73265; H01L 2225/0651; H01L 2225/06575; H01L 2924/181
See application file for complete search history.

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,381,794 A | 1/1995 | Tei et al. | |
| 5,487,388 A | 1/1996 | Rello et al. | |
| 5,598,845 A | 2/1997 | Chandraratna et al. | |
| 5,722,411 A | 3/1998 | Suzuki et al. | |
| 5,844,140 A | 12/1998 | Seale | |
| 6,059,727 A | 5/2000 | Fowlkes et al. | |
| 6,063,030 A | 5/2000 | Vara et al. | |
| 6,106,472 A | 8/2000 | Chiang et al. | |
| 6,131,459 A | 10/2000 | Seale et al. | |
| 6,146,331 A | 11/2000 | Wong | |
| 6,261,234 B1 | 7/2001 | Lin | |
| 6,371,918 B1 | 4/2002 | Bunce | |
| 6,425,865 B1 | 7/2002 | Salcudean et al. | |
| 6,447,451 B1 | 9/2002 | Wing et al. | |
| 6,450,958 B1 | 9/2002 | Linkhart et al. | |
| 6,468,212 B1 | 10/2002 | Scott et al. | |
| 6,500,126 B1 | 12/2002 | Brock-Fisher | |
| 6,516,667 B1 | 2/2003 | Broad et al. | |
| 6,519,632 B1 | 2/2003 | Brackett et al. | |
| 6,520,912 B1 | 2/2003 | Brooks et al. | |
| 6,530,887 B1 | 3/2003 | Gilbert et al. | |
| 6,569,102 B2 | 5/2003 | Imran et al. | |
| 6,575,908 B2 | 6/2003 | Barnes et al. | |
| 6,599,256 B1 | 7/2003 | Acker et al. | |
| 6,603,494 B1 | 8/2003 | Banks et al. | |
| 6,638,226 B2 | 10/2003 | He et al. | |
| 6,663,567 B2 | 12/2003 | Ji et al. | |
| 6,669,633 B2 | 12/2003 | Brodsky et al. | |
| 6,682,483 B1 | 1/2004 | Abend et al. | |
| 6,689,055 B1 | 2/2004 | Mullen et al. | |
| 6,719,698 B2 | 4/2004 | Manor et al. | |
| 6,760,755 B1 | 7/2004 | Brackett | |
| 6,761,689 B2 | 7/2004 | Salgo et al. | |
| 7,022,075 B2 | 4/2006 | Grunwald et al. | |
| 7,115,093 B2 | 10/2006 | Halmann et al. | |
| 7,338,450 B2 | 3/2008 | Kristoffersen et al. | |
| 7,352,570 B2 | 4/2008 | Smith et al. | |
| 7,457,672 B2 | 11/2008 | Katsman et al. | |
| 7,604,601 B2 | 10/2009 | Altmann et al. | |
| 7,736,313 B2 | 6/2010 | Luo et al. | |
| 7,736,314 B2 | 6/2010 | Beach et al. | |
| 7,794,398 B2 | 9/2010 | Salgo | |
| 8,235,903 B2 | 8/2012 | Abraham | |
| 8,241,220 B2 | 8/2012 | Wilser et al. | |
| 8,357,094 B2 | 1/2013 | Mo et al. | |
| 8,409,095 B1 | 4/2013 | Marquis | |
| 8,435,183 B2 | 5/2013 | Barnes et al. | |
| 8,659,507 B2 | 2/2014 | Roncalez et al. | |
| 8,925,386 B2 | 1/2015 | Oshiki | |
| 9,033,879 B2 | 5/2015 | Urness et al. | |
| 9,072,471 B2 | 7/2015 | Kato et al. | |
| 9,113,825 B2 | 8/2015 | Chaggares et al. | |
| 9,220,478 B2 | 12/2015 | Smith et al. | |
| 9,301,730 B2 | 4/2016 | Poland | |
| 9,314,225 B2 | 4/2016 | Steen et al. | |
| 9,327,142 B2 | 5/2016 | Rothberg et al. | |
| 9,386,964 B2 | 7/2016 | Bagge | |
| 9,504,448 B2 | 11/2016 | Cheng et al. | |
| 9,597,008 B2 | 3/2017 | Henkel et al. | |
| 9,877,699 B2 | 1/2018 | Chiang et al. | |
| 9,962,143 B2 | 5/2018 | Funakubo | |
| 9,983,905 B2 | 5/2018 | Tobias et al. | |
| 9,986,972 B2 | 6/2018 | Halmann et al. | |
| RE46,931 E | 7/2018 | McLaughlin et al. | |
| 10,667,790 B2 * | 6/2020 | Chiang | A61B 8/4477 |
| 10,856,847 B2 | 12/2020 | Rothberg et al. | |
| 11,179,138 B2 | 11/2021 | Chiang et al. | |
| 11,259,874 B1 * | 3/2022 | Landon | G16H 40/67 |
| 2002/0087061 A1 | 7/2002 | Lifshitz et al. | |
| 2002/0173721 A1 | 11/2002 | Grunwald et al. | |

## US 12,102,480 B2

Page 3

(56)         **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2003/0013959 A1 | 1/2003 | Grunwald et al. | |
| 2003/0078501 A1 | 4/2003 | Barnes et al. | |
| 2003/0088182 A1 | 5/2003 | He et al. | |
| 2003/0097071 A1 | 5/2003 | Halmann et al. | |
| 2003/0139664 A1* | 7/2003 | Hunt | G01S 7/52023 |
| | | | 600/407 |
| 2003/0195418 A1 | 10/2003 | Barnes et al. | |
| 2003/0212327 A1 | 11/2003 | Wang et al. | |
| 2004/0015079 A1 | 1/2004 | Berger et al. | |
| 2004/0059220 A1 | 3/2004 | Mourad et al. | |
| 2004/0138569 A1 | 7/2004 | Grunwald et al. | |
| 2004/0147840 A1 | 7/2004 | Duggirala et al. | |
| 2004/0150963 A1 | 8/2004 | Holmberg et al. | |
| 2004/0152982 A1 | 8/2004 | Hwang et al. | |
| 2004/0152986 A1 | 8/2004 | Fidel et al. | |
| 2004/0158154 A1* | 8/2004 | Hanafy | G01S 7/52053 |
| | | | 600/446 |
| 2004/0193042 A1 | 9/2004 | Scampini et al. | |
| 2005/0085730 A1 | 4/2005 | Flesch et al. | |
| 2005/0101864 A1 | 5/2005 | Zheng et al. | |
| 2005/0113690 A1 | 5/2005 | Halmann et al. | |
| 2005/0119574 A1 | 6/2005 | Maerfeld et al. | |
| 2005/0281444 A1 | 12/2005 | Lundberg et al. | |
| 2006/0020204 A1 | 1/2006 | Serra et al. | |
| 2006/0020206 A1 | 1/2006 | Serra et al. | |
| 2007/0139873 A1 | 6/2007 | Thomas et al. | |
| 2007/0140424 A1 | 6/2007 | Serceki | |
| 2007/0161905 A1 | 7/2007 | Munrow | |
| 2007/0167709 A1 | 7/2007 | Slayton et al. | |
| 2008/0108899 A1 | 5/2008 | Halmann et al. | |
| 2008/0119731 A1 | 5/2008 | Becerra et al. | |
| 2008/0146922 A1 | 6/2008 | Steins et al. | |
| 2008/0161686 A1 | 7/2008 | Halmann | |
| 2008/0161688 A1 | 7/2008 | Poland et al. | |
| 2008/0208047 A1 | 8/2008 | Delso | |
| 2008/0208061 A1 | 8/2008 | Halmann | |
| 2008/0215982 A1 | 9/2008 | Washburn et al. | |
| 2008/0249414 A1* | 10/2008 | Yang | A61B 8/0883 |
| | | | 600/445 |
| 2009/0012401 A1* | 1/2009 | Steinbacher | A61B 8/467 |
| | | | 600/459 |
| 2009/0043195 A1 | 2/2009 | Poland | |
| 2009/0054781 A1 | 2/2009 | Stonefield et al. | |
| 2009/0125840 A1 | 5/2009 | Squilla et al. | |
| 2009/0131793 A1 | 5/2009 | Stonefield et al. | |
| 2009/0177086 A1 | 7/2009 | Steen | |
| 2009/0198132 A1 | 8/2009 | Pelissier et al. | |
| 2009/0275835 A1* | 11/2009 | Hwang | A61B 8/4433 |
| | | | 600/443 |
| 2010/0022890 A1 | 1/2010 | Fukukita et al. | |
| 2010/0094132 A1 | 4/2010 | Hansen et al. | |
| 2010/0145195 A1 | 6/2010 | Hyun | |
| 2010/0160787 A1 | 6/2010 | Gorzitze | |
| 2010/0174189 A1 | 7/2010 | Abraham | |
| 2010/0179428 A1 | 7/2010 | Pedersen et al. | |
| 2010/0217123 A1 | 8/2010 | Eran et al. | |
| 2010/0217128 A1 | 8/2010 | Betts | |
| 2010/0305444 A1 | 12/2010 | Fujii et al. | |
| 2011/0050594 A1* | 3/2011 | Kim | G06F 3/04847 |
| | | | 345/173 |
| 2011/0112399 A1 | 5/2011 | Willems et al. | |
| 2011/0125022 A1 | 5/2011 | Lazebnik | |
| 2011/0202889 A1 | 8/2011 | Ludwig et al. | |
| 2011/0218436 A1 | 9/2011 | Dewey et al. | |
| 2011/0230764 A1 | 9/2011 | Baba et al. | |
| 2011/0237948 A1 | 9/2011 | Corn | |
| 2011/0313292 A1 | 12/2011 | Kwak et al. | |
| 2012/0010508 A1 | 1/2012 | Sokulin et al. | |
| 2012/0029303 A1 | 2/2012 | Shaya | |
| 2012/0053463 A1 | 3/2012 | Yoo | |
| 2012/0065513 A1 | 3/2012 | Lee | |
| 2012/0078108 A1 | 3/2012 | Kim et al. | |
| 2012/0089024 A1 | 4/2012 | Hong | |
| 2012/0095342 A1 | 4/2012 | Lee | |
| 2012/0101378 A1 | 4/2012 | Lee | |
| 2012/0108962 A1 | 5/2012 | Yoon | |
| 2012/0108964 A1 | 5/2012 | Lee et al. | |
| 2012/0112605 A1 | 5/2012 | Kim | |
| 2012/0130244 A1 | 5/2012 | Kim | |
| 2012/0133601 A1* | 5/2012 | Marshall | G06F 3/041 |
| | | | 345/173 |
| 2012/0136252 A1 | 5/2012 | Cho | |
| 2012/0136254 A1 | 5/2012 | Kim | |
| 2012/0157836 A1 | 6/2012 | Kim | |
| 2012/0157844 A1 | 6/2012 | Halmann | |
| 2012/0157847 A1 | 6/2012 | Kim | |
| 2012/0157848 A1 | 6/2012 | Kim | |
| 2012/0179038 A1 | 7/2012 | Meurer et al. | |
| 2012/0184849 A1 | 7/2012 | Sandstrom et al. | |
| 2012/0190984 A1 | 7/2012 | Kim et al. | |
| 2012/0209107 A1 | 8/2012 | Guo et al. | |
| 2012/0215108 A1 | 8/2012 | Park et al. | |
| 2012/0220873 A1 | 8/2012 | Hyun | |
| 2012/0232399 A1 | 9/2012 | Lee | |
| 2012/0265027 A1 | 10/2012 | Lee et al. | |
| 2012/0265074 A1 | 10/2012 | Na et al. | |
| 2012/0283605 A1 | 11/2012 | Lewis, Jr. | |
| 2012/0288172 A1 | 11/2012 | Perrey et al. | |
| 2012/0302883 A1 | 11/2012 | Kong et al. | |
| 2012/0316444 A1 | 12/2012 | Shim et al. | |
| 2013/0018265 A1 | 1/2013 | Kim et al. | |
| 2013/0019193 A1* | 1/2013 | Rhee | G06F 3/04886 |
| | | | 715/764 |
| 2013/0072795 A1 | 3/2013 | Mo et al. | |
| 2013/0072797 A1 | 3/2013 | Lee | |
| 2013/0079627 A1 | 3/2013 | Lee | |
| 2013/0144169 A1 | 6/2013 | Lee et al. | |
| 2013/0144194 A1 | 6/2013 | Ahn et al. | |
| 2013/0165783 A1 | 6/2013 | Kim et al. | |
| 2013/0184578 A1 | 7/2013 | Lee et al. | |
| 2013/0190624 A1 | 7/2013 | Beger et al. | |
| 2013/0202169 A1 | 8/2013 | Lee et al. | |
| 2013/0202174 A1 | 8/2013 | Lee | |
| 2013/0218014 A1 | 8/2013 | Shim et al. | |
| 2013/0218024 A1* | 8/2013 | Boctor | A61B 8/4416 |
| | | | 600/476 |
| 2013/0226001 A1* | 8/2013 | Steen | G01S 7/52096 |
| | | | 600/447 |
| 2013/0226004 A1 | 8/2013 | Lee | |
| 2013/0237811 A1 | 9/2013 | Mihailescu et al. | |
| 2013/0237824 A1 | 9/2013 | Kim | |
| 2013/0237828 A1 | 9/2013 | Lee et al. | |
| 2013/0239052 A1 | 9/2013 | Moody et al. | |
| 2013/0245449 A1 | 9/2013 | Barnes et al. | |
| 2013/0253316 A1 | 9/2013 | Choi | |
| 2013/0253323 A1 | 9/2013 | Kim | |
| 2013/0261434 A1 | 10/2013 | Kim et al. | |
| 2013/0261448 A1 | 10/2013 | Hyun et al. | |
| 2013/0261459 A1 | 10/2013 | Na et al. | |
| 2013/0320485 A1 | 12/2013 | Ching Tee et al. | |
| 2013/0324850 A1 | 12/2013 | Petruzzelli et al. | |
| 2013/0328810 A1* | 12/2013 | Li | G06F 3/04883 |
| | | | 345/173 |
| 2013/0331694 A1 | 12/2013 | Barnes et al. | |
| 2014/0005550 A1 | 1/2014 | Lu et al. | |
| 2014/0009686 A1* | 1/2014 | Segal | H04N 5/2222 |
| | | | 348/722 |
| 2014/0051984 A1 | 2/2014 | Berger et al. | |
| 2014/0100440 A1* | 4/2014 | Cheline | A61B 8/5223 |
| | | | 600/407 |
| 2014/0107435 A1 | 4/2014 | Sharf et al. | |
| 2014/0111451 A1* | 4/2014 | Park | G06F 3/04883 |
| | | | 345/173 |
| 2014/0114194 A1 | 4/2014 | Kanayama et al. | |
| 2014/0121524 A1 | 5/2014 | Chiang et al. | |
| 2014/0164965 A1* | 6/2014 | Lee | A61B 8/467 |
| | | | 715/765 |
| 2014/0180111 A1* | 6/2014 | Gopinathan | A61B 8/483 |
| | | | 600/447 |
| 2014/0187934 A1 | 7/2014 | Urness | |
| 2014/0187946 A1 | 7/2014 | Miller et al. | |
| 2014/0194742 A1 | 7/2014 | Sundaran Baby Sarojam et al. | |

## US 12,102,480 B2

Page 4

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2014/0200452 A1* | 7/2014 | Chang | G06T 7/12 600/407 |
| 2014/0200456 A1* | 7/2014 | Owen | A61B 8/4427 600/447 |
| 2014/0237811 A1 | 8/2014 | Guercioni | |
| 2014/0243614 A1 | 8/2014 | Rothberg et al. | |
| 2014/0243669 A1 | 8/2014 | Halmann et al. | |
| 2014/0257104 A1 | 9/2014 | Dunbar et al. | |
| 2014/0275976 A1 | 9/2014 | Moro | |
| 2014/0296711 A1 | 10/2014 | Lee | |
| 2014/0300720 A1 | 10/2014 | Rothberg | |
| 2014/0378835 A1 | 12/2014 | Satoh et al. | |
| 2015/0087982 A1 | 3/2015 | Mullick et al. | |
| 2015/0182197 A1 | 7/2015 | Willems et al. | |
| 2015/0238168 A1 | 8/2015 | Poland | |
| 2015/0265252 A1 | 9/2015 | Chu et al. | |
| 2015/0313578 A1 | 11/2015 | Yu et al. | |
| 2015/0366536 A1 | 12/2015 | Courtney et al. | |
| 2016/0110875 A1 | 4/2016 | Sugiyama et al. | |
| 2016/0135786 A1 | 5/2016 | Mullen et al. | |
| 2016/0174937 A1 | 6/2016 | Bakshi et al. | |
| 2016/0228091 A1 | 8/2016 | Chiang et al. | |
| 2016/0278739 A1 | 9/2016 | Pelissier et al. | |
| 2016/0287214 A1 | 10/2016 | Ralovich et al. | |
| 2017/0000464 A1 | 1/2017 | Chang et al. | |
| 2017/0020490 A1 | 1/2017 | Ryu et al. | |
| 2017/0028227 A1* | 2/2017 | Emery | G10K 11/30 |
| 2017/0055951 A1 | 3/2017 | Messina et al. | |
| 2017/0079551 A1 | 3/2017 | Henkel et al. | |
| 2017/0095228 A1 | 4/2017 | Richard et al. | |
| 2017/0095230 A1 | 4/2017 | Richard et al. | |
| 2017/0095231 A1 | 4/2017 | Richard et al. | |
| 2017/0143307 A1 | 5/2017 | Tahmasebi Maraghoosh | |
| 2017/0150948 A1 | 6/2017 | Kanayama | |
| 2017/0249744 A1 | 8/2017 | Wang et al. | |
| 2017/0360403 A1 | 12/2017 | Rothberg et al. | |
| 2017/0360412 A1 | 12/2017 | Rothberg et al. | |
| 2018/0085043 A1* | 3/2018 | Panicker | A61B 5/204 |
| 2018/0182096 A1 | 6/2018 | Grady et al. | |
| 2018/0365808 A1* | 12/2018 | Jiang | G06T 7/44 |
| 2019/0046158 A1 | 2/2019 | Kroon et al. | |
| 2019/0156526 A1* | 5/2019 | Liu | G06T 7/0012 |
| 2019/0336101 A1 | 11/2019 | Chiang et al. | |
| 2019/0365350 A1 | 12/2019 | Chiang | |
| 2020/0004225 A1* | 1/2020 | Buller | B22F 5/04 |
| 2020/0268351 A1 | 8/2020 | Chiang et al. | |
| 2021/0015456 A1* | 1/2021 | Chiang | A61B 8/0883 |
| 2022/0015741 A1 | 1/2022 | Amador Carrascal et al. | |
| 2022/0125407 A1 | 4/2022 | Chiang et al. | |
| 2022/0304661 A1 | 9/2022 | Chiang et al. | |
| 2023/0181160 A1 | 6/2023 | Chiang et al. | |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CN | 102525556 A | 7/2012 |
| CN | 102626324 A | 8/2012 |
| CN | 102636787 A | 8/2012 |
| CN | 102872542 A | 1/2013 |
| CN | 102930170 A | 2/2013 |
| CN | 102940507 A | 2/2013 |
| CN | 102988043 A | 3/2013 |
| CN | 103140175 A | 6/2013 |
| CN | 103876781 A | 6/2014 |
| CN | 105611877 A | 5/2016 |
| EP | 1016875 A2 | 7/2000 |
| EP | 1239396 A2 | 9/2002 |
| EP | 2422705 A1 | 2/2012 |
| EP | 2425784 A1 | 3/2012 |
| EP | 2453256 A2 | 5/2012 |
| EP | 2455753 A2 | 5/2012 |
| EP | 2468191 A1 | 6/2012 |
| EP | 2575628 A2 | 4/2013 |
| EP | 2599442 A1 | 6/2013 |
| EP | 2605035 A2 | 6/2013 |

| | | | |
|---|---|---|---|
| EP | 2637166 A2 | 9/2013 |
| JP | 62-97539 A | 5/1987 |
| JP | H11-508461 A | 7/1999 |
| JP | 2003-190159 A | 7/2003 |
| JP | 2004-530463 A | 10/2004 |
| JP | 2005-137747 A | 6/2005 |
| JP | 2006-68524 A | 3/2006 |
| JP | 2008-18107 A | 1/2008 |
| JP | 2008-515583 A | 5/2008 |
| JP | 2008-536555 A | 9/2008 |
| JP | 2009-45081 A | 3/2009 |
| JP | 2009-119259 A | 6/2009 |
| JP | 2009-525538 A | 7/2009 |
| JP | 2009-183720 A | 8/2009 |
| JP | 2009-240779 A | 10/2009 |
| JP | 2010-131396 A | 6/2010 |
| JP | 2010-220218 A | 9/2010 |
| JP | 2011-72746 A | 4/2011 |
| JP | 2011-87949 A | 5/2011 |
| JP | 2011-104079 A | 6/2011 |
| JP | 2011-200482 A | 10/2011 |
| JP | 2012-24133 A | 2/2012 |
| JP | 2012-101075 A | 5/2012 |
| JP | 2013-043082 A | 3/2013 |
| JP | 2013-111203 A | 6/2013 |
| JP | 2013-172959 A | 9/2013 |
| JP | 2016-087020 A | 5/2016 |
| KR | 20120043642 A | 5/2012 |
| KR | 20120047785 A | 5/2012 |
| KR | 20120071319 A | 7/2012 |
| KR | 20120097324 A | 9/2012 |
| KR | 20120117714 A | 10/2012 |
| KR | 20120137206 A | 12/2012 |
| KR | 20120138478 A | 12/2012 |
| KR | 20130011793 A | 1/2013 |
| KR | 20130012501 A | 2/2013 |
| KR | 20130012844 A | 2/2013 |
| KR | 20130020035 A | 2/2013 |
| KR | 20130020054 A | 2/2013 |
| KR | 20130020371 A | 2/2013 |
| KR | 20130022249 A | 3/2013 |
| KR | 20130026041 A | 3/2013 |
| KR | 20130030663 A | 3/2013 |
| KR | 20130033717 A | 4/2013 |
| KR | 20130036327 A | 4/2013 |
| KR | 101269459 B1 | 5/2013 |
| KR | 20130043702 A | 5/2013 |
| KR | 20130054013 A | 5/2013 |
| KR | 20130056676 A | 5/2013 |
| KR | 101273585 B1 | 6/2013 |
| KR | 20130059307 A | 6/2013 |
| KR | 20130060007 A | 6/2013 |
| KR | 20130066821 A | 6/2013 |
| KR | 20130074398 A | 7/2013 |
| KR | 20130074399 A | 7/2013 |
| KR | 20130075458 A | 7/2013 |
| KR | 20130075465 A | 7/2013 |
| KR | 20130075472 A | 7/2013 |
| KR | 20130075477 A | 7/2013 |
| KR | 20130075481 A | 7/2013 |
| KR | 20130075486 A | 7/2013 |
| KR | 20130076031 A | 7/2013 |
| KR | 20130076042 A | 7/2013 |
| KR | 20130076054 A | 7/2013 |
| KR | 20130076064 A | 7/2013 |
| KR | 20130076071 A | 7/2013 |
| KR | 20130076404 A | 7/2013 |
| KR | 20130076428 A | 7/2013 |
| KR | 20130077118 A | 7/2013 |
| KR | 20130077121 A | 7/2013 |
| KR | 20130077406 A | 7/2013 |
| KR | 20130078935 A | 7/2013 |
| KR | 20130078972 A | 7/2013 |
| KR | 20130080640 A | 7/2013 |
| KR | 20130081067 A | 7/2013 |
| KR | 20130081626 A | 7/2013 |
| KR | 20130081684 A | 7/2013 |
| KR | 20130082267 A | 7/2013 |
| KR | 20130083725 A | 7/2013 |

US 12,102,480 B2

Page 5

(56)         **References Cited**

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| KR | 20130084049 A | 7/2013 |
| KR | 20130087291 A | 8/2013 |
| KR | 20130087478 | 8/2013 |
| KR | 20130088478 A | 8/2013 |
| KR | 20130089037 A | 8/2013 |
| KR | 20130090038 A | 8/2013 |
| KR | 20130094671 A | 8/2013 |
| KR | 20130095160 A | 8/2013 |
| KR | 20130095236 A | 8/2013 |
| KR | 20130095505 A | 8/2013 |
| TW | I378255 | 12/2012 |
| TW | I380014 | 12/2012 |
| TW | I406684 | 9/2013 |
| WO | WO-2002/068992 A2 | 9/2002 |
| WO | WO-2003/075769 A1 | 9/2003 |
| WO | WO-2005/053664 A2 | 6/2005 |
| WO | WO-2005/058168 A2 | 6/2005 |
| WO | WO-2006/030378 A1 | 3/2006 |
| WO | WO-2006/040697 A1 | 4/2006 |
| WO | 2006/111874 A2 | 10/2006 |
| WO | WO-2006/111871 A1 | 10/2006 |
| WO | WO-2008/069021 A1 | 6/2008 |
| WO | WO-2008/115312 A2 | 9/2008 |
| WO | WO-2009/129845 A1 | 10/2009 |
| WO | WO-2010/020939 A2 | 2/2010 |
| WO | WO-2010/042282 A1 | 4/2010 |
| WO | WO-2010/051587 A1 | 5/2010 |
| WO | WO-2012/091518 A2 | 7/2012 |
| WO | WO-2012/101511 A2 | 8/2012 |
| WO | WO-2012/141550 A2 | 10/2012 |
| WO | WO-2013/030746 A1 | 3/2013 |
| WO | WO-2013/034175 A1 | 3/2013 |
| WO | WO-2013/055707 A1 | 4/2013 |
| WO | WO-2013/095032 A1 | 6/2013 |
| WO | WO-2013/122320 A1 | 8/2013 |
| WO | WO-2013/148730 A2 | 10/2013 |
| WO | WO-2013/162244 A1 | 10/2013 |
| WO | WO-2014/003404 A1 | 1/2014 |
| WO | WO-2014/014965 A1 | 1/2014 |
| WO | WO-2014/134316 A1 | 9/2014 |
| WO | WO-2015/048327 A2 | 4/2015 |
| WO | WO-2015/114484 A1 | 8/2015 |
| WO | WO-2016/001865 A1 | 1/2016 |
| WO | WO-2016/083985 A1 | 6/2016 |
| WO | WO-2017/013511 A1 | 1/2017 |
| WO | WO-2017/222970 A1 | 12/2017 |

OTHER PUBLICATIONS

Alrayashi et al., Hands-free continuous transthoracic echocardiography: A contemporary evolution of the precordial stethoscope. Paediatr Anaesth. May 2021;31(5):616-618.

AMD Case Study. AMD embedded G-Series APU boosts 3-D visualization for portable ultrasound device. 3 pages. (2014).

Basoglu et al., Applications of a next-generation programmable ultrasound machine. Proceedings SPiE Medical Imaging. 1 page, Abstract 3031, May 7, 1997.

Basoglu et al., Computing requirements of modern medical diagnostic ultrasound machines. Parallel Computing. Sep. 1998;24(9-10):1407-1431.

Brattain et al. Machine learning for medical ultrasound: status, methods, and future opportunities. Abdominal Radiology. Apr. 1, 2018;43(4):786-99.

Chison Medical Imaging Co., Ltd., Premarket Notification [510(k)] Summary. Sono Touch Series Diagnostic Ultrasound System. 11 pages, Aug. 2, 2012.

Dewaraja et al., GPU engine enhances ultrasound-detected brain motion calculations. OpenSystems Media. Retrieved online at: https://embeddedcomputing.com/application/healthcare/gpu-engine-enhances-ultrasound-detected-brain-motion-calculations. 5 pages, May 1, 2009.

Dickson, Wireless communication options for a mobile ultrasound system. Thesis Submitted to the Faculty of Worcester Polytechnic Institute. 2008. 252 pages.

Esaote, MyLab Ultrasound Scanners, DICOM Conformance Statement, Document Version 6.3. May 21, 2010. 277 pages.

Esaote, MyLab Ultrasound Scanners, DICOM Conformance Statement, Document Version 6.5. Jul. 19, 2011. 278 pages.

Esaote, MyLab Ultrasound Scanners, DICOM Conformance Statement, Document Version 6.6. Mar. 1, 2012. 278 pages.

Felix et al., Biplane ultrasound arrays with integrated multiplexing solution for enhanced diagnostic accuracy in endorectal and transvaginal imaging. IEEE Ultrasonics Symposium, Sep. 18, 2005;4:2251-2254.

GE Healthcare, Technical Publications Direction 5265930-100 English, Rev. 10. Venue 40 Basic User Manual. Operating Documentation by General Electric Co. 303 pages (2008-2012).

Gray et al., Ultrasound-guided Regional Anesthesia, Current State of the Art. Anesthesiology. Feb. 2006;104:368-73.

Kang et al., Stereoscopic augmented reality for laparoscopic surgery. Surg Endosc. 2014;28(7):2227-2235.

Karadayi et al., Software-based Ultrasound Beamforming on Multi-core DSPs. IEEE International Ultrasonics. Oct. 18-21, 2011, 14 pages.

Khuri-Yakub et al., Capacitive micromachined ultrasonic transducers for medical imaging and therapy. J Micromech Microeng. May 2011;21(5):54004, 11 pages.

Lee et al., A new smart probe system for a tablet PC-based point-of-care ultrasound imaging system: feasibility study. IEEE International Ultrasonics Symposium Proceedings. 2014;1611-14.

Lewandowski et al., Modular and scalable ultrasound platform with GPU processing. Conference Paper, Warsaw, Poland. 5 pages. (Oct. 2012).

NanoMaxx Ultrasound System—Sonosite—User Guide. 100 pages (2010).

Soma, Access Systems, Introducing AxoTrack™ Needle visualization as you've never seen it. Retrieved online at: SomaAccessSystems. com, 6 pages.

Song et al., Tailored Holder for Continuous Echocardiographic Monitoring. Anesth Analg. Feb. 2018;126(2):435-437.

SonoTouch, The Revolution is at Hand, catalog. Retrieved online at: www.sonatouch.com. 4 pages.

SonoTouch, The Revolution is at Hand, SonoTouch 20 Operation Manual. 68 pages.

Stolka et al., Needle guidance using handheld stereo vision and projection for ultrasound-based interventions. Med Image Comput Comput Assist Interv. 2014;17(Pt 2):684-91.

Ultrasound Diagnostic System, Model: SonoTouch 20, Operator's Manual, Direction: CHUM-001a, Rev. 1.0, 98 pages, Oct. 13, 2012.

Wygant et al., Beamforming and hardware design for a multichannel front-end integrated circuit for real-time 3D catheter-based ultrasonic imaging. Proceedings of SPiE. 2006;6147:61470A-1.

York et al., Ultrasound Processing and Computing: Review and Future Directions. Annu Rev Biomed Eng. 1999;1:559-588.

York, Architecture and Algorithms for a Fully Programmable Ultrasound System. A dissertation in partial fulfillment of the requirements for the Degree of Doctor of Philosophy, University of Washington. 141 pages, (1999).

Zhang et al., A software package for portavle three-dimensional ultrasound imaging. 2nd IEEE International Symposium on Biomedical Imaging: Nano to Macro. 2004;1:539-42.

International Preliminary Report on Patentability for Application No. PCT/US2013/033941, dated Oct. 1, 2014. 24 pages.

International Search Report and Written Opinion for Application No. PCT/US2013/033941, dated Oct. 8, 2013. 32 pages.

Invitation to Pay Additional Fees for Application No. PCT/US2014/057516, dated Jan. 13, 2015. 6 pages.

U.S. Appl. No. 17/520,150, filed Nov. 5, 2021, 2022-0125407, Allowed.

U.S. Appl. No. 13/838,694, filed Mar. 15, 2013, U.S. Pat. No. 10,667,790, Issued.

U.S. Appl. No. 14/037,106, filed Sep. 25, 2013, U.S. Pat. No. 9,877,699, Issued.

**US 12,102,480 B2**

Page 6

(56)    **References Cited**

OTHER PUBLICATIONS

U.S. Appl. No. 15/025,058, filed Mar. 25, 2016, 2016-0228091, Published.
U.S. Appl. No. 15/833,547, filed Dec. 6, 2017, U.S. Pat. No. 11,179,138, Issued.
U.S. Appl. No. 16/806,118, filed Mar. 2, 2020, 2020-0268351, Published.
U.S. Appl. No. 17/520,150, filed Nov. 5, 2021, U.S. Pat. No. 11,857,363, Issued.
U.S. Appl. No. 17/834,771, filed Jun. 7, 2022, 2022-0304661, Allowed.
U.S. Appl. No. 16/461,581, filed May 16, 2019, 2019-0365350, Published.
U.S. Appl. No. 16/414,215, filed May 16, 2019, 2019-0336101, Published.
U.S. Appl. No. 16/938,515, filed Jul. 24, 2020, 2021-0015456, Published.
U.S. Appl. No. 18/090,316, filed Dec. 28, 2022, 2023-0181160, Published.

* cited by examiner



FIG. 1

U.S. Patent     Oct. 1, 2024     Sheet 2 of 56     US 12,102,480 B2



FIG. 2A

FIG. 2B

# FIG. 3A





FIG. 3B



FIG. 3C

FIG. 3D

FIG. 3E

FIG. 3F

FIG. 3G

FIG. 3H



FIG. 3I



FIG. 3J



FIG. 3K



FIG. 4A



FIG. 4B



FIG. 4C



FIG. 5A



FIG. 5B



FIG. 5C



FIG. 5D



FIG. 6A



FIG. 6B



FIG. 6C



FIG. 6D



FIG. 6E



FIG. 7A

FIG. 7B

FIG. 7C



FIG. 8A

FIG. 8B

FIG. 8C

U.S. Patent     Oct. 1, 2024     Sheet 15 of 56     US 12,102,480 B2



FIG. 9A



FIG. 9B



FIG. 9C



FIG. 9D



FIG. 9E



FIG. 10A



FIG. 10B



FIG. 10C

U.S. Patent　　Oct. 1, 2024　　Sheet 23 of 56　　US 12,102,480 B2



FIG. 11



FIG. 12



FIG. 13



FIG. 14A



FIG. 14B



FIG. 14C



FIG. 15



FIG. 16



FIG. 17



FIG. 18



FIG. 19



FIG. 20



FIG. 21



3 ports Probe MUX

FIG. 22

Extended Battery 2230

2232 Wheels



FIG. 23



FIG. 24



FIG. 25A

FIG. 25B



2606
Flexible Frequency

2602
2D Image Window

2604
2D Scan Image

## FIG. 26

2700
Tablet Display



2702
Flexible Frequency
Controls

2704
2D Image Window

2706
2D Image

2708
Scan Time
Sores Window

## FIG. 27

Amplitude Frequency
Doppler Shift

Tablet
Display
2800

07-Oct-2005
12:49:24 PM
34.65

2802
Color Doppler
Scan

E/3E
5cm

Color
PRF 4.50kHz
WF 75Hz
Freq 5.0MHz

2804
Flexible Frequency
Controls

34.65

2806
2D Image Window

2808
Color Code Info
Overlay

10 of 36

2810 2D Image

FIG. 28

Sample Volume/
Sample Gate
2912

2D Image
2902

Tablet
Display
2900

ll = ll
IS - 0.4
TC - 7
12.5V
E/3E
5cm
Feq 5.0kHt
Per 4.5
Wt 1
Angle 20°
WF - 1.4cm

2904 Flexible
Frequency
Controls

2906 2D + Pulsed
wave Doppler

2908 Signal
Strength

2910 Time/Doppler
Frequency Shift

10 of 36

FIG. 29



FIG. 30

Case 1:25-cv-01149-MN    Document 1-1    Filed 09/15/25    Page 194 of 394 PageID #: 226

3100

Image Display Window 3102

Menu Bar 3104

Image Control 3106

| uSmart3200T | terason |

Vascular Access    Cook County Hospital    02/21/2013    12:40:17 AM    menu    107GB

MI 0.7
TIS <0.4
15L4
OM/B/2/M/TV3
Gn 50 DR 55
Depth 4 cm
27 Hz

Depth 4 − + — 3108

2D Gain − + — 3110

Full Screen — 3112

Text — 3114

Split — 3116

ENV — 3118

3120 — CD | PWD — 3122

Freeze — 3124

Optimize — 3128

Store — 3126

3130 Image Scroll

FIG. 31

3200

Image Display
Window
3202

Menu Bar
Expanded
3206

Menu Bar
3204

Image
Control
3220

| uSmart3200T | terason | Clinical Images | | 02/19/2013 | 8:38:37 PM |
| | | | Vascular Access | | menu |

System

Patient — 3208

Presets — 3210

Review — 3212

Report — 3214

Setup — 3216

3218 Image Select

MI 0.7
TIS <0.4

15L4

OM/B/2/M/TV3
Gn 50 DR 55

Depth 3 cm
36 Hz

Depth — 3222
3

2D Gain — 3224

Full Screen — 3226

Text — 3228

Split — 3230

ENV — 3232

CD   PWD — 3236

Freeze — 3238

Optimize   Store — 3240

3242

FIG. 32

FIG. 33

Image Control 3318

3320 — Accept
3322 — Close Study
3324 — Print
3326 — Print Preview
3328 — Cancel
3330 — 2D
3332 — Freeze
3334 — Store

3300

Menu Bar 3302
Options center 3304
Patient Tab 3306

New Patient   New Study   Study List...   Worklist...   Edit
3304   3306   3308   3310   3312

uSmart3200T

8:42:03 PM
menu   107GB

Patient Info 3314

Last: Clinical Images
Patient ID:

First:
Middle:
Accession:
DOB: MM/dd/yyy
Gender: ☐ M   ☐ F

Patient ID | Patient Name | DOB | Gender | Studies
Clinical Images | | | | 1

Study Info 3316

Study Info

Exam Type: Vascular Acess
Study ID:
Date Time: 02/19/2013 20:30:45
Institution:
Operation:
Study Description:
Height: ☐ ft ☐ in
Weight: ☐ lbs
Vascular Acess
Referring Physician:
Interpreting Physician:
Comment



FIG. 34

FIG. 35

FIG. 36

Image Control Bar 3608
3610 Save
3612 Save As
3614 Print
3616 Print Preview
3618 Closed Study
3620 2D
3622 Freeze
3624 Store

3600

Display 3606

Ultrasound Report

Emergency medicine Department

Cook Country Hospital

Patient Information

Patient: Doe, John
Patient ID: 12345
Birth Date: 01/22/1966

Study Information

Study Date: 02/20/2013
Indications:
Abdominal Trauma
Comments:
Ultrasound Guidance was performed for Vascular Access
A 20g Angiocath catheter was placed in the Basilic Vein.

Images

Report Tab 3604

Worksheet

Menu Bar 3602

uSmart3200T

12:28:01 AM
menu 107GB



FIG. 37A



FIG. 37B



FIG. 37C

Case 1:25-cv-01149-MN   Document 1-1   Filed 09/15/25   Page 203 of 394 PageID #: 235

3800

Setup Expanded 3804

Menu Bar 3802

3844

3806 3808 3810 3812 3814 3816 3818 3820 3822

Image Control Bar 3828

uSmart320

Setup

| General | Display | Measurements | Annotation | Print | Store/Acquire | DICOM | Export | Study Info |

8:53:06 PM menu 107GB

**Acquisition Length**
- ● Time [3] seconds
- ○ Beat [2] beats

R-Wave Delay: [0] ms

**Cine Length**
- ● Time [3] seconds
- ○ Beat [2] beats

R-Wave Delay: [0] ms

Thumbnail — 3830

Sync
− Start & End + — 3832

**Miscellaneous Options**
- ☑ Beep after completion of acquisition
- ☑ Limit 30 frames per second

Selection
− 4 Images + — 3834

**Disk Free Space**

Highlight if disk free space is below

[5] GB

Prev Image — 3836

Next Image — 3838

**Export Palette Selection**

[Default Monitor ▼]

Store Acquire Info

☐ Allow storing of image with no patient selected

☐ Enable retrospective acquisition

2D — 3840

Pause — 3842

[OK] [Cancel] [Apply]

Store

FIG. 38



**FIG. 39A**



**FIG. 39B**



**FIG. 39C**



FIG. 40



High-voltage driving pulses applying to elements of the transducer array with elevation axis in X-direction for forming images on the YZ plane.

FIG. 41



FIG. 42



FIG. 43A

FIG. 43B

Simultaneous bi-plane evaluation of left ventricular
mechanical dysschrony functions



**FIG. 44A**



**FIG. 44B**

US 12,102,480 B2

## 1
## TABLET ULTRASOUND SYSTEM

### CROSS REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. application Ser. No. 17/520,150, filed Nov. 5, 2021, which is a continuation of U.S. application Ser. No. 15/833,547, filed Dec. 6, 2017, which is a continuation of U.S. application Ser. No. 14/037, 106, filed Sep. 25, 2013, which is a continuation-in-part of PCT Application PCT/US2013/033941 filed Mar. 26, 2013, which is a continuation of U.S. application Ser. No. 13/838, 694 filed Mar. 15, 2013, which claims priority to U.S. Provisional Application No. 61/615,627, filed Mar. 26, 2012 and to U.S. Provisional Application No. 61/704,254, filed Sep. 21, 2012, all of these applications being incorporated herein by reference in their entirety.

### BACKGROUND OF THE INVENTION

Medical ultrasound imaging has become an industry standard for many medical imaging applications. In recent years, there has been an increasing need for medical ultrasound imaging equipment that is portable to allow medical personnel to easily transport the equipment to and from hospital and/or field locations, and more user-friendly to accommodate medical personnel who may possess a range of skill levels.

Conventional medical ultrasound imaging equipment typically includes at least one ultrasound probe/transducer, a keyboard and/or a knob, a computer, and a display. In a typical mode of operation, the ultrasound probe/transducer generates ultrasound waves that can penetrate tissue to different depths based on frequency level, and receives ultrasound waves reflected back from the tissue. Further, medical personnel can enter system inputs to the computer via the keyboard and/or the knob, and view ultrasound images of tissue structures on the display.

However, conventional medical ultrasound imaging equipment that employ such keyboards and/or knobs can be bulky, and therefore may not be amenable to portable use in hospital and/or field locations. Moreover, because such keyboards and/or knobs typically have uneven surfaces, they can be difficult to keep clean in hospital and/or field environments, where maintenance of a sterile field can be crucial to patient health. Some conventional medical ultrasound imaging equipment have incorporated touch screen technology to provide a partial user input interface. However, conventional medical ultrasound imaging equipment that employ such touch screen technology generally provide only limited touch screen functionality in conjunction with a traditional keyboard and/or knob, and can therefore not only be difficult to keep clean, but also complicated to use.

### SUMMARY OF THE INVENTION

In accordance with the present application, systems and methods of medical ultrasound imaging are disclosed. The presently disclosed systems and methods of medical ultrasound imaging employ medical ultrasound imaging equipment that includes a handheld housing in a tablet form factor, and a touch screen display disposed on a front panel of the housing. The touch screen display includes a multi-touch touchscreen that can recognize and distinguish one or more single, multiple, and/or simultaneous touches on a surface of the touch screen display, thereby allowing the use of gestures, ranging from simple single point gestures to complex multipoint moving gestures, as user inputs to the medical ultrasound imaging equipment.

In accordance with one aspect, exemplary medical ultrasound imaging system includes a housing having a front panel and a rear panel rigidly mounted to each other in parallel planes, a touch screen display, a computer having at least one processor and at least one memory, an ultrasound beamforming system, and a battery. The housing of the medical ultrasound imaging equipment is implemented in a tablet form factor. The touch screen display is disposed on the front panel of the housing, and includes a multi-touch LCD touch screen that can recognize and distinguish one or more single, multiple, and/or simultaneous touches or gestures on a surface of the touch screen display. The computer, the ultrasound beamforming system or engine, and the battery are operatively disposed within the housing. The medical ultrasound imaging equipment can use a Firewire connection operatively connected between the computer and the ultrasound engine within the housing and a probe connector having a probe attach/detach lever to facilitate the connection of at least one ultrasound probe/transducer. In addition, the exemplary medical ultrasound imaging system includes an I/O port connector and a DC power input.

In an exemplary mode of operation, medical personnel can employ simple single point gestures and/or more complex multipoint gestures as user inputs to the multi-touch LCD touch screen for controlling operational modes and/or functions of the exemplary medical ultrasound imaging equipment. Such single point/multipoint gestures can correspond to single and/or multipoint touch events that are mapped to one or more predetermined operations that can be performed by the computer and/or the ultrasound engine. Medical personnel can make such single point/multipoint gestures by various finger, palm, and/or stylus motions on the surface of the touch screen display. The multi-touch LCD touch screen receives the single point/multipoint gestures as user inputs, and provides the user inputs to the computer, which executes, using the processor, program instructions stored in the memory to carry out the predetermined operations associated with the single point/multipoint gestures, at least at some times, in conjunction with the ultrasound engine. Such single point/multipoint gestures on the surface of the touch screen display can include, but are not limited to, a tap gesture, a pinch gesture, a flick gesture, a rotate gesture, a double tap gesture, a spread gesture, a drag gesture, a press gesture, a press and drag gesture, and a palm gesture. In contrast to existing ultrasound systems that rely on numerous control features operated by mechanical switching, keyboard elements, or touchpad trackball interface, preferred embodiments of the present invention employ a single on/off switch. All other operations have been implemented using touchscreen controls. Moreover, the preferred embodiments employ a capacitive touchscreen display that is sufficiently sensitive to detect touch gestures actuated by bare fingers of the user as well as gloved fingers of the user. Often medical personnel must wear sterilized plastic gloves during medical procedures. Consequently, it is highly desirable to provide a portable ultrasound device that can be used by gloved hands; however, this has previously prevented the use of touchscreen display control functions in ultrasound systems for many applications requiring sterile precautions. Preferred embodiments of the present invention provide control of all ultrasound imaging operations by gloved personnel on the touchscreen display using the programmed touch gestures.

In accordance with an exemplary aspect, at least one flick gesture may be employed to control the depth of tissue

US 12,102,480 B2

3

penetration of ultrasound waves generated by the ultrasound probe/transducer. For example, a single flick gesture in the "up" direction on the touch screen display surface can increase the penetration depth by one (1) centimeter or any other suitable amount, and a single flick gesture in the "down" direction on the touch screen display surface can decrease the penetration depth by one (1) centimeter or any other suitable amount. Further, a drag gesture in the "up" or "down" direction on the touch screen display surface can increase or decrease the penetration depth in multiples of one (1) centimeter or any other suitable amount. Additional operational modes and/or functions controlled by specific single point/multipoint gestures on the touch screen display surface can include, but are not limited to, freeze/store operations, 2-dimensional mode operations, gain control, color control, split screen control, PW imaging control, cine/time-series image clip scrolling control, zoom and pan control, full screen control, Doppler and 2-dimensional beam steering control, and/or body marking control. At least some of the operational modes and/or functions of the exemplary medical ultrasound imaging equipment can be controlled by one or more touch controls implemented on the touch screen display in which beamforming parameters can be reset by moving touch gestures. Medical personnel can provide one or more specific single point/multipoint gestures as user inputs for specifying at least one selected subset of the touch controls to be implemented, as required and/or desired, on the touch screen display. A larger number of touchscreen controls enable greater functionality when operating in full screen mode when a few or more virtual buttons or icons are available for use.

In accordance with another exemplary aspect, a press gesture can be employed inside a region of the touch screen display, and, in response to the press gesture, a virtual window can be provided on the touch screen display for displaying at least a magnified portion of an ultrasound image displayed on the touch screen display. In accordance with still another exemplary aspect, a press and drag gesture can be employed inside the region of the touch screen display, and, in response to the press and drag gesture, a predetermined feature of the ultrasound image can be traced. Further, a tap gesture can be employed inside the region of the touch screen display, substantially simultaneously with a portion of the press and drag gesture, and, in response to the tap gesture, the tracing of the predetermined feature of the ultrasound image can be completed. These operations can operate in different regions of a single display format, so that a moving gesture within a region of interest within the image, for example, may perform a different function than the same gesture executed within the image but outside the region of interest.

By providing medical ultrasound imaging equipment with a multi-touch touchscreen, medical personnel can control the equipment using simple single point gestures and/or more complex multipoint gestures, without the need of a traditional keyboard or knob. Because the multi-touch touch screen obviates the need for a traditional keyboard or knob, such medical ultrasound imaging equipment is easier to keep clean in hospital and/or field environments, provides an intuitive user friendly interface, while providing fully functional operations. Moreover, by providing such medical ultrasound imaging equipment in a tablet form factor, medical personnel can easily transport the equipment between hospital and/or field locations.

Certain exemplary embodiments provide a multi-chip module for an ultrasound engine of a portable medical ultrasound imaging system, in which a transmit/receive (TR)

4

chip, a pre-amp/time gain compensation (TGC) chip and a beamformer chip are assembled in a vertically stacked configuration. The transmission circuit provides high voltage electrical driving pulses to the transducer elements to generate a transmit beam. As the transmit chip operates at voltages greater than 80V, a CMOS process utilizing a 1 micron design rule has been utilized for the transmit chip and a submicron design rule has been utilized for the low-voltage receiving circuits (less than 5V).

Preferred embodiments of the present invention utilize a submicron process to provide integrated circuits with sub-circuits operating at a plurality of voltages, for example, 2.5V, 5V and 60V or higher. These features can be used in conjunction with a bi-plane transducer probe in accordance with certain preferred embodiments of the invention.

Thus, a single IC chip can be utilized that incorporates high voltage transmission, low voltage amplifier/TGC and low voltage beamforming circuits in a single chip. Using a 0.25 micron design rule, this mixed signal circuit can accommodate beamforming of 32 transducer channels in a chip area less than $0.7{\times}0.7$ (0.49) cm$^2$. Thus, 128 channels can be processed using four 32 channel chips in a total circuit board area of less than $1.5{\times}1.5$ (2.25) cm$^2$.

The term "multi-chip module," as used herein, refers to an electronic package in which multiple integrated circuits (IC) are packaged with a unifying substrate, facilitating their use as a single component, i.e., as a higher processing capacity IC packaged in a much smaller volume. Each IC can comprise a circuit fabricated in a thinned semiconductor wafer. Exemplary embodiments also provide an ultrasound engine including one or more such multi-chip modules, and a portable medical ultrasound imaging system including an ultrasound engine circuit board with one or more multi-chip modules. Exemplary embodiments also provide methods for fabricating and assembling multi-chip modules as taught herein. Vertically stacking the TR chip, the pre-amp/TGC chip, and the beamformer chip on a circuit board minimizes the packaging size (e.g., the length and width) and the footprint occupied by the chips on the circuit board.

The TR chip, the pre-amp/TGC chip, and the beamformer chip in a multi-chip module may each include multiple channels (for example, 8 channels per chip to 64 channels per chip). In certain embodiments, the high-voltage TR chip, the pre-amp/TGC chip, and the sample-interpolate receive beamformer chip may each include 8, 16, 32, 64 channels. In a preferred embodiment, each circuit in a two layer beamformer module has 32 beamformer receive channels to provide a 64 channel receiving beamformer. A second 64 channel two layer module can be used to form a 128 channel handheld tablet ultrasound device having an overall thickness of less than 2 cm. A transmit multi-chip beamformer can also be used having the same or similar channel density in each layer.

Exemplary numbers of chips vertically integrated in a multi-chip module may include, but are not limited to, two, three, four, five, six, seven, eight, and the like. In one embodiment of an ultrasound device, a single multi-chip module is provided on a circuit board of an ultrasound engine that performs ultrasound-specific operations. In other embodiments, a plurality of multi-chip modules are provided on a circuit board of an ultrasound engine. The plurality of multi-chip modules may be stacked vertically on top of one another on the circuit board of the ultrasound engine to further minimize the packaging size and the footprint of the circuit board.

Providing one or more multi-chip modules on a circuit board of an ultrasound engine achieves a high channel count

US 12,102,480 B2

while minimizing the overall packaging size and footprint. For example, a 128-channel ultrasound engine circuit board can be assembled, using multi-chip modules, within exemplary planar dimensions of about 10 cm×about 10 cm, which is a significant improvement over the much larger space requirements of conventional ultrasound circuits. A single circuit board of an ultrasound engine including one or more multi-chip modules may have 16 to 128 channels in some embodiments. In certain embodiments, a single circuit board of an ultrasound engine including one or more multi-chip modules may have 16, 32, 64, 128 or 192 channels, and the like.

BRIEF DESCRIPTION OF THE DRAWINGS

The foregoing and other objects, aspects, features, and advantages of exemplary embodiments will become more apparent and may be better understood by referring to the following description taken in conjunction with the accompanying drawings, in which:

FIG. 1 is a plan view of exemplary medical ultrasound imaging equipment, in accordance with an exemplary embodiment of the present application;

FIGS. 2A and 2B are side views of the medical ultrasound imaging system in accordance with preferred embodiments of the invention;

FIG. 3A illustrates exemplary single point and multipoint gestures that can be employed as user inputs to the medical ultrasound imaging system in accordance with preferred embodiments of the invention;

FIG. 3B illustrates a process flow diagram for operating a tablet ultrasound system in accordance with preferred embodiments of the invention;

FIG. 3C-3K illustrates details of touchscreen gestures to adjust beamforming and display operation;

FIGS. 4A-4C illustrates exemplary subsets of touch controls that can be implemented on the medical ultrasound imaging system in accordance with preferred embodiments of the invention;

FIGS. 5A and 5B are exemplary representations of a liver with a cystic lesion on a touch screen display of the medical ultrasound imaging system in accordance with preferred embodiments of the invention;

FIGS. 5C and 5D are exemplary representations of the liver and cystic lesion on the touch screen display of FIGS. 5A and 5B, including a virtual window that corresponds to a magnified portion of the liver;

FIG. 6A is an exemplary representation of an apical four (4) chamber view of a heart on the touch screen display of the medical ultrasound imaging system;

FIGS. 6B-6E illustrates an exemplary manual tracing of an endocardial border of a left ventricle of the heart on the touch screen display of FIG. 6A;

FIGS. 7A-7C illustrates an exemplary measurement of the size of the cystic lesion on the liver within the virtual window of FIGS. 5C and 5D;

FIGS. 8A-8C illustrates an exemplary caliper measurement of the cystic lesion on the liver within the virtual window of FIGS. 5C and 5D;

FIG. 9A illustrates one of a plurality of transducer arrays attached to the processor housing;

FIG. 9B shows a transducer attach sequence in accordance with exemplary embodiments;

FIG. 9C shows a perspective view of a needle sensing positioning system with exemplary embodiments;

FIG. 9D shows a perspective view of a needle guide with exemplary embodiments;

FIG. 9E shows a perspective view of a needle sensing positioning system with exemplary embodiments;

FIG. 10A shows a method of measuring heart wall motion;

FIG. 10B shows a schematic block diagram for an integrated ultrasound probe with exemplary embodiments;

FIG. 10C shows a schematic block diagram for an integrated ultrasound probe with exemplary embodiments;

FIG. 11 is a detailed schematic block diagram of an exemplary embodiment of an ultrasound engine (i.e., the front-end ultrasound specific circuitry) and an exemplary embodiment of a computer motherboard (i.e., the host computer) of the exemplary ultrasound device;

FIG. 12 depicts a schematic side view of a circuit board including a multi-chip module assembled in a vertically stacked configuration;

FIG. 13 is a flowchart of an exemplary method for fabricating a circuit board including a multi-chip module assembled in a vertically stacked configuration;

FIG. 14A is a schematic side view of a multi-chip module including four vertically stacked dies in which the dies are spacedly separated from one another by passive silicon layers with a 2-in-1 dicing die attach film (D-DAF);

FIG. 14B is a schematic side view of a multi-chip module including four vertically stacked dies in which the dies are spacedly separated from one another by DA film-based adhesives acting as die-to-die spacers;

FIG. 14C is a schematic side view of a multi-chip module including four vertically stacked dies in which the dies are spacedly separated from one another by DA paste or film-based adhesives acting as die-to-die spacers;

FIG. 15 is a flowchart of another exemplary method of die-to-die stacking using (a) passive silicon layers with a 2-in-1 dicing die attach film (D-DAF), (b) DA paste, (c) thick DA-film, and (d) film-over wire (FOW) including a 2-in-1 D-DAF;

FIG. 16 is a schematic side view of a multi-chip module including an ultrasound transmit/receive IC chip, an amplifier IC chip and an ultrasound beamformer IC chip vertically integrated in a vertically stacked configuration;

FIG. 17 is a detailed schematic block diagram of an exemplary embodiment of an ultrasound engine (i.e., the front-end ultrasound specific circuitry) and an exemplary embodiment of a computer motherboard (i.e., the host computer) provided as a single board complete ultrasound system;

FIG. 18 is a perspective view of an exemplary portable ultrasound system provided in accordance with exemplary embodiments;

FIG. 19 illustrates an exemplary view of a main graphical user interface (GUI) rendered on a touch screen display of the exemplary portable ultrasound system of FIG. 18;

FIG. 20 is a top view of the medical ultrasound imaging system in accordance with another preferred embodiment of the invention;

FIG. 21 illustrates a preferred cart system for a tablet ultrasound system in accordance with preferred embodiment 9 of the invention;

FIG. 22 illustrates preferred cart system for a modular ultrasound imaging system in accordance with preferred embodiments of the invention;

FIG. 23 illustrates preferred cart system for a modular ultrasound imaging system in accordance with preferred embodiments of the invention;

FIG. 24 illustrates preferred cart system for a modular ultrasound imaging system in accordance with preferred embodiments of the invention;

US 12,102,480 B2

7

FIGS. 25A-25B illustrate a multifunction docking base for tablet ultrasound device;

FIG. 26 illustrates a 2D imaging mode of operation with a modular ultrasound imaging system in accordance with the invention;

FIG. 27 illustrates a motion mode of operation with a modular ultrasound imaging system in accordance with the invention;

FIG. 28 illustrates a color Doppler mode of operation with a modular ultrasound imaging system in accordance with the invention;

FIG. 29 illustrates a pulsed-wave Doppler mode of operation with a modular ultrasound imaging system in accordance with the invention;

FIG. 30 illustrates a Triplex scan mode of operation with a modular ultrasound imaging system in accordance with the invention;

FIG. 31 illustrates a GUI Home Screen interface for a user mode of operation with a modular ultrasound imaging system in accordance with the invention;

FIG. 32 illustrates a GUI Menu Screen Interface for a user mode of operation with a modular ultrasound imaging system in accordance with the invention;

FIG. 33 illustrates a GUI Patient Data Screen Interface for a user mode of operation with a modular ultrasound imaging system in accordance with the invention;

FIG. 34 illustrates a GUI Pre-sets Screen Interface for a user mode of operation with a modular ultrasound imaging system in accordance with the invention;

FIG. 35 illustrates a GUI Review Screen Interface for a user mode of operation with a modular ultrasound imaging system in accordance with the invention;

FIG. 36 illustrates a GUI Report Screen Interface for a user mode of operation with a modular ultrasound imaging system in accordance with the invention;

FIGS. 37A-37C illustrates a GUI Setup Display Screen Interface for a user mode of operation with a modular ultrasound imaging system in accordance with the invention;

FIG. 38 illustrates a GUI Setup Store/Acquire Screen Interface for a user mode of operation with a modular ultrasound imaging system in accordance with the invention;

FIGS. 39A-39C illustrate XY bi-plane probe comprising a two one-dimensional, ID multi-element arrays in accordance with a preferred embodiment of the invention;

FIG. 40 illustrates the operation of a bi-plane image forming xy-probe;

FIG. 41 illustrates the operation of a bi-plane image forming xy-probe;

FIG. 42 illustrates a high voltage driver circuit for a bi-plane image forming xy-probe;

FIGS. 43A-43B illustrate simultaneous bi-plane evaluation of left ventricular condition; and

FIGS. 44A-44B illustrate ejection fraction probe measurement techniques in accordance with preferred embodiments of the invention;

DETAILED DESCRIPTION

Systems and methods of medical ultrasound imaging are disclosed. The presently disclosed systems and methods of medical ultrasound imaging employ medical ultrasound imaging equipment that includes housing in a tablet form factor, and a touch screen display disposed on a front panel of the housing. The touch screen display includes a multi-touch touch screen that can recognize and distinguish one or more single, multiple, and/or simultaneous touches on a surface of the touch screen display, thereby allowing the use

8

of gestures, ranging from simple single point gestures to complex multipoint gestures, as user inputs to the medical ultrasound imaging equipment. Further details regarding tablet ultrasound systems and operations are described in U.S. application Ser. No. 10/997,062 filed on Nov. 11, 2004, Ser. No. 10/386,360 filed Mar. 11, 2003 and U.S. Pat. No. 6,969,352, the entire contents of these patents and applications are incorporated herein by reference.

FIG. 1 depicts an illustrative embodiment of exemplary medical ultrasound imaging equipment 100, in accordance with the present application. As shown in FIG. 1, the medical ultrasound imaging equipment 100 includes a housing 102, a touch screen display 104, a computer having at least one processor and at least one memory implemented on a computer motherboard 106, an ultrasound engine 108, and a battery 110. For example, the housing 102 can be implemented in a tablet form factor, or any other suitable form factor. The housing 102 has a front panel 101 and a rear panel 103. The touch screen display 104 is disposed on the front panel 101 of the housing 102, and includes a multi-touch LCD touch screen that can recognize and distinguish one or more multiple and/or simultaneous touches on a surface 105 of the touch screen display 104. The computer motherboard 106, the ultrasound engine 108, and the battery 110 are operatively disposed within the housing 102. The medical ultrasound imaging equipment 100 further includes a Firewire connection 112 (see also FIG. 2A) operatively connected between the computer motherboard 106 and the ultrasound engine 108 within the housing 102, and a probe connector 114 having a probe attach/detach lever 115 (see also FIGS. 2A and 2B) to facilitate the connection of at least one ultrasound probe/transducer. The transducer probe housing can include circuit components including a transducer array, transmit and receive circuitry, as well as beamformer and beamformer control circuits in certain preferred embodiments. In addition, the medical ultrasound imaging equipment 100 has one or more I/O port connectors 116 (see FIG. 2A), which can include, but are not limited to, one or more USB connectors, one or more SD cards, one or more network ports, one or more mini display ports, and a DC power input.

In an exemplary mode of operation, medical personnel (also referred to herein as the "user" or "users") can employ simple single point gestures and/or more complex multipoint gestures as user inputs to the multi-touch LCD touch screen of the touch screen display 104 for controlling one or more operational modes and/or functions of the medical ultrasound imaging equipment 100. Such a gesture is defined herein as a movement, a stroke, or a position of at least one finger, a stylus, and/or a palm on the surface 105 of the touch screen display 104. For example, such single point/multipoint gestures can include static or dynamic gestures, continuous or segmented gestures, and/or any other suitable gestures. A single point gesture is defined herein as a gesture that can be performed with a single touch contact point on the touch screen display 104 by a single finger, a stylus, or a palm. A multipoint gesture is defined herein as a gesture that can be performed with multiple touch contact points on the touch screen display 104 by multiple fingers, or any suitable combination of at least one finger, a stylus, and a palm. A static gesture is defined herein as a gesture that does not involve the movement of at least one finger, a stylus, or a palm on the surface 105 of the touch screen display 104. A dynamic gesture is defined herein as a gesture that involves the movement of at least one finger, a stylus, or a palm, such as the movement caused by dragging one or more fingers across the surface 105 of the touch screen

US 12,102,480 B2

9

display **104**. A continuous gesture is defined herein as a gesture that can be performed in a single movement or stroke of at least one finger, a stylus, or a palm on the surface **105** of the touch screen display **104**. A segmented gesture is defined herein as a gesture that can be performed in multiple movements or stokes of at least one finger, a stylus, or a palm on the surface **105** of the touch screen display **104**.

Such single point/multipoint gestures performed on the surface **105** of the touch screen display **104** can correspond to single or multipoint touch events, which are mapped to one or more predetermined operations that can be performed by the computer and/or the ultrasound engine **108**. Users can make such single point/multipoint gestures by various single finger, multi-finger, stylus, and/or palm motions on the surface **105** of the touch screen display **104**. The multi-touch LCD touch screen receives the single point/multipoint gestures as user inputs, and provides the user inputs to the processor, which executes program instructions stored in the memory to carry out the predetermined operations associated with the single point/multipoint gestures, at least at some times, in conjunction with the ultrasound engine **108**. As shown in FIG. **3**A, such single point/multipoint gestures on the surface **105** of the touch screen display **104** can include, but are not limited to, a tap gesture **302**, a pinch gesture **304**, a flick gesture **306**, **314**, a rotate gesture **308**, **316**, a double tap gesture **310**, a spread gesture **312**, a drag gesture **318**, a press gesture **320**, a press and drag gesture **322**, and/or a palm gesture **324**. For example, such single point/multipoint gestures can be stored in at least one gesture library in the memory implemented on the computer motherboard **106**. The computer program operative to control system operations can be stored on a computer readable medium and can optionally be implemented using a touch processor connected to an image processor and a control processor connected to the system beamformer. Thus beamformer delays associated with both transmission and reception can be adjusted in response to both static and moving touch gestures.

In accordance with the illustrative embodiment of FIG. **1**, at least one flick gesture **306** or **314** may be employed by a user of the medical ultrasound imaging equipment **100** to control the depth of tissue penetration of ultrasound waves generated by the ultrasound probe/transducer. For example, a dynamic, continuous, flick gesture **306** or **314** in the "up" direction, or any other suitable direction, on the surface **105** of the touch screen display **104** can increase the penetration depth by one (1) centimeter, or any other suitable amount. Further, a dynamic, continuous, flick gesture **306** or **314** in the "down" direction, or any other suitable direction, on the surface **105** of the touch screen display **104** can decrease the penetration depth by one (1) centimeter, or any other suitable amount. Moreover, a dynamic, continuous, drag gesture **318** in the "up" or "down" direction, or any other suitable direction, on the surface **105** of the touch screen display **104** can increase or decrease the penetration depth in multiple centimeters, or any other suitable amounts.

Additional operational modes and/or functions controlled by specific single point/multipoint gestures on the surface **105** of the touch screen display **104** can include, but are not limited to, freeze/store operations, 2-dimensional mode operations, gain control, color control, split screen control, PW imaging control, cine/time-series image clip scrolling control, zoom and pan control, full screen display, Doppler and 2-dimensional beam steering control, and/or body marking control. At least some of the operational modes and/or functions of the medical ultrasound imaging equipment **100** can be controlled by one or more touch controls imple-

10

mented on the touch screen display **104**. Further, users can provide one or more specific single point/multipoint gestures as user inputs for specifying at least one selected subset of the touch controls to be implemented, as required and/or desired, on the touch screen display **104**.

Shown in FIG. **3**B is a process sequence in which ultrasound beamforming and imaging operations **340** are controlled in response to touch gestures entered on a touchscreen. Various static and moving touch gestures have been programmed into the system such that the data processor operable to control beamforming and image processing operations **342** within the tablet device. A user can select **344** a first display operation having a first plurality of touch gestures associated therewith. Using a static or moving gesture the user can perform one of the plurality of gestures operable to control the imaging operation and can specifically select one of a plurality of gestures that can adjust beamforming parameters **346** being used to generate image data associated with the first display operation. The displayed image is updated and displayed **348** response to the updated beamforming procedure. The user can further elect to perform a different gesture having a different velocity characteristic (direction or speed or both) to adjust **350** a second characteristic of the first ultrasound display operation. The displayed image is then updated **352** based on the second gesture, which can modify imaging processing parameters or beamforming parameters. Examples of this process are described in further detail herein where changes in velocity and direction of different gestures can be associated with distinct imaging parameters of a selected display operation.

Ultrasound images of flow or tissue movement, whether color flow or spectral Doppler, are essentially obtained from measurements of movement. In ultrasound scanners, a series of pulses is transmitted to detect movement of blood. Echoes from stationary targets are the same from pulse to pulse. Echoes from moving scatterers exhibit slight differences in the time for the signal to be returned to the scanner.

As can be seen from FIG. **3**C-**3**H, there has to be motion in the direction of the beam; if the flow is perpendicular to the beam, there is no relative motion from pulse to pulse receive, there is no flow detected. These differences can be measured as a direct time difference or, more usually, in terms of a phase shift from which the 'Doppler frequency' is obtained. They are then processed to produce either a color flow display or a Doppler sonogram. In FIG. **3**C-**3**D, the flow direction is perpendicular to the beam direction, no flow is measured by Pulse Wave spectral Doppler. In FIG. **3**G-**3**H when the ultrasound beam is steered to an angle that is better aligned to the flow, a weak flow is shown in the color flow map, and in addition flow is measured by Pulse Wave Doppler. In FIG. **3**H, when the ultrasound beam is steered to an angle much better aligned to the flow direction in response to a moving, the color flow map is stronger, in addition when the correction angle of the PWD is placed aligned to the flow, a strong flow is measured by the PWD.

In this tablet ultrasound system, an ROI, region of interest, is also used to define the direction in response to a moving gesture of the ultrasound transmit beam. A liver image with a branch of renal flow in color flow mode is shown in FIG. **3**I since the ROI is straight down from the transducer, the flow direction is almost normal to the ultrasound beam, so very week renal flow is detected. Hence, the color flow mode is used to image a renal flow in liver. As can be seen, the beam is almost normal to the flow and very weak flow is detected. A flick gesture with the finger outside of the ROI is used to steer the beam. As can be seen in FIG.

US 12,102,480 B2

11

3J, the ROI is steered by resetting beamforming parameters so that the beam direction is more aligned to the flow direction, a much stronger flow within the ROI is detected. In FIG. 3J, a flick gesture with the finger outside of the ROI is used to steer the ultrasound beam into the direction more aligned to the flow direction. Stronger flow within the ROI can be seen. A panning gesture with the finger inside the ROI will move the ROI box into a position that covers the entire renal region, i.e., panning allows a translation movement of the ROI box such that the box covers the entire target area.

FIG. 3K demonstrates a panning gesture. With the finger inside the ROI, it can move the ROI box to any place within the image plane. In the above embodiment, it is easy to differentiate a "flick" gesture with a finger outside an "ROI" box is intended for steering a beam, and a "drag-and-move, panning" gesture with a finger inside the "ROI" is intended for moving the ROI box. However, there are applications in which no ROI as a reference region, then it is easy to see that it is difficult to differentiate a "flick" or a "panning" gesture, in this case, the touch-screen program needs to track the initial velocity or acceleration of the finger to determine it is a "flick" gesture or a "drag-and-move" gesture. Thus, the touch engine that receives data from the touchscreen sensor device is programmed to discriminate between velocity thresholds that indicate different gestures. Thus, the time, speed and direction associated with different moving gestures can have preset thresholds. Two and three finger static and moving gestures can have separate thresholds to differentiate these control operations. Note that preset displayed icons or virtual buttons can have distinct static pressure or time duration thresholds. When operated in full screen mode, the touchscreen processor, which is preferably operating on the systems central processing unit that performs other imaging operations such as scan conversion, switches off the static icons.

FIGS. 4A-4C depict exemplary subsets 402, 404, 406 of touch controls that can be implemented by users of the medical ultrasound imaging equipment 100 on the touch screen display 104. It is noted that any other suitable subset(s) of touch controls can be implemented, as required and/or desired, on the touch screen display 104. As shown in FIG. 4A, the subset 402 includes a touch control 408 for performing 2-dimensional (2D) mode operations, a touch control 410 for performing gain control operations, a touch control 412 for performing color control operations, and a touch control 414 for performing image/clip freeze/store operations. For example, a user can employ the press gesture 320 to actuate the touch control 408, returning the medical ultrasound imaging equipment 100 to 2D mode. Further, the user can employ the press gesture 320 against one side of the touch control 410 to decrease a gain level, and employ the press gesture 320 against another side of the touch control 410 to increase the gain level. Moreover, the user can employ the drag gesture 318 on the touch control 412 to identify ranges of densities on a 2D image, using a predetermined color code. In addition, the user can employ the press gesture 320 to actuate the touch control 414 to freeze/store a still image or to acquire a cine image clip.

As shown in FIG. 4B, the subset 404 includes a touch control 416 for performing split screen control operations, a touch control 418 for performing PW imaging control operations, a touch control 420 for performing Doppler and 2-dimensional beam steering control operations, and a touch control 422 for performing annotation operations. For example, a user can employ the press gesture 320 against the touch control 416, allowing the user to toggle between opposing sides of the split touch screen display 104 by

12

alternately employing the tap gesture 302 on each side of the split screen. Further, the user can employ the press gesture 320 to actuate the touch control 418 and enter the PW mode, which allows (1) user control of the angle correction, (2) movement (e.g., "up" or "down") of a baseline that can be displayed on the touch screen display 104 by employing the press and drag gesture 322, and/or (3) an increase or a decrease of scale by employing the tap gesture 302 on a scale bar that can be displayed on the touch screen display 104. Moreover, the user can employ the press gesture 320 against one side of the touch control 420 to perform 2D beam steering to the "left" or any other suitable direction in increments of five (5) or any other suitable increment, and employ the press gesture 320 against another side of the touch control 420 to perform 2D beam steering to the "right" or any other suitable direction in increments of five (5) or any other suitable increment. In addition, the user can employ the tap gesture 302 on the touch control 422, allowing the user to enter annotation information via a pop-up keyboard that can be displayed on the touch screen display 104.

As shown in FIG. 4C, the subset 406 includes a touch control 424 for performing dynamic range operations, a touch control 426 for performing Teravision™ software operations, a touch control 428 for performing map operations, and a touch control 430 for performing needle guide operations. For example, a user can employ the press gesture 320 and/or the press and drag gesture 322 against the touch control 424 to control or set the dynamic range. Further, the user can employ the tap gesture 302 on the touch control 426 to choose a desired level of the Teravision™ software to be executed from the memory by the processor on the computer motherboard 106. Moreover, the user can employ the tap gesture 302 on the touch control 428 to perform a desired map operation. In addition, the user can employ the press gesture 320 against the touch control 430 to perform a desired needle guide operation.

In accordance with the present application, various measurements and/or tracings of objects (such as organs, tissues, etc.) displayed as ultrasound images on the touch screen display 104 of the medical ultrasound imaging equipment 100 (see FIG. 1) can be performed, using single point/multipoint gestures on the surface 105 of the touch screen display 104. The user can perform such measurements and/or tracings of objects directly on an original ultrasound image of the displayed object, on a magnified version of the ultrasound image of the displayed object, and/or on a magnified portion of the ultrasound image within a virtual window 506 (see FIGS. 5C and 5D) on the touch screen display 104.

FIGS. 5A and 5B depict an original ultrasound image of an exemplary object, namely, a liver 502 with a cystic lesion 504, displayed on the touch screen display 104 of the medical ultrasound imaging equipment 100 (see FIG. 1). It is noted that such an ultrasound image can be generated by the medical ultrasound imaging equipment 100 in response to penetration of the liver tissue by ultrasound waves generated by an ultrasound probe/transducer operatively connected to the equipment 100. Measurements and/or tracings of the liver 502 with the cystic lesion 504 can be performed directly on the original ultrasound image displayed on the touch screen display 104 (see FIGS. 5A and 5B), or on a magnified version of the ultrasound image. For example, the user can obtain such a magnified version of the ultrasound image using a spread gesture (see, e.g., the spread gesture 312; FIG. 3) by placing two (2) fingers on the surface 105 of the touch screen display 104, and spreading them apart to

US 12,102,480 B2

13

magnify the original ultrasound image. Such measurements and/or tracings of the liver **502** and cystic lesion **504** can also be performed on a magnified portion of the ultrasound image within the virtual window **506** (see FIGS. **5C** and **5D**) on the touch screen display **104**.

For example, using his or her finger (see, e.g., a finger **508**; FIGS. **5A-5D**), the user can obtain the virtual window **506** by employing a press gesture (see, e.g., the press gesture **320**; FIG. **3**) against the surface **105** of the touch screen display **104** (see FIG. **5B**) in the vicinity of a region of interest, such as the region corresponding to the cystic lesion **504**. In response to the press gesture, the virtual window **506** (see FIGS. **5C** and **5D**) is displayed on the touch screen display **104**, possibly at least partially superimposed on the original ultrasound image, thereby providing the user with a view of a magnified portion of the liver **502** in the vicinity of the cystic lesion **504**. For example, the virtual window **506** of FIG. **5C** can provide a view of a magnified portion of the ultrasound image of the cystic lesion **504**, which is covered by the finger **508** pressed against the surface **105** of the touch screen display **104**. To re-position the magnified cystic lesion **504** within the virtual window **506**, the user can employ a press and drag gesture (see, e.g., the press and drag gesture **322**; FIG. **3**) against the surface **105** of the touch screen display **104** (see FIG. **5D**), thereby moving the image of the cystic lesion **504** to a desired position within the virtual window **506**. In one embodiment, the medical ultrasound imaging equipment **100** can be configured to allow the user to select a level of magnification within the virtual window **506** to be 2 times larger, 4 times larger, or any other suitable number of times larger than the original ultrasound image. The user can remove the virtual window **506** from the touch screen display **104** by lifting his or her finger (see, e.g., the finger **508**; FIGS. **5A-5D**) from the surface **105** of the touch screen display **104**.

FIG. **6A** depicts an ultrasound image of another exemplary object, namely, an apical four (4) chamber view of a heart **602**, displayed on the touch screen display **104** of the medical ultrasound imaging equipment **100** (see FIG. **1**). It is noted that such an ultrasound image can be generated by the medical ultrasound imaging equipment **100** in response to penetration of the heart tissue by ultrasound waves generated by an ultrasound probe/transducer operatively connected to the equipment **100**. Measurements and/or tracings of the heart **602** can be performed directly on the original ultrasound image displayed on the touch screen display **104** (see FIGS. **6A-6E**), or on a magnified version of the ultrasound image. For example, using his or her fingers (see, e.g., fingers **610**, **612**; FIGS. **6B-6E**), the user can perform a manual tracing of an endocardial border **604** (see FIG. **6B**) of a left ventricle **606** (see FIGS. **6B-6E**) of the heart **602** by employing one or more multi-finger gestures on the surface **105** of the touch screen display **104**. In one embodiment, using his or her fingers (see, e.g., the fingers **610**, **612**; FIGS. **6B-6E**), the user can obtain a cursor **607** (see FIG. **6B**) by employing a double tap gesture (see, e.g., the double tap gesture **310**; FIG. **3A**) on the surface **105** of the touch screen display **104**, and can move the cursor **607** by employing a drag gesture (see, e.g., the drag gesture **318**; FIG. **3A**) using one finger, such as the finger **610**, thereby moving the cursor **607** to a desired location on the touch screen display **104**. The systems and methods described herein can be used for the quantitative measurement of heart wall motion and specifically for the measurement of ventricular dyssynchrony as described in detail in U.S. application Ser. No. 10/817,316 filed on Apr. 2, 2004, the entire contents of which is incorporated herein by reference.

14

Once the cursor **607** is at the desired location on the touch screen display **104**, as determined by the location of the finger **610**, the user can fix the cursor **607** at that location by employing a tap gesture (see, e.g., the tap gesture **302**; see FIG. **3**) using another finger, such as the finger **612**. To perform a manual tracing of the endocardial border **604** (see FIG. **6B**), the user can employ a press and drag gesture (see, e.g., the press and drag gesture **322**; FIG. **3**) using the finger **610**, as illustrated in FIGS. **6C** and **6D**. Such a manual tracing of the endocardial border **604** can be highlighted on the touch screen display **104** in any suitable fashion, such as by a dashed line **608** (see FIGS. **6C-6E**). The manual tracing of the endocardial border **604** can continue until the finger **610** arrives at any suitable location on the touch screen display **104**, or until the finger **610** returns to the location of the cursor **607**, as illustrated in FIG. **6E**. Once the finger **610** is at the location of the cursor **607**, or at any other suitable location, the user can complete the manual tracing operation by employing a tap gesture (see, e.g., the tap gesture **302**; see FIG. **3**) using the finger **612**. It is noted that such a manual tracing operation can be employed to trace any other suitable feature(s) and/or waveform(s), such as a pulsed wave Doppler (PWD) waveform. In one embodiment, the medical ultrasound imaging equipment **100** can be configured to perform any suitable calculation(s) and/or measurement(s) relating to such feature(s) and/or waveform(s), based at least in part on a manual tracing(s) of the respective feature(s)/waveform(s).

As described above, the user can perform measurements and/or tracings of objects on a magnified portion of an original ultrasound image of a displayed object within a virtual window on the touch screen display **104**. FIGS. **7A-7C** depict an original ultrasound image of an exemplary object, namely, a liver **702** with a cystic lesion **704**, displayed on the touch screen display **104** of the medical ultrasound imaging equipment **100** (see FIG. **1**). FIGS. **7A-7C** further depict a virtual window **706** that provides a view of a magnified portion of the ultrasound image of the cystic lesion **704**, which is covered by one of the user's fingers, such as a finger **710**, pressed against the surface **105** of the touch screen display **104**. Using his or her fingers (see, e.g., fingers **710**, **712**; FIGS. **7A-7C**), the user can perform a size measurement of the cystic lesion **704** within the virtual window **706** by employing one or more multi-finger gestures on the surface **105** of the touch screen display **104**.

For example, using his or her fingers (see, e.g., the fingers **710**, **712**; FIGS. **7A-7C**), the user can obtain a first cursor **707** (see FIGS. **7B**, **7C**) by employing a double tap gesture (see, e.g., the double tap gesture **310**; FIG. **3**) on the surface **105**, and can move the first cursor **707** by employing a drag gesture (see, e.g., the drag gesture **318**; FIG. **3**) using one finger, such as the finger **710**, thereby moving the first cursor **707** to a desired location. Once the first cursor **707** is at the desired location, as determined by the location of the finger **710**, the user can fix the first cursor **707** at that location by employing a tap gesture (see, e.g., the tap gesture **302**; see FIG. **3**) using another finger, such as the finger **712**. Similarly, the user can obtain a second cursor **709** (see FIG. **7C**) by employing a double tap gesture (see, e.g., the double tap gesture **310**; FIG. **3**) on the surface **105**, and can move the second cursor **709** by employing a drag gesture (see, e.g., the drag gesture **318**; FIG. **3**) using the finger **710**, thereby moving the second cursor **709** to a desired location. Once the second cursor **709** is at the desired location, as determined by the location of the finger **710**, the user can fix the second cursor **709** at that location by employing a tap gesture (see, e.g., the tap gesture **302**; see FIG. **3**) using the finger **712**. In

US 12,102,480 B2

15

one embodiment, the medical ultrasound imaging equipment 100 can be configured to perform any suitable size calculation(s) and/or measurement(s) relating to the cystic lesion 704, based at least in part on the locations of the first and second cursors 707, 709.

FIGS. 8A-8C depict an original ultrasound image of an exemplary object, namely, a liver 802 with a cystic lesion 804, displayed on the touch screen display 104 of the medical ultrasound imaging equipment 100 (see FIG. 1). FIGS. 8a-8c further depict a virtual window 806 that provides a view of a magnified portion of the ultrasound image of the cystic lesion 804, which is covered by one of the user's fingers, such as a finger 810, pressed against the surface 105 of the touch screen display 104. Using his or her fingers (see, e.g., fingers 810, 812; FIGS. 8A-8C), the user can perform a caliper measurement of the cystic lesion 804 within the virtual window 806 by employing one or more multi-finger gestures on the surface 105 of the touch screen display 104.

For example, using his or her fingers (see, e.g., the fingers 810, 812; FIGS. 8A-8C), the user can obtain a first cursor 807 (see FIGS. 8B, 8C) by employing a double tap gesture (see, e.g., the double tap gesture 310; FIG. 3) on the surface 105, and can move the cursor 807 by employing a drag gesture (see, e.g., the drag gesture 318; FIG. 3) using one finger, such as the finger 810, thereby moving the cursor 807 to a desired location. Once the cursor 807 is at the desired location, as determined by the location of the finger 810, the user can fix the cursor 807 at that location by employing a tap gesture (see, e.g., the tap gesture 302; see FIG. 3) using another finger, such as the finger 812. The user can then employ a press and drag gesture (see, e.g., the press and drag gesture 322; FIG. 3) to obtain a connecting line 811 (see FIGS. 8B, 8C), and to extend the connecting line 811 from the first cursor 807 across the cystic lesion 804 to a desired location on another side of the cystic lesion 804. Once the connecting line 811 is extended across the cystic lesion 804 to the desired location on the other side of the cystic lesion 804, the user can employ a tap gesture (see, e.g., the tap gesture 302; see FIG. 3) using the finger 812 to obtain and fix a second cursor 809 (see FIG. 8C) at that desired location. In one embodiment, the medical ultrasound imaging equipment 100 can be configured to perform any suitable caliper calculation(s) and/or measurement(s) relating to the cystic lesion 804, based at least in part on the connecting line 811 extending between the locations of the first and second cursors 807, 809.

FIG. 9A shows a system 140 in which a transducer housing 150 with an array of transducer elements 152 can be attached at connector 114 to housing 102. Each probe 150 can have a probe identification circuit 154 that uniquely identifies the probe that is attached. When the user inserts a different probe with a different array, the system identifies the probe operating parameters. Note that preferred embodiments can include a display 104 having a touch sensor 107 which can be connected to a touch processor 109 that analyzes touchscreen data from the sensor 107 and transmits commands to both image processing operations and to a beamformer control processor (1116, 1124). In a preferred embodiment, the touch processor can include a computer readable medium that stores instructions to operate an ultrasound touchscreen engine that is operable to control display and imaging operations described herein.

FIG. 9B shows a software flowchart 900 of a typical transducer management module 902 within the ultrasound application program. When a TRANSDUCER ATTACH 904 event is detected, the Transducer Management Software

16

Module 902 first reads the Transducer type ID 906 and hardware revision information from the IDENTIFICATION Segment. The information is used to fetch the particular set of transducer profile data 908 from the hard disk and load it into the memory of the application program. The software then reads the adjustment data from the FACTORY Segment 910 and applies the adjustments to the profile data just loaded into memory 912. The software module then sends a TRANSDUCER ATTACH Message 914 to the main ultrasound application program, which uses the transducer profile already loaded. After acknowledgment 916, an ultrasound imaging sequence is performed and the USAGE segment is updated 918. The Transducer Management Software Module then waits for either a TRANSDUCER DETACH event 920, or the elapse of 5 minutes. If a TRANSDUCER DETACH event is detected 921, a message 924 is sent and acknowledged 926, the transducer profile data set is removed 928 from memory and the module goes back to wait for another TRANSDUCER ATTACH event. If a 5 minutes time period expires without detecting a TRANSDUCER DETACH event, the software module increments a Cumulative Usage Counter in the USAGE Segment 922, and waits for another 5 minutes period or a TRANSDUCER DETACH event. The cumulative usage is recorded in memory for maintenance and replacement records.

There are many types of ultrasound transducers. They differ by geometry, number of elements, and frequency response. For example, a linear array with center frequency of 10 to 15 MHz is better suited for breast imaging, and a curved array with center frequency of 3 to 5 MHz is better suited for abdominal imaging.

It is often necessary to use different types of transducers for the same or different ultrasound scanning sessions. For ultrasound systems with only one transducer connection, the operator will change the transducer prior to the start of a new scanning session.

In some applications, it is necessary to switch among different types of transducers during one ultrasound scanning session. In this case, it is more convenient to have multiple transducers connected to the same ultrasound system, and the operator can quickly switch among these connected transducers by hitting a button on the operator console, without having to physically detach and re-attach the transducers, which takes a longer time. Preferred embodiments of the invention can include a multiplexor within the tablet housing that can select between a plurality of probe connector ports within the tablet housing, or alternatively, the tablet housing can be connected to an external multiplexor that can be mounted on a cart as described herein.

FIG. 9C is a perspective view of an exemplary needle sensing positioning system using ultrasound transducers without the requirement of any active electronics in the sensor assembly. The sensor transducer may include a passive ultrasound transducer element. The elements may be used in a similar way as a typical transducer probe, utilizing the ultrasound engine electronics. The system 958 includes the addition of ultrasound transducer elements 960, added to a needle guide 962, that is represented in FIG. 9C but that may be any suitable form factor. The ultrasound transducer element 960, and needle guide 962, may be mounted using a needle guide mounting bracket 966, to an ultrasound transducer probe acoustic handle or an ultrasound imagining probe assembly 970. The needle with a disc mounted on the exposed end, the ultrasound reflector disc 964, is reflective to ultrasonic waves.

US 12,102,480 B2

17

The ultrasound transducer element **960**, on the needle guide **962**, may be connected to the ultrasound engine. The connection may be made through a separate cable to a dedicated probe connector on the engine, similar to a sharing the pencil CW probe connector. In an alternate embodiment, a small short cable may be plugged into the larger image transducer probe handle or a split cable connecting to the same probe connector at the engine. In another alternate embodiment the connection may be made via an electrical connector between the image probe handle and the needle guide without a cable in between. In an alternate embodiment the ultrasound transducer elements on the needle guide may be connected to the ultrasound engine by enclosing the needle guide and transducer elements in the same mechanical enclosure of the imagining probe handle.

FIG. **9D** is a perspective view of a needle guide **962**, positioned with transducer elements **960** and the ultrasound reflector disc **964**. The position of the reflector disc **964** is located by transmitting ultrasonic wave **972**, from the transducer element **960** on the needle guide **962**. The ultrasound wave **972** travels through the air towards reflector disc **964** and is reflected by the reflector disc **964**. The reflected ultrasound wave **974**, reaches the transducer element **960** on the needle guide **962**. The distance **976**, between the reflector disc **964**, and the transducer element **960** is calculated from the time elapsed and the speed of sound in the air.

FIG. **9E** is a perspective view of an alternate embodiment of the exemplary needle sensing positioning system using ultrasound transducers without the requirement of any active electronics in the sensor assembly. The sensor transducer may include a passive ultrasound transducer element. The elements may be used in a similar way as a typical transducer probe, utilizing the ultrasound engine electronics.

The system **986** includes needle guide **962** that may be mounted to a needle guide mounting bracket **966** that may be coupled to an ultrasound imaging probe assembly for imaging the patient's body **982**, or alterative suitable form factors. The ultrasound reflector disc **964** may be mounted at the exposed end of the needle **956**. In this embodiment a linear ultrasound acoustic array **978**, is mounted parallel to the direction of movement of the needle **956**. The linear ultrasound acoustic array **978** includes an ultrasound transducer array **980** positioned parallel to the needle **956**. In this embodiment an ultrasound imagining probe assembly **982**, is positioned for imagining the patient body. The ultrasound imaging probe assembly for imaging the patient body **982** is configured with an ultrasound transducer array **984**.

In this embodiment, the position of the ultrasound reflector disc **964** can be detected by using the ultrasound transducer array **980** coupled to an ultrasound imaging probe assembly for imaging **978**. The position of the reflector disc **964** is located by transmitting ultrasonic wave **972**, from the transducer element **980** on the ultrasound imaging probe assembly for imaging **978**. The ultrasound wave **972** travels through the air towards reflector disc **964** and is reflected by the reflector disc **964**. The reflected ultrasound wave **974**, reaches the transducer element **980** on the ultrasound imaging probe assembly for imaging **978**. The distance **976**, between the reflector disc **964**, and the transducer element **980** is calculated from the time elapsed and the speed of sound in the air. In an alternate embodiment an alternate algorithm may be used to sequentially scan the polarity of elements in the transducer array and analyze the reflections produced per transducer array element. In an alternate embodiment a plurality of scans may occur prior to forming an ultrasound image.

18

FIG. **10A** illustrates an exemplary method for monitoring the synchrony of a heart in accordance with exemplary embodiments. In the method, a reference template is loaded into memory and used to guide a user in identifying an imaging plane (per step **930**). Next a user identifies a desired imaging plane (per step **932**). Typically an apical 4-chamber view of the heart is used; however, other views may be used without departing from the spirit of the invention.

At times, identification of endocardial borders may be difficult, and when such difficulties are encountered tissue Doppler imaging of the same view may be employed (per step **934**). A reference template for identifying the septal and lateral free wall is provided (per step **936**). Next, standard tissue Doppler imaging (TDI) with pre-set velocity scales of, say, ±30 cm/sec may be used (per step **938**).

Then, a reference of the desired triplex image may be provided (per step **940**). Either B-mode or TDI may be used to guide the range gate (per step **942**). B-mode can be used for guiding the range gate (per step **944**) or TDI for guiding the range gate (per step **946**). Using TDI or B-mode for guiding the range gate also allows the use of a direction correction angle for allowing the Spectral Doppler to display the radial mean velocity of the septal wall. A first pulsed-wave spectral Doppler is then used to measure the septal wall mean velocity using duplex or triplex mode (per step **948**). The software used to process the data and calculate dyssynchrony can utilize a location (e.g. a center point) to automatically set an angle between dated locations on a heart wall to assist in simplifying the setting of parameters.

A second range-gate position is also guided using a duplex image or a TDI (per step **950**), and a directional correction angle may be used if desired. After step **950**, the mean velocity of the septal wall and lateral free wall are being tracked by the system. Time integration of the Spectral Doppler mean velocities **952** at regions of interest (e.g., the septum wall and the left ventricular free wall) then provides the displacement of the septal and left free wall, respectively.

The above method steps may be utilized in conjunction with a high pass filtering means, analog or digital, known in the relevant arts for removing any baseline disturbance present in collected signals. In addition, the disclosed method employs multiple simultaneous PW Spectral Doppler lines for tracking movement of the interventricular septum and the left ventricular fee wall. In additional, a multiple gate structure may be employed along each spectral line, thus allowing quantitative measurement of regional wall motion. Averaging over multiple gates may allow measurement of global wall movement.

FIG. **10B** is a detailed schematic block diagram for an exemplary embodiment of the integrated ultrasound probe **1040** can be connected to any PC **1010** through an Interface unit **1020**. The ultra sound probe **1040** is configured to transmit ultrasound waves to and reduce reflected ultrasound waves from on ore more image targets **1064**. The transducer **1040** can be coupled to the interface unit **1020** using one or more cables **1066**, **1068**. The interface unit **1020** can be positioned between the integrated ultrasound probe **1040** and the host computer **1010**. The two stage beam forming system **1040** and **1020** can be connected to any PC through a USB connection **1022**, **1012**.

The ultrasound probe **1040**, can include sub-arrays/apertures **1052** consisting of neighboring elements with an aperture smaller than that of the whole array. Returned echoes are received by the 1D transducer array **1062** and transmitted to the controller **1044**. The controller initiates formation of a coarse beam by transmitting the signals to memory **1058**, **1046**. The memory **1058**, **1046** transmits a

US 12,102,480 B2

19

signal to a transmit Driver **1 1050**, and Transmit Driver m **1054**. Transmit Driver **1 1050** and Transmit Driver m **1054** then send the signal to mux**1 1048** and mux m **1056**, respectively. The signal is transmitted to sub-array beamformer **1 1052** and sub-array beamformer n **1060**.

The outputs of each coarse beam forming operation can include further processing through a second stage beam forming in the interface unit **1020** to convert the beam forming output to digital representation. The coarse beam forming operations can be coherently summed to form a fine beam output for the array. The signals can be transmitted from the ultrasound probe **1040** sub-array beam former **1 1052** and sub-array beam former n **1060** to the A/D convertors **1030** and **1028** within the interface unit **1020**. Within the interface unit **1020** there are A/D converters **1028**, **1030** for converting the first stage beam forming output to digital representation. The digital conversion can be received from the A/D convertors **1030**, **1028** by a customer ASIC such as a FPGA **1026** to complete the second stage beam forming. The FPGA Digital beam forming **1026** can transmit information to the system controller **1024**. The system controller can transmit information to a memory **1032** which may send a signal back to the FPGA Digital Beam forming **1026**. Alternatively, the system controller **1024** may transmit information to the custom USB3 Chipset **1022**. The USB3 Chipset **1022** may then transmit information to a DC-DC convertor **1034**. In turn, the DC-DC convertor **1034** may transmit power from the interface unit **1020** to the ultrasound probe **1040**. Within the ultrasound probe **1040** a power supply **1042** may receive the power signal and interface with the transmit driver **1 1050** to provide the power to the front end integration probe.

The Interface unit **1020** custom or USB3 Chipset **1022** may be used to provide a communication link between the interface unit **10220** and the host computer **1010**. The custom or USB3 Chipset **1022** transmits a signal to the host computer's **1010** custom or USB3 Chipset **1012**. The custom or the USB3 Chipset **1012** then interfaces with the microprocessor **1014**. The microprocessor **1014** then may display information or send information to a device **1075**.

In an alternate embodiment, a narrow band beamformer can be used. For example, an individual analog phase shifter is applied to each of the received echoes. The phase shifted outputs within each sub-array are then summed to form a coarse beam. The A/D converts can be used to digitize each of the coarse beams; a digital beam former is then used to form the fine beam.

In another embodiment, forming a 64 element linear array may use eight adjacent elements to form a coarse beam output. Such arrangement may utilize eight output analog cables connecting the outputs of the integrated probe to the interface units. The coarse beams may be sent through the cable to the corresponding A/D convertors located in the interface unit. The digital delay is used to form a fine beam output. Eight A/D convertors may be required to form the digital representation.

In another embodiment, forming a 128 element array may use sixteen sub-array beam forming circuits. Each circuit may form a coarse beam from an adjacent eight element array provided in the first stage output to the interface unit. Such arrangement may utilize sixteen output analog cables connecting the outputs of the integrated probe to the interface units to digitize the output. A PC microprocessor or a DSP may be used to perform the down conversion, basebanding, scan conversion and post image processing functions. The microprocessor or DSP can also be used to perform all the Doppler processing functions.

20

FIG. **10C** is a detailed schematic block diagram for an exemplary embodiment of the integrated ultrasound probe **1040** with the first sub array beamforming circuit, and the second stage beamforming circuits are integrated inside the host computer **1082**. The back end computer with the second stage beamforming circuit may be a PDA, tablet or mobile device housing. The ultra sound probe **1040** is configured to transmit ultrasound waves to and reduce reflected ultrasound waves from on ore more image targets **1064**. The transducer **1040** is coupled to the host computer **1082** using one or more cables **1066**, **1068**. Note that A/D circuit elements can also be placed in the transducer probe housing.

The ultrasound probe **1040** includes subarray/apertures **1052** consisting of neighboring elements with an aperture smaller than that of the whole array. Returned echoes are received by the 1D transducer array **1062** and transmitted to the controller **1044**. The controller initiates formation of a coarse beam by transmitting the signals to memory **1058**, **1046**. The memory **1058**, **1046** transmits a signal to a transmit Driver **1 1050**, and Transmit Driver m **1054**. Transmit Driver **1 1050** and Transmit Driver m **1054** then send the signal to mux**1 1048** and mux m **1056**, respectively. The signal is transmitted to subarray beamformer **1 1052** and subarray beamformer n **1060**.

The outputs of each coarse beam forming operation then go through a second stage beam forming in the interface unit **1020** to convert the beam forming output to digital representation. The coarse beamforming operations are coherently summed to form a fine beam output for the array. The signals are transmitted from the ultrasound probe **1040** subarray beamformer **1 1052** and subarray beamformer n **1060** to the A/D convertors **1030** and **1028** within the host computer **1082**. Within the host computer **1082** there are A/D converters **1028**, **1030** for converting the first stage beamforming output to digital representation. The digital conversion is received from the A/D convertors **1030**, **1028** by a customer ASIC such as a FPGA **1026** to complete the second stage beamforming. The FPGA Digital beamforming **1026** transmits information to the system controller **1024**. The system controller transmits information to a memory **1032** which may send a signal back to the FPGA Digital Beam forming **1026**. Alternatively, the system controller **1024** may transmit information to the custom USB3 Chipset **1022**. The USB3 Chipset **1022** may then transmit information to a DC-DC convertor **1034**. In turn, the DC-DC convertor **1034** may transmit power from the interface unit **1020** to the ultrasound probe **1040**. Within the ultrasound probe **1040** a power supply **1042** may receive the power signal and interface with the transmit driver **1 1050** to provide the power to the front end integration probe. The power supply can include a battery to enable wireless operation of the transducer assembly. A wireless transceiver can be integrated into controller circuit or a separate communications circuit to enable wireless transfer of image data and control signals.

The host computer's **1082** custom or USB3 Chipset **1022** may be used to provide a communication link between the custom or USB3 Chipset **1012** to transmits a signal to the microprocessor **1014**. The microprocessor **1014** then may display information or send information to a device **1075**.

FIG. **11** is a detailed schematic block diagram of an exemplary embodiment of the ultrasound engine **108** (i.e., the front-end ultrasound specific circuitry) and an exemplary embodiment of the computer motherboard **106** (i.e., the host computer) of the ultrasound device illustrated in FIGS. **1** and **2A**. The components of the ultrasound engine **108** and/or the computer motherboard **106** may be implemented in appli-

US 12,102,480 B2

21

cation-specific integrated circuits (ASICs). Exemplary ASICs have a high channel count and can pack 32 or more channels per chip in some exemplary embodiments. One of ordinary skill in the art will recognize that the ultrasound engine **108** and the computer motherboard **106** may include more or fewer modules than those shown. For example, the ultrasound engine **108** and the computer motherboard **106** may include the modules shown in FIG. **17**.

A transducer array **152** is configured to transmit ultrasound waves to and receive reflected ultrasound waves from one or more image targets **1102**. The transducer array **152** is coupled to the ultrasound engine **108** using one or more cables **1104**.

The ultrasound engine **108** includes a high-voltage transmit/receive (TR) module **1106** for applying drive signals to the transducer array **152** and for receiving return echo signals from the transducer array **152**. The ultrasound engine **108** includes a pre-amp/time gain compensation (TGC) module **1108** for amplifying the return echo signals and applying suitable TGC functions to the signals. The ultrasound engine **108** includes a sampled-data beamformer **1110** that the delay coefficients used in each channel after the return echo signals have been amplified and processed by the pre-amp/TGC module **1108**.

In some exemplary embodiments, the high-voltage TR module **1106**, the pre-amp/TGC module **1108**, and the sample-interpolate receive beamformer **1110** may each be a silicon chip having 8 to 64 channels per chip, but exemplary embodiments are not limited to this range. In certain embodiments, the high-voltage TR module **1106**, the pre-amp/TGC module **1108**, and the sample-interpolate receive beamformer **1110** may each be a silicon chip having 8, 16, 32, 64 channels, and the like. As illustrated in FIG. **11**, an exemplary TR module **1106**, an exemplary pre-amp/TGC module **1108** and an exemplary beamformer **1110** may each take the form of a silicon chip including 32 channels.

The ultrasound engine **108** includes a first-in first-out (FIFO) buffer module **1112** which is used for buffering the processed data output by the beamformer **1110**. The ultrasound engine **108** also includes a memory **1114** for storing program instructions and data, and a system controller **1116** for controlling the operations of the ultrasound engine modules.

The ultrasound engine **108** interfaces with the computer motherboard **106** over a communications link **112** which can follow a standard high-speed communications protocol, such as the Fire Wire (IEEE 1394 Standards Serial Interface) or fast (e.g., 200-400 Mbits/second or faster) Universal Serial Bus (USB 2.0 USB 3.0), protocol. The standard communication link to the computer motherboard operates at least at 400 Mbits/second or higher, preferably at 800 Mbits/second or higher. Alternatively, the link **112** can be a wireless connection such as an infrared (IR) link. The ultrasound engine **108** includes a communications chipset **1118** (e.g., a Fire Wire chipset) to establish and maintain the communications link **112**.

Similarly, the computer motherboard **106** also includes a communications chipset **1120** (e.g., a Fire Wire chipset) to establish and maintain the communications link **112**. The computer motherboard **106** includes a core computer-readable memory **1122** for storing data and/or computer-executable instructions for performing ultrasound imaging operations. The memory **1122** forms the main memory for the computer and, in an exemplary embodiment, may store about 4 GB of DDR3 memory. The computer motherboard **106** also includes a microprocessor **1124** for executing computer-executable instructions stored on the core com-

22

puter-readable memory **1122** for performing ultrasound imaging processing operations. An exemplary microprocessor **1124** may be an off-the-shelf commercial computer processor, such as an Intel Core-i5 processor. Another exemplary microprocessor **1124** may be a digital signal processor (DSP) based processor, such as one or more DaVinci™ processors from Texas Instruments. The computer motherboard **106** also includes a display controller **1126** for controlling a display device that may be used to display ultrasound data, scans and maps.

Exemplary operations performed by the microprocessor **1124** include, but are not limited to, down conversion (for generating I, Q samples from received ultrasound data), scan conversion (for converting ultrasound data into a display format of a display device), Doppler processing (for determining and/or imaging movement and/or flow information from the ultrasound data), Color Flow processing (for generating, using autocorrelation in one embodiment, a color-coded map of Doppler shifts superimposed on a B-mode ultrasound image), Power Doppler processing (for determining power Doppler data and/or generating a power Doppler map), Spectral Doppler processing (for determining spectral Doppler data and/or generating a spectral Doppler map), and post signal processing. These operations are described in further detail in WO 03/079038 A2, filed Mar. 11, 2003, titled "Ultrasound Probe with Integrated Electronics," the entire contents of which are expressly incorporated herein by reference.

To achieve a smaller and lighter portable ultrasound devices, the ultrasound engine **108** includes reduction in overall packaging size and footprint of a circuit board providing the ultrasound engine **108**. To this end, exemplary embodiments provide a small and light portable ultrasound device that minimizes overall packaging size and footprint while providing a high channel count. In some embodiments, a high channel count circuit board of an exemplary ultrasound engine may include one or more multi-chip modules in which each chip provides multiple channels, for example, 32 channels. The term "multi-chip module," as used herein, refers to an electronic package in which multiple integrated circuits (IC) are packaged into a unifying substrate, facilitating their use as a single component, i.e., as a larger IC. A multi-chip module may be used in an exemplary circuit board to enable two or more active IC components integrated on a High Density Interconnection (HDI) substrate to reduce the overall packaging size. In an exemplary embodiment, a multi-chip module may be assembled by vertically stacking a transmit/receive (TR) silicon chip, an amplifier silicon chip and a beamformer silicon chip of an ultrasound engine. A single circuit board of the ultrasound engine may include one or more of these multi-chip modules to provide a high channel count, while minimizing the overall packaging size and footprint of the circuit board.

FIG. **12** depicts a schematic side view of a portion of a circuit board **1200** including a multi-chip module assembled in a vertically stacked configuration. Two or more layers of active electronic integrated circuit components are integrated vertically into a single circuit. The IC layers are oriented in spaced planes that extend substantially parallel to one another in a vertically stacked configuration. In FIG. **12**, the circuit board includes an HDI substrate **1202** for supporting the multi-chip module. A first integrated circuit chip **1204** including, for example, a first beamformer device is coupled to the substrate **1202** using any suitable coupling mechanism, for example, epoxy application and curing. A first spacer layer **1206** is coupled to the surface of the first integrated circuit chip **1204** opposite to the substrate **1202**

US 12,102,480 B2

23

using, for example, epoxy application and curing. A second integrated circuit chip **1208** having, for example, a second beamformer device is coupled to the surface of the first spacer layer **1206** opposite to the first integrated circuit chip **1204** using, for example, epoxy application and curing. A metal frame **1210** is provided for mechanical and/or electrical connection among the integrated circuit chips. An exemplary metal frame **1210** may take the form of a leadframe. The first integrated circuit chip **1204** may be coupled to the metal frame **1210** using wiring **1212**. The second integrated circuit chip **1208** may be coupled to the same metal frame **1210** using wiring **1214**. A packaging **1216** is provided to encapsulate the multi-chip module assembly and to maintain the multiple integrated circuit chips in substantially parallel arrangement with respect to one another.

As illustrated in FIG. **12**, the vertical three-dimensional stacking of the first integrated circuit chip **1204**, the first spacer layer **1206** and the second integrated circuit chip **1208** provides high-density functionality on the circuit board while minimizing overall packaging size and footprint (as compared to an ultrasound engine circuit board that does not employ a vertically stacked multi-chip module). One of ordinary skill in the art will recognize that an exemplary multi-chip module is not limited to two stacked integrated circuit chips. Exemplary numbers of chips vertically integrated in a multi-chip module may include, but are not limited to, two, three, four, five, six, seven, eight, and the like.

In one embodiment of an ultrasound engine circuit board, a single multi-chip module as illustrated in FIG. **12** is provided. In other embodiments, a plurality of multi-chip modules also illustrated in FIG. **12**. In an exemplary embodiment, a plurality of multi-chip modules (for example, two multi-chip modules) may be stacked vertically on top of one another on a circuit board of an ultrasound engine to further minimize the packaging size and footprint of the circuit board.

In addition to the need for reducing the footprint, there is also a need for decreasing the overall package height in multi-chip modules. Exemplary embodiments may employ wafer thinning to sub-hundreds micron to reduce the package height in multi-chip modules.

Any suitable technique can be used to assemble a multi-chip module on a substrate. Exemplary assembly techniques include, but are not limited to, laminated MCM (MCM-L) in which the substrate is a multi-layer laminated printed circuit board, deposited MCM (MCM-D) in which the multi-chip modules are deposited on the base substrate using thin film technology, and ceramic substrate MCM (MCM-C) in which several conductive layers are deposited on a ceramic substrate and embedded in glass layers that layers are co-fired at high temperatures (HTCC) or low temperatures (LTCC).

FIG. **13** is a flowchart of an exemplary method for fabricating a circuit board including a multi-chip module assembled in a vertically stacked configuration. In step **1302**, a HDI substrate is fabricated or provided. In step **1304**, a metal frame (e.g., leadframe) is provided. In step **1306**, a first IC layer is coupled or bonded to the substrate using, for example, epoxy application and curing. The first IC layer is wire bonded to the metal frame. In step **1308**, a spacer layer is coupled to the first IC layer using, for example, epoxy application and curing, so that the layers are stacked vertically and extend substantially parallel to each other. In step **1310**, a second IC layer is coupled to the spacer layer using, for example, epoxy application and curing, so that all of the layers are stacked vertically and extend substantially parallel to one another. The second IC layer is

24

wire bonded to the metal frame. In step **1312**, a packaging is used to encapsulate the multi-chip module assembly.

Exemplary chip layers in a multi-chip module may be coupled to each other using any suitable technique. For example, in the embodiment illustrated in FIG. **12**, spacer layers may be provided between chip layers to spacedly separate the chip layers. Passive silicon layers, die attach paste layers and/or die attach film layers may be used as the spacer layers. Exemplary spacer techniques that may be used in fabricating a multi-chip module is further described in Toh C H et al., "Die Attach Adhesives for 3D Same-Sized Dies Stacked Packages," the 58th Electronic Components and Technology Conference (ECTC2008), pp. 1538-43, Florida, US (27-30 May 2008), the entire contents of which are expressly incorporated herein by reference.

Important requirements for the die attach (DA) paste or film is excellent adhesion to the passivation materials of adjacent dies. Also, a uniform bond-link thickness (BLT) is required for a large die application. In addition, high cohesive strength at high temperatures and low moisture absorption are preferred for reliability.

FIGS. **14A-14C** are schematic side views of exemplary multi-chip modules, including vertically stacked dies, that may be used in accordance with exemplary embodiments. Both peripheral and center pads wire bond (WB) packages are illustrated and may be used in wire bonding exemplary chip layers in a multi-chip module. FIG. **14A** is a schematic side view of a multi-chip module including four vertically stacked dies in which the dies are spacedly separated from one another by passive silicon layers with a 2-in-1 dicing die attach film (D-DAF). FIG. **14B** is a schematic side view of a multi-chip module including four vertically stacked dies in which the dies are spacedly separated from one another by DA film-based adhesives acting as die-to-die spacers. FIG. **14C** is a schematic side view of a multi-chip module including four vertically stacked dies in which the dies are spacedly separated from one another by DA paste or film-based adhesives acting as die-to-die spacers. The DA paste or film-based adhesives may have wire penetrating capability in some exemplary embodiments. In the exemplary multi-chip module of FIG. **14C**, film-over wire (FOW) is used to allow long wire bonding and center bond pads stacked die packages. FOW employs a die-attach film with wire penetrating capability that allows the same or similar-sized wire-bonded dies to be stacked directly on top of one another without passive silicon spacers. This solves the problem of stacking same or similar-sized dies directly on top of each other, which otherwise poses a challenge as there is no or insufficient clearance for the bond wires of the lower dies.

The DA material illustrated in FIGS. **14B** and **14C** preferably maintain a bond-line thickness (BLT) with little to no voiding and bleed out through the assembly process. Upon assembly, the DA materials sandwiched between the dies maintain an excellent adhesion to the dies. The material properties of the DA materials are tailored to maintain high cohesive strength for high temperature reliability stressing without bulk fracture. The material properties of the DA materials are tailored to also minimize or preferably eliminate moisture accumulation that may cause package reliability failures (e.g., popcorning whereby interfacial or bulk fractures occur as a result of pressure build-up from moisture in the package).

FIG. **15** is a flowchart of certain exemplary methods of die-to-die stacking using (a) passive silicon layers with a 2-in-1 dicing die attach film (D-DAF), (b) DA paste, (c) thick DA-film, and (d) film-over wire (FOW) that employs

US 12,102,480 B2

25

a die-attach film with wire penetrating capability that allows the same or similar-sized wire-bonded dies to be stacked directly on top of one another without passive silicon spacers. Each method performs backgrinding of wafers to reduce the wafer thickness to enable stacking and high density packaging of integrated circuits. The wafers are sawed to separate the individual dies. A first die is bonded to a substrate of a multi-chip module using, for example, epoxy application and curing in an oven. Wire bonding is used to couple the first die to a metal frame.

In method (A), a first passive silicon layer is bonded to the first die in a stacked manner using a dicing die-attach film (D-DAF). A second die is bonded to the first passive layer in a stacked manner using D-DAF. Wire bonding is used to couple the second die to the metal frame. A second passive silicon layer is bonded to the second die in a stacked manner using D-DAF. A third die is bonded to the second passive layer in a stacked manner using D-DAF. Wire bonding is used to couple the third die to the metal frame. A third passive silicon layer is bonded to the third die in a stacked manner using D-DAF. A fourth die is bonded to the third passive layer in a stacked manner using D-DAF. Wire bonding is used to couple the fourth die to the metal frame.

In method (B), die attach (DA) paste dispensing and curing is repeated for multi-thin die stack application. DA paste is dispensed onto a first die, and a second die is provided on the DA paste and cured to the first die. Wire bonding is used to couple the second die to the metal frame. DA paste is dispensed onto the second die, and a third die is provided on the DA paste and cured to the second die. Wire bonding is used to couple the third die to the metal frame. DA paste is dispensed onto the third die, and a fourth die is provided on the DA paste and cured to the third die. Wire bonding is used to couple the fourth die to the metal frame.

In method (C), die attach films (DAF) are cut and pressed to a bottom die and a top die is then placed and thermal compressed onto the DAF. For example, a DAF is pressed to the first die and a second die is thermal compressed onto the DAF. Wire bonding is used to couple the second die to the metal frame. Similarly, a DAF is pressed to the second die and a third die is thermal compressed onto the DAF. Wire bonding is used to couple the third die to the metal frame. A DAF is pressed to the third die and a fourth die is thermal compressed onto the DAF. Wire bonding is used to couple the fourth die to the metal frame.

In method (D), film-over wire (FOW) employs a die-attach film with wire penetrating capability that allows the same or similar-sized wire-bonded dies to be stacked directly on top of one another without passive silicon spacers. A second die is bonded and cured to the first die in a stacked manner. Film-over wire bonding is used to couple the second die to the metal frame. A third die is bonded and cured to the first die in a stacked manner. Film-over wire bonding is used to couple the third die to the metal frame. A fourth die is bonded and cured to the first die in a stacked manner. Film-over wire bonding is used to couple the fourth die to the metal frame.

After the above-described steps are completed, in each method (a)-(d), wafer molding and post-mold curing (PMC) are performed. Subsequently, ball mount and singulation are performed.

Further details on the above-described die attachment techniques are provided in TOH C H et al., "Die Attach Adhesives for 3D Same-Sized Dies Stacked Packages," the 58th Electronic Components and Technology Conference

26

(ECTC2008), pp. 1538-43, Florida, US (27-30 May 2008), the entire contents of which are expressly incorporated herein by reference.

FIG. 16 is a schematic side view of a multi-chip module 1600 including a TR chip 1602, an amplifier chip 1604 and a beamformer chip 1606 vertically integrated in a vertically stacked configuration on a substrate 1614. Any suitable technique illustrated in FIGS. 12-15 may be used to fabricate the multi-chip module. One of ordinary skill in the art will recognize that the particular order in which the chips are stacked may be different in other embodiments. First and second spacer layers 1608, 1610 are provided to spacedly separate the chips 1602, 1604, 1606. Each chip is coupled to a metal frame (e.g., a leadframe) 1612. In certain exemplary embodiments, heat transfer and heat sink mechanisms may be provided in the multi-chip module to sustain high temperature reliability stressing without bulk failure. Other components of FIG. 16 are described with reference to FIGS. 12 and 14.

In this exemplary embodiment, each multi-chip module may handle the complete transmit, receive, TGC amplification and beam forming operations for a large number of channels, for example, 32 channels. By vertically integrating the three silicon chips into a single multi-chip module, the space and footprint required for the printed circuit board is further reduced. A plurality of multi-chip modules may be provided on a single ultrasound engine circuit board to further increase the number of channels while minimizing the packaging size and footprint. For example, a 128 channel ultrasound engine circuit board 108 can be fabricated within exemplary planar dimensions of about 10 cm×about 10 cm, which is a significant improvement of the space requirements of conventional ultrasound circuits. A single circuit board of an ultrasound engine including one or more multi-chip modules may have 16 to 128 channels in preferred embodiments. In certain embodiments, a single circuit board of an ultrasound engine including one or more multi-chip modules may have 16, 32, 64, 128 channels, and the like.

FIG. 17 is a detailed schematic block diagram of an exemplary embodiment of the ultrasound engine 108 (i.e., the front-end ultrasound specific circuitry) and an exemplary embodiment of the computer motherboard 106 (i.e., the host computer) provided as a single board complete ultrasound system. An exemplary single board ultrasound system as illustrated in FIG. 17 may have exemplary planar dimensions of about 25 cm×about 18 cm, although other dimensions are possible. The single board complete ultrasound system of FIG. 17 may be implemented in the ultrasound device illustrated in FIGS. 1, 2A, 2B, and 9A, and may be used to perform the operations depicted in FIGS. 3-8, 9B, and 10.

The ultrasound engine 108 includes a probe connector 114 to facilitate the connection of at least one ultrasound probe/transducer. In the ultrasound engine 108, a TR module, an amplifier module and a beamformer module may be vertically stacked to form a multi-chip module as shown in FIG. 16, thereby minimizing the overall packaging size and footprint of the ultrasound engine 108. The ultrasound engine 108 may include a first multi-chip module 1710 and a second multi-chip module 1712, each including a TR chip, an ultrasound pulser and receiver, an amplifier chip including a time-gain control amplifier, and a sample-data beamformer chip vertically integrated in a stacked configuration as shown in FIG. 16. The first and second multi-chip modules 1710, 1712 may be stacked vertically on top of each other to further minimize the area required on the circuit board. Alternatively, the first and second multi-chip

US 12,102,480 B2

27

modules **1710**, **1712** may be disposed horizontally on the circuit board. In an exemplary embodiment, the TR chip, the amplifier chip and the beamformer chip is each a 32-channel chip, and each multi-chip module **1710**, **1712** has 32 channels. One of ordinary skill in the art will recognize that exemplary ultrasound engines **108** may include, but are not limited to, one, two, three, four, five, six, seven, eight multi-chip modules. Note that in a preferred embodiment the system can be configured with a first beamformer in the transducer housing and a second beamformer in the tablet housing.

The ASICs and the multi-chip module configuration enable a 128-channel complete ultrasound system to be implemented on a small single board in a size of a tablet computer format. An exemplary 128-channel ultrasound engine **108**, for example, can be accommodated within exemplary planar dimensions of about 10 cm×about 10 cm, which is a significant improvement of the space requirements of conventional ultrasound circuits. An exemplary 128-channel ultrasound engine **108** can also be accommodated within an exemplary area of about 100 cm².

The ultrasound engine **108** also includes a clock generation complex programmable logic device (CPLD) **1714** for generating timing clocks for performing an ultrasound scan using the transducer array. The ultrasound engine **108** includes an analog-to-digital converter (ADC) **1716** for converting analog ultrasound signals received from the transducer array to digital RF formed beams. The ultrasound engine **108** also includes one or more delay profile and waveform generator field programmable gate arrays (FPGA) **1718** for managing the receive delay profiles and generating the transmit waveforms. The ultrasound engine **108** includes a memory **1720** for storing the delay profiles for ultrasound scanning. An exemplary memory **1720** may be a single DDR3 memory chip. The ultrasound engine **108** includes a scan sequence control field programmable gate array (FPGA) **1722** configured to manage the ultrasound scan sequence, transmit/receiving timing, storing and fetching of profiles to/from the memory **1720**, and buffering and moving of digital RF data streams to the computer motherboard **106** via a high-speed serial interface **112**. The high-speed serial interface **112** may include Fire Wire or other serial or parallel bus interface between the computer motherboard **106** and the ultrasound engine **108**. The ultrasound engine **108** includes a communications chipset **1118** (e.g., a Fire Wire chipset) to establish and maintain the communications link **112**.

A power module **1724** is provided to supply power to the ultrasound engine **108**, manage a battery charging environment and perform power management operations. The power module **1724** may generate regulated, low noise power for the ultrasound circuitry and may generate high voltages for the ultrasound transmit pulser in the TR module.

The computer motherboard **106** includes a core computer-readable memory **1122** for storing data and/or computer-executable instructions for performing ultrasound imaging operations. The memory **1122** forms the main memory for the computer and, in an exemplary embodiment, may store about 4 Gb of DDR3 memory. The memory **1122** may include a solid state hard drive (SSD) for storing an operating system, computer-executable instructions, programs and image data. An exemplary SSD may have a capacity of about 128 GB.

The computer motherboard **106** also includes a microprocessor **1124** for executing computer-executable instructions stored on the core computer-readable memory **1122** for performing ultrasound imaging processing operations.

28

Exemplary operations include, but are not limited to, down conversion, scan conversion, Doppler processing, Color Flow processing, Power Doppler processing, Spectral Doppler processing, and post signal processing. An exemplary microprocessor **1124** may be an off-the-shelf commercial computer processor, such as an Intel Core-i5 processor. Another exemplary microprocessor **1124** may be a digital signal processor (DSP) based processor, such as DaVinci™ processors from Texas Instruments.

The computer motherboard **106** includes an input/output (I/O) and graphics chipset **1704** which includes a co-processor configured to control I/O and graphic peripherals such as USB ports, video display ports and the like. The computer motherboard **106** includes a wireless network adapter **1702** configured to provide a wireless network connection. An exemplary adapter **1702** supports 802.11g and 802.11n standards. The computer motherboard **106** includes a display controller **1126** configured to interface the computer motherboard **106** to the display **104**. The computer motherboard **106** includes a communications chipset **1120** (e.g., a Fire Wire chipset or interface) configured to provide a fast data communication between the computer motherboard **106** and the ultrasound engine **108**. An exemplary communications chipset **1120** may be an IEEE 1394b 800 Mbit/sec interface. Other serial or parallel interfaces **1706** may alternatively be provided, such as USB3, Thunder-Bolt, PCIe, and the like. A power module **1708** is provided to supply power to the computer motherboard **106**, manage a battery charging environment and perform power management operations.

An exemplary computer motherboard **106** may be accommodated within exemplary planar dimensions of about 12 cm×about 10 cm. An exemplary computer motherboard **106** can be accommodated within an exemplary area of about 120 cm².

FIG. **18** is a perspective view of an exemplary portable ultrasound system **100** provided in accordance with exemplary embodiments. The system **100** includes a housing **102** that is in a tablet form factor as illustrated in FIG. **18**, but that may be in any other suitable form factor. An exemplary housing **102** may have a thickness below 2 cm and preferably between 0.5 and 1.5 cm. A front panel of the housing **102** includes a multi-touch LCD touch screen display **104** that is configured to recognize and distinguish one or more multiple and/or simultaneous touches on a surface of the touch screen display **104**. The surface of the display **104** may be touched using one or more of a user's fingers, a user's hand or an optional stylus **1802**. The housing **102** includes one or more I/O port connectors **116** which may include, but are not limited to, one or more USB connectors, one or more SD cards, one or more network mini display ports, and a DC power input. The embodiment of housing **102** in FIG. **18** can also be configured within a palm-carried form factor having dimensions of 150 mm×100 mm×15 mm (a volume of 225000 mm³) or less. The housing **102** can have a weight of less than 200 g. Optionally, cabling between the transducer array and the display housing can include interface circuitry **1020** as described herein. The interface circuitry **1020** can include, for example, beamforming circuitry and/or A/D circuitry in a pod that dangles from the tablet. Separate connectors **1025**, **1027** can be used to connect the dangling pod to the transducer probe cable. The connector **1027** can include probe identification circuitry as described herein. The unit **102** can include a camera, a microphone and a speaker as well as wireless telephone circuitry for voice and

US 12,102,480 B2

29                                                    30

data communications as well as voice activated software that can be used to control the ultrasound imaging operations described herein.

The housing 102 includes or is coupled to a probe connector 114 to facilitate connection of at least one ultrasound probe/transducer 150. The ultrasound probe 150 includes a transducer housing including one or more transducer arrays 152. The ultrasound probe 150 is couplable to the probe connector 114 using a housing connector 1804 provided along a flexible cable 1806. One of ordinary skill in the art will recognize that the ultrasound probe 150 may be coupled to the housing 102 using any other suitable mechanism, for example, an interface housing that includes circuitry for performing ultrasound-specific operations like beamforming. Other exemplary embodiments of ultrasound systems are described in further detail in WO 03/079038 A2, filed Mar. 11, 2003, titled "Ultrasound Probe with Integrated Electronics," the entire contents of which is expressly incorporated herein by reference. Preferred embodiments can employ a wireless connection between the hand-held transducer probe 150 and the display housing. Beamformer electronics can be incorporated into probe housing 150 to provide beamforming of subarrays in a 1D or 2D transducer array as described herein. The display housing can be sized to be held in the palm of the user's hand and can include wireless network connectivity to public access networks such as the internet.

FIG. 19 illustrates an exemplary view of a main graphical user interface (GUI) 1900 rendered on the touch screen display 104 of the portable ultrasound system 100 of FIG. 18. The main GUI 1900 may be displayed when the ultrasound system 100 is started. To assist a user in navigating the main GUI 1900, the GUI may be considered as including four exemplary work areas: a menu bar 1902, an image display window 1904, an image control bar 1906, and a tool bar 1908. Additional GUI components may be provided on the main GUI 1900 to, for example, enable a user to close, resize and exit the GUI and/or windows in the GUI.

The menu bar 1902 enables a user to select ultrasound data, images and/or videos for display in the image display window 1904. The menu bar 1902 may include, for example, GUI components for selecting one or more files in a patient folder directory and an image folder directory. The image display window 1904 displays ultrasound data, images and/or videos and may, optionally, provide patient information. The tool bar 1908 provides functionalities associated with an image or video display including, but not limited to, a save button for saving the current image and/or video to a file, a save Loop button that saves a maximum allowed number of previous frames as a Cine loop, a print button for printing the current image, a freeze image button for freezing an image, a playback toolbar for controlling aspects of playback of a Cine loop, and the like. Exemplary GUI functionalities that may be provided in the main GUI 1900 are described in further detail in WO 03/079038 A2, filed Mar. 11, 2003, titled "Ultrasound Probe with Integrated Electronics," the entire contents of which are expressly incorporated herein by reference.

The image control bar 1906 includes touch controls that may be operated by touch and touch gestures applied by a user directly to the surface of the display 104. Exemplary touch controls may include, but are not limited to, a 2D touch control 408, a gain touch control 410, a color touch control 412, a storage touch control 414, a split touch control 416, a PW imaging touch control 418, a beamsteering touch control 20, an annotation touch control 422, a dynamic range operations touch control 424, a Teravision™ touch control 426, a map operations touch control 428, and a needle guide touch control 428. These exemplary touch controls are described in further detail in connection with FIGS. 4a-4c.

FIG. 20 depicts an illustrative embodiment of exemplary medical ultrasound imaging equipment 2000, implemented in the form factor of a tablet in accordance with the invention. The table may have the dimensions of 12.5"× 1.25"×8.75" or 31.7 cm×3.175 cm×22.22 cm but it may also be in any other suitable form factor having a volume of less than 2500 cm³ and a weight of less than 8 lbs. As shown in FIG. 20, the medical ultrasound imaging equipment 2000, includes a housing 2030, a touch screen display 2010, wherein ultrasound images 2010, and ultra sound data 2040, can be displayed and ultrasound controls 2020, are configured to be controlled by a touchscreen display 2010. The housing 2030, may have a front panel 2060 and a rear panel 2070. The touchscreen display 2010, forms the front panel 2060, and includes a multi-touch LCD touch screen that can recognize and distinguish one or more multiple and or simultaneous touches of the user on the touchscreen display 2010. The touchscreen display 2010 may have a capacitive multi-touch and AVAH LCD screen. For example, the capacitive multi-touch and AVAH LCD screen may enable a user to view the image from multi angles without losing resolution. In another embodiment, the user may utilize a stylus for data input on the touch screen. The tablet can include an integrated foldable stand that permits a user to swivel the stand from a storage position that conforms to the tablet form factor so that the device can lay flat on the rear panel, or alternatively, the user can swivel the stand to enable the tablet to stand at an upright position at one of a plurality of oblique angles relative to a support surface.

Capacitive touchscreen module comprises an insulator for example glass, coated with a transparent conductor, such as indium tin oxide. The manufacturing process may include a bonding process among glass, x-sensor film, y-sensor film and a liquid crystal material. The tablet is configured to allow a user to perform multi-touch gestures such as pinching and stretching while wearing a dry or a wet glove. The surface of the screen registers the electrical conductor making contact with the screen. The contact distorts the screens electrostatic field resulting in measureable changes in capacitance. A processor then interprets the change in the electrostatic field. Increasing levels of responsiveness are enabled by reducing the layers and by producing touch screens with "in-cell" technology. "In-cell" technology eliminates layers by placing the capacitors inside the display. Applying "in-cell" technology reduces the visible distance between the user's finger and the touchscreen target, thereby creating a more directive contact with the content displayed and enabling taps and gestures to have an increase in responsiveness.

FIG. 21 illustrates a preferred cart system for a modular ultrasound imaging system in accordance with the invention. The cart system 2100 uses abase assembly 2122 including a docking bay that receives the tablet. The cart configuration 2100 is configured to dock tablet 2104, including a touch screen display 2102, to a cart 2108, which can include a full operator console 2124. After the tablet 2104, is docked to the cart stand 2108, the system forms a full feature roll about system. The full feature roll about system may include, an adjustable height device 2106, a gel holder 2110, and a storage bin 2114, a plurality of wheels 2116, a hot probe holder 2120, and the operator console 2124. The control devices may include a keyboard 2112 on the operator console 2124 that may also have other peripherals added such as a printer or a video interface or other control devices.

US 12,102,480 B2

31

FIG. 22 illustrate a preferred cart system, for use in embodiments with a modular ultrasound imaging system in accordance with the invention. The cart system 2200 may be configured with a vertical support member 2212, coupled to a horizontal support member 2028. An auxiliary device connector 2018, having a position for auxiliary device attachment 2014, may be configured to connect to the vertical support member 2212. A 3 port Probe MUX connection device 2016 may also be configured to connect to the tablet. A storage bin 2224 can be configured to attach by a storage bin attachment mechanism 2222, to vertical support member 2212. The cart system may also include a cord management system 2226, configured to attach to the vertical support member. The cart assembly 2200 includes the support beam 2212 mounted on a base 2228 having wheels 2232 and a battery 2230 that provides power for extended operation of the tablet. The assembly can also include an accessory holder 2224 mounted with height adjustment device 2226. Holders 2210, 2218 can be mounted on beam 2212 or on console panel 2214. The multiport probe multiplex device 2216 connects to the tablet to provide simultaneous connection of several transducer probes which the user can select in sequence with the displayed virtual switch. A moving touch gesture, such as a three finger flick on the displayed image or touching of a displayed virtual button or icon can switch between connected probes.

FIG. 23 illustrates preferred cart mount system for a modular ultrasound imaging system in accordance with the invention. Arrangement 2300 depicts the tablet 2302, coupled to the docking station 2304. The docking station 2304 is affixed to the attachment mechanism 2306. The attachment mechanism 2306 may include a hinged member 2308, allowing for the user display to tilted into a user desired position. The attachment mechanism 2306 is attached to the vertical member 2312. A tablet 2302 as described herein can be mounted on the base docking unit 2304 which is mounted to a mount assembly 2306 on top of beam 2212. The base unit 2304 includes cradle 2310, electrical connectors 2305 and a port 2307 to connect to the system 2302 to battery 2230 and multiplexor device 2216.

FIG. 24 illustrates preferred cart system 2400 modular ultrasound imaging system in accordance with the invention in which tablet 2402 is connected on mounting assembly 2406 with connector 2404. Arrangement 2400 depicts the tablet 2402, coupled to the vertical support member 2408, via attachment mechanism 2404 without the docking element 2304. Attachment mechanism 2404 may include a hinged member 2406 for display adjustment.

FIGS. 25A and 25B illustrate a multi-function docking station. FIG. 25A illustrates docking station 2502, and tablet 2504, having a base assembly 2506, that mates to the docking station 2502. The tablet 2504, and the docking station 2502, may be electrically connected. The tablet 2504 may be released from docking station 2502, by engaging the release mechanism 2508. The docking station 2502 may contain a transducer port 2512, for connection of a transducer probe 2510. The docking station 2502 can contain 3 USB 3.0 ports, a LAN port, a headphone jack and a power connector for charging. FIG. 25B illustrates a side view of the tablet 2504, and docking station 2502, having a stand in accordance with the preferred embodiments of the present invention. The docking station may include an adjustable stand/handle 2526. The adjustable stand/handle 2526 may be tilted for multiple viewing angles. The adjustable stand/handle 2526 may be flipped up for transport purposes. The side view also illustrates a transducer port 2512, and a transducer probe connector 2510.

32

FIG. 26 illustrates a 2D imaging mode of operation with a modular ultrasound imaging system in accordance with the invention. The touch screen of table 2504 may display images obtained by 2-dimensional transducer probe using a 256 digital beamformer channels. The 2-dimensional image window 2602 depicts a 2-dimensional image scan 2604. The 2-dimensional image may be obtained using flexible frequency scans 2606, wherein the control parameters are represented on the tablet.

FIG. 27 illustrates a motion mode of operation with a modular ultrasound imaging system in accordance with the invention. The touch screen display of tablet 2700, may display images obtained by a motion mode of operation. The touch screen display of tablet 2700, may simultaneously display 2-dimensional 2706, and motion mode imaging 2708. The touch screen display of tablet 2700, may display a 2-dimensional image window 2704, with a 2-dimensional image 2706. Flexible frequency controls 2702 displayed with the graphical user interface can be used to adjust the frequency from 2 MHz to 12 MHz.

FIG. 28 illustrates a color Doppler mode of operation with a modular ultrasound imaging system in accordance with the invention. The touch screen display of tablet 2800 displays images obtained by color Doppler mode of operation. A 2-dimensional image window 2806 is used as the base display. The color coded information 2808, is overlaid on the 2-dimensional image 2810. Ultrasound-based imaging of red blood cells are derived from the received echo of the transmitted signal. The primary characteristics of the echo signal are the frequency and the amplitude. Amplitude depends on the amount of moving blood within the volume sampled by the ultrasound beam. A high frame rate or high resolution can be adjusted with the display to control the quality of the scan. Higher frequencies may be generated by rapid flow and can be displayed in lighter colors, while lower frequencies are displayed in darker colors. Flexible frequency controls 2804, and color Doppler scan information 2802, may be displayed on the tablet display 2800.

FIG. 29 illustrates a Pulsed wave Doppler mode of operation with a modular ultrasound imaging system in accordance with the invention. The touch screen display of tablet 2900, may display images obtained by pulsed wave Doppler mode of operation. Pulsed wave Doppler scans produce a series of pulses used to analyse the motion of blood flow in a small region along a desired ultrasound cursor called the sample volume or sample gate 2012. The tablet display 2900 may depict a 2-dimensional image 2902, wherein the sample volume/sample gate 2012 is overlaid. The tablet display 2900 may use a mixed mode of operation 2906, to depict a 2-dimensional image 2902, and a time/doppler frequency shift 2910. The time/doppler frequency shift 2910 can be converted into velocity and flow if an appropriate angle between the beam and blood flow is known. Shades of gray 2908, in the time/doppler frequency shift 2910, may represent the strength of signal. The thickness of the spectral signal may be indicative of laminar or turbulent flow. The tablet display 2900 can depict adjustable frequency controls 2904.

FIG. 30 illustrates a triplex scan mode of operation with a modular ultrasound imaging system in accordance with the invention. The tablet display 3000 may include a 2-dimensional window 3002, capable of displaying 2-dimensional images alone or in combination with the color Doppler or directional Doppler features. The touch screen display of tablet 3000, may display images obtained by color Doppler mode of operation. A 2-dimensional image window 3002 is used as the base display. The color coded information 3004,

US 12,102,480 B2

33

is overlaid **3006**, on the 2-dimensional image **3016**. The pulsed wave Doppler feature may be used alone or in combination with 2-dimensional imaging or the color Doppler imaging. The tablet display **3000** may include a pulsed wave Doppler scan represented by a sample volume/sample gate **3008**, overlaid over 2 dimensional images **3016**, or the color code overlaid **3006**, either alone or in combination. The tablet display **3000** may depict a split screen representing the time/doppler frequency shift **3012**. The time/doppler frequency shift **3012** can be converted into velocity and flow if an appropriate angle between the insolating beam and blood flow is known. Shades of gray **3014**, in the time/doppler frequency shift **3012**, may represent the strength of signal. The thickness of the spectral signal may be indicative of laminar or turbulent flow. The tablet display **3000** also may depict flexible frequency controls **3010**.

FIG. **31** illustrates a GUI home screen interface **3100**, for a user mode of operation, with a modular ultrasound imaging system in accordance with the invention. The screen interface for a user mode of operation **3100** may be displayed when the ultrasound system is started. To assist a user in navigating the GUI home screen **3100**, the home screen may be considered as including three exemplary work areas: a menu bar **3104**, an image display window **3102**, and an image control bar **3106**. Additional GUI components may be provided on the main GUI home screen **3100**, to enable a user to close, resize and exit the GUI home screen and/or windows in the GUI home screen.

The menu bar **3104** enables users to select ultrasound data, images and/or video for display in the image display window **3102**. The menu bar may include components for selecting one or more files in a patient folder directly and an image folder directory.

The image control bar **3106** includes touch controls that may be operated by touch and touch gestures applied by the user directly to the surface of the display. Exemplary touch controls may include, but are not limited to a depth control touch controls **3108**, a 2-dimensional gain touch control **3110**, a full screen touch control **3112**, a text touch control **3114**, a split screen touch control **3116**, a ENV touch control **3118**, a CD touch control **3120**, a PWD touch control **3122**, a freeze touch control **3124**, a store touch control **3126**, and a optimize touch control **3128**.

FIG. **32** illustrates a GUI menu screen interface **3200**, for a user mode of operation, with a modular ultrasound imaging system in accordance with the invention. The screen interface for a user mode of operation **3200** may be displayed when the menu selection mode is triggered from the menu bar **3204** thereby initiating operation of the ultrasound system. To assist a user in navigating the GUI home screen **3100**, the home screen may be considered as including three exemplary work areas: a menu bar **3204**, an image display window **3202**, and an image control bar **3220**. Additional GUI components may be provided on the main GUI menu screen **3200** to enable a user to close, resize and exit the GUI menu screen and/or windows in the GUI menu screen, for example.

The menu bar **3204** enables users to select ultra sound data, images and/or video for display in the image display window **3202**. The menu bar **3204** may include touch control components for selecting one or more files in a patient folder directory and an image folder directory. Depicted in an expanded format, the menu bar may include exemplary touch control such as, a patient touch control **3208**, a pre-sets touch control **3210**, a review touch control **3212**, a report touch control **3214**, and a setup touch control **3216**.

34

The image control bar **3220** includes touch controls that may be operated by touch and touch gestures applied by the user directly to the surface of the display. Exemplary touch controls may include, but are not limited to depth control touch controls **3222**, a 2-dimensional gain touch control **3224**, a full screen touch control **3226**, a text touch control **3228**, a split screen touch control **3230**, a needle visualization ENV touch control **3232**, a CD touch control **3234**, a PWD touch control **3236**, a freeze touch control **3238**, a store touch control **3240**, and a optimize touch control **3242**.

FIG. **33** illustrates a GUI patient data screen interface **3300**, for a user mode of operation, with a modular ultrasound imaging system in accordance with the invention. The screen interface for a user mode of operation **3300**, may be displayed when the patient selection mode is triggered from the menu bar **3302**, when the ultrasound system is started. To assist a user in navigating the GUI patient data screen **3300**, the patient data screen may be considered as including five exemplary work areas: a new patient touch screen control **3304**, a new study touch screen control **3306**, a study list touch screen control **3308**, a work list touch screen control **3310**, and an edit touch screen control **3312**. Within each touch screen control, further information entry fields are available **3314**, **3316**. For example, patient information section **3314**, and study information section **3316**, may be used to record data.

Within the patient data screen **3300**, the image control bar **3318**, includes touch controls that may be operated by touch and touch gestures applied by the user directly to the surface of the display. Exemplary touch controls may include, but are not limited to accept study touch control **3320**, close study touch control **3322**, print touch control **3324**, print preview touch control **3326**, cancel touch control **3328**, a 2-dimensional touch control **3330**, freeze touch control **3332**, and a store touch control **3334**.

FIG. **34** illustrates a GUI patient data screen interface **3400**, for a user mode of operation with a modular ultrasound imaging system in accordance with the invention. The screen interface for a user mode of operation **3400**, may be displayed when the pre-sets selection mode **3404**, is triggered from the menu bar **3402**, when the ultrasound system is started.

Within the pre-sets screen **3400**, the image control bar **3408**, includes touch controls that may be operated by touch and touch gestures applied by the user directly to the surface of the display. Exemplary touch controls may include, but are not limited to a save settings touch control **3410**, a delete touch control **3412**, CD touch control **3414**, PWD touch control **3416**, a freeze touch control **3418**, a store touch control **3420**, and a optimize touch control **3422**.

FIG. **35** illustrates a GUI review screen interface **3500**, for a user mode of operation, with a modular ultrasound imaging system in accordance with the invention. The screen interface for a user mode of operation **3500**, may be displayed when the pre-sets expanded review **3504**, selection mode **3404**, is triggered from the menu bar **3502**, when the ultrasound system is started.

Within the review screen **3500**, the image control bar **3516**, includes touch controls that may be operated by touch and touch gestures applied by the user directly to the surface of the display. Exemplary touch controls may include, but are not limited to a thumbnail settings touch control **3518**, sync touch control **3520**, selection touch control **3522**, a previous image touch control **3524**, a next image touch control **3526**, a 2-dimensional image touch control **3528**, a pause image touch control **3530**, and a store image touch control **3532**.

US 12,102,480 B2

35

A image display window 3506, may allow the user to review images in a plurality of formats. Image display window 3506, may allow a user to view images 3508, 3510, 3512, 3514, in combination or subset or allow any image 3508, 3510, 3512, 3514, to be viewed individually. The image display window 3506, may be configured to display up to four images 3508, 3510, 3512, 3514, to be viewed simultaneously.

FIG. 36 illustrates a GUI Report Screen Interface for a user mode of operation with a modular ultrasound imaging system in accordance with the invention. The screen interface for a user mode of operation 3600, may be displayed when the report expanded review 3604, is triggered from the menu bar 3602, when the ultrasound system is started. The display screen 3606, contains the ultrasound report information 3626. The user may use the worksheet section within the ultrasound report 3626, to enter in comments, patient information and study information.

Within the report screen 3600, the image control bar 3608, includes touch controls that may be operated by touch and touch gestures applied by the user directly to the surface of the display. Exemplary touch controls may include, but are not limited to a save touch control 3610, a save as touch control 3612, a print touch control 3614, a print preview touch control 3616, a close study touch control 3618, a 2-dimensional image touch control 3620, a freeze image touch control 3622, and a store image touch control 3624.

FIG. 37 illustrates a GUI Setup Screen Interface for a user mode of operation with a modular ultrasound imaging system in accordance with the invention. The screen interface for a user mode of operation 3700, may be displayed when the report expanded review 3704, is triggered from the menu bar 3702, when the ultrasound system is started.

Within the setup expanded screen 3704, the setup control bar 3744, includes touch controls that may be operated by touch and touch gestures, applied by the user directly to the surface of the display. Exemplary touch controls may include, but are not limited to a general touch control 3706, a display touch control 3708, a measurements touch control 3710, annotation touch control 3712, a print touch control 3714, a store/acquire touch control 3716, a DICOM touch control 3718, an export touch control 3720, and a study information image touch control 3722. The touch controls may contain a display screen that allow the user to enter configuration information. For example, the general touch control 3706, contains a configuration screen 3724, wherein the user may enter configuration information. Additionally, the general touch control 3706, contains a section allowing user configuration of the soft key docking position 3726. FIG. 37B depicts the soft key controls 3752, with a right side alignment. FIG. 37B further illustrates that activation of the soft key control arrow 3750, will change the key alignment to the opposite side, in this case, left side alignment. FIG. 37C depicts left side alignment of the soft key controls 3762, the user may activate an orientation change by using the soft key control arrow 3760, to change the position to right side alignment.

Within the review screen 3700, the image control bar 3728, includes touch controls that may be operated by touch and touch gestures applied by the user directly to the surface of the display. Exemplary touch controls may include but are not limited to, a thumbnail settings touch control 3730, sync touch control 3732, selection touch control 3734, a previous image touch control 3736, a next image touch control 3738, a 2-dimensional image touch control 3740, and a pause image touch control 3742.

36

FIG. 38 illustrates a GUI Setup Screen Interface for a user mode of operation with a modular ultrasound imaging system in accordance with the invention. The screen interface for a user mode of operation 3800, may be displayed when the report expanded review 3804, is triggered from the menu bar 3802, when the ultrasound system is started.

Within the setup expanded screen 3804, the setup control bar 3844, includes touch controls that may be operated by touch and touch gestures applied by the user directly to the surface of the display. Exemplary touch controls may include, but are not limited to a plurality of icons such as a general touch control 3806, a display touch control 3808, a measurements touch control 3810, annotation touch control 3812, a print touch control 3814, a store/acquire touch control 3816, a DICOM touch control 3818, an export touch control 3820, and a study information image touch control 3822. The touch controls can contain a display screen that allow the user to enter store/acquire information. For example, the store/acquire touch control 3816, contains a configuration screen 3802, wherein the user may enter configuration information. The user can actuate a virtual keyboard allowing the user to enter alphanumeric characters in different touch activated fields. Additionally, the store/acquire touch control 3802, contains a section allowing user enablement of retrospective acquisition 3804. When the user enables the store function, the system is defaulted to store prospective cine loops. If the user enables the enable retrospective capture, the store function may collect the cine loop retrospectively.

Within the setup screen 3800, the image control bar 3828, includes touch controls that may be operated by touch and touch gestures applied by the user directly to the surface of the display. Exemplary touch controls may include, but are not limited to a thumbnail settings touch control 3830, synchronize touch control 3832, selection touch control 3834, a previous image touch control 3836, a next image touch control 3838, a 2-dimensional image touch control 3840, and a pause image touch control 3842.

FIGS. 39A and 39B illustrate an XY bi-plane probe consisting of two one dimensional, multi-element arrays. The arrays may be constructed where one array is on top of the other with a polarization axis of each array being aligned in the same direction. The elevation axis of the two arrays can be at a right angle or orthogonal to one another. Exemplary embodiments can employ transducer assemblies such as those described in U.S. Pat. No. 7,066,887, the entire contents of which is incorporated herein by reference, or transducers sold by Vernon of Tours Cedex, France, for example. Illustrated by FIG. 39A, the array orientation is represented by arrangement 3900. The polarization axis 3908, of both arrays are pointed in the z-axis 3906. The elevation axis of the bottom array, is pointed in y-direction 3902, and the elevation axis of the top array, is in the x-direction 3904.

Further illustrated by FIG. 39B, a one dimensional multi-element array forms an image as depicted in arrangement 3912. A one-dimensional array with an elevation axis 3910, in a y-direction 3914, forms the ultrasound image 3914, on the x-axis 3904, z-axis 3906, plane. A one-dimensional array with the elevation axis 3910, in the x-direction 3904, forms the ultrasound image 3914, on the y-axis 3902, z-axis 3906. A one dimensional transducer array with elevation axis 3910, along a y-axis 3902, and polarization axis 3908, along a z-axis 3906, will result in a ultrasound image 3914, formed along the x 3904 and the z 3906 plane. An alternate embodiment illustrated by FIG. 39C depicts a one-dimensional transducer array with an elevation axis 3920, in a

US 12,102,480 B2

37

x-axis **904**, and a polarization axis **3922**, in the z-axis **3906**, direction. The ultrasound image **3924**, is formed on the y **3902** and the z **3906** plane.

FIG. **40** illustrates the operation of a bi-plane image forming xy-probe where array **4012** has a high voltage applied for forming images. High voltage driving pulses **4006**, **4008**, **4010**, may be applied to the bottom array **4004**, with a y-axis elevation. This application may result in generation of transmission pulses for forming the received image on the XZ plane, while keeping the elements of the top array **4002** at a grounded level. Such probes enable a 3D imaging mode using simpler electronics than a full 2D transducer array. A touchscreen activated user interface as described herein can employ screen icons and gestures to actuate 3D imaging operations. Such imaging operations can be augmented by software running on the tablet data processor that processes the image data into 3D ultrasound images. This image processing software can employ filtering smoothing and/or interpolation operations known in the art. Beamsteering can also be used to enable 3D imaging operations. A preferred embodiment uses a plurality of 1D sub-array transducers arranged for bi plane imaging.

FIG. **41** illustrates the operation of a bi-plane image forming xy-probe. FIG. **41** illustrates a array **4110**, that has a high voltage applied to it for forming images. High voltage pulses **4102**, **4104**, **4106**, may be applied to the top array **4112**, with elevation in the x-axis, generating transmission pulses for forming the received image on the yz-plane, while keeping the elements of the bottom array **4014**, grounded **4108**. This embodiment can also utilize orthogonal 1D transducer arrays operated using sub-array beamforming as described herein.

FIG. **42** illustrates the circuit requirements of a bi-plane image forming xy-probe. The receive beamforming requirements are depicted for a bi-plane probe. A connection to receive the electronics **4202**, is made. Then elements from the select bottom array **4204**, and select top array **4208**, are connected to share one connect to the receive electronics **4202** channel. A two to one mux circuit can be integrated on the high voltage driver **4206**, **4210**. The two to one multiplexor circuit can be integrated into high voltage driver **4206**, **4212**. One receive beam is formed for each transmit beam. The bi-plane system requires a total of 256 transmit beams for which 128 transmit beams are used for forming a XZ-plane image and the other 128 transmit beams are used for forming a YZ-plane image. A multiple-received beam forming technique can be used to improve the frame rate. An ultrasound system with dual received beam capabilities for each transmit beam provides a system in which two received beams can be formed. The bi-plane probe only needs a total of 128 transmit beams for forming the two orthogonal plane images, in which 64 transmit beams are used to form a XZ-plane image with the other 64 transmit beams for the YZ-plane image. Similarly, for an ultrasound system with a quad or 4 receive beam capability, the probe requires 64 transmit beams to form two orthogonal-plane images.

FIGS. **43**A-**43**B illustrate an application for simultaneous bi-plane evaluation. The ability to measure the LV mechanical dyssynchrony with echocardiograph can help identify patients that are more likely to benefit from Cardiac Resynchronization Therapy. LV parameters needed to be quantified are Ts-(lateral-septal), Ts-SD, Ts-peak, etc. The Ts-(lateral-septal) can be measured on a 2D apical 4-chamber view Echo image, while the Ts-SD, Ts-peak (medial), Ts-onset (medial), Ts-peak (basal), Ts-onset (basal) can be obtained on two separated parasternal short-axis views with 6 segments at the level of mitral valve and at the papillary

38

muscle level, respectively, providing a total of 12 segments. FIG. **43**A-**43**B depicts an xy-probe providing apical four chamber **4304**, and apicial two chamber **4302** images, to be viewed simultaneously.

FIGS. **44**A-**44**B illustrate ejection fraction probe measurement techniques. The biplane-probe provides for EF measurement, as visualization of two orthogonal planes ensure on-axis views are obtained. Auto-border detection algorithm, provides quantitative Echo results to select implant responders and guide the AV delay parameter setting. As depicted in FIG. **44** A XY probe acquires real-time simultaneous images from two orthogonal planes and the images **4402**, **4404** are displayed on a split screen. A manual contour tracing or automatic boarder tracing technique can be used to trace the endocardial boarder at both end-systole and end-diastolic time from which the EF is calculated. The LV areas in the apical 2CH **4402**, and 4CH **4404**, views, A1 and A2 respectively, are measured at the end of diastole and the end of systole. The LVEDV, left ventricular end-diastolic volume, and LVESV, left ventricular the end-systole volume, are calculated using the formula:

$$V = \frac{8}{3\pi} \frac{A_1 A_2}{L}.$$

And the ejection fraction is calculated by

$$EF = \frac{LVEDV - LVESD}{LVEDV}.$$

It is noted that the operations described herein are purely exemplary, and imply no particular order. Further, the operations can be used in any sequence, when appropriate, and/or can be partially used. Exemplary flowcharts are provided herein for illustrative purposes and are non-limiting examples of methods. One of ordinary skill in the art will recognize that exemplary methods may include more or fewer steps than those illustrated in the exemplary flowcharts, and that the steps in the exemplary flowcharts may be performed in a different order than shown.

In describing exemplary embodiments, specific terminology is used for the sake of clarity. For purposes of description, each specific term is intended to at least include all technical and functional equivalents that operate in a similar manner to accomplish a similar purpose. Additionally, in some instances where a particular exemplary embodiment includes a plurality of system elements or method steps, those elements or steps may be replaced with a single element or step. Likewise, a single element or step may be replaced with a plurality of elements or steps that serve the same purpose. Further, where parameters for various properties are specified herein for exemplary embodiments, those parameters may be adjusted up or down by $\frac{1}{20}$th, $\frac{1}{10}$th, $\frac{1}{5}$th, $\frac{1}{3}$rd, $\frac{1}{2}$, etc., or by rounded-off approximations thereof, unless otherwise specified.

With the above illustrative embodiments in mind, it should be understood that such embodiments can employ various computer-implemented operations involving data transferred or stored in computer systems. Such operations are those requiring physical manipulation of physical quantities. Typically, though not necessarily, such quantities take the form of electrical, magnetic, and/or optical signals capable of being stored, transferred, combined, compared, and/or otherwise manipulated.

US 12,102,480 B2

**39**

Further, any of the operations described herein that form part of the illustrative embodiments are useful machine operations. The illustrative embodiments also relate to a device or an apparatus for performing such operations. The apparatus can be specially constructed for the required purpose, or can incorporate general-purpose computer devices selectively activated or configured by a computer program stored in the computer. In particular, various general-purpose machines employing one or more processors coupled to one or more computer readable media can be used with computer programs written in accordance with the teachings disclosed herein, or it may be more convenient to construct a more specialized apparatus to perform the required operations.

The foregoing description has been directed to particular illustrative embodiments of this disclosure. It will be apparent, however, that other variations and modifications may be made to the described embodiments, with the attainment of some or all of their associated advantages. Moreover, the procedures, processes, and/or modules described herein may be implemented in hardware, software, embodied as a computer-readable medium having program instructions, firmware, or a combination thereof. For example, one or more of the functions described herein may be performed by a processor executing program instructions out of a memory or other storage device.

It will be appreciated by those skilled in the art that modifications to and variations of the above-described systems and methods may be made without departing from the inventive concepts disclosed herein. Accordingly, the disclosure should not be viewed as limited except as by the scope and spirit of the appended claims.

We claim:

1. A portable touchscreen actuated cart mounted ultrasound imaging system, comprising:
   a touch screen tablet display device mounted on a cart having a touch screen display with a graphical user interface for selecting an ultrasound imaging procedure to be performed with the cart mounted ultrasound imaging system wherein at least one processor in the tablet display device is responsive to touch actuating gestures to perform an ultrasound imaging procedure selected from a plurality of selectable ultrasound imaging procedures including at least one of a cardiac imaging procedure, a vascular imaging procedure and a lesion imaging procedure;
   a chargeable battery module mounted to the cart that provides power to the touch screen display tablet device;
   a field programmable gate array (FPGA) configured to manage an ultrasound scan sequence of the selected ultrasound imaging procedure;
   a multiport transducer connector mounted on the cart to connect one or more transducer probes to the tablet display device, each transducer probe having at least one transducer array that performs at least one imaging operation using an ultrasound beamformer processing integrated circuit that communicates with the at least one transducer array, the at least one imaging operation conducted using instructions received from the FPGA, wherein the graphical user interface is touch actuated to include the image display area that displays at least one ultrasound image using one or more touch selected transducer probes;

**40**

a complex programmable logic device (CPLD) that clocks an ultrasound scan by at least one of one or more transducer probes; and
wherein one or more imaging operations include selecting an imaging depth in response to a further gesture input detected on the touch screen display and generating at least one image of a region of interest at the selected depth based on a result of the one or more imaging operations, the at least one generated image displayable on the image display area of the touch screen display.

2. The system of claim **1** wherein the imaging procedure simultaneously displays an ultrasound image and a second image on a split screen of the image display area on the touch screen display.

3. The system of claim **2** wherein the second image comprises a time scan in a scan display area.

4. The system of claim **1** wherein the imaging procedure measures a value in response to a gesture input detected on a touch screen display within the tablet display housing.

5. The system of claim **1**, wherein each transducer array comprises a one dimensional transducer array or a two dimensional array transducer.

6. The system of claim **1** further comprising a transducer connector that connects the transducer probe housing to the multiport transducer connector with a cable.

7. The system of claim **1** wherein a tablet display housing has a volume of less than 2500 cubic centimeters and a weight of less than 8 pounds.

8. The system of claim **1** wherein the beamformer processing circuit is in the tablet display housing or an interface housing.

9. The system of claim **1** wherein the touchscreen display is responsive to moving gestures and multipoint gestures.

10. The system of claim **1** wherein the touchscreen display includes a plurality of tool bar icons and an expanding menu window on the touchscreen display.

11. The system of claim **1** wherein the touchscreen display is configured to display a time/Doppler frequency shift.

12. The system of claim **1** wherein the FPGA generates transmission waveforms to be transmitted by the transducer array connected to the multiport transducer connector.

13. The system of claim **1** further comprising a battery in the touch screen display tablet device.

14. The system of claim **1** further comprising a touch processor programmed to control touch operations of the imaging procedures on the touch screen display.

15. The system of claim **1** further comprising a focal zones touch control, flexible frequency control, and a color coded overlay control on the touch screen display.

16. The system of claim **1** wherein the transducer probe comprises a biplane array.

17. The system of claim **2** wherein the split screen display comprises a first split screen image displaying an image being generated by a first transducer array and a second split screen image is generated by a second transducer array.

18. The system of claim **1** wherein the multiport transducer connector includes three transducer ports.

19. The system of claim **1** wherein the multiport connector device connects to the tablet display device such that several transducer probes are connected wherein the user can select a probe for displaying an image with a switch on the touch screen display.

20. The system of claim **1** wherein the cart has a vertical support element on which the tablet display device is mounted.

* * * * *

# EXHIBIT D

US011857363B2

## (12) United States Patent
### Chiang et al.

(10) **Patent No.:** **US 11,857,363 B2**

(45) **Date of Patent:** *****Jan. 2, 2024**

(54) **TABLET ULTRASOUND SYSTEM**

(71) Applicant: **Teratech Corporation**, Burlington, MA (US)

(72) Inventors: **Alice Chiang**, Wayland, MA (US); **William M. Wong**, Milton, MA (US); **Noah Berger**, Sudbury, MA (US)

(73) Assignee: **Teratech Corporation**, Burlington, MA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 124 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **17/520,150**

(22) Filed: **Nov. 5, 2021**

(65) **Prior Publication Data**

US 2022/0125407 A1 Apr. 28, 2022

### Related U.S. Application Data

(63) Continuation of application No. 15/833,547, filed on Dec. 6, 2017, now Pat. No. 11,179,138, which is a
(Continued)

(51) **Int. Cl.**
*A61B 8/00* (2006.01)
*A61B 8/08* (2006.01)
(Continued)

(52) **U.S. Cl.**
CPC .......... *A61B 8/4427* (2013.01); *A61B 8/0841* (2013.01); *A61B 8/0883* (2013.01);
(Continued)

(58) **Field of Classification Search**
CPC ... A61B 8/4427; A61B 8/0841; A61B 8/0883; A61B 8/0891; A61B 8/4405;
(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,311,095 A | 5/1994 | Smith et al. | |
| 5,381,794 A | 1/1995 | Tei et al. | |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CN | 101869484 A | 10/2010 | |
| CN | 102178547 A | 9/2011 | |

(Continued)

OTHER PUBLICATIONS

alibaba.com, Chison SonoTouch 10 B&W HAndled Ultrasound Tablet With CE FDA. Shaanxi Aipu Medical Instrument Co., Ltd. 6 pages, (2014).

(Continued)

*Primary Examiner* — Sanjay Cattungal

(74) *Attorney, Agent, or Firm* — McCarter & English, LLP

(57) **ABSTRACT**

Exemplary embodiments provide systems and methods for portable medical ultrasound imaging. Preferred embodiments utilize a tablet touchscreen display operative to control imaging and display operations without the need for using traditional keyboards or controls. Certain embodiments provide ultrasound imaging system in which the scan head includes a beamformer circuit that performs far field sub array beamforming or includes a sparse array selecting circuit that actuates selected elements. Exemplary embodiments also provide an ultrasound engine circuit board including one or more multi-chip modules, and a portable medical ultrasound imaging system including an ultrasound engine circuit board with one or more multi-chip modules. Exemplary embodiments also provide methods for using a hierarchical two-stage or three-stage beamforming system, three dimensional ultrasound images which can be generated in real-time.

**27 Claims, 56 Drawing Sheets**



US 11,857,363 B2

Page 2

### Related U.S. Application Data

continuation of application No. 14/037,106, filed on Sep. 25, 2013, now Pat. No. 9,877,699, which is a continuation-in-part of application No. PCT/US2013/033941, filed on Mar. 26, 2013, which is a continuation-in-part of application No. 13/838,694, filed on Mar. 15, 2013, now Pat. No. 10,667,790.

(60) Provisional application No. 61/704,254, filed on Sep. 21, 2012, provisional application No. 61/615,627, filed on Mar. 26, 2012.

(51) **Int. Cl.**

| | |
|---|---|
| *G16H 40/63* | (2018.01) |
| *G01S 7/52* | (2006.01) |
| *G06F 3/0488* | (2022.01) |
| *G01S 15/89* | (2006.01) |
| *H01L 25/065* | (2023.01) |
| *G06F 3/04883* | (2022.01) |
| *G16H 40/67* | (2018.01) |
| *G16H 30/40* | (2018.01) |
| *G16H 30/20* | (2018.01) |
| *A61B 8/13* | (2006.01) |
| *A61B 8/06* | (2006.01) |

(52) **U.S. Cl.**
CPC .......... *A61B 8/0891* (2013.01); *A61B 8/4405* (2013.01); *A61B 8/4477* (2013.01); *A61B 8/4483* (2013.01); *A61B 8/461* (2013.01); *A61B 8/462* (2013.01); *A61B 8/463* (2013.01); *A61B 8/465* (2013.01); *A61B 8/467* (2013.01); *A61B 8/468* (2013.01); *A61B 8/469* (2013.01); *A61B 8/5207* (2013.01); *A61B 8/56* (2013.01); *A61B 8/565* (2013.01); *G01S 7/52019* (2013.01); *G01S 7/52023* (2013.01); *G01S 7/52074* (2013.01); *G01S 7/52082* (2013.01); *G01S 7/52084* (2013.01); *G01S 15/8925* (2013.01); *G06F 3/0488* (2013.01); *G06F 3/04883* (2013.01); *G16H 30/20* (2018.01); *G16H 30/40* (2018.01); *G16H 40/63* (2018.01); *G16H 40/67* (2018.01); *H01L 25/0657* (2013.01); *A61B 8/06* (2013.01); *A61B 8/08* (2013.01); *A61B 8/13* (2013.01); *A61B 8/4444* (2013.01); *A61B 8/54* (2013.01); *G01S 15/8979* (2013.01); *H01L 2224/32145* (2013.01); *H01L 2224/32245* (2013.01); *H01L 2224/48091* (2013.01); *H01L 2224/73265* (2013.01); *H01L 2225/0651* (2013.01); *H01L 2225/06575* (2013.01); *H01L 2924/181* (2013.01)

(58) **Field of Classification Search**
CPC ..... A61B 8/4477; A61B 8/4483; A61B 8/461; A61B 8/462; A61B 8/463; A61B 8/465; A61B 8/467; A61B 8/468; A61B 8/469; A61B 8/5207; A61B 8/56; A61B 8/565; A61B 8/06; A61B 8/08; A61B 8/13; A61B 8/4444; A61B 8/54; G01S 7/52019; G01S 7/52023; G01S 7/52074; G01S 7/52082; G01S 7/52084; G01S 15/8925; G01S 15/8979; G06F 3/0488; G06F 3/04883; G16H 30/20; G16H 30/40; G16H 40/63; G16H 40/67; H01L 25/0657; H01L 2224/32145; H01L 2224/32245; H01L 2224/48091; H01L 2224/73265; H01L 2225/0651; H01L 2225/06575; H01L 2924/181; H01L 2224/2612

See application file for complete search history.

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,487,388 | A | 1/1996 | Rello et al. |
| 5,598,845 | A | 2/1997 | Chandraratna et al. |
| 5,722,411 | A | 3/1998 | Suzuki et al. |
| 5,844,140 | A | 12/1998 | Seale |
| 6,059,727 | A | 5/2000 | Fowlkes et al. |
| 6,063,030 | A | 5/2000 | Vara et al. |
| 6,106,472 | A | 8/2000 | Chiang et al. |
| 6,131,459 | A | 10/2000 | Seale et al. |
| 6,146,331 | A | 11/2000 | Wong |
| 6,261,234 | B1 | 7/2001 | Lin |
| 6,371,918 | B1 | 4/2002 | Bunce |
| 6,425,865 | B1 | 7/2002 | Salcudean et al. |
| 6,447,451 | B1 | 9/2002 | Wing et al. |
| 6,450,958 | B1 | 9/2002 | Linkhart et al. |
| 6,468,212 | B1 | 10/2002 | Scott et al. |
| 6,500,126 | B1 | 12/2002 | Brock-Fisher |
| 6,516,667 | B1 | 2/2003 | Broad et al. |
| 6,520,912 | B1 | 2/2003 | Brooks et al. |
| 6,530,887 | B1 | 3/2003 | Gilbert et al. |
| 6,575,908 | B2 | 6/2003 | Barnes et al. |
| 6,599,256 | B1 | 7/2003 | Acker et al. |
| 6,638,226 | B2 | 10/2003 | He et al. |
| 6,669,633 | B2 | 12/2003 | Brodsky et al. |
| 6,682,483 | B1 | 1/2004 | Abend et al. |
| 6,689,055 | B1 | 2/2004 | Mullen et al. |
| 6,719,698 | B2 | 4/2004 | Manor et al. |
| 6,761,689 | B2 | 7/2004 | Salgo et al. |
| 7,022,075 | B2 | 4/2006 | Grunwald et al. |
| 7,457,672 | B2 | 11/2008 | Katsman et al. |
| 7,604,601 | B2 | 10/2009 | Altmann et al. |
| 7,736,313 | B2 | 6/2010 | Luo et al. |
| 7,736,314 | B2 | 6/2010 | Beach et al. |
| 7,794,398 | B2 | 9/2010 | Salgo |
| 8,235,903 | B2 | 8/2012 | Abraham |
| 8,241,220 | B2 | 8/2012 | Wilser et al. |
| 8,357,094 | B2 | 1/2013 | Mo et al. |
| 8,409,095 | B1 | 4/2013 | Marquis |
| 8,435,183 | B2 | 5/2013 | Barnes et al. |
| 8,659,507 | B2 | 2/2014 | Roncalez et al. |
| 8,925,386 | B2 | 1/2015 | Oshiki |
| 9,033,879 | B2 | 5/2015 | Urness et al. |
| 9,072,471 | B2 | 7/2015 | Kato et al. |
| 9,113,825 | B2 | 8/2015 | Chaggares et al. |
| 9,220,478 | B2 | 12/2015 | Smith et al. |
| 9,301,730 | B2 | 4/2016 | Poland |
| 9,314,225 | B2 | 4/2016 | Steen et al. |
| 9,386,964 | B2 | 7/2016 | Bagge |
| 9,504,448 | B2 | 11/2016 | Cheng et al. |
| 9,597,008 | B2 | 3/2017 | Henkel et al. |
| 9,667,889 | B2 | 5/2017 | Rothberg |
| 9,877,699 | B2 | 1/2018 | Chiang et al. |
| 9,962,143 | B2 | 5/2018 | Funakubo |
| 9,983,905 | B2 | 5/2018 | Tobias et al. |
| 9,986,972 | B2 | 6/2018 | Halmann et al. |
| 10,667,790 | B2 | 6/2020 | Chiang et al. |
| 11,179,138 | B2 | 11/2021 | Chiang et al. |
| 2002/0173721 | A1 | 11/2002 | Grunwald et al. |
| 2003/0078501 | A1 | 4/2003 | Barnes et al. |
| 2003/0088182 | A1 | 5/2003 | He et al. |
| 2003/0139664 | A1 | 7/2003 | Hunt et al. |
| 2003/0195418 | A1 | 10/2003 | Barnes et al. |
| 2003/0212327 | A1 | 11/2003 | Wang et al. |
| 2004/0015079 | A1 | 1/2004 | Berger et al. |
| 2004/0059220 | A1 | 3/2004 | Mourad et al. |
| 2004/0147840 | A1 | 7/2004 | Duggirala et al. |
| 2004/0152982 | A1 | 8/2004 | Hwang et al. |
| 2004/0152986 | A1 | 8/2004 | Fidel et al. |
| 2004/0158154 | A1 | 8/2004 | Hanafy et al. |
| 2004/0193042 | A1 | 9/2004 | Scampini et al. |
| 2005/0085730 | A1 | 4/2005 | Flesch et al. |

**US 11,857,363 B2**

Page 3

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2005/0101864 A1 | 5/2005 | Zheng et al. |
| 2005/0119574 A1 | 6/2005 | Maerfeld et al. |
| 2006/0020204 A1 | 1/2006 | Serra et al. |
| 2006/0020206 A1 | 1/2006 | Serra et al. |
| 2007/0139873 A1 | 6/2007 | Thomas et al. |
| 2007/0161905 A1 | 7/2007 | Munrow |
| 2007/0167709 A1 | 7/2007 | Slayton et al. |
| 2008/0161686 A1 | 7/2008 | Halmann |
| 2008/0215982 A1 | 9/2008 | Washburn et al. |
| 2009/0043195 A1 | 2/2009 | Poland |
| 2009/0054781 A1 | 2/2009 | Stonefield et al. |
| 2009/0125840 A1 | 5/2009 | Squilla et al. |
| 2009/0177086 A1 | 7/2009 | Steen |
| 2009/0198132 A1 | 8/2009 | Pelissier et al. |
| 2009/0275835 A1 | 11/2009 | Hwang et al. |
| 2010/0022890 A1 | 1/2010 | Fukukita et al. |
| 2010/0094132 A1 | 4/2010 | Hansen et al. |
| 2010/0145195 A1 | 6/2010 | Hyun |
| 2010/0174189 A1 | 7/2010 | Abraham |
| 2010/0179428 A1 | 7/2010 | Pedersen et al. |
| 2010/0217123 A1 | 8/2010 | Eran et al. |
| 2010/0217128 A1 | 8/2010 | Betts |
| 2010/0305444 A1 | 12/2010 | Fujii et al. |
| 2011/0050594 A1 | 3/2011 | Kim et al. |
| 2011/0112399 A1 | 5/2011 | Willems et al. |
| 2011/0125022 A1 | 5/2011 | Lazebnik |
| 2011/0202889 A1 | 8/2011 | Ludwig et al. |
| 2011/0218436 A1 | 9/2011 | Dewey et al. |
| 2011/0230764 A1 | 9/2011 | Baba et al. |
| 2011/0237948 A1 | 9/2011 | Corn |
| 2011/0313292 A1 | 12/2011 | Kwak et al. |
| 2012/0010508 A1 | 1/2012 | Sokulin et al. |
| 2012/0029303 A1 | 2/2012 | Shaya |
| 2012/0053463 A1 | 3/2012 | Yoo |
| 2012/0065513 A1 | 3/2012 | Lee |
| 2012/0078108 A1 | 3/2012 | Kim et al. |
| 2012/0089024 A1 | 4/2012 | Hong |
| 2012/0095342 A1 | 4/2012 | Lee |
| 2012/0101378 A1 | 4/2012 | Lee |
| 2012/0108962 A1 | 5/2012 | Yoon |
| 2012/0108964 A1 | 5/2012 | Lee et al. |
| 2012/0112605 A1 | 5/2012 | Kim |
| 2012/0130244 A1 | 5/2012 | Kim |
| 2012/0133601 A1 | 5/2012 | Marshall et al. |
| 2012/0136252 A1 | 5/2012 | Cho |
| 2012/0136254 A1 | 5/2012 | Kim |
| 2012/0157836 A1 | 6/2012 | Kim |
| 2012/0157844 A1 | 6/2012 | Halmann |
| 2012/0157847 A1 | 6/2012 | Kim |
| 2012/0157848 A1 | 6/2012 | Kim |
| 2012/0179038 A1 | 7/2012 | Meurer et al. |
| 2012/0184849 A1 | 7/2012 | Sandstrom et al. |
| 2012/0190984 A1 | 7/2012 | Kim et al. |
| 2012/0215108 A1 | 8/2012 | Park et al. |
| 2012/0220873 A1 | 8/2012 | Hyun |
| 2012/0232399 A1 | 9/2012 | Lee |
| 2012/0265027 A1 | 10/2012 | Lee et al. |
| 2012/0265074 A1 | 10/2012 | Na et al. |
| 2012/0283605 A1 | 11/2012 | Lewis, Jr. |
| 2012/0288172 A1 | 11/2012 | Perrey et al. |
| 2012/0302883 A1 | 11/2012 | Kong et al. |
| 2012/0316444 A1 | 12/2012 | Shim et al. |
| 2013/0018265 A1 | 1/2013 | Kim et al. |
| 2013/0019193 A1 | 1/2013 | Rhee et al. |
| 2013/0072795 A1 | 3/2013 | Mo et al. |
| 2013/0072797 A1 | 3/2013 | Lee |
| 2013/0079627 A1 | 3/2013 | Lee |
| 2013/0144169 A1 | 6/2013 | Lee et al. |
| 2013/0144194 A1 | 6/2013 | Ahn et al. |
| 2013/0165783 A1 | 6/2013 | Kim et al. |
| 2013/0184578 A1 | 7/2013 | Lee et al. |
| 2013/0190624 A1 | 7/2013 | Beger et al. |
| 2013/0202169 A1 | 8/2013 | Lee et al. |
| 2013/0202174 A1 | 8/2013 | Lee |
| 2013/0218014 A1 | 8/2013 | Shim et al. |

| | | |
|---|---|---|
| 2013/0218024 A1 | 8/2013 | Boctor et al. |
| 2013/0226001 A1 | 8/2013 | Steen et al. |
| 2013/0226004 A1 | 8/2013 | Lee |
| 2013/0237811 A1 | 9/2013 | Mihailescu et al. |
| 2013/0237824 A1 | 9/2013 | Kim |
| 2013/0237828 A1 | 9/2013 | Lee et al. |
| 2013/0239052 A1 | 9/2013 | Moody et al. |
| 2013/0245449 A1 | 9/2013 | Barnes et al. |
| 2013/0253316 A1 | 9/2013 | Choi |
| 2013/0253323 A1 | 9/2013 | Kim |
| 2013/0261434 A1 | 10/2013 | Kim et al. |
| 2013/0261448 A1 | 10/2013 | Hyun et al. |
| 2013/0261459 A1 | 10/2013 | Na et al. |
| 2013/0324850 A1 | 12/2013 | Petruzzelli et al. |
| 2013/0328810 A1 | 12/2013 | Li et al. |
| 2013/0331694 A1 | 12/2013 | Barnes et al. |
| 2014/0009686 A1 | 1/2014 | Segal |
| 2014/0107435 A1 | 4/2014 | Sharf et al. |
| 2014/0111451 A1 | 4/2014 | Park et al. |
| 2014/0121524 A1 | 5/2014 | Chiang et al. |
| 2014/0164965 A1 | 6/2014 | Lee et al. |
| 2014/0180111 A1 | 6/2014 | Gopinathan et al. |
| 2014/0187946 A1 | 7/2014 | Miller et al. |
| 2014/0194742 A1 | 7/2014 | Sundaran Baby Sarojam et al. |
| 2014/0200456 A1 | 7/2014 | Owen |
| 2014/0237811 A1 | 8/2014 | Guercioni |
| 2014/0243614 A1 | 8/2014 | Rothberg et al. |
| 2014/0243669 A1 | 8/2014 | Halmann et al. |
| 2014/0257104 A1 | 9/2014 | Dunbar et al. |
| 2014/0296711 A1 | 10/2014 | Lee |
| 2015/0087982 A1 | 3/2015 | Mullick et al. |
| 2015/0182197 A1 | 7/2015 | Willems et al. |
| 2015/0238168 A1 | 8/2015 | Poland |
| 2015/0313578 A1 | 11/2015 | Yu et al. |
| 2015/0366536 A1 | 12/2015 | Courtney et al. |
| 2016/0110875 A1 | 4/2016 | Sugiyama et al. |
| 2016/0135786 A1 | 5/2016 | Mullen et al. |
| 2016/0174937 A1 | 6/2016 | Bakshi et al. |
| 2016/0228091 A1 | 8/2016 | Chiang et al. |
| 2016/0278739 A1 | 9/2016 | Pelissier et al. |
| 2016/0287214 A1 | 10/2016 | Ralovich et al. |
| 2017/0020490 A1 | 1/2017 | Ryu et al. |
| 2017/0055951 A1 | 3/2017 | Messina et al. |
| 2017/0079551 A1 | 3/2017 | Henkel et al. |
| 2017/0095228 A1 | 4/2017 | Richard et al. |
| 2017/0095230 A1 | 4/2017 | Richard et al. |
| 2017/0095231 A1 | 4/2017 | Richard et al. |
| 2017/0143307 A1 | 5/2017 | Tahmasebi Maraghoosh |
| 2017/0249744 A1 | 8/2017 | Wang et al. |
| 2017/0360412 A1 | 12/2017 | Rothberg et al. |
| 2018/0182096 A1 | 6/2018 | Grady et al. |
| 2019/0336101 A1 | 11/2019 | Chiang et al. |
| 2019/0365350 A1 | 12/2019 | Chiang |
| 2020/0268351 A1 | 8/2020 | Chiang et al. |
| 2021/0015456 A1 | 1/2021 | Chiang et al. |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CN | 102525556 A | 7/2012 |
| CN | 102626324 A | 8/2012 |
| CN | 102636787 A | 8/2012 |
| CN | 102872542 A | 1/2013 |
| CN | 102930170 A | 2/2013 |
| CN | 102940507 A | 2/2013 |
| CN | 102988043 A | 3/2013 |
| CN | 103140175 A | 6/2013 |
| CN | 103876781 A | 6/2014 |
| CN | 105611877 A | 5/2016 |
| EP | 1016875 A2 | 7/2000 |
| EP | 2422705 A1 | 2/2012 |
| EP | 2425784 A1 | 3/2012 |
| EP | 2453256 A2 | 5/2012 |
| EP | 2455753 A2 | 5/2012 |
| EP | 2468191 A1 | 6/2012 |
| EP | 2575628 A2 | 4/2013 |
| EP | 2599442 A1 | 6/2013 |
| EP | 2605035 A2 | 6/2013 |
| EP | 2637166 A2 | 9/2013 |
| JP | 62-97539 A | 5/1987 |

## US 11,857,363 B2
Page 4

(56) **References Cited**

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| JP | H11-508461 | A | 7/1999 |
| JP | 2003-190159 | A | 7/2003 |
| JP | 2004-530463 | A | 10/2004 |
| JP | 2005-137747 | A | 6/2005 |
| JP | 2008-18107 | A | 1/2008 |
| JP | 2008-515583 | A | 5/2008 |
| JP | 2009-119259 | A | 6/2009 |
| JP | 2009-525538 | A | 7/2009 |
| JP | 2009-183720 | A | 8/2009 |
| JP | 2009-240779 | A | 10/2009 |
| JP | 2010-131396 | A | 6/2010 |
| JP | 2010-220218 | A | 9/2010 |
| JP | 2011-87949 | A | 5/2011 |
| JP | 2011-104079 | A | 6/2011 |
| JP | 2011-200482 | A | 10/2011 |
| JP | 2012-24133 | A | 2/2012 |
| JP | 2012-101075 | A | 5/2012 |
| JP | 2013-043082 | A | 3/2013 |
| JP | 2013-111203 | A | 6/2013 |
| JP | 2011-72746 | A | 4/2014 |
| JP | 2016-087020 | A | 5/2016 |
| KR | 20120043642 | A | 5/2012 |
| KR | 20120047785 | A | 5/2012 |
| KR | 20120071319 | A | 7/2012 |
| KR | 20120097324 | A | 9/2012 |
| KR | 20120117714 | A | 10/2012 |
| KR | 20120137206 | A | 12/2012 |
| KR | 20120138478 | A | 12/2012 |
| KR | 20130011793 | A | 1/2013 |
| KR | 20130012501 | A | 2/2013 |
| KR | 20130012844 | A | 2/2013 |
| KR | 20130020035 | A | 2/2013 |
| KR | 20130020054 | A | 2/2013 |
| KR | 20130020371 | A | 2/2013 |
| KR | 20130022249 | A | 3/2013 |
| KR | 20130026041 | A | 3/2013 |
| KR | 20130030663 | A | 3/2013 |
| KR | 20130033717 | A | 4/2013 |
| KR | 20130036327 | A | 4/2013 |
| KR | 101269459 | B1 | 5/2013 |
| KR | 20130043702 | A | 5/2013 |
| KR | 20130054013 | A | 5/2013 |
| KR | 20130056676 | A | 5/2013 |
| KR | 101273585 | B1 | 6/2013 |
| KR | 20130059307 | A | 6/2013 |
| KR | 20130060007 | A | 6/2013 |
| KR | 20130066821 | A | 6/2013 |
| KR | 20130074398 | A | 7/2013 |
| KR | 20130074399 | A | 7/2013 |
| KR | 20130075458 | A | 7/2013 |
| KR | 20130075465 | A | 7/2013 |
| KR | 20130075472 | A | 7/2013 |
| KR | 20130075477 | A | 7/2013 |
| KR | 20130075481 | A | 7/2013 |
| KR | 20130075486 | A | 7/2013 |
| KR | 20130076031 | A | 7/2013 |
| KR | 20130076042 | A | 7/2013 |
| KR | 20130076054 | A | 7/2013 |
| KR | 20130076064 | A | 7/2013 |
| KR | 20130076071 | A | 7/2013 |
| KR | 20130076404 | A | 7/2013 |
| KR | 20130076428 | A | 7/2013 |
| KR | 20130077118 | A | 7/2013 |
| KR | 20130077121 | A | 7/2013 |
| KR | 20130077406 | A | 7/2013 |
| KR | 20130078935 | A | 7/2013 |
| KR | 20130078972 | A | 7/2013 |
| KR | 20130080640 | A | 7/2013 |
| KR | 20130081067 | A | 7/2013 |
| KR | 20130081626 | A | 7/2013 |
| KR | 20130081684 | A | 7/2013 |
| KR | 20130082267 | A | 7/2013 |
| KR | 20130083725 | A | 7/2013 |
| KR | 20130084049 | A | 7/2013 |
| KR | 20130087291 | A | 8/2013 |
| KR | 20130087478 | | 8/2013 |
| KR | 20130088478 | A | 8/2013 |
| KR | 20130089037 | A | 8/2013 |
| KR | 20130090038 | A | 8/2013 |
| KR | 20130094671 | A | 8/2013 |
| KR | 20130095160 | A | 8/2013 |
| KR | 20130095236 | A | 8/2013 |
| KR | 20130095505 | A | 8/2013 |
| TW | I378255 | | 12/2012 |
| TW | I380014 | | 12/2012 |
| TW | I406684 | | 9/2013 |
| WO | WO-2002/068992 | A2 | 9/2002 |
| WO | WO-2003/075769 | A1 | 9/2003 |
| WO | WO-2005/053664 | A2 | 6/2005 |
| WO | WO-2005/058168 | A2 | 6/2005 |
| WO | WO-2006/030378 | A1 | 3/2006 |
| WO | WO-2006/040697 | A1 | 4/2006 |
| WO | WO-2006/111871 | A1 | 10/2006 |
| WO | WO-2008/069021 | A1 | 6/2008 |
| WO | WO-2008/115312 | A2 | 9/2008 |
| WO | WO-2009/129845 | A1 | 10/2009 |
| WO | WO-2010/020939 | A2 | 2/2010 |
| WO | WO-2010/042282 | A1 | 4/2010 |
| WO | WO-2010/051587 | A1 | 5/2010 |
| WO | WO-2012/091518 | A2 | 7/2012 |
| WO | 2012/101511 | A2 | 8/2012 |
| WO | WO-2012/141550 | A2 | 10/2012 |
| WO | WO-2013/030746 | A1 | 3/2013 |
| WO | WO-2013/034175 | A1 | 3/2013 |
| WO | WO-2013/055707 | A1 | 4/2013 |
| WO | WO-2013/095032 | A1 | 6/2013 |
| WO | WO-2013/122320 | A1 | 8/2013 |
| WO | WO-2013/148730 | A2 | 10/2013 |
| WO | WO-2013/162244 | A1 | 10/2013 |
| WO | WO-2014/003404 | A1 | 1/2014 |
| WO | WO-2014/014965 | A1 | 1/2014 |
| WO | WO-2014/134316 | A1 | 9/2014 |
| WO | WO-2015/048327 | A2 | 4/2015 |
| WO | WO-2015/114484 | A1 | 8/2015 |
| WO | WO-2016/001865 | A1 | 1/2016 |
| WO | WO-2016/083985 | A1 | 6/2016 |
| WO | WO-2017/013511 | A1 | 1/2017 |
| WO | WO-2017/222970 | A1 | 12/2017 |

OTHER PUBLICATIONS

Alrayashi et al., Hands-free continuous transthoracic echocardiography: A contemporary evolution of the precordial stethoscope. Paediatr Anaesth. May 2021;31(5):616-618.

AMD Case Study. AMD embedded G-Series APU boosts 3-D visualization for portable ultrasound device. 3 pages. (2014).

Basoglu et al., Applications of a next-generation programmable ultrasound machine. Proceedings SPIE Medical Imaging. 1 page, Abstract 3031, May 7, 1997.

Basoglu et al., Computing requirements of modern medical diagnostic ultrasound machines. Parallel Computing. Sep. 1998;24(9-10):1407-1431.

Brattain et al. Machine learning for medical ultrasound: status, methods, and future opportunities. Abdominal Radiology. Apr. 1, 2018;43(4):786-99.

Chison Medical Imaging Co., Ltd., Premarket Notification [510(k)] Summary. SonoTouch Series Diagnostic Ultrasound System. 11 pages, Aug. 2, 2012.

Dickson, Wireless communication options for a mobile ultrasound system. Thesis Submitted to the Faculty of Worcester Polytechnic Institute. 2008. 252 pages.

Esaote, MyLab Ultrasound Scanners, DICOM Conformance Statement, Document Version 6.3. May 21, 2010. 277 pages.

Esaote, MyLab Ultrasound Scanners, DICOM Conformance Statement, Document Version 6.5. Jul. 19, 2011. 278 pages.

Esaote, MyLab Ultrasound Scanners, DICOM Conformance Statement, Document Version 6.6. Mar. 1, 2012. 278 pages.

Felix et al., Biplane ultrasound arrays with integrated multiplexing solution for enhanced diagnostic accuracy in endorectal and transvaginal imaging. IEEE Ultrasonics Symposium, Sep. 18, 2005;4:2251-2254.

## US 11,857,363 B2

Page 5

(56)          **References Cited**

OTHER PUBLICATIONS

GE Healthcare Venue 40 Basic User Manual, Technical Publications Direction 5265930-100, Rev. 5. 288 pages (2008-2010).

Gray et al., Ultrasound-guided Regional Anesthesia, Current State of the Art. Anesthesiology. Feb. 2006;104:368-73.

Kang et al., Stereoscopic augmented reality for laparoscopic surgery. Surg Endosc. 2014;28(7):2227-2235.

Karadayi et al., Software-based Ultrasound Beamforming on Multicore DSPs. IEEE International Ultrasonics. Oct. 18-21, 2011, 14 pages.

Khuri-Yakub et al., Capacitive micromachined ultrasonic transducers for medical imaging and therapy. J Micromech Microeng. May 2011;21(5):54004, 11 pages.

Lee et al., A new smart probe system for a tablet PC-based point-of-care ultrasound imaging system: feasibility study. IEEE International Ultrasonics Symposium Proceedings. 2014;1611-14.

Lewandowski et al., Modular and scalable ultrasound platform with GPU processing. Conference Paper, Warsaw, Poland. 5 pages. (Oct. 2012).

NanoMaxx Ultrasound System—Sonosite—User Guide. 100 pages (2010).

Soma, Access Systems, Introducing AxoTrack™ Needle visualization as you've never seen it. Retrieved online at: SomaAccessSystems. com, 6 pages.

Song et al., Tailored Holder for Continuous Echocardiographic Monitoring. Anesth Analg. Feb. 2018;126(2):435-437.

SonoTouch, The Revolution is at Hand, catalog. Retrieved online at: www.sonatouch.com. 4 pages.

SonoTouch, The Revolution is at Hand, SonoTouch 20 Operation Manual. 68 pages.

Stolka et al., Needle guidance using handheld stereo vision and projection for ultrasound-based interventions. Med Image Comput Comput Assist Interv. 2014;17(Pt 2):684-91.

Wygant et al., Beamforming and hardware design for a multichannel front-end integrated circuit for real-time 3D catheter-based ultrasonic imaging. Proceedings of SPiE. 2006;6147:61470A-1.

York et al., Ultrasound Processing and Computing: Review and Future Directions. Annu Rev Biomed Eng. 1999;1:559-588.

York, Architecture and Algorithms for a Fully Programmable Ultrasound System. A dissertation in partial fulfillment of the requirements for the Degree of Doctor of Philosophy, University of Washington. 141 pages, (1999).

Zhang et al., A software package for portavle three-dimensional ultrasound imaging. 2nd IEEE International Symposium on Biomedical Imaging: Nano to Macro. 2004;1:539-42.

International Preliminary Report on Patentability for Application No. PCT/US2013/033941, dated Oct. 1, 2014. 24 pages.

International Search Report and Written Opinion for Application No. PCT/US2013/0333941, dated Oct. 8, 2013. 32 pages.

Invitation to Pay Additional Fees for Application No. PCT/US2014/057516, dated Jan. 13, 2015. 6 pages.

Ultrasound Diagnostic System, Model: SonoTouch 20, Operator's Manual, Direction: CHUM-001a, Rev. 1.0, 98 pages, Oct. 13, 2012.

U.S. Appl. No. 13/838,694, filed Mar. 15, 2013, U.S. Pat. No. 10,667,790, Granted.

U.S. Appl. No. 14/037,106, filed Sep. 25, 2013, U.S. Pat. No. 9,877,699, Granted.

U.S. Appl. No. 15/025,058, filed Mar. 25, 2016, 2016-0228091, Published.

U.S. Appl. No. 15/833,547, filed Dec. 6, 2017, U.S. Pat. No. 11,179,138, Granted.

U.S. Appl. No. 16/806,118, filed Mar. 2, 2020, 2020-0268351, Published.

U.S. Appl. No. 17/834,771, filed Jun. 7, 2022, 2022-0304661, Published.

U.S. Appl. No. 16/461,581, filed May 16, 2019, 2019-0365350, Published.

U.S. Appl. No. 16/414,215, filed May 16, 2019, 2019-0336101, Published.

U.S. Appl. No. 16/938,515, filed Jul. 24, 2020, 2021-0015456, Published.

U.S. Appl. No. 18/090,316, filed Dec. 28, 2022, Pending.

## FIG. 1



Whole Tablet outside dimensions: 11" x 7.5" x 0.95"

Battery    110

104

6.5"

Multi-touch LCD
Display 9.2" x 5.1" or
7.76" x 5.82"

5¾"

Computer
Mother Board    106

112

Ultrasound Engine 6.5" x 5¾"    108

IEEE 1384 Firewire connection between
ultrasound engine and computer

102

100



FIG. 2A

FIG. 2B

# FIG. 3A





FIG. 3B



FIG. 3C

FIG. 3D



FIG. 3E

FIG. 3F

FIG. 3G



FIG. 3H



FIG. 3I



FIG. 3J



FIG. 3K



FIG. 4A



FIG. 4B



FIG. 4C



FIG. 5A



FIG. 5B



FIG. 5C



FIG. 5D



FIG. 6A



FIG. 6B



FIG. 6C



FIG. 6D



FIG. 6E



FIG. 7C

FIG. 7B

FIG. 7A



FIG. 8C

FIG. 8B

FIG. 8A



FIG. 9A

U.S. Patent    Jan. 2, 2024    Sheet 16 of 56    US 11,857,363 B2



FIG. 9B





FIG. 9D



986

Ultrasound reflector disc
964

Ultrasound transducer elements
960

980

978
Ultrasound imaging probe
assembly

Needle Guide
962

Needle
956

966
Needle guide
mounting bracket

Ultrasound transducer array
984

982
Ultrasound imaging probe assembly
for imaging the patient body

FIG. 9E



FIG. 10A

U.S. Patent
Jan. 2, 2024
Sheet 21 of 56
US 11,857,363 B2



FIG. 10B



FIG. 10C



FIG. 11



FIG. 12



FIG. 13



FIG. 14A



FIG. 14B



FIG. 14C

U.S. Patent     Jan. 2, 2024     Sheet 27 of 56     US 11,857,363 B2



FIG. 15



FIG. 16



FIG. 17



FIG. 18



FIG. 19



FIG. 20



FIG. 21



FIG. 22



FIG. 23



FIG. 24

Transducer Port 2512

2510 Transducer Probe

2500

FIG. 25A

2508 Release Mechanism

2502 Docking Station

2506 Base Assembly

Tablet 2504

Adjustable Stand/Handle 2526

Tablet 2504

Transducer Port 2512

2510 Transducer Probe

2502 Docking Station

FIG. 25B



- 2606 Flexible Frequency
- 2602 2D Image Window
- 2604 2D Scan Image

**FIG. 26**



- 2700 Tablet Display
- 2702 Flexible Frequency Controls
- 2704 2D Image Window
- 2706 2D Image
- 2708 Scan Time Sores Window

**FIG. 27**



FIG. 28

FIG. 29



FIG. 30

3100

Image Display
Window
3102

Menu Bar
3104

Image
Control
3106

| uSmart3200T | terason | | Vascular Access | Cook County Hospital | 02/21/2013 | 12:40:17 AM menu | [-] x |

- MI 0.7
- TIS <0.4
- 15L4
- OM/B/2/M/TV3
- Gn 50 DR 55
- Depth 4 cm
- 27 Hz

Depth
− 4 +        — 3108

2D Gain
− +        — 3110

◄ ▼□□□□ ►

| Full Screen | — 3112 |
| Text | — 3114 |
| Split | — 3116 |
| ENV | — 3118 |

3120 — | CD | PWD | — 3122

| Freeze | — 3124 |

Optimize | Store | — 3126

3130
Image Scroll

3128

FIG. 31

Case 1:25-cv-01149-MN　Document 1-1　Filed 09/15/25　Page 277 of 394 PageID #: 309



Menu Bar
3204

Menu Bar
Expanded
3206

Image Display
Window
3202

3200

Image
Control
3220

uSmart3200T / terason　　Clinical Images　　　Vascular Access　　　02/19/2013　　8:38:37 PM

System

Patient — 3208

Presets — 3210

Review — 3212

Report — 3214

Setup — 3216

3218 Image Select

MI 0.7
TIS <0.4

15L4

OM/B/2/M/TV3
Gn 50 DR 55

Depth 3 cm
36 Hz

Depth
− 3 + — 3222

2D Gain
− + — 3224

Full Screen — 3226

Text — 3228

Split — 3230

ENV — 3232

CD | PWD — 3236

Freeze — 3238

Optimize | Store — 3240

3242

FIG. 32

FIG. 33



FIG. 34

FIG. 35

Case 1:25-cv-01149-MN    Document 1-1    Filed 09/15/25    Page 281 of 394 PageID #: 313

3600

Menu Bar
3602

Report
Tab
3604

Display
3606

Image
Control Bar
3608

| uSmart3200T | Worksheet | Ultrasound Report | 12:28:01 AM menu 107GB |
|---|---|---|---|

**Emergency medicine Department**

Save — 3610
Save As — 3612
Print — 3614
Print Preview — 3616

Cook Country Hospital

Patient Information

Patient:         Doe, John
Patient ID:      12345
Birth Date:      01/22/1966

Study Information

Study Date:      02/20/2013
Indications:
Abdominal Trauma
Comments:
Ultrasound Guidance was performed for Vascular Access
A 20g Angiocath catheter was placed in the Basilic Vein.
                        Images

Closed Study — 3618

2D — 3620

Freeze — 3622

Store — 3624

FIG. 36



FIG. 37A



FIG. 37B



Image Display
3764

3762

3760
Softkey Control

FIG. 37C

Image Control Bar 3828

3830 — Thumbnail
3832 — Sync — Start & End +
3834 — Selection — 4 Images +
3836 — Prev Image
3838 — Next Image
3840 — 2D
3842 — Pause
Store

FIG. 38

3800

Setup Expanded 3804
Menu Bar 3802
3806 3808 3844
3810 3812 3814 3816 3818 3820 3822

General | Display | Measurements | Annotation | Print | Store/Acquire | DICOM | Export | Study Info

Acquisition Length
● Time    3 seconds
○ Beat    2 beats
R-Wave Delay: 0 ms

Cine Length
● Time    3 seconds
○ Beat    2 beats
R-Wave Delay: 0 ms

Miscellaneous Options
☑ Beep after completion of acquisition
☑ Limit 30 frames per second

Disk Free Space
Highlight if disk free space is below
5 GB

Export Palette Selection
Default Monitor

☐ Allow storing of image with no patient selected
☐ Enable retrospective acquisition

Store
Acquire
Info

OK    Cancel    Apply

8:53:06 PM    107GB    menu

uSmart320 Setup



FIG. 39A



FIG. 39B

FIG. 39C



FIG. 40



High-voltage driving pulses applying to elements of the transducer array with elevation axis in X-direction for forming images on the YZ plane.

FIG. 41



FIG. 42



FIG. 43A

FIG. 43B

Simultaneous bi-plane evaluation of left ventricular
mechanical dysschrony functions



FIG. 44A



FIG. 44B

US 11,857,363 B2

# 1

## TABLET ULTRASOUND SYSTEM

### CROSS REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. application Ser. No. 15/833,547, filed Dec. 6, 2017, which is a continuation of U.S. application Ser. No. 14/037,106, filed Sep. 25, 2013, which is a continuation-in-part of PCT Application PCT/US2013/033941 filed Mar. 26, 2013, which is a continuation of U.S. application Ser. No. 13/838,694 filed Mar. 15, 2013, which claims priority to U.S. Provisional Application No. 61/615,627, filed Mar. 26, 2012 and to U.S. Provisional Application No. 61/704,254, filed Sep. 21, 2012, all of these applications being incorporated herein by reference in their entirety.

### BACKGROUND OF THE INVENTION

Medical ultrasound imaging has become an industry standard for many medical imaging applications. In recent years, there has been an increasing need for medical ultrasound imaging equipment that is portable to allow medical personnel to easily transport the equipment to and from hospital and/or field locations, and more user-friendly to accommodate medical personnel who may possess a range of skill levels.

Conventional medical ultrasound imaging equipment typically includes at least one ultrasound probe/transducer, a keyboard and/or a knob, a computer, and a display. In a typical mode of operation, the ultrasound probe/transducer generates ultrasound waves that can penetrate tissue to different depths based on frequency level, and receives ultrasound waves reflected back from the tissue. Further, medical personnel can enter system inputs to the computer via the keyboard and/or the knob, and view ultrasound images of tissue structures on the display.

However, conventional medical ultrasound imaging equipment that employ such keyboards and/or knobs can be bulky, and therefore may not be amenable to portable use in hospital and/or field locations. Moreover, because such keyboards and/or knobs typically have uneven surfaces, they can be difficult to keep clean in hospital and/or field environments, where maintenance of a sterile field can be crucial to patient health. Some conventional medical ultrasound imaging equipment have incorporated touch screen technology to provide a partial user input interface. However, conventional medical ultrasound imaging equipment that employ such touch screen technology generally provide only limited touch screen functionality in conjunction with a traditional keyboard and/or knob, and can therefore not only be difficult to keep clean, but also complicated to use.

### SUMMARY OF THE INVENTION

In accordance with the present application, systems and methods of medical ultrasound imaging are disclosed. The presently disclosed systems and methods of medical ultrasound imaging employ medical ultrasound imaging equipment that includes a handheld housing in a tablet form factor, and a touch screen display disposed on a front panel of the housing. The touch screen display includes a multi-touch touchscreen that can recognize and distinguish one or more single, multiple, and/or simultaneous touches on a surface of the touch screen display, thereby allowing the use of gestures, ranging from simple single point gestures to

# 2

complex multipoint moving gestures, as user inputs to the medical ultrasound imaging equipment.

In accordance with one aspect, exemplary medical ultrasound imaging system includes a housing having a front panel and a rear panel rigidly mounted to each other in parallel planes, a touch screen display, a computer having at least one processor and at least one memory, an ultrasound beamforming system, and a battery. The housing of the medical ultrasound imaging equipment is implemented in a tablet form factor. The touch screen display is disposed on the front panel of the housing, and includes a multi-touch LCD touch screen that can recognize and distinguish one or more single, multiple, and/or simultaneous touches or gestures on a surface of the touch screen display. The computer, the ultrasound beamforming system or engine, and the battery are operatively disposed within the housing. The medical ultrasound imaging equipment can use a Firewire connection operatively connected between the computer and the ultrasound engine within the housing and a probe connector having a probe attach/detach lever to facilitate the connection of at least one ultrasound probe/transducer. In addition, the exemplary medical ultrasound imaging system includes an I/O port connector and a DC power input.

In an exemplary mode of operation, medical personnel can employ simple single point gestures and/or more complex multipoint gestures as user inputs to the multi-touch LCD touch screen for controlling operational modes and/or functions of the exemplary medical ultrasound imaging equipment. Such single point/multipoint gestures can correspond to single and/or multipoint touch events that are mapped to one or more predetermined operations that can be performed by the computer and/or the ultrasound engine. Medical personnel can make such single point/multipoint gestures by various finger, palm, and/or stylus motions on the surface of the touch screen display. The multi-touch LCD touch screen receives the single point/multipoint gestures as user inputs, and provides the user inputs to the computer, which executes, using the processor, program instructions stored in the memory to carry out the predetermined operations associated with the single point/multipoint gestures, at least at some times, in conjunction with the ultrasound engine. Such single point/multipoint gestures on the surface of the touch screen display can include, but are not limited to, a tap gesture, a pinch gesture, a flick gesture, a rotate gesture, a double tap gesture, a spread gesture, a drag gesture, a press gesture, a press and drag gesture, and a palm gesture. In contrast to existing ultrasound systems that rely on numerous control features operated by mechanical switching, keyboard elements, or touchpad trackball interface, preferred embodiments of the present invention employ a single on/off switch. All other operations have been implemented using touchscreen controls. Moreover, the preferred embodiments employ a capacitive touchscreen display that is sufficiently sensitive to detect touch gestures actuated by bare fingers of the user as well as gloved fingers of the user. Often medical personnel must wear sterilized plastic gloves during medical procedures. Consequently, it is highly desirable to provide a portable ultrasound device that can be used by gloved hands; however, this has previously prevented the use of touchscreen display control functions in ultrasound systems for many applications requiring sterile precautions. Preferred embodiments of the present invention provide control of all ultrasound imaging operations by gloved personnel on the touchscreen display using the programmed touch gestures.

In accordance with an exemplary aspect, at least one flick gesture may be employed to control the depth of tissue

US 11,857,363 B2

3

penetration of ultrasound waves generated by the ultrasound probe/transducer. For example, a single flick gesture in the "up" direction on the touch screen display surface can increase the penetration depth by one (1) centimeter or any other suitable amount, and a single flick gesture in the "down" direction on the touch screen display surface can decrease the penetration depth by one (1) centimeter or any other suitable amount. Further, a drag gesture in the "up" or "down" direction on the touch screen display surface can increase or decrease the penetration depth in multiples of one (1) centimeter or any other suitable amount. Additional operational modes and/or functions controlled by specific single point/multipoint gestures on the touch screen display surface can include, but are not limited to, freeze/store operations, 2-dimensional mode operations, gain control, color control, split screen control, PW imaging control, cine/time-series image clip scrolling control, zoom and pan control, full screen control, Doppler and 2-dimensional beam steering control, and/or body marking control. At least some of the operational modes and/or functions of the exemplary medical ultrasound imaging equipment can be controlled by one or more touch controls implemented on the touch screen display in which beamforming parameters can be reset by moving touch gestures. Medical personnel can provide one or more specific single point/multipoint gestures as user inputs for specifying at least one selected subset of the touch controls to be implemented, as required and/or desired, on the touch screen display. A larger number of touchscreen controls enable greater functionality when operating in full screen mode when a few or more virtual buttons or icons are available for use.

In accordance with another exemplary aspect, a press gesture can be employed inside a region of the touch screen display, and, in response to the press gesture, a virtual window can be provided on the touch screen display for displaying at least a magnified portion of an ultrasound image displayed on the touch screen display. In accordance with still another exemplary aspect, a press and drag gesture can be employed inside the region of the touch screen display, and, in response to the press and drag gesture, a predetermined feature of the ultrasound image can be traced. Further, a tap gesture can be employed inside the region of the touch screen display, substantially simultaneously with a portion of the press and drag gesture, and, in response to the tap gesture, the tracing of the predetermined feature of the ultrasound image can be completed. These operations can operate in different regions of a single display format, so that a moving gesture within a region of interest within the image, for example, may perform a different function than the same gesture executed within the image but outside the region of interest.

By providing medical ultrasound imaging equipment with a multi-touch touchscreen, medical personnel can control the equipment using simple single point gestures and/or more complex multipoint gestures, without the need of a traditional keyboard or knob. Because the multi-touch touch screen obviates the need for a traditional keyboard or knob, such medical ultrasound imaging equipment is easier to keep clean in hospital and/or field environments, provides an intuitive user friendly interface, while providing fully functional operations. Moreover, by providing such medical ultrasound imaging equipment in a tablet form factor, medical personnel can easily transport the equipment between hospital and/or field locations.

Certain exemplary embodiments provide a multi-chip module for an ultrasound engine of a portable medical ultrasound imaging system, in which a transmit/receive (TR)

4

chip, a pre-amp/time gain compensation (TGC) chip and a beamformer chip are assembled in a vertically stacked configuration. The transmission circuit provides high voltage electrical driving pulses to the transducer elements to generate a transmit beam. As the transmit chip operates at voltages greater than 80V, a CMOS process utilizing a 1 micron design rule has been utilized for the transmit chip and a submicron design rule has been utilized for the low-voltage receiving circuits (less than 5V).

Preferred embodiments of the present invention utilize a submicron process to provide integrated circuits with sub-circuits operating at a plurality of voltages, for example, 2.5V, 5V and 60V or higher. These features can be used in conjunction with a bi-plane transducer probe in accordance with certain preferred embodiments of the invention.

Thus, a single IC chip can be utilized that incorporates high voltage transmission, low voltage amplifier/TGC and low voltage beamforming circuits in a single chip. Using a 0.25 micron design rule, this mixed signal circuit can accommodate beamforming of 32 transducer channels in a chip area less than $0.7 \times 0.7$ (0.49) cm$^2$. Thus, 128 channels can be processed using four 32 channel chips in a total circuit board area of less than $1.5 \times 1.5$ (2.25) cm$^2$.

The term "multi-chip module," as used herein, refers to an electronic package in which multiple integrated circuits (IC) are packaged with a unifying substrate, facilitating their use as a single component, i.e., as a higher processing capacity IC packaged in a much smaller volume. Each IC can comprise a circuit fabricated in a thinned semiconductor wafer. Exemplary embodiments also provide an ultrasound engine including one or more such multi-chip modules, and a portable medical ultrasound imaging system including an ultrasound engine circuit board with one or more multi-chip modules. Exemplary embodiments also provide methods for fabricating and assembling multi-chip modules as taught herein. Vertically stacking the TR chip, the pre-amp/TGC chip, and the beamformer chip on a circuit board minimizes the packaging size (e.g., the length and width) and the footprint occupied by the chips on the circuit board.

The TR chip, the pre-amp/TGC chip, and the beamformer chip in a multi-chip module may each include multiple channels (for example, 8 channels per chip to 64 channels per chip). In certain embodiments, the high-voltage TR chip, the pre-amp/TGC chip, and the sample-interpolate receive beamformer chip may each include 8, 16, 32, 64 channels. In a preferred embodiment, each circuit in a two layer beamformer module has 32 beamformer receive channels to provide a 64 channel receiving beamformer. A second 64 channel two layer module can be used to form a 128 channel handheld tablet ultrasound device having an overall thickness of less than 2 cm. A transmit multi-chip beamformer can also be used having the same or similar channel density in each layer.

Exemplary numbers of chips vertically integrated in a multi-chip module may include, but are not limited to, two, three, four, five, six, seven, eight, and the like. In one embodiment of an ultrasound device, a single multi-chip module is provided on a circuit board of an ultrasound engine that performs ultrasound-specific operations. In other embodiments, a plurality of multi-chip modules are provided on a circuit board of an ultrasound engine. The plurality of multi-chip modules may be stacked vertically on top of one another on the circuit board of the ultrasound engine to further minimize the packaging size and the footprint of the circuit board.

Providing one or more multi-chip modules on a circuit board of an ultrasound engine achieves a high channel count

US 11,857,363 B2

5

while minimizing the overall packaging size and footprint. For example, a 128-channel ultrasound engine circuit board can be assembled, using multi-chip modules, within exemplary planar dimensions of about 10 cm×about 10 cm, which is a significant improvement over the much larger space requirements of conventional ultrasound circuits. A single circuit board of an ultrasound engine including one or more multi-chip modules may have 16 to 128 channels in some embodiments. In certain embodiments, a single circuit board of an ultrasound engine including one or more multi-chip modules may have 16, 32, 64, 128 or 192 channels, and the like.

BRIEF DESCRIPTION OF THE DRAWINGS

The foregoing and other objects, aspects, features, and advantages of exemplary embodiments will become more apparent and may be better understood by referring to the following description taken in conjunction with the accompanying drawings, in which:

FIG. 1 is a plan view of exemplary medical ultrasound imaging equipment, in accordance with an exemplary embodiment of the present application;

FIGS. 2A and 2B are side views of the medical ultrasound imaging system in accordance with preferred embodiments of the invention;

FIG. 3A illustrates exemplary single point and multipoint gestures that can be employed as user inputs to the medical ultrasound imaging system in accordance with preferred embodiments of the invention;

FIG. 3B illustrates a process flow diagram for operating a tablet ultrasound system in accordance with preferred embodiments of the invention;

FIG. 3C-3K illustrates details of touchscreen gestures to adjust beamforming and display operation;

FIGS. 4A-4C illustrates exemplary subsets of touch controls that can be implemented on the medical ultrasound imaging system in accordance with preferred embodiments of the invention;

FIGS. 5A and 5B are exemplary representations of a liver with a cystic lesion on a touch screen display of the medical ultrasound imaging system in accordance with preferred embodiments of the invention;

FIGS. 5C and 5D are exemplary representations of the liver and cystic lesion on the touch screen display of FIGS. 5A and 5B, including a virtual window that corresponds to a magnified portion of the liver;

FIG. 6A is an exemplary representation of an apical four (4) chamber view of a heart on the touch screen display of the medical ultrasound imaging system;

FIGS. 6B-6E illustrates an exemplary manual tracing of an endocardial border of a left ventricle of the heart on the touch screen display of FIG. 6A;

FIGS. 7A-7C illustrates an exemplary measurement of the size of the cystic lesion on the liver within the virtual window of FIGS. 5C and 5D;

FIGS. 8A-8C illustrates an exemplary caliper measurement of the cystic lesion on the liver within the virtual window of FIGS. 5C and 5D;

FIG. 9A illustrates one of a plurality of transducer arrays attached to the processor housing;

FIG. 9B shows a transducer attach sequence in accordance with exemplary embodiments;

FIG. 9C shows a perspective view of a needle sensing positioning system with exemplary embodiments;

FIG. 9D shows a perspective view of a needle guide with exemplary embodiments;

6

FIG. 9E shows a perspective view of a needle sensing positioning system with exemplary embodiments;

FIG. 10A shows a method of measuring heart wall motion;

FIG. 10B shows a schematic block diagram for an integrated ultrasound probe with exemplary embodiments;

FIG. 10C shows a schematic block diagram for an integrated ultrasound probe with exemplary embodiments;

FIG. 11 is a detailed schematic block diagram of an exemplary embodiment of an ultrasound engine (i.e., the front-end ultrasound specific circuitry) and an exemplary embodiment of a computer motherboard (i.e., the host computer) of the exemplary ultrasound device;

FIG. 12 depicts a schematic side view of a circuit board including a multi-chip module assembled in a vertically stacked configuration;

FIG. 13 is a flowchart of an exemplary method for fabricating a circuit board including a multi-chip module assembled in a vertically stacked configuration;

FIG. 14A is a schematic side view of a multi-chip module including four vertically stacked dies in which the dies are spacedly separated from one another by passive silicon layers with a 2-in-1 dicing die attach film (D-DAF);

FIG. 14B is a schematic side view of a multi-chip module including four vertically stacked dies in which the dies are spacedly separated from one another by DA film-based adhesives acting as die-to-die spacers;

FIG. 14C is a schematic side view of a multi-chip module including four vertically stacked dies in which the dies are spacedly separated from one another by DA paste or film-based adhesives acting as die-to-die spacers;

FIG. 15 is a flowchart of another exemplary method of die-to-die stacking using (a) passive silicon layers with a 2-in-1 dicing die attach film (D-DAF), (b) DA paste, (c) thick DA-film, and (d) film-over wire (FOW) including a 2-in-1 D-DAF;

FIG. 16 is a schematic side view of a multi-chip module including an ultrasound transmit/receive IC chip, an amplifier IC chip and an ultrasound beamformer IC chip vertically integrated in a vertically stacked configuration;

FIG. 17 is a detailed schematic block diagram of an exemplary embodiment of an ultrasound engine (i.e., the front-end ultrasound specific circuitry) and an exemplary embodiment of a computer motherboard (i.e., the host computer) provided as a single board complete ultrasound system;

FIG. 18 is a perspective view of an exemplary portable ultrasound system provided in accordance with exemplary embodiments;

FIG. 19 illustrates an exemplary view of a main graphical user interface (GUI) rendered on a touch screen display of the exemplary portable ultrasound system of FIG. 18;

FIG. 20 is a top view of the medical ultrasound imaging system in accordance with another preferred embodiment of the invention;

FIG. 21 illustrates a preferred cart system for a tablet ultrasound system in accordance with preferred embodiment 9 of the invention;

FIG. 22 illustrates preferred cart system for a modular ultrasound imaging system in accordance with preferred embodiments of the invention;

FIG. 23 illustrates preferred cart system for a modular ultrasound imaging system in accordance with preferred embodiments of the invention;

FIG. 24 illustrates preferred cart system for a modular ultrasound imaging system in accordance with preferred embodiments of the invention;

US 11,857,363 B2

7

FIGS. 25A-25B illustrate a multifunction docking base for tablet ultrasound device;

FIG. 26 illustrates a 2D imaging mode of operation with a modular ultrasound imaging system in accordance with the invention;

FIG. 27 illustrates a motion mode of operation with a modular ultrasound imaging system in accordance with the invention;

FIG. 28 illustrates a color Doppler mode of operation with a modular ultrasound imaging system in accordance with the invention;

FIG. 29 illustrates a pulsed-wave Doppler mode of operation with a modular ultrasound imaging system in accordance with the invention;

FIG. 30 illustrates a Triplex scan mode of operation with a modular ultrasound imaging system in accordance with the invention;

FIG. 31 illustrates a GUI Home Screen interface for a user mode of operation with a modular ultrasound imaging system in accordance with the invention;

FIG. 32 illustrates a GUI Menu Screen Interface for a user mode of operation with a modular ultrasound imaging system in accordance with the invention;

FIG. 33 illustrates a GUI Patient Data Screen Interface for a user mode of operation with a modular ultrasound imaging system in accordance with the invention;

FIG. 34 illustrates a GUI Pre-sets Screen Interface for a user mode of operation with a modular ultrasound imaging system in accordance with the invention;

FIG. 35 illustrates a GUI Review Screen Interface for a user mode of operation with a modular ultrasound imaging system in accordance with the invention;

FIG. 36 illustrates a GUI Report Screen Interface for a user mode of operation with a modular ultrasound imaging system in accordance with the invention;

FIGS. 37A-37C illustrates a GUI Setup Display Screen Interface for a user mode of operation with a modular ultrasound imaging system in accordance with the invention;

FIG. 38 illustrates a GUI Setup Store/Acquire Screen Interface for a user mode of operation with a modular ultrasound imaging system in accordance with the invention;

FIGS. 39A-39C illustrate XY bi-plane probe comprising a two one-dimensional, ID multi-element arrays in accordance with a preferred embodiment of the invention;

FIG. 40 illustrates the operation of a bi-plane image forming xy-probe;

FIG. 41 illustrates the operation of a bi-plane image forming xy-probe;

FIG. 42 illustrates a high voltage driver circuit for a bi-plane image forming xy-probe;

FIGS. 43A-43B illustrate simultaneous bi-plane evaluation of left ventricular condition; and

FIGS. 44A-44B illustrate ejection fraction probe measurement techniques in accordance with preferred embodiments of the invention;

## DETAILED DESCRIPTION

Systems and methods of medical ultrasound imaging are disclosed. The presently disclosed systems and methods of medical ultrasound imaging employ medical ultrasound imaging equipment that includes housing in a tablet form factor, and a touch screen display disposed on a front panel of the housing. The touch screen display includes a multi-touch touch screen that can recognize and distinguish one or more single, multiple, and/or simultaneous touches on a surface of the touch screen display, thereby allowing the use

8

of gestures, ranging from simple single point gestures to complex multipoint gestures, as user inputs to the medical ultrasound imaging equipment. Further details regarding tablet ultrasound systems and operations are described in U.S. application Ser. No. 10/997,062 filed on Nov. 11, 2004, Ser. No. 10/386,360 filed Mar. 11, 2003 and U.S. Pat. No. 6,969,352, the entire contents of these patents and applications are incorporated herein by reference.

FIG. 1 depicts an illustrative embodiment of exemplary medical ultrasound imaging equipment 100, in accordance with the present application. As shown in FIG. 1, the medical ultrasound imaging equipment 100 includes a housing 102, a touch screen display 104, a computer having at least one processor and at least one memory implemented on a computer motherboard 106, an ultrasound engine 108, and a battery 110. For example, the housing 102 can be implemented in a tablet form factor, or any other suitable form factor. The housing 102 has a front panel 101 and a rear panel 103. The touch screen display 104 is disposed on the front panel 101 of the housing 102, and includes a multi-touch LCD touch screen that can recognize and distinguish one or more multiple and/or simultaneous touches on a surface 105 of the touch screen display 104. The computer motherboard 106, the ultrasound engine 108, and the battery 110 are operatively disposed within the housing 102. The medical ultrasound imaging equipment 100 further includes a Firewire connection 112 (see also FIG. 2A) operatively connected between the computer motherboard 106 and the ultrasound engine 108 within the housing 102, and a probe connector 114 having a probe attach/detach lever 115 (see also FIGS. 2A and 2B) to facilitate the connection of at least one ultrasound probe/transducer. The transducer probe housing can include circuit components including a transducer array, transmit and receive circuitry, as well as beamformer and beamformer control circuits in certain preferred embodiments. In addition, the medical ultrasound imaging equipment 100 has one or more I/O port connectors 116 (see FIG. 2A), which can include, but are not limited to, one or more USB connectors, one or more SD cards, one or more network ports, one or more mini display ports, and a DC power input.

In an exemplary mode of operation, medical personnel (also referred to herein as the "user" or "users") can employ simple single point gestures and/or more complex multipoint gestures as user inputs to the multi-touch LCD touch screen of the touch screen display 104 for controlling one or more operational modes and/or functions of the medical ultrasound imaging equipment 100. Such a gesture is defined herein as a movement, a stroke, or a position of at least one finger, a stylus, and/or a palm on the surface 105 of the touch screen display 104. For example, such single point/multipoint gestures can include static or dynamic gestures, continuous or segmented gestures, and/or any other suitable gestures. A single point gesture is defined herein as a gesture that can be performed with a single touch contact point on the touch screen display 104 by a single finger, a stylus, or a palm. A multipoint gesture is defined herein as a gesture that can be performed with multiple touch contact points on the touch screen display 104 by multiple fingers, or any suitable combination of at least one finger, a stylus, and a palm. A static gesture is defined herein as a gesture that does not involve the movement of at least one finger, a stylus, or a palm on the surface 105 of the touch screen display 104. A dynamic gesture is defined herein as a gesture that involves the movement of at least one finger, a stylus, or a palm, such as the movement caused by dragging one or more fingers across the surface 105 of the touch screen

US 11,857,363 B2

9

display **104**. A continuous gesture is defined herein as a gesture that can be performed in a single movement or stroke of at least one finger, a stylus, or a palm on the surface **105** of the touch screen display **104**. A segmented gesture is defined herein as a gesture that can be performed in multiple movements or stokes of at least one finger, a stylus, or a palm on the surface **105** of the touch screen display **104**.

Such single point/multipoint gestures performed on the surface **105** of the touch screen display **104** can correspond to single or multipoint touch events, which are mapped to one or more predetermined operations that can be performed by the computer and/or the ultrasound engine **108**. Users can make such single point/multipoint gestures by various single finger, multi-finger, stylus, and/or palm motions on the surface **105** of the touch screen display **104**. The multi-touch LCD touch screen receives the single point/multipoint gestures as user inputs, and provides the user inputs to the processor, which executes program instructions stored in the memory to carry out the predetermined operations associated with the single point/multipoint gestures, at least at some times, in conjunction with the ultrasound engine **108**. As shown in FIG. **3A**, such single point/multipoint gestures on the surface **105** of the touch screen display **104** can include, but are not limited to, a tap gesture **302**, a pinch gesture **304**, a flick gesture **306**, **314**, a rotate gesture **308**, **316**, a double tap gesture **310**, a spread gesture **312**, a drag gesture **318**, a press gesture **320**, a press and drag gesture **322**, and/or a palm gesture **324**. For example, such single point/multipoint gestures can be stored in at least one gesture library in the memory implemented on the computer motherboard **106**. The computer program operative to control system operations can be stored on a computer readable medium and can optionally be implemented using a touch processor connected to an image processor and a control processor connected to the system beamformer. Thus beamformer delays associated with both transmission and reception can be adjusted in response to both static and moving touch gestures.

In accordance with the illustrative embodiment of FIG. **1**, at least one flick gesture **306** or **314** may be employed by a user of the medical ultrasound imaging equipment **100** to control the depth of tissue penetration of ultrasound waves generated by the ultrasound probe/transducer. For example, a dynamic, continuous, flick gesture **306** or **314** in the "up" direction, or any other suitable direction, on the surface **105** of the touch screen display **104** can increase the penetration depth by one (1) centimeter, or any other suitable amount. Further, a dynamic, continuous, flick gesture **306** or **314** in the "down" direction, or any other suitable direction, on the surface **105** of the touch screen display **104** can decrease the penetration depth by one (1) centimeter, or any other suitable amount. Moreover, a dynamic, continuous, drag gesture **318** in the "up" or "down" direction, or any other suitable direction, on the surface **105** of the touch screen display **104** can increase or decrease the penetration depth in multiple centimeters, or any other suitable amounts.

Additional operational modes and/or functions controlled by specific single point/multipoint gestures on the surface **105** of the touch screen display **104** can include, but are not limited to, freeze/store operations, 2-dimensional mode operations, gain control, color control, split screen control, PW imaging control, cine/time-series image clip scrolling control, zoom and pan control, full screen display, Doppler and 2-dimensional beam steering control, and/or body marking control. At least some of the operational modes and/or functions of the medical ultrasound imaging equipment **100** can be controlled by one or more touch controls imple-

10

mented on the touch screen display **104**. Further, users can provide one or more specific single point/multipoint gestures as user inputs for specifying at least one selected subset of the touch controls to be implemented, as required and/or desired, on the touch screen display **104**.

Shown in FIG. **3B** is a process sequence in which ultrasound beamforming and imaging operations **340** are controlled in response to touch gestures entered on a touchscreen. Various static and moving touch gestures have been programmed into the system such that the data processor operable to control beamforming and image processing operations **342** within the tablet device. A user can select **344** a first display operation having a first plurality of touch gestures associated therewith. Using a static or moving gesture the user can perform one of the plurality of gestures operable to control the imaging operation and can specifically select one of a plurality of gestures that can adjust beamforming parameters **346** being used to generate image data associated with the first display operation. The displayed image is updated and displayed **348** response to the updated beamforming procedure. The user can further elect to perform a different gesture having a different velocity characteristic (direction or speed or both) to adjust **350** a second characteristic of the first ultrasound display operation. The displayed image is then updated **352** based on the second gesture, which can modify imaging processing parameters or beamforming parameters. Examples of this process are described in further detail herein where changes in velocity and direction of different gestures can be associated with distinct imaging parameters of a selected display operation.

Ultrasound images of flow or tissue movement, whether color flow or spectral Doppler, are essentially obtained from measurements of movement. In ultrasound scanners, a series of pulses is transmitted to detect movement of blood. Echoes from stationary targets are the same from pulse to pulse. Echoes from moving scatterers exhibit slight differences in the time for the signal to be returned to the scanner.

As can be seen from FIG. **3C-3H**, there has to be motion in the direction of the beam; if the flow is perpendicular to the beam, there is no relative motion from pulse to pulse receive, there is no flow detected. These differences can be measured as a direct time difference or, more usually, in terms of a phase shift from which the 'Doppler frequency' is obtained. They are then processed to produce either a color flow display or a Doppler sonogram. In FIG. **3C-3D**, the flow direction is perpendicular to the beam direction, no flow is measured by Pulse Wave spectral Doppler. In FIG. **3G-3H** when the ultrasound beam is steered to an angle that is better aligned to the flow, a weak flow is shown in the color flow map, and in addition flow is measured by Pulse Wave Doppler. In FIG. **3H**, when the ultrasound beam is steered to an angle much better aligned to the flow direction in response to a moving, the color flow map is stronger, in addition when the correction angle of the PWD is placed aligned to the flow, a strong flow is measured by the PWD.

In this tablet ultrasound system, an ROI, region of interest, is also used to define the direction in response to a moving gesture of the ultrasound transmit beam. A liver image with a branch of renal flow in color flow mode is shown in FIG. **3I** since the ROI is straight down from the transducer, the flow direction is almost normal to the ultrasound beam, so very week renal flow is detected. Hence, the color flow mode is used to image a renal flow in liver. As can be seen, the beam is almost normal to the flow and very weak flow is detected. A flick gesture with the finger outside of the ROI is used to steer the beam. As can be seen in FIG.

US 11,857,363 B2

11

3J, the ROI is steered by resetting beamforming parameters so that the beam direction is more aligned to the flow direction, a much stronger flow within the ROI is detected. In FIG. 3J, a flick gesture with the finger outside of the ROI is used to steer the ultrasound beam into the direction more aligned to the flow direction. Stronger flow within the ROI can be seen. A panning gesture with the finger inside the ROI will move the ROI box into a position that covers the entire renal region, i.e., panning allows a translation movement of the ROI box such that the box covers the entire target area.

FIG. 3K demonstrates a panning gesture. With the finger inside the ROI, it can move the ROI box to any place within the image plane. In the above embodiment, it is easy to differentiate a "flick" gesture with a finger outside an "ROI" box is intended for steering a beam, and a "drag-and-move, panning" gesture with a finger inside the "ROI" is intended for moving the ROI box. However, there are applications in which no ROI as a reference region, then it is easy to see that it is difficult to differentiate a "flick" or a "panning" gesture, in this case, the touch-screen program needs to track the initial velocity or acceleration of the finger to determine it is a "flick" gesture or a "drag-and-move" gesture. Thus, the touch engine that receives data from the touchscreen sensor device is programmed to discriminate between velocity thresholds that indicate different gestures. Thus, the time, speed and direction associated with different moving gestures can have preset thresholds. Two and three finger static and moving gestures can have separate thresholds to differentiate these control operations. Note that preset displayed icons or virtual buttons can have distinct static pressure or time duration thresholds. When operated in full screen mode, the touchscreen processor, which is preferably operating on the systems central processing unit that performs other imaging operations such as scan conversion, switches off the static icons.

FIGS. 4A-4C depict exemplary subsets 402, 404, 406 of touch controls that can be implemented by users of the medical ultrasound imaging equipment 100 on the touch screen display 104. It is noted that any other suitable subset(s) of touch controls can be implemented, as required and/or desired, on the touch screen display 104. As shown in FIG. 4A, the subset 402 includes a touch control 408 for performing 2-dimensional (2D) mode operations, a touch control 410 for performing gain control operations, a touch control 412 for performing color control operations, and a touch control 414 for performing image/clip freeze/store operations. For example, a user can employ the press gesture 320 to actuate the touch control 408, returning the medical ultrasound imaging equipment 100 to 2D mode. Further, the user can employ the press gesture 320 against one side of the touch control 410 to decrease a gain level, and employ the press gesture 320 against another side of the touch control 410 to increase the gain level. Moreover, the user can employ the drag gesture 318 on the touch control 412 to identify ranges of densities on a 2D image, using a predetermined color code. In addition, the user can employ the press gesture 320 to actuate the touch control 414 to freeze/store a still image or to acquire a cine image clip.

As shown in FIG. 4B, the subset 404 includes a touch control 416 for performing split screen control operations, a touch control 418 for performing PW imaging control operations, a touch control 420 for performing Doppler and 2-dimensional beam steering control operations, and a touch control 422 for performing annotation operations. For example, a user can employ the press gesture 320 against the touch control 416, allowing the user to toggle between opposing sides of the split touch screen display 104 by

12

alternately employing the tap gesture 302 on each side of the split screen. Further, the user can employ the press gesture 320 to actuate the touch control 418 and enter the PW mode, which allows (1) user control of the angle correction, (2) movement (e.g., "up" or "down") of a baseline that can be displayed on the touch screen display 104 by employing the press and drag gesture 322, and/or (3) an increase or a decrease of scale by employing the tap gesture 302 on a scale bar that can be displayed on the touch screen display 104. Moreover, the user can employ the press gesture 320 against one side of the touch control 420 to perform 2D beam steering to the "left" or any other suitable direction in increments of five (5) or any other suitable increment, and employ the press gesture 320 against another side of the touch control 420 to perform 2D beam steering to the "right" or any other suitable direction in increments of five (5) or any other suitable increment. In addition, the user can employ the tap gesture 302 on the touch control 422, allowing the user to enter annotation information via a pop-up keyboard that can be displayed on the touch screen display 104.

As shown in FIG. 4C, the subset 406 includes a touch control 424 for performing dynamic range operations, a touch control 426 for performing Teravision™ software operations, a touch control 428 for performing map operations, and a touch control 430 for performing needle guide operations. For example, a user can employ the press gesture 320 and/or the press and drag gesture 322 against the touch control 424 to control or set the dynamic range. Further, the user can employ the tap gesture 302 on the touch control 426 to choose a desired level of the Teravision™ software to be executed from the memory by the processor on the computer motherboard 106. Moreover, the user can employ the tap gesture 302 on the touch control 428 to perform a desired map operation. In addition, the user can employ the press gesture 320 against the touch control 430 to perform a desired needle guide operation.

In accordance with the present application, various measurements and/or tracings of objects (such as organs, tissues, etc.) displayed as ultrasound images on the touch screen display 104 of the medical ultrasound imaging equipment 100 (see FIG. 1) can be performed, using single point/multipoint gestures on the surface 105 of the touch screen display 104. The user can perform such measurements and/or tracings of objects directly on an original ultrasound image of the displayed object, on a magnified version of the ultrasound image of the displayed object, and/or on a magnified portion of the ultrasound image within a virtual window 506 (see FIGS. 5C and 5D) on the touch screen display 104.

FIGS. 5A and 5B depict an original ultrasound image of an exemplary object, namely, a liver 502 with a cystic lesion 504, displayed on the touch screen display 104 of the medical ultrasound imaging equipment 100 (see FIG. 1). It is noted that such an ultrasound image can be generated by the medical ultrasound imaging equipment 100 in response to penetration of the liver tissue by ultrasound waves generated by an ultrasound probe/transducer operatively connected to the equipment 100. Measurements and/or tracings of the liver 502 with the cystic lesion 504 can be performed directly on the original ultrasound image displayed on the touch screen display 104 (see FIGS. 5A and 5B), or on a magnified version of the ultrasound image. For example, the user can obtain such a magnified version of the ultrasound image using a spread gesture (see, e.g., the spread gesture 312; FIG. 3) by placing two (2) fingers on the surface 105 of the touch screen display 104, and spreading them apart to

US 11,857,363 B2

13

magnify the original ultrasound image. Such measurements and/or tracings of the liver **502** and cystic lesion **504** can also be performed on a magnified portion of the ultrasound image within the virtual window **506** (see FIGS. **5**C and **5**D) on the touch screen display **104**.

For example, using his or her finger (see, e.g., a finger **508**; FIGS. **5**A-**5**D), the user can obtain the virtual window **506** by employing a press gesture (see, e.g., the press gesture **320**; FIG. **3**) against the surface **105** of the touch screen display **104** (see FIG. **5**B) in the vicinity of a region of interest, such as the region corresponding to the cystic lesion **504**. In response to the press gesture, the virtual window **506** (see FIGS. **5**C and **5**D) is displayed on the touch screen display **104**, possibly at least partially superimposed on the original ultrasound image, thereby providing the user with a view of a magnified portion of the liver **502** in the vicinity of the cystic lesion **504**. For example, the virtual window **506** of FIG. **5**C can provide a view of a magnified portion of the ultrasound image of the cystic lesion **504**, which is covered by the finger **508** pressed against the surface **105** of the touch screen display **104**. To re-position the magnified cystic lesion **504** within the virtual window **506**, the user can employ a press and drag gesture (see, e.g., the press and drag gesture **322**; FIG. **3**) against the surface **105** of the touch screen display **104** (see FIG. **5**D), thereby moving the image of the cystic lesion **504** to a desired position within the virtual window **506**. In one embodiment, the medical ultrasound imaging equipment **100** can be configured to allow the user to select a level of magnification within the virtual window **506** to be 2 times larger, 4 times larger, or any other suitable number of times larger than the original ultrasound image. The user can remove the virtual window **506** from the touch screen display **104** by lifting his or her finger (see, e.g., the finger **508**; FIGS. **5**A-**5**D) from the surface **105** of the touch screen display **104**.

FIG. **6**A depicts an ultrasound image of another exemplary object, namely, an apical four (4) chamber view of a heart **602**, displayed on the touch screen display **104** of the medical ultrasound imaging equipment **100** (see FIG. **1**). It is noted that such an ultrasound image can be generated by the medical ultrasound imaging equipment **100** in response to penetration of the heart tissue by ultrasound waves generated by an ultrasound probe/transducer operatively connected to the equipment **100**. Measurements and/or tracings of the heart **602** can be performed directly on the original ultrasound image displayed on the touch screen display **104** (see FIGS. **6**A-**6**E), or on a magnified version of the ultrasound image. For example, using his or her fingers (see, e.g., fingers **610**, **612**; FIGS. **6**B-**6**E), the user can perform a manual tracing of an endocardial border **604** (see FIG. **6**B) of a left ventricle **606** (see FIGS. **6**B-**6**E) of the heart **602** by employing one or more multi-finger gestures on the surface **105** of the touch screen display **104**. In one embodiment, using his or her fingers (see, e.g., the fingers **610**, **612**; FIGS. **6**B-**6**E), the user can obtain a cursor **607** (see FIG. **6**B) by employing a double tap gesture (see, e.g., the double tap gesture **310**; FIG. **3**A) on the surface **105** of the touch screen display **104**, and can move the cursor **607** by employing a drag gesture (see, e.g., the drag gesture **318**; FIG. **3**A) using one finger, such as the finger **610**, thereby moving the cursor **607** to a desired location on the touch screen display **104**. The systems and methods described herein can be used for the quantitative measurement of heart wall motion and specifically for the measurement of ventricular dyssynchrony as described in detail in U.S. application Ser. No. 10/817,316 filed on Apr. 2, 2004, the entire contents of which is incorporated herein by reference.

14

Once the cursor **607** is at the desired location on the touch screen display **104**, as determined by the location of the finger **610**, the user can fix the cursor **607** at that location by employing a tap gesture (see, e.g., the tap gesture **302**; see FIG. **3**) using another finger, such as the finger **612**. To perform a manual tracing of the endocardial border **604** (see FIG. **6**B), the user can employ a press and drag gesture (see, e.g., the press and drag gesture **322**; FIG. **3**) using the finger **610**, as illustrated in FIGS. **6**C and **6**D. Such a manual tracing of the endocardial border **604** can be highlighted on the touch screen display **104** in any suitable fashion, such as by a dashed line **608** (see FIGS. **6**C-**6**E). The manual tracing of the endocardial border **604** can continue until the finger **610** arrives at any suitable location on the touch screen display **104**, or until the finger **610** returns to the location of the cursor **607**, as illustrated in FIG. **6**E. Once the finger **610** is at the location of the cursor **607**, or at any other suitable location, the user can complete the manual tracing operation by employing a tap gesture (see, e.g., the tap gesture **302**; see FIG. **3**) using the finger **612**. It is noted that such a manual tracing operation can be employed to trace any other suitable feature(s) and/or waveform(s), such as a pulsed wave Doppler (PWD) waveform. In one embodiment, the medical ultrasound imaging equipment **100** can be configured to perform any suitable calculation(s) and/or measurement(s) relating to such feature(s) and/or waveform(s), based at least in part on a manual tracing(s) of the respective feature(s)/waveform(s).

As described above, the user can perform measurements and/or tracings of objects on a magnified portion of an original ultrasound image of a displayed object within a virtual window on the touch screen display **104**. FIGS. **7**A-**7**C depict an original ultrasound image of an exemplary object, namely, a liver **702** with a cystic lesion **704**, displayed on the touch screen display **104** of the medical ultrasound imaging equipment **100** (see FIG. **1**). FIGS. **7**A-**7**C further depict a virtual window **706** that provides a view of a magnified portion of the ultrasound image of the cystic lesion **704**, which is covered by one of the user's fingers, such as a finger **710**, pressed against the surface **105** of the touch screen display **104**. Using his or her fingers (see, e.g., fingers **710**, **712**; FIGS. **7**A-**7**C), the user can perform a size measurement of the cystic lesion **704** within the virtual window **706** by employing one or more multi-finger gestures on the surface **105** of the touch screen display **104**.

For example, using his or her fingers (see, e.g., the fingers **710**, **712**; FIGS. **7**A-**7**C), the user can obtain a first cursor **707** (see FIGS. **7**B, **7**C) by employing a double tap gesture (see, e.g., the double tap gesture **310**; FIG. **3**) on the surface **105**, and can move the first cursor **707** by employing a drag gesture (see, e.g., the drag gesture **318**; FIG. **3**) using one finger, such as the finger **710**, thereby moving the first cursor **707** to a desired location. Once the first cursor **707** is at the desired location, as determined by the location of the finger **710**, the user can fix the first cursor **707** at that location by employing a tap gesture (see, e.g., the tap gesture **302**; see FIG. **3**) using another finger, such as the finger **712**. Similarly, the user can obtain a second cursor **709** (see FIG. **7**C) by employing a double tap gesture (see, e.g., the double tap gesture **310**; FIG. **3**) on the surface **105**, and can move the second cursor **709** by employing a drag gesture (see, e.g., the drag gesture **318**; FIG. **3**) using the finger **710**, thereby moving the second cursor **709** to a desired location. Once the second cursor **709** is at the desired location, as determined by the location of the finger **710**, the user can fix the second cursor **709** at that location by employing a tap gesture (see, e.g., the tap gesture **302**; see FIG. **3**) using the finger **712**. In

US 11,857,363 B2

15                                                  16

one embodiment, the medical ultrasound imaging equipment **100** can be configured to perform any suitable size calculation(s) and/or measurement(s) relating to the cystic lesion **704**, based at least in part on the locations of the first and second cursors **707**, **709**.

FIGS. **8A-8C** depict an original ultrasound image of an exemplary object, namely, a liver **802** with a cystic lesion **804**, displayed on the touch screen display **104** of the medical ultrasound imaging equipment **100** (see FIG. **1**). FIGS. **8a-8c** further depict a virtual window **806** that provides a view of a magnified portion of the ultrasound image of the cystic lesion **804**, which is covered by one of the user's fingers, such as a finger **810**, pressed against the surface **105** of the touch screen display **104**. Using his or her fingers (see, e.g., fingers **810**, **812**; FIGS. **8A-8C**), the user can perform a caliper measurement of the cystic lesion **804** within the virtual window **806** by employing one or more multi-finger gestures on the surface **105** of the touch screen display **104**.

For example, using his or her fingers (see, e.g., the fingers **810**, **812**; FIGS. **8A-8C**), the user can obtain a first cursor **807** (see FIGS. **8B**, **8C**) by employing a double tap gesture (see, e.g., the double tap gesture **310**; FIG. **3**) on the surface **105**, and can move the cursor **807** by employing a drag gesture (see, e.g., the drag gesture **318**; FIG. **3**) using one finger, such as the finger **810**, thereby moving the cursor **807** to a desired location. Once the cursor **807** is at the desired location, as determined by the location of the finger **810**, the user can fix the cursor **807** at that location by employing a tap gesture (see, e.g., the tap gesture **302**; see FIG. **3**) using another finger, such as the finger **812**. The user can then employ a press and drag gesture (see, e.g., the press and drag gesture **322**; FIG. **3**) to obtain a connecting line **811** (see FIGS. **8B**, **8C**), and to extend the connecting line **811** from the first cursor **807** across the cystic lesion **804** to a desired location on another side of the cystic lesion **804**. Once the connecting line **811** is extended across the cystic lesion **804** to the desired location on the other side of the cystic lesion **804**, the user can employ a tap gesture (see, e.g., the tap gesture **302**; see FIG. **3**) using the finger **812** to obtain and fix a second cursor **809** (see FIG. **8C**) at that desired location. In one embodiment, the medical ultrasound imaging equipment **100** can be configured to perform any suitable caliper calculation(s) and/or measurement(s) relating to the cystic lesion **804**, based at least in part on the connecting line **811** extending between the locations of the first and second cursors **807**, **809**.

FIG. **9A** shows a system **140** in which a transducer housing **150** with an array of transducer elements **152** can be attached at connector **114** to housing **102**. Each probe **150** can have a probe identification circuit **154** that uniquely identifies the probe that is attached. When the user inserts a different probe with a different array, the system identifies the probe operating parameters. Note that preferred embodiments can include a display **104** having a touch sensor **107** which can be connected to a touch processor **109** that analyzes touchscreen data from the sensor **107** and transmits commands to both image processing operations and to a beamformer control processor (**1116**, **1124**). In a preferred embodiment, the touch processor can include a computer readable medium that stores instructions to operate an ultrasound touchscreen engine that is operable to control display and imaging operations described herein.

FIG. **9B** shows a software flowchart **900** of a typical transducer management module **902** within the ultrasound application program. When a TRANSDUCER ATTACH **904** event is detected, the Transducer Management Software Module **902** first reads the Transducer type ID **906** and hardware revision information from the IDENTIFICATION Segment. The information is used to fetch the particular set of transducer profile data **908** from the hard disk and load it into the memory of the application program. The software then reads the adjustment data from the FACTORY Segment **910** and applies the adjustments to the profile data just loaded into memory **912**. The software module then sends a TRANSDUCER ATTACH Message **914** to the main ultrasound application program, which uses the transducer profile already loaded. After acknowledgment **916**, an ultrasound imaging sequence is performed and the USAGE segment is updated **918**. The Transducer Management Software Module then waits for either a TRANSDUCER DETACH event **920**, or the elapse of 5 minutes. If a TRANSDUCER DETACH event is detected **921**, a message **924** is sent and acknowledged **926**, the transducer profile data set is removed **928** from memory and the module goes back to wait for another TRANSDUCER ATTACH event. If a 5 minutes time period expires without detecting a TRANSDUCER DETACH event, the software module increments a Cumulative Usage Counter in the USAGE Segment **922**, and waits for another 5 minutes period or a TRANSDUCER DETACH event. The cumulative usage is recorded in memory for maintenance and replacement records.

There are many types of ultrasound transducers. They differ by geometry, number of elements, and frequency response. For example, a linear array with center frequency of 10 to 15 MHz is better suited for breast imaging, and a curved array with center frequency of 3 to 5 MHz is better suited for abdominal imaging.

It is often necessary to use different types of transducers for the same or different ultrasound scanning sessions. For ultrasound systems with only one transducer connection, the operator will change the transducer prior to the start of a new scanning session.

In some applications, it is necessary to switch among different types of transducers during one ultrasound scanning session. In this case, it is more convenient to have multiple transducers connected to the same ultrasound system, and the operator can quickly switch among these connected transducers by hitting a button on the operator console, without having to physically detach and re-attach the transducers, which takes a longer time. Preferred embodiments of the invention can include a multiplexor within the tablet housing that can select between a plurality of probe connector ports within the tablet housing, or alternatively, the tablet housing can be connected to an external multiplexor that can be mounted on a cart as described herein.

FIG. **9C** is a perspective view of an exemplary needle sensing positioning system using ultrasound transducers without the requirement of any active electronics in the sensor assembly. The sensor transducer may include a passive ultrasound transducer element. The elements may be used in a similar way as a typical transducer probe, utilizing the ultrasound engine electronics. The system **958** includes the addition of ultrasound transducer elements **960**, added to a needle guide **962**, that is represented in FIG. **9C** but that may be any suitable form factor. The ultrasound transducer element **960**, and needle guide **962**, may be mounted using a needle guide mounting bracket **966**, to an ultrasound transducer probe acoustic handle or an ultrasound imagining probe assembly **970**. The needle with a disc mounted on the exposed end, the ultrasound reflector disc **964**, is reflective to ultrasonic waves.

US 11,857,363 B2

17

The ultrasound transducer element **960**, on the needle guide **962**, may be connected to the ultrasound engine. The connection may be made through a separate cable to a dedicated probe connector on the engine, similar to a sharing the pencil CW probe connector. In an alternate embodiment, a small short cable may be plugged into the larger image transducer probe handle or a split cable connecting to the same probe connector at the engine. In another alternate embodiment the connection may be made via an electrical connector between the image probe handle and the needle guide without a cable in between. In an alternate embodiment the ultrasound transducer elements on the needle guide may be connected to the ultrasound engine by enclosing the needle guide and transducer elements in the same mechanical enclosure of the imagining probe handle.

FIG. **9D** is a perspective view of a needle guide **962**, positioned with transducer elements **960** and the ultrasound reflector disc **964**. The position of the reflector disc **964** is located by transmitting ultrasonic wave **972**, from the transducer element **960** on the needle guide **962**. The ultrasound wave **972** travels through the air towards reflector disc **964** and is reflected by the reflector disc **964**. The reflected ultrasound wave **974**, reaches the transducer element **960** on the needle guide **962**. The distance **976**, between the reflector disc **964**, and the transducer element **960** is calculated from the time elapsed and the speed of sound in the air.

FIG. **9E** is a perspective view of an alternate embodiment of the exemplary needle sensing positioning system using ultrasound transducers without the requirement of any active electronics in the sensor assembly. The sensor transducer may include a passive ultrasound transducer element. The elements may be used in a similar way as a typical transducer probe, utilizing the ultrasound engine electronics.

The system **986** includes needle guide **962** that may be mounted to a needle guide mounting bracket **966** that may be coupled to an ultrasound imaging probe assembly for imaging the patient's body **982**, or alterative suitable form factors. The ultrasound reflector disc **964** may be mounted at the exposed end of the needle **956**. In this embodiment a linear ultrasound acoustic array **978**, is mounted parallel to the direction of movement of the needle **956**. The linear ultrasound acoustic array **978** includes an ultrasound transducer array **980** positioned parallel to the needle **956**. In this embodiment an ultrasound imagining probe assembly **982**, is positioned for imagining the patient body. The ultrasound imaging probe assembly for imaging the patient body **982** is configured with an ultrasound transducer array **984**.

In this embodiment, the position of the ultrasound reflector disc **964** can be detected by using the ultrasound transducer array **980** coupled to an ultrasound imaging probe assembly for imaging **978**. The position of the reflector disc **964** is located by transmitting ultrasonic wave **972**, from the transducer element **980** on the ultrasound imaging probe assembly for imaging **978**. The ultrasound wave **972** travels through the air towards reflector disc **964** and is reflected by the reflector disc **964**. The reflected ultrasound wave **974**, reaches the transducer element **980** on the ultrasound imaging probe assembly for imaging **978**. The distance **976**, between the reflector disc **964**, and the transducer element **980** is calculated from the time elapsed and the speed of sound in the air. In an alternate embodiment an alternate algorithm may be used to sequentially scan the polarity of elements in the transducer array and analyze the reflections produced per transducer array element. In an alternate embodiment a plurality of scans may occur prior to forming an ultrasound image.

18

FIG. **10A** illustrates an exemplary method for monitoring the synchrony of a heart in accordance with exemplary embodiments. In the method, a reference template is loaded into memory and used to guide a user in identifying an imaging plane (per step **930**). Next a user identifies a desired imaging plane (per step **932**). Typically an apical 4-chamber view of the heart is used; however, other views may be used without departing from the spirit of the invention.

At times, identification of endocardial borders may be difficult, and when such difficulties are encountered tissue Doppler imaging of the same view may be employed (per step **934**). A reference template for identifying the septal and lateral free wall is provided (per step **936**). Next, standard tissue Doppler imaging (TDI) with pre-set velocity scales of, say, ±30 cm/sec may be used (per step **938**).

Then, a reference of the desired triplex image may be provided (per step **940**). Either B-mode or TDI may be used to guide the range gate (per step **942**). B-mode can be used for guiding the range gate (per step **944**) or TDI for guiding the range gate (per step **946**). Using TDI or B-mode for guiding the range gate also allows the use of a direction correction angle for allowing the Spectral Doppler to display the radial mean velocity of the septal wall. A first pulsed-wave spectral Doppler is then used to measure the septal wall mean velocity using duplex or triplex mode (per step **948**). The software used to process the data and calculate dyssynchrony can utilize a location (e.g. a center point) to automatically set an angle between dated locations on a heart wall to assist in simplifying the setting of parameters.

A second range-gate position is also guided using a duplex image or a TDI (per step **950**), and a directional correction angle may be used if desired. After step **950**, the mean velocity of the septal wall and lateral free wall are being tracked by the system. Time integration of the Spectral Doppler mean velocities **952** at regions of interest (e.g., the septum wall and the left ventricular free wall) then provides the displacement of the septal and left free wall, respectively.

The above method steps may be utilized in conjunction with a high pass filtering means, analog or digital, known in the relevant arts for removing any baseline disturbance present in collected signals. In addition, the disclosed method employs multiple simultaneous PW Spectral Doppler lines for tracking movement of the interventricular septum and the left ventricular fee wall. In additional, a multiple gate structure may be employed along each spectral line, thus allowing quantitative measurement of regional wall motion. Averaging over multiple gates may allow measurement of global wall movement.

FIG. **10B** is a detailed schematic block diagram for an exemplary embodiment of the integrated ultrasound probe **1040** can be connected to any PC **1010** through an Interface unit **1020**. The ultra sound probe **1040** is configured to transmit ultrasound waves to and reduce reflected ultrasound waves from on ore more image targets **1064**. The transducer **1040** can be coupled to the interface unit **1020** using one or more cables **1066**, **1068**. The interface unit **1020** can be positioned between the integrated ultrasound probe **1040** and the host computer **1010**. The two stage beam forming system **1040** and **1020** can be connected to any PC through a USB connection **1022**, **1012**.

The ultrasound probe **1040**, can include sub-arrays/apertures **1052** consisting of neighboring elements with an aperture smaller than that of the whole array. Returned echoes are received by the 1D transducer array **1062** and transmitted to the controller **1044**. The controller initiates formation of a coarse beam by transmitting the signals to memory **1058**, **1046**. The memory **1058**, **1046** transmits a

US 11,857,363 B2

19

signal to a transmit Driver **1 1050**, and Transmit Driver m **1054**. Transmit Driver **1 1050** and Transmit Driver m **1054** then send the signal to mux1 **1048** and mux m **1056**, respectively. The signal is transmitted to sub-array beamformer **1 1052** and sub-array beamformer n **1060**.

The outputs of each coarse beam forming operation can include further processing through a second stage beam forming in the interface unit **1020** to convert the beam forming output to digital representation. The coarse beam forming operations can be coherently summed to form a fine beam output for the array. The signals can be transmitted from the ultrasound probe **1040** sub-array beam former **1 1052** and sub-array beam former n **1060** to the A/D convertors **1030** and **1028** within the interface unit **1020**. Within the interface unit **1020** there are A/D converters **1028**, **1030** for converting the first stage beam forming output to digital representation. The digital conversion can be received from the A/D convertors **1030**, **1028** by a customer ASIC such as a FPGA **1026** to complete the second stage beam forming. The FPGA Digital beam forming **1026** can transmit information to the system controller **1024**. The system controller can transmit information to a memory **1032** which may send a signal back to the FPGA Digital Beam forming **1026**. Alternatively, the system controller **1024** may transmit information to the custom USB3 Chipset **1022**. The USB3 Chipset **1022** may then transmit information to a DC-DC convertor **1034**. In turn, the DC-DC convertor **1034** may transmit power from the interface unit **1020** to the ultrasound probe **1040**. Within the ultrasound probe **1040** a power supply **1042** may receive the power signal and interface with the transmit driver **1 1050** to provide the power to the front end integration probe.

The Interface unit **1020** custom or USB3 Chipset **1022** may be used to provide a communication link between the interface unit **10220** and the host computer **1010**. The custom or USB3 Chipset **1022** transmits a signal to the host computer's **1010** custom or USB3 Chipset **1012**. The custom or the USB3 Chipset **1012** then interfaces with the microprocessor **1014**. The microprocessor **1014** then may display information or send information to a device **1075**.

In an alternate embodiment, a narrow band beamformer can be used. For example, an individual analog phase shifter is applied to each of the received echoes. The phase shifted outputs within each sub-array are then summed to form a coarse beam. The A/D converts can be used to digitize each of the coarse beams; a digital beam former is then used to form the fine beam.

In another embodiment, forming a 64 element linear array may use eight adjacent elements to form a coarse beam output. Such arrangement may utilize eight output analog cables connecting the outputs of the integrated probe to the interface units. The coarse beams may be sent through the cable to the corresponding A/D convertors located in the interface unit. The digital delay is used to form a fine beam output. Eight A/D convertors may be required to form the digital representation.

In another embodiment, forming a 128 element array may use sixteen sub-array beam forming circuits. Each circuit may form a coarse beam from an adjacent eight element array provided in the first stage output to the interface unit. Such arrangement may utilize sixteen output analog cables connecting the outputs of the integrated probe to the interface units to digitize the output. A PC microprocessor or a DSP may be used to perform the down conversion, base-banding, scan conversion and post image processing functions. The microprocessor or DSP can also be used to perform all the Doppler processing functions.

20

FIG. **10**C is a detailed schematic block diagram for an exemplary embodiment of the integrated ultrasound probe **1040** with the first sub array beamforming circuit, and the second stage beamforming circuits are integrated inside the host computer **1082**. The back end computer with the second stage beamforming circuit may be a PDA, tablet or mobile device housing. The ultra sound probe **1040** is configured to transmit ultrasound waves to and reduce reflected ultrasound waves from on ore more image targets **1064**. The transducer **1040** is coupled to the host computer **1082** using one or more cables **1066**, **1068**. Note that A/D circuit elements can also be placed in the transducer probe housing.

The ultrasound probe **1040** includes subarray/apertures **1052** consisting of neighboring elements with an aperture smaller than that of the whole array. Returned echoes are received by the 1D transducer array **1062** and transmitted to the controller **1044**. The controller initiates formation of a coarse beam by transmitting the signals to memory **1058**, **1046**. The memory **1058**, **1046** transmits a signal to a transmit Driver **1 1050**, and Transmit Driver m **1054**. Transmit Driver **1 1050** and Transmit Driver m **1054** then send the signal to mux1 **1048** and mux m **1056**, respectively. The signal is transmitted to subarray beamformer **1 1052** and subarray beamformer n **1060**.

The outputs of each coarse beam forming operation then go through a second stage beam forming in the interface unit **1020** to convert the beam forming output to digital representation. The coarse beamforming operations are coherently summed to form a fine beam output for the array. The signals are transmitted from the ultrasound probe **1040** subarray beamformer **1 1052** and subarray beamformer n **1060** to the A/D convertors **1030** and **1028** within the host computer **1082**. Within the host computer **1082** there are A/D converters **1028**, **1030** for converting the first stage beamforming output to digital representation. The digital conversion is received from the A/D convertors **1030**, **1028** by a customer ASIC such as a FPGA **1026** to complete the second stage beamforming. The FPGA Digital beamforming **1026** transmits information to the system controller **1024**. The system controller transmits information to a memory **1032** which may send a signal back to the FPGA Digital Beam forming **1026**. Alternatively, the system controller **1024** may transmit information to the custom USB3 Chipset **1022**. The USB3 Chipset **1022** may then transmit information to a DC-DC convertor **1034**. In turn, the DC-DC convertor **1034** may transmit power from the interface unit **1020** to the ultrasound probe **1040**. Within the ultrasound probe **1040** a power supply **1042** may receive the power signal and interface with the transmit driver **1 1050** to provide the power to the front end integration probe. The power supply can include a battery to enable wireless operation of the transducer assembly. A wireless transceiver can be integrated into controller circuit or a separate communications circuit to enable wireless transfer of image data and control signals.

The host computer's **1082** custom or USB3 Chipset **1022** may be used to provide a communication link between the custom or USB3 Chipset **1012** to transmits a signal to the microprocessor **1014**. The microprocessor **1014** then may display information or send information to a device **1075**.

FIG. **11** is a detailed schematic block diagram of an exemplary embodiment of the ultrasound engine **108** (i.e., the front-end ultrasound specific circuitry) and an exemplary embodiment of the computer motherboard **106** (i.e., the host computer) of the ultrasound device illustrated in FIGS. **1** and **2A**. The components of the ultrasound engine **108** and/or the computer motherboard **106** may be implemented in appli-

US 11,857,363 B2

21

cation-specific integrated circuits (ASICs). Exemplary ASICs have a high channel count and can pack 32 or more channels per chip in some exemplary embodiments. One of ordinary skill in the art will recognize that the ultrasound engine **108** and the computer motherboard **106** may include more or fewer modules than those shown. For example, the ultrasound engine **108** and the computer motherboard **106** may include the modules shown in FIG. **17**.

A transducer array **152** is configured to transmit ultrasound waves to and receive reflected ultrasound waves from one or more image targets **1102**. The transducer array **152** is coupled to the ultrasound engine **108** using one or more cables **1104**.

The ultrasound engine **108** includes a high-voltage transmit/receive (TR) module **1106** for applying drive signals to the transducer array **152** and for receiving return echo signals from the transducer array **152**. The ultrasound engine **108** includes a pre-amp/time gain compensation (TGC) module **1108** for amplifying the return echo signals and applying suitable TGC functions to the signals. The ultrasound engine **108** includes a sampled-data beamformer **1110** that the delay coefficients used in each channel after the return echo signals have been amplified and processed by the pre-amp/TGC module **1108**.

In some exemplary embodiments, the high-voltage TR module **1106**, the pre-amp/TGC module **1108**, and the sample-interpolate receive beamformer **1110** may each be a silicon chip having 8 to 64 channels per chip, but exemplary embodiments are not limited to this range. In certain embodiments, the high-voltage TR module **1106**, the pre-amp/TGC module **1108**, and the sample-interpolate receive beamformer **1110** may each be a silicon chip having 8, 16, 32, 64 channels, and the like. As illustrated in FIG. **11**, an exemplary TR module **1106**, an exemplary pre-amp/TGC module **1108** and an exemplary beamformer **1110** may each take the form of a silicon chip including 32 channels.

The ultrasound engine **108** includes a first-in first-out (FIFO) buffer module **1112** which is used for buffering the processed data output by the beamformer **1110**. The ultrasound engine **108** also includes a memory **1114** for storing program instructions and data, and a system controller **1116** for controlling the operations of the ultrasound engine modules.

The ultrasound engine **108** interfaces with the computer motherboard **106** over a communications link **112** which can follow a standard high-speed communications protocol, such as the Fire Wire (IEEE 1394 Standards Serial Interface) or fast (e.g., 200-400 Mbits/second or faster) Universal Serial Bus (USB 2.0 USB 3.0), protocol. The standard communication link to the computer motherboard operates at least at 400 Mbits/second or higher, preferably at 800 Mbits/second or higher. Alternatively, the link **112** can be a wireless connection such as an infrared (IR) link. The ultrasound engine **108** includes a communications chipset **1118** (e.g., a Fire Wire chipset) to establish and maintain the communications link **112**.

Similarly, the computer motherboard **106** also includes a communications chipset **1120** (e.g., a Fire Wire chipset) to establish and maintain the communications link **112**. The computer motherboard **106** includes a core computer-readable memory **1122** for storing data and/or computer-executable instructions for performing ultrasound imaging operations. The memory **1122** forms the main memory for the computer and, in an exemplary embodiment, may store about 4 GB of DDR3 memory. The computer motherboard **106** also includes a microprocessor **1124** for executing computer-executable instructions stored on the core com-

22

puter-readable memory **1122** for performing ultrasound imaging processing operations. An exemplary microprocessor **1124** may be an off-the-shelf commercial computer processor, such as an Intel Core-i5 processor. Another exemplary microprocessor **1124** may be a digital signal processor (DSP) based processor, such as one or more DaVinci™ processors from Texas Instruments. The computer motherboard **106** also includes a display controller **1126** for controlling a display device that may be used to display ultrasound data, scans and maps.

Exemplary operations performed by the microprocessor **1124** include, but are not limited to, down conversion (for generating I, Q samples from received ultrasound data), scan conversion (for converting ultrasound data into a display format of a display device), Doppler processing (for determining and/or imaging movement and/or flow information from the ultrasound data), Color Flow processing (for generating, using autocorrelation in one embodiment, a color-coded map of Doppler shifts superimposed on a B-mode ultrasound image), Power Doppler processing (for determining power Doppler data and/or generating a power Doppler map), Spectral Doppler processing (for determining spectral Doppler data and/or generating a spectral Doppler map), and post signal processing. These operations are described in further detail in WO 03/079038 A2, filed Mar. 11, 2003, titled "Ultrasound Probe with Integrated Electronics," the entire contents of which are expressly incorporated herein by reference.

To achieve a smaller and lighter portable ultrasound devices, the ultrasound engine **108** includes reduction in overall packaging size and footprint of a circuit board providing the ultrasound engine **108**. To this end, exemplary embodiments provide a small and light portable ultrasound device that minimizes overall packaging size and footprint while providing a high channel count. In some embodiments, a high channel count circuit board of an exemplary ultrasound engine may include one or more multi-chip modules in which each chip provides multiple channels, for example, 32 channels. The term "multi-chip module," as used herein, refers to an electronic package in which multiple integrated circuits (IC) are packaged into a unifying substrate, facilitating their use as a single component, i.e., as a larger IC. A multi-chip module may be used in an exemplary circuit board to enable two or more active IC components integrated on a High Density Interconnection (HDI) substrate to reduce the overall packaging size. In an exemplary embodiment, a multi-chip module may be assembled by vertically stacking a transmit/receive (TR) silicon chip, an amplifier silicon chip and a beamformer silicon chip of an ultrasound engine. A single circuit board of the ultrasound engine may include one or more of these multi-chip modules to provide a high channel count, while minimizing the overall packaging size and footprint of the circuit board.

FIG. **12** depicts a schematic side view of a portion of a circuit board **1200** including a multi-chip module assembled in a vertically stacked configuration. Two or more layers of active electronic integrated circuit components are integrated vertically into a single circuit. The IC layers are oriented in spaced planes that extend substantially parallel to one another in a vertically stacked configuration. In FIG. **12**, the circuit board includes an HDI substrate **1202** for supporting the multi-chip module. A first integrated circuit chip **1204** including, for example, a first beamformer device is coupled to the substrate **1202** using any suitable coupling mechanism, for example, epoxy application and curing. A first spacer layer **1206** is coupled to the surface of the first integrated circuit chip **1204** opposite to the substrate **1202**

US 11,857,363 B2

23

using, for example, epoxy application and curing. A second integrated circuit chip **1208** having, for example, a second beamformer device is coupled to the surface of the first spacer layer **1206** opposite to the first integrated circuit chip **1204** using, for example, epoxy application and curing. A metal frame **1210** is provided for mechanical and/or electrical connection among the integrated circuit chips. An exemplary metal frame **1210** may take the form of a lead-frame. The first integrated circuit chip **1204** may be coupled to the metal frame **1210** using wiring **1212**. The second integrated circuit chip **1208** may be coupled to the same metal frame **1210** using wiring **1214**. A packaging **1216** is provided to encapsulate the multi-chip module assembly and to maintain the multiple integrated circuit chips in substantially parallel arrangement with respect to one another.

As illustrated in FIG. **12**, the vertical three-dimensional stacking of the first integrated circuit chip **1204**, the first spacer layer **1206** and the second integrated circuit chip **1208** provides high-density functionality on the circuit board while minimizing overall packaging size and footprint (as compared to an ultrasound engine circuit board that does not employ a vertically stacked multi-chip module). One of ordinary skill in the art will recognize that an exemplary multi-chip module is not limited to two stacked integrated circuit chips. Exemplary numbers of chips vertically integrated in a multi-chip module may include, but are not limited to, two, three, four, five, six, seven, eight, and the like.

In one embodiment of an ultrasound engine circuit board, a single multi-chip module as illustrated in FIG. **12** is provided. In other embodiments, a plurality of multi-chip modules also illustrated in FIG. **12**. In an exemplary embodiment, a plurality of multi-chip modules (for example, two multi-chip modules) may be stacked vertically on top of one another on a circuit board of an ultrasound engine to further minimize the packaging size and footprint of the circuit board.

In addition to the need for reducing the footprint, there is also a need for decreasing the overall package height in multi-chip modules. Exemplary embodiments may employ wafer thinning to sub-hundreds micron to reduce the package height in multi-chip modules.

Any suitable technique can be used to assemble a multi-chip module on a substrate. Exemplary assembly techniques include, but are not limited to, laminated MCM (MCM-L) in which the substrate is a multi-layer laminated printed circuit board, deposited MCM (MCM-D) in which the multi-chip modules are deposited on the base substrate using thin film technology, and ceramic substrate MCM (MCM-C) in which several conductive layers are deposited on a ceramic substrate and embedded in glass layers that layers are co-fired at high temperatures (HTCC) or low temperatures (LTCC).

FIG. **13** is a flowchart of an exemplary method for fabricating a circuit board including a multi-chip module assembled in a vertically stacked configuration. In step **1302**, a HDI substrate is fabricated or provided. In step **1304**, a metal frame (e.g., leadframe) is provided. In step **1306**, a first IC layer is coupled or bonded to the substrate using, for example, epoxy application and curing. The first IC layer is wire bonded to the metal frame. In step **1308**, a spacer layer is coupled to the first IC layer using, for example, epoxy application and curing, so that the layers are stacked vertically and extend substantially parallel to each other. In step **1310**, a second IC layer is coupled to the spacer layer using, for example, epoxy application and curing, so that all of the layers are stacked vertically and extend substantially parallel to one another. The second IC layer is

24

wire bonded to the metal frame. In step **1312**, a packaging is used to encapsulate the multi-chip module assembly.

Exemplary chip layers in a multi-chip module may be coupled to each other using any suitable technique. For example, in the embodiment illustrated in FIG. **12**, spacer layers may be provided between chip layers to spacedly separate the chip layers. Passive silicon layers, die attach paste layers and/or die attach film layers may be used as the spacer layers. Exemplary spacer techniques that may be used in fabricating a multi-chip module is further described in Toh C H et al., "Die Attach Adhesives for 3D Same-Sized Dies Stacked Packages," the 58th Electronic Components and Technology Conference (ECTC2008), pp. 1538-43, Florida, US (27-30 May 2008), the entire contents of which are expressly incorporated herein by reference.

Important requirements for the die attach (DA) paste or film is excellent adhesion to the passivation materials of adjacent dies. Also, a uniform bond-link thickness (BLT) is required for a large die application. In addition, high cohesive strength at high temperatures and low moisture absorption are preferred for reliability.

FIGS. **14A**-**14C** are schematic side views of exemplary multi-chip modules, including vertically stacked dies, that may be used in accordance with exemplary embodiments. Both peripheral and center pads wire bond (WB) packages are illustrated and may be used in wire bonding exemplary chip layers in a multi-chip module. FIG. **14A** is a schematic side view of a multi-chip module including four vertically stacked dies in which the dies are spacedly separated from one another by passive silicon layers with a 2-in-1 dicing die attach film (D-DAF). FIG. **14B** is a schematic side view of a multi-chip module including four vertically stacked dies in which the dies are spacedly separated from one another by DA film-based adhesives acting as die-to-die spacers. FIG. **14C** is a schematic side view of a multi-chip module including four vertically stacked dies in which the dies are spacedly separated from one another by DA paste or film-based adhesives acting as die-to-die spacers. The DA paste or film-based adhesives may have wire penetrating capability in some exemplary embodiments. In the exemplary multi-chip module of FIG. **14C**, film-over wire (FOW) is used to allow long wire bonding and center bond pads stacked die packages. FOW employs a die-attach film with wire penetrating capability that allows the same or similar-sized wire-bonded dies to be stacked directly on top of one another without passive silicon spacers. This solves the problem of stacking same or similar-sized dies directly on top of each other, which otherwise poses a challenge as there is no or insufficient clearance for the bond wires of the lower dies.

The DA material illustrated in FIGS. **14B** and **14C** preferably maintain a bond-line thickness (BLT) with little to no voiding and bleed out through the assembly process. Upon assembly, the DA materials sandwiched between the dies maintain an excellent adhesion to the dies. The material properties of the DA materials are tailored to maintain high cohesive strength for high temperature reliability stressing without bulk fracture. The material properties of the DA materials are tailored to also minimize or preferably eliminate moisture accumulation that may cause package reliability failures (e.g., popcorning whereby interfacial or bulk fractures occur as a result of pressure build-up from moisture in the package).

FIG. **15** is a flowchart of certain exemplary methods of die-to-die stacking using (a) passive silicon layers with a 2-in-1 dicing die attach film (D-DAF), (b) DA paste, (c) thick DA-film, and (d) film-over wire (FOW) that employs

US 11,857,363 B2

25

a die-attach film with wire penetrating capability that allows the same or similar-sized wire-bonded dies to be stacked directly on top of one another without passive silicon spacers. Each method performs backgrinding of wafers to reduce the wafer thickness to enable stacking and high density packaging of integrated circuits. The wafers are sawed to separate the individual dies. A first die is bonded to a substrate of a multi-chip module using, for example, epoxy application and curing in an oven. Wire bonding is used to couple the first die to a metal frame.

In method (A), a first passive silicon layer is bonded to the first die in a stacked manner using a dicing die-attach film (D-DAF). A second die is bonded to the first passive layer in a stacked manner using D-DAF. Wire bonding is used to couple the second die to the metal frame. A second passive silicon layer is bonded to the second die in a stacked manner using D-DAF. A third die is bonded to the second passive layer in a stacked manner using D-DAF. Wire bonding is used to couple the third die to the metal frame. A third passive silicon layer is bonded to the third die in a stacked manner using D-DAF. A fourth die is bonded to the third passive layer in a stacked manner using D-DAF. Wire bonding is used to couple the fourth die to the metal frame.

In method (B), die attach (DA) paste dispensing and curing is repeated for multi-thin die stack application. DA paste is dispensed onto a first die, and a second die is provided on the DA paste and cured to the first die. Wire bonding is used to couple the second die to the metal frame. DA paste is dispensed onto the second die, and a third die is provided on the DA paste and cured to the second die. Wire bonding is used to couple the third die to the metal frame. DA paste is dispensed onto the third die, and a fourth die is provided on the DA paste and cured to the third die. Wire bonding is used to couple the fourth die to the metal frame.

In method (C), die attach films (DAF) are cut and pressed to a bottom die and a top die is then placed and thermal compressed onto the DAF. For example, a DAF is pressed to the first die and a second die is thermal compressed onto the DAF. Wire bonding is used to couple the second die to the metal frame. Similarly, a DAF is pressed to the second die and a third die is thermal compressed onto the DAF. Wire bonding is used to couple the third die to the metal frame. A DAF is pressed to the third die and a fourth die is thermal compressed onto the DAF. Wire bonding is used to couple the fourth die to the metal frame.

In method (D), film-over wire (FOW) employs a die-attach film with wire penetrating capability that allows the same or similar-sized wire-bonded dies to be stacked directly on top of one another without passive silicon spacers. A second die is bonded and cured to the first die in a stacked manner. Film-over wire bonding is used to couple the second die to the metal frame. A third die is bonded and cured to the first die in a stacked manner. Film-over wire bonding is used to couple the third die to the metal frame. A fourth die is bonded and cured to the first die in a stacked manner. Film-over wire bonding is used to couple the fourth die to the metal frame.

After the above-described steps are completed, in each method (a)-(d), wafer molding and post-mold curing (PMC) are performed. Subsequently, ball mount and singulation are performed.

Further details on the above-described die attachment techniques are provided in TOH C H et al., "Die Attach Adhesives for 3D Same-Sized Dies Stacked Packages," the 58th Electronic Components and Technology Conference

26

(ECTC2008), pp. 1538-43, Florida, US (27-30 May 2008), the entire contents of which are expressly incorporated herein by reference.

FIG. 16 is a schematic side view of a multi-chip module 1600 including a TR chip 1602, an amplifier chip 1604 and a beamformer chip 1606 vertically integrated in a vertically stacked configuration on a substrate 1614. Any suitable technique illustrated in FIGS. 12-15 may be used to fabricate the multi-chip module. One of ordinary skill in the art will recognize that the particular order in which the chips are stacked may be different in other embodiments. First and second spacer layers 1608, 1610 are provided to spacedly separate the chips 1602, 1604, 1606. Each chip is coupled to a metal frame (e.g., a leadframe) 1612. In certain exemplary embodiments, heat transfer and heat sink mechanisms may be provided in the multi-chip module to sustain high temperature reliability stressing without bulk failure. Other components of FIG. 16 are described with reference to FIGS. 12 and 14.

In this exemplary embodiment, each multi-chip module may handle the complete transmit, receive, TGC amplification and beam forming operations for a large number of channels, for example, 32 channels. By vertically integrating the three silicon chips into a single multi-chip module, the space and footprint required for the printed circuit board is further reduced. A plurality of multi-chip modules may be provided on a single ultrasound engine circuit board to further increase the number of channels while minimizing the packaging size and footprint. For example, a 128 channel ultrasound engine circuit board 108 can be fabricated within exemplary planar dimensions of about 10 cm×about 10 cm, which is a significant improvement of the space requirements of conventional ultrasound circuits. A single circuit board of an ultrasound engine including one or more multi-chip modules may have 16 to 128 channels in preferred embodiments. In certain embodiments, a single circuit board of an ultrasound engine including one or more multi-chip modules may have 16, 32, 64, 128 channels, and the like.

FIG. 17 is a detailed schematic block diagram of an exemplary embodiment of the ultrasound engine 108 (i.e., the front-end ultrasound specific circuitry) and an exemplary embodiment of the computer motherboard 106 (i.e., the host computer) provided as a single board complete ultrasound system. An exemplary single board ultrasound system as illustrated in FIG. 17 may have exemplary planar dimensions of about 25 cm×about 18 cm, although other dimensions are possible. The single board complete ultrasound system of FIG. 17 may be implemented in the ultrasound device illustrated in FIGS. 1, 2A, 2B, and 9A, and may be used to perform the operations depicted in FIGS. 3-8, 9B, and 10.

The ultrasound engine 108 includes a probe connector 114 to facilitate the connection of at least one ultrasound probe/transducer. In the ultrasound engine 108, a TR module, an amplifier module and a beamformer module may be vertically stacked to form a multi-chip module as shown in FIG. 16, thereby minimizing the overall packaging size and footprint of the ultrasound engine 108. The ultrasound engine 108 may include a first multi-chip module 1710 and a second multi-chip module 1712, each including a TR chip, an ultrasound pulser and receiver, an amplifier chip including a time-gain control amplifier, and a sample-data beamformer chip vertically integrated in a stacked configuration as shown in FIG. 16. The first and second multi-chip modules 1710, 1712 may be stacked vertically on top of each other to further minimize the area required on the circuit board. Alternatively, the first and second multi-chip

US 11,857,363 B2

27

modules **1710**, **1712** may be disposed horizontally on the circuit board. In an exemplary embodiment, the TR chip, the amplifier chip and the beamformer chip is each a 32-channel chip, and each multi-chip module **1710**, **1712** has 32 channels. One of ordinary skill in the art will recognize that exemplary ultrasound engines **108** may include, but are not limited to, one, two, three, four, five, six, seven, eight multi-chip modules. Note that in a preferred embodiment the system can be configured with a first beamformer in the transducer housing and a second beamformer in the tablet housing.

The ASICs and the multi-chip module configuration enable a 128-channel complete ultrasound system to be implemented on a small single board in a size of a tablet computer format. An exemplary 128-channel ultrasound engine **108**, for example, can be accommodated within exemplary planar dimensions of about 10 cm×about 10 cm, which is a significant improvement of the space requirements of conventional ultrasound circuits. An exemplary 128-channel ultrasound engine **108** can also be accommodated within an exemplary area of about 100 cm².

The ultrasound engine **108** also includes a clock generation complex programmable logic device (CPLD) **1714** for generating timing clocks for performing an ultrasound scan using the transducer array. The ultrasound engine **108** includes an analog-to-digital converter (ADC) **1716** for converting analog ultrasound signals received from the transducer array to digital RF formed beams. The ultrasound engine **108** also includes one or more delay profile and waveform generator field programmable gate arrays (FPGA) **1718** for managing the receive delay profiles and generating the transmit waveforms. The ultrasound engine **108** includes a memory **1720** for storing the delay profiles for ultrasound scanning. An exemplary memory **1720** may be a single DDR3 memory chip. The ultrasound engine **108** includes a scan sequence control field programmable gate array (FPGA) **1722** configured to manage the ultrasound scan sequence, transmit/receiving timing, storing and fetching of profiles to/from the memory **1720**, and buffering and moving of digital RF data streams to the computer motherboard **106** via a high-speed serial interface **112**. The high-speed serial interface **112** may include Fire Wire or other serial or parallel bus interface between the computer motherboard **106** and the ultrasound engine **108**. The ultrasound engine **108** includes a communications chipset **1118** (e.g., a Fire Wire chipset) to establish and maintain the communications link **112**.

A power module **1724** is provided to supply power to the ultrasound engine **108**, manage a battery charging environment and perform power management operations. The power module **1724** may generate regulated, low noise power for the ultrasound circuitry and may generate high voltages for the ultrasound transmit pulser in the TR module.

The computer motherboard **106** includes a core computer-readable memory **1122** for storing data and/or computer-executable instructions for performing ultrasound imaging operations. The memory **1122** forms the main memory for the computer and, in an exemplary embodiment, may store about 4 Gb of DDR3 memory. The memory **1122** may include a solid state hard drive (SSD) for storing an operating system, computer-executable instructions, programs and image data. An exemplary SSD may have a capacity of about 128 GB.

The computer motherboard **106** also includes a microprocessor **1124** for executing computer-executable instructions stored on the core computer-readable memory **1122** for performing ultrasound imaging processing operations.

28

Exemplary operations include, but are not limited to, down conversion, scan conversion, Doppler processing, Color Flow processing, Power Doppler processing, Spectral Doppler processing, and post signal processing. An exemplary microprocessor **1124** may be an off-the-shelf commercial computer processor, such as an Intel Core-i5 processor. Another exemplary microprocessor **1124** may be a digital signal processor (DSP) based processor, such as DaVinci™ processors from Texas Instruments.

The computer motherboard **106** includes an input/output (I/O) and graphics chipset **1704** which includes a co-processor configured to control I/O and graphic peripherals such as USB ports, video display ports and the like. The computer motherboard **106** includes a wireless network adapter **1702** configured to provide a wireless network connection. An exemplary adapter **1702** supports 802.11g and 802.11n standards. The computer motherboard **106** includes a display controller **1126** configured to interface the computer motherboard **106** to the display **104**. The computer motherboard **106** includes a communications chipset **1120** (e.g., a Fire Wire chipset or interface) configured to provide a fast data communication between the computer motherboard **106** and the ultrasound engine **108**. An exemplary communications chipset **1120** may be an IEEE 1394b 800 Mbit/sec interface. Other serial or parallel interfaces **1706** may alternatively be provided, such as USB3, Thunder-Bolt, PCIe, and the like. A power module **1708** is provided to supply power to the computer motherboard **106**, manage a battery charging environment and perform power management operations.

An exemplary computer motherboard **106** may be accommodated within exemplary planar dimensions of about 12 cm×about 10 cm. An exemplary computer motherboard **106** can be accommodated within an exemplary area of about 120 cm².

FIG. **18** is a perspective view of an exemplary portable ultrasound system **100** provided in accordance with exemplary embodiments. The system **100** includes a housing **102** that is in a tablet form factor as illustrated in FIG. **18**, but that may be in any other suitable form factor. An exemplary housing **102** may have a thickness below 2 cm and preferably between 0.5 and 1.5 cm. A front panel of the housing **102** includes a multi-touch LCD touch screen display **104** that is configured to recognize and distinguish one or more multiple and/or simultaneous touches on a surface of the touch screen display **104**. The surface of the display **104** may be touched using one or more of a user's fingers, a user's hand or an optional stylus **1802**. The housing **102** includes one or more I/O port connectors **116** which may include, but are not limited to, one or more USB connectors, one or more SD cards, one or more network mini display ports, and a DC power input. The embodiment of housing **102** in FIG. **18** can also be configured within a palm-carried form factor having dimensions of 150 mm×100 mm×15 mm (a volume of 225000 mm³) or less. The housing **102** can have a weight of less than 200 g. Optionally, cabling between the transducer array and the display housing can include interface circuitry **1020** as described herein. The interface circuitry **1020** can include, for example, beamforming circuitry and/or A/D circuitry in a pod that dangles from the tablet. Separate connectors **1025**, **1027** can be used to connect the dangling pod to the transducer probe cable. The connector **1027** can include probe identification circuitry as described herein. The unit **102** can include a camera, a microphone and a speaker as well as wireless telephone circuitry for voice and

US 11,857,363 B2

29                                               30

data communications as well as voice activated software that can be used to control the ultrasound imaging operations described herein.

The housing **102** includes or is coupled to a probe connector **114** to facilitate connection of at least one ultrasound probe/transducer **150**. The ultrasound probe **150** includes a transducer housing including one or more transducer arrays **152**. The ultrasound probe **150** is couplable to the probe connector **114** using a housing connector **1804** provided along a flexible cable **1806**. One of ordinary skill in the art will recognize that the ultrasound probe **150** may be coupled to the housing **102** using any other suitable mechanism, for example, an interface housing that includes circuitry for performing ultrasound-specific operations like beamforming. Other exemplary embodiments of ultrasound systems are described in further detail in WO 03/079038 A2, filed Mar. 11, 2003, titled "Ultrasound Probe with Integrated Electronics," the entire contents of which is expressly incorporated herein by reference. Preferred embodiments can employ a wireless connection between the hand-held transducer probe **150** and the display housing. Beamformer electronics can be incorporated into probe housing **150** to provide beamforming of subarrays in a 1D or 2D transducer array as described herein. The display housing can be sized to be held in the palm of the user's hand and can include wireless network connectivity to public access networks such as the internet.

FIG. **19** illustrates an exemplary view of a main graphical user interface (GUI) **1900** rendered on the touch screen display **104** of the portable ultrasound system **100** of FIG. **18**. The main GUI **1900** may be displayed when the ultrasound system **100** is started. To assist a user in navigating the main GUI **1900**, the GUI may be considered as including four exemplary work areas: a menu bar **1902**, an image display window **1904**, an image control bar **1906**, and a tool bar **1908**. Additional GUI components may be provided on the main GUI **1900** to, for example, enable a user to close, resize and exit the GUI and/or windows in the GUI.

The menu bar **1902** enables a user to select ultrasound data, images and/or videos for display in the image display window **1904**. The menu bar **1902** may include, for example, GUI components for selecting one or more files in a patient folder directory and an image folder directory. The image display window **1904** displays ultrasound data, images and/or videos and may, optionally, provide patient information. The tool bar **1908** provides functionalities associated with an image or video display including, but not limited to, a save button for saving the current image and/or video to a file, a save Loop button that saves a maximum allowed number of previous frames as a Cine loop, a print button for printing the current image, a freeze image button for freezing an image, a playback toolbar for controlling aspects of playback of a Cine loop, and the like. Exemplary GUI functionalities that may be provided in the main GUI **1900** are described in further detail in WO 03/079038 A2, filed Mar. 11, 2003, titled "Ultrasound Probe with Integrated Electronics," the entire contents of which are expressly incorporated herein by reference.

The image control bar **1906** includes touch controls that may be operated by touch and touch gestures applied by a user directly to the surface of the display **104**. Exemplary touch controls may include, but are not limited to, a 2D touch control **408**, a gain touch control **410**, a color touch control **412**, a storage touch control **414**, a split touch control **416**, a PW imaging touch control **418**, a beamsteering touch control **20**, an annotation touch control **422**, a dynamic range operations touch control **424**, a Teravision™ touch control **426**, a map operations touch control **428**, and a needle guide touch control **428**. These exemplary touch controls are described in further detail in connection with FIGS. **4a-4c**.

FIG. **20** depicts an illustrative embodiment of exemplary medical ultrasound imaging equipment **2000**, implemented in the form factor of a tablet in accordance with the invention. The table may have the dimensions of 12.5"× 1.25"×8.75" or 31.7 cm×3.175 cm×22.22 cm but it may also be in any other suitable form factor having a volume of less than 2500 cm³ and a weight of less than 8 lbs. As shown in FIG. **20**, the medical ultrasound imaging equipment **2000**, includes a housing **2030**, a touch screen display **2010**, wherein ultrasound images **2010**, and ultra sound data **2040**, can be displayed and ultrasound controls **2020**, are configured to be controlled by a touchscreen display **2010**. The housing **2030**, may have a front panel **2060** and a rear panel **2070**. The touchscreen display **2010**, forms the front panel **2060**, and includes a multi-touch LCD touch screen that can recognize and distinguish one or more multiple and or simultaneous touches of the user on the touchscreen display **2010**. The touchscreen display **2010** may have a capacitive multi-touch and AVAH LCD screen. For example, the capacitive multi-touch and AVAH LCD screen may enable a user to view the image from multi angles without losing resolution. In another embodiment, the user may utilize a stylus for data input on the touch screen. The tablet can include an integrated foldable stand that permits a user to swivel the stand from a storage position that conforms to the tablet form factor so that the device can lay flat on the rear panel, or alternatively, the user can swivel the stand to enable the tablet to stand at an upright position at one of a plurality of oblique angles relative to a support surface.

Capacitive touchscreen module comprises an insulator for example glass, coated with a transparent conductor, such as indium tin oxide. The manufacturing process may include a bonding process among glass, x-sensor film, y-sensor film and a liquid crystal material. The tablet is configured to allow a user to perform multi-touch gestures such as pinching and stretching while wearing a dry or a wet glove. The surface of the screen registers the electrical conductor making contact with the screen. The contact distorts the screens electrostatic field resulting in measureable changes in capacitance. A processor then interprets the change in the electrostatic field. Increasing levels of responsiveness are enabled by reducing the layers and by producing touch screens with "in-cell" technology. "In-cell" technology eliminates layers by placing the capacitors inside the display. Applying "in-cell" technology reduces the visible distance between the user's finger and the touchscreen target, thereby creating a more directive contact with the content displayed and enabling taps and gestures to have an increase in responsiveness.

FIG. **21** illustrates a preferred cart system for a modular ultrasound imaging system in accordance with the invention. The cart system **2100** uses a base assembly **2122** including a docking bay that receives the tablet. The cart configuration **2100** is configured to dock tablet **2104**, including a touch screen display **2102**, to a cart **2108**, which can include a full operator console **2124**. After the tablet **2104**, is docked to the cart stand **2108**, the system forms a full feature roll about system. The full feature roll about system may include, an adjustable height device **2106**, a gel holder **2110**, and a storage bin **2114**, a plurality of wheels **2116**, a hot probe holder **2120**, and the operator console **2124**. The control devices may include a keyboard **2112** on the operator console **2124** that may also have other peripherals added such as a printer or a video interface or other control devices.

US 11,857,363 B2

31

FIG. 22 illustrate a preferred cart system, for use in embodiments with a modular ultrasound imaging system in accordance with the invention. The cart system 2200 may be configured with a vertical support member 2212, coupled to a horizontal support member 2028. An auxiliary device connector 2018, having a position for auxiliary device attachment 2014, may be configured to connect to the vertical support member 2212. A 3 port Probe MUX connection device 2016 may also be configured to connect to the tablet. A storage bin 2224 can be configured to attach by a storage bin attachment mechanism 2222, to vertical support member 2212. The cart system may also include a cord management system 2226, configured to attach to the vertical support member. The cart assembly 2200 includes the support beam 2212 mounted on a base 2228 having wheels 2232 and a battery 2230 that provides power for extended operation of the tablet. The assembly can also include an accessory holder 2224 mounted with height adjustment device 2226. Holders 2210, 2218 can be mounted on beam 2212 or on console panel 2214. The multiport probe multiplex device 2216 connects to the tablet to provide simultaneous connection of several transducer probes which the user can select in sequence with the displayed virtual switch. A moving touch gesture, such as a three finger flick on the displayed image or touching of a displayed virtual button or icon can switch between connected probes.

FIG. 23 illustrates preferred cart mount system for a modular ultrasound imaging system in accordance with the invention. Arrangement 2300 depicts the tablet 2302, coupled to the docking station 2304. The docking station 2304 is affixed to the attachment mechanism 2306. The attachment mechanism 2306 may include a hinged member 2308, allowing for the user display to tilted into a user desired position. The attachment mechanism 2306 is attached to the vertical member 2312. A tablet 2302 as described herein can be mounted on the base docking unit 2304 which is mounted to a mount assembly 2306 on top of beam 2212. The base unit 2304 includes cradle 2310, electrical connectors 2305 and a port 2307 to connect to the system 2302 to battery 2230 and multiplexor device 2216.

FIG. 24 illustrates preferred cart system 2400 modular ultrasound imaging system in accordance with the invention in which tablet 2402 is connected on mounting assembly 2406 with connector 2404. Arrangement 2400 depicts the tablet 2402, coupled to the vertical support member 2408, via attachment mechanism 2404 without the docking element 2304. Attachment mechanism 2404 may include a hinged member 2406 for display adjustment.

FIGS. 25A and 25B illustrate a multi-function docking station. FIG. 25A illustrates docking station 2502, and tablet 2504, having a base assembly 2506, that mates to the docking station 2502. The tablet 2504, and the docking station 2502, may be electrically connected. The tablet 2504 may be released from docking station 2502, by engaging the release mechanism 2508. The docking station 2502 may contain a transducer port 2512, for connection of a transducer probe 2510. The docking station 2502 can contain 3 USB 3.0 ports, a LAN port, a headphone jack and a power connector for charging. FIG. 25B illustrates a side view of the tablet 2504, and docking station 2502, having a stand in accordance with the preferred embodiments of the present invention. The docking station may include an adjustable stand/handle 2526. The adjustable stand/handle 2526 may be tilted for multiple viewing angles. The adjustable stand/handle 2526 may be flipped up for transport purposes. The side view also illustrates a transducer port 2512, and a transducer probe connector 2510.

32

FIG. 26 illustrates a 2D imaging mode of operation with a modular ultrasound imaging system in accordance with the invention. The touch screen of table 2504 may display images obtained by 2-dimensional transducer probe using a 256 digital beamformer channels. The 2-dimensional image window 2602 depicts a 2-dimensional image scan 2604. The 2-dimensional image may be obtained using flexible frequency scans 2606, wherein the control parameters are represented on the tablet.

FIG. 27 illustrates a motion mode of operation with a modular ultrasound imaging system in accordance with the invention. The touch screen display of tablet 2700, may display images obtained by a motion mode of operation. The touch screen display of tablet 2700, may simultaneously display 2-dimensional 2706, and motion mode imaging 2708. The touch screen display of tablet 2700, may display a 2-dimensional image window 2704, with a 2-dimensional image 2706. Flexible frequency controls 2702 displayed with the graphical user interface can be used to adjust the frequency from 2 MHz to 12 MHz.

FIG. 28 illustrates a color Doppler mode of operation with a modular ultrasound imaging system in accordance with the invention. The touch screen display of tablet 2800 displays images obtained by color Doppler mode of operation. A 2-dimensional image window 2806 is used as the base display. The color coded information 2808, is overlaid on the 2-dimensional image 2810. Ultrasound-based imaging of red blood cells are derived from the received echo of the transmitted signal. The primary characteristics of the echo signal are the frequency and the amplitude. Amplitude depends on the amount of moving blood within the volume sampled by the ultrasound beam. A high frame rate or high resolution can be adjusted with the display to control the quality of the scan. Higher frequencies may be generated by rapid flow and can be displayed in lighter colors, while lower frequencies are displayed in darker colors. Flexible frequency controls 2804, and color Doppler scan information 2802, may be displayed on the tablet display 2800.

FIG. 29 illustrates a Pulsed wave Doppler mode of operation with a modular ultrasound imaging system in accordance with the invention. The touch screen display of tablet 2900, may display images obtained by pulsed wave Doppler mode of operation. Pulsed wave Doppler scans produce a series of pulses used to analyse the motion of blood flow in a small region along a desired ultrasound cursor called the sample volume or sample gate 2012. The tablet display 2900 may depict a 2-dimensional image 2902, wherein the sample volume/sample gate 2012 is overlaid. The tablet display 2900 may use a mixed mode of operation 2906, to depict a 2-dimensional image 2902, and a time/doppler frequency shift 2910. The time/doppler frequency shift 2910 can be converted into velocity and flow if an appropriate angle between the beam and blood flow is known. Shades of gray 2908, in the time/doppler frequency shift 2910, may represent the strength of signal. The thickness of the spectral signal may be indicative of laminar or turbulent flow. The tablet display 2900 can depict adjustable frequency controls 2904.

FIG. 30 illustrates a triplex scan mode of operation with a modular ultrasound imaging system in accordance with the invention. The tablet display 3000 may include a 2-dimensional window 3002, capable of displaying 2-dimensional images alone or in combination with the color Doppler or directional Doppler features. The touch screen display of tablet 3000, may display images obtained by color Doppler mode of operation. A 2-dimensional image window 3002 is used as the base display. The color coded information 3004,

US 11,857,363 B2

33

is overlaid **3006**, on the 2-dimensional image **3016**. The pulsed wave Doppler feature may be used alone or in combination with 2-dimensional imaging or the color Doppler imaging. The tablet display **3000** may include a pulsed wave Doppler scan represented by a sample volume/sample gate **3008**, overlaid over 2 dimensional images **3016**, or the color code overlaid **3006**, either alone or in combination. The tablet display **3000** may depict a split screen representing the time/doppler frequency shift **3012**. The time/doppler frequency shift **3012** can be converted into velocity and flow if an appropriate angle between the insolating beam and blood flow is known. Shades of gray **3014**, in the time/doppler frequency shift **3012**, may represent the strength of signal. The thickness of the spectral signal may be indicative of laminar or turbulent flow. The tablet display **3000** also may depict flexible frequency controls **3010**.

FIG. **31** illustrates a GUI home screen interface **3100**, for a user mode of operation, with a modular ultrasound imaging system in accordance with the invention. The screen interface for a user mode of operation **3100** may be displayed when the ultrasound system is started. To assist a user in navigating the GUI home screen **3100**, the home screen may be considered as including three exemplary work areas: a menu bar **3104**, an image display window **3102**, and an image control bar **3106**. Additional GUI components may be provided on the main GUI home screen **3100**, to enable a user to close, resize and exit the GUI home screen and/or windows in the GUI home screen.

The menu bar **3104** enables users to select ultrasound data, images and/or video for display in the image display window **3102**. The menu bar may include components for selecting one or more files in a patient folder directly and an image folder directory.

The image control bar **3106** includes touch controls that may be operated by touch and touch gestures applied by the user directly to the surface of the display. Exemplary touch controls may include, but are not limited to a depth control touch controls **3108**, a 2-dimensional gain touch control **3110**, a full screen touch control **3112**, a text touch control **3114**, a split screen touch control **3116**, a ENV touch control **3118**, a CD touch control **3120**, a PWD touch control **3122**, a freeze touch control **3124**, a store touch control **3126**, and a optimize touch control **3128**.

FIG. **32** illustrates a GUI menu screen interface **3200**, for a user mode of operation, with a modular ultrasound imaging system in accordance with the invention. The screen interface for a user mode of operation **3200** may be displayed when the menu selection mode is triggered from the menu bar **3204** thereby initiating operation of the ultrasound system. To assist a user in navigating the GUI home screen **3100**, the home screen may be considered as including three exemplary work areas: a menu bar **3204**, an image display window **3202**, and an image control bar **3220**. Additional GUI components may be provided on the main GUI menu screen **3200** to enable a user to close, resize and exit the GUI menu screen and/or windows in the GUI menu screen, for example.

The menu bar **3204** enables users to select ultra sound data, images and/or video for display in the image display window **3202**. The menu bar **3204** may include touch control components for selecting one or more files in a patient folder directory and an image folder directory. Depicted in an expanded format, the menu bar may include exemplary touch control such as, a patient touch control **3208**, a pre-sets touch control **3210**, a review touch control **3212**, a report touch control **3214**, and a setup touch control **3216**.

34

The image control bar **3220** includes touch controls that may be operated by touch and touch gestures applied by the user directly to the surface of the display. Exemplary touch controls may include, but are not limited to depth control touch controls **3222**, a 2-dimensional gain touch control **3224**, a full screen touch control **3226**, a text touch control **3228**, a split screen touch control **3230**, a needle visualization ENV touch control **3232**, a CD touch control **3234**, a PWD touch control **3236**, a freeze touch control **3238**, a store touch control **3240**, and a optimize touch control **3242**.

FIG. **33** illustrates a GUI patient data screen interface **3300**, for a user mode of operation, with a modular ultrasound imaging system in accordance with the invention. The screen interface for a user mode of operation **3300**, may be displayed when the patient selection mode is triggered from the menu bar **3302**, when the ultrasound system is started. To assist a user in navigating the GUI patient data screen **3300**, the patient data screen may be considered as including five exemplary work areas: a new patient touch screen control **3304**, a new study touch screen control **3306**, a study list touch screen control **3308**, a work list touch screen control **3310**, and an edit touch screen control **3312**. Within each touch screen control, further information entry fields are available **3314**, **3316**. For example, patient information section **3314**, and study information section **3316**, may be used to record data.

Within the patient data screen **3300**, the image control bar **3318**, includes touch controls that may be operated by touch and touch gestures applied by the user directly to the surface of the display. Exemplary touch controls may include, but are not limited to accept study touch control **3320**, close study touch control **3322**, print touch control **3324**, print preview touch control **3326**, cancel touch control **3328**, a 2-dimensional touch control **3330**, freeze touch control **3332**, and a store touch control **3334**.

FIG. **34** illustrates a GUI patient data screen interface **3400**, for a user mode of operation with a modular ultrasound imaging system in accordance with the invention. The screen interface for a user mode of operation **3400**, may be displayed when the pre-sets selection mode **3404**, is triggered from the menu bar **3402**, when the ultrasound system is started.

Within the pre-sets screen **3400**, the image control bar **3408**, includes touch controls that may be operated by touch and touch gestures applied by the user directly to the surface of the display. Exemplary touch controls may include, but are not limited to a save settings touch control **3410**, a delete touch control **3412**, CD touch control **3414**, PWD touch control **3416**, a freeze touch control **3418**, a store touch control **3420**, and a optimize touch control **3422**.

FIG. **35** illustrates a GUI review screen interface **3500**, for a user mode of operation, with a modular ultrasound imaging system in accordance with the invention. The screen interface for a user mode of operation **3500**, may be displayed when the pre-sets expanded review **3504**, selection mode **3404**, is triggered from the menu bar **3502**, when the ultrasound system is started.

Within the review screen **3500**, the image control bar **3516**, includes touch controls that may be operated by touch and touch gestures applied by the user directly to the surface of the display. Exemplary touch controls may include, but are not limited to a thumbnail settings touch control **3518**, sync touch control **3520**, selection touch control **3522**, a previous image touch control **3524**, a next image touch control **3526**, a 2-dimensional image touch control **3528**, a pause image touch control **3530**, and a store image touch control **3532**.

US 11,857,363 B2

35

A image display window **3506**, may allow the user to review images in a plurality of formats. Image display window **3506**, may allow a user to view images **3508**, **3510**, **3512**, **3514**, in combination or subset or allow any image **3508**, **3510**, **3512**, **3514**, to be viewed individually. The image display window **3506**, may be configured to display up to four images **3508**, **3510**, **3512**, **3514**, to be viewed simultaneously.

FIG. **36** illustrates a GUI Report Screen Interface for a user mode of operation with a modular ultrasound imaging system in accordance with the invention. The screen interface for a user mode of operation **3600**, may be displayed when the report expanded review **3604**, is triggered from the menu bar **3602**, when the ultrasound system is started. The display screen **3606**, contains the ultrasound report information **3626**. The user may use the worksheet section within the ultrasound report **3626**, to enter in comments, patient information and study information.

Within the report screen **3600**, the image control bar **3608**, includes touch controls that may be operated by touch and touch gestures applied by the user directly to the surface of the display. Exemplary touch controls may include, but are not limited to a save touch control **3610**, a save as touch control **3612**, a print touch control **3614**, a print preview touch control **3616**, a close study touch control **3618**, a 2-dimensional image touch control **3620**, a freeze image touch control **3622**, and a store image touch control **3624**.

FIG. **37** illustrates a GUI Setup Screen Interface for a user mode of operation with a modular ultrasound imaging system in accordance with the invention. The screen interface for a user mode of operation **3700**, may be displayed when the report expanded review **3704**, is triggered from the menu bar **3702**, when the ultrasound system is started.

Within the setup expanded screen **3704**, the setup control bar **3744**, includes touch controls that may be operated by touch and touch gestures, applied by the user directly to the surface of the display. Exemplary touch controls may include, but are not limited to a general touch control **3706**, a display touch control **3708**, a measurements touch control **3710**, annotation touch control **3712**, a print touch control **3714**, a store/acquire touch control **3716**, a DICOM touch control **3718**, an export touch control **3720**, and a study information image touch control **3722**. The touch controls may contain a display screen that allow the user to enter configuration information. For example, the general touch control **3706**, contains a configuration screen **3724**, wherein the user may enter configuration information. Additionally, the general touch control **3706**, contains a section allowing user configuration of the soft key docking position **3726**. FIG. **37**B depicts the soft key controls **3752**, with a right side alignment. FIG. **37**B further illustrates that activation of the soft key control arrow **3750**, will change the key alignment to the opposite side, in this case, left side alignment. FIG. **37**C depicts left side alignment of the soft key controls **3762**, the user may activate an orientation change by using the soft key control arrow **3760**, to change the position to right side alignment.

Within the review screen **3700**, the image control bar **3728**, includes touch controls that may be operated by touch and touch gestures applied by the user directly to the surface of the display. Exemplary touch controls may include but are not limited to, a thumbnail settings touch control **3730**, sync touch control **3732**, selection touch control **3734**, a previous image touch control **3736**, a next image touch control **3738**, a 2-dimensional image touch control **3740**, and a pause image touch control **3742**.

36

FIG. **38** illustrates a GUI Setup Screen Interface for a user mode of operation with a modular ultrasound imaging system in accordance with the invention. The screen interface for a user mode of operation **3800**, may be displayed when the report expanded review **3804**, is triggered from the menu bar **3802**, when the ultrasound system is started.

Within the setup expanded screen **3804**, the setup control bar **3844**, includes touch controls that may be operated by touch and touch gestures applied by the user directly to the surface of the display. Exemplary touch controls may include, but are not limited to a plurality of icons such as a general touch control **3806**, a display touch control **3808**, a measurements touch control **3810**, annotation touch control **3812**, a print touch control **3814**, a store/acquire touch control **3816**, a DICOM touch control **3818**, an export touch control **3820**, and a study information image touch control **3822**. The touch controls can contain a display screen that allow the user to enter store/acquire information. For example, the store/acquire touch control **3816**, contains a configuration screen **3802**, wherein the user may enter configuration information. The user can actuate a virtual keyboard allowing the user to enter alphanumeric characters in different touch activated fields. Additionally, the store/acquire touch control **3802**, contains a section allowing user enablement of retrospective acquisition **3804**. When the user enables the store function, the system is defaulted to store prospective cine loops. If the user enables the enable retrospective capture, the store function may collect the cine loop retrospectively.

Within the setup screen **3800**, the image control bar **3828**, includes touch controls that may be operated by touch and touch gestures applied by the user directly to the surface of the display. Exemplary touch controls may include, but are not limited to a thumbnail settings touch control **3830**, synchronize touch control **3832**, selection touch control **3834**, a previous image touch control **3836**, a next image touch control **3838**, a 2-dimensional image touch control **3840**, and a pause image touch control **3842**.

FIGS. **39**A and **39**B illustrate an XY bi-plane probe consisting of two one dimensional, multi-element arrays. The arrays may be constructed where one array is on top of the other with a polarization axis of each array being aligned in the same direction. The elevation axis of the two arrays can be at a right angle or orthogonal to one another. Exemplary embodiments can employ transducer assemblies such as those described in U.S. Pat. No. 7,066,887, the entire contents of which is incorporated herein by reference, or transducers sold by Vernon of Tours Cedex, France, for example. Illustrated by FIG. **39**A, the array orientation is represented by arrangement **3900**. The polarization axis **3908**, of both arrays are pointed in the z-axis **3906**. The elevation axis of the bottom array, is pointed in y-direction **3902**, and the elevation axis of the top array, is in the x-direction **3904**.

Further illustrated by FIG. **39**B, a one dimensional multi-element array forms an image as depicted in arrangement **3912**. A one-dimensional array with an elevation axis **3910**, in a y-direction **3914**, forms the ultrasound image **3914**, on the x-axis **3904**, z-axis **3906**, plane. A one-dimensional array with the elevation axis **3910**, in the x-direction **3904**, forms the ultrasound image **3914**, on the y-axis **3902**, z-axis **3906**. A one dimensional transducer array with elevation axis **3910**, along a y-axis **3902**, and polarization axis **3908**, along a z-axis **3906**, will result in a ultrasound image **3914**, formed along the x **3904** and the z **3906** plane. An alternate embodiment illustrated by FIG. **39**C depicts a one-dimensional transducer array with an elevation axis **3920**, in a

US 11,857,363 B2

37

x-axis **904**, and a polarization axis **3922**, in the z-axis **3906**, direction. The ultrasound image **3924**, is formed on the y **3902** and the z **3906** plane.

FIG. **40** illustrates the operation of a bi-plane image forming xy-probe where array **4012** has a high voltage applied for forming images. High voltage driving pulses **4006**, **4008**, **4010**, may be applied to the bottom array **4004**, with a y-axis elevation. This application may result in generation of transmission pulses for forming the received image on the XZ plane, while keeping the elements of the top array **4002** at a grounded level. Such probes enable a 3D imaging mode using simpler electronics than a full 2D transducer array. A touchscreen activated user interface as described herein can employ screen icons and gestures to actuate 3D imaging operations. Such imaging operations can be augmented by software running on the tablet data processor that processes the image data into 3D ultrasound images. This image processing software can employ filtering smoothing and/or interpolation operations known in the art. Beamsteering can also be used to enable 3D imaging operations. A preferred embodiment uses a plurality of 1D sub-array transducers arranged for bi plane imaging.

FIG. **41** illustrates the operation of a bi-plane image forming xy-probe. FIG. **41** illustrates a array **4110**, that has a high voltage applied to it for forming images. High voltage pulses **4102**, **4104**, **4106**, may be applied to the top array **4112**, with elevation in the x-axis, generating transmission pulses for forming the received image on the yz-plane, while keeping the elements of the bottom array **4014**, grounded **4108**. This embodiment can also utilize orthogonal 1D transducer arrays operated using sub-array beamforming as described herein.

FIG. **42** illustrates the circuit requirements of a bi-plane image forming xy-probe. The receive beamforming requirements are depicted for a bi-plane probe. A connection to receive the electronics **4202**, is made. Then elements from the select bottom array **4204**, and select top array **4208**, are connected to share one connect to the receive electronics **4202** channel. A two to one mux circuit can be integrated on the high voltage driver **4206**, **4210**. The two to one multiplexor circuit can be integrated into high voltage driver **4206**, **4212**. One receive beam is formed for each transmit beam. The bi-plane system requires a total of 256 transmit beams for which 128 transmit beams are used for forming a XZ-plane image and the other 128 transmit beams are used for forming a YZ-plane image. A multiple-received beam forming technique can be used to improve the frame rate. An ultrasound system with dual received beam capabilities for each transmit beam provides a system in which two received beams can be formed. The bi-plane probe only needs a total of 128 transmit beams for forming the two orthogonal plane images, in which 64 transmit beams are used to form a XZ-plane image with the other 64 transmit beams for the YZ-plane image. Similarly, for an ultrasound system with a quad or 4 receive beam capability, the probe requires 64 transmit beams to form two orthogonal-plane images.

FIGS. **43A-43B** illustrate an application for simultaneous bi-plane evaluation. The ability to measure the LV mechanical dyssynchrony with echocardiograph can help indentify patients that are more likely to benefit from Cardiac Resynchronization Therapy. LV parameters needed to be quantified are Ts-(lateral-septal), Ts-SD, Ts-peak, etc. The Ts-(lateral-septal) can be measured on a 2D apical 4-chamber view Echo image, while the Ts-SD, Ts-peak (medial), Ts-onset (medial), Ts-peak (basal), Ts-onset (basal) can be obtained on two separated parasternal short-axis views with 6 segments at the level of mitral valve and at the papillary

38

muscle level, respectively, providing a total of 12 segments. FIG. **43A-43B** depicts an xy-probe providing apical four chamber **4304**, and apicial two chamber **4302** images, to be viewed simultaneously.

FIGS. **44A-44B** illustrate ejection fraction probe measurement techniques. The biplane-probe provides for EF measurement, as visualization of two orthogonal planes ensure on-axis views are obtained. Auto-border detection algorithm, provides quantitative Echo results to select implant responders and guide the AV delay parameter setting. As depicted in FIG. **44** A XY probe acquires real-time simultaneous images from two orthogonal planes and the images **4402**, **4404** are displayed on a split screen. A manual contour tracing or automatic boarder tracing technique can be used to trace the endocardial boarder at both end-systole and end-diastolic time from which the EF is calculated. The LV areas in the apical 2CH **4402**, and 4CH **4404**, views, A1 and A2 respectively, are measured at the end of diastole and the end of systole. The LVEDV, left ventricular end-diastolic volume, and LVESV, left ventricular the end-systole volume, are calculated using the formula:

$$V = \frac{8}{3\pi} \frac{A_1 A_2}{L}.$$

And the ejection fraction is calculated by

$$EF = \frac{LVEDV - LVESD}{LVEDV}.$$

It is noted that the operations described herein are purely exemplary, and imply no particular order. Further, the operations can be used in any sequence, when appropriate, and/or can be partially used. Exemplary flowcharts are provided herein for illustrative purposes and are non-limiting examples of methods. One of ordinary skill in the art will recognize that exemplary methods may include more or fewer steps than those illustrated in the exemplary flowcharts, and that the steps in the exemplary flowcharts may be performed in a different order than shown.

In describing exemplary embodiments, specific terminology is used for the sake of clarity. For purposes of description, each specific term is intended to at least include all technical and functional equivalents that operate in a similar manner to accomplish a similar purpose. Additionally, in some instances where a particular exemplary embodiment includes a plurality of system elements or method steps, those elements or steps may be replaced with a single element or step. Likewise, a single element or step may be replaced with a plurality of elements or steps that serve the same purpose. Further, where parameters for various properties are specified herein for exemplary embodiments, those parameters may be adjusted up or down by ½₀th, ¹⁄₁₀th, ⅕th, ⅓rd, ½, etc., or by rounded-off approximations thereof, unless otherwise specified.

With the above illustrative embodiments in mind, it should be understood that such embodiments can employ various computer-implemented operations involving data transferred or stored in computer systems. Such operations are those requiring physical manipulation of physical quantities. Typically, though not necessarily, such quantities take the form of electrical, magnetic, and/or optical signals capable of being stored, transferred, combined, compared, and/or otherwise manipulated.

US 11,857,363 B2

**39**

Further, any of the operations described herein that form part of the illustrative embodiments are useful machine operations. The illustrative embodiments also relate to a device or an apparatus for performing such operations. The apparatus can be specially constructed for the required purpose, or can incorporate general-purpose computer devices selectively activated or configured by a computer program stored in the computer. In particular, various general-purpose machines employing one or more processors coupled to one or more computer readable media can be used with computer programs written in accordance with the teachings disclosed herein, or it may be more convenient to construct a more specialized apparatus to perform the required operations.

The foregoing description has been directed to particular illustrative embodiments of this disclosure. It will be apparent, however, that other variations and modifications may be made to the described embodiments, with the attainment of some or all of their associated advantages. Moreover, the procedures, processes, and/or modules described herein may be implemented in hardware, software, embodied as a computer-readable medium having program instructions, firmware, or a combination thereof. For example, one or more of the functions described herein may be performed by a processor executing program instructions out of a memory or other storage device.

It will be appreciated by those skilled in the art that modifications to and variations of the above-described systems and methods may be made without departing from the inventive concepts disclosed herein. Accordingly, the disclosure should not be viewed as limited except as by the scope and spirit of the appended claims.

We claim:

1. An ultrasound imaging method, comprising:

selecting an imaging procedure wherein at least one processor in a tablet display housing of a battery powered ultrasound imaging system mounted on a cart that is configured to perform at least one of a cardiac imaging procedure and a needle visualization procedure, wherein the cardiac imaging procedure measures an ejection fraction value in response to a first gesture input detected on a touch screen display within the tablet display housing wherein the touch screen display presents a graphical user interface to a user including an ultrasound image display area and a touch gesture actuated menu selection area, the at least one processor configured to actuate split screen operation of the ultrasound image display area in response to a second gesture input on the touchscreen display and wherein the needle visualization procedure images a needle in response to a third gesture input detected on the touch screen display; and

actuating one or more imaging operations of an ultrasound beamformer processing circuit that receives image signals from a transducer array in a transducer probe housing, the one or more imaging operations conducted using instructions received from the at least one processor, the touch screen display configured to display a beamformed ultrasound image in the ultrasound image display area, at least one of the imaging operations including selecting an imaging depth in response to a further gesture input detected on the touch screen display and generating an image of a region of interest at the selected depth based on a result of the at least one imaging operation, wherein at least one beamformed ultrasound image is displayable on the image display area of the touch screen display.

**40**

2. The method of claim **1**, wherein the transducer array comprises a one dimensional transducer array or a two dimensional array transducer.

3. The method of claim **1**, further comprising beamforming signals received from transducer array wherein the beamformer processing circuit is within the transducer probe housing.

4. The method of claim **1** wherein the ultrasound beamformer processing circuit transmits at least partially beamformed image data to a further beamformer processing circuit in the tablet housing.

5. The method of claim **1** further comprising a transducer connector that connects the transducer probe housing to the ultrasound imaging system with a cable.

6. The method of claim **1** wherein a tablet display housing has a volume of less than 2500 cubic centimeters and a weight of less than 8 pounds and includes the beamformer processing circuit.

7. A portable touchscreen actuated ultrasound imaging system, comprising:

a touch screen display tablet device mounted on a cart having a touch screen display with a graphical user interface for selecting an ultrasound imaging procedure to be performed with the ultrasound imaging system wherein at least one processor in the tablet display device is responsive to touch actuating gestures to perform at least one of a cardiac imaging procedure, a split screen imaging procedure, and a needle visualization procedure, wherein the cardiac imaging procedure measures an ejection fraction value in response to a first gesture input detected on a touch screen display within the tablet display housing, and wherein the needle visualization procedure images a needle in response to a second gesture input detected on the touch screen display; and

a transducer array in a transducer probe housing that performs a plurality of imaging operations using an ultrasound beamformer processing circuit that communicates with the transducer array, the imaging operations conducted using instructions received from an ultrasound imaging system controller, wherein the graphical user interface is actuated to include an image display area that displays at least one ultrasound image, wherein one or more imaging operations include selecting an imaging depth in response to a further gesture input detected on the touch screen display and generating at least one image of a region of interest at the selected depth based on a result of the one or more imaging operations, the at least one generated image displayable on the image display area of the touch screen display.

8. The system of claim **7**, wherein the transducer array comprises a one dimensional transducer array or a two dimensional array transducer.

9. The system of claim **7**, wherein the beamformer processing circuit is within the transducer probe housing.

10. The system of claim **7** wherein the ultrasound beamformer processing circuit transmits at least partially beamformed image data to a further beamformer processing circuit in the tablet housing.

11. The system of claim **7** further comprising a transducer connector that connects the transducer probe housing to the cart mounted ultrasound system with a cable.

12. The system of claim **7** wherein a tablet display housing has a volume of less than 2500 cubic centimeters and a weight of less than 8 pounds.

US 11,857,363 B2

41

13. The system of claim 7 wherein the beamformer processing circuit is in the tablet display housing.

14. The system of claim 7 wherein the ultrasound imaging system is connectable to a plurality of transducer arrays.

15. The system of claim 7 wherein the touchscreen display is responsive to moving gestures and multipoint gestures.

16. The system of claim 7 wherein the touchscreen display includes a plurality of tool bar icons adjacent the image display area.

17. The system of claim 7 wherein the touchscreen display is configured to display a time/Doppler frequency shift.

18. A portable touchscreen actuated cart mounted ultrasound imaging system, comprising:

a touch screen display tablet device mounted on a cart having a touch screen display with a graphical user interface for selecting an ultrasound imaging procedure to be performed with the cart mounted ultrasound imaging system wherein at least one processor in the tablet display device is responsive to touch actuating gestures to perform at least one of a cardiac imaging procedure, a split screen imaging procedure and a needle visualization procedure, wherein the cardiac imaging procedure measures an ejection fraction value in response to a first gesture input detected on a touch screen display within the tablet display housing, wherein the split screen imaging procedure simultaneously displays a first ultrasound image and a second ultrasound image in an image display area on the touch screen display, and wherein the needle visualization procedure images a needle in response to a second gesture input detected on the touch screen display; and

a plurality of transducer probes connectable to the cart mounted ultrasound system, each transducer probe having at least one transducer array that performs at least one imaging operation using an ultrasound beamformer processing circuit that communicates with the at least one transducer array, the at least one imaging operation conducted using instructions received from

42

an ultrasound imaging system controller, wherein the graphical user interface is touch actuated to include the image display area that displays at least one ultrasound image using one or more touch selected transducer probes, wherein one or more imaging operations include selecting an imaging depth in response to a further gesture input detected on the touch screen display and generating at least one image of a region of interest at the selected depth based on a result of the one or more imaging operations, the at least one generated image displayable on the image display area of the touch screen display.

19. The system of claim 18, wherein each transducer array comprises a one dimensional transducer array or a two dimensional array transducer.

20. The system of claim 18, wherein the beamformer processing circuit is within the transducer probe housing.

21. The system of claim 18 wherein the ultrasound beamformer processing circuit transmits at least partially beamformed image data to a further beamformer processing circuit in the tablet housing.

22. The system of claim 18 further comprising a transducer connector that connects the transducer probe housing to the cart mounted ultrasound imaging system with a cable.

23. The system of claim 18 wherein a tablet display housing has a volume of less than 2500 cubic centimeters and a weight of less than 8 pounds.

24. The system of claim 18 wherein the beamformer processing circuit is in the tablet display housing.

25. The system of claim 18 wherein the touchscreen display is responsive to moving gestures and multipoint gestures.

26. The system of claim 18 wherein the touchscreen display includes a plurality of tool bar icons adjacent the image display area.

27. The system of claim 18 wherein the touchscreen display is configured to display a time/Doppler frequency shift.

*    *    *    *    *

# EXHIBIT E

US009877699B2

| | |
|---|---|
| (12) **United States Patent** | (10) **Patent No.: US 9,877,699 B2** |
| Chiang et al. | (45) **Date of Patent: Jan. 30, 2018** |

(54) **TABLET ULTRASOUND SYSTEM**

(71) Applicant: **Teratech Corporation**, Burlington, MA (US)

(72) Inventors: **Alice M. Chiang**, Weston, MA (US); **William M. Wong**, Milton, MA (US); **Noah Berger**, Sudbury, MA (US)

(73) Assignee: **Teratech Corporation**, Burlington, MA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **14/037,106**

(22) Filed: **Sep. 25, 2013**

(65) **Prior Publication Data**

US 2014/0121524 A1   May 1, 2014

**Related U.S. Application Data**

(63) Continuation-in-part of application No. PCT/US2013/033941, filed on Mar. 26, 2013, which
(Continued)

(51) **Int. Cl.**
*A61B 8/00* (2006.01)
*A61B 8/08* (2006.01)
(Continued)

(52) **U.S. Cl.**
CPC .......... *A61B 8/4427* (2013.01); *A61B 8/0841* (2013.01); *A61B 8/0883* (2013.01);
(Continued)

(58) **Field of Classification Search**
CPC ...... G06F 3/0488; G06F 3/041; G06F 3/0486; G06F 3/04886; G06F 19/3406;
(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,063,030 A | 5/2000 | Vara et al. | |
| 6,106,472 A | 8/2000 | Chiang et al. | |
| | (Continued) | | |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CN | 102525556 A | 7/2012 | |
| CN | 102626324 A | 8/2012 | |
| | (Continued) | | |

OTHER PUBLICATIONS

Butrus, T. Khuri-Yakub, et al., "Capacitive Micromachined Ultrasonic Transducers for Medical Imaging and Therapy; CMUTS for Medical Imaging and Therapy," Journal of Micromechanics and Microengineering, Institute of Physics Publishing, vol. 21, No. 5, Apr. 28, 2013, p. 54004 (XP020190354).
(Continued)

*Primary Examiner* — Sanjay Cattungal
(74) *Attorney, Agent, or Firm* — McCarter & English, LLP

(57) **ABSTRACT**

Exemplary embodiments provide systems and methods for portable medical ultrasound imaging. Preferred embodiments utilize a tablet touchscreen display operative to control imaging and display operations without the need for using traditional keyboards or controls. Certain embodiments provide ultrasound imaging system in which the scan head includes a beamformer circuit that performs far field sub array beamforming or includes a sparse array selecting circuit that actuates selected elements. Exemplary embodiments also provide an ultrasound engine circuit board including one or more multi-chip modules, and a portable medical ultrasound imaging system including an ultrasound engine circuit board with one or more multi-chip modules. Exemplary embodiments also provide methods for using a hierarchical two-stage or three-stage beamforming system,
(Continued)



Cart System 2100
Probe Connector 2118
2102 Touch Screen Display
Tablet 2104
2106 Adjustable Height device
Cart Stand 2108
2122 Base Assembly
2124 Operator Console
2120 Hot Probe Holder
2110 Gel Holder
2112 Keyboard
2114 Storage Bin
2126 Wheels

US 9,877,699 B2

Page 2

three dimensional ultrasound images which can be generated in real-time.

**59 Claims, 56 Drawing Sheets**

### Related U.S. Application Data

is a continuation-in-part of application No. 13/838,694, filed on Mar. 15, 2013.

(60) Provisional application No. 61/615,627, filed on Mar. 26, 2012, provisional application No. 61/704,254, filed on Sep. 21, 2012.

(51) **Int. Cl.**

| | |
|---|---|
| *G01S 7/52* | (2006.01) |
| *G06F 3/0488* | (2013.01) |
| *H01L 25/065* | (2006.01) |
| *G06F 19/00* | (2011.01) |
| *A61B 8/13* | (2006.01) |
| *A61B 8/06* | (2006.01) |
| *G01S 15/89* | (2006.01) |

(52) **U.S. Cl.**

CPC .......... *A61B 8/0891* (2013.01); *A61B 8/4405* (2013.01); *A61B 8/4477* (2013.01); *A61B 8/4483* (2013.01); *A61B 8/461* (2013.01); *A61B 8/462* (2013.01); *A61B 8/463* (2013.01); *A61B 8/465* (2013.01); *A61B 8/467* (2013.01); *A61B 8/468* (2013.01); *A61B 8/469* (2013.01); *A61B 8/5207* (2013.01); *A61B 8/56* (2013.01); *A61B 8/565* (2013.01); *G01S 7/52019* (2013.01); *G01S 7/52023* (2013.01); *G01S 7/52074* (2013.01); *G01S 7/52082* (2013.01); *G01S 7/52084* (2013.01); *G01S 15/8925* (2013.01); *G06F 3/0488* (2013.01); *G06F 3/04883* (2013.01); *G06F 19/321* (2013.01); *G06F 19/3406* (2013.01); *H01L 25/0657* (2013.01); *A61B 8/06* (2013.01); *A61B 8/08* (2013.01); *A61B 8/13* (2013.01); *A61B 8/4444* (2013.01); *A61B 8/54* (2013.01); *G01S 15/8979* (2013.01); *H01L 2224/32145* (2013.01); *H01L 2224/32245* (2013.01); *H01L 2224/48091* (2013.01); *H01L 2224/73265* (2013.01); *H01L 2924/181* (2013.01)

(58) **Field of Classification Search**

CPC . G06F 19/321; G06F 3/04883; A61B 8/4427; A61B 8/565; A61B 8/468; A61B 8/469; A61B 8/465; A61B 8/462; A61B 8/56; A61B 8/463; A61B 8/467; A61B 8/461; A61B 8/5207; A61B 8/0883; A61B 8/0891; A61B 8/4483; A61B 8/4405; A61B 8/4477; A61B 8/08; H01L 25/0657; H01L 2924/181; H01L 2224/32245; H01L 2224/48091; H01L 2224/32145; H01L 2224/73265; G01S 15/8925; G01S 7/52023; G01S 7/5201; G01S 7/52074; G01S 7/52084

USPC ................................................ 600/437–469

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,447,451 B1 | 9/2002 | Wing et al. | |
| 6,468,212 B1 | 10/2002 | Scott et al. | |
| 6,530,887 B1 | 3/2003 | Gilbert et al. | |
| 6,575,908 B2 | 6/2003 | Barnes et al. | |
| 6,669,633 B2 | 12/2003 | Brodsky et al. | |
| 8,435,183 B2 | 5/2013 | Barnes et al. | |
| 9,033,879 B2 | 5/2015 | Urness et al. | |
| 9,072,471 B2 | 7/2015 | Kato et al. | |
| 9,113,825 B2 | 8/2015 | Chaggares et al. | |
| 9,301,730 B2 | 4/2016 | Poland | |
| 9,314,225 B2* | 4/2016 | Steen | A61B 8/5207 |
| 9,504,448 B2 | 11/2016 | Cheng et al. | |
| 2003/0078501 A1 | 4/2003 | Barnes et al. | |
| 2003/0139664 A1* | 7/2003 | Hunt | A61B 8/00 600/407 |
| 2003/0195418 A1 | 10/2003 | Barnes et al. | |
| 2003/0212327 A1 | 11/2003 | Wang et al. | |
| 2004/0015079 A1 | 1/2004 | Berger et al. | |
| 2004/0152982 A1 | 8/2004 | Hwang et al. | |
| 2004/0152986 A1 | 8/2004 | Fidel et al. | |
| 2004/0158154 A1* | 8/2004 | Hanafy | A61B 8/4483 600/446 |
| 2006/0020204 A1 | 1/2006 | Serra et al. | |
| 2006/0020206 A1 | 1/2006 | Serra et al. | |
| 2007/0139873 A1 | 6/2007 | Thomas et al. | |
| 2008/0161686 A1 | 7/2008 | Halmann | |
| 2008/0215982 A1 | 9/2008 | Washburn et al. | |
| 2009/0054781 A1 | 2/2009 | Stonefield et al. | |
| 2009/0177086 A1 | 7/2009 | Steen | |
| 2009/0198132 A1 | 8/2009 | Pelissier et al. | |
| 2009/0275835 A1* | 11/2009 | Hwang | G01S 7/52079 600/443 |
| 2010/0022890 A1 | 1/2010 | Fukukita et al. | |
| 2010/0094132 A1 | 4/2010 | Hansen et al. | |
| 2010/0145195 A1 | 6/2010 | Hyun | |
| 2010/0217123 A1 | 8/2010 | Eran et al. | |
| 2010/0217128 A1 | 8/2010 | Betts | |
| 2010/0305444 A1 | 12/2010 | Fujii et al. | |
| 2011/0050594 A1* | 3/2011 | Kim | G06F 3/04847 345/173 |
| 2011/0125022 A1 | 5/2011 | Lazebnik | |
| 2011/0237948 A1 | 9/2011 | Corn | |
| 2011/0313292 A1 | 12/2011 | Kwak et al. | |
| 2012/0010508 A1 | 1/2012 | Sokulin et al. | |
| 2012/0053463 A1 | 3/2012 | Yoo | |
| 2012/0065513 A1 | 3/2012 | Lee | |
| 2012/0078108 A1 | 3/2012 | Kim et al. | |
| 2012/0089024 A1 | 4/2012 | Hong | |
| 2012/0095342 A1 | 4/2012 | Lee | |
| 2012/0101378 A1 | 4/2012 | Lee | |
| 2012/0108962 A1 | 5/2012 | Yoon | |
| 2012/0108964 A1 | 5/2012 | Lee et al. | |
| 2012/0112605 A1 | 5/2012 | Kim | |
| 2012/0130244 A1 | 5/2012 | Kim | |
| 2012/0133601 A1* | 5/2012 | Marshall | G06F 19/321 345/173 |
| 2012/0136252 A1 | 5/2012 | Cho | |
| 2012/0136254 A1 | 5/2012 | Kim | |
| 2012/0157836 A1 | 6/2012 | Kim | |
| 2012/0157847 A1 | 6/2012 | Kim | |
| 2012/0157848 A1 | 6/2012 | Kim | |
| 2012/0184849 A1 | 7/2012 | Sandstrom et al. | |
| 2012/0190984 A1 | 7/2012 | Kim et al. | |
| 2012/0215108 A1 | 8/2012 | Park et al. | |
| 2012/0220873 A1 | 8/2012 | Hyun | |
| 2012/0232399 A1 | 9/2012 | Lee | |
| 2012/0265027 A1 | 10/2012 | Lee et al. | |
| 2012/0265074 A1 | 10/2012 | Na et al. | |
| 2012/0302883 A1 | 11/2012 | Kong et al. | |
| 2012/0316444 A1 | 12/2012 | Shim et al. | |
| 2013/0018265 A1 | 1/2013 | Kim et al. | |
| 2013/0019193 A1* | 1/2013 | Rhee | G06F 3/0486 715/769 |
| 2013/0072797 A1 | 3/2013 | Lee | |
| 2013/0079627 A1 | 3/2013 | Lee | |
| 2013/0144169 A1 | 6/2013 | Lee et al. | |
| 2013/0144194 A1 | 6/2013 | Ahn et al. | |
| 2013/0184578 A1 | 7/2013 | Lee et al. | |
| 2013/0202169 A1 | 8/2013 | Lee et al. | |
| 2013/0202174 A1 | 8/2013 | Lee | |
| 2013/0218014 A1 | 8/2013 | Shim et al. | |

## US 9,877,699 B2

Page 3

**(56)**      **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2013/0218024 A1* | 8/2013 | Boctor | A61B 34/20 |
| | | | 600/476 |
| 2013/0226001 A1 | 8/2013 | Steen et al. | |
| 2013/0226004 A1 | 8/2013 | Lee | |
| 2013/0237824 A1 | 9/2013 | Kim | |
| 2013/0237828 A1 | 9/2013 | Lee et al. | |
| 2013/0239052 A1 | 9/2013 | Moody et al. | |
| 2013/0245449 A1 | 9/2013 | Barnes et al. | |
| 2013/0253316 A1 | 9/2013 | Choi | |
| 2013/0253323 A1 | 9/2013 | Kim | |
| 2013/0261434 A1 | 10/2013 | Kim et al. | |
| 2013/0261448 A1 | 10/2013 | Hyun et al. | |
| 2013/0261459 A1 | 10/2013 | Na et al. | |
| 2013/0324850 A1 | 12/2013 | Petruzzelli et al. | |
| 2013/0328810 A1* | 12/2013 | Li | G06F 3/043 |
| | | | 345/173 |
| 2013/0331694 A1 | 12/2013 | Barnes et al. | |
| 2014/0009686 A1* | 1/2014 | Segal | H04N 5/2222 |
| | | | 348/722 |
| 2014/0111451 A1* | 4/2014 | Park | G06F 3/0488 |
| | | | 345/173 |
| 2014/0114190 A1 | 4/2014 | Chiang et al. | |
| 2014/0164965 A1* | 6/2014 | Lee | G06F 3/04842 |
| | | | 715/765 |
| 2014/0180111 A1* | 6/2014 | Gopinathan | A61B 8/565 |
| | | | 600/447 |
| 2014/0187946 A1 | 7/2014 | Miller et al. | |
| 2014/0194742 A1 | 7/2014 | Sundaran Baby Sarojam et al. | |
| 2014/0200456 A1* | 7/2014 | Owen | A61B 8/4427 |
| | | | 600/447 |
| 2015/0182197 A1 | 7/2015 | Willems et al. | |
| 2015/0238168 A1 | 8/2015 | Poland | |
| 2016/0135786 A1 | 5/2016 | Mullen et al. | |
| 2016/0174937 A1 | 6/2016 | Bakshi et al. | |
| 2016/0228091 A1 | 8/2016 | Chiang et al. | |
| 2017/0055951 A1 | 3/2017 | Messina et al. | |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 102636787 A | 8/2012 |
| CN | 102872542 A | 1/2013 |
| CN | 102930170 A | 2/2013 |
| CN | 102940507 A | 2/2013 |
| CN | 102988043 A | 3/2013 |
| CN | 103140175 A | 6/2013 |
| CN | 103876781 A | 6/2014 |
| EP | 2422705 A1 | 2/2012 |
| EP | 2425784 A1 | 3/2012 |
| EP | 2453256 A2 | 5/2012 |
| EP | 2455753 A2 | 5/2012 |
| EP | 2468191 A1 | 6/2012 |
| EP | 2575628 A2 | 4/2013 |
| EP | 2599442 A1 | 6/2013 |
| EP | 2605035 A2 | 6/2013 |
| EP | 2637166 A2 | 9/2013 |
| JP | H11-508461 A | 7/1999 |
| JP | 2004-530463 A | 10/2004 |
| JP | 2008-515583 A | 5/2008 |
| JP | 2009-183720 A | 8/2009 |
| JP | 2009-240779 A | 10/2009 |
| JP | 2010-131396 A | 6/2010 |
| JP | 2011-87949 A | 5/2011 |
| JP | 2012101075 A | 5/2012 |
| JP | 2013043082 A | 3/2013 |
| KR | 20120043642 A | 5/2012 |
| KR | 20120047785 A | 5/2012 |
| KR | 20120071319 A | 7/2012 |
| KR | 20120097324 A | 9/2012 |
| KR | 20120117714 A | 10/2012 |
| KR | 20120137206 A | 12/2012 |
| KR | 20120138478 A | 12/2012 |
| KR | 20130011793 A | 1/2013 |
| KR | 20130012501 A | 2/2013 |
| KR | 20130012844 A | 2/2013 |

| | | |
|---|---|---|
| KR | 20130020035 A | 2/2013 |
| KR | 20130020054 A | 2/2013 |
| KR | 20130020371 A | 2/2013 |
| KR | 20130022249 A | 3/2013 |
| KR | 20130026041 A | 3/2013 |
| KR | 20130030663 A | 3/2013 |
| KR | 20130033717 A | 4/2013 |
| KR | 20130036327 A | 4/2013 |
| KR | 101269459 B1 | 5/2013 |
| KR | 20130043702 A | 5/2013 |
| KR | 20130054013 A | 5/2013 |
| KR | 20130056676 A | 5/2013 |
| KR | 101273585 B1 | 6/2013 |
| KR | 20130059307 A | 6/2013 |
| KR | 20130060007 A | 6/2013 |
| KR | 20130066821 A | 6/2013 |
| KR | 20130074398 A | 7/2013 |
| KR | 20130074399 A | 7/2013 |
| KR | 20130075458 A | 7/2013 |
| KR | 20130075465 A | 7/2013 |
| KR | 20130075472 A | 7/2013 |
| KR | 20130075477 A | 7/2013 |
| KR | 20130075481 A | 7/2013 |
| KR | 20130075486 A | 7/2013 |
| KR | 20130076031 A | 7/2013 |
| KR | 20130076042 A | 7/2013 |
| KR | 20130076054 A | 7/2013 |
| KR | 20130076064 A | 7/2013 |
| KR | 20130076071 A | 7/2013 |
| KR | 20130076404 A | 7/2013 |
| KR | 20130076428 A | 7/2013 |
| KR | 20130077118 A | 7/2013 |
| KR | 20130077121 A | 7/2013 |
| KR | 20130077406 A | 7/2013 |
| KR | 20130078935 A | 7/2013 |
| KR | 20130078972 A | 7/2013 |
| KR | 20130080640 A | 7/2013 |
| KR | 20130081067 A | 7/2013 |
| KR | 20130081626 A | 7/2013 |
| KR | 20130081684 A | 7/2013 |
| KR | 20130082267 A | 7/2013 |
| KR | 20130083725 A | 7/2013 |
| KR | 20130084049 A | 7/2013 |
| KR | 20130087291 A | 8/2013 |
| KR | 20130087478 | 8/2013 |
| KR | 20130088478 A | 8/2013 |
| KR | 20130089037 A | 8/2013 |
| KR | 20130090038 A | 8/2013 |
| KR | 20130094671 A | 8/2013 |
| KR | 20130095160 A | 8/2013 |
| KR | 20130095236 A | 8/2013 |
| KR | 20130095505 A | 8/2013 |
| WO | 2002/068992 A2 | 9/2002 |
| WO | 2005/053664 A2 | 6/2005 |
| WO | 2006/040697 A1 | 4/2006 |
| WO | 2008/069021 A1 | 6/2008 |
| WO | 2010/042282 A1 | 4/2010 |
| WO | 2010/051587 A1 | 5/2010 |
| WO | 2012091518 A2 | 7/2012 |
| WO | 2012141550 A2 | 10/2012 |
| WO | 2013095032 A1 | 6/2013 |
| WO | 2013122320 A1 | 8/2013 |
| WO | 2015/114484 A1 | 8/2015 |
| WO | 2016/001865 A1 | 1/2016 |
| WO | 2017/013511 A1 | 1/2017 |

### OTHER PUBLICATIONS

International Search Report and Written Opinion of the International Searching Authority on International application No. PCT/US2013/0333941, dated Oct. 8, 2013.

International Report on Patentability by the International Bureau of WIPO for International Application No. PCT/US2013/033941 dated Oct. 1, 2014. (24 pages).

Invitation to Pay Additional Fees including Communication Relating to the Results of the Partial International Search by the International Searching Authority for International Application No. PCT/US2014/057516 dated Jan. 13, 2015. (6 pages).

**US 9,877,699 B2**

Page 4

(56)                    **References Cited**

OTHER PUBLICATIONS

U.S. Appl. No. 13/838,694, filed Mar. 15, 2013.
U.S. Appl. No. 15/025,058, filed Mar. 25, 2016.
GE Healthcare Venue 40 Basic User Manual, Technical Publications Direction 5265930-100, Rev. 5. 288 pages (2008-2010).
NanoMaxx Ultrasound System—Sonosite—User Guide.

* cited by examiner



FIG. 1

**U.S. Patent**    Jan. 30, 2018    Sheet 2 of 56    US 9,877,699 B2



FIG. 2A

FIG. 2B

U.S. Patent    Jan. 30, 2018    Sheet 3 of 56    US 9,877,699 B2



FIG. 3AA    302    Tap

FIG. 3AB    304    Pinch

FIG. 3AC    306    Flick

FIG. 3AD    308    Rotate

FIG. 3AE    310    Double Tap

FIG. 3AF    312    Spread

FIG. 3AG    314    Flick

FIG. 3AH    316    Rotate

FIG. 3AI    318    Drag

FIG. 3AJ    320    Press

FIG. 3AK    322    Press & Tag

FIG. 3AL    324    Palm



340

342 — Storing on a computer readable medium within a tablet ultrasound device, a touchscreen computer program responsive to a plurality of operations

344 — Selecting a first ultrasound display operation having a first plurality of touch gesture operations associated with the first display operation including a plurality of moving gestures

346 — Adjusting a beamforming operation associated with the first ultrasound display operation in response to at least one touchscreen gesture

348 — Updating a displayed image in response to the updated beamforming parameters selected by the touchscreen gesture

350 — Performing a second touch screen gesture to adjust a second characteristic of the first ultrasound display operation

352 — Displaying an updated first ultrasound display operation in response to the second gesture

FIG. 3B



FIG. 3C

FIG. 3D



FIG. 3E

FIG. 3F



FIG. 3G



FIG. 3H



FIG. 3I



FIG. 3J



FIG. 3K



FIG. 4A



FIG. 4B



FIG. 4C



FIG. 5A



FIG. 5B



FIG. 5C



FIG. 5D



FIG. 6A



FIG. 6B



FIG. 6C



FIG. 6D



FIG. 6E



FIG. 7C

FIG. 7B

FIG. 7A





FIG. 9A

900

902 Transducer management module

904 wait for TRANSDUCER ATTACH event

906 read Transducer Type ID # from the IDENTIFICATION segment

908 load transducer profile from data base on hard drive according to transducer ID #

910 read fine adjustment table from the FACTORY segment

912 modify transducer profile using the adjustment table

914 send TRANSDUCER ATTACH message to MAIN application program

916 wait for acknowledgment from MAIN

918 update attachment history in the USAGE segment

920 wait for TRANSDUCER DETACH event or 5 minutes elapsed time

921 is probe detach event?

Yes

No 922

922 increment CUMULATIVE USAGE COUNTER in the USAGE segment

924 send TRANSDUCER DATTACH message to MAIN application program

926 wait for acknowledgment from MAIN

928 unload transducer profile

FIG. 9B

U.S. Patent     Jan. 30, 2018     Sheet 17 of 56     US 9,877,699 B2



FIG. 9C



FIG. 9D

Case 1:25-cv-01149-MN    Document 1-1    Filed 09/15/25    Page 336 of 394 PageID #: 368



986

Ultrasound reflector disc
964

Ultrasound transducer elements
960

980

978
Ultrasound imaging probe
assembly

Needle Guide
962

Needle
956

966
Needle guide
mounting bracket

Ultrasound transducer array
984

982
Ultrasound imaging probe assembly
for imaging the patient body

FIG. 9E



FIG. 10A

Jan. 30, 2018    Sheet 21 of 56    US 9,877,699 B2



FIG. 10B

U.S. Patent      Jan. 30, 2018      Sheet 22 of 56      US 9,877,699 B2



FIG. 10C



FIG. 11



FIG. 12



FIG. 13



FIG. 14A



FIG. 14B



FIG. 14C



FIG. 15



FIG. 16



FIG. 17



FIG. 18



FIG. 19



FIG. 20



FIG. 21



FIG. 22



FIG. 23



FIG. 24



FIG. 25A

FIG. 25B



2606
Flexible Frequency

2602
2D Image Window

2604
2D Scan Image

FIG. 26

2700
Tablet Display



2702
Flexible Frequency
Controls

2704
2D Image Window

2706
2D Image

2708
Scan Time
Sores Window

FIG. 27



FIG. 28

FIG. 29



FIG. 30



FIG. 31



FIG. 32



FIG. 33



FIG. 34



FIG. 35



FIG. 36



FIG. 37A



FIG. 37B



FIG. 37C

U.S. Patent     Jan. 30, 2018     Sheet 50 of 56     US 9,877,699 B2



FIG. 38



FIG. 39A



FIG. 39B



FIG. 39C



FIG. 40



FIG. 41

**U.S. Patent**   Jan. 30, 2018   Sheet 54 of 56   US 9,877,699 B2



FIG. 42



FIG. 43A

FIG. 43B



FIG. 44A



FIG. 44B

US 9,877,699 B2

# 1

## TABLET ULTRASOUND SYSTEM

### CROSS REFERENCE TO RELATED APPLICATIONS

This application is a continuation-in-part of PCT Application PCT/US2013/033941 filed Mar. 26, 2013, and of U.S. application Ser. No. 13/838,694 filed Mar. 15, 2013, and claims priority to U.S. Provisional Application No. 61/615,627, filed Mar. 26, 2012 and U.S. Provisional Application No. 61/704,254, filed Sep. 21, 2012, these applications being incorporated herein by reference in their entirety.

### BACKGROUND OF THE INVENTION

Medical ultrasound imaging has become an industry standard for many medical imaging applications. In recent years, there has been an increasing need for medical ultrasound imaging equipment that is portable to allow medical personnel to easily transport the equipment to and from hospital and/or field locations, and more user-friendly to accommodate medical personnel who may possess a range of skill levels.

Conventional medical ultrasound imaging equipment typically includes at least one ultrasound probe/transducer, a keyboard and/or a knob, a computer, and a display. In a typical mode of operation, the ultrasound probe/transducer generates ultrasound waves that can penetrate tissue to different depths based on frequency level, and receives ultrasound waves reflected back from the tissue. Further, medical personnel can enter system inputs to the computer via the keyboard and/or the knob, and view ultrasound images of tissue structures on the display.

However, conventional medical ultrasound imaging equipment that employ such keyboards and/or knobs can be bulky, and therefore may not be amenable to portable use in hospital and/or field locations. Moreover, because such keyboards and/or knobs typically have uneven surfaces, they can be difficult to keep clean in hospital and/or field environments, where maintenance of a sterile field can be crucial to patient health. Some conventional medical ultrasound imaging equipment have incorporated touch screen technology to provide a partial user input interface. However, conventional medical ultrasound imaging equipment that employ such touch screen technology generally provide only limited touch screen functionality in conjunction with a traditional keyboard and/or knob, and can therefore not only be difficult to keep clean, but also complicated to use.

### SUMMARY OF THE INVENTION

In accordance with the present application, systems and methods of medical ultrasound imaging are disclosed. The presently disclosed systems and methods of medical ultrasound imaging employ medical ultrasound imaging equipment that includes a handheld housing in a tablet form factor, and a touch screen display disposed on a front panel of the housing. The touch screen display includes a multi-touch touchscreen that can recognize and distinguish one or more single, multiple, and/or simultaneous touches on a surface of the touch screen display, thereby allowing the use of gestures, ranging from simple single point gestures to complex multipoint moving gestures, as user inputs to the medical ultrasound imaging equipment.

In accordance with one aspect, exemplary medical ultrasound imaging system includes a housing having a front panel and a rear panel rigidly mounted to each other in

# 2

parallel planes, a touch screen display, a computer having at least one processor and at least one memory, an ultrasound beamforming system, and a battery. The housing of the medical ultrasound imaging equipment is implemented in a tablet form factor. The touch screen display is disposed on the front panel of the housing, and includes a multi-touch LCD touch screen that can recognize and distinguish one or more single, multiple, and/or simultaneous touches or gestures on a surface of the touch screen display. The computer, the ultrasound beamforming system or engine, and the battery are operatively disposed within the housing. The medical ultrasound imaging equipment can use a Firewire connection operatively connected between the computer and the ultrasound engine within the housing and a probe connector having a probe attach/detach lever to facilitate the connection of at least one ultrasound probe/transducer. In addition, the exemplary medical ultrasound imaging system includes an I/O port connector and a DC power input.

In an exemplary mode of operation, medical personnel can employ simple single point gestures and/or more complex multipoint gestures as user inputs to the multi-touch LCD touch screen for controlling operational modes and/or functions of the exemplary medical ultrasound imaging equipment. Such single point/multipoint gestures can correspond to single and/or multipoint touch events that are mapped to one or more predetermined operations that can be performed by the computer and/or the ultrasound engine. Medical personnel can make such single point/multipoint gestures by various finger, palm, and/or stylus motions on the surface of the touch screen display. The multi-touch LCD touch screen receives the single point/multipoint gestures as user inputs, and provides the user inputs to the computer, which executes, using the processor, program instructions stored in the memory to carry out the predetermined operations associated with the single point/multipoint gestures, at least at some times, in conjunction with the ultrasound engine. Such single point/multipoint gestures on the surface of the touch screen display can include, but are not limited to, a tap gesture, a pinch gesture, a flick gesture, a rotate gesture, a double tap gesture, a spread gesture, a drag gesture, a press gesture, a press and drag gesture, and a palm gesture. In contrast to existing ultrasound systems that rely on numerous control features operated by mechanical switching, keyboard elements, or touchpad trackball interface, preferred embodiments of the present invention employ a single on/off switch. All other operations have been implemented using touchscreen controls. Moreover, the preferred embodiments employ a capacitive touchscreen display that is sufficiently sensitive to detect touch gestures actuated by bare fingers of the user as well as gloved fingers of the user. Often medical personnel must wear sterilized plastic gloves during medical procedures. Consequently, it is highly desirable to provide a portable ultrasound device that can be used by gloved hands; however, this has previously prevented the use of touchscreen display control functions in ultrasound systems for many applications requiring sterile precautions. Preferred embodiments of the present invention provide control of all ultrasound imaging operations by gloved personnel on the touchscreen display using the programmed touch gestures.

In accordance with an exemplary aspect, at least one flick gesture may be employed to control the depth of tissue penetration of ultrasound waves generated by the ultrasound probe/transducer. For example, a single flick gesture in the "up" direction on the touch screen display surface can increase the penetration depth by one (1) centimeter or any other suitable amount, and a single flick gesture in the

US 9,877,699 B2

3

"down" direction on the touch screen display surface can decrease the penetration depth by one (1) centimeter or any other suitable amount. Further, a drag gesture in the "up" or "down" direction on the touch screen display surface can increase or decrease the penetration depth in multiples of one (1) centimeter or any other suitable amount. Additional operational modes and/or functions controlled by specific single point/multipoint gestures on the touch screen display surface can include, but are not limited to, freeze/store operations, 2-dimensional mode operations, gain control, color control, split screen control, PW imaging control, cine/time-series image clip scrolling control, zoom and pan control, full screen control, Doppler and 2-dimensional beam steering control, and/or body marking control. At least some of the operational modes and/or functions of the exemplary medical ultrasound imaging equipment can be controlled by one or more touch controls implemented on the touch screen display in which beamforming parameters can be reset by moving touch gestures. Medical personnel can provide one or more specific single point/multipoint gestures as user inputs for specifying at least one selected subset of the touch controls to be implemented, as required and/or desired, on the touch screen display. A larger number of touchscreen controls enable greater functionality when operating in full screen mode when a few or more virtual buttons or icons are available for use.

In accordance with another exemplary aspect, a press gesture can be employed inside a region of the touch screen display, and, in response to the press gesture, a virtual window can be provided on the touch screen display for displaying at least a magnified portion of an ultrasound image displayed on the touch screen display. In accordance with still another exemplary aspect, a press and drag gesture can be employed inside the region of the touch screen display, and, in response to the press and drag gesture, a predetermined feature of the ultrasound image can be traced. Further, a tap gesture can be employed inside the region of the touch screen display, substantially simultaneously with a portion of the press and drag gesture, and, in response to the tap gesture, the tracing of the predetermined feature of the ultrasound image can be completed. These operations can operate in different regions of a single display format, so that a moving gesture within a region of interest within the image, for example, may perform a different function than the same gesture executed within the image but outside the region of interest.

By providing medical ultrasound imaging equipment with a multi-touch touchscreen, medical personnel can control the equipment using simple single point gestures and/or more complex multipoint gestures, without the need of a traditional keyboard or knob. Because the multi-touch touch screen obviates the need for a traditional keyboard or knob, such medical ultrasound imaging equipment is easier to keep clean in hospital and/or field environments, provides an intuitive user friendly interface, while providing fully functional operations. Moreover, by providing such medical ultrasound imaging equipment in a tablet form factor, medical personnel can easily transport the equipment between hospital and/or field locations.

Certain exemplary embodiments provide a multi-chip module for an ultrasound engine of a portable medical ultrasound imaging system, in which a transmit/receive (TR) chip, a pre-amp/time gain compensation (TGC) chip and a beamformer chip are assembled in a vertically stacked configuration. The transmission circuit provides high voltage electrical driving pulses to the transducer elements to generate a transmit beam. As the transmit chip operates at

4

voltages greater than 80V, a CMOS process utilizing a 1 micron design rule has been utilized for the transmit chip and a submicron design rule has been utilized for the low-voltage receiving circuits (less than 5V).

Preferred embodiments of the present invention utilize a submicron process to provide integrated circuits with sub-circuits operating at a plurality of voltages, for example, 2.5V, 5V and 60V or higher. These features can be used in conjunction with a bi-plane transducer probe in accordance with certain preferred embodiments of the invention.

Thus, a single IC chip can be utilized that incorporates high voltage transmission, low voltage amplifier/TGC and low voltage beamforming circuits in a single chip. Using a 0.25 micron design rule, this mixed signal circuit can accommodate beamforming of 32 transducer channels in a chip area less than $0.7 \times 0.7$ (0.49) cm$^2$. Thus, 128 channels can be processed using four 32 channel chips in a total circuit board area of less than $1.5 \times 1.5$ (2.25) cm$^2$.

The term "multi-chip module," as used herein, refers to an electronic package in which multiple integrated circuits (IC) are packaged with a unifying substrate, facilitating their use as a single component, i.e., as a higher processing capacity IC packaged in a much smaller volume. Each IC can comprise a circuit fabricated in a thinned semiconductor wafer. Exemplary embodiments also provide an ultrasound engine including one or more such multi-chip modules, and a portable medical ultrasound imaging system including an ultrasound engine circuit board with one or more multi-chip modules. Exemplary embodiments also provide methods for fabricating and assembling multi-chip modules as taught herein. Vertically stacking the TR chip, the pre-amp/TGC chip, and the beamformer chip on a circuit board minimizes the packaging size (e.g., the length and width) and the footprint occupied by the chips on the circuit board.

The TR chip, the pre-amp/TGC chip, and the beamformer chip in a multi-chip module may each include multiple channels (for example, 8 channels per chip to 64 channels per chip). In certain embodiments, the high-voltage TR chip, the pre-amp/TGC chip, and the sample-interpolate receive beamformer chip may each include 8, 16, 32, 64 channels. In a preferred embodiment, each circuit in a two layer beamformer module has 32 beamformer receive channels to provide a 64 channel receiving beamformer. A second 64 channel two layer module can be used to form a 128 channel handheld tablet ultrasound device having an overall thickness of less than 2 cm. A transmit multi-chip beamformer can also be used having the same or similar channel density in each layer.

Exemplary numbers of chips vertically integrated in a multi-chip module may include, but are not limited to, two, three, four, five, six, seven, eight, and the like. In one embodiment of an ultrasound device, a single multi-chip module is provided on a circuit board of an ultrasound engine that performs ultrasound-specific operations. In other embodiments, a plurality of multi-chip modules are provided on a circuit board of an ultrasound engine. The plurality of multi-chip modules may be stacked vertically on top of one another on the circuit board of the ultrasound engine to further minimize the packaging size and the footprint of the circuit board.

Providing one or more multi-chip modules on a circuit board of an ultrasound engine achieves a high channel count while minimizing the overall packaging size and footprint. For example, a 128-channel ultrasound engine circuit board can be assembled, using multi-chip modules, within exemplary planar dimensions of about 10 cm× about 10 cm, which is a significant improvement over the much larger

US 9,877,699 B2

5

space requirements of conventional ultrasound circuits. A single circuit board of an ultrasound engine including one or more multi-chip modules may have 16 to 128 channels in some embodiments. In certain embodiments, a single circuit board of an ultrasound engine including one or more multi-chip modules may have 16, 32, 64, 128 or 192 channels, and the like.

BRIEF DESCRIPTION OF THE DRAWINGS

The foregoing and other objects, aspects, features, and advantages of exemplary embodiments will become more apparent and may be better understood by referring to the following description taken in conjunction with the accompanying drawings, in which:

FIG. 1 is a plan view of exemplary medical ultrasound imaging equipment, in accordance with an exemplary embodiment of the present application;

FIGS. 2A and 2B are side views of the medical ultrasound imaging system in accordance with preferred embodiments of the invention;

FIG. 3AA-3AL illustrates exemplary single point and multipoint gestures that can be employed as user inputs to the medical ultrasound imaging system in accordance with preferred embodiments of the invention;

FIG. 3B illustrates a process flow diagram for operating a tablet ultrasound system in accordance with preferred embodiments of the invention;

FIG. 3C-3K illustrates details of touchscreen gestures to adjust beamforming and display operation;

FIGS. 4A-4C illustrates exemplary subsets of touch controls that can be implemented on the medical ultrasound imaging system in accordance with preferred embodiments of the invention;

FIGS. 5A and 5B are exemplary representations of a liver with a cystic lesion on a touch screen display of the medical ultrasound imaging system in accordance with preferred embodiments of the invention;

FIGS. 5C and 5D are exemplary representations of the liver and cystic lesion on the touch screen display of FIGS. 5A and 5B, including a virtual window that corresponds to a magnified portion of the liver;

FIG. 6A is an exemplary representation of an apical four (4) chamber view of a heart on the touch screen display of the medical ultrasound imaging system;

FIGS. 6B-6E illustrates an exemplary manual tracing of an endocardial border of a left ventricle of the heart on the touch screen display of FIG. 6A;

FIGS. 7A-7C illustrates an exemplary measurement of the size of the cystic lesion on the liver within the virtual window of FIGS. 5C and 5D;

FIGS. 8A-8C illustrates an exemplary caliper measurement of the cystic lesion on the liver within the virtual window of FIGS. 5C and 5D;

FIG. 9A illustrates one of a plurality of transducer arrays attached to the processor housing;

FIG. 9B shows a transducer attach sequence in accordance with exemplary embodiments;

FIG. 9C shows a perspective view of a needle sensing positioning system with exemplary embodiments;

FIG. 9D shows a perspective view of a needle guide with exemplary embodiments;

FIG. 9E shows a perspective view of a needle sensing positioning system with exemplary embodiments;

FIG. 10A shows a method of measuring heart wall motion;

6

FIG. 10B shows a schematic block diagram for an integrated ultrasound probe with exemplary embodiments;

FIG. 10C shows a schematic block diagram for an integrated ultrasound probe with exemplary embodiments;

FIG. 11 is a detailed schematic block diagram of an exemplary embodiment of an ultrasound engine (i.e., the front-end ultrasound specific circuitry) and an exemplary embodiment of a computer motherboard (i.e., the host computer) of the exemplary ultrasound device;

FIG. 12 depicts a schematic side view of a circuit board including a multi-chip module assembled in a vertically stacked configuration;

FIG. 13 is a flowchart of an exemplary method for fabricating a circuit board including a multi-chip module assembled in a vertically stacked configuration;

FIG. 14A is a schematic side view of a multi-chip module including four vertically stacked dies in which the dies are spacedly separated from one another by passive silicon layers with a 2-in-1 dicing die attach film (D-DAF);

FIG. 14B is a schematic side view of a multi-chip module including four vertically stacked dies in which the dies are spacedly separated from one another by DA film-based adhesives acting as die-to-die spacers;

FIG. 14C is a schematic side view of a multi-chip module including four vertically stacked dies in which the dies are spacedly separated from one another by DA paste or film-based adhesives acting as die-to-die spacers;

FIG. 15 is a flowchart of another exemplary method of die-to-die stacking using (a) passive silicon layers with a 2-in-1 dicing die attach film (D-DAF), (b) DA paste, (c) thick DA-film, and (d) film-over wire (FOW) including a 2-in-1 D-DAF;

FIG. 16 is a schematic side view of a multi-chip module including an ultrasound transmit/receive IC chip, an amplifier IC chip and an ultrasound beamformer IC chip vertically integrated in a vertically stacked configuration;

FIG. 17 is a detailed schematic block diagram of an exemplary embodiment of an ultrasound engine (i.e., the front-end ultrasound specific circuitry) and an exemplary embodiment of a computer motherboard (i.e., the host computer) provided as a single board complete ultrasound system;

FIG. 18 is a perspective view of an exemplary portable ultrasound system provided in accordance with exemplary embodiments;

FIG. 19 illustrates an exemplary view of a main graphical user interface (GUI) rendered on a touch screen display of the exemplary portable ultrasound system of FIG. 18;

FIG. 20 is a top view of the medical ultrasound imaging system in accordance with another preferred embodiment of the invention;

FIG. 21 illustrates a preferred cart system for a tablet ultrasound system in accordance with preferred embodiment 9 of the invention;

FIG. 22 illustrates preferred cart system for a modular ultrasound imaging system in accordance with preferred embodiments of the invention;

FIG. 23 illustrates preferred cart system for a modular ultrasound imaging system in accordance with preferred embodiments of the invention;

FIG. 24 illustrates preferred cart system for a modular ultrasound imaging system in accordance with preferred embodiments of the invention;

FIGS. 25A-25B illustrate a multifunction docking base for tablet ultrasound device;

US 9,877,699 B2

7
8

FIG. 26 illustrates a 2D imaging mode of operation with a modular ultrasound imaging system in accordance with the invention;

FIG. 27 illustrates a motion mode of operation with a modular ultrasound imaging system in accordance with the invention;

FIG. 28 illustrates a color Doppler mode of operation with a modular ultrasound imaging system in accordance with the invention;

FIG. 29 illustrates a pulsed-wave Doppler mode of operation with a modular ultrasound imaging system in accordance with the invention;

FIG. 30 illustrates a Triplex scan mode of operation with a modular ultrasound imaging system in accordance with the invention;

FIG. 31 illustrates a GUI Home Screen interface for a user mode of operation with a modular ultrasound imaging system in accordance with the invention;

FIG. 32 illustrates a GUI Menu Screen Interface for a user mode of operation with a modular ultrasound imaging system in accordance with the invention;

FIG. 33 illustrates a GUI Patient Data Screen Interface for a user mode of operation with a modular ultrasound imaging system in accordance with the invention;

FIG. 34 illustrates a GUI Pre-sets Screen Interface for a user mode of operation with a modular ultrasound imaging system in accordance with the invention;

FIG. 35 illustrates a GUI Review Screen Interface for a user mode of operation with a modular ultrasound imaging system in accordance with the invention;

FIG. 36 illustrates a GUI Report Screen Interface for a user mode of operation with a modular ultrasound imaging system in accordance with the invention;

FIGS. 37A-37C illustrates a GUI Setup Display Screen Interface for a user mode of operation with a modular ultrasound imaging system in accordance with the invention;

FIG. 38 illustrates a GUI Setup Store/Acquire Screen Interface for a user mode of operation with a modular ultrasound imaging system in accordance with the invention;

FIGS. 39A-39C illustrate XY bi-plane probe comprising a two one-dimensional, ID multi-element arrays in accordance with a preferred embodiment of the invention;

FIG. 40 illustrates the operation of a bi-plane image forming xy-probe;

FIG. 41 illustrates the operation of a bi-plane image forming xy-probe;

FIG. 42 illustrates a high voltage driver circuit for a bi-plane image forming xy-probe;

FIGS. 43A-43B illustrate simultaneous bi-plane evaluation of left ventricular condition; and

FIGS. 44A-44B illustrate ejection fraction probe measurement techniques in accordance with preferred embodiments of the invention;

DETAILED DESCRIPTION

Systems and methods of medical ultrasound imaging are disclosed. The presently disclosed systems and methods of medical ultrasound imaging employ medical ultrasound imaging equipment that includes housing in a tablet form factor, and a touch screen display disposed on a front panel of the housing. The touch screen display includes a multi-touch touch screen that can recognize and distinguish one or more single, multiple, and/or simultaneous touches on a surface of the touch screen display, thereby allowing the use of gestures, ranging from simple single point gestures to complex multipoint gestures, as user inputs to the medical ultrasound imaging equipment. Further details regarding tablet ultrasound systems and operations are described in U.S. application Ser. No. 10/997,062 filed on Nov. 11, 2004, Ser. No. 10/386,360 filed Mar. 11, 2003 and U.S. Pat. No. 6,969,352, the entire contents of these patents and applications are incorporated herein by reference.

FIG. 1 depicts an illustrative embodiment of exemplary medical ultrasound imaging equipment 100, in accordance with the present application. As shown in FIG. 1, the medical ultrasound imaging equipment 100 includes a housing 102, a touch screen display 104, a computer having at least one processor and at least one memory implemented on a computer motherboard 106, an ultrasound engine 108, and a battery 110. For example, the housing 102 can be implemented in a tablet form factor, or any other suitable form factor. The housing 102 has a front panel 101 and a rear panel 103. The touch screen display 104 is disposed on the front panel 101 of the housing 102, and includes a multi-touch LCD touch screen that can recognize and distinguish one or more multiple and/or simultaneous touches on a surface 105 of the touch screen display 104. The computer motherboard 106, the ultrasound engine 108, and the battery 110 are operatively disposed within the housing 102. The medical ultrasound imaging equipment 100 further includes a Firewire connection 112 (see also FIG. 2A) operatively connected between the computer motherboard 106 and the ultrasound engine 108 within the housing 102, and a probe connector 114 having a probe attach/detach lever 115 (see also FIGS. 2A and 2B) to facilitate the connection of at least one ultrasound probe/transducer. The transducer probe housing can include circuit components including a transducer array, transmit and receive circuitry, as well as beamformer and beamformer control circuits in certain preferred embodiments. In addition, the medical ultrasound imaging equipment 100 has one or more I/O port connectors 116 (see FIG. 2A), which can include, but are not limited to, one or more USB connectors, one or more SD cards, one or more network ports, one or more mini display ports, and a DC power input.

In an exemplary mode of operation, medical personnel (also referred to herein as the "user" or "users") can employ simple single point gestures and/or more complex multipoint gestures as user inputs to the multi-touch LCD touch screen of the touch screen display 104 for controlling one or more operational modes and/or functions of the medical ultrasound imaging equipment 100. Such a gesture is defined herein as a movement, a stroke, or a position of at least one finger, a stylus, and/or a palm on the surface 105 of the touch screen display 104. For example, such single point/multipoint gestures can include static or dynamic gestures, continuous or segmented gestures, and/or any other suitable gestures. A single point gesture is defined herein as a gesture that can be performed with a single touch contact point on the touch screen display 104 by a single finger, a stylus, or a palm. A multipoint gesture is defined herein as a gesture that can be performed with multiple touch contact points on the touch screen display 104 by multiple fingers, or any suitable combination of at least one finger, a stylus, and a palm. A static gesture is defined herein as a gesture that does not involve the movement of at least one finger, a stylus, or a palm on the surface 105 of the touch screen display 104. A dynamic gesture is defined herein as a gesture that involves the movement of at least one finger, a stylus, or a palm, such as the movement caused by dragging one or more fingers across the surface 105 of the touch screen display 104. A continuous gesture is defined herein as a gesture that can be performed in a single movement or stroke

US 9,877,699 B2

9

of at least one finger, a stylus, or a palm on the surface **105** of the touch screen display **104**. A segmented gesture is defined herein as a gesture that can be performed in multiple movements or stokes of at least one finger, a stylus, or a palm on the surface **105** of the touch screen display **104**.

Such single point/multipoint gestures performed on the surface **105** of the touch screen display **104** can correspond to single or multipoint touch events, which are mapped to one or more predetermined operations that can be performed by the computer and/or the ultrasound engine **108**. Users can make such single point/multipoint gestures by various single finger, multi-finger, stylus, and/or palm motions on the surface **105** of the touch screen display **104**. The multi-touch LCD touch screen receives the single point/multipoint gestures as user inputs, and provides the user inputs to the processor, which executes program instructions stored in the memory to carry out the predetermined operations associated with the single point/multipoint gestures, at least at some times, in conjunction with the ultrasound engine **108**. As shown in FIG. **3AA-3AL**, such single point/multipoint gestures on the surface **105** of the touch screen display **104** can include, but are not limited to, a tap gesture **302**, a pinch gesture **304**, a flick gesture **306**, **314**, a rotate gesture **308**, **316**, a double tap gesture **310**, a spread gesture **312**, a drag gesture **318**, a press gesture **320**, a press and drag gesture **322**, and/or a palm gesture **324**. For example, such single point/multipoint gestures can be stored in at least one gesture library in the memory implemented on the computer motherboard **106**. The computer program operative to control system operations can be stored on a computer readable medium and can optionally be implemented using a touch processor connected to an image processor and a control processor connected to the system beamformer. Thus beamformer delays associated with both transmission and reception can be adjusted in response to both static and moving touch gestures.

In accordance with the illustrative embodiment of FIG. **1**, at least one flick gesture **306** or **314** may be employed by a user of the medical ultrasound imaging equipment **100** to control the depth of tissue penetration of ultrasound waves generated by the ultrasound probe/transducer. For example, a dynamic, continuous, flick gesture **306** or **314** in the "up" direction, or any other suitable direction, on the surface **105** of the touch screen display **104** can increase the penetration depth by one (1) centimeter, or any other suitable amount. Further, a dynamic, continuous, flick gesture **306** or **314** in the "down" direction, or any other suitable direction, on the surface **105** of the touch screen display **104** can decrease the penetration depth by one (1) centimeter, or any other suitable amount. Moreover, a dynamic, continuous, drag gesture **318** in the "up" or "down" direction, or any other suitable direction, on the surface **105** of the touch screen display **104** can increase or decrease the penetration depth in multiple centimeters, or any other suitable amounts.

Additional operational modes and/or functions controlled by specific single point/multipoint gestures on the surface **105** of the touch screen display **104** can include, but are not limited to, freeze/store operations, 2-dimensional mode operations, gain control, color control, split screen control, PW imaging control, cine/time-series image clip scrolling control, zoom and pan control, full screen display, Doppler and 2-dimensional beam steering control, and/or body marking control. At least some of the operational modes and/or functions of the medical ultrasound imaging equipment **100** can be controlled by one or more touch controls implemented on the touch screen display **104**. Further, users can provide one or more specific single point/multipoint gestures

10

as user inputs for specifying at least one selected subset of the touch controls to be implemented, as required and/or desired, on the touch screen display **104**.

Shown in FIG. **3B** is a process sequence in which ultrasound beamforming and imaging operations **340** are controlled in response to touch gestures entered on a touchscreen. Various static and moving touch gestures have been programmed into the system such that the data processor operable to control beamforming and image processing operations **342** within the tablet device. A user can select **344** a first display operation having a first plurality of touch gestures associated therewith. Using a static or moving gesture the user can perform one of the plurality of gestures operable to control the imaging operation and can specifically select one of a plurality of gestures that can adjust beamforming parameters **346** being used to generate image data associated with the first display operation. The displayed image is updated and displayed **348** response to the updated beamforming procedure. The user can further elect to perform a different gesture having a different velocity characteristic (direction or speed or both) to adjust **350** a second characteristic of the first ultrasound display operation. The displayed image is then updated **352** based on the second gesture, which can modify imaging processing parameters or beamforming parameters. Examples of this process are described in further detail herein where changes in velocity and direction of different gestures can be associated with distinct imaging parameters of a selected display operation.

Ultrasound images of flow or tissue movement, whether color flow or spectral Doppler, are essentially obtained from measurements of movement. In ultrasound scanners, a series of pulses is transmitted to detect movement of blood. Echoes from stationary targets are the same from pulse to pulse. Echoes from moving scatterers exhibit slight differences in the time for the signal to be returned to the scanner.

As can be seen from FIG. **3C-3H**, there has to be motion in the direction of the beam; if the flow is perpendicular to the beam, there is no relative motion from pulse to pulse receive, there is no flow detected. These differences can be measured as a direct time difference or, more usually, in terms of a phase shift from which the 'Doppler frequency' is obtained. They are then processed to produce either a color flow display or a Doppler sonogram. In FIG. **3C-3D**, the flow direction is perpendicular to the beam direction, no flow is measured by Pulse Wave spectral Doppler. In FIG. **3G-3H** when the ultrasound beam is steered to an angle that is better aligned to the flow, a weak flow is shown in the color flow map, and in addition flow is measured by Pulse Wave Doppler. In FIG. **3H**, when the ultrasound beam is steered to an angle much better aligned to the flow direction in response to a moving, the color flow map is stronger, in addition when the correction angle of the PWD is placed aligned to the flow, a strong flow is measured by the PWD.

In this tablet ultrasound system, an ROI, region of interest, is also used to define the direction in response to a moving gesture of the ultrasound transmit beam. A liver image with a branch of renal flow in color flow mode is shown in FIG. **3I** since the ROI is straight down from the transducer, the flow direction is almost normal to the ultrasound beam, so very week renal flow is detected. Hence, the color flow mode is used to image a renal flow in liver. As can be seen, the beam is almost normal to the flow and very weak flow is detected. A flick gesture with the finger outside of the ROI is used to steer the beam. As can be seen in FIG. **3J**, the ROI is steered by resetting beamforming parameters so that the beam direction is more aligned to the flow

US 9,877,699 B2

11

direction, a much stronger flow within the ROI is detected. In FIG. **3**J, a flick gesture with the finger outside of the ROI is used to steer the ultrasound beam into the direction more aligned to the flow direction. Stronger flow within the ROI can be seen. A panning gesture with the finger inside the ROI will move the ROI box into a position that covers the entire renal region, i.e., panning allows a translation movement of the ROI box such that the box covers the entire target area.

FIG. **3**K demonstrates a panning gesture. With the finger inside the ROI, it can move the ROI box to any place within the image plane. In the above embodiment, it is easy to differentiate a "flick" gesture with a finger outside an "ROI" box is intended for steering a beam, and a "drag-and-move, panning" gesture with a finger inside the "ROI" is intended for moving the ROI box. However, there are applications in which no ROI as a reference region, then it is easy to see that it is difficult to differentiate a "flick" or a "panning" gesture, in this case, the touch-screen program needs to track the initial velocity or acceleration of the finger to determine it is a "flick" gesture or a "drag-and-move" gesture. Thus, the touch engine that receives data from the touchscreen sensor device is programmed to discriminate between velocity thresholds that indicate different gestures. Thus, the time, speed and direction associated with different moving gestures can have preset thresholds. Two and three finger static and moving gestures can have separate thresholds to differentiate these control operations. Note that preset displayed icons or virtual buttons can have distinct static pressure or time duration thresholds. When operated in full screen mode, the touchscreen processor, which is preferably operating on the systems central processing unit that performs other imaging operations such as scan conversion, switches off the static icons.

FIGS. **4**A-**4**C depict exemplary subsets **402**, **404**, **406** of touch controls that can be implemented by users of the medical ultrasound imaging equipment **100** on the touch screen display **104**. It is noted that any other suitable subset(s) of touch controls can be implemented, as required and/or desired, on the touch screen display **104**. As shown in FIG. **4**A, the subset **402** includes a touch control **408** for performing 2-dimensional (2D) mode operations, a touch control **410** for performing gain control operations, a touch control **412** for performing color control operations, and a touch control **414** for performing image/clip freeze/store operations. For example, a user can employ the press gesture **320** to actuate the touch control **408**, returning the medical ultrasound imaging equipment **100** to 2D mode. Further, the user can employ the press gesture **320** against one side of the touch control **410** to decrease a gain level, and employ the press gesture **320** against another side of the touch control **410** to increase the gain level. Moreover, the user can employ the drag gesture **318** on the touch control **412** to identify ranges of densities on a 2D image, using a predetermined color code. In addition, the user can employ the press gesture **320** to actuate the touch control **414** to freeze/ store a still image or to acquire a cine image clip.

As shown in FIG. **4**B, the subset **404** includes a touch control **416** for performing split screen control operations, a touch control **418** for performing PW imaging control operations, a touch control **420** for performing Doppler and 2-dimensional beam steering control operations, and a touch control **422** for performing annotation operations. For example, a user can employ the press gesture **320** against the touch control **416**, allowing the user to toggle between opposing sides of the split touch screen display **104** by alternately employing the tap gesture **302** on each side of the split screen. Further, the user can employ the press gesture

12

**320** to actuate the touch control **418** and enter the PW mode, which allows (1) user control of the angle correction, (2) movement (e.g., "up" or "down") of a baseline that can be displayed on the touch screen display **104** by employing the press and drag gesture **322**, and/or (3) an increase or a decrease of scale by employing the tap gesture **302** on a scale bar that can be displayed on the touch screen display **104**. Moreover, the user can employ the press gesture **320** against one side of the touch control **420** to perform 2D beam steering to the "left" or any other suitable direction in increments of five (5) or any other suitable increment, and employ the press gesture **320** against another side of the touch control **420** to perform 2D beam steering to the "right" or any other suitable direction in increments of five (5) or any other suitable increment. In addition, the user can employ the tap gesture **302** on the touch control **422**, allowing the user to enter annotation information via a pop-up keyboard that can be displayed on the touch screen display **104**.

As shown in FIG. **4**C, the subset **406** includes a touch control **424** for performing dynamic range operations, a touch control **426** for performing Teravision™ software operations, a touch control **428** for performing map operations, and a touch control **430** for performing needle guide operations. For example, a user can employ the press gesture **320** and/or the press and drag gesture **322** against the touch control **424** to control or set the dynamic range. Further, the user can employ the tap gesture **302** on the touch control **426** to choose a desired level of the Teravision™ software to be executed from the memory by the processor on the computer motherboard **106**. Moreover, the user can employ the tap gesture **302** on the touch control **428** to perform a desired map operation. In addition, the user can employ the press gesture **320** against the touch control **430** to perform a desired needle guide operation.

In accordance with the present application, various measurements and/or tracings of objects (such as organs, tissues, etc.) displayed as ultrasound images on the touch screen display **104** of the medical ultrasound imaging equipment **100** (see FIG. **1**) can be performed, using single point/ multipoint gestures on the surface **105** of the touch screen display **104**. The user can perform such measurements and/or tracings of objects directly on an original ultrasound image of the displayed object, on a magnified version of the ultrasound image of the displayed object, and/or on a magnified portion of the ultrasound image within a virtual window **506** (see FIGS. **5**C and **5**D) on the touch screen display **104**.

FIGS. **5**A and **5**B depict an original ultrasound image of an exemplary object, namely, a liver **502** with a cystic lesion **504**, displayed on the touch screen display **104** of the medical ultrasound imaging equipment **100** (see FIG. **1**). It is noted that such an ultrasound image can be generated by the medical ultrasound imaging equipment **100** in response to penetration of the liver tissue by ultrasound waves generated by an ultrasound probe/transducer operatively connected to the equipment **100**. Measurements and/or tracings of the liver **502** with the cystic lesion **504** can be performed directly on the original ultrasound image displayed on the touch screen display **104** (see FIGS. **5**A and **5**B), or on a magnified version of the ultrasound image. For example, the user can obtain such a magnified version of the ultrasound image using a spread gesture (see, e.g., the spread gesture **312**; FIG. **3**) by placing two (2) fingers on the surface **105** of the touch screen display **104**, and spreading them apart to magnify the original ultrasound image. Such measurements and/or tracings of the liver **502** and cystic lesion **504** can also

US 9,877,699 B2

13

be performed on a magnified portion of the ultrasound image within the virtual window **506** (see FIGS. **5C** and **5D**) on the touch screen display **104**.

For example, using his or her finger (see, e.g., a finger **508**; FIGS. **5A**-**5D**), the user can obtain the virtual window **506** by employing a press gesture (see, e.g., the press gesture **320**; FIG. **3**) against the surface **105** of the touch screen display **104** (see FIG. **5B**) in the vicinity of a region of interest, such as the region corresponding to the cystic lesion **504**. In response to the press gesture, the virtual window **506** (see FIGS. **5C** and **5D**) is displayed on the touch screen display **104**, possibly at least partially superimposed on the original ultrasound image, thereby providing the user with a view of a magnified portion of the liver **502** in the vicinity of the cystic lesion **504**. For example, the virtual window **506** of FIG. **5C** can provide a view of a magnified portion of the ultrasound image of the cystic lesion **504**, which is covered by the finger **508** pressed against the surface **105** of the touch screen display **104**. To re-position the magnified cystic lesion **504** within the virtual window **506**, the user can employ a press and drag gesture (see, e.g., the press and drag gesture **322**; FIG. **3**) against the surface **105** of the touch screen display **104** (see FIG. **5D**), thereby moving the image of the cystic lesion **504** to a desired position within the virtual window **506**. In one embodiment, the medical ultrasound imaging equipment **100** can be configured to allow the user to select a level of magnification within the virtual window **506** to be 2 times larger, 4 times larger, or any other suitable number of times larger than the original ultrasound image. The user can remove the virtual window **506** from the touch screen display **104** by lifting his or her finger (see, e.g., the finger **508**; FIGS. **5A**-**5D**) from the surface **105** of the touch screen display **104**.

FIG. **6A** depicts an ultrasound image of another exemplary object, namely, an apical four (4) chamber view of a heart **602**, displayed on the touch screen display **104** of the medical ultrasound imaging equipment **100** (see FIG. **1**). It is noted that such an ultrasound image can be generated by the medical ultrasound imaging equipment **100** in response to penetration of the heart tissue by ultrasound waves generated by an ultrasound probe/transducer operatively connected to the equipment **100**. Measurements and/or tracings of the heart **602** can be performed directly on the original ultrasound image displayed on the touch screen display **104** (see FIGS. **6A**-**6E**), or on a magnified version of the ultrasound image. For example, using his or her fingers (see, e.g., fingers **610**, **612**; FIGS. **6B**-**6E**), the user can perform a manual tracing of an endocardial border **604** (see FIG. **6B**) of a left ventricle **606** (see FIGS. **6B**-**6E**) of the heart **602** by employing one or more multi-finger gestures on the surface **105** of the touch screen display **104**. In one embodiment, using his or her fingers (see, e.g., the fingers **610**, **612**; FIGS. **6B**-**6E**), the user can obtain a cursor **607** (see FIG. **6B**) by employing a double tap gesture (see, e.g., the double tap gesture **310**; FIG. **3AA**-**3AL**) on the surface **105** of the touch screen display **104**, and can move the cursor **607** by employing a drag gesture (see, e.g., the drag gesture **318**; FIG. **3AA**-**3AL**) using one finger, such as the finger **610**, thereby moving the cursor **607** to a desired location on the touch screen display **104**. The systems and methods described herein can be used for the quantitative measurement of heart wall motion and specifically for the measurement of ventricular dysynchrony as described in detail in U.S. application Ser. No. 10/817,316 filed on Apr. 2, 2004, the entire contents of which is incorporated herein by reference.

14

Once the cursor **607** is at the desired location on the touch screen display **104**, as determined by the location of the finger **610**, the user can fix the cursor **607** at that location by employing a tap gesture (see, e.g., the tap gesture **302**; see FIG. **3**) using another finger, such as the finger **612**. To perform a manual tracing of the endocardial border **604** (see FIG. **6B**), the user can employ a press and drag gesture (see, e.g., the press and drag gesture **322**; FIG. **3**) using the finger **610**, as illustrated in FIGS. **6C** and **6D**. Such a manual tracing of the endocardial border **604** can be highlighted on the touch screen display **104** in any suitable fashion, such as by a dashed line **608** (see FIGS. **6C**-**6E**). The manual tracing of the endocardial border **604** can continue until the finger **610** arrives at any suitable location on the touch screen display **104**, or until the finger **610** returns to the location of the cursor **607**, as illustrated in FIG. **6E**. Once the finger **610** is at the location of the cursor **607**, or at any other suitable location, the user can complete the manual tracing operation by employing a tap gesture (see, e.g., the tap gesture **302**; see FIG. **3**) using the finger **612**. It is noted that such a manual tracing operation can be employed to trace any other suitable feature(s) and/or waveform(s), such as a pulsed wave Doppler (PWD) waveform. In one embodiment, the medical ultrasound imaging equipment **100** can be configured to perform any suitable calculation(s) and/or measurement(s) relating to such feature(s) and/or waveform(s), based at least in part on a manual tracing(s) of the respective feature(s)/waveform(s).

As described above, the user can perform measurements and/or tracings of objects on a magnified portion of an original ultrasound image of a displayed object within a virtual window on the touch screen display **104**. FIGS. **7A**-**7C** depict an original ultrasound image of an exemplary object, namely, a liver **702** with a cystic lesion **704**, displayed on the touch screen display **104** of the medical ultrasound imaging equipment **100** (see FIG. **1**). FIGS. **7A**-**7C** further depict a virtual window **706** that provides a view of a magnified portion of the ultrasound image of the cystic lesion **704**, which is covered by one of the user's fingers, such as a finger **710**, pressed against the surface **105** of the touch screen display **104**. Using his or her fingers (see, e.g., fingers **710**, **712**; FIGS. **7A**-**7C**), the user can perform a size measurement of the cystic lesion **704** within the virtual window **706** by employing one or more multi-finger gestures on the surface **105** of the touch screen display **104**.

For example, using his or her fingers (see, e.g., the fingers **710**, **712**; FIGS. **7A**-**7C**), the user can obtain a first cursor **707** (see FIGS. **7B**, **7C**) by employing a double tap gesture (see, e.g., the double tap gesture **310**; FIG. **3**) on the surface **105**, and can move the first cursor **707** by employing a drag gesture (see, e.g., the drag gesture **318**; FIG. **3**) using one finger, such as the finger **710**, thereby moving the first cursor **707** to a desired location. Once the first cursor **707** is at the desired location, as determined by the location of the finger **710**, the user can fix the first cursor **707** at that location by employing a tap gesture (see, e.g., the tap gesture **302**; see FIG. **3**) using another finger, such as the finger **712**. Similarly, the user can obtain a second cursor **709** (see FIG. **7C**) by employing a double tap gesture (see, e.g., the double tap gesture **310**; FIG. **3**) on the surface **105**, and can move the second cursor **709** by employing a drag gesture (see, e.g., the drag gesture **318**; FIG. **3**) using the finger **710**, thereby moving the second cursor **709** to a desired location. Once the second cursor **709** is at the desired location, as determined by the location of the finger **710**, the user can fix the second cursor **709** at that location by employing a tap gesture (see, e.g., the tap gesture **302**; see FIG. **3**) using the finger **712**. In

US 9,877,699 B2

15

one embodiment, the medical ultrasound imaging equipment **100** can be configured to perform any suitable size calculation(s) and/or measurement(s) relating to the cystic lesion **704**, based at least in part on the locations of the first and second cursors **707**, **709**.

FIGS. **8A-8C** depict an original ultrasound image of an exemplary object, namely, a liver **802** with a cystic lesion **804**, displayed on the touch screen display **104** of the medical ultrasound imaging equipment **100** (see FIG. **1**). FIGS. **8a-8c** further depict a virtual window **806** that provides a view of a magnified portion of the ultrasound image of the cystic lesion **804**, which is covered by one of the user's fingers, such as a finger **810**, pressed against the surface **105** of the touch screen display **104**. Using his or her fingers (see, e.g., fingers **810**, **812**; FIGS. **8A-8C**), the user can perform a caliper measurement of the cystic lesion **804** within the virtual window **806** by employing one or more multi-finger gestures on the surface **105** of the touch screen display **104**.

For example, using his or her fingers (see, e.g., the fingers **810**, **812**; FIGS. **8A-8C**), the user can obtain a first cursor **807** (see FIGS. **8B**, **8C**) by employing a double tap gesture (see, e.g., the double tap gesture **310**; FIG. **3**) on the surface **105**, and can move the cursor **807** by employing a drag gesture (see, e.g., the drag gesture **318**; FIG. **3**) using one finger, such as the finger **810**, thereby moving the cursor **807** to a desired location. Once the cursor **807** is at the desired location, as determined by the location of the finger **810**, the user can fix the cursor **807** at that location by employing a tap gesture (see, e.g., the tap gesture **302**; see FIG. **3**) using another finger, such as the finger **812**. The user can then employ a press and drag gesture (see, e.g., the press and drag gesture **322**; FIG. **3**) to obtain a connecting line **811** (see FIGS. **8B**, **8C**), and to extend the connecting line **811** from the first cursor **807** across the cystic lesion **804** to a desired location on another side of the cystic lesion **804**. Once the connecting line **811** is extended across the cystic lesion **804** to the desired location on the other side of the cystic lesion **804**, the user can employ a tap gesture (see, e.g., the tap gesture **302**; see FIG. **3**) using the finger **812** to obtain and fix a second cursor **809** (see FIG. **8C**) at that desired location. In one embodiment, the medical ultrasound imaging equipment **100** can be configured to perform any suitable caliper calculation(s) and/or measurement(s) relating to the cystic lesion **804**, based at least in part on the connecting line **811** extending between the locations of the first and second cursors **807**, **809**.

FIG. **9A** shows a system **140** in which a transducer housing **150** with an array of transducer elements **152** can be attached at connector **114** to housing **102**. Each probe **150** can have a probe identification circuit **154** that uniquely identifies the probe that is attached. When the user inserts a different probe with a different array, the system identifies the probe operating parameters. Note that preferred embodiments can include a display **104** having a touch sensor **107** which can be connected to a touch processor **109** that analyzes touchscreen data from the sensor **107** and transmits commands to both image processing operations and to a beamformer control processor (**1116**, **1124**). In a preferred embodiment, the touch processor can include a computer readable medium that stores instructions to operate an ultrasound touchscreen engine that is operable to control display and imaging operations described herein.

FIG. **9B** shows a software flowchart **900** of a typical transducer management module **902** within the ultrasound application program. When a TRANSDUCER ATTACH **904** event is detected, the Transducer Management Software

16

Module **902** first reads the Transducer type ID **906** and hardware revision information from the IDENTIFICATION Segment. The information is used to fetch the particular set of transducer profile data **908** from the hard disk and load it into the memory of the application program. The software then reads the adjustment data from the FACTORY Segment **910** and applies the adjustments to the profile data just loaded into memory **912**. The software module then sends a TRANSDUCER ATTACH Message **914** to the main ultrasound application program, which uses the transducer profile already loaded. After acknowledgment **916**, an ultrasound imaging sequence is performed and the USAGE segment is updated **918**. The Transducer Management Software Module then waits for either a TRANSDUCER DETACH event **920**, or the elapse of 5 minutes. If a TRANSDUCER DETACH event is detected **921**, a message **924** is sent and acknowledged **926**, the transducer profile data set is removed **928** from memory and the module goes back to wait for another TRANSDUCER ATTACH event. If a 5 minutes time period expires without detecting a TRANSDUCER DETACH event, the software module increments a Cumulative Usage Counter in the USAGE Segment **922**, and waits for another 5 minutes period or a TRANSDUCER DETACH event. The cumulative usage is recorded in memory for maintenance and replacement records.

There are many types of ultrasound transducers. They differ by geometry, number of elements, and frequency response. For example, a linear array with center frequency of 10 to 15 MHz is better suited for breast imaging, and a curved array with center frequency of 3 to 5 MHz is better suited for abdominal imaging.

It is often necessary to use different types of transducers for the same or different ultrasound scanning sessions. For ultrasound systems with only one transducer connection, the operator will change the transducer prior to the start of a new scanning session.

In some applications, it is necessary to switch among different types of transducers during one ultrasound scanning session. In this case, it is more convenient to have multiple transducers connected to the same ultrasound system, and the operator can quickly switch among these connected transducers by hitting a button on the operator console, without having to physically detach and re-attach the transducers, which takes a longer time. Preferred embodiments of the invention can include a multiplexor within the tablet housing that can select between a plurality of probe connector ports within the tablet housing, or alternatively, the tablet housing can be connected to an external multiplexor that can be mounted on a cart as described herein.

FIG. **9C** is a perspective view of an exemplary needle sensing positioning system using ultrasound transducers without the requirement of any active electronics in the sensor assembly. The sensor transducer may include a passive ultrasound transducer element. The elements may be used in a similar way as a typical transducer probe, utilizing the ultrasound engine electronics. The system **958** includes the addition of ultrasound transducer elements **960**, added to a needle guide **962**, that is represented in FIG. **9C** but that may be any suitable form factor. The ultrasound transducer element **960**, and needle guide **962**, may be mounted using a needle guide mounting bracket **966**, to an ultrasound transducer probe acoustic handle or an ultrasound imagining probe assembly **970**. The needle with a disc mounted on the exposed end, the ultrasound reflector disc **964**, is reflective to ultrasonic waves.

US 9,877,699 B2

17

The ultrasound transducer element **960**, on the needle guide **962**, may be connected to the ultrasound engine. The connection may be made through a separate cable to a dedicated probe connector on the engine, similar to a sharing the pencil CW probe connector. In an alternate embodiment, a small short cable may be plugged into the larger image transducer probe handle or a split cable connecting to the same probe connector at the engine. In another alternate embodiment the connection may be made via an electrical connector between the image probe handle and the needle guide without a cable in between. In an alternate embodiment the ultrasound transducer elements on the needle guide may be connected to the ultrasound engine by enclosing the needle guide and transducer elements in the same mechanical enclosure of the imagining probe handle.

FIG. **9D** is a perspective view of a needle guide **962**, positioned with transducer elements **960** and the ultrasound reflector disc **964**. The position of the reflector disc **964** is located by transmitting ultrasonic wave **972**, from the transducer element **960** on the needle guide **962**. The ultrasound wave **972** travels through the air towards reflector disc **964** and is reflected by the reflector disc **964**. The reflected ultrasound wave **974**, reaches the transducer element **960** on the needle guide **962**. The distance **976**, between the reflector disc **964**, and the transducer element **960** is calculated from the time elapsed and the speed of sound in the air.

FIG. **9E** is a perspective view of an alternate embodiment of the exemplary needle sensing positioning system using ultrasound transducers without the requirement of any active electronics in the sensor assembly. The sensor transducer may include a passive ultrasound transducer element. The elements may be used in a similar way as a typical transducer probe, utilizing the ultrasound engine electronics.

The system **986** includes needle guide **962** that may be mounted to a needle guide mounting bracket **966** that may be coupled to an ultrasound imaging probe assembly for imaging the patient's body **982**, or alternative suitable form factors. The ultrasound reflector disc **964** may be mounted at the exposed end of the needle **956**. In this embodiment a linear ultrasound acoustic array **978**, is mounted parallel to the direction of movement of the needle **956**. The linear ultrasound acoustic array **978** includes an ultrasound transducer array **980** positioned parallel to the needle **956**. In this embodiment an ultrasound imagining probe assembly **982**, is positioned for imagining the patient body. The ultrasound imaging probe assembly for imaging the patient body **982** is configured with an ultrasound transducer array **984**.

In this embodiment, the position of the ultrasound reflector disc **964** can be detected by using the ultrasound transducer array **980** coupled to an ultrasound imaging probe assembly for imaging **978**. The position of the reflector disc **964** is located by transmitting ultrasonic wave **972**, from the transducer element **980** on the ultrasound imaging probe assembly for imaging **978**. The ultrasound wave **972** travels through the air towards reflector disc **964** and is reflected by the reflector disc **964**. The reflected ultrasound wave **974**, reaches the transducer element **980** on the ultrasound imaging probe assembly for imaging **978**. The distance **976**, between the reflector disc **964**, and the transducer element **980** is calculated from the time elapsed and the speed of sound in the air. In an alternate embodiment an alternate algorithm may be used to sequentially scan the polarity of elements in the transducer array and analyze the reflections produced per transducer array element. In an alternate embodiment a plurality of scans may occur prior to forming an ultrasound image.

18

FIG. **10A** illustrates an exemplary method for monitoring the synchrony of a heart in accordance with exemplary embodiments. In the method, a reference template is loaded into memory and used to guide a user in identifying an imaging plane (per step **930**). Next a user identifies a desired imaging plane (per step **932**). Typically an apical 4-chamber view of the heart is used; however, other views may be used without departing from the spirit of the invention.

At times, identification of endocardial borders may be difficult, and when such difficulties are encountered tissue Doppler imaging of the same view may be employed (per step **934**). A reference template for identifying the septal and lateral free wall is provided (per step **936**). Next, standard tissue Doppler imaging (TDI) with pre-set velocity scales of, say, ±30 cm/sec may be used (per step **938**).

Then, a reference of the desired triplex image may be provided (per step **940**). Either B-mode or TDI may be used to guide the range gate (per step **942**). B-mode can be used for guiding the range gate (per step **944**) or TDI for guiding the range gate (per step **946**). Using TDI or B-mode for guiding the range gate also allows the use of a direction correction angle for allowing the Spectral Doppler to display the radial mean velocity of the septal wall. A first pulsed-wave spectral Doppler is then used to measure the septal wall mean velocity using duplex or triplex mode (per step **948**). The software used to process the data and calculate dyschrony can utilize a location (e.g. a center point) to automatically set an angle between dated locations on a heart wall to assist in simplifying the setting of parameters.

A second range-gate position is also guided using a duplex image or a TDI (per step **950**), and a directional correction angle may be used if desired. After step **950**, the mean velocity of the septal wall and lateral free wall are being tracked by the system. Time integration of the Spectral Doppler mean velocities **952** at regions of interest (e.g., the septum wall and the left ventricular free wall) then provides the displacement of the septal and left free wall, respectively.

The above method steps may be utilized in conjunction with a high pass filtering means, analog or digital, known in the relevant arts for removing any baseline disturbance present in collected signals. In addition, the disclosed method employs multiple simultaneous PW Spectral Doppler lines for tracking movement of the interventricular septum and the left ventricular fee wall. In additional, a multiple gate structure may be employed along each spectral line, thus allowing quantitative measurement of regional wall motion. Averaging over multiple gates may allow measurement of global wall movement.

FIG. **10B** is a detailed schematic block diagram for an exemplary embodiment of the integrated ultrasound probe **1040** can be connected to any PC **1010** through an Interface unit **1020**. The ultra sound probe **1040** is configured to transmit ultrasound waves to and reduce reflected ultrasound waves from on ore more image targets **1064**. The transducer **1040** can be coupled to the interface unit **1020** using one or more cables **1066**, **1068**. The interface unit **1020** can be positioned between the integrated ultrasound probe **1040** and the host computer **1010**. The two stage beam forming system **1040** and **1020** can be connected to any PC through a USB connection **1022**, **1012**.

The ultrasound probe **1040**, can include sub-arrays/apertures **1052** consisting of neighboring elements with an aperture smaller than that of the whole array. Returned echoes are received by the 1D transducer array **1062** and transmitted to the controller **1044**. The controller initiates formation of a coarse beam by transmitting the signals to memory **1058**, **1046**. The memory **1058**, **1046** transmits a

US 9,877,699 B2

19                                                          20

signal to a transmit Driver 1 **1050**, and Transmit Driver m **1054**. Transmit Driver 1 **1050** and Transmit Driver m **1054** then send the signal to mux1 **1048** and mux m **1056**, respectively. The signal is transmitted to sub-array beam-former 1 **1052** and sub-array beamformer n **1060**.

The outputs of each coarse beam forming operation can include further processing through a second stage beam forming in the interface unit **1020** to convert the beam forming output to digital representation. The coarse beam forming operations can be coherently summed to form a fine beam output for the array. The signals can be transmitted from the ultrasound probe **1040** sub-array beam former 1 **1052** and sub-array beam former n **1060** to the A/D con-vertors **1030** and **1028** within the interface unit **1020**. Within the interface unit **1020** there are A/D converters **1028**, **1030** for converting the first stage beam forming output to digital representation. The digital conversion can be received from the A/D convertors **1030**, **1028** by a customer ASIC such as a FPGA **1026** to complete the second stage beam forming. The FPGA Digital beam forming **1026** can transmit infor-mation to the system controller **1024**. The system controller can transmit information to a memory **1032** which may send a signal back to the FPGA Digital Beam forming **1026**. Alternatively, the system controller **1024** may transmit infor-mation to the custom USB3 Chipset **1022**. The USB3 Chipset **1022** may then transmit information to a DC-DC convertor **1034**. In turn, the DC-DC convertor **1034** may transmit power from the interface unit **1020** to the ultra-sound probe **1040**. Within the ultrasound probe **1040** a power supply **1042** may receive the power signal and interface with the transmit driver 1 **1050** to provide the power to the front end integration probe.

The Interface unit **1020** custom or USB3 Chipset **1022** may be used to provide a communication link between the interface unit **10220** and the host computer **1010**. The custom or USB3 Chipset **1022** transmits a signal to the host computer's **1010** custom or USB3 Chipset **1012**. The custom or the USB3 Chipset **1012** then interfaces with the micro-processor **1014**. The microprocessor **1014** then may display information or send information to a device **1075**.

In an alternate embodiment, a narrow band beamformer can be used. For example, an individual analog phase shifter is applied to each of the received echoes. The phase shifted outputs within each sub-array are then summed to form a coarse beam. The A/D converts can be used to digitize each of the coarse beams; a digital beam former is then used to form the fine beam.

In another embodiment, forming a 64 element linear array may use eight adjacent elements to form a coarse beam output. Such arrangement may utilize eight output analog cables connecting the outputs of the integrated probe to the interface units. The coarse beams may be sent through the cable to the corresponding A/D convertors located in the interface unit. The digital delay is used to form a fine beam output. Eight A/D convertors may be required to form the digital representation.

In another embodiment, forming a 128 element array may use sixteen sub-array beam forming circuits. Each circuit may form a coarse beam from an adjacent eight element array provided in the first stage output to the interface unit. Such arrangement may utilize sixteen output analog cables connecting the outputs of the integrated probe to the inter-face units to digitize the output. A PC microprocessor or a DSP may be used to perform the down conversion, base-banding, scan conversion and post image processing func-tions. The microprocessor or DSP can also be used to perform all the Doppler processing functions.

FIG. **10**C is a detailed schematic block diagram for an exemplary embodiment of the integrated ultrasound probe **1040** with the first sub array beamforming circuit, and the second stage beamforming circuits are integrated inside the host computer **1082**. The back end computer with the second stage beamforming circuit may be a PDA, tablet or mobile device housing. The ultra sound probe **1040** is configured to transmit ultrasound waves to and reduce reflected ultrasound waves from on ore more image targets **1064**. The transducer **1040** is coupled to the host computer **1082** using one or more cables **1066**, **1068**. Note that A/D circuit elements can also be placed in the transducer probe housing.

The ultrasound probe **1040** includes subarray/apertures **1052** consisting of neighboring elements with an aperture smaller than that of the whole array. Returned echoes are received by the 1D transducer array **1062** and transmitted to the controller **1044**. The controller initiates formation of a coarse beam by transmitting the signals to memory **1058**, **1046**. The memory **1058**, **1046** transmits a signal to a transmit Driver 1 **1050**, and Transmit Driver m **1054**. Transmit Driver 1 **1050** and Transmit Driver m **1054** then send the signal to mux 1 **1048** and mux m **1056**, respectively. The signal is transmitted to subarray beamformer 1 **1052** and subarray beamformer n **1060**.

The outputs of each coarse beam forming operation then go through a second stage beam forming in the interface unit **1020** to convert the beam forming output to digital repre-sentation. The coarse beamforming operations are coher-ently summed to form a fine beam output for the array. The signals are transmitted from the ultrasound probe **1040** subarray beamformer 1 **1052** and subarray beamformer n **1060** to the A/D convertors **1030** and **1028** within the host computer **1082**. Within the host computer **1082** there are A/D converters **1028**, **1030** for converting the first stage beamforming output to digital representation. The digital conversion is received from the A/D convertors **1030**, **1028** by a customer ASIC such as a FPGA **1026** to complete the second stage beamforming. The FPGA Digital beamforming **1026** transmits information to the system controller **1024**. The system controller transmits information to a memory **1032** which may send a signal back to the FPGA Digital Beam forming **1026**. Alternatively, the system controller **1024** may transmit information to the custom USB3 Chipset **1022**. The USB3 Chipset **1022** may then transmit informa-tion to a DC-DC convertor **1034**. In turn, the DC-DC convertor **1034** may transmit power from the interface unit **1020** to the ultrasound probe **1040**. Within the ultrasound probe **1040** a power supply **1042** may receive the power signal and interface with the transmit driver 1 **1050** to provide the power to the front end integration probe. The power supply can include a battery to enable wireless operation of the transducer assembly. A wireless transceiver can be integrated into controller circuit or a separate com-munications circuit to enable wireless transfer of image data and control signals.

The host computer's **1082** custom or USB3 Chipset **1022** may be used to provide a communication link between the custom or USB3 Chipset **1012** to transmits a signal to the microprocessor **1014**. The microprocessor **1014** then may display information or send information to a device **1075**.

FIG. **11** is a detailed schematic block diagram of an exemplary embodiment of the ultrasound engine **108** (i.e., the front-end ultrasound specific circuitry) and an exemplary embodiment of the computer motherboard **106** (i.e., the host computer) of the ultrasound device illustrated in FIGS. **1** and **2A**. The components of the ultrasound engine **108** and/or the computer motherboard **106** may be implemented in appli-

US 9,877,699 B2

21

cation-specific integrated circuits (ASICs). Exemplary ASICs have a high channel count and can pack 32 or more channels per chip in some exemplary embodiments. One of ordinary skill in the art will recognize that the ultrasound engine **108** and the computer motherboard **106** may include more or fewer modules than those shown. For example, the ultrasound engine **108** and the computer motherboard **106** may include the modules shown in FIG. **17**.

A transducer array **152** is configured to transmit ultrasound waves to and receive reflected ultrasound waves from one or more image targets **1102**. The transducer array **152** is coupled to the ultrasound engine **108** using one or more cables **1104**.

The ultrasound engine **108** includes a high-voltage transmit/receive (TR) module **1106** for applying drive signals to the transducer array **152** and for receiving return echo signals from the transducer array **152**. The ultrasound engine **108** includes a pre-amp/time gain compensation (TGC) module **1108** for amplifying the return echo signals and applying suitable TGC functions to the signals. The ultrasound engine **108** includes a sampled-data beamformer **1110** that the delay coefficients used in each channel after the return echo signals have been amplified and processed by the pre-amp/TGC module **1108**.

In some exemplary embodiments, the high-voltage TR module **1106**, the pre-amp/TGC module **1108**, and the sample-interpolate receive beamformer **1110** may each be a silicon chip having 8 to 64 channels per chip, but exemplary embodiments are not limited to this range. In certain embodiments, the high-voltage TR module **1106**, the pre-amp/TGC module **1108**, and the sample-interpolate receive beamformer **1110** may each be a silicon chip having 8, 16, 32, 64 channels, and the like. As illustrated in FIG. **11**, an exemplary TR module **1106**, an exemplary pre-amp/TGC module **1108** and an exemplary beamformer **1110** may each take the form of a silicon chip including 32 channels.

The ultrasound engine **108** includes a first-in first-out (FIFO) buffer module **1112** which is used for buffering the processed data output by the beamformer **1110**. The ultrasound engine **108** also includes a memory **1114** for storing program instructions and data, and a system controller **1116** for controlling the operations of the ultrasound engine modules.

The ultrasound engine **108** interfaces with the computer motherboard **106** over a communications link **112** which can follow a standard high-speed communications protocol, such as the Fire Wire (IEEE 1394 Standards Serial Interface) or fast (e.g., 200-400 Mbits/second or faster) Universal Serial Bus (USB 2.0 USB 3.0), protocol. The standard communication link to the computer motherboard operates at least at 400 Mbits/second or higher, preferably at 800 Mbits/second or higher. Alternatively, the link **112** can be a wireless connection such as an infrared (IR) link. The ultrasound engine **108** includes a communications chipset **1118** (e.g., a Fire Wire chipset) to establish and maintain the communications link **112**.

Similarly, the computer motherboard **106** also includes a communications chipset **1120** (e.g., a Fire Wire chipset) to establish and maintain the communications link **112**. The computer motherboard **106** includes a core computer-readable memory **1122** for storing data and/or computer-executable instructions for performing ultrasound imaging operations. The memory **1122** forms the main memory for the computer and, in an exemplary embodiment, may store about 4 GB of DDR3 memory. The computer motherboard **106** also includes a microprocessor **1124** for executing computer-executable instructions stored on the core com-

22

puter-readable memory **1122** for performing ultrasound imaging processing operations. An exemplary microprocessor **1124** may be an off-the-shelf commercial computer processor, such as an Intel Core-i5 processor. Another exemplary microprocessor **1124** may be a digital signal processor (DSP) based processor, such as one or more DaVinci™ processors from Texas Instruments. The computer motherboard **106** also includes a display controller **1126** for controlling a display device that may be used to display ultrasound data, scans and maps.

Exemplary operations performed by the microprocessor **1124** include, but are not limited to, down conversion (for generating I, Q samples from received ultrasound data), scan conversion (for converting ultrasound data into a display format of a display device), Doppler processing (for determining and/or imaging movement and/or flow information from the ultrasound data), Color Flow processing (for generating, using autocorrelation in one embodiment, a color-coded map of Doppler shifts superimposed on a B-mode ultrasound image), Power Doppler processing (for determining power Doppler data and/or generating a power Doppler map), Spectral Doppler processing (for determining spectral Doppler data and/or generating a spectral Doppler map), and post signal processing. These operations are described in further detail in WO 03/079038 A2, filed Mar. 11, 2003, titled "Ultrasound Probe with Integrated Electronics," the entire contents of which are expressly incorporated herein by reference.

To achieve a smaller and lighter portable ultrasound devices, the ultrasound engine **108** includes reduction in overall packaging size and footprint of a circuit board providing the ultrasound engine **108**. To this end, exemplary embodiments provide a small and light portable ultrasound device that minimizes overall packaging size and footprint while providing a high channel count. In some embodiments, a high channel count circuit board of an exemplary ultrasound engine may include one or more multi-chip modules in which each chip provides multiple channels, for example, 32 channels. The term "multi-chip module," as used herein, refers to an electronic package in which multiple integrated circuits (IC) are packaged into a unifying substrate, facilitating their use as a single component, i.e., as a larger IC. A multi-chip module may be used in an exemplary circuit board to enable two or more active IC components integrated on a High Density Interconnection (HDI) substrate to reduce the overall packaging size. In an exemplary embodiment, a multi-chip module may be assembled by vertically stacking a transmit/receive (TR) silicon chip, an amplifier silicon chip and a beamformer silicon chip of an ultrasound engine. A single circuit board of the ultrasound engine may include one or more of these multi-chip modules to provide a high channel count, while minimizing the overall packaging size and footprint of the circuit board.

FIG. **12** depicts a schematic side view of a portion of a circuit board **1200** including a multi-chip module assembled in a vertically stacked configuration. Two or more layers of active electronic integrated circuit components are integrated vertically into a single circuit. The IC layers are oriented in spaced planes that extend substantially parallel to one another in a vertically stacked configuration. In FIG. **12**, the circuit board includes an HDI substrate **1202** for supporting the multi-chip module. A first integrated circuit chip **1204** including, for example, a first beamformer device is coupled to the substrate **1202** using any suitable coupling mechanism, for example, epoxy application and curing. A first spacer layer **1206** is coupled to the surface of the first integrated circuit chip **1204** opposite to the substrate **1202**

US 9,877,699 B2

23

using, for example, epoxy application and curing. A second integrated circuit chip **1208** having, for example, a second beamforer device is coupled to the surface of the first spacer layer **1206** opposite to the first integrated circuit chip **1204** using, for example, epoxy application and curing. A metal frame **1210** is provided for mechanical and/or electrical connection among the integrated circuit chips. An exemplary metal frame **1210** may take the form of a leadframe. The first integrated circuit chip **1204** may be coupled to the metal frame **1210** using wiring **1212**. The second integrated circuit chip **1208** may be coupled to the same metal frame **1210** using wiring **1214**. A packaging **1216** is provided to encapsulate the multi-chip module assembly and to maintain the multiple integrated circuit chips in substantially parallel arrangement with respect to one another.

As illustrated in FIG. **12**, the vertical three-dimensional stacking of the first integrated circuit chip **1204**, the first spacer layer **1206** and the second integrated circuit chip **1208** provides high-density functionality on the circuit board while minimizing overall packaging size and footprint (as compared to an ultrasound engine circuit board that does not employ a vertically stacked multi-chip module). One of ordinary skill in the art will recognize that an exemplary multi-chip module is not limited to two stacked integrated circuit chips. Exemplary numbers of chips vertically integrated in a multi-chip module may include, but are not limited to, two, three, four, five, six, seven, eight, and the like.

In one embodiment of an ultrasound engine circuit board, a single multi-chip module as illustrated in FIG. **12** is provided. In other embodiments, a plurality of multi-chip modules also illustrated in FIG. **12**. In an exemplary embodiment, a plurality of multi-chip modules (for example, two multi-chip modules) may be stacked vertically on top of one another on a circuit board of an ultrasound engine to further minimize the packaging size and footprint of the circuit board.

In addition to the need for reducing the footprint, there is also a need for decreasing the overall package height in multi-chip modules. Exemplary embodiments may employ wafer thinning to sub-hundreds micron to reduce the package height in multi-chip modules.

Any suitable technique can be used to assemble a multi-chip module on a substrate. Exemplary assembly techniques include, but are not limited to, laminated MCM (MCM-L) in which the substrate is a multi-layer laminated printed circuit board, deposited MCM (MCM-D) in which the multi-chip modules are deposited on the base substrate using thin film technology, and ceramic substrate MCM (MCM-C) in which several conductive layers are deposited on a ceramic substrate and embedded in glass layers that layers are co-fired at high temperatures (HTCC) or low temperatures (LTCC).

FIG. **13** is a flowchart of an exemplary method for fabricating a circuit board including a multi-chip module assembled in a vertically stacked configuration. In step **1302**, a HDI substrate is fabricated or provided. In step **1304**, a metal frame (e.g., leadframe) is provided. In step **1306**, a first IC layer is coupled or bonded to the substrate using, for example, epoxy application and curing. The first IC layer is wire bonded to the metal frame. In step **1308**, a spacer layer is coupled to the first IC layer using, for example, epoxy application and curing, so that the layers are stacked vertically and extend substantially parallel to each other. In step **1310**, a second IC layer is coupled to the spacer layer using, for example, epoxy application and curing, so that all of the layers are stacked vertically and extend substantially parallel to one another. The second IC layer is

24

wire bonded to the metal frame. In step **1312**, a packaging is used to encapsulate the multi-chip module assembly.

Exemplary chip layers in a multi-chip module may be coupled to each other using any suitable technique. For example, in the embodiment illustrated in FIG. **12**, spacer layers may be provided between chip layers to spacedly separate the chip layers. Passive silicon layers, die attach paste layers and/or die attach film layers may be used as the spacer layers. Exemplary spacer techniques that may be used in fabricating a multi-chip module is further described in Toh C H et al., "Die Attach Adhesives for 3D Same-Sized Dies Stacked Packages," the 58th Electronic Components and Technology Conference (ECTC2008), pp. 1538-43, Florida, US (27-30 May 2008), the entire contents of which are expressly incorporated herein by reference.

Important requirements for the die attach (DA) paste or film is excellent adhesion to the passivation materials of adjacent dies. Also, a uniform bond-link thickness (BLT) is required for a large die application. In addition, high cohesive strength at high temperatures and low moisture absorption are preferred for reliability.

FIGS. **14A**-**14C** are schematic side views of exemplary multi-chip modules, including vertically stacked dies, that may be used in accordance with exemplary embodiments. Both peripheral and center pads wire bond (WB) packages are illustrated and may be used in wire bonding exemplary chip layers in a multi-chip module. FIG. **14A** is a schematic side view of a multi-chip module including four vertically stacked dies in which the dies are spacedly separated from one another by passive silicon layers with a 2-in-1 dicing die attach film (D-DAF). FIG. **14B** is a schematic side view of a multi-chip module including four vertically stacked dies in which the dies are spacedly separated from one another by DA film-based adhesives acting as die-to-die spacers. FIG. **14C** is a schematic side view of a multi-chip module including four vertically stacked dies in which the dies are spacedly separated from one another by DA paste or film-based adhesives acting as die-to-die spacers. The DA paste or film-based adhesives may have wire penetrating capability in some exemplary embodiments. In the exemplary multi-chip module of FIG. **14C**, film-over wire (FOW) is used to allow long wire bonding and center bond pads stacked die packages. FOW employs a die-attach film with wire penetrating capability that allows the same or similar-sized wire-bonded dies to be stacked directly on top of one another without passive silicon spacers. This solves the problem of stacking same or similar-sized dies directly on top of each other, which otherwise poses a challenge as there is no or insufficient clearance for the bond wires of the lower dies.

The DA material illustrated in FIGS. **14B** and **14C** preferably maintain a bond-line thickness (BLT) with little to no voiding and bleed out through the assembly process. Upon assembly, the DA materials sandwiched between the dies maintain an excellent adhesion to the dies. The material properties of the DA materials are tailored to maintain high cohesive strength for high temperature reliability stressing without bulk fracture. The material properties of the DA materials are tailored to also minimize or preferably eliminate moisture accumulation that may cause package reliability failures (e.g., popcorning whereby interfacial or bulk fractures occur as a result of pressure build-up from moisture in the package).

FIG. **15** is a flowchart of certain exemplary methods of die-to-die stacking using (a) passive silicon layers with a 2-in-1 dicing die attach film (D-DAF), (b) DA paste, (c) thick DA-film, and (d) film-over wire (FOW) that employs

US 9,877,699 B2

25

a die-attach film with wire penetrating capability that allows the same or similar-sized wire-bonded dies to be stacked directly on top of one another without passive silicon spacers. Each method performs backgrinding of wafers to reduce the wafer thickness to enable stacking and high density packaging of integrated circuits. The wafers are sawed to separate the individual dies. A first die is bonded to a substrate of a multi-chip module using, for example, epoxy application and curing in an oven. Wire bonding is used to couple the first die to a metal frame.

In method (A), a first passive silicon layer is bonded to the first die in a stacked manner using a dicing die-attach film (D-DAF). A second die is bonded to the first passive layer in a stacked manner using D-DAF. Wire bonding is used to couple the second die to the metal frame. A second passive silicon layer is bonded to the second die in a stacked manner using D-DAF. A third die is bonded to the second passive layer in a stacked manner using D-DAF. Wire bonding is used to couple the third die to the metal frame. A third passive silicon layer is bonded to the third die in a stacked manner using D-DAF. A fourth die is bonded to the third passive layer in a stacked manner using D-DAF. Wire bonding is used to couple the fourth die to the metal frame.

In method (B), die attach (DA) paste dispensing and curing is repeated for multi-thin die stack application. DA paste is dispensed onto a first die, and a second die is provided on the DA paste and cured to the first die. Wire bonding is used to couple the second die to the metal frame. DA paste is dispensed onto the second die, and a third die is provided on the DA paste and cured to the second die. Wire bonding is used to couple the third die to the metal frame. DA paste is dispensed onto the third die, and a fourth die is provided on the DA paste and cured to the third die. Wire bonding is used to couple the fourth die to the metal frame.

In method (C), die attach films (DAF) are cut and pressed to a bottom die and a top die is then placed and thermal compressed onto the DAF. For example, a DAF is pressed to the first die and a second die is thermal compressed onto the DAF. Wire bonding is used to couple the second die to the metal frame. Similarly, a DAF is pressed to the second die and a third die is thermal compressed onto the DAF. Wire bonding is used to couple the third die to the metal frame. A DAF is pressed to the third die and a fourth die is thermal compressed onto the DAF. Wire bonding is used to couple the fourth die to the metal frame.

In method (D), film-over wire (FOW) employs a die-attach film with wire penetrating capability that allows the same or similar-sized wire-bonded dies to be stacked directly on top of one another without passive silicon spacers. A second die is bonded and cured to the first die in a stacked manner. Film-over wire bonding is used to couple the second die to the metal frame. A third die is bonded and cured to the first die in a stacked manner. Film-over wire bonding is used to couple the third die to the metal frame. A fourth die is bonded and cured to the first die in a stacked manner. Film-over wire bonding is used to couple the fourth die to the metal frame.

After the above-described steps are completed, in each method (a)-(d), wafer molding and post-mold curing (PMC) are performed. Subsequently, ball mount and singulation are performed.

Further details on the above-described die attachment techniques are provided in TOH C H et al., "Die Attach Adhesives for 3D Same-Sized Dies Stacked Packages," the 58th Electronic Components and Technology Conference

26

(ECTC2008), pp. 1538-43, Florida, US (27-30 May 2008), the entire contents of which are expressly incorporated herein by reference.

FIG. 16 is a schematic side view of a multi-chip module 1600 including a TR chip 1602, an amplifier chip 1604 and a beamformer chip 1606 vertically integrated in a vertically stacked configuration on a substrate 1614. Any suitable technique illustrated in FIGS. 12-15 may be used to fabricate the multi-chip module. One of ordinary skill in the art will recognize that the particular order in which the chips are stacked may be different in other embodiments. First and second spacer layers 1608, 1610 are provided to spacedly separate the chips 1602, 1604, 1606. Each chip is coupled to a metal frame (e.g., a leadframe) 1612. In certain exemplary embodiments, heat transfer and heat sink mechanisms may be provided in the multi-chip module to sustain high temperature reliability stressing without bulk failure. Other components of FIG. 16 are described with reference to FIGS. 12 and 14.

In this exemplary embodiment, each multi-chip module may handle the complete transmit, receive, TGC amplification and beam forming operations for a large number of channels, for example, 32 channels. By vertically integrating the three silicon chips into a single multi-chip module, the space and footprint required for the printed circuit board is further reduced. A plurality of multi-chip modules may be provided on a single ultrasound engine circuit board to further increase the number of channels while minimizing the packaging size and footprint. For example, a 128 channel ultrasound engine circuit board 108 can be fabricated within exemplary planar dimensions of about 10 cm× about 10 cm, which is a significant improvement of the space requirements of conventional ultrasound circuits. A single circuit board of an ultrasound engine including one or more multi-chip modules may have 16 to 128 channels in preferred embodiments. In certain embodiments, a single circuit board of an ultrasound engine including one or more multi-chip modules may have 16, 32, 64, 128 channels, and the like.

FIG. 17 is a detailed schematic block diagram of an exemplary embodiment of the ultrasound engine 108 (i.e., the front-end ultrasound specific circuitry) and an exemplary embodiment of the computer motherboard 106 (i.e., the host computer) provided as a single board complete ultrasound system. An exemplary single board ultrasound system as illustrated in FIG. 17 may have exemplary planar dimensions of about 25 cm× about 18 cm, although other dimensions are possible. The single board complete ultrasound system of FIG. 17 may be implemented in the ultrasound device illustrated in FIGS. 1, 2A, 2B, and 9A, and may be used to perform the operations depicted in FIGS. 3-8, 9B, and 10.

The ultrasound engine 108 includes a probe connector 114 to facilitate the connection of at least one ultrasound probe/transducer. In the ultrasound engine 108, a TR module, an amplifier module and a beamformer module may be vertically stacked to form a multi-chip module as shown in FIG. 16, thereby minimizing the overall packaging size and footprint of the ultrasound engine 108. The ultrasound engine 108 may include a first multi-chip module 1710 and a second multi-chip module 1712, each including a TR chip, an ultrasound pulser and receiver, an amplifier chip including a time-gain control amplifier, and a sample-data beamformer chip vertically integrated in a stacked configuration as shown in FIG. 16. The first and second multi-chip modules 1710, 1712 may be stacked vertically on top of each other to further minimize the area required on the circuit board. Alternatively, the first and second multi-chip

US 9,877,699 B2

27                                                28

modules 1710, 1712 may be disposed horizontally on the circuit board. In an exemplary embodiment, the TR chip, the amplifier chip and the beamformer chip is each a 32-channel chip, and each multi-chip module 1710, 1712 has 32 channels. One of ordinary skill in the art will recognize that exemplary ultrasound engines 108 may include, but are not limited to, one, two, three, four, five, six, seven, eight multi-chip modules. Note that in a preferred embodiment the system can be configured with a first beamformer in the transducer housing and a second beamformer in the tablet housing.

The ASICs and the multi-chip module configuration enable a 128-channel complete ultrasound system to be implemented on a small single board in a size of a tablet computer format. An exemplary 128-channel ultrasound engine 108, for example, can be accommodated within exemplary planar dimensions of about 10 cm× about 10 cm, which is a significant improvement of the space requirements of conventional ultrasound circuits. An exemplary 128-channel ultrasound engine 108 can also be accommodated within an exemplary area of about 100 cm$^2$.

The ultrasound engine 108 also includes a clock generation complex programmable logic device (CPLD) 1714 for generating timing clocks for performing an ultrasound scan using the transducer array. The ultrasound engine 108 includes an analog-to-digital converter (ADC) 1716 for converting analog ultrasound signals received from the transducer array to digital RF formed beams. The ultrasound engine 108 also includes one or more delay profile and waveform generator field programmable gate arrays (FPGA) 1718 for managing the receive delay profiles and generating the transmit waveforms. The ultrasound engine 108 includes a memory 1720 for storing the delay profiles for ultrasound scanning. An exemplary memory 1720 may be a single DDR3 memory chip. The ultrasound engine 108 includes a scan sequence control field programmable gate array (FPGA) 1722 configured to manage the ultrasound scan sequence, transmit/receiving timing, storing and fetching of profiles to/from the memory 1720, and buffering and moving of digital RF data streams to the computer motherboard 106 via a high-speed serial interface 112. The high-speed serial interface 112 may include Fire Wire or other serial or parallel bus interface between the computer motherboard 106 and the ultrasound engine 108. The ultrasound engine 108 includes a communications chipset 1118 (e.g., a Fire Wire chipset) to establish and maintain the communications link 112.

A power module 1724 is provided to supply power to the ultrasound engine 108, manage a battery charging environment and perform power management operations. The power module 1724 may generate regulated, low noise power for the ultrasound circuitry and may generate high voltages for the ultrasound transmit pulser in the TR module.

The computer motherboard 106 includes a core computer-readable memory 1122 for storing data and/or computer-executable instructions for performing ultrasound imaging operations. The memory 1122 forms the main memory for the computer and, in an exemplary embodiment, may store about 4 Gb of DDR3 memory. The memory 1122 may include a solid state hard drive (SSD) for storing an operating system, computer-executable instructions, programs and image data. An exemplary SSD may have a capacity of about 128 GB.

The computer motherboard 106 also includes a microprocessor 1124 for executing computer-executable instructions stored on the core computer-readable memory 1122 for performing ultrasound imaging processing operations.

Exemplary operations include, but are not limited to, down conversion, scan conversion, Doppler processing, Color Flow processing, Power Doppler processing, Spectral Doppler processing, and post signal processing. An exemplary microprocessor 1124 may be an off-the-shelf commercial computer processor, such as an Intel Core-i5 processor. Another exemplary microprocessor 1124 may be a digital signal processor (DSP) based processor, such as DaVinci™ processors from Texas Instruments.

The computer motherboard 106 includes an input/output (I/O) and graphics chipset 1704 which includes a co-processor configured to control I/O and graphic peripherals such as USB ports, video display ports and the like. The computer motherboard 106 includes a wireless network adapter 1702 configured to provide a wireless network connection. An exemplary adapter 1702 supports 802.11g and 802.11n standards. The computer motherboard 106 includes a display controller 1126 configured to interface the computer motherboard 106 to the display 104. The computer motherboard 106 includes a communications chipset 1120 (e.g., a Fire Wire chipset or interface) configured to provide a fast data communication between the computer motherboard 106 and the ultrasound engine 108. An exemplary communications chipset 1120 may be an IEEE 1394b 800 Mbit/sec interface. Other serial or parallel interfaces 1706 may alternatively be provided, such as USB3, Thunder-Bolt, PCIe, and the like. A power module 1708 is provided to supply power to the computer motherboard 106, manage a battery charging environment and perform power management operations.

An exemplary computer motherboard 106 may be accommodated within exemplary planar dimensions of about 12 cm× about 10 cm. An exemplary computer motherboard 106 can be accommodated within an exemplary area of about 120 cm$^2$.

FIG. 18 is a perspective view of an exemplary portable ultrasound system 100 provided in accordance with exemplary embodiments. The system 100 includes a housing 102 that is in a tablet form factor as illustrated in FIG. 18, but that may be in any other suitable form factor. An exemplary housing 102 may have a thickness below 2 cm and preferably between 0.5 and 1.5 cm. A front panel of the housing 102 includes a multi-touch LCD touch screen display 104 that is configured to recognize and distinguish one or more multiple and/or simultaneous touches on a surface of the touch screen display 104. The surface of the display 104 may be touched using one or more of a user's fingers, a user's hand or an optional stylus 1802. The housing 102 includes one or more I/O port connectors 116 which may include, but are not limited to, one or more USB connectors, one or more SD cards, one or more network mini display ports, and a DC power input. The embodiment of housing 102 in FIG. 18 can also be configured within a palm-carried form factor having dimensions of 150 mm×100 mm×15 mm (a volume of 225000 mm$^3$) or less. The housing 102 can have a weight of less than 200 g. Optionally, cabling between the transducer array and the display housing can include interface circuitry 1020 as described herein. The interface circuitry 1020 can include, for example, beamforming circuitry and/or A/D circuitry in a pod that dangles from the tablet. Separate connectors 1025, 1027 can be used to connect the dangling pod to the transducer probe cable. The connector 1027 can include probe identification circuitry as described herein. The unit 102 can include a camera, a microphone and a speaker as well as wireless telephone circuitry for voice and

US 9,877,699 B2

29

data communications as well as voice activated software that can be used to control the ultrasound imaging operations described herein.

The housing **102** includes or is coupled to a probe connector **114** to facilitate connection of at least one ultrasound probe/transducer **150**. The ultrasound probe **150** includes a transducer housing including one or more transducer arrays **152**. The ultrasound probe **150** is couplable to the probe connector **114** using a housing connector **1804** provided along a flexible cable **1806**. One of ordinary skill in the art will recognize that the ultrasound probe **150** may be coupled to the housing **102** using any other suitable mechanism, for example, an interface housing that includes circuitry for performing ultrasound-specific operations like beamforming. Other exemplary embodiments of ultrasound systems are described in further detail in WO 03/079038 A2, filed Mar. 11, 2003, titled "Ultrasound Probe with Integrated Electronics," the entire contents of which is expressly incorporated herein by reference. Preferred embodiments can employ a wireless connection between the hand-held transducer probe **150** and the display housing. Beamformer electronics can be incorporated into probe housing **150** to provide beamforming of subarrays in a 1D or 2D transducer array as described herein. The display housing can be sized to be held in the palm of the user's hand and can include wireless network connectivity to public access networks such as the internet.

FIG. **19** illustrates an exemplary view of a main graphical user interface (GUI) **1900** rendered on the touch screen display **104** of the portable ultrasound system **100** of FIG. **18**. The main GUI **1900** may be displayed when the ultrasound system **100** is started. To assist a user in navigating the main GUI **1900**, the GUI may be considered as including four exemplary work areas: a menu bar **1902**, an image display window **1904**, an image control bar **1906**, and a tool bar **1908**. Additional GUI components may be provided on the main GUI **1900** to, for example, enable a user to close, resize and exit the GUI and/or windows in the GUI.

The menu bar **1902** enables a user to select ultrasound data, images and/or videos for display in the image display window **1904**. The menu bar **1902** may include, for example, GUI components for selecting one or more files in a patient folder directory and an image folder directory. The image display window **1904** displays ultrasound data, images and/or videos and may, optionally, provide patient information. The tool bar **1908** provides functionalities associated with an image or video display including, but not limited to, a save button for saving the current image and/or video to a file, a save Loop button that saves a maximum allowed number of previous frames as a Cine loop, a print button for printing the current image, a freeze image button for freezing an image, a playback toolbar for controlling aspects of playback of a Cine loop, and the like. Exemplary GUI functionalities that may be provided in the main GUI **1900** are described in further detail in WO 03/079038 A2, filed Mar. 11, 2003, titled "Ultrasound Probe with Integrated Electronics," the entire contents of which are expressly incorporated herein by reference.

The image control bar **1906** includes touch controls that may be operated by touch and touch gestures applied by a user directly to the surface of the display **104**. Exemplary touch controls may include, but are not limited to, a 2D touch control **408**, a gain touch control **410**, a color touch control **412**, a storage touch control **414**, a split touch control **416**, a PW imaging touch control **418**, a beamsteering touch control **20**, an annotation touch control **422**, a dynamic range operations touch control **424**, a Teravision™ touch control

30

**426**, a map operations touch control **428**, and a needle guide touch control **428**. These exemplary touch controls are described in further detail in connection with FIGS. **4a-4c**.

FIG. **20** depicts an illustrative embodiment of exemplary medical ultrasound imaging equipment **2000**, implemented in the form factor of a tablet in accordance with the invention. The table may have the dimensions of 12.5"× 1.25"×8.75" or 31.7 cm×3.175 cm×22.22 cm but it may also be in any other suitable form factor having a volume of less than 2500 cm³ and a weight of less than 8 lbs. As shown in FIG. **20**, the medical ultrasound imaging equipment **2000**, includes a housing **2030**, a touch screen display **2010**, wherein ultrasound images **2010**, and ultra sound data **2040**, can be displayed and ultrasound controls **2020**, are configured to be controlled by a touchscreen display **2010**. The housing **2030**, may have a front panel **2060** and a rear panel **2070**. The touchscreen display **2010**, forms the front panel **2060**, and includes a multi-touch LCD touch screen that can recognize and distinguish one or more multiple and or simultaneous touches of the user on the touchscreen display **2010**. The touchscreen display **2010** may have a capacitive multi-touch and AVAH LCD screen. For example, the capacitive multi-touch and AVAH LCD screen may enable a user to view the image from multi angles without losing resolution. In another embodiment, the user may utilize a stylus for data input on the touch screen. The tablet can include an integrated foldable stand that permits a user to swivel the stand from a storage position that conforms to the tablet form factor so that the device can lay flat on the rear panel, or alternatively, the user can swivel the stand to enable the tablet to stand at an upright position at one of a plurality of oblique angles relative to a support surface.

Capacitive touchscreen module comprises an insulator for example glass, coated with a transparent conductor, such as indium tin oxide. The manufacturing process may include a bonding process among glass, x-sensor film, y-sensor film and a liquid crystal material. The tablet is configured to allow a user to perform multi-touch gestures such as pinching and stretching while wearing a dry or a wet glove. The surface of the screen registers the electrical conductor making contact with the screen. The contact distorts the screens electrostatic field resulting in measurable changes in capacitance. A processor then interprets the change in the electrostatic field. Increasing levels of responsiveness are enabled by reducing the layers and by producing touch screens with "in-cell" technology. "In-cell" technology eliminates layers by placing the capacitors inside the display. Applying "in-cell" technology reduces the visible distance between the user's finger and the touchscreen target, thereby creating a more directive contact with the content displayed and enabling taps and gestures to have an increase in responsiveness.

FIG. **21** illustrates a preferred cart system for a modular ultrasound imaging system in accordance with the invention. The cart system **2100** uses a base assembly **2122** including a docking bay that receives the tablet. The cart configuration **2100** is configured to dock tablet **2104**, including a touch screen display **2102**, to a cart **2108**, which can include a full operator console **2124**. After the tablet **2104**, is docked to the cart stand **2108**, the system forms a full feature roll about system. The full feature roll about system may include, an adjustable height device **2106**, a gel holder **2110**, and a storage bin **2114**, a plurality of wheels **2116**, a hot probe holder **2120**, and the operator console **2124**. The control devices may include a keyboard **2112** on the operator console **2124** that may also have other peripherals added such as a printer or a video interface or other control devices.

US 9,877,699 B2

31

FIG. 22 illustrate a preferred cart system, for use in embodiments with a modular ultrasound imaging system in accordance with the invention. The cart system 2200 may be configured with a vertical support member 2212, coupled to a horizontal support member 2028. An auxiliary device connector 2018, having a position for auxiliary device attachment 2014, may be configured to connect to the vertical support member 2212. A 3 port Probe MUX connection device 2016 may also be configured to connect to the tablet. A storage bin 2224 can be configured to attach by a storage bin attachment mechanism 2222, to vertical support member 2212. The cart system may also include a cord management system 2226, configured to attach to the vertical support member. The cart assembly 2200 includes the support beam 2212 mounted on a base 2228 having wheels 2232 and a battery 2230 that provides power for extended operation of the tablet. The assembly can also include an accessory holder 2224 mounted with height adjustment device 2226. Holders 2210, 2218 can be mounted on beam 2212 or on console panel 2214. The multiport probe multiplex device 2216 connects to the tablet to provide simultaneous connection of several transducer probes which the user can select in sequence with the displayed virtual switch. A moving touch gesture, such as a three finger flick on the displayed image or touching of a displayed virtual button or icon can switch between connected probes.

FIG. 23 illustrates preferred cart mount system for a modular ultrasound imaging system in accordance with the invention. Arrangement 2300 depicts the tablet 2302, coupled to the docking station 2304. The docking station 2304 is affixed to the attachment mechanism 2306. The attachment mechanism 2306 may include a hinged member 2308, allowing for the user display to tilted into a user desired position. The attachment mechanism 2306 is attached to the vertical member 2312. A tablet 2302 as described herein can be mounted on the base docking unit 2304 which is mounted to a mount assembly 2306 on top of beam 2212. The base unit 2304 includes cradle 2310, electrical connectors 2305 and a port 2307 to connect to the system 2302 to battery 2230 and multiplexor device 2216.

FIG. 24 illustrates preferred cart system 2400 modular ultrasound imaging system in accordance with the invention in which tablet 2402 is connected on mounting assembly 2406 with connector 2404. Arrangement 2400 depicts the tablet 2402, coupled to the vertical support member 2408, via attachment mechanism 2404 without the docking element 2304. Attachment mechanism 2404 may include a hinged member 2406 for display adjustment.

FIGS. 25A and 25B illustrate a multi-function docking station. FIG. 25A illustrates docking station 2502, and tablet 2504, having a base assembly 2506, that mates to the docking station 2502. The tablet 2504, and the docking station 2502, may be electrically connected. The tablet 2504 may be released from docking station 2502, by engaging the release mechanism 2508. The docking station 2502 may contain a transducer port 2512, for connection of a transducer probe 2510. The docking station 2502 can contain 3 USB 3.0 ports, a LAN port, a headphone jack and a power connector for charging. FIG. 25B illustrates a side view of the tablet 2504, and docking station 2502, having a stand in accordance with the preferred embodiments of the present invention. The docking station may include an adjustable stand/handle 2526. The adjustable stand/handle 2526 may be tilted for multiple viewing angles. The adjustable stand/handle 2526 may be flipped up for transport purposes. The side view also illustrates a transducer port 2512, and a transducer probe connector 2510.

32

FIG. 26 illustrates a 2D imaging mode of operation with a modular ultrasound imaging system in accordance with the invention. The touch screen of table 2504 may display images obtained by 2-dimensional transducer probe using a 256 digital beamformer channels. The 2-dimensional image window 2602 depicts a 2-dimensional image scan 2604. The 2-dimensional image may be obtained using flexible frequency scans 2606, wherein the control parameters are represented on the tablet.

FIG. 27 illustrates a motion mode of operation with a modular ultrasound imaging system in accordance with the invention. The touch screen display of tablet 2700, may display images obtained by a motion mode of operation. The touch screen display of tablet 2700, may simultaneously display 2-dimensional 2706, and motion mode imaging 2708. The touch screen display of tablet 2700, may display a 2-dimensional image window 2704, with a 2-dimensional image 2706. Flexible frequency controls 2702 displayed with the graphical user interface can be used to adjust the frequency from 2 MHz to 12 MHz.

FIG. 28 illustrates a color Doppler mode of operation with a modular ultrasound imaging system in accordance with the invention. The touch screen display of tablet 2800 displays images obtained by color Doppler mode of operation. A 2-dimensional image window 2806 is used as the base display. The color coded information 2808, is overlaid on the 2-dimensional image 2810. Ultrasound-based imaging of red blood cells are derived from the received echo of the transmitted signal. The primary characteristics of the echo signal are the frequency and the amplitude. Amplitude depends on the amount of moving blood within the volume sampled by the ultrasound beam. A high frame rate or high resolution can be adjusted with the display to control the quality of the scan. Higher frequencies may be generated by rapid flow and can be displayed in lighter colors, while lower frequencies are displayed in darker colors. Flexible frequency controls 2804, and color Doppler scan information 2802, may be displayed on the tablet display 2800.

FIG. 29 illustrates a Pulsed wave Doppler mode of operation with a modular ultrasound imaging system in accordance with the invention. The touch screen display of tablet 2900, may display images obtained by pulsed wave Doppler mode of operation. Pulsed wave Doppler scans produce a series of pulses used to analyse the motion of blood flow in a small region along a desired ultrasound cursor called the sample volume or sample gate 2012. The tablet display 2900 may depict a 2-dimensional image 2902, wherein the sample volume/sample gate 2012 is overlaid. The tablet display 2900 may use a mixed mode of operation 2906, to depict a 2-dimensional image 2902, and a time/doppler frequency shift 2910. The time/doppler frequency shift 2910 can be converted into velocity and flow if an appropriate angle between the beam and blood flow is known. Shades of gray 2908, in the time/doppler frequency shift 2910, may represent the strength of signal. The thickness of the spectral signal may be indicative of laminar or turbulent flow. The tablet display 2900 can depict adjustable frequency controls 2904.

FIG. 30 illustrates a triplex scan mode of operation with a modular ultrasound imaging system in accordance with the invention. The tablet display 3000 may include a 2-dimensional window 3002, capable of displaying 2-dimensional images alone or in combination with the color Doppler or directional Doppler features. The touch screen display of tablet 3000, may display images obtained by color Doppler mode of operation. A 2-dimensional image window 3002 is used as the base display. The color coded information 3004,

US 9,877,699 B2

33

is overlaid **3006**, on the 2-dimensional image **3016**. The pulsed wave Doppler feature may be used alone or in combination with 2-dimensional imaging or the color Doppler imaging. The tablet display **3000** may include a pulsed wave Doppler scan represented by a sample volume/sample gate **3008**, overlaid over 2 dimensional images **3016**, or the color code overlaid **3006**, either alone or in combination. The tablet display **3000** may depict a split screen representing the time/doppler frequency shift **3012**. The time/doppler frequency shift **3012** can be converted into velocity and flow if an appropriate angle between the insolating beam and blood flow is known. Shades of gray **3014**, in the time/doppler frequency shift **3012**, may represent the strength of signal. The thickness of the spectral signal may be indicative of laminar or turbulent flow. The tablet display **3000** also may depict flexible frequency controls **3010**.

FIG. **31** illustrates a GUI home screen interface **3100**, for a user mode of operation, with a modular ultrasound imaging system in accordance with the invention. The screen interface for a user mode of operation **3100** may be displayed when the ultrasound system is started. To assist a user in navigating the GUI home screen **3100**, the home screen may be considered as including three exemplary work areas: a menu bar **3104**, an image display window **3102**, and an image control bar **3106**. Additional GUI components may be provided on the main GUI home screen **3100**, to enable a user to close, resize and exit the GUI home screen and/or windows in the GUI home screen.

The menu bar **3104** enables users to select ultrasound data, images and/or video for display in the image display window **3102**. The menu bar may include components for selecting one or more files in a patient folder directly and an image folder directory.

The image control bar **3106** includes touch controls that may be operated by touch and touch gestures applied by the user directly to the surface of the display. Exemplary touch controls may include, but are not limited to a depth control touch controls **3108**, a 2-dimensional gain touch control **3110**, a full screen touch control **3112**, a text touch control **3114**, a split screen touch control **3116**, a ENV touch control **3118**, a CD touch control **3120**, a PWD touch control **3122**, a freeze touch control **3124**, a store touch control **3126**, and a optimize touch control **3128**.

FIG. **32** illustrates a GUI menu screen interface **3200**, for a user mode of operation, with a modular ultrasound imaging system in accordance with the invention. The screen interface for a user mode of operation **3200** may be displayed when the menu selection mode is triggered from the menu bar **3204** thereby initiating operation of the ultrasound system. To assist a user in navigating the GUI home screen **3100**, the home screen may be considered as including three exemplary work areas: a menu bar **3204**, an image display window **3202**, and an image control bar **3220**. Additional GUI components may be provided on the main GUI menu screen **3200** to enable a user to close, resize and exit the GUI menu screen and/or windows in the GUI menu screen, for example.

The menu bar **3204** enables users to select ultra sound data, images and/or video for display in the image display window **3202**. The menu bar **3204** may include touch control components for selecting one or more files in a patient folder directory and an image folder directory. Depicted in an expanded format, the menu bar may include exemplary touch control such as, a patient touch control **3208**, a pre-sets touch control **3210**, a review touch control **3212**, a report touch control **3214**, and a setup touch control **3216**.

34

The image control bar **3220** includes touch controls that may be operated by touch and touch gestures applied by the user directly to the surface of the display. Exemplary touch controls may include, but are not limited to depth control touch controls **3222**, a 2-dimensional gain touch control **3224**, a full screen touch control **3226**, a text touch control **3228**, a split screen touch control **3230**, a needle visualization ENV touch control **3232**, a CD touch control **3234**, a PWD touch control **3236**, a freeze touch control **3238**, a store touch control **3240**, and a optimize touch control **3242**.

FIG. **33** illustrates a GUI patient data screen interface **3300**, for a user mode of operation, with a modular ultrasound imaging system in accordance with the invention. The screen interface for a user mode of operation **3300**, may be displayed when the patient selection mode is triggered from the menu bar **3302**, when the ultrasound system is started. To assist a user in navigating the GUI patient data screen **3300**, the patient data screen may be considered as including five exemplary work areas: a new patient touch screen control **3304**, a new study touch screen control **3306**, a study list touch screen control **3308**, a work list touch screen control **3310**, and an edit touch screen control **3312**. Within each touch screen control, further information entry fields are available **3314**, **3316**. For example, patient information section **3314**, and study information section **3316**, may be used to record data.

Within the patient data screen **3300**, the image control bar **3318**, includes touch controls that may be operated by touch and touch gestures applied by the user directly to the surface of the display. Exemplary touch controls may include, but are not limited to accept study touch control **3320**, close study touch control **3322**, print touch control **3324**, print preview touch control **3326**, cancel touch control **3328**, a 2-dimensional touch control **3330**, freeze touch control **3332**, and a store touch control **3334**.

FIG. **34** illustrates a GUI patient data screen interface **3400**, for a user mode of operation with a modular ultrasound imaging system in accordance with the invention. The screen interface for a user mode of operation **3400**, may be displayed when the pre-sets selection mode **3404**, is triggered from the menu bar **3402**, when the ultrasound system is started.

Within the pre-sets screen **3400**, the image control bar **3408**, includes touch controls that may be operated by touch and touch gestures applied by the user directly to the surface of the display. Exemplary touch controls may include, but are not limited to a save settings touch control **3410**, a delete touch control **3412**, CD touch control **3414**, PWD touch control **3416**, a freeze touch control **3418**, a store touch control **3420**, and a optimize touch control **3422**.

FIG. **35** illustrates a GUI review screen interface **3500**, for a user mode of operation, with a modular ultrasound imaging system in accordance with the invention. The screen interface for a user mode of operation **3500**, may be displayed when the pre-sets expanded review **3504**, selection mode **3404**, is triggered from the menu bar **3502**, when the ultrasound system is started.

Within the review screen **3500**, the image control bar **3516**, includes touch controls that may be operated by touch and touch gestures applied by the user directly to the surface of the display. Exemplary touch controls may include, but are not limited to a thumbnail settings touch control **3518**, sync touch control **3520**, selection touch control **3522**, a previous image touch control **3524**, a next image touch control **3526**, a 2-dimensional image touch control **3528**, a pause image touch control **3530**, and a store image touch control **3532**.

US 9,877,699 B2

35
36

A image display window **3506**, may allow the user to review images in a plurality of formats. Image display window **3506**, may allow a user to view images **3508**, **3510**, **3512**, **3514**, in combination or subset or allow any image **3508**, **3510**, **3512**, **3514**, to be viewed individually. The image display window **3506**, may be configured to display up to four images **3508**, **3510**, **3512**, **3514**, to be viewed simultaneously.

FIG. **36** illustrates a GUI Report Screen Interface for a user mode of operation with a modular ultrasound imaging system in accordance with the invention. The screen interface for a user mode of operation **3600**, may be displayed when the report expanded review **3604**, is triggered from the menu bar **3602**, when the ultrasound system is started. The display screen **3606**, contains the ultrasound report information **3626**. The user may use the worksheet section within the ultrasound report **3626**, to enter in comments, patient information and study information.

Within the report screen **3600**, the image control bar **3608**, includes touch controls that may be operated by touch and touch gestures applied by the user directly to the surface of the display. Exemplary touch controls may include, but are not limited to a save touch control **3610**, a save as touch control **3612**, a print touch control **3614**, a print preview touch control **3616**, a close study touch control **3618**, a 2-dimensional image touch control **3620**, a freeze image touch control **3622**, and a store image touch control **3624**.

FIG. **37** illustrates a GUI Setup Screen Interface for a user mode of operation with a modular ultrasound imaging system in accordance with the invention. The screen interface for a user mode of operation **3700**, may be displayed when the report expanded review **3704**, is triggered from the menu bar **3702**, when the ultrasound system is started.

Within the setup expanded screen **3704**, the setup control bar **3744**, includes touch controls that may be operated by touch and touch gestures, applied by the user directly to the surface of the display. Exemplary touch controls may include, but are not limited to a general touch control **3706**, a display touch control **3708**, a measurements touch control **3710**, annotation touch control **3712**, a print touch control **3714**, a store/acquire touch control **3716**, a DICOM touch control **3718**, an export touch control **3720**, and a study information image touch control **3722**. The touch controls may contain a display screen that allow the user to enter configuration information. For example, the general touch control **3706**, contains a configuration screen **3724**, wherein the user may enter configuration information. Additionally, the general touch control **3706**, contains a section allowing user configuration of the soft key docking position **3726**. FIG. **37**B depicts the soft key controls **3752**, with a right side alignment. FIG. **37**B further illustrates that activation of the soft key control arrow **3750**, will change the key alignment to the opposite side, in this case, left side alignment. FIG. **37**C depicts left side alignment of the soft key controls **3762**, the user may activate an orientation change by using the soft key control arrow **3760**, to change the position to right side alignment.

Within the review screen **3700**, the image control bar **3728**, includes touch controls that may be operated by touch and touch gestures applied by the user directly to the surface of the display. Exemplary touch controls may include but are not limited to, a thumbnail settings touch control **3730**, sync touch control **3732**, selection touch control **3734**, a previous image touch control **3736**, a next image touch control **3738**, a 2-dimensional image touch control **3740**, and a pause image touch control **3742**.

FIG. **38** illustrates a GUI Setup Screen Interface for a user mode of operation with a modular ultrasound imaging system in accordance with the invention. The screen interface for a user mode of operation **3800**, may be displayed when the report expanded review **3804**, is triggered from the menu bar **3802**, when the ultrasound system is started.

Within the setup expanded screen **3804**, the setup control bar **3844**, includes touch controls that may be operated by touch and touch gestures applied by the user directly to the surface of the display. Exemplary touch controls may include, but are not limited to a plurality of icons such as a general touch control **3806**, a display touch control **3808**, a measurements touch control **3810**, annotation touch control **3812**, a print touch control **3814**, a store/acquire touch control **3816**, a DICOM touch control **3818**, an export touch control **3820**, and a study information image touch control **3822**. The touch controls can contain a display screen that allow the user to enter store/acquire information. For example, the store/acquire touch control **3816**, contains a configuration screen **3802**, wherein the user may enter configuration information. The user can actuate a virtual keyboard allowing the user to enter alphanumeric characters in different touch activated fields. Additionally, the store/acquire touch control **3802**, contains a section allowing user enablement of retrospective acquisition **3804**. When the user enables the store function, the system is defaulted to store prospective cine loops. If the user enables the enable retrospective capture, the store function may collect the cine loop retrospectively.

Within the setup screen **3800**, the image control bar **3828**, includes touch controls that may be operated by touch and touch gestures applied by the user directly to the surface of the display. Exemplary touch controls may include, but are not limited to a thumbnail settings touch control **3830**, synchronize touch control **3832**, selection touch control **3834**, a previous image touch control **3836**, a next image touch control **3838**, a 2-dimensional image touch control **3840**, and a pause image touch control **3842**.

FIGS. **39**A and **39**B illustrate an XY bi-plane probe consisting of two one dimensional, multi-element arrays. The arrays may be constructed where one array is on top of the other with a polarization axis of each array being aligned in the same direction. The elevation axis of the two arrays can be at a right angle or orthogonal to one another. Exemplary embodiments can employ transducer assemblies such as those described in U.S. Pat. No. 7,066,887, the entire contents of which is incorporated herein by reference, or transducers sold by Vernon of Tours Cedex, France, for example. Illustrated by FIG. **39**A, the array orientation is represented by arrangement **3900**. The polarization axis **3908**, of both arrays are pointed in the z-axis **3906**. The elevation axis of the bottom array, is pointed in y-direction **3902**, and the elevation axis of the top array, is in the x-direction **3904**.

Further illustrated by FIG. **39**B, a one dimensional multi-element array forms an image as depicted in arrangement **3912**. A one-dimensional array with an elevation axis **3910**, in a y-direction **3914**, forms the ultrasound image **3914**, on the x-axis **3904**, z-axis **3906**, plane. A one-dimensional array with the elevation axis **3910**, in the x-direction **3904**, forms the ultrasound image **3914**, on the y-axis **3902**, z-axis **3906**. A one dimensional transducer array with elevation axis **3910**, along a y-axis **3902**, and polarization axis **3908**, along a z-axis **3906**, will result in a ultrasound image **3914**, formed along the x **3904** and the z **3906** plane. An alternate embodiment illustrated by FIG. **39**C depicts a one-dimensional transducer array with an elevation axis **3920**, in a

US 9,877,699 B2

37

x-axis **904**, and a polarization axis **3922**, in the z-axis **3906**, direction. The ultrasound image **3924**, is formed on the y **3902** and the z **3906** plane.

FIG. **40** illustrates the operation of a bi-plane image forming xy-probe where array **4012** has a high voltage applied for forming images. High voltage driving pulses **4006**, **4008**, **4010**, may be applied to the bottom array **4004**, with a y-axis elevation. This application may result in generation of transmission pulses for forming the received image on the XZ plane, while keeping the elements of the top array **4002** at a grounded level. Such probes enable a 3D imaging mode using simpler electronics than a full 2D transducer array. A touchscreen activated user interface as described herein can employ screen icons and gestures to actuate 3D imaging operations. Such imaging operations can be augmented by software running on the tablet data processor that processes the image data into 3D ultrasound images. This image processing software can employ filtering smoothing and/or interpolation operations known in the art. Beamsteering can also be used to enable 3D imaging operations. A preferred embodiment uses a plurality of 1D sub-array transducers arranged for bi plane imaging.

FIG. **41** illustrates the operation of a bi-plane image forming xy-probe. FIG. **41** illustrates a array **4110**, that has a high voltage applied to it for forming images. High voltage pulses **4102**, **4104**, **4106**, may be applied to the top array **4112**, with elevation in the x-axis, generating transmission pulses for forming the received image on the yz-plane, while keeping the elements of the bottom array **4014**, grounded **4108**. This embodiment can also utilize orthogonal 1D transducer arrays operated using sub-array beamforming as described herein.

FIG. **42** illustrates the circuit requirements of a bi-plane image forming xy-probe. The receive beamforming requirements are depicted for a bi-plane probe. A connection to receive the electronics **4202**, is made. Then elements from the select bottom array **4204**, and select top array **4208**, are connected to share one connect to the receive electronics **4202** channel. A two to one mux circuit can be integrated on the high voltage driver **4206**, **4210**. The two to one multiplexor circuit can be integrated into high voltage driver **4206**, **4212**. One receive beam is formed for each transmit beam. The bi-plane system requires a total of 256 transmit beams for which 128 transmit beams are used for forming a XZ-plane image and the other 128 transmit beams are used for forming a YZ-plane image. A multiple-received beam forming technique can be used to improve the frame rate. An ultrasound system with dual received beam capabilities for each transmit beam provides a system in which two received beams can be formed. The bi-plane probe only needs a total of 128 transmit beams for forming the two orthogonal plane images, in which 64 transmit beams are used to form a XZ-plane image with the other 64 transmit beams for the YZ-plane image. Similarly, for an ultrasound system with a quad or 4 receive beam capability, the probe requires 64 transmit beams to form two orthogonal-plane images.

FIGS. **43A-43B** illustrate an application for simultaneous bi-plane evaluation. The ability to measure the LV mechanical dyssynchrony with echocardiograph can help identify patients that are more likely to benefit from Cardiac Resynchronization Therapy. LV parameters needed to be quantified are Ts-(lateral-septal), Ts-SD, Ts-peak, etc. The Ts-(lateral-septal) can be measured on a 2D apical 4-chamber view Echo image, while the Ts-SD, Ts-peak (medial), Ts-onset (medial), Ts-peak(basal), Ts-onset (basal) can be obtained on two separated parasternal short-axis views with 6 segments at the level of mitral valve and at the papillary

38

muscle level, respectively, providing a total of 12 segments. FIG. **43A-43B** depicts an xy-probe providing apical four chamber **4304**, and apicial two chamber **4302** images, to be viewed simultaneously.

FIGS. **44A-44B** illustrate ejection fraction probe measurement techniques. The biplane-probe provides for EF measurement, as visualization of two orthogonal planes ensure on-axis views are obtained. Auto-border detection algorithm, provides quantitative Echo results to select implant responders and guide the AV delay parameter setting. As depicted in FIG. **44** A XY probe acquires real-time simultaneous images from two orthogonal planes and the images **4402**, **4404** are displayed on a split screen. A manual contour tracing or automatic boarder tracing technique can be used to trace the endocardial boarder at both end-systole and end-diastolic time from which the EF is calculated. The LV areas in the apical 2CH **4402**, and 4CH **4404**, views, A1 and A2 respectively, are measured at the end of diastole and the end of systole. The LVEDV, left ventricular end-diastolic volume, and LVESV, left ventricular the end-systole volume, are calculated using the formula:

$$V = \frac{8}{3\pi}\frac{A_1 A_2}{L}.$$

And the ejection fraction is calculated by

$$EF = \frac{LVEDV - LVESD}{LVEDV}.$$

It is noted that the operations described herein are purely exemplary, and imply no particular order. Further, the operations can be used in any sequence, when appropriate, and/or can be partially used. Exemplary flowcharts are provided herein for illustrative purposes and are non-limiting examples of methods. One of ordinary skill in the art will recognize that exemplary methods may include more or fewer steps than those illustrated in the exemplary flowcharts, and that the steps in the exemplary flowcharts may be performed in a different order than shown.

In describing exemplary embodiments, specific terminology is used for the sake of clarity. For purposes of description, each specific term is intended to at least include all technical and functional equivalents that operate in a similar manner to accomplish a similar purpose. Additionally, in some instances where a particular exemplary embodiment includes a plurality of system elements or method steps, those elements or steps may be replaced with a single element or step. Likewise, a single element or step may be replaced with a plurality of elements or steps that serve the same purpose. Further, where parameters for various properties are specified herein for exemplary embodiments, those parameters may be adjusted up or down by $\frac{1}{20}$th, $\frac{1}{10}$th, $\frac{1}{5}$th, $\frac{1}{3}$rd, $\frac{1}{2}$, etc., or by rounded-off approximations thereof, unless otherwise specified.

With the above illustrative embodiments in mind, it should be understood that such embodiments can employ various computer-implemented operations involving data transferred or stored in computer systems. Such operations are those requiring physical manipulation of physical quantities. Typically, though not necessarily, such quantities take the form of electrical, magnetic, and/or optical signals capable of being stored, transferred, combined, compared, and/or otherwise manipulated.

US 9,877,699 B2

39

Further, any of the operations described herein that form part of the illustrative embodiments are useful machine operations. The illustrative embodiments also relate to a device or an apparatus for performing such operations. The apparatus can be specially constructed for the required purpose, or can incorporate general-purpose computer devices selectively activated or configured by a computer program stored in the computer. In particular, various general-purpose machines employing one or more processors coupled to one or more computer readable media can be used with computer programs written in accordance with the teachings disclosed herein, or it may be more convenient to construct a more specialized apparatus to perform the required operations.

The foregoing description has been directed to particular illustrative embodiments of this disclosure. It will be apparent, however, that other variations and modifications may be made to the described embodiments, with the attainment of some or all of their associated advantages. Moreover, the procedures, processes, and/or modules described herein may be implemented in hardware, software, embodied as a computer-readable medium having program instructions, firmware, or a combination thereof. For example, one or more of the functions described herein may be performed by a processor executing program instructions out of a memory or other storage device.

It will be appreciated by those skilled in the art that modifications to and variations of the above-described systems and methods may be made without departing from the inventive concepts disclosed herein. Accordingly, the disclosure should not be viewed as limited except as by the scope and spirit of the appended claims.

The invention claimed is:

1. A handheld medical ultrasound imaging device comprising:
  a transducer probe housing a transducer array; and
  a tablet housing powered by a battery, the housing having a front panel, a computer in the tablet housing, the computer including at least one processor and at least one memory, a touch screen display that displays an ultrasound image and a graphical user interface having a plurality of touch actuated icons, the touch screen display positioned on the front panel, and an ultrasound beamformer processing circuit disposed in the tablet housing that receives image signals from the transducer array, the touch screen display and the ultrasound beamformer processing circuit being communicably connected to the computer, the computer being configured to respond to a first input from the touch screen display to alter an operation of the ultrasound beamformer processing circuit to display an ultrasound image, a second input from the touch screen display actuating a needle guide operation such that a needle can be visualized with an image on the touch screen display, a third input from the touch screen display that actuates an imaging depth control adjustment with a touch gesture, and a fourth input from the touch screen display that actuates split screen viewing of the ultrasound image and a second diagnostic image on the touch screen display.

2. The device of claim 1 wherein the first input corresponds to a moving gesture on the touch screen display.

3. The device of claim 1 wherein the transducer array comprises a bi plane transducer array.

4. The device of claim 3 further comprising a second input that includes a double tap gesture against the touch screen display.

40

5. The device of claim 3 further comprising in response to the second input from the touch screen display, displaying a first cursor inside a region of a virtual window displaying a magnified image.

6. The device of claim 5 further comprising receiving, at the computer, a fifth input from the touch screen display, the fifth input being received inside the region of the virtual window.

7. The device of claim 6 wherein the fifth input corresponds to a drag gesture on the touch screen display.

8. The device of claim 6 further comprising in response to the fifth input from the touch screen display, moving the first cursor to a first location inside the region of the virtual window.

9. The device of claim 8 further comprising receiving, at the computer, a sixth input from the touchscreen display, the sixth input being received at the first location inside the region of the virtual window.

10. The device of claim 6 further comprising in response to the fifth input from the touch screen display, fixing the first cursor at the first location inside the region of the virtual window.

11. The device of claim 10 further comprising performing, by the computer, at least one measurement on the ultrasound image based at least in part on the first cursor at the first location.

12. The device of claim 1 further comprising a further input that corresponds to a double tap gesture against the touchscreen display.

13. The device of claim 10 wherein the computer receives a further input from the touchscreen display, the further input being received inside the region of the virtual window.

14. The device of claim 13 wherein the further input corresponds to a press and drag gesture against the touch screen display.

15. The device of claim 13 further comprising in response to the further input from the touch screen display connecting a line on the touch screen display extending from the first cursor across at least a portion of the ultrasound image to a second location inside the region of the virtual window.

16. The device of claim 1 wherein the wherein the housing has a volume of less than 2500 cubic centimeters.

17. The device of claim 1 wherein the housing is connected to a stand.

18. The device of claim 17 wherein the stand rotates relative to the housing.

19. The device of claim 1 wherein the housing mounts on a cart.

20. The device of claim 1 wherein a multiplexor on the cart can electrically connect to the tablet housing to connect to a plurality of transducer arrays.

21. The device of claim 17 wherein the housing docks with the stand.

22. The device of claim 21 wherein the stand housing is electrically connected to the stand and wherein the stand has external communication parts.

23. The device of claim 20 wherein the multiplexor can be switched using a touch gesture.

24. The device of claim 1, wherein the ultrasound image includes an image of a portion of a patient's body.

25. The device of claim 1, further comprising a needle guide to position the needle with respect to a portion of the patient's body.

26. The device of claim 1, wherein the touch screen display further displays a visualization of the needle in a split screen format.

US 9,877,699 B2

41

27. The device of claim 1, wherein the touch screen further displays an image of the needle within a patient's body.

28. The device of claim 1, wherein the touch screen display further displays at least one needle visualization touch control.

29. The device of claim 1, wherein the at least one needle visualization touch control is configured to guide the needle during a needle injection.

30. The device of claim 1, wherein the at least one needle visualization touch control includes controlling the dynamic range or performing a desired map operation.

31. The device of claim 1, wherein the at least one needle visualization touch control includes at least one of a press gesture, or a press and drag gesture.

32. The device of claim 1, further comprising a needle position sensing system.

33. The device of claim 32, wherein the needle position sensing system includes a passive ultrasound transducer element.

34. The device of claim 32, wherein the needle position sensing system includes at least one ultrasound transducer element operatively coupled to a needle guide.

35. The device of claim 32, wherein the needle position sensing system includes an ultrasound imaging probe assembly.

36. The device of claim 1, further comprising a needle guide mounted to the ultrasound imaging probe assembly via a needle guide mounting bracket.

37. The device of claim 32, wherein the needle position sensing system includes an ultrasound reflector configured to reflect ultrasonic waves.

38. The device of claim 37, wherein the ultrasound reflector is operatively coupled to the needle.

39. The device of claim 37, wherein the ultrasound reflector is operatively coupled to an exposed end of the needle.

40. The device of claim 37, wherein a position of the ultrasound reflector is determined by transmitting an ultrasonic wave from a transducer element on a needle guide.

41. The device of claim 37, wherein the ultrasound reflector is configured to reflect the ultrasonic wave back to the transducer element.

42. The device of claim 37, wherein a distance between the ultrasound reflector and the transducer element is calculated based on a time delay of the reflected ultrasonic wave.

43. The device of claim 32, wherein the needle position sensing system includes a needle guide and transducer elements enclosed in an enclosure of an imaging probe.

44. The device of claim 32, wherein the needle position sensing system includes a linear ultrasound array mounted substantially parallel to a direction of movement of the needle.

45. A method of operating a handheld medical ultrasound imaging device, the medical ultrasound imaging device comprising a transducer probe, a tablet housing, the tablet housing having a front panel, a computer in the housing, the computer including at least one processor and at least one memory, a touch screen display that displays an ultrasound image, the image being adjustable in response to an imaging depth control touch gesture and that displays a split screen icon such that the touch screen can operate in a split screen format to display the ultrasound image and a second diag-

42

nostic image, the touch screen display positioned on the front panel, and an ultrasound beamformer processing circuit disposed in the tablet housing that is powered by a battery, the touch screen display and the ultrasound beamformer processing circuit being communicably coupled to the computer, the method comprising the steps of:

receiving, at the computer, a first input from the touch screen display to actuate a needle guide operation; and

in response to a second input from the touch screen display, operating the ultrasound beamformer processing circuit to image a needle inserted into a patient.

46. The method of claim 45 further comprising a further input corresponding to a moving gesture on the touch screen display.

47. The method of claim 45 further comprising receiving, at the computer, a third input from the touch screen display that corresponds to a double tap gesture against the touch screen display.

48. The method of claim 45 wherein a third input corresponds to a drag gesture on the touch screen display.

49. The method of claim 48 further comprising in response to the third input from the touch screen display, moving the first cursor to a first location inside the region of a virtual window.

50. The method of claim 49 further comprising receiving, at the computer, a fourth input from the touchscreen display, the fourth input being received at the first location inside the region of the virtual window.

51. The method of claim 45 wherein a third input corresponds to a press gesture against the touch screen display.

52. The method of claim 45 further comprising receiving, at the computer, a second further input from the touchscreen display, the second further input being received substantially simultaneously with the further input.

53. The method of claim 45 wherein the second further input corresponds to a tap gesture against the touchscreen display.

54. The method of claim 45 wherein a third input corresponds to a double tap gesture against the touchscreen display.

55. The method of claim 54 further comprising in response to the third further input from the touch screen display, displaying a second cursor at a second location inside the region of a virtual window.

56. The method of claim 55 further comprising performing, by the computer, at least one measurement on the ultrasound image based at least in part on the respective locations of the first and second cursors inside the region of the virtual window.

57. The method of claim 55 further comprising receiving, at the computer, a fourth further input from the touch screen display, the fourth further input being received inside the region of the virtual window.

58. The method of claim 57 wherein the fourth further input corresponds to a press and drag gesture against the touch screen display.

59. The method of claim 57 further comprising in response to the fourth further input from the touch screen display, providing a connecting line on the touch screen display extending from the first cursor across at least a portion of the ultrasound image to a second location inside the region of the virtual window.

* * * * *