# EXHIBIT F


**terason™**
Division of TERATECH Corporation

<u>Mindray OEM order/Purchase Form</u>
Terason Order No.: H3-062204ML-Mindray
Date: July 13, 2023
Mindray Order No:_____
Date:_____

PRESENTED TO:

Mr. Xian Cheng Liu
Shengzhen Mindray Bi-Medical Electroinc Co. Ltd.
Mindray Bulding,Keji 12th Road South, Hi-tech Industrial
Park,Nanshan Zhengzhen 518057
P.R.China
Phone: +86 755-2658 2888
email: liuxiancheng@mindray.com.cn

PRESENTED BY:

Mark Laforast
Sr. VP and
 Sean X. Zhu
Business Manager, Asia
Terason, a division of Teratech Corp.
77-79 Terrace Hall Ave.
Burlington, Mass. 01803
 Ph: 781 270-4143  Fax: 781 270-4145

## TERASON™ 2000  Mindray OEM SYSTEM

| Line Item | Qty | Part No. | Terason Product Description | Unit Price USD$(FCA Burlington USA) | Discount | Total Price USD$ (FCA Burlington USA) |
|---|---|---|---|---|---|---|
| 01 | 10 | TBD | Terason 2000 Mindray OEM Ultrasound System<br>Each system Including:<br> 1 10L5 Linear Array Transducer<br> 1 4C2 Curved Array Transducer<br> 1 Terason 128 channels ultrasound engine<br> 1 set Terason SW Application with following<br> package:<br> B-Mode imaging;<br> Trapezoid Imaging;<br> M-Mode imaging;<br> PWD imaging;<br> Power Doppler imaging;<br> Directional Power Doppler imaging;<br> Color Flow (CFM) imaging.<br> Cardiac Measurement package<br> Abdominal Measurement package<br> OB/GYN Measurement package<br> Vascular and Small Parts measurement ;<br> Non-step zooming and postprocessing;<br> Cine loop saving and playback<br> Image Sort and Mosaic  Image Searching<br> AVI and JPEG, TIF .Terason format Saving<br>images.<br>**ORDER CONTINGENT UPON SIGNED OEM**<br>**AGREEMENT** | $13,500.00 | | $135,000.00 |

subtotal (tax not included)   $135,000.00
balance upon delivery

| Terms of Delivery: | Freight charges prepaid and added to invoice | Payment Terms: (See Exhibit A) | |
| Est. Del. A.R.O.: | 30-45 day | Terms and Conditions: (see Exhibit A) | One Year Warranty |

*Offer valid for 30 days after quotation date and subject to change or withdrawal prior to acceptance.*

### AUTHORIZED SIGNATURES REQUIRED FOR ACCEPTANCE

Purchase Order No. _____

Acceptance Date _____

_____
Purchaser's Authorized Signature          Title

<u>Terason Division of TERATECH Corporation</u>

Acceptance Date_____

_____
Terason Authorized Signature          Title



EXHIBIT A
Terason Division of TERATECH CORPORATION
TERMS AND CONDITIONS OF SALE

All Purchases from Terason, a division of Teratech Corporation (the "Seller"), by the purchaser named herein ("Purchaser") shall be governed by the terms of this Exhibit. In the event of any inconsistency or conflict between any purchase order and this Exhibit, the terms and conditions of this Exhibit shall prevail.

1.      Quote is contingent upon the following:

Customer commits to receive 10 units OEM DEMO systems for research, development and SDA registration. Customer agrees to integrate ultrasound system into a Conventional cart based ultrasound. Customer Cannot market the ultrasound system as a laptop Or PC Based Unit. Only probes that will be available will be the 10L5 Linear Array and 4C2 Curved Array transducers.

2.      ORDERS. All orders to purchase Products shall be made in writing and shall be subject to written acceptance.

3.      QUOTATIONS AND PRICES. Seller's prices and quotations are subject to the following:

(a)     Quotations are only solicitations for offers and not offers which may be accepted by the Purchaser.

(b)     Shipments will be billed at prices in effect on the date of acceptance of Purchaser's order.

(c)     All prices quoted shall be exclusive of the costs of transportation or insurance, taxes, including without limitation, any sales, use or similar tax, license fees, customs fees, duties and other charges related thereto, which shall be the responsibility of Purchaser. Any such costs shall be separately itemized on Seller's invoices and paid by Purchaser, or, in lieu thereof, Purchaser shall furnish Seller a properly executed tax exemption certificate prior to shipment.

4.      TERMS OF PAYMENT. Full payment of the Purchase Price for each Product (including any freight, taxes or other applicable costs initially paid by Seller but to be borne by Purchaser) shall be made to Seller in U.S. Dollars, in 30 days.

5.      TRANSPORTATION AND RISK OF LOSS. All shipments shall be F.C.A. Seller's plant(s) and title and risk of loss of damage shall pass to Purchaser upon delivery to carrier at such point. Seller does not accept any liability for losses or added costs due to delivery delays.

6.      ACCEPTANCE. Each product shall be deemed accepted by Purchaser unless written notice of nonconformity is received within fourteen (14) days of installation. Use of any Product by Purchaser or any of its agents, employees, or licensees, for any purpose (other than to determine that it meets specifications) after delivery thereof, shall constitute acceptance.

7.      WARRANTY. The Seller warrants that each Product purchased by Purchaser under this Agreement will, at the time of initial shipment, be in conformity with Seller's then published specifications and free from defects in material and workmanship. Seller will, at Seller's option, repair or replace any Product that does not conform to this warranty or take back the nonconforming product or device and refund the monies paid by Purchaser for such Product provided Seller is notified of the nonconforming Product as follows: (i) within twenty four (24) months from the initial date of delivery of the each OEM system; or (ii) within fourteen (14) days of installation. Purchaser shall notify Seller in writing of any defects and obtain Seller's approval pursuant to these Terms and Conditions before returning any Product.

Transportation charges on any product or device returned from Purchaser to Seller shall be at Purchaser's expense, and any product or device returned from Seller to Purchaser shall be at Seller's expense. The warranty provided herewith shall be void in the event (1) the Product fails, malfunctions or is damaged as a result of improper handling, installation, maintenance, removal, modification or repair by Purchaser or a third party; or (2) the Product is accidentally damaged, subject to abuse or improper use; or (3) the Product is altered or damages such that Seller is unable to verify the defect with its normal test equipment. EXCEPT AS EXPRESSLY SET FORTH ABOVE, THERE ARE NO WARRANTIES EXPRESS OR IMPLIED OR ANY AFFIRMATION OF FACT OR REPRESENTATION INCLUDING WITHOUT LIMITATION ANY WARRANTY OF MERCHANTABILITY, OR FITNESS FOR A PARTICULAR PURPOSE. THE FOREGOING SHALL CONSTITUTE PURCHASER'S SOLE RIGHT AND REMEDY WITH RESPECT TO PRODUCTS.

8.      LIMITATION OF LIABILITY. NOTWITHSTANDING ANYTHING TO THE CONTRARY ELSEWHERE HEREIN, SELLER SHALL NOT BE LIABLE FOR ANY INCIDENTAL, SPECIAL, REMOTE OR CONSEQUENTIAL DAMAGES (INCLUDING BUT NOT LIMITED TO LOSS OF REVENUE OR PROFITS) ARISING FROM OR CAUSED, DIRECTLY OR INDIRECTLY BY THE USE OF PRODUCT BY PURCHASER, OR BY THE PERFORMANCE OR FAILURE OF THE SELLER TO PERFORM UNDER ANY AGREEMENT, OR BY ANY OTHER ACT OR OMISSION OF SELLER OR BY ANY OTHER CAUSE. FURTHER, AND IN NO EVENT WILL SELLER'S TOTAL LIABLITIY TO PURCHASER EXCEED THE SUM PAID TO SELLER BY PURCHASER FOR THE PRODUCTS SOLD HEREUNDER.

9.      INTELLECTUAL PROPERTY. No rights to any intellectual property residing in the Products, software, documentation, or any data furnished hereunder are granted except the right to use such intellectual property. Purchaser recognizes that, among other items, computer software necessary to the operation of Products is confidential information belonging to Seller. Purchaser shall have no right to copy, reproduce or disclose to others in whole or in part any of the above without the prior written permission of Seller.

10.     INDEMNITY. As an express condition of sale, Purchaser agrees to hold Seller and its employees and affiliates harmless from any damage or injury whatsoever resulting from or in any way related to: (i) any fault or neglect of others not parties hereto; (ii) any fault or neglect of Purchaser, its employees, agents or licensees; and (iii) use or operation of the equipment by Purchaser, its agents, employees or licensees. Purchaser shall so indemnify Seller notwithstanding any fault or neglect attributable to Seller, provided however, if it is determined, in accordance with applicable law, that any fault or neglect of Seller, its employees or agents materially contributes to damage or injury, to third parties resulting from or related to any of the causes set forth in classes (i) or (ii) hereinabove, Seller shall be responsible in such proportion as reflects its relative fault therefore.

11.     DISPUTES. All disputes under any contract concerning Products not otherwise resolved between Purchaser and Seller shall be finally resolved in a court of competent jurisdiction for the judicial district encompassing Burlington, Massachusetts. Purchaser hereby consents to the jurisdiction of such court or courts. No action, regardless of form, arising out of, or in any way connected with, any Product or service furnished, or to be furnished, may be brought by Purchaser more than (1) one year after the cause of action has accrued to Purchaser.

77-79 Terrace Hall Avenue Burlington, MA 01803 ▲ voice 781-270-4143 ▲ fax: 781-270-4145
www.terason.com      An ISO 9001 Company

## OEM AGREEMENT

This OEM Agreement (this "Agreement") is entered into as of this 15th day of July, 2004 (the "Effective Date") by and between TERASON, a division of Teratech Corporation, a Delaware corporation with its principal executive offices located at 77-79 Terrace Hall Avenue, Burlington, Massachusetts ("TERASON"), and Shenzhen Mindray Bio-Medical Electronics Co. Ltd., a People's Republic of China corporation with its principal executive offices located at Mindray Building, Keji 12th Road South, Hi-tech Industrial Park, Nanshan Shenzhen 518057 P.R.China (hereinafter referred to as "OEM").

### Preamble

Whereas, TERASON manufactures, markets and services ultrasound systems and related items;

WHEREAS, OEM develops and distributes integrated ultrasound solutions, and

Whereas, TERASON desires to appoint OEM, and OEM desires to accept appointment as TERASON's exclusive OEM of Terason products for integration into OEM's Combined Products and distribution of Combined Products to the Market ('Market').

NOW, THEREFORE, in consideration of the mutual agreements and promises set forth herein, the parties agree as follows.

1.    Definitions.

    1.1.  Agreement: This Agreement together will all attached appendices.

    1.2. Delivery Date: The projected delivery date of an order for TERASON Products submitted by means of a Purchase Order. See Section 3.4.

    1.3. Documentation: Those instructional documents, which are included in the delivery of a TERASON Product.

    1.4. Effective Date: As defined in the first paragraph of this Agreement.

    1.5. End-User: A person, natural or otherwise, that has purchased a TERASON Product for its own use and not for re-distribution or re-sale.

    1.6. Intellectual Property Rights: All applicable copyrights, patent rights, trade secrets and intellectual property rights owned or held by a Party.

1.7. Material Defect: An internal condition of any Product purchased under the terms of this Agreement that precludes the Product's intended operation.

1.8. Market: The Market that the OEM shall serve includes physicians, administrators and other agents purchasing the Combined Products for use in the Hospital, Private Practice, and similar healthcare environments. OEM may also supply other medical companies with Combined Products for further distribution under OEM's brand or as brand of the other medical company.

1.9. Parties: TERASON and OEM.

1.10.    Product(s): The Terason 2000, upgrades, enhancements, and accessories as may be manufactured, distributed, or licensed for general sale directly by TERASON as described in Appendix A.

1.11.    Combined Product(s): The products distributed and marketed by OEM that combine and/or integrate TERASON Products and OEM's Products into an ultrasound solution using the OEM's branding. This combined product must be based upon the OEM's conventional cart based ultrasound system, use the OEM's console design and marketed as a traditional ultrasound solution. The combined product cannot be marketed as a PC based or laptop based solution similar to the TERASON Products.

1.12.    Purchase Price: The price that OEM shall pay for a Product purchased under the terms of this Agreement as described in Appendix A.

1.13.    Standard Hours: 9 a.m. to 5 p.m. E.S.T., on business days and excluding holidays.

1.14.    OEM Distributor: A person, natural or otherwise, who purchases a Combined Product from OEM for re-distribution to either another distributor or an End-User.

1.15.    Support Services: The customer service support required of OEM to provide for any TERASON Product distributed as part of a Combined Product under this Agreement as described in Section 7.

1.16.    Term: The term of this Agreement as described in Section 15.

1.17.    Territory: The geographic territory in which the OEM shall undertake the responsibilities specified in this Agreement. For this Agreement, this geographic territory is defined as worldwide.

2.    OEM's Appointment.

2.1. TERASON appoints OEM and OEM accepts appointment as an exclusive OEM in China to promote, distribute and sell the Combined Products under OEM's brand name in the Market and Territory for a period of 24 (Twenty-four) months, commencing from the date OEM obtains necessary Registration for Product from competent authority in China (hereinafter referred to as "PERIOD"), upon the terms and conditions set forth in this Agreement TERASON shall not appoint any third party in China to promote, distribute or sell the Product, as defined by the Ultrasound Engine definition in Exhibit A- under any brand name or logo other than TERASON within the PERIOD.-

2.2. OEM covenants and warrants that:

2.2.1. OEM shall use commercially reasonable efforts to penetrate and develop the market for the Combined Products in the Territory and vigorously and diligently promote, distribute and sell the Combined Products only in the Territory designated herein;

2.2.2. OEM shall not solicit and is not authorized to sell TERASON Products to its Affiliates, distributors or other prospective customers for resale or use as a standalone product. If OEM receives any order for any TERASON standalone Product from an Affiliate, Sub-distributor or other prospective customer for re-sale, then OEM shall immediately refer the order to TERASON.

2.2.3. OEM shall neither act nor represent itself directly or by implication as an agent for TERASON, and shall not attempt to create any obligation, or make any representation, on behalf or in the name of TERASON; and

2.2.4. OEM shall maintain a high standard of personal and professional conduct in the representation of TERASON and its Products at all times, including but not limited to the avoidance of all discrimination or harassment based on age, sex, race, religion, or national origin.

2.3. Nothing in this Agreement shall entitle OEM to any priority for Product supply over TERASON's other customers and or distributors who likewise have no priority over OEM.

3.    Commissions and Payments.

3.1. All purchases of TERASON Products by OEM from TERASON during the Term shall be subject to the terms and conditions of this Agreement.

3.2. All Purchase Prices are F.O.B., TERASON's designated facility in Burlington, Massachusetts.   TERASON shall inform OEM of any price increase upon  one hundred and eighty (180) day's advance written Notice to OEM Such increase shall apply to orders received after the passing of 180 days after receipt by OEM of the notice. TERASON shall inform OEM of any price decrease by written notice.

3.3. OEM's Purchase Price does not include any foreign or local sales, use or other similar taxes, however designated, levied against the sale, licensing, delivery or use of the Products to OEM.  OEM shall pay, or reimburse TERASON for, all such taxes imposed on OEM or TERASON, provided, however, that OEM shall not be liable for any taxes based on TERASON's net income or operations.  When TERASON has the legal obligation to collect such taxes, the appropriate amount shall be added to OEM's invoice and paid by OEM unless OEM provides TERASON with a valid tax exemption certificate authorized by the appropriate taxing authority.

3.4. All orders for TERASON Products submitted by OEM shall be initiated by a Purchase Order sent to TERASON, requesting a Delivery Date during the Term; such order may be placed by mail, facsimile or telex. Purchase Orders for Products with a delivery of less than 30 (thirty) days shall be non-cancelable.   No order shall be binding upon TERASON until a Purchase Order has been accepted by TERASON in writing and TERASON shall have no liability to OEM with respect to orders that are not accepted. TERASON shall use commercially reasonable efforts to notify OEM, by facsimile, of the acceptance or rejection of an order and of the assigned Delivery Date for accepted orders within two (2) working days after receipt of the Purchase Order.  No partial shipment of a Purchase Order shall constitute the acceptance of the entire order, absent the written acceptance of such entire Purchase Order.   TERASON shall use its reasonable commercial efforts to deliver Products at the time specified either in the Purchase Order or in TERASON's written acceptance of such Purchase Order, which in the case of conflict the Delivery Date in the written acceptance shall control.

3.5. TERASON shall accept Purchase Orders of OEM in accordance with the provisions of this Agreement, unless TERASON is rendered unable to fulfill such Purchase Orders by reasons beyond the control of TERASON.

3.6. The Parties agree that the minimum target delivery date for any Purchase Orders shall be 30 days from receipt of Purchase Order by TERASON and that the maximum allowable target delivery date may be 90 days from receipt of Purchase Order by TERASON.

3.7. TERASON shall inform OEM as soon as feasible about any delay of delivery, its causes and its expected duration.

3.8. OEM's Purchase Orders submitted to TERASON from time to time with respect to TERASON Products to be purchased hereunder shall be governed by the terms of this Agreement. Nothing contained in any such Purchase Order shall in any way modify such terms of purchase or add any additional terms or conditions except otherwise agreed in writing by the Parties. With TERASON's written agreement to additional terms and conditions for such special occasions, OEM may issue a Purchase Order stating revised terms. This revision shall then be binding on the Parties with respect to the subject Purchase Order only.

3.9. Full payment of the Purchase Price for each TERASON Product (including any freight, taxes or other applicable costs initially paid by TERASON but to be borne by OEM) shall be made to TERASON in US Dollars, L/C within thirty (30) Days at sight or T/T in Advance. Payment must be made by wire transfer or otherwise as directed by TERASON. Any invoiced amount which is not paid when due will bear interest at the rate of 1 percent (1%) calculated on a monthly basis. TERASON reserves the right to withhold additional shipments to OEM, and/or impose additional payment terms, in the event that any payments to TERASON are past due. OEM shall pay all of TERASON's costs and expenses (including reasonable attorney's fees) to enforce TERASON's rights under this Section 3.9.

3.10. All TERASON Products delivered pursuant to the terms of this Agreement shall be packed for air freight shipment in TERASON's standard shipping cartons, marked for shipment to OEM's address set forth above, and delivered to a designated carrier, FOB, TERASON's facility in Burlington, Massachusetts. Upon delivery to the carrier, risk of loss to the Products shall pass to OEM. Unless otherwise instructed in writing by OEM, TERASON shall select the carrier. All freight, insurance, and other shipping expenses, as well as any special packing expense, shall be paid by OEM. Title to the Products included in such TERASON Products shall pass to OEM upon payment in full. TERASON will ship to OEM 's primary place of business unless TERASON has agreed in writing to ship to another location.

3.11. Prior to delivery of the TERASON Products, TERASON will perform its standard test procedures or programs that are applicable to the TERASON Products. TERASON will include copies of the respective test protocols in the shipment.

3.12. OEM will conduct checks for damages and its standard test procedures for incoming deliveries upon receipt of delivery of Products.

3.13. Products shall be deemed accepted by OEM if OEM has not rejected acceptance of single Products or the complete delivery within 15 business days after receipt of delivery.

3.14. Products rejected by OEM shall be returned to TERASON. TERASON will bear such shipping costs, for defective Products.

4. <u>Development Cooperation.</u>

4.1. Both Parties shall cooperate in the integration of Products and OEM's Products into Combined Products. For each integration project, both Parties shall jointly define and mutually agree upon the specifications and project timeline.

4.2. Both Parties shall provide the other with such hardware, software, documentation and/or services as may reasonably be necessary to achieve the integration of the TERASON Products with the OEM's Products as needed.

4.3. TERASON agrees to make certain changes to the Product in order to make it suitable for the integration into Combined Product. All such changes are free of charge for OEM.

4.4. TERASON agrees to maintain and ensure that all products delivered to OEM comply with the following regulatory standards.

- **FDA/QSR**
- **Directive 93/42/EEC**
- **UL 2601-1, 2nd Edition**
- **CSA 22.2 No. 601.1 – M90**
- **IEC 60601-1, 2nd Edition**

4.5. TERASON shall provide OEM the following documentation of Product:

- Full set of Operation Manual
- Product Specification
- CE Technical Documentation
- The CE number of Product

5.    Marketing Policies.

5.1. TERASON shall develop sales materials, technical specifications, warranty materials, manuals, merchandising materials and retail displays from time to time to market and sell the Products.  TERASON agrees to keep OEM informed of promotional activities, new products and policies of TERASON. OEM shall have access to TERASON sales literature, fixtures or any other marketing or merchandising material used to promote the Products from time to time.

5.2. By Dec 1 of each year, OEM shall discuss with TERASON the market conditions and general promotional plans applicable to the Territory for the following year.  The Parties will review OEM's progress, opportunities and challenges in the preceding contract year.  They will discuss OEM's plans for the promotion of the Combined Products and sales development in the Territory and will forecast OEM's anticipated unit volume and Product needs for the upcoming year in order for OEM to properly service its accounts. Any such forecast does not constitute any legal obligations for any of the Parties.

5.3. OEM acknowledges that all rights in and to the TERASON trademarks, trade names, copyrights, and logos used to identify the Products (the "TERASON Marks"), including the goodwill derived therefrom, are the sole and exclusive rights of TERASON. All uses of TERASON Marks not otherwise licensed pursuant to this Agreement are subject to the prior written approval of TERASON, which approval shall not be unreasonably withheld. OEM acknowledges that the rights of TERASON in and to the TERASON Marks and the goodwill derived from the TERASON Marks are special and unique.

5.4. TERASON acknowledges that all rights in and to the trademarks, trade names, copyrights and logos used to identify the OEM Products (the "OEM Marks"), including the goodwill derived therefrom, are the sole and exclusive rights of OEM. All uses of OEM Marks not otherwise licensed pursuant to this Agreement are subject to the prior written approval of OEM, which approval shall not be unreasonably withheld.    TERASON acknowledges that the rights of OEM in and to the OEM Marks and the goodwill derived from the OEM Marks are special and unique.

5.5. TERASON grants OEM a non-exclusive, royalty-free license to use TERASON Marks for the purpose of the design and the marketing of Combined Products. OEM may use the TERASON Marks singly or in combination with the OEM Marks for the purpose of the labeling of Combined Products, in marketing materials for the Combined Products as well as on OEM's website in connection with the promotion of the Combined Products.

5.6. Prior to any use of TERASON Marks by OEM, OEM shall request TERASON's written approval of such use, which consent shall not be unreasonably withheld.

6.     <u>Limited Warranty.</u>

6.1. TERASON warrants that (i) TERASON has all Intellectual Property Rights necessary to sell the Products, and to license any software, to OEM in accordance with the terms of this Agreement; and (ii) each Product including main boards and transducer will be free from Material Defects for a period of Twenty Four (24) months from the date of delivery to OEM. TERASON will perform warranty service at TERASON's designated facility and pay all associated shipping costs, provided OEM returns the Product in accordance with TERASON's shipping instructions.  TERASON's sole responsibility under this warranty shall be, at TERASON's option, to either repair or replace the TERASON Product. For the Product within warranty, TERASON shall replace the defective boards, especially the Engine Boards incorporated in the Product, with the new boards within one (1) month from the date TERASON provide Return Material Number to OEM. All defective TERASON Products, or defective components thereof, returned under this warranty shall become TERASON's property. If TERASON determines that the original Product did not contain a Material Defect, OEM shall pay TERASON all costs of handling and transportation at TERASON's prevailing rates, which TERASON shall make available to the OEM at the OEM's request

6.2. The foregoing warranties apply only to OEM. TERASON agrees that it shall maintain out-of-warranty repair services for the Products,  during any period that such Products are offered for distribution pursuant to this Agreement and for a period of not less than five (5) years after such Product is no longer offered for distribution pursuant to this Agreement. Such out-of-warranty repair services shall be provided by TERASON at the fees to be mutually agreed upon between the Parties. For out-of-warranty repair service on the ultrasound engine (without the ultrasound transducer),  the upper limit is US$1,000 for each incidence. For out-of-warranty repair on an accessory or ultrasound transducer, the upper limit is defined by the corresponding item of the accessory pricing table shown in Exhibit A.TERASON shall have no obligation to provide warranty services if the Material Defect in the Product is caused by malfunction of non-TERASON hardware or software, by modification of the Product not made by TERASON, by operator error, or by use of the Product that is not in accordance with the operating instructions for the Products. Any additional repair services for the Products shall be provided at the sole discretion of TERASON and shall be at OEM's expense.

6.3. EXCEPT FOR THE EXPRESS WARRANTIES STATED HEREIN, TERASON DISCLAIMS ALL EXPRESS OR IMPLIED WARRANTIES ON TERASON PRODUCTS FURNISHED HEREUNDER, INCLUDING WITHOUT LIMITATION ALL IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. NOTWITHSTANDING ANYTHING TO THE CONTRARY HEREIN, NEITHER PARTY SHALL BE LIABLE TO THE OTHER PARTY FOR ANY INCIDENTAL, SPECIAL, REMOTE OR CONSEQUENTIAL DAMAGES (INCLUDING BUT NOT LIMITED TO LOSS OF REVENUE OR PROFITS) ARISING FROM OR CAUSED, DIRECTLY OR INDIRECTLY BY THE USE OF PRODUCT BY OEM, OR THE PERFORMANCE OR FAILURE TO PERFORM UNDER THIS AGREEMENT, OR BY ANY OTHER SET OR OMISSION OF THE PARTIES, OR BY ANY OTHER CAUSE. FURTHER, IN NO EVENT SHALL EITHER PARTY'S TOTAL LIABILITY TO THE OTHER PARTY FOR ANY CAUSE EXCEED THE SUM PAID TO TERASON BY OEM FOR THE PRODUCTS PURCHASED HEREUNDER.

7.   Additional Obligations of the OEM.

7.1. Within fifteen (15) days of the end of each calendar quarter during the Term, OEM shall provide TERASON with a six (6) month rolling projection of orders by OEM of each of the Products.

7.2. OEM shall represent the Products accurately and fairly and shall avoid any misleading or unethical business practices. OEM shall not (i) make warranties of functionality or performance on any Products except as specifically set forth in the Documentation, or (ii) alter, or change the Products or the Documentation without the prior written approval of TERASON. OEM shall take all necessary steps to ensure compliance by its employees or its other representatives or distributors with OEM 's obligations under this Agreement and shall provide TERASON with access, at reasonable times, to inspect the OEM 's facilities to evaluate the nature and quality of the services provided therein.

8.   Additional Obligations of TERASON.

8.1. Each Party will promptly notify the other in the event that it plans to modify the product manufactured by it.

8.2. Such modifications may include technical changes, modifications of the software or hardware, or changes in the product status, but are not limited to these.

8.3. Such notification shall be made as soon as commercially feasible, but in any event at least ninety (90) days prior to the delivery of a modified product to the other Party or any third party.

8.4. TERASON and OEM shall each promptly notify the other Party in the event of safety critical complaints regarding the TERASON Products, the OEM Products or Combined Products and in the event a report is required to be submitted to a health and safety regulatory agency or body, if and to the extent that such complaint or requirement to report actually or possibly relates to the Combined Products.

8.5. TERASON and OEM will each provide the other with information and documentation necessary for the other party to properly comprehend and document the modifications; furthermore, the Parties will provide each other with any and all information and documentation which a regulatory agency or body requests from the other Party.

8.6. OEM shall at all times be provided with all information required to perform implementing the combination or integration of Products and their improvements with OEM's Products.

8.7. TERASON and OEM hereby undertake to maintain a quality system in compliance with the Council Directive regarding Medical Devices 93/42/EEC and FDA's Current Good Manufacturing Practice, Final Rule, Quality System Regulation. The Parties shall be entitled to visit each other's premises in order to perform a quality audit once per calendar year. The Party whose quality system is being audited shall reasonably assist the auditing Party for this purpose. Each Party shall bear their own cost.

8.8. TERASON will maintain procedures for product traceability for Products manufactured by TERASON for use with the Combined Products.

8.9. All communication and exchange of technical data, including any litigation, must be performed in English unless otherwise agreed by both Parties.

8.10.    TERASON shall provide service agreement terms (price and conditions), which the OEM may sell with the Combined Products. Such terms shall be established in the sole discretion of TERASON and may be changed from time to time upon notice as provided under Section 3.2.

8.11.    TERASON shall provide telephone consultation within twenty-four (24) hours of TERASON's receipt of a telephone request for Support Services by Distributor during Standard Hours. For calls received after Standard Hours, TERASON shall provide telephone consultation on the next business day. TERASON shall provide a means whereby requests for consultation can be recorded outside of Standard Hours. TERASON shall correct any other Material Defect within thirty (30) days of TERASON's receipt of such defective Material.

8.12.    TERASON agrees to cooperate reasonably with OEM to identify the appropriate classification for each Product under applicable export and tax laws, to the extent applicable.

8.13.    TERASON, at its sole discretion, shall have the right to discontinue Products at any time during the Term provided that TERASON gives one-hundred-and-twenty (120) days' prior written notice of such change to OEM. Except for Purchase Orders accepted by TERASON prior to the effective date of discontinuance, TERASON shall be under no obligation to continue the production of any Product.

8.14.    Upon Receipt of a note of discontinuance as provided by Section 8.15, OEM shall be entitled to place one final order or Products within forty (40) days of receipt of such note. Such order shall not be restricted with regard to the quantity of Products ordered.

9.    Confidentiality.

9.1. In the course of performing their duties under this Agreement, it may be necessary for each of the Parties to disclose to the other certain confidential technical and/or business information, regarded by the disclosing Party as confidential information (hereinafter referred to as "Confidential Information"). Confidential Information may include business plans and interests; information about or samples of materials; product formulations; prototypes; designs; process feasibility issues; production facilities; production and marketing timetables; and the material, equipment and processes used in the manufacture of Combined Products, Products, OEM Products and any other product of both Parties.

9.2. It is agreed that the disclosing Party shall disclose Confidential Information to the recipient Party upon the following conditions:

9.2.1. That Confidential Information shall be received and held in confidence by the recipient Party; and

9.2.2. That Confidential Information, if in writing, shall be visibly labeled as "confidential" by the Disclosing Party; if in a form other than in writing, (a) then at the time of disclosure the disclosing Party shall notify the receiving Party that Confidential Information is to be treated as secret or confidential, or (b) within ten (10) days after the date of disclosure, the disclosing Party shall notify the receiving Party in writing that Confidential Information disclosed is to be treated as secret or confidential; and

9.2.3. That the recipient Party shall take such steps as may be reasonably necessary to prevent the disclosure of Confidential Information to others; and

9.2.4. That the recipient Party shall not commercially utilize Confidential Information without first having obtained the written consent of the disclosing Party to such utilization.

9.3. The recipient Party shall receive a disclosure of Confidential Information on the condition that the commitments set forth in Sections 9.2.1 through 9.2.4 above shall not extend to any portion of Confidential Information:

9.3.1. That is known to the recipient Party prior to the disclosure by the disclosing Party or is generally available to the public; or

9.3.2. That, hereafter, through no act or omission on the part of the recipient Party, becomes generally available to the public; or

9.3.3. That corresponds in substance to information furnished to the recipient Party on a non-confidential basis by any third party having a lawful right to do so; or

9.3.4. That corresponds to information furnished by the disclosing Party on a non-confidential basis to any third party.

9.4. Moreover, the commitments set forth in Sections 9.2.1 through 9.2.4 above shall, subject to the valid patent rights of the disclosing Party, promptly and automatically cease after a period of five (5) years commencing on the date of termination of this Agreement.

9.5. Following termination of the commitments set forth in Sections 9.2.1 through 9.2.4 above with respect to the whole of Confidential Information by operation of Section 9.4 above, or upon termination thereof in connection with specific portions of Confidential Information by operation of Sections 9.3.1 through 9.3.4 above, the recipient Party shall be completely free of any express or implied obligations of confidentiality and nonuse of such information to which termination of commitment applies, subject to the valid patent rights of the disclosing Party.

9.6. Copying Company Proprietary or Company Confidential design information is strictly forbidden. This includes copying, reverse assemble, reverse compile or otherwise reverse engineer or apply any techniques to deriver the trade secrets embodied in any part of the TERASON Product design including hardware and software for use in an OEM product without the written consent of TERASON. OEM will ensure that the same restrictions imposed on it under this Section are also imposed on its distributors and their respective End-Users. TERASON reserves the right to withhold shipments and initiate arbitration proceedings as outlined in section 15.1.2.

10.    Limitation of Liability.

In no event whether in contract, tort (including negligence), strict liability or otherwise will TERASON be liable (a) for special, indirect or consequential damages or for any lost profits, or (b) to OEM or any other person for an amount greater than the purchase price actually paid to TERASON for the Product with respect to which such liability relates.

11.    Software License.

11.1.    TERASON or its suppliers retain(s) ownership of and title to any computer program supplied with or in connection with the Products, to any diagnostic, remedial or installation software and printed circuit boards provided to OEM and to the trade secrets embodied in such computer programs, software and boards (the "Software").

11.2.    Subject to Section 11.1, TERASON grants OEM's and OEM's Sub-distributors' immediate End-Users a perpetual, non-transferable (except as otherwise provided in this Section) non-exclusive, worldwide, royalty-free, license to use such Software for the purpose of operating the Products as incorporated into the Combined Products in accordance with the instructions set forth in the Documentation supplied with the Product and for the promotion, marketing, resale and distribution of the Combined Products. TERASON grants OEM a non-exclusive license only during the term of this Agreement to use such Software for the purpose of servicing Products as incorporated into the Combined Products sold to distributors or End-Users pursuant to this Agreement in accordance with service instructions supplied by TERASON and for the purpose of adapting OEM's products to TERASON's Products and integration of Combined Products and for no other purpose whatsoever. (See section 6.2 of this contract).Any derivative or enhancement of the Software developed by the OEM using the Developer's Kit or any other software library supplied by TERASON will remain the sole and exclusive property of the OEM. OEM shall have a perpetual license from TERASON to use any derived or enhanced software developed by the OEM with the Products. Any proprietary information or software code provided to TERASON by OEM in the context of collaboration on the development of the OEM's unique software to run on the Products will remain the sole property of OEM and TERASON will treat such software code as Confidential Information as further described in Section 9 of this Agreement. Except as otherwise required by law, neither OEM nor its Sub-distributors or End-Users may reverse assemble, reverse compile or otherwise reverse engineer such Software, nor may it make a

copy thereof or apply any techniques to derive the trade secrets embodied therein. OEM will ensure that the same restrictions imposed on it under this Section are also imposed on its distributors and their respective End-Users. OEM agrees that it will, at the time of sale, forward to Sub-distributors and OEM's End-Users, a copy of any written notification which TERASON shall supply to OEM regarding the aforementioned restrictions. In the event of a failure by OEM or OEM's Sub-distributors or their respective End-Users to comply with the terms of this license, the license granted by this Section shall terminate. Further, because unauthorized use of such Software will leave TERASON without an adequate remedy at law, injunctive or other equitable relief will be appropriate to restrain such use, threatened or actual. OEM's or it's Sub-distributors End-Users may assign such End-User's license hereunder to its immediate purchaser by forwarding to TERASON the purchaser's written consent to comply with the terms of this Section. OEM further agrees that (i) any of TERASON's suppliers of software is a direct and intended beneficiary of this software license and may enforce it directly against OEM, it's Sub-distributors and their respective End-Users with respect to software supplied by such Supplier, and (ii) NO SUPPLIER OF TERASON SHALL BE LIABLE TO OEM OR IT'S SUB_DISTRIBUTORS OR ANY OF THEIR END_USERS FOR ANY GENERAL, SPECIAL, DIRECT, INDIRECT, CONSEQUENTIAL, INCIDENTAL OR OTHER DAMAGES ARISING OUT OF THE SUBLICENSE OF THE SOFTWARE AND COMPUTER PROGRAMS SUPPLIED WITH THE PRODUCTS.

12.    Indemnification.

12.1. TERASON shall protect, indemnify and hold harmless OEM, affiliates, and its and their officers, employees and agents as well as OEM's Sub-distributors for any claims, lawsuits, liabilities and damages (including reasonable attorney fees) arising out of: (1) the default, breach and/or performance of TERASON, its agents, employees, and its representatives under this Agreement; and/or (2) arising out of the gross negligence or malfeasance of TERASON, its agents, employees, and representatives and affiliates; TERASON shall also defend or settle, at its own expense, any cause of action or proceeding brought against OEM that is based on a claim that the product infringes any third party's proprietary, intellectual property rights, patent, copyright or trade secret (the "I.P."). TERASON shall indemnify and hold OEM harmless against any and all expenses and judgements, damages, attorney's fees, penalties and other out-of-pocket costs which they shall incur from the foregoing. If a claim is made that the Product infringes any third party's I.P. and as a result of a claim, OEM becomes enjoined from using or selling the Product, TERASON shall, at its election (i) procure for OEM the right to use the Product, (ii) deliver to OEM

replacement Product or parts that are non-infringing and meet the relevant specifications, or (iii) refund to OEM the full purchase price actually paid for the infringing Product purchased from TERASON that OEM is enjoined from using

12.2. OEM shall protect, indemnify and hold harmless TERASON, its affiliates, and their officers, employees and agents for any claims, lawsuits, liabilities and damages (including reasonable attorney fees) arising out of (1) the default, breach and/or performance of OEM, its Sub-distributors and their agents, employees, and representatives under this Agreement; and/or (2) arising out of the gross negligence or malfeasance of OEM, its Sub-distributors and their agents, employees, representatives and affiliates under this Agreement; and/or (3) arising out of any third party trademark or copyright lawsuit concerning TERASON's permitted use of any of OEM's trademarks, service marks, logos, designs in connection with this Agreement, and/or (4) arising out of any third party patent, trademark or copyright lawsuit, claim or damages based upon OEM's, its Sub-distributors' and their agents', employees', representatives' and affiliates' use, modification, or alteration of the Product or any portion thereof or combination of the Product with any equipment, device or software neither supplied nor authorized in writing by Seller, and/or (5) arising out of any claim relating to the Product liability which is attributable to acts or omissions of OEM.

## 13. Relationship of the Parties.

OEM, its Sub-distributors and their agents and employees shall under no circumstances, be deemed employees, agents or representatives of TERASON. TERASON, its agents and employees shall under no circumstances, be deemed employees, agents or representatives of OEM or its Sub-distributors. OEM and its Sub-distributors shall not modify any of TERASON's Products without prior written permission from TERASON. Neither OEM, nor its Sub-distributors nor TERASON shall have any right to enter into any contract or commitment in the name of, or on behalf of the other, or to bind the other in any respect whatsoever.

## 14. Non-Solicitation.

During the Term of this Agreement and all renewal periods thereof, each Party agrees that it shall not, without the prior written permission of the other Party, directly of indirectly (a) employ or retain, or have, or cause any other person or entity to employ or retain, any person who was employed or retained by such other Party during the Term of this Agreement; (b) solicit, interfere with, or

endeavor to entice away from the other Party any of its customers, clients or sources of supply; or (c) cause any other person to act in any way to cause any person or entity to refrain from dealing with the other Party or any successors of the other Party or in any manner attempt to persuade any officer, employee, agent, suppliers, or clients of the other Party or its successors to alter or discontinue any business relationship such parties may have with the other Party.

15.    Term and Termination of Agreement.

Term.    This Agreement shall commence on the Effective Date and have an initial term of two (2) years. Following the initial term, this Agreement shall be automatically renewed on an annual basis for additional successive one year period unless either party gives written notice, 180 days prior to the applicable expiration date, of non-renewal.;

15.1. Early Termination.

15.1.1. Notwithstanding the foregoing, either Party may terminate this Agreement upon ninety (90) days Notice to the other Party, upon any of the following events: (a) failure to fulfill or perform any one of the defaulting Party's duties, obligations or responsibilities in this Agreement, which failure is not cured within thirty (30) business days of Notice from the other Party; (b) any transfer or assignment or attempted assignment of any interest in this Agreement or delegation of obligations of any Party without the other Party's prior written consent; (c) the institution by or against a Party of bankruptcy, insolvency or receivership proceedings or an admission of a Party of its inability to pay its debts as they become due; or (d) commencement by a Party of any steps toward liquidation, dissolution or winding up of its affairs

15.1.2. Prior to TERASON sending Notice of termination pursuant to Section 15.1.1, clause (a), TERASON shall provide Notice of breach to OEM and if such breach is not cured within thirty (30) business days of Notice from TERASON, TERASON shall then attempt to resolve the matter in good faith through direct negotiations prior to calling on any remedies described below. If the Parties cannot resolve the matter within fifteen (15) days of their first meeting, the dispute shall be settled in accordance with the rules of the American Arbitration Association with the arbitration to take place in Boston, Massachusetts. If the Parties cannot agree on a single arbitrator within ten (10) days of the matter being referred to arbitration, each Party shall name an arbitrator and the two arbitrators shall name a third. The Parties shall share the fees of arbitration and the expenses (including legal fees). Judgment upon the

award rendered by the arbitrators may be entered in any court of competent jurisdiction and shall be final and legally binding upon the Parties. If the judgment rendered by the arbitrators validates TERASON's assertion that TERASON is entitled to terminate pursuant to Section 15.1.1, clause (a), TERASON may terminate this Agreement upon ninety (90) days Notice to OEM.

16.    <u>Obligations on Termination.</u>

16.1.    Upon expiration or termination of this Agreement, OEM shall remove and not thereafter use without the express written consent of TERASON in each instance stationary, advertising matter and other printed matter in its possession or under its control naming OEM as an authorized TERASON integrator and/or distributor.    OEM shall immediately take all appropriate steps to remove and cancel its listings in telephone books and other directories, and public records, or elsewhere naming OEM as an authorized TERASON integrator and/or distributor.

16.2.    Notwithstanding the termination of this Agreement, OEM, at its own option, may continue to sell and deliver Combined Products to existing End-User orders at prevailing OEM List Prices.

16.3.    Neither Party shall be liable to the other because of such termination for compensation, reimbursement or loss on account of the loss of prospective profits or anticipated sales, or on account of expenditures, investments, lease or commitments in connection with the business or goodwill of TERASON or OEM.

16.4.    The obligations of each Party under Section 8, and all obligations of each Party regarding the servicing of End Users shall continue in effect for the period set forth in this Agreement and shall survive the termination of this Agreement for any reason.

16.5.    Section 3.8, 10, 12, 13, 14, and 16 as well as any obligation of TERASON regarding accepted purchase orders, warranty and the provision of support pursuant to this Agreement shall survive any termination of this Agreement.

16.6.    OEM shall have the right to fulfill any pending purchase orders or sell any Combined Product in inventory under the terms of this Agreement for a period of up to 90 days following the termination of this Agreement.

17.    <u>Technical and Application Support.</u>

## 17.1. Level One Support

The OEM and or its agents will deliver level one support ("Level One Support") to the End-User of the Combined Products. Level One Support will provide initial service call placement, recoding of issue, and attempt to resolve issue either on the phone or in person.  OEM will be responsible for maintaining acceptable levels of service staff, training and response time. OEM will be required to document the service request and describe the attempted resolution method and results.

In the event OEM is unable to resolve Product performance issues by using the internal resources of OEM, TERASON will accept and respond to technical and application support calls from OEM, to the extent such calls are related to the resolution of Product performance issues ("Level Two Support").

## 17.2. Level Two Support

### Level Two Response Time

Response time and/or call back time from TERASON to OEM shall not exceed twenty-four (24) hours from the time the call for assistance is received, provided such call is received during business hours prior to the closing of TERASON's technical support department and the following day is a standard business day. If the call is received after the close of the business of TERASON's Technical Support Department and the following day is not a TERASON business day, then the call response will be provided no later than the close of the next business day.  Best efforts will be made by TERASON to return calls in less than this time.  The goal for returning of Level Two Support response calls is outlined.

17.3 . TERASON shall not charge for Level Two Support service calls, if the unit is covered under the standard or an Extended Warranty program with TERASON. If the unit is not covered under a standard or an Extended Warranty program with TERASON, then TERASON reserves the right to charge OEM for support beyond the initial Level Two Support service call at the prevailing service rate.

17.4 . TERASON shall provide one adequate training session for two OEM service engineers per calendar year. The Parties shall agree on the details and the timing of such training session in good faith. Both Parties shall bear their own costs associated with such training session.

18.    Acknowledgements.

Each Party acknowledges that, except as set forth in this Agreement, no representation or statement, and no understanding or agreement, has been made, or exists, and that in entering into this Agreement each Party has not relied on anything done or said or on any presumption in fact or in law, (a) with respect to this Agreement, or to the duration, termination or renewal of this Agreement, or with respect to the relationship of the Parties, other than as expressly set forth in this Agreement; or (b) that in any way tends to change, modify the terms, or any of them, of this Agreement or to prevent this Agreement becoming effective; or (c) that in any way affects or relates to the subject matter hereof.

19.    Final Agreement.

This Agreement represents the entire understanding of the Parties with respect to the subject matter, and terminates and supersedes all prior written or oral agreements relating to such subject matter.  This Agreement may be waived or modified only by an instrument in writing that is duly executed by both Parties.

20.    No Implied Waivers.

Except as expressly provided in this Agreement, waiver by either Party, or failure by either Party to claim a default, of any provision of this Agreement shall not be a waiver of any other default or subsequent default.

21.    Notices.

Any notice required by this Agreement or given in connection with it (in each case a "Notice"), shall be in writing and effective when given to the appropriate Party by (a) personal delivery, (b) seven (7) days after deposit with the U.S. Postal Service by certified mail, postage prepaid, or (c) one (1) day after deposit with a recognized international overnight delivery service which provides a written record of receipt:

If to TERASON:

Alice M. Chiang, Ph.D.
President
Teratech Corporation
TERASON Division
77-79 Terrace Hall Avenue
Burlington, MA, 01803

With a copy to:

John Chu, Esq.
Chu, Ring, & Hazel LLP
49 Melcher Street
Boston, MA 02210

If to OEM:

Liu Xiancheng
V.P. Marketing
Mindray Co., Ltd.
Keji 12th Road South, High-tech Industrial Park,
Nanshan, Shenzhen, 518057
P. R. China
Tel: +86 755 26582888
Fax: +86 755 26582680

Or to such other person or address as the Parties may designate by like Notice.

22.    Waiver of Jury Trial.

The parties waive all right to trial by jury.

23.    Severability.

If any term of this Agreement is held by a court of competent jurisdiction to be unenforceable, then this Agreement, including all the remaining terms, shall remain in full force and effect as if such invalid as if the unenforceable term had never been included.

24. <u>Headings.</u>

Headings used in this Agreement are provided for convenience only and shall not be used to construe meaning or intent.

25. <u>Assignment.</u>

This Agreement shall be binding upon the Parties and their respective permitted successors and assigns, provided that neither Party may assign nor transfer this Agreement without the written consent of the other Party, except to a successor that is not a competitor of such other Party by reason of merger or sale of all or substantially all of its assets or in connection with a corporate reorganization.

26. <u>Choice of Law</u>

This Agreement shall be construed in accordance with and governed by the law of The Commonwealth of Massachusetts excluding the United Nations Convention on the Sale of Goods, without regard to the conflicts of law rules of such state.

27. <u>Force Majeure.</u>

Neither party shall be responsible for its failure to perform due to causes beyond its reasonable control such as acts of God, fire, theft, flood, war, strike, earthquake, riot, embargoes or acts of civil or military authorities. If shipments are to be delayed by such contingencies, TERASON shall immediately notify OEM in writing and OEM may either a) extend the time of TERASON's performance or b) terminate the uncompleted portion of the order at no cost to the OEM.

28. <u>Disputes and Arbitration.</u>

In the event of any dispute between the Parties relating to the subject matter of this Agreement, the Parties shall first attempt to resolve the matter in good faith through direct negotiations prior to calling on any remedies described below. If the Parties cannot resolve the matter within fifteen (15) days of their first meeting, the dispute shall be settled in accordance with the rules of the Conciliation and Arbitration of the International Chamber of Commerce ("Rules") by three (3) impartial arbitrators  appointed in accordance with its Rules,. The

arbitration shall be conducted in English, and the place of arbitration shall be Singapore. The final award of the arbitration tribunal shall be binding upon the Parties and may entered in any court of competent jurisdiction.  The Parties agree that the rights of the Parties in their respective names and Marks, and the rights of the Parties as provided in Sections 8 and 13 are special and unique. Notwithstanding the preceding, in the event of a breach by either Party of the Intellectual Property Rights of the other Party pursuant to this Agreement or its obligations under Section 13, the Parties hereby agree to submit to the jurisdiction of the federal district court presiding in the location of the Party whose rights have been breached, and the aggrieved Party shall be entitled to seek injunctive relief to prevent such breach pending a resolution of the merits pursuant to the procedures established under the preceding paragraph.

## ACKNOWLEDGEMENT OF ARBITRATION

**THE PARTIES HERETO UNDERSTAND THAT THIS AGREEMENT CONTAINS AN AGREEMENT TO ARBITRATE.  AFTER EXECUTING THIS DOCUMENT, EACH PARTY UNDERSTANDS THAT IT SHALL NOT BE ABLE TO BRING A LAWSUIT CONCERNING ANY DISPUTE THAT MAY ARISE WHICH IS COVERED BY THE ARBITRATION AGREEMENT, UNLESS IT INVOLVES A QUESTION OF CONSTITUTIONAL OR CIVIL RIGHTS OR EXCEPT AS OTHERWISE EXPRESSLY PROVIDED HEREIN. INSTEAD, EACH PARTY SHALL SUBMIT ANY SUCH DISPUTE TO AN IMPARTIAL ARBITRATOR.**

IN WITNESS WHEREOF, the undersigned have executed and delivered this Agreement by their duly authorized representatives as of the date first above written.

**TERASON – DIVISION OF
TERATECH CORPORATION**

Name: _____        Name: _____
       Alice M. Chiang                              Liu Xiancheng
Title: _____President & CEO_____        Title: _____V.P. Marketing_____

Date: _____        Date: _____

                                       _____

**OEM AGREEMENT**

**EXHIBIT A**

1.  **Products :**

    **Definitions:**

    - **Terason Ultrasound Engine** – 128 channel Electronics Module Package with Firewire port connections and Imaging Transducer Connection.

        For This Agreement, the Ultrasound Engine consists of the following components:

        QTY 2: Analog Board TERASON Part # 10-2002 Rev. 7G, containing the following revisions of Terason Custom Chips:

        Beamformer: Terason Part # SD32L Rev. B or SD32M Rev B.

        Transmitter: Terason Part # TR64F Rev. F

        Amplifier: Terason Part # AMP32D Rev. D

        QTY 1: Digital Board TERASON Part # 10-2001 Rev. 10B

    - **Transducer Types Supported:**

        10L5 Linear Array Transducer

        4C2 Curved Array Transducer

        4V2 Phased Array Adult Cardiac Transducer

        8EC4 Endocavity Array Transducer

        7L3 Linear Array Transducer

        8MC4 Microconvex Array Transducer

        10V5 Phased Array Pediatric Cardiac Transducer

        8LAP4: 4 way Articulating Laparoscopic Transducer

        8IO4 Intraoperative "I" Transducer

        8IOT4 Intraoperative "T" Transducer

        8BP4S BiPlane Endorectal Array Transducer

    - **Medical Ultrasound Imaging Display Definitions:**

        o B-Mode (Brightness Modulation) also referred to as 2D imaging. This mode provides real-time ultrasound imaging of soft tissue structures.

        o M-Mode (Motion Mode) also referred to as TM or Time Amplitude Mode. The operator selects one ultrasound line from

the B-Mode Display; the ultrasound information is then displayed over time.

- o Doppler Modes:
    - Power Doppler displays a color representation of the power created by the Doppler shift over time, sometimes referred to as Color Doppler Energy; typically there is no indication of the relative direction of flow. The Power Doppler display is combined with the B-Mode image.
    - Directional Power Doppler adds relative Doppler directional information to the Power Doppler display. This Directional Power Doppler display is also combined with the B-Mode image.
    - Color Flow Imaging displays the mean velocity and relative direction of the Doppler shift. The Color Flow Image Display is combined with the B-Mode image.
    - Pulsed Wave Doppler provides a Spectral Doppler Time Frequency/velocity display of a user selected Doppler sample volume. The display is Time Motion.

- **Terason Software Application Package:** Contains the following features:
    - o Imaging Modes Enabled: B-Mode, M-Mode, Trapezoidal, PWD, Power Doppler, Directional Power Doppler, Color Flow Imaging
    - o Ability to store images in AVI, JPEG, TIFF (still/loop), bitmap (still) or Terason native (.ult) formats.
    - o Cine Loop Saving and Playback
    - o Measurements Package for Cardiac, Abdominal, OB/GYN, Vascular and Small Parts
    - o Exam Pre Sets
    - o Image Sort and Mosaic Searching

- **Terason 3D Software Package:**
    - o Integration of Sonocubic's "Just 3D" software Package with the Terason Software Application. This application is targeted for OB/GYN applications looking for 3D rendering of a Baby's face.

- **Voice Activation User Interface Control System Package:**
  - Integration of ScanSoft's Dragon Naturally Speaking Professional version Speech Recognition software with a Terason command library to provide a voice activate User Interface control.

- **Computer Minimum Requirements:**
  - Pentium III processor (running at a minimum of 600 Mhz. when running Terason application alone)
  - Six pin 1394 Firewire port
  - Windows 2000 or Windows XP
  - 512 Mbytes of RAM
  - 10 GB Hard Drive

2. **Pricing:**

     System Pricing is in US Dollars (USD) and is based upon a commitment of 150 systems over a 12 month period commencing from the date Mindray obtains necessary Registration for Product from competent authority in China The transfer Price is the price that Mindray would pay for the described Terason Product. TERASON shall not request price increase for the first 12 month commencing from the date Mindray obtains necessary Registration for Product from competent authority in China.

|  | **System Description** | **Transfer Price** |
|---|---|---|
| Option 1 | Terason Ultrasound System, Including<br><br>1 Terason Ultrasound Engine<br>1 Terason Software Application<br> Package<br>the changes made for Terason 2000 | $10,174.5 |
| Option 2 | Terason Ultrasound System, Including<br><br>1 10L5 Linear Array Transducer<br>1 4C2 Curved Array Transducer<br>1 Terason Ultrasound Engine<br>1 Terason Software Application<br> Package<br>the changes made for Terason 2000 | $13,252.5 |

|  |  |  |
|--|--|--|
|  |  |  |

**Special Package Program for Mindray:**

TERASON will give Mindray, free of charge, one (1) additional Product with the configuration of Option 1 as listed in the table above, as a bonus for every 50 units of Product purchased by Mindray. This additional Product will be shipped together with the last order of the 50 units. If Mindray need to equip this additional Product with Transducers as listed in Option 2, the purchase price of the Transducers shall be the difference between the above two Transfer Prices, that is, $3,078.00.

Accessories Pricing is in US Dollars (USD). Pricing listed represents the List Price (Manufacturer's Suggested Retail Price) for each of the accessories. Discounts will apply based upon meeting the 150 system commitment over a 12 month period and receipt of a purchase order that represents a commitment to purchase a number of units (line items) from the accessories list below over a 12 month period. The discount structure is defined as:

- 1 to 50 items over a 12 month period:
  - OEM Discount of 35% + Special Discount 10%
- 51 to 100 items over a 12 month period:
  - OEM Discount of 40% + Special Discount 10%
- Over 100 items over a 12 month period:
  - OEM Discount of 50% + Special Discount 10%.

| Accessory Description | List Price |
|---|---|
| 4V2 Phased Array Adult Cardiac Transducer | $8,000 |
| 8EC4 Endocavity Transducer | $8,000 |
| 7L3 Linear Array Transducer | $8,000 |
| 8MC4 Microconvex Transducer | $8,000 |
| 10V5 Phased Array Pediatrics Cardiac Transducer | $10,000 |
| 8LAP4 4-way Articulating Laparoscopic Transducer | $25,000 |
| 8IO4 Intraoperative "I" Transducer | $10,000 |
| 8IOT4 Intraoperative "T" Transducer | $10,000 |
| 8BP4S Bi-Plane Endorectal | $18,000 |

| Array Transducer | |
|---|---|
| 3-D Software Package | $20,000 |
| Voice Activation User Interface Control System | $9,000 |

3. Price List of Service Parts (shall specify which Parts are returnable)
   ~~To be included by Terason~~

OUT-OF-WARRANTY Service:
For Ultrasound Engine:

Labor Rate for Service Limited to $1000 per Ultrasound Engine as defined in Section 6.2 of this Agreement..
Labor Rate for Service:        $100 per hour
Maximum for  repair of Ultrasound Engine Components: 10 Hours
Maximum Labor Cost for Out of Warranty Service:   $1000

Parts that are Returnable:

    1 )  Terason Ultrasound Engine :
        Consists of 2 Analog Board (Terason Part #10-2002) and 1 Digital Board (Part #10-2001)
    2 ) External DC Module (Terason Part # 10-2009)

Repair Part Cost  (Component cost to replace defect or replacement cost for the board if required):

    All components will be charged at cost + 20% (for shipping and handling), but limited to the following:

    Terason Ultrasound Engine: Maximum repair cost - $1000
    External DC Module (Terason Part #10-2009) Maximum repair cost = $400

Spare parts price:

| Service Part Description: | Transfer Price: |
|---|---|
| Board 1:  Part #10-2002 | $2350 |
| Board  2: Part #10-2001 | $2350 |
| EDCM :    Part #2009: | $600 |

All defective parts must be returned to Terason.

# EXHIBIT G

# Infringement Chart

# U.S. Patent No. 11,675,073 vs. Mindray TE7[1]

| U.S. Pat. No. 11,675,073 | Infringement Analysis |
|---|---|
| 41. A handheld medical ultrasound imaging device comprising: | The preamble is not limiting.  Nevertheless, the TE7 is an ultrasound system used in medical imaging procedures.  The main unit is a handheld device.  The main unit can be moved and attached to a trolley cart, a desktop mount and/or a wall mount.<br><br>**2.1    Intended Use**<br><br>TE7 Diagnostic Ultrasound System is applicable for adults, pregnant women, pediatric patients and neonates. It is intended for use in fetal, abdominal, intra-operative (abdominal, thoracic, and vascular), pediatric, small organ (breast, thyroid, testes), neonatal and adult cephalic, trans-esoph. (Cardiac), trans-rectal, trans-vaginal, musculo-skeletal (conventional, superficial), urology, peripheral vessel, adult and pediatric cardiac exams.<br><br>NOTE:    The functions described in the operator's manual may vary depending on the specific system purchased. |

---

[1] These charts rely on TE7 manuals and related materials.  Upon information and belief, the TE7 product is representative of at least the TE5, TE5 Max, TE7 Max and TE9 Accused Products. *See, e.g.*,
h-046-006958-00-5-0_te7-operator-s-manual-basic.pdf ("Operator's Manual (Basic")
 h-046-006967-te7-&_te5-service-manual-advance-9-0.pdf  ("Service Manual (Advanced")
https://www.mindraynorthamerica.com/ultrasound-machines/te7/
https://www.youtube.com/watch?v=ROwT7RmyGaQ

## 2.5    Introduction of Each Unit

*See* System Overview at 25-31.

The main unit can be attached to the trolley cart, a desktop support or a wall mounting unit.

*See* Service Manual (Advanced) at 193-195.

2

| | 9.2.4  **Desktop** |
|---|---|
| | ■  Desktop appearance |
| | <br><br>**No.** / **Name** / **Function** table:<br><br>| No. | Name | Function |<br>|---|---|---|<br>| 1 | Main unit support | Used for fixing the main unit of ultrasound system. |<br>| 2 | Base of the desktop | Used for fixing the main unit support. |<br><br>*See* Service Manual (Advanced) at 152.<br><br>As shown above, the TE7 family includes a handheld display and image processing housing that includes at least one electrical connector. |
| (a)  at least one handheld transducer assembly to perform an imaging operation wherein the at least one transducer assembly includes a probe housing, a transducer array, and a cable with a first transducer connector; and | The main unit includes one or more computers that are located inside the tablet housing.  There is also software executed by the compute that operates an ultrasound application that includes a transducer identification program that detects an attached transducer assembly. |

3

## 8.2    Main Unit Assembly/Disassembly

This section describes the disassembling and assembling of the main parts and hardware boards. The assembling is the inverse process of disassembling if not mentioned in particular.

**Note:**    The illustration of disassembly is for reference only; please relies on the actual model.

*See* Service Manual (Advanced) at  146.

4

### 4.2.1 Physical Structure and Connection of Hardware System



Picture 2 Connection Diagram of Hardware System

- Probe board, probe connection board and main board are connected via the sockets.
- The display is connected to the main board via the cables, including LVDS and parameter board.
- The display is connected to the backlight board via cables; the backlight board is connected to the main board via cables.
- Touchscreen panel is connected to the main board via cables; touchscreen is connected to the Touchscreen panel via FPC.
- Push button board is connected to the main board via cables.
- LED indicator board is connected to the main board via cables.

Product Principle 4-3

ME1\57806694.v2

- The battery is connected to the battery board via the sockets; the battery board is connected to the main board via cables.
- The adapter is connected to the adapter board via cables; the adapter board is connected to the main board via the socket.
- Back-end fans are connected to the main board via cables; the cables of five pieces of fans come into one group of cables.
- The front-end fan is connected to the main board via cables.
- The speaker is connected to the main board via the cables. The cables of two speakers come into one group of cables.
- PHV board is connected to the main board via the socket.
- COME board is connected to the main board via the socket.
- SSD is connected to the main board via the socket.
- WiFi board is connected to the main board via the socket; the antenna is connected to the WiFi board via the socket.
- The main board provides one ECG serial port, one HDMI port, four USB 3.0 port and one Ethernet port.

## 4.2.2    Circuit Principle of Hardware System



Picture 3 The Diagram of Hardware Principle

4-4 Product Principle

6

### 4.2.3    Hardware Board

#### 4.2.3.1    Probe Board

- The probe extension and probe connectivity are achieved on this board.
- It includes the single-probe port board and three-probe port board, and it can be configured before and after leaving the factory.
- The port on the probe board extends to three.
- The signal switching & probe connectivity are achieved on single-port probe board.
- The probe and the port on the main unit take form of the comprehensive probe port.

#### 4.2.3.2    Probe Connecting Board

The probe connecting board transfers the signal; no circuit.

#### 4.2.3.3    Main Board

Being the core of entire main unit, the main board fulfills most functions of the hardware.

- It provides switching function of 64/128 channel.
- It provides 64-channel transmitting circuit.
- It provides 64-channel receiving circuit.
- It provides clock circuit.
- It provides all functions of ultrasonic engine.
- It provides power supply circuits except for PHV/HV.
- It provides power supply and the port for the main console.
- It provides the port for the memory (SSD).
- It provides system monitoring.
- It provides power supply management.
- It provides physical port for User IO.
- It provides power supply and video sources for the display.
- It provides USB port and power supply for the touchscreen.
- It provides the adapter and the power supply port.

#### 4.2.3.4    PHV Board

- It provides transmitting power supply for transmitting circuit on non-CW mode.
- It provides power supply for high-voltage switch (switching circuit of 64/128 channel).
- It provides PHV control circuit and control port.

#### 4.2.3.5    COME Module

It provides functions of main console;

- Use PC module as the main console based on intel Core i7-3517UE processer.
- The port of PC module meets the requirement of COME 2.0 Type6 Pin-out.
- 2 GB memory, DDR 3, maximum capacity 16 GB.
- The highest 1.7 GHz basic frequency
- 7 PCIe x1
- 8*USB2.0,4*USB3.0
- It supports single-channel/dual-channel 18/24bit LVDS.

Product Principle 4-5

7

| | |
|---|---|
| | - 3 DDI, it supports HDMI/DVI/DisplayPort<br>- It supports 10/100/1000 Mbps Ethernet.<br>- It supports ATX power supply<br><br>**4.2.3.6   Adapter Board**<br>It transfers the power supply signal.<br>It provides EMI filter for the adapter input.<br><br>**4.2.3.7   Battery Connecting Board**<br>It transfers the battery signal.<br><br>**4.2.3.8   LED Indicator**<br>It transfers the status signal of the unit to the display of LED.<br><br>**4.2.3.9   Keyboard**<br>It provides the starting up button.<br><br>**4.2.3.10  LCD Backlight Board**<br>It provides constant current of backlight LED inside LCD display.<br><br>**4.2.3.11  Touch Screen Control Board**<br>It verifies the touching movements of the user and reports them to the main control platform.<br>It communicates with main console via USB port.<br><br>*See* Service Manual (Advanced) at 75-78. |

8



## 4.2    Select Exam Mode and Probe

⚠ **CAUTION:** If the exam mode is changed during a measurement, all measurement calipers on the image will be cleared. The general measurement data will be lost, but application measurement data will be stored in the reports.

■ Selecting exam mode

1. Tap [Probe] on the left side of the operating panel. The screen displays the following dialog box

2. Tap to select the probe model and exam mode. The system exits the dialog box and enters the selected exam mode and probe.

4-8 Exam Preparation

*See* Operator's Manual (Basic) at 56.

9

ME1\57806694.v2

The TE7 is designed for use with multiple transducer probes.  Each probe includes an transducer array.  For example, as shown below, the probe port (socket) offers 128-array channels from the transducer probe.  Further, it supports a 192-array probe and a bi-planar probe.  The transducer array provides signals to the beamformer as shown below.

### 2.4.2    Probes and Needle-guided Brackets Available

| Probe model | Probe Type | Intended Use | Region Applied |
|---|---|---|---|
| C5-2s | Convex | Gynecology, Obstetrics, Vascular, Pediatric | Body surface |
| C11-3s | Convex | Abdominal, Cephalic, Vascular, Small organ, Musculo-skeletal, Pediatric | Body surface |
| L12-4s | Linear | Small organ, Vascular, Musculo-skeletal, Abdominal, Pediatric | Body surface |
| L7-3s | Linear | | Body surface |
| L14-6s | Linear | Small organ, Vascular, Musculo-skeletal, Pediatric | Body surface |
| L14-6Ns | Linear | Breast, Musculo-skeletal, Nerve, Small organ (Superficial), Vascular (Superficial), Pediatric hip | Body surface |
| P4-2s | Phased | Cardiac, Abdominal, Cephalic, Pediatric | Body surface |
| V11-3Ws | Convex | Gynecology, Obstetrics, Urology | Transvaginal |
| 7LT4s | Linear | Intraoperative (Abdominal, Cardiac, Vascular), Small organ, Vascular, Musculo-skeletal, Abdominal, Pediatric | Body surface |
| P7-3Ts | Phased | Cardiac | Transesophageal |
| L16-4Hs | Linear | Musculo-skeletal, Nerve, Small organ, Vascular, pediatric hip, neonatal cephalic | Body surface |

*See* Operator's Manual (Basic) at 27.

ME1\57806694.v2

# 4 Product Principle

## 4.1 Function Structure of Hardware System

Main unit (Display Control Unit):

- Probe port and extension
- Front-end Circuit
- Ultrasonic Engine
- Back-end Platform
- Interactive interface (display and touchscreen)
- Power Supply & Battery



Picture 1 Hardware System Diagram

### 4.1.1 Probe Socket

The probe socket can be achieved on this board as well as the extension of multi-probe.

- It supports the configurations of single probes and triple probes. The function of the three-probe keeps the same.
- The probe socket offers 128-array channels.
- It supports TEE probe.
- It supports 192-array probe.
- It supports bi-planar probe.
- It provides the switching channel between 128-array port and 64-receiving channel.

### 4.1.2 Front-end Circuit

It provides physical platform of the transmission and receiving for the entire system, which consists of the transmission/receiving/clock circuit.

- It provides 64-channel transmitting/receiving circuit.
- It supports the 5 emission level.
- It supports CW, and CW transmission of maximum 32-channel.

Product Principle 4-1

ME1\57806694.v2

- 160 M system clock.
- 40 M sampling clock

### 4.1.3  Ultrasonic Engine

- It provides beam-forming of numeric-field data.
- It provides the processing of some signals after the beam is formed.
- It provides the scanning control.
- It provides signal channel (bus) which transmits and receives FPGA.
- It provides the data caching.
- It provides the signal channel (bus) of main console on the back-end.
- It provides switching function of 64/128 channel.
- It provides ECG serial ports and synchronous processing of data.
- It provides the switching control function related to the probe management.

### 4.1.4  Back-end Platform

- It provides the functions for the computing and central control.
- It provides the internal storage.
- It provides IO for other users: audio/video/USB/serial port/wired network/wireless network.
  USB: four USB 3.0 ports.
  HDMI: provides one HDMI port; the resolution which HDMI outputs supports four types of modes: 1024*768/1280*720/1280*1024/1920*1080; the resolution is decided by the user; full screen and standard screen are available the information that HDMI outputs.
  It provides two ports to two speakers (right/left channel).
  Wired Ethernet connection (port) provides one 1000 M port.
  Wireless Ethernet connection (port): one wireless network port embedded in the equipment, mPCIe port used in the wireless LAN adapter, internal antenna.
  ECG serial port provides ECG serial port to connect external ECG module;

### 4.1.5  Person-and-machine Communication

- It provides LCD display output;
- Anti-glare
- Adjustable brightness
- It supports the calibration for color temperature and gamma.
- It shows the status of the entire system: battery discharging/charging status (orange)/standby status (orange)/AC available (green).
- It provides on/off button.
- It provides a touchscreen input.
- It provides multi-touch.
- It supports the wake-on-touch.

4-2 Product Principle

*See* Service Manual (Advanced) at 73-74.

Further, the TE7 Family can operate with multiple probes.



# 13 Probes and Biopsy

## 13.1 Probes

NOTE: For details of storage times and conditions for disinfected probes and brackets, refer to the Technical standard for Disinfection of Medical and Health Structures.

The system supports the following probes:

C5-2s    L12-4s

L7-3s    P4-2s

L14-6s    C11-3s

L14-6Ns    V11-3Ws

Probes and Biopsy 13-1

13



For details of probe P7-3Ts, see P7-3Ts Ultrasonic Transducer Operator's Manual.

14

### 13.1.1  Probe Functions by Part

The basic structures and corresponding functions of probes are basically the same. The following takes probe L14-6Ns as an example.



| No. | Name | Function |
|---|---|---|
| <1> | Probe head | Converts the electrical signal to an ultrasonic signal, focusing the sound beams in a given direction while it receives the reflected ultrasonic signal and converts it to an electrical signal for transmission over the cable. The lens on the surface is the acoustic lens. Apply ultrasound gel to the acoustic lens for correct operation. |
| <2> | Needle-guided bracket fixing tabs and grooves | Provides mounting support for the needle-guided bracket. |
| <3> | Probe cable | Transmits electrical signals between the probe body and connector. |
| <4> | Probe connector | Connects the probe and cable to the ultrasound diagnostic system. |

Tip:

The probes' structure, marked <2> in the figure above, may vary depending on the corresponding needle-guided brackets.

*See* Operator's Manual (Basic) at 159-161.

| | |
|---|---|
| (b) a handheld portable processing unit connectable to the at least one handheld transducer assembly with the cable and | As shown above, the TE7 family includes a handheld display and image processing housing that includes at least one electrical connector. |

15

ME1\57806694.v2

| | |
|---|---|
| the first transducer connector at a processing unit connector, | The main unit includes one or more computers that are located inside the tablet housing.  There is also software executed by the compute that operates an ultrasound application that includes a transducer identification program that detects an attached transducer assembly. <br><br> ## 8.2    Main Unit Assembly/Disassembly <br><br> This section describes the disassembling and assembling of the main parts and hardware boards. The assembling is the inverse process of disassembling if not mentioned in particular. <br><br>  <br><br> **Note:**    The illustration of disassembly is for reference only; please relies on the actual model. <br><br> _See_ Service Manual (Advanced) at 146. |

ME1\57806694.v2

### 4.2.1 Physical Structure and Connection of Hardware System



Picture 2 Connection Diagram of Hardware System

- Probe board, probe connection board and main board are connected via the sockets.
- The display is connected to the main board via the cables, including LVDS and parameter board.
- The display is connected to the backlight board via cables; the backlight board is connected to the main board via cables.
- Touchscreen panel is connected to the main board via cables; touchscreen is connected to the Touchscreen panel via FPC.
- Push button board is connected to the main board via cables.
- LED indicator board is connected to the main board via cables.

Product Principle 4-3

17

- The battery is connected to the battery board via the sockets; the battery board is connected to the main board via cables.
- The adapter is connected to the adapter board via cables; the adapter board is connected to the main board via the socket.
- Back-end fans are connected to the main board via cables; the cables of five pieces of fans come into one group of cables.
- The front-end fan is connected to the main board via cables.
- The speaker is connected to the main board via the cables. The cables of two speakers come into one group of cables.
- PHV board is connected to the main board via the socket.
- COME board is connected to the main board via the socket.
- SSD is connected to the main board via the socket.
- WiFi board is connected to the main board via the socket; the antenna is connected to the WiFi board via the socket.
- The main board provides one ECG serial port, one HDMI port, four USB 3.0 port and one Ethernet port.

## 4.2.2   Circuit Principle of Hardware System



Picture 3 The Diagram of Hardware Principle

4-4 Product Principle

ME1\57806694.v2

### 4.2.3    Hardware Board

#### 4.2.3.1    Probe Board
- The probe extension and probe connectivity are achieved on this board.
- It includes the single-probe port board and three-probe port board, and it can be configured before and after leaving the factory.
- The port on the probe board extends to three.
- The signal switching & probe connectivity are achieved on single-port probe board.
- The probe and the port on the main unit take form of the comprehensive probe port.

#### 4.2.3.2    Probe Connecting Board
The probe connecting board transfers the signal; no circuit.

#### 4.2.3.3    Main Board
Being the core of entire main unit, the main board fulfills most functions of the hardware.
- It provides switching function of 64/128 channel.
- It provides 64-channel transmitting circuit.
- It provides 64-channel receiving circuit.
- It provides clock circuit.
- It provides all functions of ultrasonic engine.
- It provides power supply circuits except for PHV/HV.
- It provides power supply and the port for the main console.
- It provides the port for the memory (SSD).
- It provides system monitoring.
- It provides power supply management.
- It provides physical port for User IO.
- It provides power supply and video sources for the display.
- It provides USB port and power supply for the touchscreen.
- It provides the adapter and the power supply port.

#### 4.2.3.4    PHV Board
- It provides transmitting power supply for transmitting circuit on non-CW mode.
- It provides power supply for high-voltage switch (switching circuit of 64/128 channel).
- It provides PHV control circuit and control port.

#### 4.2.3.5    COME Module
It provides functions of main console;
- Use PC module as the main console based on intel Core i7-3517UE processer.
- The port of PC module meets the requirement of COME 2.0 Type6 Pin-out.
- 2 GB memory, DDR 3, maximum capacity 16 GB.
- The highest 1.7 GHz basic frequency
- 7 PCIe x1
- 8*USB2.0,4*USB3.0
- It supports single-channel/dual-channel 18/24bit LVDS.

Product Principle 4-5

19

- 3 DDI, it supports HDMI/DVI/DisplayPort
- It supports 10/100/1000 Mbps Ethernet.
- It supports ATX power supply

**4.2.3.6    Adapter Board**

It transfers the power supply signal.

It provides EMI filter for the adapter input.

**4.2.3.7    Battery Connecting Board**

It transfers the battery signal.

**4.2.3.8    LED Indicator**

It transfers the status signal of the unit to the display of LED.

**4.2.3.9    Keyboard**

It provides the starting up button.

**4.2.3.10  LCD Backlight Board**

It provides constant current of backlight LED inside LCD display.

**4.2.3.11  Touch Screen Control Board**

It verifies the touching movements of the user and reports them to the main control platform.

It communicates with main console via USB port.

*See* Service Manual (Advanced) at 75-78.

20



See Operator's Manual (Basic) at  56.

ME1\57806694.v2

| (c) the processing unit having an integrated touch screen display that displays an ultrasound image wherein the integrated touch screen display is mounted integral with a processor operative in response to the integrated touch screen display, | The TE7 family includes a touch screen graphical user interface that operates on the display and image processor housing.  There is a display mounted within the handheld display and image processor housing over the computer such that a user can view and operate the display  |
|---|---|
| (d) a memory system, a battery, | The TE7 includes one or more memories (as shown above and below) and a battery within the handheld display and image processor housing. |

ME1\57806694.v2

## 2.5    Introduction of Each Unit



ME1\57806694.v2

| No. | Name | Function |
|-----|------|----------|
| <1> | Touch screen and display | Operator-system interface or control; displays the image and parameters during the scan. <br><br> ⊟: Battery status indicator. <br> • Charging status: <br> It illuminates in orange when batteries are charging; <br> It illuminates in green when batteries are charged fully. <br> • Discharging status: <br> It illuminates in green color when the power of the batteries is sufficient; <br> It blinks in orange color for low battery power. <br> ∼: AC indicator <br> The indicator is green at AC supply. <br> The indicator is off when batteries are supplied without AC supply. <br> ☽: Standby indicator. <br> Standby: blinking in orange. <br> Other status: light off. |

*See* Operations Manual (Basic) at 31-32.

## 3.3 Connecting the Power Cord

This system can work normally only when it is connected to the external power supply or the battery capacity is sufficient.

### 3.3.1 Connecting Power

1. Connect the connector of the power adapter to the adapter port in the system.
2. Use a three-wire cable to connect the adapter with the external power supply.
3. The external power supply must meet the requirements in chapter "2.3.2 Power supply".

If you have any question about the power adapter, please contact your sales representative.

NOTE:   You must use the specified power adapter.

Do not use this power adapter in conditions other than those specified.

### 3.3.2 Powered by Batteries

■ When connecting to the external power supply, the system is powered by the external power. The lithium ion batteries inside it are in the charging status.

■ If disconnected from the external power supply, the system is powered by the lithium ion batteries. Refer to "Appendix B Battery" for the detailed operations and precautions.

*See* Operator's Manual (Basic) at 39.

24

ME1\57806694.v2

## 8.1    Structure of the Entire System

### 8.1.1    Main Unit



**Figure 1** Explosion View of the Main Unit

Structure and Assembly/Disassembly 8-1

| No. | Name | No. | Name |
|---|---|---|---|
| 1 | Front cover assembly of the main unit | 2 | Monitor assembly |
| 3 | M3 X 6 panhead screw with washer | 4 | Back cover assembly of the main unit |
| 5 | M3 X 12 panhead screw with washer | 6 | Screw cap on main unit |
| 7 | Battery compartment cover | 8 | M3 X 15 captive fastener with the slot |
| 9 | Press pad for battery | 10 | The protective film of the display |

*See* Service Manual (Advanced) at 139-140.

25

| (e) the processor configured to communicate with an ultrasound beamformer processing circuit, | The TE7 is designed for use with multiple transducer probes.  Each probe includes an transducer array.  For example, as shown below, the probe port (socket) offers 128-array channels from the transducer probe.  Further, it supports a 192-array probe and a bi-planar probe.  The transducer array provides signals to the beamformer as shown below. |
|---|---|
| | **2.4.2  Probes and Needle-guided Brackets Available** |

| Probe model | Probe Type | Intended Use | Region Applied |
|---|---|---|---|
| C5-2s | Convex | Gynecology, Obstetrics, Vascular, Pediatric | Body surface |
| C11-3s | Convex | Abdominal, Cephalic, Vascular, Small organ, Musculo-skeletal, Pediatric | Body surface |
| L12-4s | Linear | Small organ, Vascular, Musculo-skeletal, Abdominal, Pediatric | Body surface |
| L7-3s | Linear | | Body surface |
| L14-6s | Linear | Small organ, Vascular, Musculo-skeletal, Pediatric | Body surface |
| L14-6Ns | Linear | Breast, Musculo-skeletal, Nerve, Small organ (Superficial), Vascular (Superficial), Pediatric hip | Body surface |
| P4-2s | Phased | Cardiac, Abdominal, Cephalic, Pediatric | Body surface |
| V11-3Ws | Convex | Gynecology, Obstetrics, Urology | Transvaginal |
| 7LT4s | Linear | Intraoperative (Abdominal, Cardiac, Vascular), Small organ, Vascular, Musculo-skeletal, Abdominal, Pediatric | Body surface |
| P7-3Ts | Phased | Cardiac | Transesophageal |
| L16-4Hs | Linear | Musculo-skeletal, Nerve, Small organ, Vascular, pediatric hip, neonatal cephalic | Body surface |

*See* Operator's Manual (Basic) at 27.

ME1\57806694.v2

# 4 Product Principle

## 4.1 Function Structure of Hardware System

Main unit (Display Control Unit):

- Probe port and extension
- Front-end Circuit
- Ultrasonic Engine
- Back-end Platform
- Interactive interface (display and touchscreen)
- Power Supply & Battery



Picture 1 Hardware System Diagram

### 4.1.1 Probe Socket

The probe socket can be achieved on this board as well as the extension of multi-probe.

- It supports the configurations of single probes and triple probes. The function of the three-probe keeps the same.
- The probe socket offers 128-array channels.
- It supports TEE probe.
- It supports 192-array probe.
- It supports bi-planar probe.
- It provides the switching channel between 128-array port and 64-receiving channel.

### 4.1.2 Front-end Circuit

It provides physical platform of the transmission and receiving for the entire system, which consists of the transmission/receiving/clock circuit.

- It provides 64-channel transmitting/receiving circuit.
- It supports the 5 emission level.
- It supports CW, and CW transmission of maximum 32-channel.

Product Principle 4-1

27

- 160 M system clock.
- 40 M sampling clock

### 4.1.3    Ultrasonic Engine

- It provides beam-forming of numeric-field data.
- It provides the processing of some signals after the beam is formed.
- It provides the scanning control.
- It provides signal channel (bus) which transmits and receives FPGA.
- It provides the data caching.
- It provides the signal channel (bus) of main console on the back-end.
- It provides switching function of 64/128 channel.
- It provides ECG serial ports and synchronous processing of data.
- It provides the switching control function related to the probe management.

### 4.1.4    Back-end Platform

- It provides the functions for the computing and central control.
- It provides the internal storage.
- It provides IO for other users: audio/video/USB/serial port/wired network/wireless network.
  USB: four USB 3.0 ports.
  HDMI: provides one HDMI port; the resolution which HDMI outputs supports four types of modes: 1024*768/1280*720/1280*1024/1920*1080; the resolution is decided by the user; full screen and standard screen are available the information that HDMI outputs.
  It provides two ports to two speakers (right/left channel).
  Wired Ethernet connection (port) provides one 1000 M port.
  Wireless Ethernet connection (port): one wireless network port embedded in the equipment, mPCIe port used in the wireless LAN adapter, internal antenna.
  ECG serial port provides ECG serial port to connect external ECG module;

### 4.1.5    Person-and-machine Communication

- It provides LCD display output;
- Anti-glare
- Adjustable brightness
- It supports the calibration for color temperature and gamma.
- It shows the status of the entire system: battery discharging/charging status (orange)/standby status (orange)/AC available (green).
- It provides on/off button.
- It provides a touchscreen input.
- It provides multi-touch.
- It supports the wake-on-touch.

4-2 Product Principle

*See* Service Manual (Advanced) at 73-74.

28

| | |
|---|---|
| (f)  the processor being operative in response to finger operation of the integrated touch screen display to operate a graphical user interface that displays one or more automatically set imaging parameters of the at least one transducer assembly | The TE7 includes one or more processors.  The TE7 operates in response to finger operations used on the integrated touch screen to operate a GUI that displays on or more automatically set imaging parameters of a transducer assembly . <br><br> The main unit can be attached to the trolley cart, a desktop support or a wall mounting unit.  *See* Service Manual (Advanced) at 193-195. <br><br> The main unit includes one or more computers that are located inside the tablet housing.  There is also software executed by the compute that operates an ultrasound application that includes a transducer identification program that detects an attached transducer assembly. |

29

## 8.2    Main Unit Assembly/Disassembly

This section describes the disassembling and assembling of the main parts and hardware boards. The assembling is the inverse process of disassembling if not mentioned in particular.

| Note: | The illustration of disassembly is for reference only; please relies on the actual model. |
|---|---|

*See* Service Manual (Advanced) at 146.

ME1\57806694.v2

### 4.2.1 Physical Structure and Connection of Hardware System



Picture 2 Connection Diagram of Hardware System

- Probe board, probe connection board and main board are connected via the sockets.
- The display is connected to the main board via the cables, including LVDS and parameter board.
- The display is connected to the backlight board via cables; the backlight board is connected to the main board via cables.
- Touchscreen panel is connected to the main board via cables; touchscreen is connected to the Touchscreen panel via FPC.
- Push button board is connected to the main board via cables.
- LED indicator board is connected to the main board via cables.

Product Principle 4-3

31

- The battery is connected to the battery board via the sockets; the battery board is connected to the main board via cables.
- The adapter is connected to the adapter board via cables; the adapter board is connected to the main board via the socket.
- Back-end fans are connected to the main board via cables; the cables of five pieces of fans come into one group of cables.
- The front-end fan is connected to the main board via cables.
- The speaker is connected to the main board via the cables. The cables of two speakers come into one group of cables.
- PHV board is connected to the main board via the socket.
- COME board is connected to the main board via the socket.
- SSD is connected to the main board via the socket.
- WiFi board is connected to the main board via the socket; the antenna is connected to the WiFi board via the socket.
- The main board provides one ECG serial port, one HDMI port, four USB 3.0 port and one Ethernet port.

## 4.2.2   Circuit Principle of Hardware System



Picture 3 The Diagram of Hardware Principle

4-4 Product Principle

32

ME1\57806694.v2

### 4.2.3    Hardware Board

#### 4.2.3.1    Probe Board
- The probe extension and probe connectivity are achieved on this board.
- It includes the single-probe port board and three-probe port board, and it can be configured before and after leaving the factory.
- The port on the probe board extends to three.
- The signal switching & probe connectivity are achieved on single-port probe board.
- The probe and the port on the main unit take form of the comprehensive probe port.

#### 4.2.3.2    Probe Connecting Board
The probe connecting board transfers the signal; no circuit.

#### 4.2.3.3    Main Board
Being the core of entire main unit, the main board fulfills most functions of the hardware.
- It provides switching function of 64/128 channel.
- It provides 64-channel transmitting circuit.
- It provides 64-channel receiving circuit.
- It provides clock circuit.
- It provides all functions of ultrasonic engine.
- It provides power supply circuits except for PHV/HV.
- It provides power supply and the port for the main console.
- It provides the port for the memory (SSD).
- It provides system monitoring.
- It provides power supply management.
- It provides physical port for User IO.
- It provides power supply and video sources for the display.
- It provides USB port and power supply for the touchscreen.
- It provides the adapter and the power supply port.

#### 4.2.3.4    PHV Board
- It provides transmitting power supply for transmitting circuit on non-CW mode.
- It provides power supply for high-voltage switch (switching circuit of 64/128 channel).
- It provides PHV control circuit and control port.

#### 4.2.3.5    COME Module
It provides functions of main console;
- Use PC module as the main console based on intel Core i7-3517UE processer.
- The port of PC module meets the requirement of COME 2.0 Type6 Pin-out.
- 2 GB memory, DDR 3, maximum capacity 16 GB.
- The highest 1.7 GHz basic frequency
- 7 PCIe x1
- 8*USB2.0,4*USB3.0
- It supports single-channel/dual-channel 18/24bit LVDS.

Product Principle 4-5

33

- 3 DDI, it supports HDMI/DVI/DisplayPort
- It supports 10/100/1000 Mbps Ethernet.
- It supports ATX power supply

### 4.2.3.6    Adapter Board

It transfers the power supply signal.

It provides EMI filter for the adapter input.

### 4.2.3.7    Battery Connecting Board

It transfers the battery signal.

### 4.2.3.8    LED Indicator

It transfers the status signal of the unit to the display of LED.

### 4.2.3.9    Keyboard

It provides the starting up button.

### 4.2.3.10    LCD Backlight Board

It provides constant current of backlight LED inside LCD display.

### 4.2.3.11    Touch Screen Control Board

It verifies the touching movements of the user and reports them to the main control platform.

It communicates with main console via USB port.

*See* Service Manual (Advanced)  at 75-78.

Additionally, the TE7 includes at least 3 probe ports.  The system detects which probes are attached and adjust operation automatically based on which probe is attached and which anatomic structure that is being imaged.

34



ME1\57806694.v2

When a probe is selected one or more imaging parameters are set.

### 3.11  Basic Screen & Operation

### 3.11.1  Screen Display



| 1. | Probe model, acoustic output value and MITI index | 2. | Parameter area |
|---|---|---|---|
| 3. | iNeedle | 4. | iTouch |
| 5. | Frequency adjustment | 6. | TGC control |
| 7. | Operating panel | 8. | Patient Information area |
| 9. | System status icon | 10. | System tool bar |
| 11. | Gain control | 12. | Depth control |

*See* Operator's Manual (Basic) at 47-48.

36

ME1\57806694.v2

| | |
|---|---|
| (g) upon connection of the first transducer connector to the processing unit connector and selection of an anatomical structure to be imaged, | *See* Claim 41(f). |
| (h) wherein the processor is configured to operate a plurality of computer programs including a scan conversion program, | The TE-7 family performs scan conversation in order to display images in Cartesian coordinates.<br><br>**5.1   Imaging Mode**<br><br>**5.1.1   Switching Between Imaging Modes**<br><br><br><br>On the operating panel, tap imaging mode buttons on the right to switch the mode.<br><br>Current imaging mode is indicated by highlighting the button in blue. For instance, the above status shows that the system is under B+Color+PW mode (triplex is turned on).<br><br>*See* Operator's Manual (Basic) at 59. |
| (i) a Doppler processing program, | The TE-7 family includes a Doppler  processing program.<br><br>**5.6   PW/CW Doppler Mode**<br><br>PW (Pulsed Wave Doppler) mode or CW (Continuous Wave Doppler) mode is used to provide blood flow velocity and direction utilizing a real-time spectrum display. The horizontal axis represents time, while the vertical axis represents Doppler frequency shift.<br><br>PW mode provides a function for examining flow at one specific site for its velocity, direction and features. CW mode proves to be much more sensitive to high-velocity flow display. Thus, a combination of both modes will contribute to a much more accurate analysis.<br><br>CW imaging is an option.<br><br>*See* Operator's Manual (Basic) at 78. |

ME1\57806694.v2

| | |
|---|---|
| (j) an automatically set image parameter module and a transducer identification program segment that detects an attached transducer assembly. | *See* 41(f). |

ME1\57806694.v2

# EXHIBIT H

# Infringement Chart

# U.S. Patent No. 11,675,073 vs. Mindray TEX[1]

| U.S. Pat. No. 11,675,073 | Infringement Analysis |
|---|---|
| 41. A handheld medical ultrasound imaging device comprising: | The preamble is not limiting.  Nevertheless, the TEX is handheld medical ultrasound imaging device.<br><br>**2.1    Intended Use**<br><br>**For FDA region**<br><br>TEX20/TEX20 Pro/TEX20S/TEX20T/TEX20 Exp/TEX20 Elite/TEX10/TEX10 Pro/TEX10S/ TEX10T/TEX10 Exp/TEX10 Elite/TE X/TE X Lite Diagnostic Ultrasound System  is applicable for adults, pregnant women, pediatric patients and neonates. It is intended for use in Ophthalmic, fetal, abdominal,Intra-operative(abdominal, thoracic, and vascular), Laparoscopic, pediatric ,small organ(breast, thyroid, testes), neonatal and adult cephalic, trans-rectal, trans-vaginal, musculo-skeletal(conventional, superficial), Thoracic/Pleural (For detection of fluid and pleural motion/ sliding.), adult and pediatric cardiac, trans-esoph. (Cardiac), peripheral vessel, and urology exams.<br><br>Modes of operation include: B, M, PWD, CWD, Color Doppler, Amplitude Doppler, Combined mode(B+M, PW+B, Color+B, Power+B, PW+Color+B, Power+PW+B), Tissue Harmonic Imaging, Smart3D, iScape View, TDI, Color M, Strain Elastography, Contrast imaging (Contrast agent for LVO), and Contrast imaging (Contrast agent for Liver)<br><br>*See* Instructions for Use at 25. |

[1] These charts rely on TEX manuals and related materials. *See, e.g.*,
H-046-023006-00-Instructions-for-Use-Basic-Volume-FDA – TEX.pdf ("Instructions for Use")
H-046-026705-00-TE-X-Service-Manual_EN_FDA.pdf ("Service Manual")

## 2.8   Introduction of Each Unit



Figure 2-1 Overview of main unit

*See* Instructions for Use at 32.

2

ME1\57808748.v2

The TEX includes a handheld display and image processor with at least one electrical connector (probe port) for a probe.

## 2.6.1    Standard Configuration

- Main unit
    - 23.8 inch monitor
    - 4-probe socket
    - 4, 6 or 8 Batteries
- System software
- SSD (built-in)
- Auxiliary power cables or winder
- Wireless network card (built-in)
- GPU
- Accessories
    - Operator's manuals
    - Manual.NEMA
    - Ultrasound gel
    - Probe holder
    - Front storage bin

*See* Instructions for Use at 27.

3

## 2.8    Introduction of Each Unit

Figure 2-1 Overview of main unit



| No. | Name | Function |
|---|---|---|
| 1. | Probe holder | Used for placing the probe. |
| 2. | Speaker | Outputs the audio. |
| 3. | Power button/Power indicator | Used for turning on/ off the power. The indicator lights up when the system is powered on. |

4

ME1\57808748.v2

| No. | Name | Function |
|---|---|---|
| 4. | Power output | Provided a power interface for the peripheral devices.<br><br>**NOTE:**<br>The auxiliary power output socket of the peripheral equipment provided by the main unit connects the power supply of the optional peripheral equipment. Do not connect any other equipment to this interface; otherwise, the system may fail because the rated output power is exceeded. |
| 5. | Equipotential terminal | Equipotential connection is used to balance the protective earth potential between the equipment and other electrical equipment. |
| 6. | Caster | Used to fix or move the device. |
| 7. | AC power cord | Retractable AC power cord. |
| 8. | Air Charge Module | Configured with the air station to charge the main unit. |
| 9. | Battery pack | Supply power without AC power supply. |
| 10. | Storage bin | Used for keeping the cases, towelette, etc. |
| 11. | Trolley back handle | Used for moving the trolley. |
| 12. | Probe ports | Connects a probe to the main unit. |
| 13. | Touch screen and display | Operator-system interface or control; displays the image and parameters during the scan. |
| 14. | Height adjustment lever | Press to adjust the height of the stand. |
| 15. | Trolley rear handle | Used for ascending/descending the trolley or moving the trolley. |
| 16. | Front storage bin | Used for keeping the cases, towelette, etc. |
| 17. | Printer bracket | Used for placing the printer. |

*See* Instructions for Use at 32-33.

5

| (a) at least one handheld transducer assembly to perform an imaging operation wherein the at least one transducer assembly includes a probe housing, a transducer array, and a cable with a first transducer connector; and | The TEX is designed for use with multiple transducer probes.  Each probe includes a probe housing, a transducer array, and a cable with a first transducer connector.  For example, as shown below, the probe port (socket) offers 128-array channels from the transducer probe. |
| --- | --- |
| | **13.1  Probes** |

| Probe model | Probe Type | Probe Figure |
| --- | --- | --- |
| 7LT4s | Linear | |
| L14-6s | Linear | |
| C4-1s | Convex | |
| C5-1s | Convex | |
| P10-4s | Phased | |
| P7-3Ts | Phased | |
| L14-6Ns | Linear | |
| C11-3s | Convex | |

Operator's Manual                                                                                    13 - 1

6

| Probe model | Probe Type | Probe Figure |
|---|---|---|
| SP5-1s | Phased | |
| L16-4Hs | Linear | |
| C6-2Gs | Convex | |
| L20-5s | Linear | |
| P8-3Ts | Phased | |
| P4-2s | Phased | |
| SC6-1s | Convex | |
| V11-3Hs | Convex | |
| L9-3s | Linear | |
| P8-2s | Phased | |
| P8-2Ts | Phased | |

7

ME1\57808748.v2

| Probe model | Probe Type | Probe Figure |
|---|---|---|
| LAP13-4Cs | Convex | |
| L14-5sp | Linear | |
| L11-3VNs | Linear | |
| L12-3RCs | Linear | |
| L12-3VNs | Linear | |
| C9-3Ts | Convex | |
| i3P | Phased | |
| i3PA | Phased | |
| L14-3Ws | Linear | |

8

### 2.3.7.1 Probe Board

**Figure2–7 Functional Block Diagram of Transducer Board**



The probe board connects and expands the probe channel with the transmitting and receiving channel in the main unit box. The probe board is controlled by the main board through FE FPGA.

The probe board supports the following items:

Four 260-pin S-Type probe ports. Each probe port has 128 array elements interconnected with the main unit's physical channel. The probes are managed by the frontend unit.

The probe board CPLD supports online upgrade.

Probe hot swapping detection function.

*See* Service Manual at 48.

9

The main unit includes one or more computers (CPUs and GPUS) that are located inside the tablet housing and main unit that executes software that detects a transducer assembly (probe).

## 2.3 Product Principle

### 2.3.1 Overall Architecture of Hardware System

#### 2.3.1.1 Hardware System Diagram

**Figure2–1 Block Diagram of the Overall Hardware System Architecture**



The hardware system of the TEX series product is divided into four units: frontend unit, backend unit, power supply unit, and UI unit. The connection relationship between the four units and the modules they contain are shown in the figure above.

- Frontend unit:
  The frontend unit performs scanning for the ultrasonic imaging system and transmits the imaging data collected from the scanning step to the backend unit for post-processing. Taking the main board as the core, the frontend unit integrates the transmitting, receiving, PHV, CW, TEE, and ECG functions and connects to the probe through the probe board.

- Backend unit:
  The backend unit uses the main board as the carrier to mount the CPU and GPU modules. Its main control module is CPU. It supports GPU for the supplement of post-processing operations, as well as the control and monitoring of the whole system.

- Power supply unit of the trolley:

10

ME1\57808748.v2

The power supply unit supplies power to the frontend unit, backend unit, and peripherals. It converts AC input into DC voltage required by each module of the system, and completes battery charge and discharge management.

- UI unit:

  The UI unit interacts with users and consists of the following modules:

  — Touch screen: It displays ultrasonic images and corresponding parameters, and completes man-machine interaction through touch control.

  — IO module: It is used for inputs and outputs of audio and video signal, network signal, and USB port information.

*See* Service Manual at 41-42.

### 2.3.4 Main board assembly

#### 2.3.4.1 Block Diagram of Main Board

**Figure2–4 Block Diagram of Main Board**



The frontend unit consists of the following boards:
- Main Board
- Probe Board

The backend unit consists of the following boards:
- Main Board
- PC Module
- GPU Module

*See* Service Manual at 44.

11

ME1\57808748.v2

## 2.3.5 PC Module

### 2.3.5.1 PC Module

The PC module aggregates CPU, iGPU (core graphics/integrated graphics), host bridge (IO extension), memory bank, network adapter, etc. Together with main board, hard disk and independent video card, as the calculation and control center of the entire unit, the PC module fulfills the comprehensive functions on the computer system. It works with the GPU module to post-process the data uploaded by the ultrasound front end and then output standard image data.

*See* Service Manual at 47.

### 3.6.1 Connecting a Probe

> ⚠**WARNING**
>
> The probes, cables and connectors should be in proper operating order and free from surface defects, cracks and peeling. Otherwise, this may lead to electrical shock.

**NOTE:**

Before inserting the connector into the probe port, inspect the connector pin. If the pin is bent, do not use the probe until it has been inspected/repaired/replaced.

3 - 8                                                                 Operator's Manual

12

ME1\57808748.v2

Perform the following procedure:

1. Keep the cable end of the transducer to the bottom side of the system; insert the connector into the system port, then press in fully.
2. Toggle the locking lever to the left position.
3. Position the probe properly to avoid it being treaded on or becoming wrapped around other devices. DO NOT allow the probe head to hang free.

*See* Instructions for Use at 62-63.

*See also*, Claim 41 at Preamble.

| | |
|---|---|
| (b) a handheld portable processing unit connectable to the at least one handheld transducer assembly with the cable and the first transducer connector at a processing unit connector, | The main unit is a handheld portable unit that includes one or more computers (CPUs and GPUS) that are located inside the tablet housing and main unit that executes software that detects a transducer assembly (probe) once connected thereto. |

ME1\57808748.v2

## 2.3 Product Principle

### 2.3.1 Overall Architecture of Hardware System

#### 2.3.1.1 Hardware System Diagram

**Figure2–1 Block Diagram of the Overall Hardware System Architecture**



The hardware system of the TEX series product is divided into four units: frontend unit, backend unit, power supply unit, and UI unit. The connection relationship between the four units and the modules they contain are shown in the figure above.

- Frontend unit:

    The frontend unit performs scanning for the ultrasonic imaging system and transmits the imaging data collected from the scanning step to the backend unit for post-processing. Taking the main board as the core, the frontend unit integrates the transmitting, receiving, PHV, CW, TEE, and ECG functions and connects to the probe through the probe board.

- Backend unit:

    The backend unit uses the main board as the carrier to mount the CPU and GPU modules. Its main control module is CPU. It supports GPU for the supplement of post-processing operations, as well as the control and monitoring of the whole system.

- Power supply unit of the trolley:

14

The power supply unit supplies power to the frontend unit, backend unit, and peripherals. It converts AC input into DC voltage required by each module of the system, and completes battery charge and discharge management.

- UI unit:

  The UI unit interacts with users and consists of the following modules:

  — Touch screen: It displays ultrasonic images and corresponding parameters, and completes man-machine interaction through touch control.

  — IO module: It is used for inputs and outputs of audio and video signal, network signal, and USB port information.

*See* Service Manual at 41-42.

### 2.3.4 Main board assembly

#### 2.3.4.1 Block Diagram of Main Board

**Figure2–4 Block Diagram of Main Board**



The frontend unit consists of the following boards:
- Main Board
- Probe Board

The backend unit consists of the following boards:
- Main Board
- PC Module
- GPU Module

*See* Service Manual at 44.

15

## 2.3.5 PC Module

### 2.3.5.1 PC Module

The PC module aggregates CPU, iGPU (core graphics/integrated graphics), host bridge (IO extension), memory bank, network adapter, etc. Together with main board, hard disk and independent video card, as the calculation and control center of the entire unit, the PC module fulfills the comprehensive functions on the computer system. It works with the GPU module to post-process the data uploaded by the ultrasound front end and then output standard image data.

Service Manual (page 47 of pdf)

### 3.6.1 Connecting a Probe

**⚠ WARNING**

The probes, cables and connectors should be in proper operating order and free from surface defects, cracks and peeling. Otherwise, this may lead to electrical shock.

**NOTE:**

Before inserting the connector into the probe port, inspect the connector pin. If the pin is bent, do not use the probe until it has been inspected/repaired/replaced.

3 - 8                                                                      Operator's Manual

16

ME1\57808748.v2



Perform the following procedure:

1. Keep the cable end of the transducer to the bottom side of the system; insert the connector into the system port, then press in fully.

2. Toggle the locking lever to the left position.

3. Position the probe properly to avoid it being treaded on or becoming wrapped around other devices. DO NOT allow the probe head to hang free.

*See* Instructions for Use at 62-63.

*See also* Claim 41(a).

| | |
|---|---|
| (c) the processing unit having an integrated touch screen display that displays an ultrasound image wherein the integrated touch screen display is mounted integral with a processor operative in response to the integrated touch screen display, | As shown above and below, the housing (part of the main unit) has a front panel and includes the touch screen (display assembly) that attaches thereto that the user operates to control the ultrasound system. <br><br> **3.4.2 Installing the Main Unit Box Assembly** <br><br> 1. Use your hands to hold the main unit box assembly, and put the boss of the main unit back cover in the main unit support groove from top down. |

17



| 1 | Main unit box assembly |
| 2 | Boss of the main unit back cover |
| 3 | Main unit support groove |

ME1\57808748.v2



| 1 | Front of the display assembly |
| 2 | Rear of the display assembly |
| 3 | Unlocking lever |
| 4 | Column |

2. Hold the display assembly upright with your hands, observe the mounting groove on the rear of the display assembly, approach the rotating disk of the main unit box assembly from top down, center the display and the main unit box assembly roughly in the left and right directions, and place the display assembly on the rotating disk. After placing it, the unlocking lever automatically returns.

*See* Service Manual at 83-84.

| (d) a memory system, a battery, | As shown, the main unit includes one or more processors and field programmable arrays and includes various forms of memory such as solid state memory in the frontend and backend of the Main Board.  A beamformer is also included to receive image signals from the transducer connector.  The accused products |

19

include a main board that includes a front end module and back end module.  The front end module includes a probe board that cooperates with parts of the backend module to communicate and processes signals to and from the probes.  For example, Image related functions are carried out by the front-end FPGA.

### 2.3.4.2 Frontend of the Main Board

**Figure2–5 Block diagram of the main board front end**



The block diagram of the main board front end is shown in the preceding figure. The transmission and reception solution consists of eight MAX chips and eight AFE chips. The transmission and reception control and signal processing are all realized through the FE FPGA. The major functions of the main board front end are as follows:

1. Transmission: The front-end FPGA controls 128 channels to transmit high-voltage ultrasonic signals to the probe, so as to realize transmission focusing of the machine.
2. Reception: The front-end FPGA controls 128 channels to receive ultrasonic echo signals from the probe, so as to realize reception focusing of the machine.
3. The ATGC module implements automatic gain compensation so that the brightness of the ultrasound image in the far and near fields is consistent.
4. Support for data caching through the IQ (frame buffer), UP (upload), SCAN (scan), AD (analogue-to-digital conversion) channels.
5. Generation and delivery of front-end clock signals.
6. Imaging-related logic functions, which are carried by the front-end FPGA.
* Scan controller
* Parsing of imaging parameters transmitted by the back end

ME1\57808748.v2

- Receiving and caching of beam data
- Image pre-processing in each mode
- Data upload to the backend unit

7. Execution of front-end module reset, online upgrade, and module information management.

8. Probe-related control and management.

- High-voltage switch control
- CPLD configuration on the probe board
- SPI communicating with the probe board

9. Communication and control for image scanning-related accessories, including the following accessories:

- CW/TEE driving function module
- Physiological signal function module

10. Distributed acoustic power testing signals: Acoustic power testing is output from FPGA to the socket in the main board.

11. Integrated PHV output module.

## 2.3.4.3 Backend of the Main Board

**Figure2–6 Block diagram of the main board back end**



The frontend board has the following functions:

- Support for the upgrade and improvement performance of the COME module.
- Support for the GPU module (with AI-related function implemented) of the MXM3.1 Type A port.

21

ME1\57808748.v2

|  |  |
|---|---|
|  | - Support for 23.8-inch touch screen, with the resolution of 1920 x 1080.<br>- Support for wired networks and wireless networks (M.2 port).<br>- Support for SSD, with 256 GB or more storage (M.2 port).<br>- Support for at least four USB 3.0 ports.<br>- Providing of one USB3.0 Type C port.<br>- Support for the output port of the HDMI replication main display, with the default resolution of 1920 x 1080, and support for adaptive output of the 1280 x 1024, 1280 x 720, and 1024 x 768 resolutions. Display of the full screen and standard area for the main display.<br>- Support for the 4G module.<br>- Reserved support for the camera.<br>- Support for automatic control of the ambient light brightness for the display.<br>- Support for secondary screen display and information such as the battery capacity upon power-off.<br>- Support for speaker output for the machine, with the left and right channel output of 4 ohm/2 W.<br>- Support for post-processing of echo data.<br><br>*See* Service Manual at 44-47.<br><br>Upon information and belief, there is a battery in the tablet housing or an equivalent. |
| (e) the processor configured to communicate with an ultrasound beamformer processing circuit, | *See* Claim 41(d), above. |
| (f) the processor being operative in response to finger operation of the integrated touch screen display to | *See* Claim 41(c), above. |

| operate a graphical user interface that displays one or more automatically set imaging parameters of the at least one transducer assembly | Additionally, the TEX includes at least 4 probe ports.  The system detects which probes are attached and adjust operation automatically based on which probe is attached and which anatomic structure that is being imaged.  *See, e.g.,*  the probe hot swapping detection function provided by the Probe Board.[2]<br><br>**2.3.7 Probe Board**<br><br>**2.3.7.1 Probe Board**<br><br>**Figure2–7 Functional Block Diagram of Transducer Board**<br><br><br><br>The probe board connects and expands the probe channel with the transmitting and receiving channel in the main unit box. The probe board is controlled by the main board through FE FPGA.<br>The probe board supports the following items:<br>Four 260-pin S-Type probe ports. Each probe port has 128 array elements interconnected with the main unit's physical channel. The probes are managed by the frontend unit.<br>The probe board CPLD supports online upgrade.<br>Probe hot swapping detection function.<br><br>*See* Service Manual at 48. |

---

[2] A listing of compatible transducers (probes) can be found here: https://m9m2s9g3.rocketcdn.me/wp-content/uploads/2022/07/Mindray-TE-X_transducers-40630-CR.pdf

ME1\57808748.v2

Each probe can be configured with various presets and functions and can be displayed in a list when being used.

### 4.1.7   Key Probe Function

**Probe Key Function**

You can assign a function to the user-defined keys of the selected probe.

Perform the following procedure:

1.   Select the probe model to be set from the drop-down list of [Probe].
2.   Set the key function from the drop-down list.

**WPS Device**

When wireless probe is configured, the device information will be shown below.

Operator's Manual                                                                                          4 - 9

*See* Instructions for Use at 75.

## 4.2   Exam Mode Preset

You can assign exam modes for each probe or set measurement, body mark and annotation settings for current exam mode.

You can assign available exam modes for probes.

Perform the following procedure:

1.   Select the probe model in the Probe drop-down list.
2.   Check current configured exam modes:

On the left side, you can view all the available exam modes in the exam library for the probe.

On the right side, you can view the current exam modes assigned to the probe. (Tapping [Probe] in the Exam operating area to see the list.)

Operator's Manual                                                                                          4 - 19

24

ME1\57808748.v2

| | |
|---|---|
| | 4 Setup<br><br>3. Tap and hold any exam mode until it floats, then you can:<br>  – Drag the exam mode from "Library" column to "Selected" column to make the exam mode available for the probe.<br>  – Drag the exam mode from "Selected" column to "Library" column to make the exam mode unavailable for the probe.<br>4. Change default exam mode or delete user-defined exam mode if necessary:<br>  – Tap [Delete] to delete a user-defined exam in the Exam Mode Library area.<br>  – Tap [Default] to set a selected exam mode as the default exam mode. The default exam mode is marked by a "√".<br>5. Tap [Save] to save the settings or tap [Cancel] to cancel changes you made.<br><br>*See* Instructions for Use at 85-86. |
| (g) upon connection of the first transducer connector to the processing unit connector and selection of an anatomical structure to be imaged, | *See* Claim 41(f). |
| (h) wherein the processor is configured to operate a plurality of computer programs including a scan conversion program, | The TEX family performs scan conversion in order to display images in Cartesian coordinates. |

ME1\57808748.v2

## 2.1   Intended Use

**For FDA region**

TEX20/TEX20 Pro/TEX20S/TEX20T/TEX20 Exp/TEX20 Elite/TEX10/TEX10 Pro/TEX10S/ TEX10T/TEX10 Exp/TEX10 Elite/TE X/TE X Lite Diagnostic Ultrasound System  is applicable for adults, pregnant women, pediatric patients and neonates. It is intended for use in Ophthalmic, fetal, abdominal,Intra-operative(abdominal, thoracic, and vascular), Laparoscopic, pediatric ,small organ(breast, thyroid, testes), neonatal and adult cephalic, trans-rectal, trans-vaginal, musculo-skeletal(conventional, superficial), Thoracic/Pleural (For detection of fluid and pleural motion/sliding.), adult and pediatric cardiac, trans-esoph. (Cardiac), peripheral vessel, and urology exams.

Modes of operation include: B, M, PWD, CWD, Color Doppler, Amplitude Doppler, Combined mode(B+M, PW+B, Color+B, Power+B, PW+Color+B, Power+PW+B), Tissue Harmonic Imaging, Smart3D, iScape View, TDI, Color M, Strain Elastography, Contrast imaging (Contrast agent for LVO), and Contrast imaging (Contrast agent for Liver)

*See* Instructions for Use at 25.

## 5.1   Imaging Mode

### 5.1.1   Switching Between Imaging Modes



On the operating panel, tap imaging mode buttons on the right to switch the mode.

Current imaging mode is indicated by highlighting the button in blue. For instance, the above status shows that the system is under B+Color+PW mode (triplex is turned on).

*See* Instructions for Use at 59.

| | |
|---|---|
| (i)  a Doppler processing program, | The TEX family includes a Doppler  processing program as shown above in Claim 41(h). |

ME1\57808748.v2

| | |
|---|---|
| (j)  an automatically set image parameter module and a transducer identification program segment that detects an attached transducer assembly. | *See* Claim 41(f). |

27

# EXHIBIT I

# Infringement Chart

# U.S. Patent No. 12,102,480 vs. TEX[1]

| U.S. Pat. No. 12,102,480 | Infringement Analysis |
|---|---|
| 1. A portable touchscreen actuated cart mounted ultrasound imaging system, comprising: | The preamble is not limiting.  Nevertheless, the TEX ultrasound system is an ultrasound imaging system that is touchscreen actuated and mounted on a trolley cart as depicted below.<br><br>**2.7    Introduction of Each Unit**<br><br>Figure 2-1 Overview of main unit<br><br> |

---

[1] Upon information and belief, the TEX is representative of at least the TE5, TE5 Max, TE7 Max and TE9 Accused Products.  These charts rely on TEX manuals and related materials.  *See, e.g.*,
H-046-023006-00-Instructions-for-Use-Basic-Volume-FDA – TEX.pdf
TEX-Ops-Manual_Advanced_EN_FDA-2.0.pdf
H-046-026705-00-TE-X-Service-Manual_EN_FDA.pdf

| No. | Name | Function |
|---|---|---|
| 1. | Probe holder | Used for placing the probe. |
| 2. | Speaker | Outputs the audio. |
| 3. | Power button/Power indicator | Used for turning on/ off the power. The indicator lights up when the system is powered on. |
| 4. | Power output | Provided a power interface for the peripheral devices. **NOTE:** The auxiliary power output socket of the peripheral equipment provided by the main unit connects the power supply of the optional peripheral equipment. Do not connect any other equipment to this interface; otherwise, the system may fail because the rated output power is exceeded. |
| 5. | Equipotential terminal | Equipotential connection is used to balance the protective earth potential between the equipment and other electrical equipment. |
| 6. | Caster | Used to fix or move the device. |

| No. | Name | Function |
|---|---|---|
| 7. | AC power cord | Retractable AC power cord. |
| 8. | Air Charge Module | Configured with the air station to charge the main unit. |
| 9. | Battery pack | Supply power without AC power supply. |
| 10. | Storage bin | Used for keeping the cases, towelette, etc. |
| 11. | Trolley back handle | Used for moving the trolley. |
| 12. | Probe ports | Connects a probe to the main unit. |
| 13. | Touch screen and display | Operator-system interface or control; displays the image and parameters during the scan. |
| 14. | Height adjustment lever | Press to adjust the height of the stand. |
| 15. | Trolley rear handle | Used for ascending/descending the trolley or moving the trolley. |
| 16. | Front storage bin | Used for keeping the cases, towelette, etc. |
| 17. | Printer bracket | Used for placing the printer. |

*See* Operator's Manual (Basic) at 34-35.

2

# 2.1 Introduction

## 2.1.1 Intended Use

The following Doppler ultrasound systems are used for clinical ultrasound diagnosis: TEX20, TEX20 Pro, TEX20S, TEX20T, TEX20 Exp, TEX20 Elite, TEX10, TEX10 Pro, TEX10S, TEX10T, TEX10 Exp, TEX10 Elite, TE X, TE X Lite.

## 2.1.2 System Appearance



| No. | Name | Description |
|---|---|---|
| 1. | Probe holder | Used to hold probes temporarily. |
| 2. | Speaker | Used to play audio. |

| No. | Name | Description |
|---|---|---|
| 3. | Power button/indicator | Used to power up or down the system. The indicator is on after the system is powered up. |
| 4. | Power output port | Supplies power to optional peripheral devices. **NOTE** **The auxiliary power output outlet in the system is used to supply power to the recommended peripheral devices. Do not connect other devices to the outlet, otherwise, the rated output power may be exceeded and failure may be resulted.** |
| 5. | Equipotential terminal | Used for equipotential connection, that balances the protective earth potentials between the system and other electrical equipment. |
| 6. | Caster | Used for securing or moving the system |
| 7. | Retractable AC power cord | AC power cord. |
| 8. | Wireless charging module | Used with the wireless charging module to charge the battery for the main unit. |
| 9. | Batteries | Used to supply power when there is no AC power supply. |
| 10. | Storage Basket | Used to store sundries such as medical records and paper towels. |
| 11. | Probe port | Socket connecting the probe and the main unit. |
| 12. | Touch screen and monitor | Provides operator-system interface or control. |
| 13. | Lifting adjustment key | Pressed to adjust the height of the main unit support. |
| 14. | Handle | Used to lift up and down or move. |
| 15. | Printer fixing bracket | Used to fix the printer. |

*See* Service Manual (Advanced) at 38-39.

| a touch screen tablet display device mounted on a cart | As shown above and below, the TEX ultrasound system includes a touch screen tablet display device that is mounted on a trolley cart and having a touch screen display. |
|---|---|

4

| having a touch screen display with …; | ### 2.7.1  Control Panel  *See* Operator's Manual (Basic) at 36. |
| --- | --- |
| … a touch screen tablet display device mounted on a cart having a touch screen display | As shown below, the touch screen display of the TEX ultrasound system has a graphical user interface for selecting an ultrasound imaging procedure to be performed by the main unit. For example, the "Exam operating area" with reference numeral 16 enables for exam mode and probe switching. |

5

with a graphical user interface for selecting an ultrasound imaging procedure to be performed with the cart mounted ultrasound imaging system ...;

### 2.10.1 Screen Display



Figure 2-7 Landscape orientation of the monitor

Figure 2-8 Portrait orientation of the monitor

| No. | Name | Function |
|---|---|---|
| 1. | Function menu tab | Select to enter the corresponding function menu. |
| 2. | Parameter Area | Displays the image parameters for the active window. If there are more than one imaging modes, the parameters are displayed by each mode. |
| 3. | Acoustic output index | Displays the acoustic power, mechanical index and thermal index. |
| 4. | Patient information area | Displays the hospital name, the exam time, patient information, the probe model, the exam mode, etc. |
| 5. | Probe model and exam mode | Displays the current probe model and exam mode. |

| No. | Name | Function |
|---|---|---|
| 6. | System icons area | Displays the relevant system icons, such as USB memory device, network, task manager, used space of the hard disk, etc. |
| 7. | System tool button | Access the system tools. |
| 8. | Thumbnail area | Displays the thumbnail of the saved image in the current exam. |
| 9. | Gain control | Adjust the gain of the image in various modes. |
| 10. | Depth control | Select to adjust the depth in real-time imaging. |
| 11. | Image Area | Displays the ultrasound images, ECG waveforms, probe mark (or active window mark), time line (in M or PW mode), coordinate axis (including depth, time, velocity/frequency), besides, the comments, body mark, measurement calipers, color bar/grayscale bar are also displayed here. |
| 12. | | iZoom button: Select to enter full-screen zoom status. |
| 13. | Image mode area | Displays the current modes, Select and slide left or right to enter the corresponding mode. |
| 14. | | Switching key: Select to change the currently active window. Start/stop image acquisition in iScape or 3D mode. |
| | | Save image button. Select to save a single-frame image. |
| | | Save clip button. Select to save a cine. |
| | | Freeze button. Select to freeze or unfreeze the image. |
| 15. | Shortcut functional buttons | Displays eS.Navi, Physio-View, iNeedle, Smart functions, iTouch, TGC, iScanHelper, and Image Quality button. Long press to activate Customized Toolbar to drag frequently used items to the left toolbar. |
| 16. | Exam operating area | Select each button to enter the screen.<br>• Patient information<br>• Exam mode and probe switching<br>• iStation<br>• Image review<br>• Report review |
| 17. | Menu area | • Image parameter menu: swipe the menu downwards/upwards to see parameter controls.<br>• Cine review menu (under frozen or cine review status).<br>• Measurement menu.<br>• Annotation and body mark menu. |

*See* Operator's Manual (Basic) at 42-44.

8

| … wherein at least one processor in the tablet display device is responsive to touch actuating gestures to perform an ultrasound imaging procedure …; | The main unit includes one or more processors (e.g., CPUs and GPUs among others) . |
|---|---|
| | ## 2.3 Product Principle<br><br>### 2.3.1 Overall Architecture of Hardware System<br><br>#### 2.3.1.1 Hardware System Diagram<br><br>**Figure2–1 Block Diagram of the Overall Hardware System Architecture**<br><br><br><br>The hardware system of the TEX series product is divided into four units: frontend unit, backend unit, power supply unit, and UI unit. The connection relationship between the four units and the modules they contain are shown in the figure above.<br><br>• Frontend unit:<br>The frontend unit performs scanning for the ultrasonic imaging system and transmits the imaging data collected from the scanning step to the backend unit for post-processing. Taking the main board as the core, the frontend unit integrates the transmitting, receiving, PHV, CW, TEE, and ECG functions and connects to the probe through the probe board.<br><br>• Backend unit:<br>The backend unit uses the main board as the carrier to mount the CPU and GPU modules. Its main control module is CPU. It supports GPU for the supplement of post-processing operations, as well as the control and monitoring of the whole system.<br><br>• Power supply unit of the trolley: |

The power supply unit supplies power to the frontend unit, backend unit, and peripherals. It converts AC input into DC voltage required by each module of the system, and completes battery charge and discharge management.

- UI unit:

  The UI unit interacts with users and consists of the following modules:

  — Touch screen: It displays ultrasonic images and corresponding parameters, and completes man-machine interaction through touch control.

  — IO module: It is used for inputs and outputs of audio and video signal, network signal, and USB port information.

*See* Service Manual (Advanced) at 41-42.

## 2.3.4 Main board assembly

### 2.3.4.1 Block Diagram of Main Board

**Figure2—4 Block Diagram of Main Board**



The frontend unit consists of the following boards:
- Main Board
- Probe Board

The backend unit consists of the following boards:
- Main Board
- PC Module
- GPU Module

10

### 2.3.4.2 Frontend of the Main Board

**Figure2–5 Block diagram of the main board front end**



The block diagram of the main board front end is shown in the preceding figure. The transmission and reception solution consists of eight MAX chips and eight AFE chips. The transmission and reception control and signal processing are all realized through the FE FPGA. The major functions of the main board front end are as follows:

1. Transmission: The front-end FPGA controls 128 channels to transmit high-voltage ultrasonic signals to the probe, so as to realize transmission focusing of the machine.
2. Reception: The front-end FPGA controls 128 channels to receive ultrasonic echo signals from the probe, so as to realize reception focusing of the machine.
3. The ATGC module implements automatic gain compensation so that the brightness of the ultrasound image in the far and near fields is consistent.
4. Support for data caching through the IQ (frame buffer), UP (upload), SCAN (scan), AD (analogue-to-digital conversion) channels.
5. Generation and delivery of front-end clock signals.
6. Imaging-related logic functions, which are carried by the front-end FPGA.
- Scan controller
- Parsing of imaging parameters transmitted by the back end

11

- Receiving and caching of beam data
- Image pre-processing in each mode
- Data upload to the backend unit

7. Execution of front-end module reset, online upgrade, and module information management.

8. Probe-related control and management.

- High-voltage switch control
- CPLD configuration on the probe board
- SPI communicating with the probe board

9. Communication and control for image scanning-related accessories, including the following accessories:

- CW/TEE driving function module
- Physiological signal function module

10. Distributed acoustic power testing signals: Acoustic power testing is output from FPGA to the socket in the main board.

11. Integrated PHV output module.

## 2.3.4.3 Backend of the Main Board

**Figure2–6 Block diagram of the main board back end**



The frontend board has the following functions:

- Support for the upgrade and improvement performance of the COME module.
- Support for the GPU module (with AI-related function implemented) of the MXM3.1 Type A port.

12

|  |  |  |
|---|---|---|
|  | • Support for 23.8-inch touch screen, with the resolution of 1920 x 1080.<br>• Support for wired networks and wireless networks (M.2 port).<br>• Support for SSD, with 256 GB or more storage (M.2 port).<br>• Support for at least four USB 3.0 ports.<br>• Providing of one USB3.0 Type C port.<br>• Support for the output port of the HDMI replication main display, with the default resolution of 1920 x 1080, and support for adaptive output of the 1280 x 1024, 1280 x 720, and 1024 x 768 resolutions. Display of the full screen and standard area for the main display.<br>• Support for the 4G module.<br>• Reserved support for the camera.<br>• Support for automatic control of the ambient light brightness for the display.<br>• Support for secondary screen display and information such as the battery capacity upon power-off.<br>• Support for speaker output for the machine, with the left and right channel output of 4 ohm/2 W.<br>• Support for post-processing of echo data.<br><br>**2.3.5 PC Module**<br><br>**2.3.5.1 PC Module**<br><br>The PC module aggregates CPU, iGPU (core graphics/integrated graphics), host bridge (IO extension), memory bank, network adapter, etc. Together with main board, hard disk and independent video card, as the calculation and control center of the entire unit, the PC module fulfills the comprehensive functions on the computer system. It works with the GPU module to post-process the data uploaded by the ultrasound front end and then output standard image data.<br><br>**2.3.6 GPU Module**<br><br>**2.3.6.1 GPU Module**<br><br>As the coprocessor of CPU, the GPU module can perform high-performance computing (such as 3D/4D computing). Some special computing methods (such as 3D, 4D, elastography, and AI computing) of software must depend on the GPU. When the GPU computing capability in the PC module is insufficient, an independent GPU module (or an independent graphics card) is required to complete the task.<br><br>*See* Service Manual (Advanced) at 44-47. |  |

13

The communication between the UI unit and the frontend and backend modules depicted below illustrates responsiveness to touch actuating gestures to perform an ultrasound imaging procedure.



### 2.3.9 UI Unit

#### 2.3.9.1 Block Diagram of the UI Unit

According to ID design, TEX has no control panel, and the user interaction operations are all concentrated on the rotatable display assembly with the touch function.

The display assembly contains the touch screen, main display, ambient optical sensor, on/off button, standby state indicator, gravity sensor, logo indicator, and battery capacity display. The assembly mainly displays ultrasound images and some other information such as the battery capacity, and supports display rotation.

The UI unit interacts with users and consists of the following modules:

- Main display: It shows ultrasound images and related parameters, and completes user interaction by using the touch function.

14

- IO module: It is used for inputs and outputs of audio and video signal, network signal, and USB port information.

### 2.3.9.2 Monitor Assembly

Block diagram of the display assembly

**Figure2–18 Block diagram of the display assembly**



The main display shows the main interface of the ultrasound application, including the imaging area.

The main display functions are designed as follows:

23.8 inches, resolution: 1920 x 1080@60±1 Hz.

Angle of view: left and right are both 176 degrees or above; upper and lower are both 176 degrees or above.

Brightness and contrast can be adjusted by software communication.

There is a status indicator.

*See* Service Manual (Advanced) at 56-57.

15

An exam is activated or resumed in TEX via touch actuating gestures.

## 5.2   Activate& Continue an Exam

### 5.2.1   Activate an Exam

In iStation screen, select the exam record finished within 24 hours, and click [Activate Exam] from the menu popped up; or, click [Active Exam] in iStation or Review screen to activate the exam.

---

**NOTE:**
- The system can automatically load the patient information and exam data to continue the exam.
- If you want to continue an exam which data lies in an external memory database, you have to first allow the system to load the patient data to the system's patient database.
- For an only one re-activated exam, you can modify patient ID.

---

### 5.2.2   Continue an Exam

In iStation screen, select an exam record paused within 24 hours, click [Resume Exam] from the menu popped up to continue the exam.

If you want to select a patient data in an external memory database, you have to first allow the system to load the patient data to the system's patient database.

The patient ID can be modified for the exam only with one exam record and being activated again.

## 5.3   End an Exam

### 5.3.1   End an Exam

Be sure to avoid mixing data between patients.

Before examining a new patient, tap [End Exam] to end the exam of the previous patient.

*See* Operator's Manual (Basic) at 117.

16

| | |
|---|---|
| … selected from a plurality of selectable ultrasound imaging procedures including at least one of a cardiac imaging procedure, a vascular imaging procedure and a lesion imaging procedure; | The TEX supports cardiac imaging procedures, vascular imaging procedures, and lesion imaging procedures which can be selected via the UI, e.g., by selecting a corresponding exam.<br><br>## 2.1 Intended Use<br><br>**For FDA region**<br><br>This device is a general purpose diagnostic ultrasound system intended for use by qualified and trained healthcare professionals for ultrasound imaging, measurement, display and analysis of the human body and fluid, which is intended to be used in a hospital or medical clinic.<br><br>TEX20/TEX20 Pro/TEX20S/TEX20T/TEX20 Exp/TEX20 Elite/TEX10/TEX10 Pro/TEX10S/ TEX10T/TEX10 Exp/TEX10 Elite/TE X/TE X Lite Diagnostic Ultrasound System is applicable for adults, pregnant women, pediatric patients and neonates. It is intended for use in Ophthalmic, fetal, abdominal,Intra-operative(abdominal, thoracic, and vascular), Laparoscopic, pediatric,small organ(breast, thyroid, testes), neonatal and adult cephalic, trans-rectal, trans-vaginal, musculo-skeletal(conventional, superficial), Thoracic/Pleural (For detection of fluid and pleural motion/ sliding.), adult and pediatric cardiac, trans-esoph. (Cardiac), peripheral vessel, and urology exams.<br><br>Modes of operation include: B, M, PWD, CWD, Color Doppler, Amplitude Doppler, Combined mode(B+M, PW+B, Color+B, Power+B, PW+Color+B, Power+PW+B), Tissue Harmonic Imaging, Smart3D, iScape View, TDI, Color M, Strain Elastography, Contrast imaging (Contrast agent for LVO), and Contrast imaging (Contrast agent for Liver).<br><br>**NOTE:**<br><br>The system is not intended for central cardiovascular or central nervous system use.<br><br>*See* Operator's Manual (Basic) at 27. |

17

## 2.10.2 Select Exam Mode and Probe

> ⚠**CAUTION**
>
> If the exam mode is changed during a measurement, all measurement calipers on the image will be cleared. The data of general measurements will be lost, but the data of application measurements will be stored in the reports.

**NOTE:**
- It may lead to ophthalmic injury if the probe is applied to non-ophthalmic exam, please use the ophthalmic probe for ophthalmic exam.
- If the wireless probe (i3P/I3PA) is used with the system for the first time, see "4.6.5 Wireless Network Connection" to connect it to the system, and the connection range is within 3 meters.

Perform the following procedure:

1. Connect suitable probes to the system and Select [Probe] button. The screen displays the Probe and Exam dialog box.

2. Select the probe type and exam mode.

   The system exits the dialog box and enters the selected exam mode and probe.

   Select [Exit] or [Probe] again to cancel the selection and exit the screen.

## 2.10.3 Select the Imaging Mode

Switch between imaging modes according to the actual situation using the corresponding imaging button located in the Image mode area.

## 2.10.4 Imaging Adjustment

Perform the following procedure:

Click the corresponding image mode tab in the main screen function operation area to switch the image mode parameter menu.

When an image mode is selected, the image mode tab is highlighted in blue.

*See* Operator's Manual (Basic) at 45.

18

# 3 Abdomen

## 3.1 Basic Measurement Procedures

1. Enter the patient information.
2. Perform the scanning to acquire the desired image.
3. Enter the Application Measurement.
4. Select the measurement tool from the measurement menu to start the measurement.
   - For measurement tools, see "3.2  Abdomen Measurement Tools".
   - For measurement methods, see "2  General Measurement".

   The system calculates and displays the results after the measurement tools have been completed.

## 3.2 Abdomen Measurement Tools

### 3.2.1 2D Mode

**Measurement**

| Tools | Descriptions | Methods or formulae |
|---|---|---|
| Renal L | Renal Length | Distance in 2D General Measurements |
| Renal H | Renal Height | |
| Renal W | Renal Width | |
| Cortex | Renal Cortical Thickness | |
| Adrenal L | Adrenal Length | |
| Adrenal H | Adrenal Height | |
| Adrenal W | Adrenal Width | |
| CBD | Common bile duct | |
| Portal V Diam | Portal Vein Diameter | |
| CHD | Common hepatic duct | |
| GB L | Gallbladder Length | |
| GB H | Gallbladder Height | |
| GB wall th. | Gallbladder wall thickness | |
| Panc. duct | Pancreatic duct | |
| Panc. head | Pancreatic head | |

| Tools | Descriptions | Methods or formulae |
|---|---|---|
| Panc. body | Pancreatic body | Distance in 2D General Measurements |
| Panc. tail | Pancreatic tail | |
| Spleen L | Spleen Length | The system automatic calculates Spleen Vol. value. |
| Spleen W | Spleen Width | |
| Skin-L.Capsule Dist. | / | $Spleen\ Vol = \frac{\pi}{6} \times Spleen\ L \times Spleen\ W \times Spleen\ H$ |
| Spleen H | Spleen Height | |
| Spleen Area | / | Area in 2D General Measurements |
| Spleen V Diam | Spleen vein Diam | Distance in 2D General Measurements |
| Spleen A Diam | Spleen artery Diam | |
| Aorta Diam. H | Aorta Diameter Height | |
| Aorta Diam. W | Aorta Diameter Width | |
| Aorta Aneurysm H | Aorta Aneurysm Height | |
| Aorta Aneurysm W | Aorta Aneurysm Width | |
| Aorta Aneurysm L | Aorta Aneurysm Length | |
| Aorta Bif. | Aorta Bifurcation | |
| Iliac Diam. | Iliac Diameter | |
| Hepatic Lesion1-3, d1-3 | / | |
| Hepatic Cyst1-3, d1-3 | / | |
| Renal Cyst1-3, d1-3 | / | |
| Renal Lesion1-3, d1-3 | / | |
| Pre-BL L | Pre-void Bladder Length | |
| Pre-BL H | Pre-void Bladder Height | |
| Pre-BL W | Pre-void Bladder Width | |
| Post-BL L | Post-void Bladder Length | |
| Post-BL H | Post-void Bladder Height | |
| Post-BL W | Post-void Bladder Width | |
| Ureter | / | |
| Hepatic Lesion1~3 Elas. | Hepatic Lesion1~3 Elastography | Elastography in 2D General Measurements |
| LSM | Liver Stiffness Measurement | |
| Free Fluid | Free Fluid Status | Tick the organs or tissues containing free fluid. Choose from: Hepat (Hepatic); Spln (Splenic); Card (Cardiac); Pelv (Pelvis); N/A |

*See* Operator's Manual (Advanced) at 37-38.

20

# 5    Cardiology

**NOTE:**

- The heartbeat of the traced spectrum in VTI measurement should be equal to that preset, otherwise the obtained HR (Heart Rate) will be incorrect, see *Basic Volume* for the relevant preset.
- Some application items in the measurement preset library (and matching list in the results assignment) are displayed different from those in the measurement menu and results window.

  In the preset library (and matching list in the results assignment), the item is followed with the word indicating the mode or location.

## 5.1    Basic Measurement Procedures

1. Enter the patient information.
2. Perform the scanning to acquire the desired image.
3. Enter the Application Measurement.
4. Select the measurement tool from the measurement menu to start the measurement.
   - For measurement tools, see "5.2  Measurement Tools".
   - For measurement methods, see "2  General Measurement".

   The system calculates and displays the results after the measurement tools have been completed.

*See* Operator's Manual (Advanced) at 67.

21

# 6    Vascular

Vascular measurements are mainly used for carotid, cerebral, upper and lower extremity vessels. The system supports the following 2D and Doppler vascular measurements.

## 6.1    Basic Measurement Procedures

1. Enter the patient information.
2. Perform the scanning to acquire the desired image.
3. Enter the Application Measurement.
4. Select the measurement tool from the measurement menu to start the measurement.
   - For measurement tools, see "6.2  Measurement Tools".
   - For measurement methods, see "2  General Measurement".

   The system calculates and displays the results after the measurement tools have been completed.

*See* Operator's Manual (Advanced) at 109.

| | |
|---|---|
| a chargeable battery module mounted to the cart that provides power to the touch screen display tablet device; | The TEX includes a main unit that is powered by a battery mounted to the trolley cart unit. |

22

## 2.6.1 Standard Configuration

- Main unit
  - 23.8 inch monitor
  - 4-probe socket
  - 4, 6 or 8 Batteries
- System software
- SSD (built-in)
- Auxiliary power cables or winder
- Wireless network card (built-in)
- GPU
- Accessories
  - Operator's manuals
  - Manual.NEMA
  - Ultrasound gel
  - Probe holder
  - Front storage bin

## 2.7 Introduction of Each Unit

Figure 2-1 Overview of main unit



| No. | Name | Function |
|---|---|---|
| 1. | Probe holder | Used for placing the probe. |
| 2. | Speaker | Outputs the audio. |
| 3. | Power button/Power indicator | Used for turning on/ off the power. The indicator lights up when the system is powered on. |
| 4. | Power output | Provided a power interface for the peripheral devices. **NOTE:** The auxiliary power output socket of the peripheral equipment provided by the main unit connects the power supply of the optional peripheral equipment. Do not connect any other equipment to this interface; otherwise, the system may fail because the rated output power is exceeded. |
| 5. | Equipotential terminal | Equipotential connection is used to balance the protective earth potential between the equipment and other electrical equipment. |
| 6. | Caster | Used to fix or move the device. |

23

| No. | Name | Function |
|-----|------|----------|
| 7. | AC power cord | Retractable AC power cord. |
| 8. | Air Charge Module | Configured with the air station to charge the main unit. |
| 9. | Battery pack | Supply power without AC power supply. |
| 10. | Storage bin | Used for keeping the cases, towelette, etc. |
| 11. | Trolley back handle | Used for moving the trolley. |
| 12. | Probe ports | Connects a probe to the main unit. |
| 13. | Touch screen and display | Operator-system interface or control; displays the image and parameters during the scan. |
| 14. | Height adjustment lever | Press to adjust the height of the stand. |
| 15. | Trolley rear handle | Used for ascending/descending the trolley or moving the trolley. |
| 16. | Front storage bin | Used for keeping the cases, towelette, etc. |
| 17. | Printer bracket | Used for placing the printer. |

*See* Operator's Manual (Basic) at 30, 34-35.

## 2.1.2 System Appearance



| No. | Name | Description |
|-----|------|-------------|
| 1. | Probe holder | Used to hold probes temporarily. |
| 2. | Speaker | Used to play audio. |

24

| No. | Name | Description |
|---|---|---|
| 3. | Power button/indicator | Used to power up or down the system. The indicator is on after the system is powered up. |
| 4. | Power output port | Supplies power to optional peripheral devices.<br><br>**NOTE**<br><br>**The auxiliary power output outlet in the system is used to supply power to the recommended peripheral devices. Do not connect other devices to the outlet, otherwise, the rated output power may be exceeded and failure may be resulted.** |
| 5. | Equipotential terminal | Used for equipotential connection, that balances the protective earth potentials between the system and other electrical equipment. |
| 6. | Caster | Used for securing or moving the system |
| 7. | Retractable AC power cord | AC power cord. |
| 8. | Wireless charging module | Used with the wireless charging module to charge the battery for the main unit. |
| 9. | Batteries | Used to supply power when there is no AC power supply. |
| 10. | Storage Basket | Used to store sundries such as medical records and paper towels. |
| 11. | Probe port | Socket connecting the probe and the main unit. |
| 12. | Touch screen and monitor | Provides operator-system interface or control. |
| 13. | Lifting adjustment key | Pressed to adjust the height of the main unit support. |
| 14. | Handle | Used to lift up and down or move. |
| 15. | Printer fixing bracket | Used to fix the printer. |

*See* Service Manual (Advanced) at 38-39.

25

| a field programmable gate array (FPGA) configured to manage an ultrasound scan sequence of the selected ultrasound imaging procedure; | The TEX includes FPGAs, in the frontend and backend modules, which manage ultrsound scan sequence. For example, "[t]he transmission and reception control and signal processing are all realized through the FE FPGA." |
|---|---|

### 2.3.4.2 Frontend of the Main Board

**Figure2–5 Block diagram of the main board front end**



The block diagram of the main board front end is shown in the preceding figure. The transmission and reception solution consists of eight MAX chips and eight AFE chips. The transmission and reception control and signal processing are all realized through the FE FPGA. The major functions of the main board front end are as follows:

1. Transmission: The front-end FPGA controls 128 channels to transmit high-voltage ultrasonic signals to the probe, so as to realize transmission focusing of the machine.
2. Reception: The front-end FPGA controls 128 channels to receive ultrasonic echo signals from the probe, so as to realize reception focusing of the machine.
3. The ATGC module implements automatic gain compensation so that the brightness of the ultrasound image in the far and near fields is consistent.
4. Support for data caching through the IQ (frame buffer), UP (upload), SCAN (scan), AD (analogue-to-digital conversion) channels.
5. Generation and delivery of front-end clock signals.
6. Imaging-related logic functions, which are carried by the front-end FPGA.
   - Scan controller
   - Parsing of imaging parameters transmitted by the back end

26

- Receiving and caching of beam data
- Image pre-processing in each mode
- Data upload to the backend unit

7. Execution of front-end module reset, online upgrade, and module information management.

8. Probe-related control and management.

- High-voltage switch control
- CPLD configuration on the probe board
- SPI communicating with the probe board

9. Communication and control for image scanning-related accessories, including the following accessories:

- CW/TEE driving function module
- Physiological signal function module

10. Distributed acoustic power testing signals: Acoustic power testing is output from FPGA to the socket in the main board.

11. Integrated PHV output module.

## 2.3.4.3 Backend of the Main Board

**Figure2–6 Block diagram of the main board back end**



The frontend board has the following functions:

- Support for the upgrade and improvement performance of the COME module.
- Support for the GPU module (with AI-related function implemented) of the MXM3.1 Type A port.

*See* Service Manual (Advanced) at 46-47.

## 2.3.7 Probe Board

### 2.3.7.1 Probe Board

#### Figure2–7 Functional Block Diagram of Transducer Board



The probe board connects and expands the probe channel with the transmitting and receiving channel in the main unit box. The probe board is controlled by the main board through FE FPGA. The probe board supports the following items:

Four 260-pin S-Type probe ports. Each probe port has 128 array elements interconnected with the main unit's physical channel. The probes are managed by the frontend unit.

The probe board CPLD supports online upgrade.

Probe hot swapping detection function.

*See* Service Manual (Advanced) at 49.

28

# 7.13 Main Board Assembly (FRU)

## 7.13.1 General Information



| FRU Code | FRU Name | Lower-Level FRU Code | Lower-Level FRU Name |
|---|---|---|---|
| 115-083584-00 | Main Board Assembly (FRU) | | |

**Function description:**

The main board is divided into the front end and back end.

The front end of the main board provides the following functions:

1. Transmission: The front-end FPGA controls 128 channels to transmit high-voltage ultrasonic signals to the probe, so as to realize transmission focusing of the machine.
2. Reception: The front-end FPGA controls 128 channels to receive ultrasonic echo signals from the probe, so as to realize reception focusing of the machine.
3. ATGC module
4. Support for data caching through the IQ (frame buffer), UP (upload), SCAN (scan), AD (analogue-to-digital conversion) channels.
5. Generation and delivery of front-end clocks.
6. Imaging-related logic functions, which are carried by the front-end FPGA.
7. Execution of front-end module reset, online upgrade, and module information management.
8. Probe-related control and management.
9. Communication and control for image scanning-related accessories.
10. Distributed acoustic power testing signals: Acoustic power testing is output from FPGA to the socket in the main board.
11. Integrated PHV output module.

The back end of the main board provides the following functions:

1. Support for the COME module of the Type 6 port.
2. Support for the GPU module of the 3.1 Type A port.
3. Support for 23.8-inch touch screen, with the resolution of 1920 x 1080.
4. Support for wired networks and wireless networks (M.2 port).
5. Support for SSD, with 256 GB or more storage (M.2 port).
6. Support for four USB 3.0 ports.
7. Support for the USB 3.0 Type C port.
8. Support for the output port of the HDMI replication main display, with the default resolution of 1920 x 1080, and support for adaptive output of the 1280 x 1024, 1280 x 720, and 1024 x 768 resolutions. Display of the full screen and standard area for the main display.
9. Support for the 4G module.
10. Support for automatic control of the ambient light brightness for the display.
11. Support for secondary screen display and information such as the battery capacity upon power-off.
12. Support for speaker output for the machine, with the left and right channel output of 4 ohm/2 W.
13. Support for the ultrasonic Doppler software to process echo data.

*See* Service Manual (Advanced) at 216-217.

30

| | |
|---|---|
| a multiport transducer connector mounted on the cart to connect one or more transducer probes to the tablet display device, | The TEX main unit (mounted on the cart trolley) includes multiple probe ports for connecting one or more transducer probes.<br><br>## 2.6.1 Standard Configuration<br><br>- Main unit<br>  - 23.8 inch monitor<br>  - 4-probe socket<br>  - 4, 6 or 8 Batteries<br>- System software<br>- SSD (built-in)<br>- Auxiliary power cables or winder<br>- Wireless network card (built-in)<br>- GPU<br>- Accessories<br>  - Operator's manuals<br>  - Manual.NEMA<br>  - Ultrasound gel<br>  - Probe holder<br>  - Front storage bin<br><br>*See* Operator's Manual (Basic) at 30. |

31

## 2.7 Introduction of Each Unit

Figure 2-1 Overview of main unit



| No. | Name | Function |
|---|---|---|
| 1. | Probe holder | Used for placing the probe. |
| 2. | Speaker | Outputs the audio. |
| 3. | Power button/Power indicator | Used for turning on/ off the power. The indicator lights up when the system is powered on. |
| 4. | Power output | Provided a power interface for the peripheral devices.<br><br>**NOTE:**<br><br>The auxiliary power output socket of the peripheral equipment provided by the main unit connects the power supply of the optional peripheral equipment. Do not connect any other equipment to this interface; otherwise, the system may fail because the rated output power is exceeded. |
| 5. | Equipotential terminal | Equipotential connection is used to balance the protective earth potential between the equipment and other electrical equipment. |
| 6. | Caster | Used to fix or move the device. |

32

| No. | Name | Function |
|---|---|---|
| 7. | AC power cord | Retractable AC power cord. |
| 8. | Air Charge Module | Configured with the air station to charge the main unit. |
| 9. | Battery pack | Supply power without AC power supply. |
| 10. | Storage bin | Used for keeping the cases, towelette, etc. |
| 11. | Trolley back handle | Used for moving the trolley. |
| 12. | Probe ports | Connects a probe to the main unit. |
| 13. | Touch screen and display | Operator-system interface or control; displays the image and parameters during the scan. |
| 14. | Height adjustment lever | Press to adjust the height of the stand. |
| 15. | Trolley rear handle | Used for ascending/descending the trolley or moving the trolley. |
| 16. | Front storage bin | Used for keeping the cases, towelette, etc. |
| 17. | Printer bracket | Used for placing the printer. |

*See* Operator's Manual (Basic) at 34-35.

## 2.1.2 System Appearance



| No. | Name | Description |
|---|---|---|
| 1. | Probe holder | Used to hold probes temporarily. |
| 2. | Speaker | Used to play audio. |

| No. | Name | Description |
|---|---|---|
| 3. | Power button/indicator | Used to power up or down the system. The indicator is on after the system is powered up. |
| 4. | Power output port | Supplies power to optional peripheral devices.<br><br>**NOTE**<br><br>**The auxiliary power output outlet in the system is used to supply power to the recommended peripheral devices. Do not connect other devices to the outlet, otherwise, the rated output power may be exceeded and failure may be resulted.** |
| 5. | Equipotential terminal | Used for equipotential connection, that balances the protective earth potentials between the system and other electrical equipment. |
| 6. | Caster | Used for securing or moving the system |
| 7. | Retractable AC power cord | AC power cord. |
| 8. | Wireless charging module | Used with the wireless charging module to charge the battery for the main unit. |
| 9. | Batteries | Used to supply power when there is no AC power supply. |
| 10. | Storage Basket | Used to store sundries such as medical records and paper towels. |
| 11. | Probe port | Socket connecting the probe and the main unit. |
| 12. | Touch screen and monitor | Provides operator-system interface or control. |
| 13. | Lifting adjustment key | Pressed to adjust the height of the main unit support. |
| 14. | Handle | Used to lift up and down or move. |
| 15. | Printer fixing bracket | Used to fix the printer. |

*See* Services Manual (Advanced) at 38-39.

35

| each transducer probe having at least one transducer array that performs at least one imaging operation using an ultrasound beamformer processing integrated circuit that communicates with the at least one transducer array, | Each probe supported by the TEX has multiple array elements, e.g., 128 array elements.  The frontend module or the backend module (both connected to the transducer probe via the probe board) include an ultrasound beamformer processing integrated circuit. |
|---|---|

### 2.3.7 Probe Board

### 2.3.7.1 Probe Board

**Figure2–7 Functional Block Diagram of Transducer Board**



The probe board connects and expands the probe channel with the transmitting and receiving channel in the main unit box. The probe board is controlled by the main board through FE FPGA.
The probe board supports the following items:
Four 260-pin S-Type probe ports. Each probe port has 128 array elements interconnected with the main unit's physical channel. The probes are managed by the frontend unit.
The probe board CPLD supports online upgrade.
Probe hot swapping detection function.

*See* Service Manual (Advanced) at 49.

36

## 2.4 Probes and Needle Guides

### 2.4.1 Probes

| Image | Model | Informa-tion | | Remarks |
|---|---|---|---|---|
| | C5-1s | Probe type | Convex | |
| | | Applicable needle guide | NGB-022 Metal-needle detachable | |
| | C4-1s | Probe type | Convex | Not released yet |
| | | Applicable needle guide | NGB-036 Metal-needle detachable | |
| | SC6-1s | Probe type | Convex | |
| | | Applicable needle guide | NGB-022 Metal-needle detachable | |
| | C11-3s | Probe type | Convex | |
| | | Applicable needle guide | NGB-018 Metal-needle detachable | |
| | C9-3Ts | Probe type | Convex | Not released yet |
| | | Applicable needle guide | None | |
| | C6-2Gs | Probe type | Convex | Not released yet |
| | | Applicable needle guide | NGB-024 Metal-needle detachable | |
| | L14-6s | Probe type | Linear | Not released yet |

37

| Image | Model | Informa-tion | | Remarks |
|---|---|---|---|---|
| | | Applicable needle guide | NGB-016 Metal-needle detachable | |
| | L14-6Ns | Probe type | Linear | |
| | | Applicable needle guide | NGB-007 Plastic-needle detachable Metal-needle detachable | |
| | L9-3s | Probe type | Linear | |
| | | Applicable needle guide | NGB-034 Metal-needle detachable | |
| | L20-5s | Probe type | Linear | |
| | | Applicable needle guide | None | |
| | L16-4Hs | Probe type | Linear | |
| | | Applicable needle guide | None | |
| | 7LT4s | Probe type | Linear | Not released yet |
| | | Applicable needle guide | NGB-010 Metal-needle detachable | |
| | L12-3RCs | Probe type | Linear | |
| | | Applicable needle guide | NGB-043 Metal-needle detachable | |

| Image | Model | Informa-tion | | Remarks |
|---|---|---|---|---|
| | L11-3VNs | Probe type | Linear | |
| | | Applicable needle guide | None | |
| | L12-3VNs | Probe type | Linear | |
| | | Applicable needle guide | None | |
| | L14-3Ws | Probe type | Linear | Not released yet |
| | | Applicable needle guide | NGB-054 Metal-needle detachable | |
| | V11-3Hs | Probe type | Convex | |
| | | Applicable needle guide | NGB-025 Metal-needle detachable | |
| | ELC13-4s | Probe type | Convex/ Linear array (dual-plane) | Not released yet |
| | | Applicable needle guide | NGB-051 Metal-needle detachable | |
| | P4-2s | Probe type | Phased array | Not released yet |
| | | Applicable needle guide | NGB-011 Metal-needle detachable | |
| | SP5-1s | Probe type | Phased array | |
| | | Applicable needle guide | NGB-011 | |

39

| Image | Model | Information | | Remarks |
|---|---|---|---|---|
| | | | Metal-needle detachable | |
| | P10-4s | Probe type | Phased array | Not released yet |
| | | Applicable needle guide | None | |
| | P8-2s | Probe type | Phased array | Not released yet |
| | | Applicable needle guide | None | |
| | i3P | Probe type | Phased array | |
| | | Applicable needle guide | None | |
| | i3PA | Probe type | Phased array | |
| | | Applicable needle guide | None | |
| New appearance 1 | P7-3Ts | Probe type | Phased array | |
| | | Applicable needle guide | None | |

40

| Image | Model | Informa-tion | | Remarks |
|---|---|---|---|---|
| | P8-3Ts | Probe type | Phased array | Not released yet |
| | | Applicable needle guide | None | |
| | P8-2Ts | Probe type | Phased array | |
| | | Applicable needle guide | None | |
| | LAP13-4Cs | Probe type | Convex | Not released yet |
| | | Applicable needle guide | None | |

*See* Service Manual (Advanced) at 63-67.

| | |
|---|---|
| the at least one imaging operation conducted using instructions received from the FPGA, | The imaging operation of the TEX is conducted using instructions received from the frontend FPGA and/or the backend FPGA. For example, the FE FPGA controls the probe board, transmission/reception of ultrasound signals, and/or processing of the ultrasound signals. |

41

### 2.3.4.2 Frontend of the Main Board

**Figure2–5 Block diagram of the main board front end**



The block diagram of the main board front end is shown in the preceding figure. The transmission and reception solution consists of eight MAX chips and eight AFE chips. The transmission and reception control and signal processing are all realized through the FE FPGA. The major functions of the main board front end are as follows:

1. Transmission: The front-end FPGA controls 128 channels to transmit high-voltage ultrasonic signals to the probe, so as to realize transmission focusing of the machine.
2. Reception: The front-end FPGA controls 128 channels to receive ultrasonic echo signals from the probe, so as to realize reception focusing of the machine.
3. The ATGC module implements automatic gain compensation so that the brightness of the ultrasound image in the far and near fields is consistent.
4. Support for data caching through the IQ (frame buffer), UP (upload), SCAN (scan), AD (analogue-to-digital conversion) channels.
5. Generation and delivery of front-end clock signals.
6. Imaging-related logic functions, which are carried by the front-end FPGA.
- Scan controller
- Parsing of imaging parameters transmitted by the back end

42

- Receiving and caching of beam data
- Image pre-processing in each mode
- Data upload to the backend unit

7. Execution of front-end module reset, online upgrade, and module information management.

8. Probe-related control and management.

- High-voltage switch control
- CPLD configuration on the probe board
- SPI communicating with the probe board

9. Communication and control for image scanning-related accessories, including the following accessories:

- CW/TEE driving function module
- Physiological signal function module

10. Distributed acoustic power testing signals: Acoustic power testing is output from FPGA to the socket in the main board.

11. Integrated PHV output module.

## 2.3.4.3 Backend of the Main Board

**Figure2–6 Block diagram of the main board back end**



The frontend board has the following functions:

- Support for the upgrade and improvement performance of the COME module.
- Support for the GPU module (with AI-related function implemented) of the MXM3.1 Type A port.

*See* Service Manual (Advanced) at 46-47.

43

# 7.13 Main Board Assembly (FRU)

## 7.13.1 General Information



| FRU Code | FRU Name | Lower-Level FRU Code | Lower-Level FRU Name |
|---|---|---|---|
| 115-083584-00 | Main Board Assembly (FRU) | | |

**Function description:**

The main board is divided into the front end and back end.

The front end of the main board provides the following functions:

1. Transmission: The front-end FPGA controls 128 channels to transmit high-voltage ultrasonic signals to the probe, so as to realize transmission focusing of the machine.
2. Reception: The front-end FPGA controls 128 channels to receive ultrasonic echo signals from the probe, so as to realize reception focusing of the machine.
3. ATGC module
4. Support for data caching through the IQ (frame buffer), UP (upload), SCAN (scan), AD (analogue-to-digital conversion) channels.
5. Generation and delivery of front-end clocks.
6. Imaging-related logic functions, which are carried by the front-end FPGA.
7. Execution of front-end module reset, online upgrade, and module information management.
8. Probe-related control and management.
9. Communication and control for image scanning-related accessories.
10. Distributed acoustic power testing signals: Acoustic power testing is output from FPGA to the socket in the main board.
11. Integrated PHV output module.

The back end of the main board provides the following functions:

1. Support for the COME module of the Type 6 port.
2. Support for the GPU module of the 3.1 Type A port.
3. Support for 23.8-inch touch screen, with the resolution of 1920 x 1080.
4. Support for wired networks and wireless networks (M.2 port).
5. Support for SSD, with 256 GB or more storage (M.2 port).
6. Support for four USB 3.0 ports.
7. Support for the USB 3.0 Type C port.
8. Support for the output port of the HDMI replication main display, with the default resolution of 1920 x 1080, and support for adaptive output of the 1280 x 1024, 1280 x 720, and 1024 x 768 resolutions. Display of the full screen and standard area for the main display.
9. Support for the 4G module.
10. Support for automatic control of the ambient light brightness for the display.
11. Support for secondary screen display and information such as the battery capacity upon power-off.
12. Support for speaker output for the machine, with the left and right channel output of 4 ohm/2 W.
13. Support for the ultrasonic Doppler software to process echo data.

*See* Service Manual (Advanced) at 216-217.

45

## 2.3.7 Probe Board

### 2.3.7.1 Probe Board

**Figure2–7 Functional Block Diagram of Transducer Board**



The probe board connects and expands the probe channel with the transmitting and receiving channel in the main unit box. The probe board is controlled by the main board through FE FPGA.

The probe board supports the following items:

Four 260-pin S-Type probe ports. Each probe port has 128 array elements interconnected with the main unit's physical channel. The probes are managed by the frontend unit.

The probe board CPLD supports online upgrade.

Probe hot swapping detection function.

*See* Service Manual (Advanced) at 49.

46

| | |
|---|---|
| wherein the graphical user interface is touch actuated to include the image display area that displays at least one ultrasound image using one or more touch selected transducer probes; | The TEX UI displays at least one ultrasound in an image display area, e.g., upon starting, actuating or resuming an exam.<br><br>## 2.10.1 Screen Display<br><br><br><br>Figure 2-7 Landscape orientation of the monitor |



Figure 2-8 Portrait orientation of the monitor

| No. | Name | Function |
|-----|------|----------|
| 1. | Function menu tab | Select to enter the corresponding function menu. |
| 2. | Parameter Area | Displays the image parameters for the active window. If there are more than one imaging modes, the parameters are displayed by each mode. |
| 3. | Acoustic output index | Displays the acoustic power, mechanical index and thermal index. |
| 4. | Patient information area | Displays the hospital name, the exam time, patient information, the probe model, the exam mode, etc. |
| 5. | Probe model and exam mode | Displays the current probe model and exam mode. |

49

| No. | Name | Function |
|---|---|---|
| 6. | System icons area | Displays the relevant system icons, such as USB memory device, network, task manager, used space of the hard disk, etc. |
| 7. | System tool button | Access the system tools. |
| 8. | Thumbnail area | Displays the thumbnail of the saved image in the current exam. |
| 9. | Gain control | Adjust the gain of the image in various modes. |
| 10. | Depth control | Select to adjust the depth in real-time imaging. |
| 11. | Image Area | Displays the ultrasound images, ECG waveforms, probe mark (or active window mark), time line (in M or PW mode), coordinate axis (including depth, time, velocity/frequency), besides, the comments, body mark, measurement calipers, color bar/grayscale bar are also displayed here. |
| 12. | | iZoom button: Select to enter full-screen zoom status. |
| 13. | Image mode area | Displays the current modes, Select and slide left or right to enter the corresponding mode. |
| 14. | | Switching key: Select to change the currently active window. Start/stop image acquisition in iScape or 3D mode. |
|  | | Save image button. Select to save a single-frame image. |
|  | | Save clip button. Select to save a cine. |
|  | | Freeze button. Select to freeze or unfreeze the image. |
| 15. | Shortcut functional buttons | Displays eS.Navi, Physio-View, iNeedle, Smart functions, iTouch, TGC, iScanHelper, and Image Quality button. Long press to activate Customized Toolbar to drag frequently used items to the left toolbar. |
| 16. | Exam operating area | Select each button to enter the screen.<br>• Patient information<br>• Exam mode and probe switching<br>• iStation<br>• Image review<br>• Report review |
| 17. | Menu area | • Image parameter menu: swipe the menu downnwards/upwards to see parameter controls.<br>• Cine review menu (under frozen or cine review status).<br>• Measurement menu.<br>• Annotation and body mark menu. |

50

## 2.10.2  Select Exam Mode and Probe

**⚠ CAUTION**

If the exam mode is changed during a measurement, all measurement calipers on the image will be cleared. The data of general measurements will be lost, but the data of application measurements will be stored in the reports.

**NOTE:**

- It may lead to ophthalmic injury if the probe is applied to non-ophthalmic exam, please use the ophthalmic probe for ophthalmic exam.
- If the wireless probe (i3P/I3PA) is used with the system for the first time, see "4.6.5  Wireless Network Connection" to connect it to the system, and the connection range is within 3 meters.

Perform the following procedure:

1. Connect suitable probes to the system and Select [Probe] button. The screen displays the Probe and Exam dialog box.
2. Select the probe type and exam mode.

   The system exits the dialog box and enters the selected exam mode and probe.

   Select [Exit] or [Probe] again to cancel the selection and exit the screen.

## 2.10.3  Select the Imaging Mode

Switch between imaging modes according to the actual situation using the corresponding imaging button located in the Image mode area.

## 2.10.4  Imaging Adjustment

Perform the following procedure:

Click the corresponding image mode tab in the main screen function operation area to switch the image mode parameter menu.

When an image mode is selected, the image mode tab is highlighted in blue.

*See* Operator's Manual (Basic) at 42-45.

51

## 5.2     Activate& Continue an Exam

### 5.2.1   Activate an Exam

In iStation screen, select the exam record finished within 24 hours, and click [Activate Exam] from the menu popped up; or, click [Active Exam] in iStation or Review screen to activate the exam.

**NOTE:**
- The system can automatically load the patient information and exam data to continue the exam.
- If you want to continue an exam which data lies in an external memory database, you have to first allow the system to load the patient data to the system's patient database.
- For an only one re-activated exam, you can modify patient ID.

### 5.2.2   Continue an Exam

In iStation screen, select an exam record paused within 24 hours, click [Resume Exam] from the menu popped up to continue the exam.

If you want to select a patient data in an external memory database, you have to first allow the system to load the patient data to the system's patient database.

The patient ID can be modified for the exam only with one exam record and being activated again.

## 5.3     End an Exam

### 5.3.1   End an Exam

Be sure to avoid mixing data between patients.

Before examining a new patient, tap [End Exam] to end the exam of the previous patient.

*See* Operator's Manual (Basic) at 117.

52

| a complex programmable logic device (CPLD) that clocks an ultrasound scan by at least one of one or more transducer probes; and | As shown below, the probe board of the TEX includes a CPLD.<br><br>## 2.3.7 Probe Board<br><br>### 2.3.7.1 Probe Board<br><br><br>**Figure2–7 Functional Block Diagram of Transducer Board**<br><br>The probe board connects and expands the probe channel with the transmitting and receiving channel in the main unit box. The probe board is controlled by the main board through FE FPGA. The probe board supports the following items:<br>Four 260-pin S-Type probe ports. Each probe port has 128 array elements interconnected with the main unit's physical channel. The probes are managed by the frontend unit.<br>The probe board CPLD supports online upgrade.<br>Probe hot swapping detection function.<br><br>*See* Service Manual (Advanced) at 49. |

53

| | |
|---|---|
| wherein one or more imaging operations include selecting an imaging depth in response to a further gesture input detected on the touch screen display and generating at least one image of a region of interest at the selected depth based on a result of the one or more imaging operations, the at least one generated image displayable on the image display area of the touch screen display. | The TEX UI enables depth selection/control.<br><br>## 2.10.1 Screen Display<br><br><br><br>Figure 2-7 Landscape orientation of the monitor |



Figure 2-8 Portrait orientation of the monitor

| No. | Name | Function |
|---|---|---|
| 1. | Function menu tab | Select to enter the corresponding function menu. |
| 2. | Parameter Area | Displays the image parameters for the active window. If there are more than one imaging modes, the parameters are displayed by each mode. |
| 3. | Acoustic output index | Displays the acoustic power, mechanical index and thermal index. |
| 4. | Patient information area | Displays the hospital name, the exam time, patient information, the probe model, the exam mode, etc. |
| 5. | Probe model and exam mode | Displays the current probe model and exam mode. |

| No. | Name | Function |
|---|---|---|
| 6. | System icons area | Displays the relevant system icons, such as USB memory device, network, task manager, used space of the hard disk, etc. |
| 7. | System tool button | Access the system tools. |
| 8. | Thumbnail area | Displays the thumbnail of the saved image in the current exam. |
| 9. | Gain control | Adjust the gain of the image in various modes. |
| 10. | Depth control | Select to adjust the depth in real-time imaging. |
| 11. | Image Area | Displays the ultrasound images, ECG waveforms, probe mark (or active window mark), time line (in M or PW mode), coordinate axis (including depth, time, velocity/frequency), besides, the comments, body mark, measurement calipers, color bar/grayscale bar are also displayed here. |
| 12. | | iZoom button: Select to enter full-screen zoom status. |
| 13. | Image mode area | Displays the current modes, Select and slide left or right to enter the corresponding mode. |
| 14. | | Switching key: Select to change the currently active window. Start/stop image acquisition in iScape or 3D mode. |
| | | Save image button. Select to save a single-frame image. |
| | | Save clip button. Select to save a cine. |
| | | Freeze button. Select to freeze or unfreeze the image. |
| 15. | Shortcut functional buttons | Displays eS.Navi, Physio-View, iNeedle, Smart functions, iTouch, TGC, iScanHelper, and Image Quality button. Long press to activate Customized Toolbar to drag frequently used items to the left toolbar. |
| 16. | Exam operating area | Select each button to enter the screen.<br>• Patient information<br>• Exam mode and probe switching<br>• iStation<br>• Image review<br>• Report review |
| 17. | Menu area | • Image parameter menu: swipe the menu downwards/upwards to see parameter controls.<br>• Cine review menu (under frozen or cine review status).<br>• Measurement menu.<br>• Annotation and body mark menu. |

*See* Operator's Manual (Basic) at 42-45.

57

## 6.1.2    B-mode Image Parameters

**Image Quality**

To switch between the fundamental frequency and harmonic frequency as well as select the corresponding frequency type. The real-time frequency value is displayed in the image parameter area in the top-left corner of the screen, and if harmonic frequency is used "F H" is displayed as the harmonic frequency value.

The system provides an imaging mode using harmonics of echoes to optimize the image. Harmonic imaging enhances near-field resolution and reduces low-frequency and large amplitude noise, so as to improve small parts imaging.

Select the frequency according to the detection depth and current tissue features.

**Gain**

To adjust the gain of the whole receiving information in B mode. The real-time gain value is displayed in the image parameter area in the top-left corner of the screen.

Increasing the gain will brighten the image and you will see more received signals. However, noise may also be increased.

**ZoneVue**

Image within the zone range is clearer.

Tap [Zone Vue] to adjust the zone range. The real-time zone range is displayed on the screen.

The adjustment function is disabled for wireless probe.

**Steer**

To steer the beam the probe transmits.

**FOV Size**

You can get a much larger field of view when selecting a larger FOV, but the frame rate will decrease.

**ExFOV**

Tap [ExFov] to turn on/off the function.

For linear probes, the ExFOV function displays as trapezoid imaging.

For convex and phase probes, the ExFOV function displays as extending the scan angle.

**Depth**

This function is used to adjust the sampling depth, the real-time value of which is displayed in the image parameter area in the top-left corner of the screen.

Increase the depth to see tissue in deeper locations, or decrease the depth to see tissue in shallower locations.

**TGC**

The system compensates the signals from deeper tissue by segments to optimize the image.

**Acoustic power**

Refers to the power of ultrasonic waves transmitted by the probe, the real-time value of which is displayed in the top-left part of the screen.

**TIP:**

You should perform exams according to actual situation and follow the ALARA Principle.

**Focus**

Refers to adjusting the focus of the ultrasonic beams, using the focus arrow symbols which are displayed to the right of the image.

**Image Adjustment**

More information can be obtained without moving the probe or changing the sampling position.

- FOV (Field of View): You can get a much larger field of view when selecting a larger FOV. The frame rate decreases when using a larger FOV.
- Steering: Use to adjust the steer angle.
- ExFOV (Extended FOV): Off represents no ExFOV effect.
    - For linear probes, the ExFOV function displays as trapezoid imaging.
    - For convex probes, the ExFOV function displays as extending the scanning angle.

**TIP:**
- The FOV position/range is available only for the convex and phased probes.
- When the scan range is adjusted to the widest, the FOV position cannot be changed.
- The steering function is available only for linear probes.
- The FOV Size is disabled for linear probe.

*See* Operator's Manual (Basic) at 119-120.

# 2   General Measurement

There are 2D (B/Color/Power), M and Doppler (PW/CW) basic measurement tools.

## 2.1   2D General Measurements

### 2.1.1   Depth

Sectoral surface probe: the depth is the distance from the center of the sector to the cursor.

Convex array or linear array probe: the depth is the distance from the transducer surface to the measuring cursor in the direction of the ultrasonic wave.

**TIP:**

The real-time depth displays in the results window only before the cursor is ed to fix the starting point. The history value of the depth is not displayed in the results window.

Perform the following procedure:

1.   Select [Depth] in the measurement menu.

   The cursor appears on the screen.

2.   Move the cursor to the desired point.

3.   Tap the measurement point and the result displays in the results window.

*See* Operator's Manual (Advanced) at 17.

# EXHIBIT J

# Infringement Chart

# U.S. Patent No. 11,857,363 v. Mindray TE7[1]

| U.S. Pat. No. 11,857,363 | Infringement Analysis |
|---|---|
| 7. A portable touchscreen actuated ultrasound imaging system, comprising: | The preamble is not limiting.  Nevertheless, the TE7 is an ultrasound system used in medical imaging procedures.  The main unit is a handheld device.  The main unit can be moved and attached to a trolley cart, a desktop mount, and/or a wall mount.<br><br>**2.1    Intended Use**<br><br>TE7 Diagnostic Ultrasound System is applicable for adults, pregnant women, pediatric patients and neonates. It is intended for use in fetal, abdominal, intra-operative (abdominal, thoracic, and vascular), pediatric, small organ (breast, thyroid, testes), neonatal and adult cephalic, trans-esoph. (Cardiac), trans-rectal, trans-vaginal, musculo-skeletal (conventional, superficial), urology, peripheral vessel, adult and pediatric cardiac exams.<br><br>NOTE:    The functions described in the operator's manual may vary depending on the specific system purchased. |

---

[1] These charts rely on TE7 manuals and related materials.  Upon information and belief, the TE7 product is representative of at least the TE5, TE5 Max, TE7 Max and TE9 Accused Products. *See, e.g.*,
h-046-006958-00-5-0_te7-operator-s-manual-basic.pdf ("Operator's Manual (Basic)")
 h-046-006967-te7-&_te5-service-manual-advance-9-0.pdf ("Service Manual (Advanced)")
TE7-TE5-Service-Manual-Advanced-REV 23.pdf ("Service Manual (Advanced) 23")
Mindray TE7 Ultrasound System – Crystal Series
https://www.mindraynorthamerica.com/ultrasound-machines/te7/
https://www.youtube.com/watch?v=ROwT7RmyGaQ

1



## 2.5    Introduction of Each Unit

*See* Operator's Manual (Basic) at 31.

2

ME1\57830745.v1

| | The main unit can be attached to the trolley cart, a desktop support or a wall mounting unit. |
|---|---|
| | ### 9.2.4  Desktop<br><br>■  Desktop appearance<br><br><br><br>| No. | Name | Function |<br>|---|---|---|<br>| 1 | Main unit support | Used for fixing the main unit of ultrasound system. |<br>| 2 | Base of the desktop | Used for fixing the main unit support. |<br><br>*See* Service Manual (Advanced) at 151-152. |
| (a) a touch screen display tablet device mounted on a cart having a touch screen display with a graphical user interface for selecting an ultrasound imaging procedure to be performed with the ultrasound imaging system | The touch screen display can be mounted on a cart and includes a GUI for selecting among various imaging procedures.   As an example, touching the icon such as "color" causes the beamforming processing circuit results in the display of a colored image vs a black and white image. |

3

## 3.11  Basic Screen & Operation

### 3.11.1  Screen Display



| 1. | Probe model, acoustic output value and MITI index | 2. | Parameter area |
|---|---|---|---|
| 3. | iNeedle | 4. | iTouch |
| 5. | Frequency adjustment | 6. | TGC control |
| 7. | Operating panel | 8. | Patient Information area |
| 9. | System status icon | 10. | System tool bar |
| 11. | Gain control | 12. | Depth control |

4

### 3.11.2 Operating panel



Operating panel located under the image area; consists of imaging mode buttons, menu area and exam related buttons.

1. Imaging mode area

   Tap imaging buttons to start imaging.

2. Menu area

   - Imaging parameter menu: swipe the menu downwards/upwards to see parameter controls;
   - Cine review menu (under frozen or cine review status);
   - Measurement menu;
   - Annotation and body mark menu.

3. Exam operating area

   Tap each button to enter the screen.

   - Patient information;
   - Exam mode and probe switching;
   - iStation;
   - Image review;
   - Report review.

4. Other buttons

   You can perform operations using those buttons, including end exam, switching modes, save an image/cine, print single frame image or freeze/unfreeze image, etc.

*See* Operator's Manual (Basic) at 47-48.

5

## 5.4    Color Mode Image Optimization

The Color mode is used to detect color flow information, and the color is designed to judge the direction and speed of blood flow.

Generally, the color above the color bar indicates the flow towards the probe, while the color below the color bar indicates the flow away from the probe. The brighter the color, the faster the flow speed, while the darker the color, the slower the flow speed.

### 5.4.1    Basic Procedures for Color Mode Imaging

1. Select a high-quality image during B mode scanning, and adjust to position the area of interest in the center of the B mode image.
2. Tap [Color] on the right side of the operating panel to enter Color mode.
3. Change the position and size of the Region of Interest (ROI).
4. Adjust the image parameters during scanning to obtain optimized images.
5. Perform other operations (e.g., measurement and calculation) if necessary.

*See* Operator's Manual Basic at 71.

Further PW/CW Mode Image Optimization can be achieved using touch gestures as shown below.

### 5.6.3    PW/CW Mode Image Optimization

**Gain**

| | |
|---|---|
| Description | This function is intended to adjust the gain of the spectrum map. The real-time gain value is displayed in the image parameter area in the top-left corner of the screen. |
| Operations | Drag the [Gain] control on the right part of the image area to adjust the gain. |
| Effects | Increasing the gain will brighten the image and you will see more received signals. However, noise may also be increased. |

**SV**

| | |
|---|---|
| Description | To adjust the SV position and size of sampling in PW mode, the real-time value of SV and SVD are displayed in the image parameter area in the top-left corner of the screen. |
| SV size | Adjust SV size by finger gesture. Use two fingers to adjust the SV size by pinching movement on the image area. The adjusting range is 0.5-20 mm. |
| SVD | Tap and drag the SV gate to change depth. |
| Effects | The smaller the SV size, the more accurate the result. More details are obtained when selecting a large SV size. |

*See* Operator's Manual Basic at 80.

6

| | |
|---|---|
| (b) wherein at least one processor in the tablet display device is responsive to touch actuating gestures to perform at least one of a cardiac imaging procedure, a split screen imaging procedure, and a needle visualization procedure, | The main unit includes one or more computers that are located inside the tablet housing.  *See* Service Manual (Advanced) at 146. |



### 4.2.1    Physical Structure and Connection of Hardware System

Picture 2 Connection Diagram of Hardware System

- Probe board, probe connection board and main board are connected via the sockets.
- The display is connected to the main board via the cables, including LVDS and parameter board.
- The display is connected to the backlight board via cables; the backlight board is connected to the main board via cables.
- Touchscreen panel is connected to the main board via cables; touchscreen is connected to the Touchscreen panel via FPC.
- Push button board is connected to the main board via cables.
- LED indicator board is connected to the main board via cables.

Product Principle 4-3

8

- The battery is connected to the battery board via the sockets; the battery board is connected to the main board via cables.
- The adapter is connected to the adapter board via cables; the adapter board is connected to the main board via the socket.
- Back-end fans are connected to the main board via cables; the cables of five pieces of fans come into one group of cables.
- The front-end fan is connected to the main board via cables.
- The speaker is connected to the main board via the cables. The cables of two speakers come into one group of cables.
- PHV board is connected to the main board via the socket.
- COME board is connected to the main board via the socket.
- SSD is connected to the main board via the socket.
- WiFi board is connected to the main board via the socket; the antenna is connected to the WiFi board via the socket.
- The main board provides one ECG serial port, one HDMI port, four USB 3.0 port and one Ethernet port.

### 4.2.2 Circuit Principle of Hardware System



Picture 3 The Diagram of Hardware Principle

4-4 Product Principle

9

### 4.2.3 Hardware Board

#### 4.2.3.1 Probe Board

- The probe extension and probe connectivity are achieved on this board.
- It includes the single-probe port board and three-probe port board, and it can be configured before and after leaving the factory.
- The port on the probe board extends to three.
- The signal switching & probe connectivity are achieved on single-port probe board.
- The probe and the port on the main unit take form of the comprehensive probe port.

#### 4.2.3.2 Probe Connecting Board

The probe connecting board transfers the signal; no circuit.

#### 4.2.3.3 Main Board

Being the core of entire main unit, the main board fulfills most functions of the hardware.

- It provides switching function of 64/128 channel.
- It provides 64-channel transmitting circuit.
- It provides 64-channel receiving circuit.
- It provides clock circuit.
- It provides all functions of ultrasonic engine.
- It provides power supply circuits except for PHV/HV.
- It provides power supply and the port for the main console.
- It provides the port for the memory (SSD).
- It provides system monitoring.
- It provides power supply management.
- It provides physical port for User IO.
- It provides power supply and video sources for the display.
- It provides USB port and power supply for the touchscreen.
- It provides the adapter and the power supply port.

#### 4.2.3.4 PHV Board

- It provides transmitting power supply for transmitting circuit on non-CW mode.
- It provides power supply for high-voltage switch (switching circuit of 64/128 channel).
- It provides PHV control circuit and control port.

#### 4.2.3.5 COME Module

It provides functions of main console;

- Use PC module as the main console based on intel Core i7-3517UE processer.
- The port of PC module meets the requirement of COME 2.0 Type6 Pin-out.
- 2 GB memory, DDR 3, maximum capacity 16 GB.
- The highest 1.7 GHz basic frequency
- 7 PCIe x1
- 8*USB2.0,4*USB3.0
- It supports single-channel/dual-channel 18/24bit LVDS.

Product Principle 4-5

ME1\57830745.v1

- 3 DDI, it supports HDMI/DVI/DisplayPort
- It supports 10/100/1000 Mbps Ethernet.
- It supports ATX power supply

#### 4.2.3.6    Adapter Board

It transfers the power supply signal.

It provides EMI filter for the adapter input.

#### 4.2.3.7    Battery Connecting Board

It transfers the battery signal.

#### 4.2.3.8    LED Indicator

It transfers the status signal of the unit to the display of LED.

#### 4.2.3.9    Keyboard

It provides the starting up button.

#### 4.2.3.10    LCD Backlight Board

It provides constant current of backlight LED inside LCD display.

#### 4.2.3.11    Touch Screen Control Board

It verifies the touching movements of the user and reports them to the main control platform.

It communicates with main console via USB port.

*See* Service Manual (Advanced) at 75-78.

As shown above and below, the accused products can perform various cardiac imaging procedures.

11

The Accused Products include the ability to do split screen viewing of two diagnostic images.

# 6   Display & Cine Review

## 6.1   Splitting Display

The system supports dual-split display format. However, only one window is active.

1. Select [Dual] to be "on" from B image menu to enter dual-split mode.
2. Tap each window to switch the active window (marked with "m" icon.)
3. Tap [B] or select [Dual] to be "Off" to exit to single window.

*See* Operator's Manual (Basic) at 89.



ME1\57830745.v1

The Accused Products include an iNeedle function which provides needle visualization enhancement.

### 13.2.5   iNeedle (Needle Visualization Enhancement)

During a biopsy, the metal needle attached to the probe pierces the tissue at a certain angle. Due to the needle's acoustic impedance, the ultrasonic beam cannot penetrate the metal needle and a reflecting boundary is formed. As in Figure 1, if the deflection angle is very large, the needle display is not clear.

In deflected ultrasound transmission, the beam direction is perpendicular to the needle direction and the reflection direction is the same as the needle, as shown in Figure 2, meaning the needle display in the ultrasound image is very clear. The system provides additional deflection transmission that is approximately perpendicular to the metal needle when the normal transmission (perpendicular to the transducer surface) is being processed. The deflection angle can be chosen by the user.

iNeedle is an option.




Figure 1   Figure 2

**To enter/exit iNeedle**

■   To enter iNeedle

Tap  on the left part of the image area.

■   To exit iNeedle

Tap [iNeedle] again or tap [B] to enter B mode.

■   Best angle indication



*See* Operator's Manual (Basic) at 188.

13

| (c) wherein the cardiac imaging procedure measures an ejection fraction value in response to a first gesture input detected on a touch screen display within the tablet display housing, | The Accused Products include the ability to measure an ejection fraction as part of the cardiac imaging procedure. |
|---|---|
| | **Auto EF**<br><br>Proprietary technology used to analyze 2D echo data to automatically recognize diastole/systole frames and calculate EDV/ESV/EF<br><br><br><br>**Auto EF**<br><br>*See* Mindray TE7 - Crystal Series at 3. |

ME1\57830745.v1

| (d) and wherein the needle visualization procedure images a needle in response to a second gesture input detected on the touch screen display; and | **iNeedle⁺™**<br><br>Second generation iNeedle⁺ technology automatically detects needle angle and improves visibility on both linear and convex transducers during interventional procedures<br><br><br><br>iNeedle⁺™<br><br>*See* Mindray TE7 - Crystal Series at 2. |
|---|---|

15

### eSpacial Navi™ *

4D magnetic needle navigation technology delivers enhanced needle visualization and location during in-plane or out-of-plane procedures.

With eSpacial Navi, the needle tip and trajectory are visualized, allowing for improved physician confidence and patient safety during interventional procedures.

*Compatible with L11-3VNs transducer*



## eSpacial Navi™

*See* Mindray TE7 - Crystal Series at 3.

16

ME1\57830745.v1

| (e) a transducer array in a transducer probe housing that performs a plurality of imaging operations using an ultrasound beamformer processing circuit that communicates with the transducer array, | The TE7 is designed for use with multiple transducer probes. Each probe includes an transducer array. For example, as shown below, the probe port (socket) offers 128-array channels from the transducer probe. Further, it supports a 192-array probe and a bi-planar probe. |
|---|---|
| | **2.4.2 Probes and Needle-guided Brackets Available** |
| | <table><tr><th>Probe model</th><th>Probe Type</th><th>Intended Use</th><th>Region Applied</th></tr><tr><td>C5-2s</td><td>Convex</td><td>Gynecology, Obstetrics, Vascular, Pediatric</td><td>Body surface</td></tr><tr><td>C11-3s</td><td>Convex</td><td>Abdominal, Cephalic, Vascular, Small organ, Musculo-skeletal, Pediatric</td><td>Body surface</td></tr><tr><td>L12-4s</td><td>Linear</td><td rowspan="2">Small organ, Vascular, Musculo-skeletal, Abdominal, Pediatric</td><td>Body surface</td></tr><tr><td>L7-3s</td><td>Linear</td><td>Body surface</td></tr><tr><td>L14-6s</td><td>Linear</td><td>Small organ, Vascular, Musculo-skeletal, Pediatric</td><td>Body surface</td></tr><tr><td>L14-6Ns</td><td>Linear</td><td>Breast, Musculo-skeletal, Nerve, Small organ (Superficial), Vascular (Superficial), Pediatric hip</td><td>Body surface</td></tr><tr><td>P4-2s</td><td>Phased</td><td>Cardiac, Abdominal, Cephalic, Pediatric</td><td>Body surface</td></tr><tr><td>V11-3Ws</td><td>Convex</td><td>Gynecology, Obstetrics, Urology</td><td>Transvaginal</td></tr><tr><td>7LT4s</td><td>Linear</td><td>Intraoperative (Abdominal, Cardiac, Vascular), Small organ, Vascular, Musculo-skeletal, Abdominal, Pediatric</td><td>Body surface</td></tr><tr><td>P7-3Ts</td><td>Phased</td><td>Cardiac</td><td>Transesophageal</td></tr><tr><td>L16-4Hs</td><td>Linear</td><td>Musculo-skeletal, Nerve, Small organ, Vascular, pediatric hip, neonatal cephalic</td><td>Body surface</td></tr></table> |
| | *See* Operator's Manual (Basic) at 27. |

17

ME1\57830745.v1

# 4 Product Principle

## 4.1 Function Structure of Hardware System

Main unit (Display Control Unit):
- Probe port and extension
- Front-end Circuit
- Ultrasonic Engine
- Back-end Platform
- Interactive interface (display and touchscreen)
- Power Supply & Battery



Picture 1 Hardware System Diagram

### 4.1.1 Probe Socket

The probe socket can be achieved on this board as well as the extension of multi-probe.
- It supports the configurations of single probes and triple probes. The function of the three-probe keeps the same.
- The probe socket offers 128-array channels.
- It supports TEE probe.
- It supports 192-array probe.
- It supports bi-planar probe.
- It provides the switching channel between 128-array port and 64-receiving channel.

### 4.1.2 Front-end Circuit

It provides physical platform of the transmission and receiving for the entire system, which consists of the transmission/receiving/clock circuit.
- It provides 64-channel transmitting/receiving circuit.
- It supports the 5 emission level.
- It supports CW, and CW transmission of maximum 32-channel.

Product Principle 4-1

18

- 160 M system clock.
- 40 M sampling clock

### 4.1.3 Ultrasonic Engine

- It provides beam-forming of numeric-field data.
- It provides the processing of some signals after the beam is formed.
- It provides the scanning control.
- It provides signal channel (bus) which transmits and receives FPGA.
- It provides the data caching.
- It provides the signal channel (bus) of main console on the back-end.
- It provides switching function of 64/128 channel.
- It provides ECG serial ports and synchronous processing of data.
- It provides the switching control function related to the probe management.

### 4.1.4 Back-end Platform

- It provides the functions for the computing and central control.
- It provides the internal storage.
- It provides IO for other users: audio/video/USB/serial port/wired network/wireless network.
  USB: four USB 3.0 ports.
  HDMI: provides one HDMI port; the resolution which HDMI outputs supports four types of modes: 1024*768/1280*720/1280*1024/1920*1080; the resolution is decided by the user; full screen and standard screen are available the information that HDMI outputs.
  It provides two ports to two speakers (right/left channel).
  Wired Ethernet connection (port) provides one 1000 M port.
  Wireless Ethernet connection (port): one wireless network port embedded in the equipment, mPCIe port used in the wireless LAN adapter, internal antenna.
  ECG serial port provides ECG serial port to connect external ECG module;

### 4.1.5 Person-and-machine Communication

- It provides LCD display output;
- Anti-glare
- Adjustable brightness
- It supports the calibration for color temperature and gamma.
- It shows the status of the entire system: battery discharging/charging status (orange)/standby status (orange)/AC available (green).
- It provides on/off button.
- It provides a touchscreen input.
- It provides multi-touch.
- It supports the wake-on-touch.

4-2 Product Principle

*See* Service Manual (Advanced) at 73-74.

| | |
|---|---|
| (f) the imaging operations conducted using instructions received from an ultrasound imaging system controller, | *See above.* |
| (g) wherein the graphical user interface is actuated to include an image display area that displays at least one ultrasound image, | The TE7 Family Ultrasound System as shown above and below includes a touch screen display.  The display provides a virtual control panel that the user use to actuate ultrasound imaging operation. |
| (h) wherein one or more imaging operations include selecting an imaging depth in response to a further gesture input detected on the touch screen display and generating at least one image of a region of interest at the selected depth based on a result of the one or more imaging operations, | As shown, the touch screen displays an image depth control adjustment.<br><br>**3.11   Basic Screen & Operation**<br>**3.11.1   Screen Display**<br><br><br><br>| 1. | Probe model, acoustic output value and MITI index | 2. | Parameter area |<br>| 3. | iNeedle | 4. | iTouch |<br>| 5. | Frequency adjustment | 6. | TGC control |<br>| 7. | Operating panel | 8. | Patient Information area |<br>| 9. | System status icon | 10. | System tool bar |<br>| 11. | Gain control | 12. | Depth control |<br><br>*See* Operator's Manual (Basic) at 47. |

ME1\57830745.v1

| (i) the at least one generated image displayable on the image display area of the touch screen display. | As shown above, the images are shown on the display area of the touch screen. |
|---|---|

ME1\57830745.v1

# EXHIBIT K

# Infringement Chart

# U.S. Patent No. 11,857,363 v. Mindray TEX[1]

| U.S. Pat. No. 11,857,363 | Infringement Analysis |
|---|---|
| 7. A portable touchscreen actuated ultrasound imaging system, comprising: | The preamble is not limiting.  Nevertheless, the TEX is an ultrasound system that includes a cart for an ultrasound processing device.<br><br>**2.1   Intended Use**<br><br>**For FDA region**<br><br>TEX20/TEX20 Pro/TEX20S/TEX20T/TEX20 Exp/TEX20 Elite/TEX10/TEX10 Pro/TEX10S/ TEX10T/TEX10 Exp/TEX10 Elite/TE X/TE X Lite Diagnostic Ultrasound System  is applicable for adults, pregnant women, pediatric patients and neonates. It is intended for use in Ophthalmic, fetal, abdominal,Intra-operative(abdominal, thoracic, and vascular), Laparoscopic, pediatric ,small organ(breast, thyroid, testes), neonatal and adult cephalic, trans-rectal, trans-vaginal, musculo-skeletal(conventional, superficial), Thoracic/Pleural (For detection of fluid and pleural motion/ sliding.), adult and pediatric cardiac, trans-esoph. (Cardiac), peripheral vessel, and urology exams.<br><br>Modes of operation include: B, M, PWD, CWD, Color Doppler, Amplitude Doppler, Combined mode(B+M, PW+B, Color+B, Power+B, PW+Color+B, Power+PW+B), Tissue Harmonic Imaging, Smart3D, iScape View, TDI, Color M, Strain Elastography, Contrast imaging (Contrast agent for LVO), and Contrast imaging (Contrast agent for Liver)<br><br>*See* Operator's Manual (Basic) at 25. |

---

[1] These charts rely on TEX manuals and related materials.  *See, e.g.*, H-046-023006-00-Instructions-for-Use-Basic-Volume-FDA – TEX ("Operator's Manual (Basic)"); H-046-026705-00-TE-X-Service-Manual_EN_FDA ("Service Manual").

ME1\57830905.v1

## 2.8  Introduction of Each Unit



Figure 2-1 Overview of main unit

*See* Operator's Manual (Basic) at 32.

| (a) a touch screen display tablet device mounted on a cart having a touch screen display with a graphical user interface | The TEX includes a touch screen display mounted on a cart.  The TEX uses a graphical user interface for performing a procedure. |
|---|---|

2

| | |
|---|---|
| for selecting an ultrasound imaging procedure to be performed with the ultrasound imaging system | The TEX Ultrasound System as shown above and below includes a touch screen display.  The images are shown on the display and one or more touch actuated icons are shown as part of the user interface.  Below is an exemplary picture shown various touch actuated icons.<br><br>*See* Service Manual at 56.<br><br>## 2.11   Basic Operations<br><br>## 2.11.1  Screen Display<br><br>Figure 2-7 Landscape orientation of the monitor<br><br> |

3



Figure 2-8 Portrait orientation of the monitor

4

| No. | Name | Function |
|---|---|---|
| 1. | Function menu tab | Select to enter the corresponding function menu. |
| 2. | Parameter Area | Displays the image parameters for the active window. If there are more than one imaging modes, the parameters are displayed by each mode. |
| 3. | Acoustic output index | Displays the acoustic power, mechanical index and thermal index. |
| 4. | Patient information area | Displays the hospital name, the exam time, patient information, the probe model, the exam mode, etc. |
| 5. | Probe model and exam mode | Displays the current probe model and exam mode. |

*See* Operator's Manual (Basic) at 38-39.

5

ME1\57830905.v1

| No. | Name | Function |
|---|---|---|
| 6. | System icons area | Displays the relevant system icons, such as USB memory device, network, task manager, used space of the hard disk, etc. |
| 7. | System tool button | Access the system tools. |
| 8. | Thumbnail area | Displays the thumbnail of the saved image in the current exam. |
| 9. | Gain control | Adjust the gain of the image in various modes. |
| 10. | Depth control | Select to adjust the depth in real-time imaging. |
| 11. | Image Area | Displays the ultrasound images, ECG waveforms, probe mark (or active window mark), time line (in M or PW mode), coordinate axis (including depth, time, velocity/frequency), besides, the comments, body mark, measurement calipers, color bar/grayscale bar are also displayed here. |
| 12. | iZoom butom | Select to enter/exit full-screen zoom status. |
| 13. | Image mode area | Displays the current modes, Select and slide left or right to enter the corresponding mode. |
| 14. | | Switching key: Select to change the currently active window. Start/stop image acquisition in iScape or 3D mode. |
| | | Save image button. Select to save a single-frame image. |
| | | Save clip button. Select to save a cine. |
| | | Freeze button. Select to freeze or unfreeze the image. |
| 15. | Shortcut functional buttons | Displays eS.Navi, Physio-View, iNeedle, Smart functions, iTouch, TGC, iScanHelper, and Image Quality button. Long press to activate Customized Toolbar to drag frequently used items to the left toolbar. |
| 16. | Exam operating area | Select each button to enter the screen.<br>• Patient information<br>• Exam mode and probe switching<br>• iStation<br>• Image review<br>• Report review |
| 17. | Menu area | • Image parameter menu: swipe the menu downwards/upwards to see parameter controls.<br>• Cine review menu (under frozen or cine review status).<br>• Measurement menu.<br>• Annotation and body mark menu. |

*See* Operator's Manual (Basic) at 37-40.

6

ME1\57830905.v1

| | |
|---|---|
| (b) wherein at least one processor in the tablet display device is responsive to touch actuating gestures to perform at least one of a cardiac imaging procedure, a split screen imaging procedure, and a needle visualization procedure, | The main unit includes one or more processors (CPUs and GPUS) that are located inside the tablet housing and main unit that executes software that is responsive to touch gestures to perform one of a cardiac imaging procedure, a split screen imaging procedure and a needle visualization procedure.<br><br>## 2.3 Product Principle<br>### 2.3.1 Overall Architecture of Hardware System<br>#### 2.3.1.1 Hardware System Diagram<br><br>**Figure2-1 Block Diagram of the Overall Hardware System Architecture**<br><br><br><br>The hardware system of the TEX series product is divided into four units: frontend unit, backend unit, power supply unit, and UI unit. The connection relationship between the four units and the modules they contain are shown in the figure above.<br><br>• Frontend unit:<br>  The frontend unit performs scanning for the ultrasonic imaging system and transmits the imaging data collected from the scanning step to the backend unit for post-processing. Taking the main board as the core, the frontend unit integrates the transmitting, receiving, PHV, CW, TEE, and ECG functions and connects to the probe through the probe board.<br>• Backend unit:<br>  The backend unit uses the main board as the carrier to mount the CPU and GPU modules. Its main control module is CPU. It supports GPU for the supplement of post-processing operations, as well as the control and monitoring of the whole system.<br>• Power supply unit of the trolley: |

ME1\57830905.v1

The power supply unit supplies power to the frontend unit, backend unit, and peripherals. It converts AC input into DC voltage required by each module of the system, and completes battery charge and discharge management.

- UI unit:
  The UI unit interacts with users and consists of the following modules:

  — Touch screen: It displays ultrasonic images and corresponding parameters, and completes man-machine interaction through touch control.

  — IO module: It is used for inputs and outputs of audio and video signal, network signal, and USB port information.

*See* Service Manual at 41-42.

8

ME1\57830905.v1

## 2.3.4 Main board assembly

### 2.3.4.1 Block Diagram of Main Board

**Figure2–4 Block Diagram of Main Board**



The frontend unit consists of the following boards:

- Main Board
- Probe Board

The backend unit consists of the following boards:

- Main Board
- PC Module
- GPU Module

*See* Service Manual at 44.

9

ME1\57830905.v1

## 2.3.5 PC Module

### 2.3.5.1 PC Module

The PC module aggregates CPU, iGPU (core graphics/integrated graphics), host bridge (IO extension), memory bank, network adapter, etc. Together with main board, hard disk and independent video card, as the calculation and control center of the entire unit, the PC module fulfills the comprehensive functions on the computer system. It works with the GPU module to post-process the data uploaded by the ultrasound front end and then output standard image data.

*See* Service Manual at 47.

### 3.6.1  Connecting a Probe

⚠**WARNING**

The probes, cables and connectors should be in proper operating order and free from surface defects, cracks and peeling. Otherwise, this may lead to electrical shock.

**NOTE:**

Before inserting the connector into the probe port, inspect the connector pin. If the pin is bent, do not use the probe until it has been inspected/repaired/replaced.

3 - 8                                                    Operator's Manual

ME1\57830905.v1



Perform the following procedure:

1. Keep the cable end of the transducer to the bottom side of the system; insert the connector into the system port, then press in fully.
2. Toggle the locking lever to the left position.
3. Position the probe properly to avoid it being treaded on or becoming wrapped around other devices. DO NOT allow the probe head to hang free.

*See* Operator's Manual (Basic) at 62-63.

The Accused Products include an iNeedle function, which can be optionally used by the user, which provides needle visualization enhancement.  In addition, eSpacial Navi can be used to show the position of the needle in real time.

11



https://m9m2s9g3.rocketcdn.me/wp-content/uploads/2022/07/Mindray_TE_X_System_brochure-CR.pdf

ME1\57830905.v1

| | |
|---|---|
| | ## 13.4 eSpacial Navi<br><br>The eSpacial Navi function builds up the connection between the ultrasound system and the processed needles. The needle position appears on the image in real time. Meanwhile, the virtual needle mark guides the needle path on the ultrasound image. Based on the magnetic induction technology, the eSpacial Navi function aids in and enhance the ultrasound needle guidance.<br><br>*See* Operator's Manual (Basic) at 250. |

13

ME1\57830905.v1

**In Plane Needle Guidance GUI**

| 1 | Needle position in the ultrasound plane |
|---|---|
| 2 | Needle tip position in the ultrasound plane |
| 3 | Needle guidance trajectory |
| 4 | Scale of guideline (5 mm/scale) |

**Out of Plane Needle Guidance GUI**

| 1 | Needle projection position in the ultrasound plane |
|---|---|
| 2 | Position at which the needle cross the ultrasound plane |
| 3 | Projection position of the needle guidance trajectory in the ultrasound plane |
| 4 | Scale of guideline (5mm/scale) |

*See* Operator's Manual (Basic) at 252.

14

ME1\57830905.v1

| | The Accused Products include a fourth touch input that enables a split screen viewing of two diagnostic images.<br><br>**2.11.8 Splitting Display**<br><br>The system supports dual-split display format. However, only one window is active.<br><br>Dual split:<br><br>1. Select [Dual] to be "on" from B image menu to enter dual-split mode.<br>2. Select each window to switch the active window (marked with "m" icon.)<br>3. Select [B] or select [Dual] to be "Off" to exit to single window.<br><br>*See* Operator's Manual (Basic) at 46. |
|---|---|

15

ME1\57830905.v1

| (c) wherein the cardiac imaging procedure measures an ejection fraction value in response to a first gesture input detected on a touch screen display within the tablet display housing, |  |
|---|---|
| | https://m9m2s9g3.rocketcdn.me/wp-content/uploads/2022/07/Mindray_TE_X_System_brochure-CR.pdf |

16

ME1\57830905.v1

| | |
|---|---|
| (d) and wherein the needle visualization procedure images a needle in response to a second gesture input detected on the touch screen display; and | <br><br>See Operator's Manual (Basic) at 252. |

17

ME1\57830905.v1

| (e) a transducer array in a transducer probe housing that performs a plurality of imaging operations using an ultrasound beamformer processing circuit that communicates with the transducer array, | The TEX is designed for use with multiple transducer probes.  Each probe includes an transducer array.  For example, as shown below, the probe port (socket) offers 128-array channels from the transducer probe. |
|---|---|

### 13.1 Probes

| Probe model | Probe Type | Probe Figure |
|---|---|---|
| 7LT4s | Linear | |
| L14-6s | Linear | |
| C4-1s | Convex | |
| C5-1s | Convex | |
| P10-4s | Phased | |
| P7-3Ts | Phased | |
| L14-6Ns | Linear | |
| C11-3s | Convex | |

Operator's Manual                                                                                     13 - 1

18

| Probe model | Probe Type | Probe Figure |
|---|---|---|
| SP5-1s | Phased | |
| L16-4Hs | Linear | |
| C6-2Gs | Convex | |
| L20-5s | Linear | |
| P8-3Ts | Phased | |
| P4-2s | Phased | |
| SC6-1s | Convex | |
| V11-3Hs | Convex | |
| L9-3s | Linear | |
| P8-2s | Phased | |
| P8-2Ts | Phased | |

19

| Probe model | Probe Type | Probe Figure |
|---|---|---|
| LAP13-4Cs | Convex | |
| L14-5sp | Linear | |
| L11-3VNs | Linear | |
| L12-3RCs | Linear | |
| L12-3VNs | Linear | |
| C9-3Ts | Convex | |
| i3P | Phased | |
| i3PA | Phased | |
| L14-3Ws | Linear | |

20

### 2.3.7.1 Probe Board

**Figure2–7 Functional Block Diagram of Transducer Board**



The probe board connects and expands the probe channel with the transmitting and receiving channel in the main unit box. The probe board is controlled by the main board through FE FPGA.

The probe board supports the following items:

Four 260-pin S-Type probe ports. Each probe port has 128 array elements interconnected with the main unit's physical channel. The probes are managed by the frontend unit.

The probe board CPLD supports online upgrade.

Probe hot swapping detection function.

*See* Service Manual at 48.

ME1\57830905.v1

As shown, the main unit includes one or more processors and field programmable arrays and includes various forms of memory such as solid state memory in the frontend and backend of the Main Board.  A beamformer is also included to receive image signals from the transducer connector.  The accused products include a main board that includes a front end module and back end module.  The front end module includes a probe board that cooperates with parts of the backend module to communicate and processes signals to and from the probes.  For example, Image related functions are carried out by the front-end FPGA.

### 2.3.4.2 Frontend of the Main Board

**Figure2–5 Block diagram of the main board front end**



The block diagram of the main board front end is shown in the preceding figure. The transmission and reception solution consists of eight MAX chips and eight AFE chips. The transmission and reception control and signal processing are all realized through the FE FPGA. The major functions of the main board front end are as follows:

1. Transmission: The front-end FPGA controls 128 channels to transmit high-voltage ultrasonic signals to the probe, so as to realize transmission focusing of the machine.
2. Reception: The front-end FPGA controls 128 channels to receive ultrasonic echo signals from the probe, so as to realize reception focusing of the machine.
3. The ATGC module implements automatic gain compensation so that the brightness of the ultrasound image in the far and near fields is consistent.
4. Support for data caching through the IQ (frame buffer), UP (upload), SCAN (scan), AD (analogue-to-digital conversion) channels.
5. Generation and delivery of front-end clock signals.
6. Imaging-related logic functions, which are carried by the front-end FPGA.
* Scan controller
* Parsing of imaging parameters transmitted by the back end

22

- Receiving and caching of beam data
- Image pre-processing in each mode
- Data upload to the backend unit
7. Execution of front-end module reset, online upgrade, and module information management.
8. Probe-related control and management.
- High-voltage switch control
- CPLD configuration on the probe board
- SPI communicating with the probe board
9. Communication and control for image scanning-related accessories, including the following accessories:
- CW/TEE driving function module
- Physiological signal function module
10. Distributed acoustic power testing signals: Acoustic power testing is output from FPGA to the socket in the main board.
11. Integrated PHV output module.

## 2.3.4.3 Backend of the Main Board

**Figure2–6 Block diagram of the main board back end**



The frontend board has the following functions:

- Support for the upgrade and improvement performance of the COME module.
- Support for the GPU module (with AI-related function implemented) of the MXM3.1 Type A port.

23

| | |
|---|---|
| | <ul><li>Support for 23.8-inch touch screen, with the resolution of 1920 x 1080.</li><li>Support for wired networks and wireless networks (M.2 port).</li><li>Support for SSD, with 256 GB or more storage (M.2 port).</li><li>Support for at least four USB 3.0 ports.</li><li>Providing of one USB3.0 Type C port.</li><li>Support for the output port of the HDMI replication main display, with the default resolution of 1920 x 1080, and support for adaptive output of the 1280 x 1024, 1280 x 720, and 1024 x 768 resolutions. Display of the full screen and standard area for the main display.</li><li>Support for the 4G module.</li><li>Reserved support for the camera.</li><li>Support for automatic control of the ambient light brightness for the display.</li><li>Support for secondary screen display and information such as the battery capacity upon power-off.</li><li>Support for speaker output for the machine, with the left and right channel output of 4 ohm/2 W.</li><li>Support for post-processing of echo data.</li></ul><br>*See* Service Manual at 44-47. |
| (f) the imaging operations conducted using instructions received from an ultrasound imaging system controller, | *See* Claim 7(b), above. |
| (g) wherein the graphical user interface is actuated to include an image display area that displays at least one ultrasound image, | The TEX Ultrasound System as shown above and below includes a touch screen display.  The display provides a virtual control panel that the user use to actuate ultrasound imaging operation. |

ME1\57830905.v1

### 2.3.9 UI Unit

#### 2.3.9.1 Block Diagram of the UI Unit



According to ID design, TEX has no control panel, and the user interaction operations are all concentrated on the rotatable display assembly with the touch function.

The display assembly contains the touch screen, main display, ambient optical sensor, on/off button, standby state indicator, gravity sensor, logo indicator, and battery capacity display. The assembly mainly displays ultrasound images and some other information such as the battery capacity, and supports display rotation.

The UI unit interacts with users and consists of the following modules:

* Main display: It shows ultrasound images and related parameters, and completes user interaction by using the touch function.

*See* Service Manual at 56.

25

## 2.11　Basic Operations

### 2.11.1　Screen Display

Figure 2-7 Landscape orientation of the monitor



ME1\57830905.v1

26



Figure 2-8 Portrait orientation of the monitor

27

| No. | Name | Function |
|---|---|---|
| 1. | Function menu tab | Select to enter the corresponding function menu. |
| 2. | Parameter Area | Displays the image parameters for the active window. If there are more than one imaging modes, the parameters are displayed by each mode. |
| 3. | Acoustic output index | Displays the acoustic power, mechanical index and thermal index. |
| 4. | Patient information area | Displays the hospital name, the exam time, patient information, the probe model, the exam mode, etc. |
| 5. | Probe model and exam mode | Displays the current probe model and exam mode. |

ME1\57830905.v1

| No. | Name | Function |
|---|---|---|
| 6. | System icons area | Displays the relevant system icons, such as USB memory device, network, task manager, used space of the hard disk, etc. |
| 7. | System tool button | Access the system tools. |
| 8. | Thumbnail area | Displays the thumbnail of the saved image in the current exam. |
| 9. | Gain control | Adjust the gain of the image in various modes. |
| 10. | Depth control | Select to adjust the depth in real-time imaging. |
| 11. | Image Area | Displays the ultrasound images, ECG waveforms, probe mark (or active window mark), time line (in M or PW mode), coordinate axis (including depth, time, velocity/frequency), besides, the comments, body mark, measurement calipers, color bar/grayscale bar are also displayed here. |
| 12. | iZoom butom | Select to enter/exit full-screen zoom status. |
| 13. | Image mode area | Displays the current modes, Select and slide left or right to enter the corresponding mode. |
| 14. |  | Switching key: Select to change the currently active window. Start/stop image acquisition in iScape or 3D mode. |
|  |  | Save image button. Select to save a single-frame image. |
|  |  | Save clip button. Select to save a cine. |
|  |  | Freeze button. Select to freeze or unfreeze the image. |
| 15. | Shortcut functional buttons | Displays eS.Navi, Physio-View, iNeedle, Smart functions, iTouch, TGC, iScanHelper, and Image Quality button. Long press to activate Customized Toolbar to drag frequently used items to the left toolbar. |
| 16. | Exam operating area | Select each button to enter the screen.<br>• Patient information<br>• Exam mode and probe switching<br>• iStation<br>• Image review<br>• Report review |
| 17. | Menu area | • Image parameter menu: swipe the menu downwards/upwards to see parameter controls.<br>• Cine review menu (under frozen or cine review status).<br>• Measurement menu.<br>• Annotation and body mark menu. |

*See* Operator's Manual (Basic) at 37-40.

ME1\57830905.v1

| | |
|---|---|
| (h) wherein one or more imaging operations include selecting an imaging depth in response to a further gesture input detected on the touch screen display and generating at least one image of a region of interest at the selected depth based on a result of the one or more imaging operations, | As shown above in 7(f), the TEX uses a touch screen monitor to control the operation.  The one or more computers of the main unit respond to various commands that are actuated via the touch screen icons.  As an example, in B-Mode the quality of the image can be control as well as the depth.<br><br>**6.1    B Mode**<br><br>B mode is the basic imaging mode that displays real-time views of anatomical tissues and organs.<br><br>**6.1.1    B-mode Image Scanning**<br><br>Tap [B] in the Image mode area to enter B mode.<br><br>Tap [Image] to open the image menu. Adjust the parameters to optimize the image.<br><br>**6.1.2    B-mode Image Parameters**<br><br>**Image Quality**<br><br>To switch between the fundamental frequency and harmonic frequency as well as select the corresponding frequency type. The real-time frequency value is displayed in the image parameter area in the top-left corner of the screen, and if harmonic frequency is used "F H" is displayed as the harmonic frequency value.<br><br>The system provides an imaging mode using harmonics of echoes to optimize the image. Harmonic imaging enhances near-field resolution and reduces low-frequency and large amplitude noise, so as to improve small parts imaging.<br><br>Select the frequency according to the detection depth and current tissue features.<br><br>**Gain**<br><br>To adjust the gain of the whole receiving information in B mode. The real-time gain value is displayed in the image parameter area in the top-left corner of the screen.<br><br>Increasing the gain will brighten the image and you will see more received signals. However, noise may also be increased.<br><br>**ZoneVue**<br><br>Image within the zone range is clearer.<br><br>Tap [Zone Vue] to adjust the zone range. The real-time zone range is displayed on the screen. |

30

The adjustment function is disabled for wireless probe.

**Steer**

To steer the beam the probe transmits.

**FOV Size**

You can get a much larger field of view when selecting a larger FOV, but the frame rate will decrease.

**ExFOV**

Tap [ExFov] to turn on/off the function.

For linear probes, the ExFOV function displays as trapezoid imaging.

For convex and phase probes, the ExFOV function displays as extending the scan angle.

**Depth**

This function is used to adjust the sampling depth, the real-time value of which is displayed in the image parameter area in the top-left corner of the screen.

Increase the depth to see tissue in deeper locations, or decrease the depth to see tissue in shallower locations.

**TGC**

The system compensates the signals from deeper tissue by segments to optimize the image.

**Acoustic power**

Refers to the power of ultrasonic waves transmitted by the probe, the real-time value of which is displayed in the top-left part of the screen.

**TIP:**

You should perform exams according to actual situation and follow the ALARA Principle.

**Focus**

Refers to adjusting the focus of the ultrasonic beams, using the focus arrow symbols which are displayed to the right of the image.

**Image Adjustment**

More information can be obtained without moving the probe or changing the sampling position.

- FOV (Field of View): You can get a much larger field of view when selecting a larger FOV. The frame rate decreases when using a larger FOV.
- Steering: Use to adjust the steer angle.
- ExFOV (Extended FOV): Off represents no ExFOV effect.
  - For linear probes, the ExFOV function displays as trapezoid imaging.
  - For convex probes, the ExFOV function displays as extending the scanning angle.

**TIP:**

- The FOV position/range is available only for the convex and phased probes.
- When the scan range is adjusted to the widest, the FOV position cannot be changed.
- The steering function is available only for linear probes.
- The FOV Size is disabled for linear probe.

*See* Operator's Manual (Basic) at 111-112.

ME1\57830905.v1

| (i) the at least one generated image displayable on the image display area of the touch screen display. | As shown above, the images are shown on the display area of the touch screen. |
|---|---|

32

# EXHIBIT L

# Infringement Chart

# U.S. Patent No. 12, 115, 023 TE7[1]

| U.S. Pat. No. 12,115,023 | Infringement Analysis |
|---|---|
| 1. A method of operating a cart mounted medical ultrasound imaging device, | The preamble is not limiting.  Nevertheless, the TE7 Operator's Manuals describe the operating procedure for the TE7 ultrasound system which includes a main unit that is mounted on a cart trolley.<br><br>**About This Manual**<br><br>This operator's manual describes the operating procedures for this diagnostic ultrasound system and the compatible probes. To ensure safe and correct operation, carefully read and understand the manual before operating the system.<br><br>*See* Operator's Manual (Basic) 2 at 5 |

---

[1] These charts rely on TE7 manuals and related materials.  Upon information and belief, the TE7 product is representative of at least the TE5, TE5 Max, TE7 Max and TE9 Accused Products. *See, e.g.,*
https://www.mindray.com/content/dam/xpace/en_gb/resources/downloads/education/education-te7ace/operators-manual/TE7-ACE-Operators-Manual-Advanced.pdf ("Operator's Manual (Advanced)")
https://www.bioclinicalservices.com.au/mindray/clinical/te7-and-te5-series-basic-volume-operators-manual ("Operator's Manual (Basic)")
https://www.mindray.com/content/dam/xpace/en_us/service-and-support/training-and-education/resource--library/technical--documents/operators-manuals-3/poc/H-046-019812-00-TE5-TE7-TE7Max-Instructions-for-Use-Basic-Volume-FDA-7.0-4-25.pdf ("Operator's Manual (Basic) 2")
https://www.mindraynorthamerica.com/ultrasound-machines/te7/
https://www.youtube.com/watch?v=ROwT7RmyGaQ

## 2.1 Intended Use

**NOTE:**

The system is not intended for central cardiovascular or central nervous system use.

### For FDA region

TE7/TE5/TE7 Max/TE5 Max/TE9 Diagnostic Ultrasound System is applicable for adults, pregnant women, pediatric patients and neonates. It is intended for use in fetal, Laparoscopic, abdominal, Intra-operative (abdominal, thoracic, and vascular), Pediatric, small organ (breast, thyroid, testes), neonatal and adult cephalic, trans-esoph. (Cardiac), trans-rectal, trans-vaginal, musculo-skeletal (conventional, superficial), urology, Peripheral vessel, Adult and Pediatric cardiac, ophthalmic, Thoracic/Pleural exams.

This device is a general purpose diagnostic ultrasound system intended for use by qualified and trained healthcare professionals for ultrasound imaging, measurement, display and analysis of the human body and fluid, which is intended to be used in a hospital or medical clinic.

Modes of operation include: B, M, PWD, CWD, Color Doppler, Amplitude Doppler, Combined mode (B+M, PW+B, Color+B, Power+B, PW+Color+B, Power+PW+B), Tissue Harmonic Imaging, Contrast imaging (Contrast agent for LVO), TDI, Color M, Smart 3D,Contrast imaging (Contrast agent for Liver), and iScape View.

*See* Operator's Manual (Basic) 2  at 23

2

## 2.6    System Configuration

**NOTE:**

The following features are available for FDA region only:

- Trolley: UMT-400Plus
- Probes: L12-3VNs, C9-3Ts, LAP13-4Cs, P8-2Ts, P8-3Ts, SP5-1Ns, SC5-1Ns
- Needle-guided brackets: NGB-043, NGB-044
- Options: Free Xros M, DICOM Small Parts SR, Smart FHR OB1, Auto GA, Smart Bladder.

### 2.6.1    Standard Configuration

- Main unit (select configuration between one-probe socket and three-probe socket)
- Batteries (built-in)
- System software

- Wireless adapter (built-in)
- Accessories
  – Operator's manuals and Quick Reference Guide
  – Probe holder
  – Ultrasound gel
- Applied part: probes.

*See* Operator's Manual (Basic) 2 at 25-26.

3

## About This Manual

This operator's manual describes the operating procedures for TE7/TE5 Diagnostic Ultrasound System and the compatible probes. To ensure safe and correct operation, carefully read and understand the manual before operating the system.

*See* Operator's Manual (Basic) at 9.

### D.1.2 Introduction of Each Unit



| No. | Name | Function |
|---|---|---|
| <1> | Main unit of ultrasound system | / |
| <2> | Trolley handle | Used for ascending/descending the trolley or moving the trolley. |
| <3> | Height lever | Press to adjust the height of the stand. |
| <4> | Storage bin | Used for keeping the cases, towelette, etc. |
| <5> | Caster | Used for securing or moving the system. |
| <6> | Reader support | Used for placing the barcode reader. |
| <7> | Main unit support | Used for fixing the ultrasound system. |
| <8> | Gel holder | Used for placing the gel. |
| <9> | Cable management slot | Used for organizing the probe cables and peripheral cables. |
| <10> | Towelette holster | Used for placing the towelette container. |
| <11> | Printer bracket | Used for placing the printer. |
| <12> | Retractable cable | AC power supply cable. ⚠ CAUTION: DO NOT insert fingers into the gap next to the plug in case of injury. |
| <13> | Power outlet | Supplies the power for peripheral devices. |

Retractable cable and telescoping mechanism of the trolley are options before factory. For details, please contact Mindray service engineer.

<u>See</u> Operator's Manual (Basic) at 304.

| | |
|---|---|
| the cart-mounted medical ultrasound imaging device being mounted on a cart and including a multiport transducer connector that is connectable to one or more transducer probes …, | As shown above, the TE7 main unit is mounted on a cart trolley. Also, as depicted below, the TE7 includes one or more probe ports for connecting one or more transducer probes to the main unit.<br><br>## 2.4 Introduction of Each Unit<br><br> |

6

| No. | Name | Function |
|---|---|---|
| <1> | Touch screen and display | Operator-system interface or control; displays the image and parameters during the scan.<br><br>⊟ : Battery status indicator.<br>• Charging status:<br>It illuminates in orange when batteries are charging;<br>It illuminates in green when batteries are charged fully.<br>• Discharging status:<br>It illuminates in green color when the power of the batteries is sufficient;<br>It blinks in orange color for low battery power.<br>∿: AC indicator<br>The indicator is green at AC supply.<br>The indicator is off when batteries are supplied without AC supply.<br><br>☽ : Standby indicator.<br>Standby: blinking in orange.<br>Other status: light off. |
| <2> | Telescoping handle | Used for moving the system occasionally. |
| <3> | Intra-cavity probe holder | Used for placing the probe. |
| <4> | Probe locking switch | Locks or unlocks the probe connecting with the main unit. |
| <5> | Probe port | Connects a probe to the main unit. |
| <6> | Probe holder | Used for placing the probe. |
| <7> | Kensington lock | Locks the main unit to the trolley in case of loss. |
| <8> | Power inlet | Connects with the power adapter. |
| <9> | Serial port for connecting ECG | Connects with the ECG module |
| <10> | HDMI | Used for extending the monitor. |
| <11> | USB ports | Connects USB devices. |

*See* Operator's Manual (Basic) at 32-33.

7

| | |
|---|---|
| wherein each transducer probe includes a transducer in a handheld transducer housing, | As shown below, each of the transducer probes supported by the TE7 includes a transducer in a handheld transducer housing.<br><br>**13.1  Probes**<br><br>NOTE:  For details of storage times and conditions for disinfected probes and brackets, refer to the Technical standard for Disinfection of Medical and Health Structures.<br><br>The system supports the following probes: |

8





| | |
|---|---|
| |  _See_ Operator's Manual (Basic) at 201-204. |
| a tablet housing having a front panel, | As shown above and below, the main unit includes a tablet housing having a front panel. |

11

| No. | Name | Function |
|---|---|---|
| <1> | Touch screen and display | Operator-system interface or control; displays the image and parameters during the scan.<br><br>▭ : Battery status indicator.<br>• Charging status:<br>It illuminates in orange when batteries are charging;<br>It illuminates in green when batteries are charged fully.<br>• Discharging status:<br>It illuminates in green color when the power of the batteries is sufficient;<br>It blinks in orange color for low battery power.<br>~: AC indicator<br>The indicator is green at AC supply.<br>The indicator is off when batteries are supplied without AC supply.<br>☽ : Standby indicator.<br>Standby: blinking in orange.<br>Other status: light off. |
| <2> | Telescoping handle | Used for moving the system occasionally. |
| <3> | Intra-cavity probe holder | Used for placing the probe. |
| <4> | Probe locking switch | Locks or unlocks the probe connecting with the main unit. |
| <5> | Probe port | Connects a probe to the main unit. |
| <6> | Probe holder | Used for placing the probe. |
| <7> | Kensington lock | Locks the main unit to the trolley in case of loss. |
| <8> | Power inlet | Connects with the power adapter. |
| <9> | Serial port for connecting ECG | Connects with the ECG module |
| <10> | HDMI | Used for extending the monitor. |
| <11> | USB ports | Connects USB devices. |

*See* Operator's Manual (Basic) at 32-33.

12

### D.1.2  Introduction of Each Unit



| No. | Name | Function |
|---|---|---|
| <1> | Main unit of ultrasound system | / |
| <2> | Trolley handle | Used for ascending/descending the trolley or moving the trolley. |
| <3> | Height lever | Press to adjust the height of the stand. |
| <4> | Storage bin | Used for keeping the cases, towelette, etc. |
| <5> | Caster | Used for securing or moving the system. |
| <6> | Reader support | Used for placing the barcode reader. |
| <7> | Main unit support | Used for fixing the ultrasound system. |
| <8> | Gel holder | Used for placing the gel. |
| <9> | Cable management slot | Used for organizing the probe cables and peripheral cables. |
| <10> | Towelette holster | Used for placing the towelette container. |
| <11> | Printer bracket | Used for placing the printer. |
| <12> | Retractable cable | AC power supply cable. ⚠ **CAUTION:** **DO NOT insert fingers into the gap next to the plug in case of injury.** |
| <13> | Power outlet | Supplies the power for peripheral devices. |

Retractable cable and telescoping mechanism of the trolley are options before factory. For details, please contact Mindray service engineer.

See Operator's Manual (Basic) at 304.

13

| a computer in the tablet housing, the computer including at least one processor that controls an ultrasound imaging operation and at least one memory, | As shown below, the main unit of TE7 includes one or more computers that are located inside the tablet housing and which include at least one processor (e.g., FPGAs and/or Core i7-3517UE processor) that controls an ultrasound imaging operation and at least one memory (e.g., SSD memory).  |
|---|---|

# 4 Product Principle

## 4.1 Function Structure of Hardware System

Main unit (Display Control Unit):
- Probe port and extension
- Front-end Circuit
- Ultrasonic Engine
- Back-end Platform
- Interactive interface (display and touchscreen)
- Power Supply & Battery

Picture 1 Hardware System Diagram

## 4.1.1 Probe Socket

The probe socket can be achieved on this board as well as the extension of multi-probe.
- It supports the configurations of single probes and triple probes. The function of the three-probe keeps the same.
- The probe socket offers 128-array channels.
- It supports TEE probe.
- It supports 192-array probe.
- It supports bi-planar probe.
- It provides the switching channel between 128-array port and 64-receiving channel.

## 4.1.2 Front-end Circuit

It provides physical platform of the transmission and receiving for the entire system, which consists of the transmission/receiving/clock circuit.
- It provides 64-channel transmitting/receiving circuit.
- It supports the 5 emission level.
- It supports CW, and CW transmission of maximum 32-channel.

14

- 160 M system clock.
- 40 M sampling clock

### 4.1.3    Ultrasonic Engine

- It provides beam-forming of numeric-field data.
- It provides the processing of some signals after the beam is formed.
- It provides the scanning control.
- It provides signal channel (bus) which transmits and receives FPGA.
- It provides the data caching.
- It provides the signal channel (bus) of main console on the back-end.
- It provides switching function of 64/128 channel.
- It provides ECG serial ports and synchronous processing of data.
- It provides the switching control function related to the probe management.

### 4.1.4    Back-end Platform

- It provides the functions for the computing and central control.
- It provides the internal storage.
- It provides IO for other users: audio/video/USB/serial port/wired network/wireless network.

  USB: four USB 3.0 ports.

  HDMI: provides one HDMI port; the resolution which HDMI outputs supports four types of modes: 1024*768/1280*720/1280*1024/1920*1080; the resolution is decided by the user; full screen and standard screen are available the information that HDMI outputs.

  It provides two ports to two speakers (right/left channel).

  Wired Ethernet connection (port) provides one 1000 M port.

  Wireless Ethernet connection (port): one wireless network port embedded in the equipment, mPCIe port used in the wireless LAN adapter, internal antenna.

  ECG serial port provides ECG serial port to connect external ECG module;

### 4.1.5    Person-and-machine Communication

- It provides LCD display output;
- Anti-glare
- Adjustable brightness
- It supports the calibration for color temperature and gamma.
- It shows the status of the entire system: battery discharging/charging status (orange)/standby status (orange)/AC available (green).
- It provides on/off button.
- It provides a touchscreen input.
- It provides multi-touch.
- It supports the wake-on-touch.

15

### 4.1.6    Power Supply & Battery

- It supplies the power for internal circuit and electronics.
- External 19 V adapter
- The battery supplies the power for the internal.
- The standby of the battery is longer than 24 hours.
- The maximum endurance time is longer than 2 hours.

## 4.2    Physical Structure of Hardware System

### 4.2.1    Physical Structure and Connection of Hardware System



Picture 2 Connection Diagram of Hardware System

- Probe board, probe connection board and main board are connected via the sockets.
- The display is connected to the main board via the cables, including LVDS and parameter board.
- The display is connected to the backlight board via cables; the backlight board is connected to the main board via cables.
- Touchscreen panel is connected to the main board via cables; touchscreen is connected to the Touchscreen panel via FPC.
- Push button board is connected to the main board via cables.
- LED indicator board is connected to the main board via cables.

16

- The battery is connected to the battery board via the sockets; the battery board is connected to the main board via cables.
- The adapter is connected to the adapter board via cables; the adapter board is connected to the main board via the socket.
- Back-end fans are connected to the main board via cables; the cables of five pieces of fans come into one group of cables.
- The front-end fan is connected to the main board via cables.
- The speaker is connected to the main board via the cables. The cables of two speakers come into one group of cables.
- PHV board is connected to the main board via the socket.
- COME board is connected to the main board via the socket.
- SSD is connected to the main board via the socket.
- WiFi board is connected to the main board via the socket; the antenna is connected to the WiFi board via the socket.
- The main board provides one ECG serial port, one HDMI port, four USB 3.0 port and one Ethernet port.

## 4.2.2    Circuit Principle of Hardware System



Picture 3 The Diagram of Hardware Principle

17

### 4.2.3    Hardware Board

#### 4.2.3.1    Probe Board

- The probe extension and probe connectivity are achieved on this board.
- It includes the single-probe port board and three-probe port board, and it can be configured before and after leaving the factory.
- The port on the probe board extends to three.
- The signal switching & probe connectivity are achieved on single-port probe board.
- The probe and the port on the main unit take form of the comprehensive probe port.

#### 4.2.3.2    Probe Connecting Board

The probe connecting board transfers the signal; no circuit.

#### 4.2.3.3    Main Board

Being the core of entire main unit, the main board fulfills most functions of the hardware.

- It provides switching function of 64/128 channel.
- It provides 64-channel transmitting circuit.
- It provides 64-channel receiving circuit.
- It provides clock circuit.
- It provides all functions of ultrasonic engine.
- It provides power supply circuits except for PHV/HV.
- It provides power supply and the port for the main console.
- It provides the port for the memory (SSD).
- It provides system monitoring.
- It provides power supply management.
- It provides physical port for User IO.
- It provides power supply and video sources for the display.
- It provides USB port and power supply for the touchscreen.
- It provides the adapter and the power supply port.

#### 4.2.3.4    PHV Board

- It provides transmitting power supply for transmitting circuit on non-CW mode.
- It provides power supply for high-voltage switch (switching circuit of 64/128 channel).
- It provides PHV control circuit and control port.

#### 4.2.3.5    COME Module

It provides functions of main console;

- Use PC module as the main console based on intel Core i7-3517UE processer.
- The port of PC module meets the requirement of COME 2.0 Type6 Pin-out.
- 2 GB memory, DDR 3, maximum capacity 16 GB.
- The highest 1.7 GHz basic frequency
- 7 PCIe x1
- 8*USB2.0,4*USB3.0
- It supports single-channel/dual-channel 18/24bit LVDS.

Product Principle 4-5

| | |
|---|---|
| | - 3 DDI, it supports HDMI/DVI/DisplayPort<br>- It supports 10/100/1000 Mbps Ethernet.<br>- It supports ATX power supply<br><br>**4.2.3.6  Adapter Board**<br>It transfers the power supply signal.<br>It provides EMI filter for the adapter input.<br><br>**4.2.3.7  Battery Connecting Board**<br>It transfers the battery signal.<br><br>**4.2.3.8  LED Indicator**<br>It transfers the status signal of the unit to the display of LED.<br><br>**4.2.3.9  Keyboard**<br>It provides the starting up button.<br><br>**4.2.3.10  LCD Backlight Board**<br>It provides constant current of backlight LED inside LCD display.<br><br>**4.2.3.11  Touch Screen Control Board**<br>It verifies the touching movements of the user and reports them to the main control platform.<br>It communicates with main console via USB port.<br><br>*See* Service Manual (Advanced) at 75-78. |

19



8. Unscrew 2 M3 X 6 screws, and remove adapter connecting board.

9. The rest is the main board assembly.

_See_ Service Manual (Advanced)  at 150.

20

| a touch screen display for displaying an ultrasound image and for selectively performing a measurement of a displayed feature within the ultrasound image, the touch screen display positioned on the front panel, | The TE7 Ultrasound System as shown above and below includes a touch screen display for displaying an ultrasound image. The touch screen display enables initiating/triggering a measurement (e.g., via the measurement menu of the control panel) of a displayed feature within the ultrasound image.<br><br>## 2.9 Basic Operations<br><br>### 2.9.1 Screen Display<br><br>**TIP:**<br>The contents displayed on screen may differ depending on the screen size.<br><br> |

21

| No. | Name | Function |
|---|---|---|
| 1. | Parameter Area | Displays the image parameters for the active window. If there are more than one imaging modes, the parameters are displayed by each mode. |
| 2. | iNeedle button | Select to enter/exit iNeedle |
| 3. | iTouch button | Select to optimize the images. |
| 4. | Image Quality button | Select to switch B/THI and adjusting the frequency. |
| 5. | TGC button | Select to slide to adjust the depth gain. |
| 6. | Control panel | Consists of imaging mode buttons, menu area and exam related buttons. |
| 7. | iScanHelper button | Select to enter/exit iScanHelper status. |
| 8. | iZoom button | Select to enter/exit full-screen zoom status. |
| 9. | Depth control | Select to adjust the depth in real-time imaging. |
| 10. | Gain control | Adjust the gain of the image in various modes. |
| 11. | System tool button | Access the system tools. |
| 12. | System icons area | Displays the relevant system icons, such as USB memory device, network, task manager, used space of the hard disk, etc. |

## 2.9.2　Control Panel



22

| No. | Name | Function |
|---|---|---|
| 1. | Exam operating area | Tap each button to enter the screen.<br>• Patient information<br>• Exam mode and probe switching<br>• iStation<br>• Image review<br>• Report review. |
| 2. | Functional buttons | You can perform operations using those buttons, including End exam, Update, Save image, Save Clip, Print and Freeze/Unfreeze image. |
| 3. | Imaging mode area | Tap imaging buttons to start imaging. |
| 4. | Menu area | • Imaging parameter menu: swipe the menu downwards/ upwards to see parameter controls.<br>• Cine review menu (under frozen or cine review status).<br>• Measurement menu.<br>• Annotation and body mark menu. |

*See* Operator's Manual (Basic) 2 at 30-33.

## 4.1.4 Measure

Controls are as follows:

| Item | Description |
|---|---|
| Cursor Type | Type of cursor displayed on the measurement caliper and results window. Value options:<br>• Number: the cursor always displays as "+" while different measurements are marked with numbers.<br>• Symbol: the cursor displays sequentially in 8 symbols to identify different measurements. |
| Cursor Size | The size of the cursor. |

23

| Item | Description |
|---|---|
| Heart Beat | The number of cardiac cycles in the heart rate calculation. (In heart rate measurement, the number of cardiac cycles should match the preset number.) |
| Cursor Line Display | If unselected, the connecting line between the measuring ends will be hidden after measurement. |
| Ellipse Cross Line Display | If unselected, the measuring axis within the ellipse area will be hidden after measurement. |
| Unit Setting | To set the units of measure items in batches. |

*See* Operator's Manual (Basic) 2 at 30-33.

24



## 3.11   Basic Screen & Operation

### 3.11.1   Screen Display

| 1. | Probe model, acoustic output value and MITI index | 2. | Parameter area |
|---|---|---|---|
| 3. | iNeedle | 4. | iTouch |
| 5. | Frequency adjustment | 6. | TGC control |
| 7. | Operating panel | 8. | Patient Information area |
| 9. | System status icon | 10. | System tool bar |
| 11. | Gain control | 12. | Depth control |

25

### 3.11.2 Operating panel



Operating panel located under the image area; consists of imaging mode buttons, menu area and exam related buttons.

1. Imaging mode area

   Tap imaging buttons to start imaging.

2. Menu area

   - Imaging parameter menu: swipe the menu downwards/upwards to see parameter controls;
   - Cine review menu (under frozen or cine review status);
   - Measurement menu;
   - Annotation and body mark menu.

3. Exam operating area

   Tap each button to enter the screen.

   - Patient information;
   - Exam mode and probe switching;
   - iStation;
   - Image review;
   - Report review.

4. Other buttons

   You can perform operations using those buttons, including end exam, switching modes, save an image/cine, print single frame image or freeze/unfreeze image, etc.

*See* Operator's Manual (Basic) at 48-49.

26

<table>
<tr>
<td></td>
<td>

### 5.7.4    Measurement, Comments and Body Marks

The system supports image measurement, comment and body mark functions. For details, see the relevant sections.

*See* Operator's Manual (Basic) at 91.

*See also* Operator's Manual (Advanced) for various measurements supported by TE7.

</td>
</tr>
<tr>
<td>

and wherein the computer communicates with a controller connected to an ultrasound beamformer processing circuit, the computer further communicating with a display controller connected to the touch screen display,

</td>
<td>

As shown above and below, the TE7 includes at least one computer that communicates with the probe board, which is connected to the TR FPGA and the DSP FPGA, and communicates with the LCD parameter board, the LCD backlight board and the touch screen control board which are connected to the touch screen display. The TE7 ultrasonic engine performs beamforming with the ultrasound beamformer processing circuit being implemented in the TR FPGA and/or the DSP FPGA.

</td>
</tr>
</table>

27

- 160 M system clock.
- 40 M sampling clock

### 4.1.3    Ultrasonic Engine

- It provides beam-forming of numeric-field data.
- It provides the processing of some signals after the beam is formed.
- It provides the scanning control.
- It provides signal channel (bus) which transmits and receives FPGA.
- It provides the data caching.
- It provides the signal channel (bus) of main console on the back-end.
- It provides switching function of 64/128 channel.
- It provides ECG serial ports and synchronous processing of data.
- It provides the switching control function related to the probe management.

### 4.1.4    Back-end Platform

- It provides the functions for the computing and central control.
- It provides the internal storage.
- It provides IO for other users: audio/video/USB/serial port/wired network/wireless network.

  USB: four USB 3.0 ports.

  HDMI: provides one HDMI port; the resolution which HDMI outputs supports four types of modes: 1024*768/1280*720/1280*1024/1920*1080; the resolution is decided by the user; full screen and standard screen are available the information that HDMI outputs.

  It provides two ports to two speakers (right/left channel).

  Wired Ethernet connection (port) provides one 1000 M port.

  Wireless Ethernet connection (port): one wireless network port embedded in the equipment, mPCIe port used in the wireless LAN adapter, internal antenna.

  ECG serial port provides ECG serial port to connect external ECG module;

### 4.1.5    Person-and-machine Communication

- It provides LCD display output;
- Anti-glare
- Adjustable brightness
- It supports the calibration for color temperature and gamma.
- It shows the status of the entire system: battery discharging/charging status (orange)/standby status (orange)/AC available (green).
- It provides on/off button.
- It provides a touchscreen input.
- It provides multi-touch.
- It supports the wake-on-touch.

28

### 4.1.6 Power Supply & Battery

- It supplies the power for internal circuit and electronics.
- External 19 V adapter
- The battery supplies the power for the internal.
- The standby of the battery is longer than 24 hours.
- The maximum endurance time is longer than 2 hours.

## 4.2 Physical Structure of Hardware System

### 4.2.1 Physical Structure and Connection of Hardware System



Picture 2 Connection Diagram of Hardware System

- Probe board, probe connection board and main board are connected via the sockets.
- The display is connected to the main board via the cables, including LVDS and parameter board.
- The display is connected to the backlight board via cables; the backlight board is connected to the main board via cables.
- Touchscreen panel is connected to the main board via cables; touchscreen is connected to the Touchscreen panel via FPC.
- Push button board is connected to the main board via cables.
- LED indicator board is connected to the main board via cables.

- The battery is connected to the battery board via the sockets; the battery board is connected to the main board via cables.
- The adapter is connected to the adapter board via cables; the adapter board is connected to the main board via the socket.
- Back-end fans are connected to the main board via cables; the cables of five pieces of fans come into one group of cables.
- The front-end fan is connected to the main board via cables.
- The speaker is connected to the main board via the cables. The cables of two speakers come into one group of cables.
- PHV board is connected to the main board via the socket.
- COME board is connected to the main board via the socket.
- SSD is connected to the main board via the socket.
- WiFi board is connected to the main board via the socket; the antenna is connected to the WiFi board via the socket.
- The main board provides one ECG serial port, one HDMI port, four USB 3.0 port and one Ethernet port.

## 4.2.2   Circuit Principle of Hardware System



Picture 3 The Diagram of Hardware Principle

### 4.2.3    Hardware Board

#### 4.2.3.1    Probe Board

- The probe extension and probe connectivity are achieved on this board.
- It includes the single-probe port board and three-probe port board, and it can be configure before and after leaving the factory.
- The port on the probe board extends to three.
- The signal switching & probe connectivity are achieved on single-port probe board.
- The probe and the port on the main unit take form of the comprehensive probe port.

#### 4.2.3.2    Probe Connecting Board

The probe connecting board transfers the signal; no circuit.

#### 4.2.3.3    Main Board

Being the core of entire main unit, the main board fulfills most functions of the hardware.

- It provides switching function of 64/128 channel.
- It provides 64-channel transmitting circuit.
- It provides 64-channel receiving circuit.
- It provides clock circuit.
- It provides all functions of ultrasonic engine.
- It provides power supply circuits except for PHV/HV.
- It provides power supply and the port for the main console.
- It provides the port for the memory (SSD).
- It provides system monitoring.
- It provides power supply management.
- It provides physical port for User IO.
- It provides power supply and video sources for the display.
- It provides USB port and power supply for the touchscreen.
- It provides the adapter and the power supply port.

#### 4.2.3.4    PHV Board

- It provides transmitting power supply for transmitting circuit on non-CW mode.
- It provides power supply for high-voltage switch (switching circuit of 64/128 channel).
- It provides PHV control circuit and control port.

#### 4.2.3.5    COME Module

It provides functions of main console;

- Use PC module as the main console based on intel Core i7-3517UE processer.
- The port of PC module meets the requirement of COME 2.0 Type6 Pin-out.
- 2 GB memory, DDR 3, maximum capacity 16 GB.
- The highest 1.7 GHz basic frequency
- 7 PCIe x1
- 8*USB2.0,4*USB3.0
- It supports single-channel/dual-channel 18/24bit LVDS.

31

- 3 DDI, it supports HDMI/DVI/DisplayPort
- It supports 10/100/1000 Mbps Ethernet.
- It supports ATX power supply

#### 4.2.3.6    Adapter Board

It transfers the power supply signal.
It provides EMI filter for the adapter input.

#### 4.2.3.7    Battery Connecting Board

It transfers the battery signal.

#### 4.2.3.8    LED Indicator

It transfers the status signal of the unit to the display of LED.

#### 4.2.3.9    Keyboard

It provides the starting up button.

#### 4.2.3.10  LCD Backlight Board

It provides constant current of backlight LED inside LCD display.

#### 4.2.3.11  Touch Screen Control Board

It verifies the touching movements of the user and reports them to the main control platform.
It communicates with main console via USB port.

### 4.2.4    Hardware Module

#### 4.2.4.1    Display (Monitor) Assembly

The assembly includes the touchscreen and the display, both of which are adhesive with optical bonding. It receives the input from the user and provides the output.
- Display: 15-inch, IPS, LED backlight, wide visual angle, 1024*768 resolution, anti-glare, LVDS port. 12 V power supply of display backlight; 3.3 V power supply of control circuit;
- Touchscreen: Projected capacitive, multi-touch, high-sensitivity design, available on-glove operation, anti-glare, connection to the touchscreen via FPC. 5 v power supply of touchscreen.

#### 4.2.4.2    SSD

Memory space for the user and the system, 120GB SSD (initial release capacity), mPCIe port.

#### 4.2.4.3    WIFI

It provides WiFi connectivity for the user.mPCIe port, 2.5GB/5GB dual-band, 802.1.b/g/n, internal antenna.

#### 4.2.4.4    ECG Module

It provides the signal magnification, the filter and the sampling function for the main unit. External module. It connects to the main unit via serial port and uses ASIC chip from Mindray's monitoring department.

*See* Service Manual (Advanced) at 87-92.

| the method comprising the steps of:<br>selecting a transducer of at least one transducer probe that is connected to the multiport transducer connector with a touch actuated input on the touch screen display to perform an ultrasound imaging procedure; | As shown below, the operator can select, with a touch actuated input on the touch screen display, a probe and an ultrasound exam to be performed. |
|---|---|

## 4.2 Select Exam Mode and Probe

⚠ **CAUTION:** If the exam mode is changed during a measurement, all measurement calipers on the image will be cleared. The general measurement data will be lost, but application measurement data will be stored in the reports.

■ Selecting exam mode

1. Tap [Probe] on the left side of the operating panel. The screen displays the following dialog box:



2. Tap to select the probe model and exam mode. The system exits the dialog box and enters the selected exam mode and probe.

*See* Operator's Manual (Basic) at 61.

33

|  |  |
|---|---|
|  | **2.9.3 Select Exam Mode and Probe**<br><br>⚠ **CAUTION**<br><br>If the exam mode is changed during a measurement, all measurement calipers on the image will be cleared. The data of general measurements will be lost, but the data of application measurements will be stored in the reports.<br><br>Perform the following procedure:<br><br>1. Connect suitable probes to the system and tap [Probe] button on the operating control panel. The screen displays the Probe and Exam dialog box.<br><br>2. Select the probe type and exam mode.<br><br>The system exits the dialog box and enters the selected exam mode and probe.<br><br>Tap [Exit] or [Probe] again to cancel the selection and exit the screen.<br><br>**2.9.4 Select the Imaging Mode**<br><br>Switch between imaging modes according to the actual situation using the corresponding imaging button located in the imaging mode area.<br><br>_See_ Operator's Manual (Basic) 2 at 33. |
| operating the selected transducer that communicates with the ultrasound beamformer processing circuit such that beamformed image data is processed and displayed on an ultrasound image display window area of the touch screen display that is powered by a battery carried on the cart, | The operator of the TE7 can move the connected probe transducer across/along a body surface causing the TE7 to capture and display an ultrasound image on an ultrasound image display window area of the touch screen display. TE7 ultrasonic engine applies/performs beamforming in generating the image displayed on the touch display screen.  The main unit is powered by a built-in battery (the main unit is carried on the trolley cart). |

## 6.9 iScape View (Real-time Panoramic Imaging)

The iScape panoramic imaging feature extends your field of view by piecing together multiple B images into a single, extended B image. Use this feature, for example, to view a complete hand or thyroid.

When scanning, move the probe linearly and acquire a series of B images. The system pieces these images together into a single, extended B image in real time. The system also supports out-and-back image piecing.

After obtaining the extended image, you can rotate it, move it linearly, magnify it, add comments or body marks, or perform measurements on the extended image.

The system provides a color iScape function, so you can get more information from extended images.

### ⚠ CAUTION

- It is provided for reference, not for confirming a diagnosis.
- iScape panoramic imaging constructs an extended image from individual image frames. The quality of the resulting image is user-dependent and requires operator skill and additional practice to become fully proficient. Therefore, the measurement results can be inaccurate. Exercise caution when you perform measurements in iScape mode. A smooth and even speed will help produce optimal image results.

**NOTE:**
- Guidance and precautions for even movement:
  - Make sure there is enough coupling gel along the scan path.
  - Always move the probe slowly and steadily.
  - Continuous contact is required throughout the length of the extended image. Do not lift the probe from the skin's surface.
  - Always keep the probe perpendicular to the skin's surface. Do not rock, rotate or tilt the probe during the scan.
  - The system accommodates a reasonable range of motion velocity. Do not make abrupt changes in motion speed.
- Deeper scans generally require reduced acquisition speed.

**NOTE:**
Needle mark cannot be displayed in iScape imaging mode.

*See* Operator's Manual (Basic) 2 at 100-101.

35

## 6.11   Smart VTI

Smart VTI (Velocity-Time Integral) is used to calculate the CO (cardiac output) of the LVOT (left ventricular output tract), so as to quickly evaluate the cardiac function.

**TIP:**

Smart VTI supports calculation in real time.

Perform the following procedure:

1. Select a phased probe and Adult Cardiac exam mode.
2. Move the probe to capture an appropriate image of the long axis view of the left ventricular near the sternum.
3. Press the Measure button to enter the application measurement. Select the "LVOT Diam" item and the measurement cursor is displayed.

   a. Tap and hold the hand icon to move the cursor to the desired position.

   

      Tap the arrows around the hand icon to fine-tune the cursor position if needed.
   b. Tap the hand icon to fix the start point.
   c. Tap and hold the hand icon to move the cursor to the desired position, you can also tap the arrows around the hand icon to fine-tune the cursor position.
   d. Tap the hand icon to fix the end point.
4. Tap [Freeze] to unfreeze the image. Move the probe to capture an appropriate image of the apical five chamber view.
5. Tap [Smart VTI] on the right side of the operating panel to enter the Smart VTI mode.

   The system will:

   – Automatically trace the PW sampling line and sampling volume.
   – Automatically recognize the cardiac cycle: when there are ECG inputs, the ECG signals are preferred; when there are no ECG signals, the system automatically starts calculation.
   – Trace the LVOT spectrum in a cardiac cycle in real time to gain the VTI, HR, and CO results of the LVOT.
6. If necessary, adjust the PW sampling line and sampling volume:

   Adjust the PW sampling line position and the PW sampling volume.

   After adjustment, the LVOT spectrum tracing and calculation results display in real time.
7. Tap [Freeze] to freeze the image, and check the Smart VTI calculation results.

   If necessary, you can edit the LOVT spectrum manually:

   a. Select [Edit VTI] to activate the cursor.
   b. Move the cursor to the spectrum tracing line and tap the hand icon.
   c. Move he cursor to trace a line.

      After tracing, the calculation results display in real time.
8. Select [Save VTI] to save the Smart VTI calculation results of the current cardiac cycle to the report.

36

9. Select [Graph] to check the quantitative index trend curve.

VTI, SV, and CO have different trend curves and are differentiated by colors. A maximum of 6 sets of Smart VTI results can be saved and displayed.

## 6.12 Smart IVC

Smart IVC is used to automatically measure the IVC inner diameter and calculate the change rate in the B mode image. Measure the IVC (Inferior Vena Cava) in real time, and the system automatically tracks and measures the changes of IVC inner diameter. It can be used to assist in treatments, such as volume estimation and fluid infusion.

**TIP:**

Smart IVC supports calculation in both real time and freeze modes:

- Enable Smart IVC in real time. The calculation starts from the current frame and ends after the image is frozen.
- Enable Smart IVC in freeze mode or from the cine file. The calculation starts from the current frame and ends at the last frame. If the cine length is no longer than 10 seconds, it is allowed to calculate in retrospective from the current frame after the cine length reaches 10 seconds.

Perform the following procedure:

1. Select an appropriate probe and exam mode.

2. Move the probe to gain an appropriate IVC long axis image.

3. Tap [Smart IVC] on the right side of the operating panel to enter Smart IVC mode and start calculation.

   a. Select a breath type: Spontaneous Breath or Mechanical Ventilation.

   b. Select [Chg Resp time] > [Resp Rate] to set a respiratory time.

   The system measures the IVC inner diameter of the image in every frame, calculates the maximum and minimum IVC diameters, and draws a quantitative index change curve in real time.

4. If necessary, you can adjust the IVC sampling line manually:

   - Position Adjustment: tap and hold the middle point of the IVC sampling to drag the sampling line.
   - Angle Adjustment: tap and hold any end point of the IVC sampling and drag to adjust the angle of the sampling line.

5. Tap [Freeze] to freeze the image and finish calculating IVC.

   The calculation results and quantitative trend curve are displayed on the screen. Select the diagnostic Information item to add diagnostic information to the image.



| 1 | B Mode Image | / |
|---|---|---|
| 2 | IVC CI (Collapsibility Index), DI (Distensibility Index), IVCV trend curve | Corresponds to the selected breath type:<br>• Spontaneous Breath: displays the CI curve.<br>• Mechanical Ventilation: displays the DI and IVCV curve. |
| 3 | IVC Sampling Line | / |
| 4 | IVC Trending Line | The horizontal axis represents the time, which is displayed in the below Free Xros M image, and is traced along the IVC vessel wall. |
| 5 | Diagnostic Information | Displays the added diagnostic information. |
| 6 | Calculation Results Window | Displays the calculation results within the current calculation range.<br>• Dmax: indicates the maximum IVC inner diameter within a respiratory cycle.<br>• Dmin: indicates the minimum IVC inner diameter within a respiratory cycle.<br>• IVC CI = (Dmax-Dmin)/Dmax<br>• IVC DI = (Dmax-Dmin)/Dmin<br>• IVCV = (Dmax-Dmin)/[(Dmax+Dmin)/2] |

6. Select [Save Data] to save the calculating IVC results to the report.

*See* Operator's Manual (Basic) 2 at 100-101.

### 4.1.3    Ultrasonic Engine

- It provides beam-forming of numeric-field data.
- It provides the processing of some signals after the beam is formed.
- It provides the scanning control.
- It provides signal channel (bus) which transmits and receives FPGA.
- It provides the data caching.
- It provides the signal channel (bus) of main console on the back-end.
- It provides switching function of 64/128 channel.
- It provides ECG serial ports and synchronous processing of data.
- It provides the switching control function related to the probe management.

*Service Manual (Advanced) (pg. 78).*

## 2.3    System Configuration

### 2.3.1    Standard Configuration

- Main unit (select configuration between one-probe socket and three-probe socket)
- Batteries (built-in)
- SSD card (built-in)
- System software
- Wireless adapter (built-in)
- iScanHelper
- Accessories
  - Operator's manuals and operation note
  - Ultrasound gel (made by Eco-Med Pharmaceuticals, model: Eco Gel 200, K955246)
  - Probe holder

Applied part: probes.

*See* Operator's Manual (Basic) at 23.

# Appendix B  Battery

| ⚠ WARNING: | The battery is inside the machine; only technical professionals from Mindray or engineers authorized by Mindray after training can perform battery installation and uninstallation. |
| | If you need to change the battery or buy a new one, please contact your sales representative. |

## B.1   Overview

When the system is working, the battery charges when its capacity is not full. The indicator turns off when the capacity is full.

- Under power off or standby status, charging time of the battery from capacity 0 to 100% takes less than 4 hours.
- The system lasts more than 22 hours in standby mode with full battery.

NOTE:  Power off the system if it will not be used for a long period of time (including storage/transportation condition). Do not leave the system in standby status, otherwise the batteries will be discharged and permanently damaged.

## B.2   Battery specification

| Voltage | 14.8V |
| Capacity | 5800mAh (single battery) |

## B.3   Battery Status Indicator

The battery status indicator is located in the top-right corner of the screen, indicating the battery status.

- 🔋 : indicates charging status.
- 🔋 : indicates discharging status.

*See* Operator's Manual (Basic) at 283.

40

| | |
|---|---|
| the touch screen display having a plurality of touch actuated icons outside the image display window area that operate imaging parameters wherein at least one of the touch actuated icons operates access to a patient data display window and at least one of the touch actuated icons can actuate a plurality of imaging parameter presets …, | As shown below, the touch screen display of TE7 has a plurality of touch actuated icons outside the image display window area, such as the touch actuated icons of the control panel and the touch actuated icons on the left and right sides of the image display window area. The "Patient" icon operates access to a patient data display window and icons associated with the imaging mode area, the menu area and the exam operating area (of the control panel) can actuate a plurality of imaging parameter presets.<br><br>**3.11  Basic Screen & Operation**<br><br>**3.11.1  Screen Display**<br><br><br><br>| 1. | Probe model, acoustic output value and MITI index | 2. | Parameter area |<br>|---|---|---|---|<br>| 3. | iNeedle | 4. | iTouch |<br>| 5. | Frequency adjustment | 6. | TGC control |<br>| 7. | Operating panel | 8. | Patient Information area |<br>| 9. | System status icon | 10. | System tool bar |<br>| 11. | Gain control | 12. | Depth control | |

### 3.11.2  Operating panel



Operating panel located under the image area; consists of imaging mode buttons, menu area and exam related buttons.

1.  Imaging mode area

    Tap imaging buttons to start imaging.

2.  Menu area

    - Imaging parameter menu: swipe the menu downwards/upwards to see parameter controls;
    - Cine review menu (under frozen or cine review status);
    - Measurement menu;
    - Annotation and body mark menu.

3.  Exam operating area

    Tap each button to enter the screen.

    - Patient information;
    - Exam mode and probe switching;
    - iStation;
    - Image review;
    - Report review.

4.  Other buttons

    You can perform operations using those buttons, including end exam, switching modes, save an image/cine, print single frame image or freeze/unfreeze image, etc.

*See* Operator's Manual (Basic) at 48-49.

| wherein each of the plurality of imaging parameter presets automatically sets imaging parameters for imaging of a touch selectable anatomic structure, | The TE7 maintains preset parameters for a plurality of exam types each of which associated with a corresponding anatomic structure (e.g., heart, lung, nerve, etc.).<br><br>### 4.1.2    Retrieve Patient Information<br><br>You can import patient information from iStation or DICOM Worklist for anonymous patients.<br><br>#### 4.1.2.1    Retrieve from iStation<br><br>Using iStation, the patient data can be obtained in iStation from the system hardware or USB memory device. You can enter search conditions for the patient.<br><br>1. In Patient screen, select [iStation] in the bottom-left corner to enter the screen.<br>2. Select an exam: you can either swipe the screen downwards to search or using the keyword filter.<br>3. The system enters the Patient screen, and the selected exam information is imported already.<br>4. Change the patient information if necessary and then tap [Done] to start exam. |

#### 4.1.2.2  Retrieve from Worklist

Worklist is an option. To use Worklist function, you have to configure DICOM Basic and DICOM Worklist options.

When the DICOM basic package is configured and the Worklist server has been set, tap [Worklist] in the Patient Info screen to query or import the patient data. (For details about the Worklist server setting, see chapter "11.1.3.3 DICOM Worklist Preset" chapter.)

Worklist can retrieve patient data of two kinds of protocols: DICOM and HL7.

1.  In Patient screen, select [Worklist] in the bottom-left corner to enter the import screen.



2.  Select the data source: select the server type (DICOM or HL7), choose a Worklist server in the "Worklist Server" drop-down list, and all the patient exam records are listed.

44

3. Enter the search condition:
- Set query criteria from Patient ID, Patient Name, MRN, Scheduled Station AE Title, Worklist Server, Modality Type or Exam Date. Or select the search key, enter the keywords, then tap [Query] to search.
- To reset the criteria, tap [Clear].

4. Select the desired patient record in the displayed patient list.

5. Select the desired patient and tap [Done]. The patient information is imported into the system and then an exam is started.

## 4.2    Select Exam Mode and Probe

⚠ **CAUTION:** If the exam mode is changed during a measurement, all measurement calipers on the image will be cleared. The general measurement data will be lost, but application measurement data will be stored in the reports.

■ Selecting exam mode

1. Tap [Probe] on the left side of the operating panel. The screen displays the following dialog box:



2. Tap to select the probe model and exam mode. The system exits the dialog box and enters the selected exam mode and probe.

45

- Tap [Exit] to cancel the selection and exit the screen.
- Tap and hold any exam mode until it floats, and then drag to change the exam mode list sequence.
- Tap [A-Z Sort] to sort exam modes by alphabetical order for each probe.

## 4.3　Select the Imaging Mode

Enter the imaging mode by tapping imaging buttons at the right part of the operating panel. Swipe the area to see the hidden imaging modes.

For detailed operations in each imaging mode, see chapter "5 Image Optimization."

## 4.4　End an Exam

Be sure to avoid mixing data between patients.

Before examining a new patient, tap [End] in the bottom-left corner of the operating panel to end the exam of the previous patient.

## 4.5　Activate an Exam

On the iStation screen, select an exam record which was completed within 24 hours and select [Options] -> [Activate Exam].

Tips:

- The system can automatically load the patient information and exam data to continue the exam.
- For an activated exam, you can modify the patient ID if there are no other recorded exams of this patient (including the recycle bin) in the system.

*See* Operator's Manual (Basic) at 59-62.

46

## 12.2  Exam Related Preset

Select [Setup] -> [Presets] to enter the screen. You can assign exam modes for each probe or set measurement, body mark and annotation settings for current exam mode.

### 12.2.1  Exam Mode Preset



You can assign available exam modes for probes.

1. Select the probe model in the drop-down list beside Probe column.
2. Check current configured exam modes:

   On the left side, you can view all the available exam modes in the exam library for the probe.

   On the right side, you can view the current exam modes assigned to the probe. (Tapping [Probe] on the left side of the operating panel to see the list.)
3. Tap and hold any exam mode until it floats, then you can:
   - Drag the exam mode from "Library" column to "Selected" column to make the exam mode available for the probe.
   - Drag the exam mode from "Selected" column to "Library" column to make the exam mode unavailable for the probe.
4. Change default exam mode or delete user-defined exam mode if necessary:

47

- Tap [Delete] to delete a user-defined exam in the Exam Mode Library area. See "5.1.3 Quickly Saving Image Settings" for details about creating a user-defined exam mode.
- Tap [Default] to set a selected exam mode as the default exam mode. The default exam mode is marked by a "√".

5. Tap [Save] to save the settings or tap [Cancel] to cancel changes you made.

### 12.2.2 Measurement Preset

See the Operator's Manual [Advanced Volume] for details.

### 12.2.3 Comment Preset

You can change the annotation menu for current exam mode. The comments in the library are provided by the system or are user-defined ones.

In Body Mark preset page, you can change the body mark menu for current exam mode. Body Mark preset is similar to Comment preset, here Comment preset is introduced as an example.

1. Select [Setup] -> [Presets] -> [Comment Preset] to enter the screen.



2. Add comments: directly enter user-defined comment texts, or select comment texts for the annotation menu for current exam mode.
   - Directly enter user-defined comment texts: tap in the field box besides "Custom", enter the text comment through the soft keyboard, and then tap [+]. Then the directly-entered comment will be added to the menu. Swipe downwards to see more comments.
   - Select available items:
     a) First select a comment library in the drop-down list beside "Exam Mode", all available items will be displayed on the left.

48



b) Tap [image] to add the item from system library on the left into annotation menu on the right.

3. Change position of the selected items:
   - Tap an item on the right side box to make it highlighted in blue, and tap the desired position to move the item to the position;
   - Or you can use directional buttons below to make the change.

4. Withdraw a comment or delete a user-defined comment:
   - Withdraw an item in the annotation menu:

     Select an item in annotation menu on the right, and tap [image] to withdraw it.
   - Delete a user-defined item in the annotation menu:

     Select a user-defined item in the annotation menu on the right, and tap [image].
     You can only delete the user-defined items rather than the items in the system library. After a user-defined item is deleted, it will not be available.

5. After you customize comments, tap [Save] to confirm and exit the screen.

See Operator's Manual (Basic) at 196-199.

| the imaging parameter presets being selected from a touch actuated preset selection window that lists a plurality of anatomic structures; | As shown below, an exam mode (or exam type) can be selected from a touch actuated preset selection window that lists a plurality of exam modes each of which defined or named based on a corresponding anatomic structure. |
|---|---|

49

## 4.2    Select Exam Mode and Probe

⚠️ **CAUTION:** If the exam mode is changed during a measurement, all measurement calipers on the image will be cleared. The general measurement data will be lost, but application measurement data will be stored in the reports.

■ Selecting exam mode

1. Tap [Probe] on the left side of the operating panel. The screen displays the following dialog box:



2. Tap to select the probe model and exam mode. The system exits the dialog box and enters the selected exam mode and probe.

*See* Operator's Manual (Basic) at 61.

50

## 12.2.1  Exam Mode Preset



You can assign available exam modes for probes.

1.  Select the probe model in the drop-down list beside Probe column.
2.  Check current configured exam modes:

    On the left side, you can view all the available exam modes in the exam library for the probe.

    On the right side, you can view the current exam modes assigned to the probe. (Tapping [Probe] on the left side of the operating panel to see the list.)
3.  Tap and hold any exam mode until it floats, then you can:
    *   Drag the exam mode from "Library" column to "Selected" column to make the exam mode available for the probe.
    *   Drag the exam mode from "Selected" column to "Library" column to make the exam mode unavailable for the probe.
4.  Change default exam mode or delete user-defined exam mode if necessary:

51

| | |
|---|---|
| | • Tap [Delete] to delete a user-defined exam in the Exam Mode Library area. See "5.1.3 Quickly Saving Image Settings" for details about creating a user-defined exam mode.<br>• Tap [Default] to set a selected exam mode as the default exam mode. The default exam mode is marked by a "√".<br>5. Tap [Save] to save the settings or tap [Cancel] to cancel changes you made.<br><br>*See* Operator's Manual (Basic) at 196-197. |
| receiving, at the computer, a first touch gesture input from the touch screen display that selects at least one of the imaging parameter presets corresponding to a selected anatomic structure; and | As shown above and below, the TE7 receives a touch gesture input from the touch screen display to select an exam mode corresponding to an anatomic structure. |

## 4.2   Select Exam Mode and Probe

⚠ **CAUTION:** If the exam mode is changed during a measurement, all measurement calipers on the image will be cleared. The general measurement data will be lost, but application measurement data will be stored in the reports.

■ Selecting exam mode

1. Tap [Probe] on the left side of the operating panel. The screen displays the following dialog box:



2. Tap to select the probe model and exam mode. The system exits the dialog box and enters the selected exam mode and probe.

53

- Tap [Exit] to cancel the selection and exit the screen.
- Tap and hold any exam mode until it floats, and then drag to change the exam mode list sequence.
- Tap [A-Z Sort] to sort exam modes by alphabetical order for each probe.

## 4.3    Select the Imaging Mode

Enter the imaging mode by tapping imaging buttons at the right part of the operating panel. Swipe the area to see the hidden imaging modes.

For detailed operations in each imaging mode, see chapter "5 Image Optimization."

## 4.4    End an Exam

Be sure to avoid mixing data between patients.

Before examining a new patient, tap [End] in the bottom-left corner of the operating panel to end the exam of the previous patient.

## 4.5    Activate an Exam

On the iStation screen, select an exam record which was completed within 24 hours and select [Options] -> [Activate Exam].

Tips:

- The system can automatically load the patient information and exam data to continue the exam.
- For an activated exam, you can modify the patient ID if there are no other recorded exams of this patient (including the recycle bin) in the system.

*See* Operator's Manual (Basic) at 61-62.

54

| | |
|---|---|
| | **2.9.3  Select Exam Mode and Probe** |
| | ⚠ **CAUTION** |
| | If the exam mode is changed during a measurement, all measurement calipers on the image will be cleared. The data of general measurements will be lost, but the data of application measurements will be stored in the reports. |
| | Perform the following procedure: |
| | 1.  Connect suitable probes to the system and tap [Probe] button on the operating control panel. The screen displays the Probe and Exam dialog box. |
| | 2.  Select the probe type and exam mode. |
| | The system exits the dialog box and enters the selected exam mode and probe. |
| | Tap [Exit] or [Probe] again to cancel the selection and exit the screen. |
| | **2.9.4  Select the Imaging Mode** |
| | Switch between imaging modes according to the actual situation using the corresponding imaging button located in the imaging mode area. |
| | *See* Operator's Manual (Basic) 2 at 33. |
| in response to a further touch gesture input from the touch screen display, altering at least one of the automatically set imaging parameters to adjust an imaging operation of the selected anatomic structure. | Once an exam mode is selected, TE7 allows for adjusting parameters of the selected exam mode. |

55

# 5 Image Optimization

> **⚠ WARNING:** The images displayed in this system are for reference only. Mindray is not responsible for the correctness of diagnostic results.
>
> Tissue Harmonic Imaging does not use contrast agents.

## 5.1 Imaging Mode

### 5.1.1 Switching Between Imaging Modes



On the operating panel, tap imaging mode buttons on the right to switch the mode.

Current imaging mode is indicated by highlighting the button in blue. For instance, the above status shows that the system is under B+Color+PW mode (triplex is turned on).

### 5.1.2 Image Adjustment

1. Tap [Image] on the operating panel to open the image parameter control menu under different imaging modes.
2. Swipe the menu downwards/upwards to check and change parameter controls.

56



See the following imaging chapters for details.

## 5.1.3    Quickly Saving Image Settings

■    Create a new exam mode using current image settings (user-defined exam mode):

1.    Tap [Quick Save] in the image menu to bring out the Quick Save dialogue box.
2.    Enter the name in the box after "To" to assign a name for a user-defined exam mode.
3.    Tap [Save] to save the current image parameters for the user-defined exam mode.

Tip: the [Quick Save] control is available under all imaging modes.



57

■ Check image parameter and change layout:



1. Tap [Edit] to enter the screen for checking the current image menu display for the current exam mode of the particular probe.
2. Tap and hold any parameter until it floats, then you can:
   - Drag upwards/downwards to change its position on the image menu;
   - Drag leftwards/rightwards to change its display on the image menu: drag it to the left "Options" list to delete its display or drag it to the right "Selected" list to display the parameter.
3. Tap [Save] to save the settings or tap [Cancel] to cancel changes you made.

Tip: the [Quick Save] and [Edit] controls are available under all imaging modes.

58

## 5.2     B Mode Image Optimization

B mode is the basic imaging mode that displays real-time images of anatomical tissues and organs.

### 5.2.1     Basic Procedures for B Mode Imaging

1. Enter the patient information. Select an appropriate probe and exam mode.
2. Tap [B] on the right side of the operating panel to enter B mode.
3. Tap [Image] to open the image menu. Adjust the parameters to optimize the image.
4. Perform other operations (e.g., measurement and calculation) if necessary.

Tip: tap [B] to return to B mode at any time (except LVO mode).

### 5.2.2     B Mode Parameters

In B mode scanning, the image parameter area in the top-left corner of the screen displays the real-time parameter values as follows:

| Parameter | F | D | G | FR | DR |
|---|---|---|---|---|---|
| Meaning | Frequency | Depth | Gain | Frame Rate | Dynamic Range |

### 5.2.3     B Mode Image Optimization

**Frequency (Image Quality)**

| | |
|---|---|
| Description | To switch between the fundamental frequency and harmonic frequency as well as select the corresponding frequency type. The real-time frequency value is displayed in the image parameter area in the top-left corner of the screen, and if harmonic frequency is used "F H" is displayed as the harmonic frequency value. |

Select the different frequency values through  at the left part of the image area.

The adjusting range of the harmonic frequency values can be divided into 4 levels: penetration preferred (HPen), general mode (HGen), resolution preferred (HRes), and the mode between penetration preferred and general mode (HPen-Gen).

The adjusting range of fundamental frequency values can be divided into 3 levels: penetration preferred (Pen), general mode (Gen), and resolution preferred (Res).

**Impacts** — The system provides an imaging mode using harmonics of echoes to optimize the image. Harmonic imaging enhances near-field resolution and reduces low-frequency and large amplitude noise, so as to improve small parts imaging.

Select the frequency according to the detection depth and current tissue features.

**Gain**

**Description** — To adjust the gain of the whole receiving information in B mode. The real-time gain value is displayed in the image parameter area in the top-left corner of the screen.

59

| | | |
|---|---|---|
| **Operations** | Drag the [Gain] control on the right part of the image area to adjust the gain. | |
| | Or, You can change gain value slightly by tapping on the gain control bar directly | |
| **Effects** | Increasing the gain will brighten the image and you will see more received signals. However, noise may also be increased. | |

**Depth**

| | |
|---|---|
| **Description** | This function is used to adjust the sampling depth, the real-time value of which is displayed in the image parameter area in the top-left corner of the screen. |
| **Operations** | Drag the [Depth] control on the right part of the image area to adjust the depth. |
| | You can change depth value slightly by tapping on the depth control bar directly. |
| | The adjustable depth values vary depending on the probe types. |
| **Effects** | Increase the depth to see tissue in deeper locations, or decrease the depth to see tissue in shallower locations. |

**TGC**

| | |
|---|---|
| **Description** | The system compensates the signals from deeper tissue by segments to optimize the image. |
| | Tap [TGC] in the bottom-left corner of the image area to open the TGC adjusting dialogue box. |
| | There are 6-segment TGC sliders corresponding to the areas of the image. |
| **Operations** | To increase the gain compensation in an area of interest, drag the TGC control to the right. |
| | To decrease the gain compensation in the corresponding area of interest, drag the control to the left. |
| | Double-click any area on the dialogue box, all 6 TGC controls will return to middle state. |
| | About 1.5 seconds after the adjustment is complete, the TGC curve disappears. |
| **Effects** | Adjust the signal gain for a particular image area to achieve a balanced image. |

**Acoustic Power**

| | |
|---|---|
| **Description** | Refers to the power of ultrasonic waves transmitted by the probe, the real-time value of which is displayed in the top-left part of the screen. |
| **Operations** | Adjust through [A.Power(%)] on the menu. |
| | The adjusting range is 3.2-100.0. |
| | Tap [-] or [+] to change the value slightly or drag the control directly. |
| **Effects** | Generally, increasing the acoustic power will increase the brightness and contrast of the image and the force of penetration. |
| **Impacts** | You should perform exams according to actual situations and follow the ALARA Principle. |

60

**Focus**

| | |
|---|---|
| **Description** | Refers to adjusting the focus of the ultrasonic beams, using the ◀ symbols which are displayed to the right of the image. |
| **Operations** | Adjust the focus number through [Focus Number] on the menu. |
| | Tap [-] or [+] to change the value slightly or drag the control directly. |
| | Drag ◀ on the right part of the image area to change the focus position. |
| | In B mode, the available focus number can be switched between 1-4. |
| **Effects** | The area that is focused will be of a higher contrast and resolution. |
| **Impacts** | The greater the number of focal zones, the slower the frame rate. |

**Image Adjustment**

| | |
|---|---|
| **Description** | More information can be obtained without moving the probe or changing the sampling position. |
| **FOV (Field of View)** | Adjust through [FOV Size (%)] on the menu. |
| | Tap [-] or [+] to change the value slightly or drag the control directly. |
| | You can get a much larger field of view when selecting a larger FOV. |
| | The frame rate decreases when using a larger FOV. |
| **B Steer** | Steer the probe by tapping buttons on the bottom of the image area. |
| | ◀ 10° ▶ Steering |
| **ExFOV (Extended FOV)** | Adjust through [ExFOV] on the menu. Off represents no ExFOV effect. |
| | For linear probes, the ExFOV function displays as trapezoid imaging. |
| | For convex probes, the ExFOV function displays as extending the scanning angle. |
| **Impacts** | The FOV range is available only for convex and phased probes. |
| | The ExFOV function is available only for convex and phased probes. |
| | When ExFOV function is turned on, [FOV Size (%)] cannot be changed. |
| | The B Steer function is available only for linear probes. |

**Rotation/Invert (U/D Flip and L/R Flip)**

| | |
|---|---|
| **Description** | The function provides better observation for image display. |
| **Rotation** | Rotate the image using the [Rotation] control. |
| | Images can be rotated by 0°, 90°, 180° and 270°. |
| **Invert (U/D Flip and L/R Flip)** | To invert the image horizontally or vertically. |
| | Invert the image using the [L/R Flip]/[U/D Flip] control: tap [Up]/ [Down]/ [Left]/ [Right] to invert the image at different directions. |
| **Effects** | You can identify the image orientation using the "m" mark on the screen. By default, the "m" mark is located in the top-left corner of the image. |

61

**iBeam (Spatial Compound Imaging)**

| | |
|---|---|
| Description | This function is used to superimpose and average images of different steer angles to achieve image optimization. |
| Operations | Adjust through [iBeam] on the menu.<br>The system provides different levels of iBeam effect. Off represents no iBeam. |
| Effects | Images can be optimized with less spot noise and higher resolution, so that more details for the structure are revealed. |
| Impacts | The adjustable iBeam levels vary depending on the probe types.<br>iBeam is valid for linear and convex probes, but it is not available when the ExFOV function is turned on and convex probe is used. |

**Gray Map**

| | |
|---|---|
| Description | This function applies the gray correction to obtain optimum images. |
| Operations | Select maps by using [Gray Map] control.<br>The system provides 8 different gray effect maps. |

**Tint Map**

| | |
|---|---|
| Description | This function provides an imaging process based on color difference rather than gray distinction. |
| Operations | Select maps or turn on/off the function by using [Tint Map] control.<br>The system provides 8 different color effect maps. |

**iTouch (Auto Image Optimization)**

| | |
|---|---|
| Description | To optimize image parameters as per the current tissue characteristics for a better image effect. |
| Operations | Tap [iTouch] on the left part of the image area to start iTouch.<br>Long press [iTouch] to exit.<br>Adjust iTouch gain value through [iTouch] control on the image menu. |

**H Scale**

| | |
|---|---|
| Description | Display or hide the width scale (horizontal scale).<br>The scale of the horizontal scale is the same as that of the vertical scale (depth). They change together in zoom mode, or when the number of the image window changes. When the image is turned up/down, the H Scale will also be inverted. |
| Operations | Select [H Scale] control to display or hide the scale. |

62

**Line Density**

| | |
|---|---|
| Description | The function determines the quality and information of the image. |
| Operations | Adjust through [Line Density] on the menu. |
| | There are four levels of line density available: UH, M, H, L. |
| Effects | The higher the line density, the higher the resolution. |
| Impacts | The higher the line density, the lower the frame rate. |

**Dynamic Range**

| | |
|---|---|
| Description | This function is used to adjust the B image resolution to compress or expand the gray display range. The real-time value displays in the image parameter area in the top-left corner of the screen. |
| Operations | Adjust through [Dyn Ra.] on the menu. |
| | Tap [-] or [+] to change the value slightly or drag the control directly. |
| | The adjusting range is 30-240, in increments of 5. |
| Impacts | The more the dynamic range, the more specific the information and the lower the contrast with more noise. |

**iClear**

| | |
|---|---|
| Description | The function is used to enhance the image profile so as to distinguish the image boundary for optimization. |
| Operations | Adjust through [iClear] on the menu. |
| | Tap [-] or [+] to change the level slightly or drag the control directly. |
| | The system provides 7 levels of iClear adjustment: off represents no iClear effect, and the bigger the value the stronger the effect. |
| Impacts | It may cause increased noise. |

**Persistence**

| | |
|---|---|
| Description | This function is used to superimpose and average adjacent B images, so as to optimize the image and remove noise. |
| Operations | Adjust through [Persistence] on the menu. |
| | Tap [-] or [+] to change the level slightly or drag the control directly. |
| | The system provides 7 levels of frame average adjustment: the bigger the value the stronger the effect. |
| Effects | Persistence can remove image noise to make details clearer. |
| Impacts | Increasing Persistence may lead to missing signals. |

**TSI (Tissue Specific Imaging)**

| | |
|---|---|
| Description | The TSI function is used to optimize the image by selecting acoustic speed according to tissue characteristics. |
| Operations | Select different TSI modes using the [TSI] control. |
| | The system provides four ways of optimizing for specific tissues: general, muscle, fluid and fat. |

63

**Echo Boost**

| | |
|---|---|
| Description | This function can improve contrast and decrease noise, so that a much clearer boundary can be seen. |
| Operation | Set [Echo Boost] to be "On" to turn the function on. |
| Impacts | This function is only available using the phased probe in cardiac exam mode (probe P7-3Ts does not support this function) |

**Patient Temperature**

| | |
|---|---|
| Description | If the current active probe is P7-3Ts, the parameter will display under the B mode menu. You can enter the patient temperature by this function. |
| Operation | Enter the temperature by tapping [Patient Temperature]. |

⚠ **WARNING:** If the patient temperature is above 37° C (98.6° F) and the [Patient Temperature] setting is below the actual reading, the system could overestimate the temperature of TEE transducer's distal tip. This could trigger the Auto-Cool feature. If the patient temperature reaches or is near 37° C (98.6° F) and the [Patient Temperature] setting is above the actual reading, the system could underestimate the temperature of the TEE transducer's distal tip. The patient is exposed to excessive temperatures.

**Middle Line**

| | |
|---|---|
| Description | "Middle Line" helps to locate the focus point of shock wave during the treatment. By watching the treatment procedure in real-time and adjusting the intension and frequency of the shock wave, the harm to the patients can be reduced to the least. |
| Operations | Tap [Middle Line] on the image menu to hide or display the line. |

**Dual Live**

| | |
|---|---|
| Description | Display different image effects of one probe for a better observation. |
| Operation | Tap [Dual Live] to turn on/off the function, and dual-split window of images are displayed on the main screen.<br><br>Two pages of adjustable parameters are displayed; where, shared parameters and left window parameters are displayed in the B(L) page, while right window parameters are displayed in the B(R) page.<br><br>In the image parameter area on the top-left corner of the main screen, parameters of the both windows are displayed. |
| Impacts | Image magnification is available in dual live mode. |

## 5.3    M Mode Image Optimization

### 5.3.1    Basic Procedures for M Mode Imaging

1.  Select a high-quality image during B mode scanning, and adjust to position the area of interest in the center of the B mode image.
2.  Tap [M] on the right side of the operating panel to enter M sampling line status, and drag the sampling line to the desired position.
3.  Tap [M]/ [Update] or double-click the sampling line to enter M mode. You can then observe the tissue motion along with the anatomical images of B mode. During the scanning process, you can also adjust the sampling line accordingly when necessary.
4.  Adjust the image parameters to obtain optimized images.
5.  Perform other operations (e.g., measurement and calculation) if necessary.

### 5.3.2    M Mode Image Parameters

- In M mode scanning, the image parameter area in the top-left corner of the screen displays the real-time parameter values as follows:

| Parameter | F | D | G | V | DR |
|---|---|---|---|---|---|
| Meaning | Frequency | Depth | M Gain | M Speed | M Dynamic Range |

- During M mode imaging, menus for B mode and M mode are displayed on the operating panel at the same time. You can switch between the 2 modes by tapping the mode tab.
- During M mode scanning, depth, focus position, frequency and acoustic power of the probe are synchronous with that of B mode.
- Adjustment of the TGC to the B mode image will lead to synchronous changes in the M mode image.

### 5.3.3    M Mode Image Optimization

**Gain**

| | |
|---|---|
| Description | To adjust the gain of M mode image. The real-time gain value is displayed in the image parameter area in the top-left corner of the screen. |
| Operations | Drag the [Gain] control on the right part of the image area to adjust the gain. |
| Effects | Increasing the gain will brighten the image and you will see more received signals. However, noise may also be increased. |

**Display Format**

| | |
|---|---|
| Description | To set the display format of M mode images and B mode images. |
| Operations | Select different layout through [Display Format]. There are 4 formats available for image display: V2:3, V3:2, V3:1, Full. |
| Effects | Select different format types according to the actual situation and obtain a desired analysis through comparison. |

65

**Speed**

| | |
|---|---|
| Description | This function is used to set the scanning speed of M mode imaging, and the real-time speed value is displayed in the image parameter area in the top-left corner of the screen. |
| Operations | Adjust through [Speed (mm/s)] on the menu. |
| | There are 6 levels of scan speed available. |
| Effects | Changing speed makes it easier to identify disorders in cardiac cycles. |

**Tint Map**

| | |
|---|---|
| Description | This function provides an imaging process based on color difference rather than gray distinction. |
| Operations | Select maps or turn on/off the function by using [Tint Map] control. |
| | The system provides 8 different color effect maps. |

**Gray Map**

| | |
|---|---|
| Description | This function applies the gray correction to obtain optimum images. |
| Operations | Select maps by using [Gray Map] control. |
| | The system provides 8 different gray effect maps. |

**Edge Enhance**

| | |
|---|---|
| Description | This function is used to enhance the image profile so as to distinguish the image boundary for optimization. |
| Operations | Adjust through [Edge Enhance] on the menu. |
| | There are 3 levels of edge enhance adjustment available: the bigger the value the stronger the effect. 0 represents no edge enhance effect. |
| Impacts | Larger edge enhance may lead to increased noise. |

**Dynamic Range**

| | |
|---|---|
| Description | This function is used to adjust the M image resolution to compress or expand the gray display range. |
| | The real-time dynamic range value is displayed in the image parameter area in the top-left corner of the screen. |
| Operations | Adjust through [Dyn Ra.] on the menu. |
| | Tap [-] or [+] to change the value slightly or drag the control directly. |
| | The adjusting range is 30-240, in increments of 5. |
| Effects | The more the dynamic range, the more specified the information. |

**M Soften**

| | |
|---|---|
| Description | This feature is used to process the scan lines of M images to reject noise, making image details clearer. |

66

**Operations**     Adjust through [M Soften] on the menu.

The system provides 4 levels of M Soften adjustment: the bigger the value the stronger the effect.

## 5.4     Color Mode Image Optimization

The Color mode is used to detect color flow information, and the color is designed to judge the direction and speed of blood flow.

Generally, the color above the color bar indicates the flow towards the probe, while the color below the color bar indicates the flow away from the probe. The brighter the color, the faster the flow speed, while the darker the color, the slower the flow speed.

### 5.4.1     Basic Procedures for Color Mode Imaging

1.  Select a high-quality image during B mode scanning, and adjust to position the area of interest in the center of the B mode image.
2.  Tap [Color] on the right side of the operating panel to enter Color mode.
3.  Change the position and size of the Region of Interest (ROI).
4.  Adjust the image parameters during scanning to obtain optimized images.
    Tap [Image] to open the image menu. Adjust the parameters to optimize the image.
5.  Perform other operations (e.g., measurement and calculation) if necessary.

### 5.4.2     Color Mode Image Parameters

■ In Color mode scanning, the image parameter area in the top-left corner of the screen displays the real-time parameter values as follows:

| Parameter | F | G | PRF | WF |
|---|---|---|---|---|
| Meaning | Frequency | Color Gain | Pulse Repetition Frequency (PRF) | Color Wall Filter |

■ In Color mode, the acoustic power is synchronous with that of B mode. Adjustment of the depth to the B mode image will lead to corresponding changes in Color mode image.

67



**Effects**  This function is used to adjust the scan angle of linear probes, so as to change the angle between the transmitting beam and flow direction.

**Impacts**  Steer is only valid for linear probes.

**Line Density**

**Description**  Line density determines the quality and information of the image.

**Operations**  Adjust through [Line Density] on the menu.
There are four levels of line density available: UH, M, H, L.

**Effects**  The higher the line density, the higher the resolution.

**Impacts**  The higher the line density, the lower the frame rate.

**Packet Size**

**Description**  This function is an indication of the ability to detect flow, which is used to adjust the accuracy of color flow.

**Operations**  Select different effects through [Packet Size].
There are 3 levels of packet size available: 0 represents no packet size control and the bigger the value the higher the sensitivity.

**Effects**  The higher the packet size, the more sensitive the indication for low-velocity flow.

**Impacts**  Adjusting the packet size may lead to the frame rate changing.

**Flow State**

**Description**  This function is used for fast image optimization.

**Operations**  Select different effects through [Flow State].
3 levels are provided: L, M, H.

**Persistence**

**Description**  This function adjusts the temporal smoothing in Color mode to optimize the image.

**Operations**  Select different effects through [Persistence].
The system provides 6 levels of persistence adjustment: 0 represents no persistence, and the bigger the value the stronger the effect.

**Smooth**

**Description**  This feature is used to reject noise and smooth the image.

**Operations**  Adjust through [Smooth] on the menu.
The system provides 6 levels of smooth function: the bigger the value the stronger the effect.

69

**Scale**

| | |
|---|---|
| Description | This function is used to adjust the speed range of the color flow, which is adjusted using the PRF in the system. The real-time PRF value is displayed in the image parameter area in the top-left corner of the screen. |
| Operations | Use [Scale] to adjust PRF values. |
| | Tap [-] or [+] to change the value slightly or drag the control directly. |
| | Or you can pinch on the color bar on top-left corner of the screen to change the value. |
| | The adjusting range varies according to the frequency, probe and depth. Adjust according to the actual situation. |
| Effects | Provides a much clearer color flow image. |
| | Use a low PRF to observe low-velocity flows, and a high PRF to observe high-velocity flows. |
| Impacts | Aliasing may occur if a low-velocity scale is used and high velocities are encountered. |
| | Low velocities may not be identified when a high-velocity scale is used. |

**Baseline**

| | |
|---|---|
| Description | Refers to the area where the velocity is zero in the scale. Adjust according to the actual situation so as to get an optimum flow display. |
| Operations | Adjust through [Baseline] on the menu. |
| | A positive value means increase the signals above the baseline, and a negative value means increase the signals below the baseline. |

**Invert**

| | |
|---|---|
| Description | To set the display mode of the color flow. The color scale will be inverted when the function is turned on. |
| Operations | Turn the function on or off using the [Invert] control. |
| | Select "Auto Invert" in [Setup] -> [System] -> [Image], so the color bar can automatically invert when the color flow is steered to a certain angle to accommodate the operator's desire to distinguish the flow direction. |
| Impacts | Auto invert function is available only for linear probes. |

**Color Map**

| | |
|---|---|
| Description | This function is a combination of several image parameters, which indicates the display effect of the color image. |
| Operations | Select maps by using [Color Map] control. |
| | The system provides 21 different maps for selection. The V group provides 11 ordinary maps and the VV group provides 10 2D maps. |

**WF (Wall Filter)**

| | |
|---|---|
| Description | It filters out low-velocity signals to provide effective information, and this function is used to adjust the filtered frequency. The real-time value is displayed in the image parameter area in the top-left corner of the screen. |

70

| Operations | Adjust through [WF] on the menu. |
| | There are 8 levels of wall filter function available. Select the value according to the actual situation. |
| Impacts | Flow signals may be missing. |

**Priority**

| Description | This function is used to set the levels of the flow display and to display the grayscale signal or color signal. |
| Operations | Adjust through [Priority (%)] on the menu. |
| | Tap [-] or [+] to change the level slightly or drag the control directly. |
| | The adjusting range of the priority is 0-100% in increments of 1%. |
| | The higher the value, color signals are first to be displayed. The lower the value, grayscale signals are first to be displayed. |

**iTouch (Auto Image Optimization)**

| Description | To optimize image parameters as per the current tissue characteristics for a better image effect. |
| Operations | Tap iTouch on the left part of the image area to get iTouch optimization. |
| | For probes L12-4s, L9-3s, L11-3VNs and L12-3RCs under EM Vas, Vascular or Carotid exam mode, using iTouch can also achieve ROI optimization and auto-tracking. |

**Smart tracking (ROI auto position/steer in Color/PW mode)**

| Description | To optimize image parameters as per the current tissue characteristics for a better image effect. When Smart Tracking is turned on, the system optimizes ROI angle and position automatically to achieve an active tracking by reducing the impact of patient respiratory movement. |
| Operation | Turn on/off the function by [Smart Tracking] on the menu. |
| Impacts | Smart tracking is available only for the following probes under EM Vas, VAS and Carotid exam mode: L12-4s, L7-3s, L14-6s, L14-6Ns, L14-5sp, L20-5s, 7L4s, L9-3s, L11-3VNs, L12-3RCs and L14-5Ws. |

**Dual Live**

| Description | This function is used to display B image and Color image synchronously. |
| Operations | Turn on or off the function through the [Dual Live] item on the menu. |
| | When the function is turned on, the window will be automatically switched to the dual windows (one for B image, and the other for Color image). |

## 5.5    Power Mode Image Optimization

Power mode provides a non-directional display of the blood flow in terms of intensity as opposed to flow velocity.

DirPower (Directional Power mode) provides additional information of the flow direction toward or away from the probe.

### 5.5.1    Basic Procedures for Power Mode Imaging

1. Select a high-quality image during B mode or B + Color scanning, and adjust to position the area of interest in the center of the image.
2. Tap [Power] on the right side of the operating panel to enter Power mode.
3. Change the size and position of the ROI (the same as in Color mode).
4. Adjust the image parameters during B + Power mode scanning to obtain optimized images.

   Tap [Image] to open the image menu. Adjust the parameters to optimize the image.
5. Perform other operations (e.g., measurement and calculation) if necessary.

### 5.5.2    Power Mode Image Parameters

- In Power mode scanning, the image parameter area in the top-left corner of the screen displays the real-time parameter values as follows:

| Parameter | F | G | PRF | WF |
|---|---|---|---|---|
| Meaning | Frequency | Power Gain | Pulse Repetition Frequency (PRF) | Power Wall Filter |

- In Power mode, the acoustic power is synchronous with that of B mode. Adjustment of the depth to the B mode image will lead to corresponding changes in Power mode image.

Parameters consistent with those in Color mode and B mode are not described. See the relevant Color mode and B mode sections, while special items of the Power mode are introduced in the following.

72

### 5.5.3    Power Mode Image Optimization

**Power Gain**

| | |
|---|---|
| **Description** | Refers to the overall sensitivity to flow signals. This function is used to adjust the gain in Power mode. |
| | The real-time gain value is displayed in the image parameter area in the top-left corner of the screen. |
| **Operations** | Drag the [Gain] control on the right part of the image area to adjust the gain. |
| **Effects** | Increasing the gain will increase the flow signal presented and noise. The signals may be missing when the gain is adjusted too low. |

**Power Map**

| | |
|---|---|
| **Description** | This feature indicates the display effect of the Power image. |
| | Maps in the Power mode image are grouped into two categories: Power maps and Directional Power maps. |
| **Operations** | Select maps by using [Color Map] control. |
| | There are 8 kinds of maps provided: P0-3 belong to Power mode maps, while Dp0-3 belong to Directional Power mode maps. |
| | The Power maps provide information about blood flow, which are highly sensitive to the low-velocity flows. |
| | The Directional Power maps provide information about flow direction. |

**Dynamic Range**

| | |
|---|---|
| **Description** | This function adjusts the transformation of echo intensity into color signal. |
| **Operations** | Adjust dynamic range through [Dyn Ra.]. |
| | Tap [-] or [+] to change the value slightly or drag the control directly. |
| | The adjusting range is 10-70 in increments of 5. |
| **Effects** | Increasing the dynamic range leads to higher sensitivity to low-power signals, thus enhancing the range of signals to display. |

73

## 5.6    PW/CW Doppler Mode

PW (Pulsed Wave Doppler) mode or CW (Continuous Wave Doppler) mode is used to provide blood flow velocity and direction utilizing a real-time spectrum display. The horizontal axis represents time, while the vertical axis represents Doppler frequency shift.

PW mode provides a function for examining flow at one specific site for its velocity, direction and features. CW mode proves to be much more sensitive to high-velocity flow display. Thus, a combination of both modes will contribute to a much more accurate analysis.

CW imaging is an option.

### 5.6.1    Basic Procedures for PW/CW Mode Exam

1.  Select a high-quality image during B mode or B + Color (Power) mode scanning, and adjust to position the area of interest in the center of the image.

2.  Tap [PW]/[CW] on the right side of the operating panel to enter PW/CW sampling line adjustment status.

    The sampling status will be displayed in the image parameter area in the top-left corner of the screen as follows:

| PW Sampling Line Adjustment | SV |
| | Angle |
| | SVD |
| CW Sampling Line Adjustment | Angle |
| | CW Focus Depth |

3.  Set the position of the sample line by dragging the sampling line; drag the SV gate to place the SV on the target.

4.  Adjust the angle and SV size according to the actual situation: drag the PW angle line to change the angle, pinch on the image area to adjust SV size.

5.  Tap [PW]/[CW]/[Update] or double-click the sampling line to enter PW/CW mode and perform the examination. You can also adjust the SV size, angle and depth in real-time scanning.

6.  Adjust the image parameters during PW/CW mode scanning to obtain optimized images.

    Tap [Image] to open the image menu. Adjust the parameters to optimize the image.

7.  Perform other operations (e.g., measurement and calculation) if necessary.

Tap [Update] to switch between B (B+Color) and PW image.

### 5.6.2    PW/CW Mode Image Parameters

In PW/CW mode scanning, the image parameter area in the top-left corner of the screen displays the real-time parameter values as follows:

| PW | Parameter | F | G | PRF | WF | SVD | SV | Angle |
| | Meaning | Frequency | Gain | PRF | Wall Filter | SV Position | SV Size | Angle |
| CW | Parameter | F | G | PRF | WF | | SVD | Angle |
| | Meaning | Frequency | Gain | PRF | Wall Filter | | SV Position | Angle |

74

- When you adjust the depth of the B mode image, related changes will occur in the PW/CW mode image as well.
- Most of the parameters are the same for the PW mode and CW modes, so parameters of both are combined together to be introduced here.

Only phased probes support CW mode.

### 5.6.3    PW/CW Mode Image Optimization

**Gain**

| | |
|---|---|
| Description | This function is intended to adjust the gain of the spectrum map. The real-time gain value is displayed in the image parameter area in the top-left corner of the screen. |
| Operations | Drag the [Gain] control on the right part of the image area to adjust the gain. |
| Effects | Increasing the gain will brighten the image and you will see more received signals. However, noise may also be increased. |

**SV**

| | |
|---|---|
| Description | To adjust the SV position and size of sampling in PW mode, the real-time value of SV and SVD are displayed in the image parameter area in the top-left corner of the screen. |
| SV size | Adjust SV size by finger gesture. Use two fingers to adjust the SV size by pinching movement on the image area. The adjusting range is 0.5-20 mm. |
| SVD | Tap and drag the SV gate to change depth. |
| Effects | The smaller the SV size, the more accurate the result. More details are obtained when selecting a large SV size. |

**CW Focus Position**

| | |
|---|---|
| Description | To adjust the CW mode SVD. The real-time focus position value is displayed in the image parameter area in the top-left corner of the screen. |
| Operation | Tap and drag the SV to select the focus depth. |

**Frequency (Image Quality)**

| | |
|---|---|
| Description | Refers to the operating frequency of the probe in PW mode, the real-time value of which is displayed in the image parameter area in the top-left corner of the screen. |
| Operation | Select the different frequency values through [IQ] at the left part of the image area. The adjusting range of frequency values can be divided into 3 levels: penetration preferred (Pen), general mode (Gen), and resolution preferred (Res). Select the frequency according to the detection depth and current tissue features. |
| Effects | The higher the frequency, the better the resolution and sensitivity, and the worse the force of penetration. |

75

**Scale**

| | |
|---|---|
| **Description** | This function is used to adjust the speed range of the flow, which is adjusted using the PRF in the system. |
| | The real-time PRF value is displayed in the image parameter area in the top-left corner of the screen. |
| **Operations** | Use buttons on the right part of the image area to adjust PRF values. |
| | Or you can pinch on the vertical axis of scale to change the range. |
| **Effects** | Provides a much clearer color flow image. |
| | Use a low PRF to observe low-velocity flows, and a high PRF to observe high-velocity flows. |
| **Impacts** | Aliasing may occur if a low-velocity scale is used and high velocities are encountered. |
| | Low velocities may not be identified when a high-velocity scale is used. |

**iTouch**

| | |
|---|---|
| **Description** | To optimize image parameters as per the current tissue characteristics for a better image effect. |
| **Operations** | Tap [iTouch] on the left part of the image area to get iTouch optimization. |
| | For L12-4s, L9-3s, L11-3VNs and L12-3RCs probes under EM Vas, VAS and carotid exam modes, you can use iTouch to optimize PW sampling line automatically. |

**Auto-Calculation**

| | |
|---|---|
| **Description** | This function is used to trace the spectrum and calculate the PW/CW mode image parameters. The results are displayed in the results window. |
| | Tap [Auto Calc] to turn the auto calculation function on or off. |
| | After auto calculation function is turned on, select "Auto Calc" tab to enter the auto calculation menu. |
| **Auto Calculation Parameter** | Select parameters in the dialog box prompted by tapping [Auto Calc Param.] on the Auto Calc menu. |
| **Auto Calculation Cycle** | To set the heart cycle number for auto-calculation. |
| | Adjust through [Auto Calc Cycle] on the menu. |
| **Trace Area** | To set the trace area of the Doppler wave in the spectrum map, applicable for auto calculation, V Max and V Mean display. |
| | Adjust through [Trace Area] on the menu. |
| | The available selections of trace area are: Above, Below, All. |
| | To set the smooth level when tracing. |

76

| | | |
|---|---|---|
| **Trace Smooth** | Adjust through [Trace Smooth] on the menu. | |
| | There are 4 levels of smooth effect provided, the bigger the value, the higher the smooth processing. | |
| **Trace Sensitivity** | This function is used to set the sensitivity of tracing in the spectrum. | |
| | Adjust through [Trace Sensitivity] on the menu. | |
| | There are 5 levels of sensitivity adjustment, the bigger the value the higher the sensitivity. | |
| **Operations** | In real-time scanning, the results displayed are derived from the calculation of the latest cardiac cycle. | |
| | In the freeze and cine status, the results displayed are calculated from the current selected area. | |

**Invert**

| | |
|---|---|
| **Description** | This function is used to set how the spectrum is displayed. |
| **Operations** | Turn the function on or off using the [Invert] control. |
| | Select "Auto Invert" in the [Setup] -> [System] -> [Image], so the spectrum can automatically invert when the color flow is steered to a certain angle to accommodate the operator's desire to distinguish the flow direction. |

**Speed**

| | |
|---|---|
| **Description** | This function is used to set the scanning speed of PW mode imaging. |
| **Operations** | Adjust through [Speed (mm/s)] on the menu. |
| | There are 6 levels of scan speed available. |
| **Effects** | Changing the speed makes it easier to identify the cardiac cycles and to detect more details. |

**T/F Res.**

| | |
|---|---|
| **Description** | This function is used to create a balance between time resolution and spatial resolution. |
| **Operations** | Adjust through [T/F Res.] on the menu. |
| | There are 4 levels of T/F Res. values available. |

**Wall Filter**

| | |
|---|---|
| **Description** | It filters out low-velocity signals to provide effective information, and this function is used to adjust the filtered frequency. The real-time value is displayed in the image parameter area in the top-left corner of the screen. |
| **Operations** | Adjust through [WF] on the menu. |
| | 7 levels of wall filter function are provided. |
| **Impacts** | Signals of low-velocity flow may be missing. |

77

**Tint Map**

| | |
|---|---|
| Description | This function provides an imaging process based on color difference rather than gray distinction. |
| Operations | Select maps or turn on/off the function by using [Tint Map] control.<br>There are 8 color effect maps available. |

**Gray Map**

| | |
|---|---|
| Description | This function applies the gray correction to obtain optimum images. |
| Operations | Select maps by using [Gray Map] control.<br>There are 10 gray effect maps available. |

**Display Format**

| | |
|---|---|
| Description | To set the display format of PW mode images with B mode images. |
| Operations | Select different layout through [Display Format].<br>There are 4 formats for displaying the images: V2:3, V3:2, V3:1, Full. |

**Duplex/Triplex**

| | |
|---|---|
| Description | This function is used to set whether a B image (B + Color image) and PW image are displayed synchronously. |
| Operations | Select [Duplex]/[Triplex] to turn the synchronization on or off. |

**HPRF**

| | |
|---|---|
| Description | HPRF mode is used when detected velocities exceed the processing capabilities of the currently selected PW Doppler scale, or when the selected anatomical site is too deep for the selected PW Doppler scale. |
| Operations | Turn the function on or off using the [HPRF] control. |
| Effects | HPRF enhances the range for detecting high-velocity flow. |

**Baseline**

| | |
|---|---|
| Description | Refers to the area where the velocity is zero in the spectrum. |
| Operations | Tap and drag the green baseline on the spectrum to change the position. |
| Effects | Changes the flow-velocity range to optimize the image. |

**Angle**

| | |
|---|---|
| Description | This function is used to adjust the angle between Doppler vector and flow to make the velocity more accurate. |
| | The real-time adjusting angle value is displayed on the left part of the spectrum map. |
| Operations | Adjust through [Angle] on the menu. |
| | Tap [-] or [+] to change the value slightly or drag the control directly. |
| | The adjustable angle range is -89~89°, in increments of 1°. |

**Quick Angle**

| | |
|---|---|
| Description | To adjust the angle faster, in increments of 60°. The real-time value is displayed on the left part of the spectrum map. |
| Operations | Tap the three buttons above [Quick Angle] on the bottom of the image area. |
| | There are 3 angles for quick adjustment: -60°, 0° and 60°. |

**Dynamic Range**

| | |
|---|---|
| Description | The dynamic range conveys the information which is being transformed from echo intensity to grayscale. |
| Operations | Adjust dynamic range through [Dyn Ra.]. |
| | Tap [-] or [+] to change the value slightly or drag the control directly. |
| | The adjusting range is 24-72. |
| Effects | The more the dynamic range, the more specific the information and the lower the contrast with more noise. |

**PW Volume**

| | |
|---|---|
| Description | This function is used to adjust the output audio in the spectrum map. |
| Operations | Adjust through [Volume] on the menu. |
| | Tap [-] or [+] to change the value slightly or drag the control directly. |
| | The adjusting range of the audio is 0-100%. |
| Effects | Utilizing the output audio helps to identify the feature and the status of flow. |

**PW Steer**

| | |
|---|---|
| Description | This function is used to adjust the angles for the sampling line. |
| Operations | Steer the probe by tapping buttons on the bottom of the image area. |
| | ◄ 20° ► Steering |
| Effects | This feature is used to steer the direction of the beam so as to change the angle between the beam and flow direction with immobility of the linear probe. |
| Impacts | The PW Steer function is available only for linear probes. |

79

## 5.7    Contrast Imaging

The contrast imaging is used in conjunction with ultrasound contrast agents to enhance the imaging of blood flow and microcirculation. Injected contrast agents re-emit incident acoustic energy at a harmonic frequency which is much more efficient than the surrounding tissue. Blood containing the contrast agent stands out brightly against a dark background of normal tissue.

Contrast imaging is an option.

Only C5-1s, C5-2s and C4-1s support abdominal contrast imaging function.

Only P4-2s and SP5-1s supports LVO.

| ⚠ CAUTION: | Set MI index by instructions in the contrast agent accompanied manual. Read contrast agent accompanied manual carefully before using contrast function. |

| NOTE: | Be sure to finish setting the parameters before injecting the agent into the patient to avoid affecting the image consistency. This is because the agent's acting time is limited. |
| | The contrast agent used must comply with the relevant local regulations. |

### 5.7.1    Basic Procedures

To perform successful contrast imaging, start with an optimized B image and have the target region in mind. To perform contrast imaging:

1.  Select the probe and the exam mode; tap [Image] to open the image menu.
2.  Fix the probe.
3.  Tap [Contrast] on the right side of the operating panel to enter the contrast imaging mode.
4.  Adjust the acoustic power experientially to obtain a good image.

    Tap [Dual Live] to activate the dual live function. Observe the tissue image to find the target view.
5.  Inject the contrast agent, and tap [Timer1] to start the contrast timing. When the timer begins to work, time will be displayed on the screen.
6.  Observe the image. Use the [Pro Capture] and [Retro Capture] on the menu to save the images. Tap those controls again or tap [Freeze] to end the live capture.

    Perform several live captures if there are more than one sections of interest.
7.  At the end of contrast imaging, tap [Timer 1] again to exit the timing function. Perform procedures 3-5 if necessary.

    For every single contrast imaging procedure, use [Timer 2] for timing.

    If necessary, activate the destruction function by taping [Destruct] and destruct the micro-bubbles left by the last contrast imaging, or to observe the reinfusion effect in a continuous agent injecting process.
8.  Exit contrast imaging. Tap [B] to return to B mode.

## 5.7.2 Parameters

**Parameter Area Display**

When entering the imaging mode, the screen displays the contrast image. If the [Dual Live] is "ON", both the contrast image (marked with "C") and tissue image (marked with "T") are displayed (the two window positions can be changed). Parameter area displays as follows:

| Type | Parameter | Meaning |
|---|---|---|
| Contrast | FC H | Contrast frequency |
| | D | Depth |
| | G | Gain |
| | FR | Frame rate |
| | DR | Dynamic Range |
| Tissue | G | Gain |
| | DR | Dynamic Range |

**Image Optimization**

The parameters in Contrast mode are similar to those in B mode. See B mode imaging parameters for details. Special imaging parameters are introduced below.

**Timer**

The two timers are used to record the total time of the contrast imaging and the single time of one contrast exam.

After the image is frozen, Timer 1 is still running, and after unfreezing, the corresponding time can be seen.

Timer 2 stops timing when an exam is frozen, and after unfreezing, Timer 2 is off.

> **NOTE:** The starting time displayed may be inconsistent with the actual one due to system error or some other human error. Check the agent-injecting time.

Activate [Timer 1(2)] to start timing from the moment you inject the contrast agent. The screen displays the times in the bottom-right corner.

- The time begins at 0.
- In live mode, the elapsed time is displayed. For example, 00:00:08 means the elapsed time is 8 seconds.
- If the image is frozen during timing, the timer stops working and the elapsed time is displayed.
- Turn off [Timer 1] or [Timer 2] and the timer stops running.

**Micro-bubble Destruction**

Function: to destroy the micro-bubbles left by the previous contrast imaging, or observe the reinfusion effect in a continuous agent injecting process.

- Entering: tap [Destruct] to enable the micro-bubble destruction function.
- Parameters: set the parameters using the menu controls.
  - [DestructAP(dB)]: adjust the destruct acoustic power.
  - [Des.Time(ms)]: adjust the destruct time.

81

**Dual Live**

In live mode or freeze mode, tap [Dual Live] to enable the dual live function. Both the contrast image (marked with "⬛") and the tissue image (marked with "⬛") are displayed (the position can be changed).

Tips:

- In dual live mode, the screen displays the contrast image and tissue image
- In freeze mode, only one cine review progress bar displays as the contrast image and tissue image are reviewed synchronously.

■ Image position

Use [CEUSPos: XX] to adjust the position of the contrast image.

When it is selected as "Left", the image displays at the left part of the image area on the screen.

**Mix Map**

This function combines the contrast image with the tissue image, so that the contrast regions of interest can be located.

Select options besides [Mix] to select different mixing modes: Contrast and C&T.

- When the dual live function is on, you can see the mixed effect on the contrast image.
- When the dual live function is off, you can see the mixed effect on the full-screen image.

**iTouch**

In contrast status, you can also get a better image effect by using the iTouch function.

■ Tap ⬛ to turn the function on (the icon turns blue).

■ Long press ⬛ to exit the function.

**Image Saving**

■ Live capture

In live mode, you can save the images of interest by tapping [Pro Capture] and [Retro Capture].

■ Cine saving

In freeze mode, tap [Save Clip] at the bottom of the operating panel.

82

### 5.7.3    Left Ventricular Opacification (LVO)

Basic Procedures for LVO:

1.  Acquire ECG signal;

2.  Tap [Probe] on the touch screen to open Probe/Exam Mode selecting dialogue box;

3.  Select the probe and LVO exam mode; Workflow of LVO is similar to abdomen contrast imaging.

### 5.7.4    Measurement, Comments and Body Marks

The system supports image measurement, comment and body mark functions. For details, see the relevant sections.

### 5.7.5    Contrast Imaging QA

⚠ **CAUTION:**    **Contrast Imaging QA images are provided for reference only, not for confirming a diagnosis.**

Contrast Imaging QA adopts time-intensity analysis to obtain perfusion quantification information of velocity flow. This is usually performed on both suspected tissue and normal tissue to get specific information of the suspected tissue.

1.  Perform image scanning, freeze the image and select a range of images for analysis; or select a desired cine loop from the stored images.

    NOTE: in case of inaccuracy of the data, do not adjust the depth and the pan-zoom when saving the cine.

2.  Tap [Contrast QA] to activate the function.

3.  Mark out the interested part (ROI).

    If necessary, perform curve fitting on the time-intensity curve.

4.  Analyze the parameters of the curve, or perform B measurement.

5.  Save the curved image, export the data and do parameter analysis.

83

### 5.7.5.1    Contrast QA Screen



(For reference only)

1---Contrast cineloop window

Sample area: indicates sampling position of the analysis curve. The sample area is color-coded, 8 (maximum) sample areas can be indicated.

2---B Cineloop window

- Sample areas are linked in the contrast cineloop window and B cineloop window.

3---Time-intensity curve

- Y axis represents the intensity (unit: dB), while X axis represents the time (unit: s).
- Frame marker: a yellow line that is perpendicular to the X axis, can be moved horizontally left to right (right to left).
- Tap the check box beside the ROI to set if to hide or to display the QA curve.
- To get the current X/Y axis value; tap [Show Curve Value] to activate the function, and a green line is displayed. Move the green line, and the corresponding X/Y axis value is displayed.

### 5.7.5.2    Basic Operations of Contrast QA

#### QA Analysis Image Range

The system set the starting time and ending time of the cine to be first frame and last frame of QA analysis range.

#### Setting ROI

This function is used for setting the target.

Up to eight ROIs can be saved on the reference image, with the corresponding eight traces plotted simultaneously on the graph. Each ROI display has a different color, and its corresponding trace data is plotted using that same color.

There are two different methods for determining the shapes of the sample area: Standard ROI and Freehand ROI.

84

- **Trace ROI**
  1. Tap [Trace ROI].
  2. Review the image to a desired frame.
  3. Move the green circle over the reference image(s) to position the circle.
  4. Tap the circle to fix the starting point, and the center of the circle is set as the starting point.
  5. Tap the circle to fix the other point. When a suitable ROI has been drawn, confirm the ROI by double tapping the circle.

     The system automatically links the start point to the end point by drawing a line between them.

- **Ellipse ROI**
  1. Tap [Ellipse ROI].
  2. Review the image to a desired frame.
  3. Move the green circle on the reference image. Tap the circle to fix the starting point, and the center of the circle is set as the starting point.
  4. Move the circle to the desired place. Tap the circle to fix the end point, and the center of the circle is set as the end point.
  5. Move the circle to adjust the size of the ROI. To confirm the size of the ROI, tap the circle.

- **Delete ROI**

  Tap [Delete All] to clear out all ROIs.

  The corresponding traces for the deleted ROIs are erased from the plot.

- **Copy ROI**

  Tap [Copy ROI] to create a new ROI similar to the current or latest added ROI.

**Motion Tracking**

Tap [Motion Tracking] to enable the function.

This function provides a motion compensated ROI as precise time-intensity information can be acquired using active tracking. It can enhance the calculation accuracy as reducing the impact of probe or patient respiratory movement.

Tips: Elliptical ROIs can be positioned in any manner that keeps their center within the image boundaries. In the case that part of the ROI is outside the image boundary, only data from within the image boundary is used for calculating the mean intensity value.

**X Scale**

Select [X Scale] to choose different value, so that the X scale display manner will be changed. This function can be used to track detailed tissue information.

**Export/Save Trace Data**
1. Tap [Export].
2. Select the drive and enter the file name in the displayed window.
3. Select [OK] to save the data and return to the QA Analysis screen.
   - All displayed ROI traces are saved in the exported file.
   - The parameters are included in the trace file if the user has fixed a ROI.
   - Only data from the user selected image range is included in the exported trace file.

85

**Curve Fitting**

The system can calculate characteristic parameters according to curve fitting formula and data, display fit curve for time-intensity curve, and perform data analysis on time-intensity curve for data table.

- Tap [Fit Curve] on the touch screen to turn on the function, where color of the fitted curve is consistent with color of the current ROI curve.
- Tap [Raw Curve] to hide/display raw curve.
- Tap [Table Display] to check parameters.

Parameters calculated include the following:

- GOF (Goodness of Fit): to calculate the fit degree of the curve; range: 0-1, where 1 means the fit curve fits the raw curve perfectly.
- BI (Base Intensity): basic intensity of no contrast agent perfusion status.
- AT (Arrival Time): time point where contrast intensity appears, generally, the actual time value is 110% higher than the base intensity.
- TTP (Time To Peak): time when the contrast intensity reaches peak value.
- PI (Peak Intensity): contrast peak intensity.
- AS (Ascending Slope): ascending slope of contrast, the slope between the start point of lesion perfusion to the peak.
- DT/2: time when the intensity is half the value of the peak intensity.
- DS (Descending Slope): descending slope of the curve.
- AUC (Area Under Curve): to calculate the area under the time-intensity curves during contrast.

> **NOTE:** If the contrast signal inside the selected ROI does not meet the requirements of gamma fitting condition, that is the bulleting injection, curve fitting may not be available.

*See* Operator's Manual (Basic) 63-95.
*See also generally, id.* at Ch. 5.

86

# EXHIBIT M

# Infringement Chart

# U.S. Patent No. 9,877,699 vs. Mindray TE7[1]

| U.S. Pat. No. 9,877,699 | Infringement Analysis |
| --- | --- |
| 45. A method of operating a handheld medical ultrasound imaging device, the medical ultrasound imaging device comprising | The preamble is not limiting.  Nevertheless, the TE7 is an ultrasound system used in medical imaging procedures.  The main unit is a handheld device.  The main unit can be moved and attached to a trolley cart, a desktop mount, and/or a wall mount.<br><br>**2.1   Intended Use**<br><br>TE7 Diagnostic Ultrasound System is applicable for adults, pregnant women, pediatric patients and neonates. It is intended for use in fetal, abdominal, intra-operative (abdominal, thoracic, and vascular), pediatric, small organ (breast, thyroid, testes), neonatal and adult cephalic, trans-esoph. (Cardiac), trans-rectal, trans-vaginal, musculo-skeletal (conventional, superficial), urology, peripheral vessel, adult and pediatric cardiac exams.<br><br>NOTE:    The functions described in the operator's manual may vary depending on the specific system purchased. |

---

[1] These charts rely on TE7 manuals and related materials.  Upon information and belief, the TE7 product is representative of at least the TE5, TE5 Max, TE7 Max and TE9 Accused Products. *See, e.g.,*
h-046-006958-00-5-0_te7-operator-s-manual-basic.pdf ("Operator's Manual (Basic)")
 h-046-006967-te7-&_te5-service-manual-advance-9-0.pdf ("Service Manual (Advanced)")
TE7-TE5-Service-Manual-Advanced-REV 23.pdf ("Service Manual (Advanced) 23")
https://www.mindraynorthamerica.com/ultrasound-machines/te7/
https://www.youtube.com/watch?v=ROwT7RmyGaQ

## 2.5 Introduction of Each Unit



See Operator's Manual (Basic) at 23-28.

| | The main unit can be attached to the trolley cart, a desktop support or a wall mounting unit |
|---|---|
| | **9.2.4 Desktop**<br><br>■ Desktop appearance<br><br><br><br>| No. | Name | Function |<br>\|---\|---\|---\|<br>\| 1 \| Main unit support \| Used for fixing the main unit of ultrasound system. \|<br>\| 2 \| Base of the desktop \| Used for fixing the main unit support. \|<br><br>*See* Service Manual (Advanced) at 151-152. |
| a.  a transducer probe, | The TE7 is designed for use with multiple transducer probes.  Each probe includes an transducer array.  For example, as shown below, the probe port (socket) offers 128-array channels from the transducer probe.  Further, it supports a 192-array probe and a bi-planar probe. |

3

### 2.4.2 Probes and Needle-guided Brackets Available

| Probe model | Probe Type | Intended Use | Region Applied |
|---|---|---|---|
| C5-2s | Convex | Gynecology, Obstetrics, Vascular, Pediatric | Body surface |
| C11-3s | Convex | Abdominal, Cephalic, Vascular, Small organ, Musculo-skeletal, Pediatric | Body surface |
| L12-4s | Linear | Small organ, Vascular, Musculo-skeletal, Abdominal, Pediatric | Body surface |
| L7-3s | Linear | | Body surface |
| L14-6s | Linear | Small organ, Vascular, Musculo-skeletal, Pediatric | Body surface |
| L14-6Ns | Linear | Breast, Musculo-skeletal, Nerve, Small organ (Superficial), Vascular (Superficial), Pediatric hip | Body surface |
| P4-2s | Phased | Cardiac, Abdominal, Cephalic, Pediatric | Body surface |
| V11-3Ws | Convex | Gynecology, Obstetrics, Urology | Transvaginal |
| 7LT4s | Linear | Intraoperative (Abdominal, Cardiac, Vascular), Small organ, Vascular, Musculo-skeletal, Abdominal, Pediatric | Body surface |
| P7-3Ts | Phased | Cardiac | Transesophageal |
| L16-4Hs | Linear | Musculo-skeletal, Nerve, Small organ, Vascular, pediatric hip, neonatal cephalic | Body surface |

*See* Operator's Manual (Basic) at 27.

4

# 4  Product Principle

## 4.1  Function Structure of Hardware System

Main unit (Display Control Unit):
- Probe port and extension
- Front-end Circuit
- Ultrasonic Engine
- Back-end Platform
- Interactive interface (display and touchscreen)
- Power Supply & Battery



Picture 1 Hardware System Diagram

### 4.1.1  Probe Socket

The probe socket can be achieved on this board as well as the extension of multi-probe.
- It supports the configurations of single probes and triple probes. The function of the three-probe keeps the same.
- The probe socket offers 128-array channels.
- It supports TEE probe.
- It supports 192-array probe.
- It supports bi-planar probe.
- It provides the switching channel between 128-array port and 64-receiving channel.

### 4.1.2  Front-end Circuit

It provides physical platform of the transmission and receiving for the entire system, which consists of the transmission/receiving/clock circuit.
- It provides 64-channel transmitting/receiving circuit.
- It supports the 5 emission level.
- It supports CW, and CW transmission of maximum 32-channel.

Product Principle 4-1

5

- 160 M system clock.
- 40 M sampling clock

### 4.1.3 Ultrasonic Engine

- It provides beam-forming of numeric-field data.
- It provides the processing of some signals after the beam is formed.
- It provides the scanning control.
- It provides signal channel (bus) which transmits and receives FPGA.
- It provides the data caching.
- It provides the signal channel (bus) of main console on the back-end.
- It provides switching function of 64/128 channel.
- It provides ECG serial ports and synchronous processing of data.
- It provides the switching control function related to the probe management.

### 4.1.4 Back-end Platform

- It provides the functions for the computing and central control.
- It provides the internal storage.
- It provides IO for other users: audio/video/USB/serial port/wired network/wireless network.
  USB: four USB 3.0 ports.
  HDMI: provides one HDMI port; the resolution which HDMI outputs supports four types of modes: 1024*768/1280*720/1280*1024/1920*1080; the resolution is decided by the user; full screen and standard screen are available the information that HDMI outputs.
  It provides two ports to two speakers (right/left channel).
  Wired Ethernet connection (port) provides one 1000 M port.
  Wireless Ethernet connection (port): one wireless network port embedded in the equipment, mPCIe port used in the wireless LAN adapter, internal antenna.
  ECG serial port provides ECG serial port to connect external ECG module;

### 4.1.5 Person-and-machine Communication

- It provides LCD display output;
- Anti-glare
- Adjustable brightness
- It supports the calibration for color temperature and gamma.
- It shows the status of the entire system: battery discharging/charging status (orange)/standby status (orange)/AC available (green).
- It provides on/off button.
- It provides a touchscreen input.
- It provides multi-touch.
- It supports the wake-on-touch.

4-2 Product Principle

*See* Service Manual (Advanced) at 73-74.

6

| | |
|---|---|
| b.  a tablet housing, | A tablet housing surrounds a touch screen display (monitor) and other components that are powered by a battery.  In various documents, the "tablet" is also referred to as the "Main Unit." <br><br> ## 2.5    Introduction of Each Unit <br><br> |

| No. | Name | Function |
|---|---|---|
| <1> | Touch screen and display | Operator-system interface or control; displays the image and parameters during the scan.<br><br>: Battery status indicator.<br>• Charging status:<br>It illuminates in orange when batteries are charging;<br>It illuminates in green when batteries are charged fully.<br>• Discharging status:<br>It illuminates in green color when the power of the batteries is sufficient;<br>It blinks in orange color for low battery power.<br>: AC indicator<br>The indicator is green at AC supply.<br>The indicator is off when batteries are supplied without AC supply.<br>: Standby indicator.<br>Standby: blinking in orange.<br>Other status: light off. |

Operator's Manual (Basic) at 31-32.

8

## 8.1    Structure of the Entire System

### 8.1.1    Main Unit



**Figure 1 Explosion View of the Main Unit**

Structure and Assembly/Disassembly 8-1

| No. | Name | No. | Name |
|---|---|---|---|
| 1 | Front cover assembly of the main unit | 2 | Monitor assembly |
| 3 | M3 X 6 panhead screw with washer | 4 | Back cover assembly of the main unit |
| 5 | M3 X 12 panhead screw with washer | 6 | Screw cap on main unit |
| 7 | Battery compartment cover | 8 | M3 X 15 captive fastener with the slot |
| 9 | Press pad for battery | 10 | The protective film of the display |

*See* Service Manual (Advanced) at 139-140.

9

| | |
|---|---|
| c. the tablet housing having a front panel, | As shown above and below, the housing has a front panel and includes the touch screen (monitor assembly). |
| d. a computer in the housing, | The main unit includes one or more computers that are located inside the tablet housing.  *See* Service Manual (Advanced) at 146. |

10

## 4.2.1    Physical Structure and Connection of Hardware System



Picture 2 Connection Diagram of Hardware System

- Probe board, probe connection board and main board are connected via the sockets.
- The display is connected to the main board via the cables, including LVDS and parameter board.
- The display is connected to the backlight board via cables; the backlight board is connected to the main board via cables.
- Touchscreen panel is connected to the main board via cables; touchscreen is connected to the Touchscreen panel via FPC.
- Push button board is connected to the main board via cables.
- LED indicator board is connected to the main board via cables.

Product Principle 4-3

11

- The battery is connected to the battery board via the sockets; the battery board is connected to the main board via cables.
- The adapter is connected to the adapter board via cables; the adapter board is connected to the main board via the socket.
- Back-end fans are connected to the main board via cables; the cables of five pieces of fans come into one group of cables.
- The front-end fan is connected to the main board via cables.
- The speaker is connected to the main board via the cables. The cables of two speakers come into one group of cables.
- PHV board is connected to the main board via the socket.
- COME board is connected to the main board via the socket.
- SSD is connected to the main board via the socket.
- WiFi board is connected to the main board via the socket; the antenna is connected to the WiFi board via the socket.
- The main board provides one ECG serial port, one HDMI port, four USB 3.0 port and one Ethernet port.

## 4.2.2    Circuit Principle of Hardware System



Picture 3 The Diagram of Hardware Principle

4-4 Product Principle

12

### 4.2.3    Hardware Board

#### 4.2.3.1    Probe Board
- The probe extension and probe connectivity are achieved on this board.
- It includes the single-probe port board and three-probe port board, and it can be configured before and after leaving the factory.
- The port on the probe board extends to three.
- The signal switching & probe connectivity are achieved on single-port probe board.
- The probe and the port on the main unit take form of the comprehensive probe port.

#### 4.2.3.2    Probe Connecting Board
The probe connecting board transfers the signal; no circuit.

#### 4.2.3.3    Main Board
Being the core of entire main unit, the main board fulfills most functions of the hardware.
- It provides switching function of 64/128 channel.
- It provides 64-channel transmitting circuit.
- It provides 64-channel receiving circuit.
- It provides clock circuit.
- It provides all functions of ultrasonic engine.
- It provides power supply circuits except for PHV/HV.
- It provides power supply and the port for the main console.
- It provides the port for the memory (SSD).
- It provides system monitoring.
- It provides power supply management.
- It provides physical port for User IO.
- It provides power supply and video sources for the display.
- It provides USB port and power supply for the touchscreen.
- It provides the adapter and the power supply port.

#### 4.2.3.4    PHV Board
- It provides transmitting power supply for transmitting circuit on non-CW mode.
- It provides power supply for high-voltage switch (switching circuit of 64/128 channel).
- It provides PHV control circuit and control port.

#### 4.2.3.5    COME Module
It provides functions of main console;
- Use PC module as the main console based on intel Core i7-3517UE processer.
- The port of PC module meets the requirement of COME 2.0 Type6 Pin-out.
- 2 GB memory, DDR 3, maximum capacity 16 GB.
- The highest 1.7 GHz basic frequency
- 7 PCIe x1
- 8*USB2.0,4*USB3.0
- It supports single-channel/dual-channel 18/24bit LVDS.

Product Principle 4-5

13

<table>
<tr><td></td><td>

- 3 DDI, it supports HDMI/DVI/DisplayPort
- It supports 10/100/1000 Mbps Ethernet.
- It supports ATX power supply

### 4.2.3.6    Adapter Board

It transfers the power supply signal.

It provides EMI filter for the adapter input.

### 4.2.3.7    Battery Connecting Board

It transfers the battery signal.

### 4.2.3.8    LED Indicator

It transfers the status signal of the unit to the display of LED.

### 4.2.3.9    Keyboard

It provides the starting up button.

### 4.2.3.10  LCD Backlight Board

It provides constant current of backlight LED inside LCD display.

### 4.2.3.11  Touch Screen Control Board

It verifies the touching movements of the user and reports them to the main control platform.

It communicates with main console via USB port.

*See* Service Manual (Advanced) at 75-78.

</td></tr>
<tr><td>e.  the computer including at least one processor and at least one memory,</td><td>As shown above, the main unit includes one or more processors and field programmable arrays and includes various forms of memory such as ssram and solid state memory</td></tr>
<tr><td>f.  a touch screen display that displays an ultrasound image,</td><td>The TE7 Ultrasound System as shown above and below includes a touch screen display. The images are shown on the display and one or more touch actuated icons are shown as part of the user interface.</td></tr>
<tr><td>g.  the image being adjustable in response to an imaging depth control touch gesture and</td><td>As shown, the touch screen displays an image depth control adjustment.</td></tr>
</table>

14



## 3.11 Basic Screen & Operation

### 3.11.1 Screen Display

| 1. | Probe model, acoustic output value and MITI index | 2. | Parameter area |
|---|---|---|---|
| 3. | iNeedle | 4. | iTouch |
| 5. | Frequency adjustment | 6. | TGC control |
| 7. | Operating panel | 8. | Patient Information area |
| 9. | System status icon | 10. | System tool bar |
| 11. | Gain control | 12. | Depth control |

*See* Operator's Manual (Basic) at 47.

| | |
|---|---|
| h. that displays a split screen icon such that the touch screen can operate in a split screen format to display the ultrasound image and a second diagnostic image, | The Accused Products include a fourth touch input that enables a split screen viewing of two diagnostic images.<br><br>**6  Display & Cine Review**<br><br>**6.1  Splitting Display**<br><br>The system supports dual-split display format. However, only one window is active.<br>1. Select [Dual] to be "on" from B image menu to enter dual-split mode.<br>2. Tap each window to switch the active window (marked with "m" icon.)<br>3. Tap [B] or select [Dual] to be "Off" to exit to single window.<br><br><br><br>*See* Operator's Manual (Basic) at 89. |
| i. the touch screen display positioned on the front panel, | As shown above, the touch screen display is part of the front panel.<br>Further evidence includes, but is not limited to: |

16

| | |
|---|---|
| | **7.2    Assembly Explosive View**<br><br>**7.2.1    Monitor Assembly (A0)**<br><br><br><br>A1<br><br>| No. | Order Number | Part Name | Qty. | Remark |<br>|---|---|---|---|---|<br>| A1 | 115-031749-02 | Front Cover Assembly (Include LCD, Touch) | 1 | For TE7 and TE7 Basic, include B1, B2 and B8. |<br>| | 115-042084-00 | TE5 Front Cover Assembly(Include LCD, Touch) | 1 | For TE5, include B1, B2 and B8. |<br>| | 115-056627-00 | Front Cover Assembly(without label/FRU) | 1 | For TE5T, TE5 Pro, TE5 Super, TE5S, TE7S, TE7T, TE7 Pro and TE7 Super, include B1, B2 and B8. |<br><br>Field Replaceable Unit 7-3<br><br>*See* Service Manual (Advanced) at 119. |
| j.    and an ultrasound beamformer processing circuit disposed in the tablet housing that is powered by a battery, | *See* Claim 45(b), above.<br><br>Additionally, and as shown, the Accused Products include an ultrasonic engine in the main unit that provides beamforming functionality from the received transducer image signals. |

# 4 Product Principle

## 4.1 Function Structure of Hardware System

Main unit (Display Control Unit):
- Probe port and extension
- Front-end Circuit
- Ultrasonic Engine
- Back-end Platform
- Interactive interface (display and touchscreen)
- Power Supply & Battery



Picture 1 Hardware System Diagram

## 4.1.3 Ultrasonic Engine

- It provides beam-forming of numeric-field data.
- It provides the processing of some signals after the beam is formed.
- It provides the scanning control.
- It provides signal channel (bus) which transmits and receives FPGA.
- It provides the data caching.
- It provides the signal channel (bus) of main console on the back-end.
- It provides switching function of 64/128 channel.
- It provides ECG serial ports and synchronous processing of data.
- It provides the switching control function related to the probe management.

*See* Service Manual (Advanced) at 73.

18

| | |
|---|---|
| k. the touch screen display and the ultrasound beamformer processing circuit being communicably coupled to the computer, the method comprising the steps of: | As shown above and below, the ultrasound beamforming circuit and the touch screen display are both in communication with the computer, which aids in the processing of the received data from the probe.<br><br>**4.2.1 Physical Structure and Connection of Hardware System**<br><br><br><br>Picture 2 Connection Diagram of Hardware System<br><br>*See* Service Manual (Advanced) at 75. |
| l. receiving, at the computer, a first input from the touch screen display to actuate a needle guide operation; and | As shown above, the Accused Products include an iNeedle function which provides needle visualization enhancement. |

19

### 13.2.5 iNeedle (Needle Visualization Enhancement)

During a biopsy, the metal needle attached to the probe pierces the tissue at a certain angle. Due to the needle's acoustic impedance, the ultrasonic beam cannot penetrate the metal needle and a reflecting boundary is formed. As in Figure 1, if the deflection angle is very large, the needle display is not clear.

In deflected ultrasound transmission, the beam direction is perpendicular to the needle direction and the reflection direction is the same as the needle, as shown in Figure 2, meaning the needle display in the ultrasound image is very clear. The system provides additional deflection transmission that is approximately perpendicular to the metal needle when the normal transmission (perpendicular to the transducer surface) is being processed. The deflection angle can be chosen by the user.

iNeedle is an option.




Figure 1                    Figure 2

**To enter/exit iNeedle**

■ To enter iNeedle

Tap [iNeedle] on the left part of the image area.

■ To exit iNeedle

Tap [iNeedle] again or tap [B] to enter B mode.

■ Best angle indication



*See* Operator's Manual (Basic) at 188.

20

| | |
|---|---|
| | Furthermore, the TE7 can be configured to show the needle in a split screen format.<br><br><br><br>https://www.itnonline.com/content/mindray-introduces-specialized-transducer-and-enhanced-ineedle-te7-touch-enabled-ultrasound |
| m. in response to a second input from the touch screen display, operating the ultrasound beamformer processing circuit to image a needle inserted into a patient | *See* Claim 45(l), above. |

21