# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

TERATECH, CORP. d/b/a TERASON,

        Plaintiff,

        v.

MINDRAY BIO-MEDICAL ELECTRONICS
CO. LTD. d/b/a MINDRAY GLOBAL and
MINDRAY DS USA, Inc. d/b/a MINDRAY
NORTH AMERICA,

        Defendants.

C.A. No. 25-1149-MN

**JURY TRIAL DEMANDED**

## DEFENDANTS MINDRAY BIO-MEDICAL ELECTRONICS CO. LTD. AND MINDRAY DS USA, INC.'S MOTION TO DISMISS

Defendants Mindray Bio-Medical Electronics Co. Ltd. d/b/a Mindray Global[1] and Mindray DS USA, Inc. d/b/a Mindray North America (collectively, "Defendants" or "Mindray") respectfully move this Court to dismiss Counts I, II, IX, and X and the allegations of willful infringement in Plaintiff Teratech Corp.'s Complaint (D.I. 1) pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief can be granted.

The grounds for this motion are more fully set forth in Mindray's opening brief, which is being filed contemporaneously herewith.

---

[1] Defendants note that the correct name of the party named in the Complaint as "Mindray Bio-Medical Electronics Co. Ltd. d/b/a Mindray Global" is Shenzhen Mindray Bio-Electronics Co., Ltd.

Dated: December 23, 2025

**FISH & RICHARDSON P.C.**

*/s/ Susan E. Morrison*
Susan E. Morrison (#4690)
Grayson P. Sundermeir (#6517)
Taylor Reeves (#6900)
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
Tel: 302-652-5070
smorrison@fr.com; sundermeir@fr.com,
reeves@fr.com

Frank E. Scherkenbach
Jeffrey Shneidman
Qiuyi Wu
FISH & RICHARDSON P.C.
One Marina Park Drive
Suite 1700
Boston, MA 02210
(617) 542-5070
scherkenbach@fr.com; shneidman@fr.com;
qwu@fr.com

Jeremy T. Saks
FISH & RICHARDSON P.C.
7 Times Square, 20th Floor
New York, NY 10036
(212) 765-5070
saks@fr.com;

***Attorneys for Defendants***

2