## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| TERATECH, CORP. d/b/a TERASON,<br><br>             Plaintiff,<br><br>    v.<br><br>MINDRAY BIO-MEDICAL ELECTRONICS<br>CO. LTD. d/b/a MINDRAY GLOBAL and<br>MINDRAY DS USA, Inc. d/b/a MINDRAY<br>NORTH AMERICA,<br><br>             Defendants. | C.A. No. 25-1149-MN<br><br>**JURY TRIAL DEMANDED** |

## [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

The Court, having considered Defendants' Motion to Dismiss for Failure to State a Claim (the "Motion") and any opposition related thereto, finds the Motion should be GRANTED.

IT IS HEREBY ORDERED this _____ day of _____, 2026 that the Motion is GRANTED, and Plaintiff's allegations of willful infringement and Counts I, II, IX, and X of the Complaint are hereby DISMISSED.

_____
The Honorable Maryellen Noreika
UNITED STATES DISTRICT JUDGE